AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-02265 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs: Smith, McElroy, Evans, Latson, Marshall, Fortune, and Deroche    .

Date:    08/26/2021

/s/Noah Baron
*Attorney's signature*

Noah Baron (D.C. Bar No. 1048319)
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
*Address*

nbaron@lawyerscommittee.org
*E-mail address*

(202) 662-8300
*Telephone number*

*FAX number*