AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Conrad Smith, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02265 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, G. Latson, M. Marshall, M. Fortune, J Deroche.

Date: 08/26/2021

*Attorney's signature*

Jon M. Greenbaum, DC Bar No. 489887
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 400
Washington, DC 20005
*Address*

jgreenbaum@lawyerscommittee.org
*E-mail address*

(202) 662-8315
*Telephone number*

(202) 783-0857
*FAX number*