AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CONRAD SMITH et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02265 |
| DONALD J. TRUMP et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                      .

Date:    08/26/2021                                    /s/ David Brody
                                                                    *Attorney's signature*

                                                David Brody D.D.C. Bar # 1021476
                                                *Printed name and bar number*

                                                Lawyers' Committee for Civil Rights Under Law
                                                1500 K St. NW, Suite 900
                                                Washington, D.C. 20016
                                                *Address*

                                                dbrody@lawyerscommittee.org
                                                *E-mail address*

                                                (202) 662-8600
                                                *Telephone number*

                                                *FAX number*