IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH *et. al*

    Plaintiffs,

    v.                                                                      Case 1:21-cv-02265

DONALD J. TRUMP FOR PRESIDENT, INC.,

ROGER STONE, *et. al.*

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BUSCHEL GIBBONS, P.A. (Robert C. Buschel, Esq., appearing) hereby enters its appearance as counsel of record on behalf of Defendant ROGER STONE and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Robert C. Buschel, Esq. at the below address.

    Respectfully submitted,
    Robert C. Buschel, Esq.
    BUSCHEL GIBBONS, P.A.
    501 E. Las Olas Blvd. Suite 304
    Fort Lauderdale, Florida  33301
    Tele:  (954) 530-5748 (direct)
    Buschel@BGlaw-pa.com

By:   /s/ Robert C. Buschel
       ROBERT C. BUSCHEL
       D.D.C. Bar No. FL0039

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

        BUSCHEL GIBBONS, P.A.

        BY:  /s/ Robert Buschel
        ROBERT C. BUSCHEL

Counsel for Plaintiffs

Damon Hewitt*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Noah Baron, D.C. Bar No. 1048319
Adonne Washington*
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org