UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                        Plaintiff

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

                        Defendant

## AFFIDAVIT OF SERVICE

I, Ketsey Camacho, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 09/07/2021 at 10:15 AM, I served Joseph R. Biggs, #202100002744 at Seminole County Jail (G), 211 Eslinger Way, Sanford, Florida 32773 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving Joseph R. Biggs, #202100002744, personally.

Joseph R. Biggs, #202100002744 is described herein as:

Gender: Male   Race/Skin: White   Age: 55   Weight: 190   Height: 5'10"   Hair: White   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

Executed On 9/9/21

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

Ketsey Camacho

Client Ref Number: 56453-00049
Job #: 1593475

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith et al., | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 21-cv-02265-APM |
| Donald J. Trump et al., | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Joseph R. Biggs
114 Camino Circle
Ormond Beach, FL 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 08/26/2021

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*