# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

Plaintiff

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

Defendant

## AFFIDAVIT OF SERVICE

I, Brian Lee, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/03/2021 at 3:35 PM, I served Charles Donohoe with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment at Orange County, NC Detention Center, 125 Court Street, Hillsborough, North Carolina 27278 by serving Detective Officer Irby, Detention Officer, who stated that he/she is authorized to accept service on behalf of Charles Donohoe.

Detective Officer Irby is described herein as:

Gender: Female   Race/Skin: White   Age: 55   Weight: 140   Height: 5'4"   Hair: Gray   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/3/2021
Executed On

Brian Lee

Client Ref Number: 56453-00049
Job #: 1593478

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050