**Conrad Smith, et al.**

**Plaintiff**

Case No.: 21-cv-02265-APM

vs.

**Donald J. Trump, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons, Docket Sheet, and Complaint in the above entitled case.

That on 09/15/2021 at 11:33 AM, I served Dominic J. Pezzola at DC Department of Corrections, 1901 E Street, SE, Washington, DC 20003 with the Summons, Docket Sheet, and Complaint by serving Dominic J. Pezzola, personally.

Dominic J. Pezzola is described herein as:

Gender: Male   Race/Skin: White   Age: 59   Weight: 200   Height: 5'10"   Hair: Black/Gray   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/17/21
Executed On



Ambiko Wallace

Client Ref Number: 56453-00049
Job #: 1593524

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith et al.,<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-cv-02265-APM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dominic J. Pezzola
4039 Lake Avenue
Rochester, NY 14609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 08/26/2021

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*