# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY



**Rochelle Bilal**
*Sheriff*

**Vernon Muse**
*Chief Deputy, Operations*

**Sean Thornton**
*Captain*

**Justin J. Frank**
*Chief of Staff*

CONRAD SMITH
vs.
DONALD J. TRUMP (et al.)

**Case Number**
21-CV-02265-APM
(253307)

## SHERIFF'S RETURN OF SERVICE

09/14/2021   09:30 AM - SERVED THE SUMMONS & COMPLAINT BY PERSONAL SERVICE UPON ZACHARY REHL 34945-509 AT PHILADELPHIA FEDERAL DETENTION CENTER, 700 ARCH STREET, PHILADELPHIA, PA 19106. SO ANSWERS: DEPUTY JOSEPH FARGNOLI, DEPUTY SHERIFF OF PHILADELPHIA COUNTY, PA

ORIGIN: DC

JOSEPH FARGNOLI, DEPUTY

SO ANSWERS,

ROCHELLE BILAL, SHERIFF

September 15, 2021

**NOTARY**

Affirmed and subscribed to before me this
20TH day of September, 2021

Commonwealth of Pennsylvania - Notary Seal
CRAIG W MARTIN SR - Notary Public
Philadelphia County
My Commission Expires May 25, 2022
Commission Number 1102887

(c) CountySuite Sheriff, Teleosoft, Inc.