**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, ET AL.,

*Plaintiffs*,

v.                                                  Case No. 1:21-cv-02265-APM

DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.,

*Defendants*.

### DEFENDANT ROGER STONES UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE  MOTION TO DISMISS

Defendant Roger Stone respectfully submits this motion for extension of time to file his motion to dismiss until October 31, 2021. Currently, the deadline for Roger Stone's responsive pleading is October 6, 2021. This case has many defendants, including Donald J. Trump, the 45th President of the United States and Donald J. Trump for President, Inc. whose responsive pleading is due October 31, 2021.

We therefore request that the Court extend the deadline for Stone's motion to dismiss to October 31, in order to ensure that we have adequate time to address all issues. It also prevents staggered deadlines for motions. This means that plaintiffs can respond globally to all defendants' motions, rather than piecemeal. This should aid the Court in the resolution of the issues presented in motions to dismiss.

Plaintiffs' counsel has informed us that Plaintiffs do not oppose our requested extension.

### CONCLUSION

This Court should grant the extension of time for Roger Stone to file a responsive pleading until October 31, 2021.

Dated:   October 1, 2021                        /s/ Robert Buschel
                                                Robert C. Buschel (DDC Bar No. FL-0039)
                                                  *Counsel of Record*
                                                BUSCHEL GIBBONS, P.A.
                                                501 E. Las Olas Blvd., Suite 304
                                                Fort Lauderdale, FL 33301
                                                (954) 530-5301
                                                buschel@bglaw-pa.com


                                                *Counsel for Roger Stone*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of Court

using the CM/ECF system, which will send a notice of electronic filing to all registered parties.


/s/ Robert Buschel
_____
Robert C. Buschel
*Counsel for Roger Stone*


## Service List

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02265-APM


SMITH et al v. TRUMP et al
Assigned to: Judge Amit P. Mehta
 Cases:  1:21-cv-00400-APM
          1:21-cv-00586-APM
          1:21-cv-00858-APM
Cause: 48:1985 Conspiracy/Deprivation Civil Rights

Date Filed: 08/26/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiffs**

represented by **Jon M. Greenbaum**
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
(202) 662-8325
Email: jgreen-
baum@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ryan Brody**
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW

1500 K St. NW
Suite 900
Washington, DC 20005
202-662-8320
Email: dbro-
dy@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Noah Baron**
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
1500 K Street NW
Suite 900
Washington
Washington, DC 20005
202-662-8332
Email: nbar-
on@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Edward G. Caspar**
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
202-662-8390
Email: ecas-
par@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*