IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.,<br><br>*Defendants*. | Case No. 1:21-cv-02265-APM |

**ORDER**

The Court grants Defendant Roger Stone's motion for extension of time to a motion to dismiss in this case. Defendant Stone may file his motion to dismiss by October 31, 2021.

Dated: ___

                                                The Hon. Amit P. Mehta
                                                United States District Judge