AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SMITH, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02265-APM |
| TRUMP, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZACHARY REHL, (incarcerated awaiting trial for the same allegations criminally)          .

Date:     10/01/2021                                       /s/ Jonathon Moseley
                                                                    *Attorney's signature*

                                                      Jonathon A. Moseley USDCDC Bar No. VA005
                                                                 *Printed name and bar number*
                                                       5765-F Burke Centre Parkway, PMB #337
                                                                    Burke, Virginia 22015


                                                                           *Address*

                                                              contact@jonmoseley.com
                                                                      *E-mail address*

                                                                    (703) 656-1230
                                                                  *Telephone number*

                                                                    (703) 997-0937
                                                                      *FAX number*