# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Smith, et al., *Plaintiff* | ) ) |
| v. | ) Case No. 21-cv-2265 |
| Trump, et al., *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Felipe Antonio Martinez - appearance limited to motion to stay proceedings pending related criminal case.

Date:   10/04/2021

/s/ Nicholas D. Smith
*Attorney's signature*

Nicholas D. Smith, DC No. 1029802
*Printed name and bar number*

7 East 20th Street, Suite 4R, New York, NY 10003
*Address*

nds@davidbsmithpllc.com
*E-mail address*

(917) 902-3869
*Telephone number*

*FAX number*