

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A
(10/19)

**SES NUMBER**   20-12-23

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☑   Disapproval ☐   Comment ☑ |
|---|---|
| 01-06-2021; Rep. Mo Brooks/Biggs confirmed; media invited; No CD. Not confirmed, but possible that all demos below (except Area 11) are associated w/each other & w/Ali Alexander; have potential for >50 ppl; SES approving based on applications & lack of evidence that they'll be >50 ppl.<br>1) Area 7 - Virginia Freedom Keepers (0600-1800; 50 ppl)<br>2) Area 9 - Bryan Lewis (0830-1700; 50 ppl)<br>3) Area 10 - Women for a Great America (0700-2200; 50 ppl)<br>4) Area 11 - Rock Ministries Church (1200-1900; 50 ppl) | **Facilitate with Existing Manpower** ☐<br><br>Grossi, Scott J.  Digitally signed by Grossi, Scott J. Date: 2020.12.30 20:41:47 -05'00'   12/30/2020<br>_____   _____<br>Signature                    Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
| | _[signature]_   12/31/20<br>Signature                    Date |

| Recommendation of Assistant Chief of Police Protective and Intelligence Operations | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
| | _Yogananda D. Pittman_   1/4/21<br>Signature                    Date |

| Recommendation of Assistant Chief of Police Uniformed Operations | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
| | Thomas, Chad B.  Digitally signed by Thomas, Chad B. Date: 2021.01.04 11:35:50 -05'00'<br>Signature                    Date |

| Recommendation of Chief of Police | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
| | Sund, Steven A.  Digitally signed by Sund Steven A. Date: 2021.01.05 13:04:03 -05'00'<br>Signature                    Date |



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-23**

(1) SPONSORING PERSON AND/OR ORGANIZATION:
    **One Nation Under God**

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:
    Senate East Front, Grassy Area 8 (bounded by Constitution Avenue, NE; First Street, NE; Northeast
    Drive and the East Front Plaza)

(3) DATE, TIME, AND DURATION:
    DATE: Wednesday, January 6, 2021        TIME: 0800 – 1800 hours        DURATION: 10 hours
                                                   (Includes set-up / take-down)

(4) NUMBER OF PARTICIPANTS:
    50

(5) PROPS AND EQUIPMENT:
    ❖ Fifty (50) handheld signs / placards
    ❖ One (1) podium
    ❖ One (1) stage (12'L x 12'W x 24"H) with adjustable stairs
    ❖ One (1) megaphone
    ❖ One (1) portable sound system consisting of –
       • Two (2) EV sx300PI 2-way speakers (16"L x 23"Wx 12"H); secured on tripod stands (5'H)
         positioned on each side of the stage
       • One (1) Shure SM585 microphone
       • One (1) Yamaha digital mixing console
       • One (1) Crown I-Tech 5000 HD amplifier
       • Two (2) 2400w inverter battery power supply
    ❖ Distribution of literature to interested parties only
    ❖ Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:
    ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures.  Non-breathable material (i.e.,
      plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets.  Post and
      stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by
      U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
    ❖ <u>Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to
      protect the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.</u>
    ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15)
      feet in height.
    ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
    ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e)
      "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police
      Board Approval.
    ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
    ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or
      vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
    ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
    ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
    ❖ **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial
      screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*).  Then –



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-23**

❖ **Delivery vehicle(s) must report to New Jersey and C Street, NW for secondary screening** *(Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
❖ **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue and East Capitol Street, NE.**
❖ **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.**
❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

**NOTE: PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

(a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

(b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

(c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

(d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

(e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510      Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-23**

to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

**1/5/2021**
(Date Approved)

_Member,_
_United States Capitol Police Board_


(Date Approved)

_Chairman,_
_United States Capitol Police Board_

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303                                                                                    (9/05)

**Time Forwarded:** _____                        **SES Number: 20-12-23** _____

**Date Forwarded:** _____                        **SES Coordinator:** ██████████

---

| | |
|---|---|
| **Date Scheduled:** | Wednesday, January 6, 2021 |
| **Time:** | 0800 - 1800 hours (Includes set-up / take-down) |
| **Duration:** | 10 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | Senate East Front, Grassy Area 8 (bounded by Constitution Avenue, NE; First Street, NE; Northeast Drive and the East Front Plaza) |
| **Name(s):** | **One Nation Under God** |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Stephen Brown |
| **Telephone Number(s):** | (C) (863) ██████ |
| **Spokespersons Address:** | On File in Special Events |
| **NOTE:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commander for the First Responders Unit, Sections Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 0800 and 1800 hours, approximately fifty (50) participants representing **One Nation Under God** will conduct a demonstration on the Senate East Front, Grassy Area 8, U.S. Capitol. The spokesperson advises the purpose of the event is a *"demonstration for election fraud in swing states."* The actual event time will be 0900 – 1700 hours daily.

*Media will be invited to this event. No Civil Disobedience is planned.*

*Per the spokesperson, the following Members of Congress have confirmed that they will attend this event:*
- Representative Morris Jackson "Mo" Brooks
- Representative Andy Biggs

The following props / equipment are authorized:
- ❖ Fifty (50) handheld signs / placards
- ❖ One (1) podium
- ❖ One (1) stage (12'L x 12'W x 24"H) with adjustable stairs
- ❖ One (1) megaphone
- ❖ One (1) portable sound system consisting of –
  - Two (2) EV sx300PI 2-way speakers (16"L x 23"Wx 12"H); secured on tripod stands (5'H) positioned on each side of the stage
  - One (1) Shure SM585 microphone
  - One (1) Yamaha digital mixing console
  - One (1) Crown I-Tech 5000 HD amplifier
  - Two (2) 2400w inverter battery power supply

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

*One Nation Under God, Wednesday, January 6, 2021 (cont'd)*

- ❖ Distribution of literature to interested parties only
- ❖ Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:

- ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- ❖ Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
- ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
- ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- ❖ Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.
- ❖ Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for initial screening *(Monday through Friday during operational hours 0430-1300 hours).*  Then –
- ❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for secondary screening *(Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
- ❖ Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue and East Capitol Street, NE.
- ❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- ❖ DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.
- ❖ EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.
- ❖ FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.

The participants will arrive and depart via public and private transportation. The spokesperson has been advised that no parking or staging is authorized on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Event Coordinator
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies   Disclosure of this information could jeopardize law enforcement operations

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510 | SEU# | |
|---|---|---|---|

**Application for Permit Under Article XIX Of The Traffic**
**And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson:<br><br>One Nation Under God | 2. Date of Application:<br><br>12/21/2020 |
|---|---|

| 3. Address: | 4. Telephone: Business | 5. Mobile:<br><br>56▓▓▓▓▓ | 6. Email address<br><br>athanmartin25@▓▓▓ |
|---|---|---|---|

| 7. Date(s) of Event:<br><br>01/06/2021 | 8. Day(s) of Week:<br><br>Wednesday | 9. Start Time (including set-up):<br><br>8-9am setup, 9-5pm Rally | 10. End Time (including clean-up):<br><br>5pm Finish, 5-6pm strike | 11. Total Duration:<br><br>10 hours |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)

US Capital ground area 8 from USCP map

| 13. Estimated number of participants:<br><br>50 | 14. Additional Point of Contact / Spokesperson     Steve Brown Event Planners<br><br>Telephone:     863▓▓▓▓▓<br><br>Email address: sbrown@▓▓▓▓▓▓▓▓▓ |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):

☑ Demonstration (Rally, Vigil, etc.)    ☐ Filming/Photography    ☐ Musical Presentation

☐ March (Provide Route)    ☐ Road Race    ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
The application is on behalf of One Nation under God.

We will be arriving at area 8 on the Capital, after going through security checks before 8:00am to set up.

Then the rally will start at 9:00am and go until 5pm, after which we will strike the equipment brought in.and be clear by 6pm.

Equipment to be brought in will be two battery operated speakers on stands with cables to a battery operated mixer and 2 microphones and a podium.

There will also be a 2ft high stage 12ft x 12ft used.

The permit is for 50 people. We will have different speakers, congressmen, who will alternate during the day, and anticipate that the crowd will change throughout the day as different people comet to hear their speaker of choice.

We will distribute flyers and there will be some hand cardboard signs that individuals will hold.

The rally is demonstrating about the election fraud in the swing states.

Speakers will include Congressman Mel Brooks, Andy Biggs, CJ Pearson, Ali Alexander, Virgo Jones and others to be determined throughout the day.

Transportation will only drop speakers off around area 8 and will not park.

Advertising for the rally will be on the social media accounts of the speakers and friends taking part.
There will be a lot of the people present that will utilize social media accounts to show the rally. On their social accounts, Facebook, twitter, etc.

CP-40

**U.S. CAPITOL POLICE BOARD**                    SEU#
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX Of The Traffic**
**And Motor Vehicle Regulations for United States Capitol Grounds**

14  Props and Equipment — All props and equipment must be furnished by organization or spokesperson

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs  Placards | Banner(s)<br>Size  L          H | ☑ Podium        1 | ☐ Distribution of<br>Literature |
|---|---|---|---|
| ☐ Stage(s)<br>Size  L 12ft  W 12ft  H    2ft | ☐ Press Riser<br>Size  L          W          H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables<br>Quantity | ☑ Portable Sound System (Describe)<br>2 Fender Portable Battery powered Speakers on stands with a small battery op mixer<br>and microphone | | |
| ☐ Chairs<br>Quantity | | | |

☐ Other

15  Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
                                              Yes          ✔ No

| 17  Estimated # of buses  (No parking / staging on Capitol Grounds)<br>0 | 18  Will Marshals be utilized?        Yes        No ✔<br>How many? n/a |
|---|---|
| 19. On-site contact: Steve Brown<br>Mobile #: ▬▬▬▬<br>Email address: ▬▬▬▬ | How will they be identified?<br>n/a |

20  Does information exist that a group(s) / person(s) may wish to disrupt your activity?        Yes        ✔ No

If yes, please explain

21.  I,          Stephen Brown          , have read and acknowledge the U S  Capitol Police Board
                                              Demonstration Guidelines

SPOKESPERSON'S NAME (Print)

SPOKESPERSON'S SIGNATURE                    DATE  12/21/2020

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA. FAX  (202) 228-2429
or
Mail / Hand deliver to U S  Capitol Police, Special Events Division, 119 D St , N E , Room #102
Open 7:00 a m. to 6:00 p m, Monday through Friday,
Office  (202) 224-8891

| CP-40 | **U.S. CAPITOL POLICE BOARD**<br>119 D Street, N.E.<br>Washington, D.C. 20510 | | SEU# | |

**Application for Permit Under Article XIX Of The Traffic**
**And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson<br><br>One Nation Under God | 2. Date of Application:<br><br>12/21/2020 |
|---|---|

| 3. Address | 4. Telephone: Business | 5. Mobile:<br>567▬▬ | 6. Email address:<br>nathanmartin▬@▬▬▬ |
|---|---|---|---|

| 7. Date(s) of Event:<br><br>01/06/2021 | 8. Day(s) of Week<br><br>Wednesday | 9. Start Time (including set-up) | 10. End Time (including clean-up) | 11. Total Duration: |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized (i.e. West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
US Capital Grounds Plot # 9 from USCP map

| 13. Estimated number of participants<br><br>50-500 | 14. Additional Point of Contact / Spokesperson    Steve Brown – Event Planner<br><br>Telephone            863▬▬▬<br><br>Email address    sbrown@▬▬▬▬▬ |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity)
- ☑ Demonstration (Rally, Vigil, etc.)
- ☐ Filming/Photography
- ☐ Musical Presentation
- ☐ March (Provide Route)
- ☐ Road Race
- ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail.
First Amendment protest demonstration with different speakers from Congress and Political Organizations.

1828

| CP-40 | **U.S. CAPITOL POLICE BOARD**<br>**119 D Street, N.E.**<br>**Washington, D.C. 20510** | SEU# | |
| --- | --- | --- | --- |

**Application for Permit Under Article XIX Of The Traffic**
**And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s)<br>Size  L          H | ☑ Podium       1 | ☐ Distribution of Literature |
| --- | --- | --- | --- |
| ☑ Stage(s)<br>Size  L 12ft  W 12ft  H    2ft | ☐ Press Riser<br>Size  L        W        H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables<br>Quantity | ☐ Portable Sound System (Describe)<br>Left and right of the Stage, battery operated speakers on stands | | |
| ☐ Chairs<br>Quantity | | | |
| ☐ Other: | | | |

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes          ✓ No

| 17. Estimated # of buses  (No parking / staging on Capitol Grounds)<br>none | 18  Will Marshals be utilized?       Yes       No  ✓<br>How many?<br>How will they be identified? |
| --- | --- |
| 19. On-site contact: Steve Brown<br>Mobile #:     863▇▇▇▇<br>Email address: sbrown@▇▇▇▇▇ | |

20.  Does information exist that a group(s) / person(s) may wish to disrupt your activity?          Yes       ✓ No
If yes, please explain:

21. I,          Stephen Brown          , have read and acknowledge the U.S. Capitol Police Board
Demonstration Guidelines

SPOKESPERSON'S NAME (Print)

**Stephen Brown** Digitally signed by Stephen Brown
Date: 2020.12.22 15:06:39 -05'00'                    12/21/2020

SPOKESPERSON'S SIGNATURE                    DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA  FAX:  (202) 228-2429
or
Mail / Hand deliver to: U.S Capitol Police, Special Events Division, 119 D St , N.E., Room #102
Open 7:00 a.m  to 6:00 p.m., Monday through Friday,
Office  (202) 224-8891

One Nation Under God

Updated Vendor/Equipment list as of 12-31-2020

| | Audio | | | |
|---|---|---|---|---|
| | Professional Sound System Package with (2) speakers on tripod stands, includes (1) wired Microphone for announcements. | | | |
| 1 | TF1 Console Kit Yamaha Yamaha TF 1 Digital Mixing Console, 16 Faders, 32+2 stereo Mixing Channels | 200.00 | 1.00 | 200.00 |
| 2 | EV sx300PI, weatherized 2way speaker | 25.00 | 1.00 | 50.00 |
| 2 | TS88, Ultimate Tripod Stand | 7.50 | 1.00 | 15.00 |
| 1 | Crown I-Tech 5000 HD amplifier | 125.00 | 1.00 | 125.00 |
| 1 | Shure SM58S mic With on/off Switch | 15.00 | 1.00 | 15.00 |
| 2 | Portable Power Source Kit, 7400w Inverter | 400.00 | 1.00 | 800.00 |
| 1 | Acrylic Podium | 275.00 | 1.00 | 275.00 |
| 1 | Production Consumables - Gaf Tape, Trick Line, etc. | 100.00 | 1.00 | 100.00 |
| Audio Total | | | | 1580.00 |
| | Discount | | | (237.00) |
| | Audio Total | | | 1343.00 |
| | | | | |
| | Staging and Structures | | | |
| 1 | Main Stage 12'x12'x24" H | 627.04 | 1.00 | 627.04 |
| 144 | sq.ft. of Stage Deck <6' | | | |
| 48 | Black stage skirting, per linear ft. | | | |
| 32 | Safety railing, per linear ft. | | | |
| 144 | Braces and accessories per sq ft. | | | |
| 1 | SD 4Step Adjustable Stair 16"-32" | 100.00 | 1.00 | 100.00 |
| 1 | SD 4Step Adjustable Stair Handrail 16"-32" | | | 0.00 |
| Staging and Structures Total | | | | 727.04 |
| | | | | |
| | Transportation | | | |
| 2 | Sprinter Van, roundtrip w/offsite screening | 300.00 | 1.00 | 600.00 |

Coordination Questions

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | N/A |
| How does your group plan on arriving to US Capitol Grounds? | Public and Private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public and Private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No March |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No, peaceful event |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Not at this moment, in the process to create website. Will be under name One Nation Under God |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time but will send when acquire |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Supported by participants and placed on stand |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Placed on social media |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | sbrown@ ~~████████████~~ |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | Demo only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Spokesperson is aware and screening information sent |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Contractor for group |
| If there is a March associated with the event please provide a map of the planned march route | No |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | ~~1000-1700 hours~~ 0900-1700 hours |
| Has the group invited Members of Congress? | Will invite but have not confirmed at this time |
| Has the group invited Press to the event? | Will invite |

Coordination Questions

## Notes

Event: One Nation Under God

Date: January 6, 2021   0830-1800 hours

Spokesperson: Stephen Brown   863⬛⬛⬛⬛

Type: DEMO


12-22-2020 @ 1538 hours, made contact with spokesperson via phone. Went to voicemail, voice mail left to return my call to coordinate his event on the 6th of January 2021.

@ 1553 hours, called second number listed on application. Went to voicemail, voice mail left to return my call to coordinate his event on the 6th of January 2021.

@ 1546 hours, email sent to spokesperson, introducing myself and to get in contact with me to coordinate his event

- Please see attached email

@ 1615 hours, spokesperson return call. Introduced myself as the coordinator of her event on January 6, 2021. The following was discussed:

- Review application
- Explained that her US Capitol Police can only permit for 50 person or less for any activities on Capitol Grounds. Segregation is not allowed, his group will have to remain in there designated area for the remainder of his event.
- Advise him to practice social distancing and to wear mask during her event for public safety
- His application does not have a start or end time. Per spokesperson, time of event will be 0830-1800 hours.
- In addition, Area 9 is unavailable from 0830-1700 hours but he can utilize after 1800 hours if he wants to stay in Area 9. Available Area on the West Front are 8 and 11. Spokesperson asked which area Woman for America First has. I explained that I could not give him that information. She advised that his group does not agree with some of with Women for America First idea and was trying to avoid being next to them. He decided to go with Area 8 because he was sure Women for America First would be in Area 10 or 11 and wanted to be on the opposite side.
- Purpose of his event does not give me any idea of what he wants to bring an attention to other than it is a First Amendment demonstration. He advised it relates to the swing votes for the election.
- He will most likely have literature for distribution but the application online do not let you click the box
- Portable sound system is Fender Passport Event PA System
- Spokesperson will send updated application with the changes
- Coordination question complete. Please see attached

@ 1648 hours, follow up email sent to spokesperson reiterating the above information

- Please see attached email

12-23-2020 @ 1120 hours spokesperson sent email confirming

- The use of Area 8
- A start time of 8 am for set up and 6pm to break down.
- Actual event time 9-5pm.
- 50 persons or less for his event.
- Purpose of event election fraud in swing states
- MOC Mel Brooks and Andy Biggs speaking alongside Ali Alexander
- Please see attached email for additional information

## Coordination Questions

@ 1136 hours, advised spokesperson to update the application with the changes sent in the email

- Please see attached email for additional information

12-28-2020 @ 0938 hours, spoke with the spokesperson. The following was discussed:

- Advised him of that I have not received the updated application. He stated he sent it on the 23rd. I asked him to resend it because I have not received it.
- Asked him if the MOC have been confirmed, he stated yes. The list of speakers is all he has that is confirmed for the event
- Advised him of the vehicle screening procedure. Offsite and then New Jersey and C prior to offloading his equipment. Then screen again at New Jersey and C prior to reloading. Advised that we cannot permit for parking as the vehicle unload they will have to depart and return
- Also reiterated that he is responsible for maintain his numbers to 50 person or less for the duration of his event. If he does not and is find in violation of his permit, appropriate police action will be taking to include shutting down his event

@ 0943 hours, updated application received.

- Please see attached email

@ 1139 hours called Mr. Brown, went to voicemail, message left to return my call at this earliest convince to discuss details surrounding his event

@ 1208 hours, called the additional number on the application (567) ███████ and got a Mr. Nathan Brown who stated:

- Mr. Brown might have placed his number on the application by mistake he (Mr. Brown) is the contractor for the event. I inquired if he has any additional information that he could give me for the event. Mr. Martin said there are a few events that they have going on and he does not know which one I was referring. When I asked about the "few events", he stated that the events were in the hotels. Mr. Brown would be the best person to contact for any additional information regarding the One Nation Under God. He only deals with the logistics and the hotel bookings for the event.

@ 1421 hours, Mr. Brown returned my call. The following was discussed

- I see that is Mr. Ali Alexander listed as a speaker for your event can you elaborate. Yes, he is the President of Stop the Steal and is one of the speakers/host for the day. Mr. Alexander will be speaking about three to four times at a few events on January 6, 2021 to include Freedom Plaza.
- Who is Nathan Martin? Nathan Martin is associated with Stop the Steal and travels with Ali Alexander. He said he does not seems to have an official title but he deals with the daily operations to include hotel bookings and car rentals. Mr. Brown goes directly with Mr. Martin and Mr. Alexander regarding coordinating the One Nation Under God event. Explained that when I spoke with Mr. Martin he acted as if he had no information on the event and to go directly with you for information. Mr Brown said that he was shocked that he would say that because he is in daily communication with Mr. Martin for information regarding the event. He does not understand why he would say that or not give me the information I requested.
- Are you aware of the website Wild Protest? He is personally not aware of the website. He is contracted as the event planner and does not deal with the social media aspect.
- Website: wildprotest.com, donorbox.org, stopthesteal.us
- I gave Mr. Brown the website for him to look up to see exactly what I was referring too. The website has a map that has a star on the map that says Come Here in Area 8 and if you click on the map there is a star on Area 9 that says meet here. His initial application requested Area 9, which was unavailable, and then he requested Area 8.

## Coordination Questions

The speakers that will be speaking at both Stop the Steal and One Nation under God has Ali Alexander and CJ Pearson to name a few. I explained that it appears that the Stop the Steal and the One Nation Under God is one in the same due to the similarities and the affiliation with Ali Alexander. I advised Mr. Brown of my concerns of not being able to regulate their numbers to 50 persons or less. I explained that once information is on social media it is hard to regulate the number of participants. If his event is in fact one on the same Capitol Police will not be able to accommodate his event due to the participant numbers being out of regulations and a public safety issue.  Per Mr. Brown he communicated all the rules with the group to include the 50 persons or less and they are aware that they have to keep their numbers regulated to 50 persons.

- Advised that if on the day of his event and he cannot maintain his numbers appropriate Police action will be taken to include shutting down his event

- Also, advised he can touch base with NPS to see what there allowance would be on 3rd Street Grassy Portion

- He would like to move forward with his event as planned with 50 persons for January 6, 2021.

@ 1750 hours, Email sent to the spokesperson to provide information on how he plans to maintain his numbers to 50 persons or less along with an event timeline.

- Please see attached email

12-29-2020 @ 1506 hours, email reminder for pervious email

- Please see attached email

@ 1601 hours, spokesperson called to inform that he is working on a plan on how to ensure the crowd will maintain at 50 persons

- Reduce the amount of hours at the Capitol in Area 8
- Planning for Freedom Plaza, to have the major speakers. At the Capitol there will only have the MOC speaking
- Co-sponsoring the events at Freedom Plaza to have a longer event there
- He is a certified Fire Marshal and crowd management so he understands why it is being asked for the numbers to maintain. He wants to comply to be able to have a safe event with in regulations
- He advised once he has a concrete plan he will send it over tomorrow

12-30-2020 made contact with spokesperson via phone, no answer, left voicemail to return my call.

@ 1256 hours, spokesperson sent email with vendor information

@ 1301 and 1317 hours attempted to make contact with vendor, no answer

@ 1833 hours, spokesperson sent email with timeline of events to include the speakers

- Please see attached email

@ 2239 hours, spokesperson stated that he has word that the event in Area 9 has been cancelled and would like to have that area instead of Area 8.

- I advised that per our records Area 9 is still occupied

@ 2331 hours, spokesperson sent flyer for his event

12-31-2020 @ 1109 hours, spokesperson advised that he had to change his portable sound system

- Please see attached list

@ 1135 hours, spoke with spokesperson and advised that I need the contact number for his vendor

## Coordination Questions

- Eric (410) 850-8343

@ 1150 hours, made contact with Mr. Eric and he explained what all the equipment was.

- I asked specifically about the inverter. He stated he built the equipment and will be able to send pictures so I can see the make-up and send to the Safety Team for review.

@1238 hours, photo of inverter received

@ 1244 hours, inverter sent to AOC Baker for review

@ 1248 hours, AOC Baker deemed the equipment safe for use

**Jan 6th One Nation Under God schedule**
**(as of Dec 30th subject to change and order of appearance)**

8:00am – 9:30am Set up at Area 8 The Capital

| | |
|---|---|
| 10:00am | Rep. Paul Gosar |
| 10:15am | Ali Alexander |
| 10:30am | Rep Marjorie Greens |
| 10:45am | Rep Lance Gooden |
| 11:00am | Rep Vernon Jones |
| 11:15am | Rep Mark Finchem |
| 11:30am | Sen Doug Mastriano – To be confirmed |
| 11:45am | Rep Anthony Kern |
| 12:00pm | Rep Lauren Boebert |
| 12:15pm | Senator – TBD |
| 12:30pm | Ed Martin |
| 12:45pm | Rob Weaver |
| 13:00pm | Roger Stone |
| 13:15pm | Dr. Simone Gold |
| 13:30pm | Rogan O'Handley |
| 13:45pm | Jenny Beth Martin |
| 14:00pm | Scott Pressler |
| 14:15pm | CJ Pearson |
| 14:30pm | Rose Tennet |
| 14:45pm | Jason Jones |
| 15:00pm | Brandon Straka |
| 15:15pm | Shemaka Michelle |
| 15:30pm | Joe Flynn |
| 15:45pm | Michael Coudrey |
| 16:00pm | Alex Brueesewitz |
| 16:15pm | Kimberely Fletcher |
| 16:30pm | Melissa Tate |
| 16:45pm | Arina Grossu |
| 17:00pm | Tim Canova |

| | |
|---|---|
| 17:00pm | Strike |

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

Intelligence and Interagency
Coordination Division

| 21-O-0291 | January 6, 2021 |

## TITLE: One Nation Under God

**THREAT ADVISORY: HIGHLY IMPROBABLE**

There is no specific organization behind the event and it is being organized by several individuals. Eight Congressional Members are expected to attend this event. This event is one of multiple events permitted on Capitol grounds for Wednesday, January 6, 2021, and counter-protesters may be present.

**Background Information:** One Nation Under God is the name of this event planned to occur on Capitol grounds. There is no specific group that is organizing this event and the spokesperson advised several individuals are working together to organize the One Nation Under God event.

**Event Summary:** On Wednesday, January 6, 2021, between 0830 and 1800 hours, approximately fifty (50) participants representing One Nation Under God will conduct a demonstration on the Senate East Front, Grassy Area 8, U.S. Capitol. The spokesperson advised the purpose of the event is a "demonstration for election fraud in swing states." The actual event time will be 0900 – 1700 hours. Media will be invited to this event. No Civil Disobedience is planned.

Per the spokesperson, Representatives Morris Jackson "Mo" Brooks and Andy Biggs confirmed they will attend this event. Several other speakers, including Reps. Budd, Godden, Gosar, Hice, and Representatives-Elect Boebert and Greene, were invited to attend; however, no confirmations have been received as of this writing.

One Nation Under God is not an organization and does not maintain social media accounts or webpages per the spokesperson. Mr. Stephen Brown, (863)███████, is the point of contact for the upcoming event.

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

**IICD Comment:** There are no plans for participants to enter the buildings before or after the event to meet with Congressional staff. Although at this time there is no adverse intelligence related to the upcoming event, this event is one of multiple events permitted on Capitol grounds for Wednesday, January 6, 2021, and counter-protesters may be present. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming One Nation Under God demonstration as Highly Improbable.

**Information contained in this document is current as of 12/31/2020 @ 1000 hours.**

| | |
|---|---|
| Date Received SEU | 12/21/20 |
| Date Received IICD | 12/30/20 |

**USCP Risk Assessment Factors**

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION



**UNITED STATES CAPITOL POLICE**

**DEMONSTRATION ENDORSEMENT SHEET**

CP-40A
(10/19)

SES NUMBER _____20-12-21_____

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☑   Disapproval ☐   Comment ☑ |
|---|---|
| 01-06-2021: No MOC/media invited; No CD planned.<br>Group 1: Women for a Great America; Area 10; prayer for the country, 50 ppl.<br>Group 2: New York Apostolic Prayer Network; Area TBD; Prayer for the country; 50 ppl.<br>Group 3: Women for America First; Area 15; rally for election integrity; 50 ppl.<br>Group 4: One Nation Under God; Area 8; election integrity, 50 ppl. | **Facilitate with Existing Manpower ☐**<br><br>Grossi, Scott J.  Digitally signed by Grossi, Scott J. Date: 2020.12.24 08:19:47 -05'00'   12/23/2020 |
| | Signature                                           Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
| | *[signature]*                                    12/30/20 |
| | Signature                                           Date |

| Recommendation of Assistant Chief of Police<br>Protective and Intelligence Operations | Approval ✓   Disapproval ☐   Comment ☐ |
|---|---|
| | *Yogananda S. Pittman*                          12/30/20 |
| | Signature                                           Date |

| Recommendation of Assistant Chief of Police<br>Uniformed Operations | Approval ✓   Disapproval ☐   Comment ✓ |
|---|---|
| Approved for ACOP THOMAS | Pickett, Jeffrey J.  Digitally signed by Pickett, Jeffrey J. Date: 2020.12.30 14:17:18 -05'00' |
| | Signature                                           Date |

| Recommendation of Chief of Police | Approval ✓   Disapproval ☐   Comment ☐ |
|---|---|
| | Sund, Steven A.  Digitally signed by Sund, Steven A. Date: 2020.12.31 18:11:05 -05'00' |
| | Signature                                           Date |



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.   20510        Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-21**

**(1) SPONSORING PERSON AND/OR ORGANIZATION:**
   Bryan Lewis

**(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:**
   Senate East Front, Grassy Area 9 (bounded by the North Mezzanine sidewalk; First Street, NE;
   Northeast Drive and the East Front Plaza)

   NOTE: The spokesperson has been advised that the Congressional Press area in the Senate East
   Front Grassy Area is not a permitted area.  The demonstration is permitted no closer than thirty
   (30) feet from the Congressional Press Area.

**(3) DATE, TIME, AND DURATION:**
   DATE: Wednesday, January 6, 2021         TIME: 0830 - 1700 hours      DURATION: 8 ½ hours
                                             (includes set-up and take-down)

**(4) NUMBER OF PARTICIPANTS:**
   50

**(5) PROPS AND EQUIPMENT:**
   ❖ Various Handheld signs / placards
   ❖ One (1) bullhorn
   ❖ No marshals will be utilized for this event
   ❖ Electrical power has not been requested, nor is it unavailable at this site

The spokesperson has been advised of the following:
   ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures.  Non-breathable material (i.e., plastic,
     plywood, etc.) is prohibited from directly covering turf or other living landscape assets.  Post and stakes must
     be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol
     Police Special Events with final review by the Architect of the Capitol."
   ❖ **Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect**
     **the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.**
   ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15)
     feet in height.
   ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
   ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e)
     "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police
     Board Approval.
   ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
   ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or
     vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
   ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
   ❖ **Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.**
   ❖ **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for initial**
     **screening** *(Monday through Friday during operational hours 0430-1300 hours).*  Then –
   ❖ **Delivery vehicle(s) must report to New Jersey and C Street, NW for secondary screening** *(Arrival*
     *after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for*
     *initial screening only).*
   ❖ **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE**
     **(niched / cut out area) between Constitution Avenue and East Capitol Street, NE.**
   ❖ **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion**
     **of the event.**
   ❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510          Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-21**

- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE.**
  **BARRICADE ACCESS IS NOT PERMITTED.**
- ❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND**
  **MONITOR THE EVENT.**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof. or unreasonably interfere with the maintenance of good order on the Capitol Grounds. the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

   (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function. and return after said function has departed the Capitol Grounds.

   (b) Any display of signs. banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

   (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

   (d) The setting-up, placement, or storage of camping equipment, tents. sleeping bags, bedroll, bedding of any kind or shelter of any kind. at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps. curbs. gutters, doorways. alcoves. walls) at any time is prohibited. Any sleeping or lying-down on any unpaved. or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise. is prohibited.

   (e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further. the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

   (f) As a condition precedent to the issuance of this Permit. all participants in the proposed demonstration (parade. convocation, etc.) shall agree not to carry on his/her person any firearm. explosive, club, missile. chemical or other incendiary device or any other weapon; candles, torches. lanterns, lamps, etc., while ignited: or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-21**

in any way be construed as a weapon.  There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

12/31/2020
(Date Approved)

*Member,*
*United States Capitol Police Board*

(Date Approved)

*Chairman,*
*United States Capitol Police Board*

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303 (9.05)

| | |
|---|---|
| **Time Forwarded:**_____ | **SES Number:** __20-12-21_____ |
| **Date Forwarded:** _____ | **SES Coordinator:** ▉▉▉▉▉▉ |

| | |
|---|---|
| **Date Scheduled:** | Wednesday, January 6, 2021 |
| **Time:** | 0830 – 1700 hours (includes set-up / take-down) |
| **Duration:** | 8 ½ hours |
| **Number of Participants:** | 50 |
| **Location(s):** | Senate East Front, Grassy Area 9 (bounded by the North Mezzanine sidewalk; First Street, NE; Northeast Drive and the East Front Plaza) |
| **NOTE:** | **The spokesperson has been advised that the Congressional Press area in the Senate East Front Grassy Area is not a permitted area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press Area.** |
| **Name(s):** | **Bryan Lewis** |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Bryan Lewis |
| **Telephone Number(s):** | (C) (843) ▉▉▉▉▉ |
| **Spokesperson's Address:** | On File in Special Events |
| **Note:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the First Responders Unit, Sections Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 0830 and 1700 hours, approximately fifty (50) persons representing Bryan Lewis will participate in a demonstration on the Senate East Front, Grassy Area 9. The spokesperson advises participants are gathering to *"urge Congress to nullify votes from states that made illegal changes to voting rules during their elections." The actual event time will be 0830 – 1700 hours.*

*Members of Congress and Press have not been invited. Civil Disobedience is NOT planned for this event, and participants will NOT engage in march activity in association with this event. Spokesperson has advised that proper social distancing will be maintained for the duration of the event.*

The following props / equipment are authorized:
- ❖ Various Handheld signs / placards
- ❖ One (1) bullhorn
- ❖ No marshals will be utilized for this event
- ❖ Electrical power has not been requested, nor is it unavailable at this site

The spokesperson has been advised of the following:
- ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY.
This information must not be furnished outside of the U.S. Government or Public Safety related agencies   Disclosure of this information could jeopardize law enforcement operations.

*Bryan Lewis, Wednesday, January 6, 2021 (cont'd)*

and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."

❖ **Per the Architect of the Capitol,** only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.

❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.

❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.

❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval."

❖ The volume of the sound must be kept to a minimum and directed away from Congressional Office Buildings

❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.

❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.

❖ Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.

❖ Delivery vehicle(s) must report to USCP Off-Site, 4700 Shepherd Parkway, SW, for initial screening (*Monday thru Friday during operational hours 0430-1300 hrs*). Then –

❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for secondary screening (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).

❖ Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue, NE and East Capitol Street.

❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.

❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**

❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.**

❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

Participants will arrive and depart via public and private transportation. The spokesperson has been advised that **parking is not authorized** on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Private First Class
Special Events Section
(202) ▮▮▮▮

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY. This information must not be furnished outside of the U.S. Government or Public Safety related agencies Disclosure of this information could jeopardize law enforcement operations

20-12-21        RESUBMITTAL (received via email 12/21/2020)

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510 | SEU# | |
|---|---|---|---|

**Application for Permit Under Article XIX Of The Traffic<br>And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson:<br><br>Bryan Lewis | | 2. Date of Application:<br>.  12/21/2020 |
|---|---|---|

| 3. Address: | 4. Telephone: Business | 5. Mobile:<br>843▇▇▇ | 6. Email address<br>BryanLewis2002@▇ |
|---|---|---|---|

| 7. Date(s) of Event:<br>1/6/2021 | 8. Day(s) of Week:<br>Wednesday | 9. Start Time (including set-up):<br>8:30 AM | 10. End Time (including clean-up):<br>5:00 PM | 11. Total Duration<br>9 hours |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)

Area 9

| 13. Estimated number of participants:<br><br>50 | 14. Additional Point of Contact / Spokesperson:<br><br>Telephone          N/A<br><br>Email address     N/A | N/A |
|---|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity)

☑ Demonstration (Rally, Vigil, etc.)          ☐ Filming/Photography          ☐ Musical Presentation

☐ March (Provide Route)          ☐ Road Race          ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:

The event is to urge congress to nullify electoral votes from states that made illegal changes to voting rules during their elections.

CP-40

**U.S. CAPITOL POLICE BOARD**
119 D Street, N.E.
Washington, D.C. 20510

SEU#

**Application for Permit Under Article XIX Of The Traffic**
**And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s)<br>Size: L          H | ☐ Podium | ☐ Distribution of Literature |
|---|---|---|---|
| ☐ Stage(s)<br>Size: L    W    H | ☐ Press Riser<br>Size: L    W    H | ☐ Lighting Equipment | ☑ Camera Tripod |
| ☐ Tables<br>Quantity. | ☐ Portable Sound System (Describe)<br>Bullhorn | | |
| ☐ Chairs<br>Quantity | | | |
| ☐ Other: | | | |

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)

Yes        ✓ No

17. Estimated # of buses: (No parking / staging on Capitol Grounds)

18. Will Marshals be utilized?        Yes        No ✓

How many?

19. On-site contact. Bryan Lewis

How will they be identified?

Mobile #:    843 ▮▮▮▮▮

Email address  BryanLewis▮▮▮@▮▮▮▮

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?        Yes        ✓ No

If yes, please explain:

21. I, _____ Bryan Lewis _____ , have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

**Bryan Lewis** Digitally signed by Bryan Lewis
Date: 2020.12.21 14:28.23 -05'00'          12/21/2020

SPOKESPERSON'S SIGNATURE          DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA. FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m , Monday through Friday,
Office: (202) 224-8891

20-12-21                                                                                          EMK

| CP-40 | **UNITED STATES CAPITOL POLICE BOARD**<br>119 D Street, N.E.<br>Washington, D.C. 20510<br><br>**Application for Permit Under Article XIX Of The Traffic**<br>**And Motor Vehicle Regulations for United States Capitol Grounds** | SEU# |
|---|---|---|

| 1 Bryan Lewis: | | | 12/21/2020 | |
|---|---|---|---|---|

| ████████████ | N/A | ███████████ | 6. FAX: |
|---|---|---|---|

| 6 Jan 2020 | Wednesday | 8:30 am<br>set-up): | 5:00 PM<br>clean-up): | 11. 9 1/2 hours |
|---|---|---|---|---|

12a. Nature of Event (Check appropriate box best describing the nature of your activity):

☑ Demonstration (Rally, Vigil, etc)     ☐ Filming/Photography          ☐ Musical Performance
☐ March                                 ☐ Foot Race                    ☐ Other (Describe below)

b.  Describe all activity in detail:
This rally will be to urge
Congress to nullify electoral
votes from swing states that
made illegal changes to their
elections

13.  Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft
Memorial Park, etc.)   Area 1 on the map (lower) Please minimize

14.  Props and Equipment — All props and equipment must be furnished by sponsoring person or organization.  Please be specific;
include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards<br>Quantity: 100 | ☐ Banner(s)<br>Size: L ___ W ___ H ___ | ☐ Podium | ☐ Distribution of<br>Literature |
|---|---|---|---|
| ☐ Chairs<br>Quantity: | ☐ Press Riser<br>Size: ___ W ___ H ___ | ☐ Lighting Equipment | ☐ Portable Sound<br>System |
| ☐ Tables<br>Quantity: | ☐ Stage(s)<br>Size: L ___ W ___ H ___ | ☐ Camera Tripod | |
| ☐ Other: | | | |

| 15. Will electrical power be required? ☐ Yes ☑ No . (Available only at the West Front Grassy Area and the Upper Senate Park) | | |
|---|---|---|
| 16.  Estimated # of<br>participants: 1,000's | 17.  Estimated # of buses: (No parking<br>available on Capitol Grounds) N/A 28 | 18.  Will Marshals be utilized? ☐ Yes ☑ No<br>How many?<br>How identified? |
| 19.  On-site contact: Bryan Lewis<br>████████████ | | |

20.  Does information exist that a person(s) may wish to disrupt your activity? ☐ Yes ☑ No
If yes, please explain:

| 21. I, Bryan Lewis | have read and acknowledge the U.S. Capitol Police Board<br>Demonstration Guidelines. |
|---|---|

APPLICANT'S NAME (Print)

_____                    12-21-2020
APPLICANT'S SIGNATURE                         DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA:
FAX:  (202) 228-2429
or
Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday, office:  (202) 224-3891

Rev. 4/2008                                                                          CP Form 40

Request for demonstration  on 6 Jan 2020

Thanks

Bryan Lewis

Coordination Questions for [Byran Lewis & SES #12-21] [January 6, 2021] [Area 9 (Area 1 was requested but is not available)]

Phone conversation: 12/21/2020 @ 1330 hours

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | NO |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? (only if applicable to event) | NO |
| How does your group plan on arriving to US Capitol Grounds? | Public / Private Transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public / Private Transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | NO March |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | NO |
| Does your group have a website established for this event? Does your group have a social media account for this event? | NO – Live Stream via social media<br>Social Media and word of mouth for inviting participants |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | Bull Horn |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Not at this time |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Live stream and personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | Bryanlewis |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | N/A |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | NO vendor |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Leader of participants |
| If there is a March associated with the event please provide a map of the planned march route | NO March |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 0830 – 5:00 |
| Has the group invited Members of Congress? | NO |
| Has the group invited Press to the event? | NO |

Coordination Questions for [Byran Lewis & SES #12-21] [January 6, 2021] [Area 9 (Area 1 was requested but is not available)]

Phone conversation: 12/21/2020 @ 1330 hours

Called SP and advised them of the following

- Area 1 not available
  - Selected Area 9 as an alternate location
- CPB Order restricting mass gatherings to 50 persons or less
  - SP advised that he put 1,000 as a hopeful number but does not believe he will come even close to that number. I stated if he was to reapply for 50 participants he must adhere to this.

Advised that he will need to resubmit his application, using the most recent version of the application to reflect the area and participant # changes.

Provided email address

Stated that other than the signs (which will be message based) they may have a bull horn.

He stated that there will be NO MARCH associated with the event.

SP was also quite surprised to find out that so many locations were already reserved for other applications, leading me to believe that they are not affiliated with the larger group.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

| Intelligence and Interagency Coordination Division | 21-O-0289 | January 06, 2021 |
| --- | --- | --- |

## TITLE: Bryan Lewis Demonstration

**THREAT ADVISORY: REMOTE**

There are no records of Bryan Lewis holding prior events on Capitol Grounds and the Intelligence and Interagency Coordination Division (IICD) found no adverse information; therefore, IICD assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Bryan Lewis demonstration as REMOTE.

**Background Information:** Bryan Lewis, describes himself as a private citizen who is "fighting for fair election results".

**Event Summary:** On Wednesday, January 06, 2021, between 0830-1700 hours, approximately fifty (50) persons representing Bryan Lewis will participate in a demonstration on the Senate East Front, Grassy Area 9, of the U.S. Capitol.

Mr. Lewis, who is also the spokesperson for the event, advised that the participants are gathering "to urge Congress to nullify votes from states that made illegal changes to voting rules during their elections." According to Mr. Lewis the event will consist of brief speeches and displaying signs, the actual event will take place from 0830-1700 hours. He has also advised Members of Congress were not invited to this event and no acts of civil disobedience are planned. Mr. Lewis is not aware of any counter-demonstrations related to this event and the group has no intention of entering Congressional office buildings to lobby Members of Congress.

**IICD Comment:** At present there is no adverse intelligence related to this event. A social media presence could not be located for Mr. Lewis. Bryan Lewis, (843) ███████, has stated that he did not need to advertise for the event because he believes there will be larger groups in Washington D.C. on the same day, demonstrating for the same cause. Based on these findings, the Intelligence and

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Bryan Lewis demonstration as remote.

**Information contained in this document is current as of 12/29/2020 @ 0930 hours.**

Date Received SEU: 12/21/20
Date Received IICD: 12/28/20

**USCP Risk Assessment Factors**

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |



# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A
(10/19)

**SES NUMBER** _____ 20-12-32 _____

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☒    Disapproval ☐    Comment ☒ |
|---|---|
| 01-05-2021 thru 01-06-2021 | Facilitate with Existing Manpower ☐ |

- MOC/press not invited.
- No CD planned.

Numerous demos occurring both days.

Grossi, Scott J.  Digitally signed by Grossi, Scott J. Date: 2020.12.31 16:11:38 -05'00'    12/31/2020

Signature                                         Date

---

**Recommendation of C.O. Protective Services Bureau**      Approval ☒    Disapproval ☐    Comment ☐

Signature                                1/4/21
                                         Date

---

**Recommendation of Assistant Chief of Police Protective and Intelligence Operations**      Approval ☑    Disapproval ☐    Comment ☐

Yogananda S. Pittman                      1/4/21
Signature                                 Date

---

**Recommendation of Assistant Chief of Police Uniformed Operations**      Approval ☑    Disapproval ☐    Comment ☐

Thomas, Chad B.   Digitally signed by Thomas Chad B Date: 2021 01 04 11 31 59 -05'00'

Signature                                 Date

---

**Recommendation of Chief of Police**      Approval ☑    Disapproval ☐    Comment ☐

Signature                                 1/4/21
                                          Date



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-32**

(1) SPONSORING PERSON AND/OR ORGANIZATION:
   **Jesus Lives**

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:

   West Front, Grassy Area 1 (Lower Center Portion), United States Capitol *(Tuesday, January 5, 2021)*

   Union Square - Area 15 (bounded by Pennsylvania Avenue, NW; First Street, NW/SW; Maryland Avenue, SW; and Third Street, SW/NW) *(Wednesday, January 6, 2021)*

(3) DATE, TIME, AND DURATION:
   DATE:  Tuesday, January 5, 2021 through          TIME:  0900 - 1900 hours / daily          DURATION: 10 hours
           Wednesday, January 6, 2021                        (includes set up / take down)

(4) NUMBER OF PARTICIPANTS:
   50

(5) PROPS AND EQUIPMENT:
   ❖ One (1) banner (8'L x 8'H) supported by a telescoping banner frame with metal support base
      ○ Will be placed on the ground behind the stage
   ❖ One (1) stage (16'L x 8'W x 12"H) with step
   ❖ One (1) podium
   ❖ One (1) Jackery Solar Generator with solar panel
      ○ Generator pack (9.05"L x 5.24"W x 7.87"H)
      ○ Solar panel (16" L x 0.6"W x 11.4"H) with built in support leg
   ❖ Portable sound system – consisting of:
      ○ One (1) Bose L1 Compact System (13.25"L x 16.75"W x 78.5"H) placed on stage
      ○ One (1) wireless microphone
   ❖ One (1) shofar – religious horn
   ❖ Camera tripods
   ❖ Electrical power has been requested for Tuesday, January 5, 2021, and is available in Area -1.
   ❖ Electrical power has not been requested for Wednesday, January 6, 2021, nor is it available at Area – 15.

The spokesperson has been advised of the following:
   ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
   ❖ **Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.**
   ❖ **Tents, cabanas, canopies or any other covered structures are expressly prohibited.**
   ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
   ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
   ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
   ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
   ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
   ❖ **Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.**



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510    Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-32**

❖ Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> (*Monday through Friday during operational hours 0430-1300 hours*). Then —
❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
❖ Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, north of Peace Circle. *(Tuesday, January 5, 2021)*
❖ Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, south of Peace Circle. *(Wednesday, January 6, 2021)*
❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
❖ <u>DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.</u>
❖ EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>
❖ FIRST RESPONDER PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT. *(Tuesday, January 5, 2021)*
❖ SPECIAL OPERATIONS DIVISION WILL INSPECT ALL PROPS AND EQUIPMENT, AND WILL MONITOR THE EVENT. *(Wednesday, January 6, 2021)*

**NOTE:   <u>PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.</u>**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof.

    (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

    (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings Literature may not be distributed in the hallways of any building on Capitol Grounds.

    (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

    (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-32**

(e)  Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds.  Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f)  As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon, candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame.  Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

01/04/2021
(Date Approved)

_Member,_
_United States Capitol Police Board_

(Date Approved)

_Chairman,_
_United States Capitol Police Board_

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303                                                                                                      (9/05)

**Time Forwarded:** _____                         **SES Number:** 20-12-32 ____

**Date Forwarded:** _____                         **SES Coordinator:** ▓▓▓▓▓▓

---

| | |
|---|---|
| **Date Scheduled:** | Tuesday, January 5, 2021 through Wednesday, January 6, 2021 |
| **Time:** | 0900 - 1900 hours / daily (includes set-up / take-down) |
| **Duration:** | 10 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | West Front, Grassy Area 1 (Lower Center Portion), United States Capitol *(Tuesday, January 5, 2021)* |
| | Union Square - Area 15 (bounded by Pennsylvania Avenue, NW; First Street, NW/SW; Maryland Avenue, SW; and Third Street, SW/NW) *(Wednesday, January 6, 2021)* |
| **Name(s):** | Jesus Lives |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Jo Reitkopp                    **Addt'l. Point of Contact:** Chris Steinbrunn |
| **Telephone Number(s):** | (C) (714)▓▓▓▓ .                               (C) (412)▓▓▓▓ |
| **Spokespersons Address:** | On file in Special Events |
| **NOTE:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the Special Operations Division, Sections Two, and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Tuesday, January 5, 2021 and Wednesday, January 6, 2021, between 0900 and 1900 hours daily, approximately fifty (50) persons representing **Jesus Lives** will participate in a demonstration in the West Front Grassy Area 1 (Lower Center Portion) *(Tuesday, January 5, 2021)* and Union Square - Area 15 *(Wednesday, January 6, 2021)*. The spokesperson advises participants are gathering for a *"prayer event, praying for our country with speakers and recorded music."* Per the spokesperson, the event will include the blowing of a shofar one (1) time at the beginning of the event and participants will engage in congregational signing. *Actual event time will be 1200 to 1700 hours.*

*Members of Congress may be invited, but none have been invited at the time of writing. Press will not be invited. Civil disobedience is NOT planned for this event. The spokesperson has advised that participants will maintain social distancing for the duration of the event.*

The following props / equipment are authorized:
  ❖ One (1) banner (8'L x 8'H) supported by a telescoping banner frame with metal support base
      - Will be placed on the ground behind the stage
  ❖ One (1) stage (16'L x 8'W x 12"H) with step
  ❖ One (1) podium
  ❖ One (1) Jackery Solar Generator with solar panel
      - Generator pack (9.05"L x 5.24"W x 7.87"H)
      - Solar panel (16" L x 0.6"W x 11.4"H) with built in support leg
  ❖ Portable sound system – consisting of:
      - One (1) Bose L1 Compact System (13.25"L x 16.75"W x 78.5"H) placed on stage
      - One (1) wireless microphone
  ❖ One (1) shofar – religious horn

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U S Government or Public Safety related agencies  Disclosure of this information could jeopardize law enforcement operations

*Jesus Lives, Tuesday, January 5, 2021 through Wednesday, January 6, 2021 (cont'd)*

❖ Camera tripods
❖ Electrical power has been requested for Tuesday, January 5, 2021, and is available in Area -1.
❖ Electrical power has not been requested for Wednesday, January 6, 2021, nor is it available at Area – 15.

The spokesperson has been advised of the following:
❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
❖ Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
❖ Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.
❖ Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for initial screening *(Monday through Friday during operational hours 0430-1300 hours)*. Then –
❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for secondary screening *(Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only)*.
❖ Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, north of Peace Circle. *(Tuesday, January 5, 2021)*
❖ Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, south of Peace Circle. *(Wednesday, January 6, 2021)*
❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
❖ DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.
❖ EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.
❖ FIRST RESPONDER PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT. *(Tuesday, January 5, 2021)*
❖ SPECIAL OPERATIONS DIVISION WILL INSPECT ALL PROPS AND EQUIPMENT, AND WILL MONITOR THE EVENT. *(Wednesday, January 6, 2021)*

The participants will arrive via public and private transportation. The spokesperson has been advised that no parking or staging is authorized on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Private First Class
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY

This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

2

U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations For United States Capitol Grounds

WASHINGTON, RECEIVED VIA EMAIL

CP-4P

1. Organization and/or Sponsor:
Jo Rothongo

3. Address:

4. Type of Appearance:

7. Date(s) of Event:
4/5/2021 – 1/6/2021

8. Day(s) of Week:
Tuesday & Wednesday

9. Start Time (including set-up):
10:00 a.m.

10. End Time (including clean-up):
7:00 pm

11. Total Duration:
18 hours

2. Date of Application:
11/20/2020

12. Specific area of U.S. Capitol Grounds requested to be the site of: 0% West Front Grassy Area, Upper Senate Park, Tail Memorial

Area #5 is our first choice. Area 12 is our second choice.

13. Estimated number of participants:
50

14. Additional Point of Contact / Spokesperson:
Chris Stathopoury

Telephone:

Email address:

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
☐ Demonstration (rally, vigil, etc.)   ☐ Photography/Videography   ☐ March (Procession Route)   ☐ Road Race   ☐ Musical Presentation   ☐ Other (Explain below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
Prayer event praying for our country with speakers and recorded music. At the beginning of the event there will be the blowing of a shofar, one time.

---

U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations For United States Capitol Grounds

14. Props and Equipment — (If props and equipment must be furnished by organization or spokesperson.

Please be specific; include questions and description of all items.

| | | | | |
|---|---|---|---|---|
| 15. Handheld Signs / Placards | Banner(s)<br>Size: L   sl   H   sl | ☐ Podium | ☐ Defib/safety of Literature |
| 15. Sign(s)<br>Size: L   sl   W   sl   H   sl | ☐ Press Risers<br>Base: L   W   H | ☐ Lighting Equipment | ☐ Costumes/Props |
| ☐ Tables<br>Quantity: | ☐ Portable Sound System (describe)<br>Bless to Capitol Sound System with wireless microphones | | |
| ☐ Chairs<br>Quantity: | | | |
| ☐ Other:<br>Crib section? Spikes Generator - 600 Watts | | | |

16. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)   Yes   No

17. Estimated foot traffic (No parking / staging on Capitol Grounds)

18. Will GPS be required? Jo Rothongo   Chris Stathopoury   18. Will Marshals be utilized? Yes   No

Marshal #:

Email address:

20. Dance Reservation sold? That is granted / permission may refer to cheering for entries?   Yes   No
If yes, please explain:

21. I have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S SIGNATURE                DATE

SPOKESPERSON'S NAME (Print)

FOR MORE EXPEDITIOUS PROCESSING (PLEASE RETURN APPLICATION VIA FAX, (202) 228-2429
or
Mail / Send return to U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 5:00 p.m., Monday through Friday

Not Valid Until Signed

12/30/2020

RESET   PRINT

12/29/2020  14:34    7145161053              FEDEX OFFICE 0320                    PAGE  01

**CP-40**

## U.S. CAPITOL POLICE BOARD
### 119 D Street, N.E.
### Washington, D.C. 20510

SEU#

### Application for Permit Under Article XIX Of The Traffic
### And Motor Vehicle Regulations for United States Capitol Grounds

| 1. Organization and/or Spokesperson: "Jesus Lives"    Jo Reitkopp | 2. Date of Application: 12/29/2020 |
|---|---|

| 3. Address: | 4. Telephone: Business 714 | 5. Mobile: 714 | 6. Email address JoTrump |
|---|---|---|---|

| 7. Date(s) of Event: 1/5/2021 - 1/6/2021 | 8. Day(s) of Week: Tuesday & Wednesday | 9. Start Time (including set-up): 12:00 noon | 10. End Time (including clean-up): 5:00 pm | 11. Total Duration: 10 hours |
|---|---|---|---|---|

**12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)**
Area 15 is our first choice. Area 12 is our second choice.

| 13. Estimated number of participants: 3 to 5 hosting and we will abide by the 50 people total ordinance | 14. Additional Point of Contact / Spokesperson    Chris Steinbrunn Telephone: Email address: |
|---|---|

**13a. Nature of Event (Check appropriate box best describing the nature of your activity):**

☐ Demonstration (Rally, Vigil, etc.)       ☐ Filming/Photography            ☐ Musical Presentation

☐ March (Provide Route)                  ☐ Road Race                      ☒ Other (Describe below)

**b. Describe event purpose / message / First Amendment platform and activity in detail:**
We would like to do a Christian prayer event praying for our country with Christian Music and possibly pastors speaking. Also we want to pray for the people who need prayer.

12/29/2020  14:34   7145161053          FEDEX OFFICE 0320          PAGE  02

20-12-32                                    EMK

CP-40

# U.S. CAPITOL POLICE BOARD                    SEU#
## 119 D Street, N.E.
## Washington, D.C. 20510

### Application for Permit Under Article XIX Of The Traffic
### And Motor Vehicle Regulations for United States Capitol Grounds

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| | | | |
|---|---|---|---|
| ☐ Handheld Signs, Placards | Banner(s) Size: L      H | ☑ Podium | ☐ Distribution of Literature |
| ☑ Stage(s) Size: L  6' W 3'  H 8" | ☐ Press Riser Size: L    W    H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables Quantity: | ☑ Portable Sound System (Describe) Portable Bose Tower with Microphone | | |
| ☐ Chairs Quantity: | | | |
| ☐ Other: | | | |

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
(Yes) Generator  No

17. Estimated # of busses: (No parking / staging on Capitol Grounds)
None

18. Will Marshals be utilized?     Yes   (No)
How many?
How will they be identified?

19. On-site contact:
Mobile #:
Email address:  Jo.Reitkopp.

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?     Yes   (No)
If yes, please explain:

21. I,  Jo Reitkopp                          , have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.
SPOKESPERSON'S NAME (Print)

Josephine "Jo" Reitkopp

_Josephine Reitkopp_                          12/29/2020
SPOKESPERSON'S SIGNATURE                       DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: (FAX: (202) 228-2429)
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday.
Office: (202) 224-8891

Coordination Questions for ["Jesus Lives" & SES #20-12-32] [January 5 & 6, 2021] [Area - 15]
Phone conversation: 12/30/2020 @ 1150 hours

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | NO |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? (only if applicable to event) | NO |
| How does your group plan on arriving to US Capitol Grounds? | Public / Private Transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public / Private Transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | NO |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | NO |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Social media – messenger group for invited participants (less than 50) |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | Shofar – to be used at the beginning of the event Camera tripod |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Will gather from other POC |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | The event maybe livestreamed |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | NO – the SP stated that she thinks maybe atheists |
| Email address(es) for all points of contact for your event. | See application |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | NO March |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | No vendor will be used participants will bring equipment |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 12-5 (1000 set up – 1900 take down) |
| Has the group invited Members of Congress? | Maybe |
| Has the group invited Press to the event? | No |

She stated that the speakers will be religious leaders and pastors. The music will be recorded only and will not be played all the time. She was advised that it can be used as a means for interlude and background for the congregational singing

Coordination Questions for ["Jesus Lives" & SES #20-12-32] [January 5 & 6, 2021] [Area - 15]
Phone conversation: 12/30/2020 @ 1150 hours

they plan to have. They will also have Jewish participants who will blow one Shofar one time at the beginning of the program each day.

She was also not aware that the event time needed to include the set up and take down time and requested to have two hours added on the front and back end of the event as the event program will run 1200 pm to 5:00 pm both days.

She stated that the stage and sound equipment will be brought by the other SP Chris and to contact him for more detailed information. She also stated that they will probably have back drop banner. I advised that it will not be able to be on the stage but rather on the ground. She stated that she is fine with that but to let Chris know as well.

12/30/2020 @ 1243 hours called other POC for the event as he will be bringing the equipment

The sound system is a Bose L1 Compact System with wireless microphone that will be placed on the stage

There will be either one or two banners with the message Kingdom Come on it. (not an advertisement) that will be on the ground by the stage not on it.

He confirmed that the only music will be recorded music for the purpose of interlude or for congregational singing as part of the prayer program and between speakers.

Made him aware of the security screening process and he stated that he will have his pov and will comply. Advised him that there is no public parking on U.S. Capitol Grounds and Parking is not authorized as a component of the application.

12/30/2020 @1645 hours

SP called to inquire if Area 1 was available so they could have access to electrical. I advised that area 1 is only available on Tuesday and not on Wednesday (restrictions begin this day). She asked to switch to Area 1 on Tuesday (Jan 5th) and remain in Area 15 on Wednesday (Jan 6th). I advised that I will need her to email me with that request as we need the change in writing.

She mentioned that in the interest of time they will most likely secure a vendor for the stage of the event. I advised that if that is the case she will need to advise in email any changes to the size. She stated that the vendor was requiring a 6 hour window for delivery which would change the start time of the event.

I stressed again that all changes must be emailed to be to have a written record of them.

12/30/2020

SP emailed later in the evening with the change for the area only and confirmed that they had reviewed and understand the information provided. No mention of the change to stage was provided.

12/31/2020

Replied to SP in email stating that I received the information provided in the email and if there were any changes to the stage that she needs to let me know ASAP

12/31/20201 1110 hours

Called SP to inquire after the stage change. She stated that they will in fact have two panels that measure 8' x 4' x 12" to be one stage of 16'L x 8'W x 12" H with one step on the side

While on the phone SP emailed a photo of the stage.

Coordination Questions for ["Jesus Lives" & SES #20-12-32] [January 5 & 6, 2021] [Area - 15]
Phone conversation: 12/30/2020 @ 1150 hours

12/31/2020 1328 hours – SP and Additional POC called to request to have start time changed to 0900 hours to accommodate their vendor's need for more time for set up.

SP followed up with email to confirm this.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

| 21-O-0294 | January 5-6, 2021 |

Intelligence and Interagency
Coordination Division

## TITLE: Jesus Lives Demonstration

THREAT ADVISORY:  REMOTE

**Open source reviews were negative for any planned counter protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event.**

<u>Background Information</u>: Jesus Lives describes itself as a religious organization seeking to conduct a prayer service the country.

<u>Event Summary</u>: On Tuesday, January 5, 2021, between 0900 and 1900 hours, approximately fifty (50) persons representing Jesus Lives will participate in a demonstration in the West Front Grassy Area 1 (Lower Center Portion). On Wednesday, January 6, 2021, between 0900 and 1900 hours, approximately fifty (50) persons representing Jesus Lives will participate in a demonstration at Union Square – Area 15. The purpose of the event is for participants to conduct a "prayer event, praying four our country with speakers and recorded music." Per the spokesperson, the event will include the blowing of a shofar one (1) time at the beginning of the event and participants will engage in congregational signing. Actual event time will be 1200 to 1700 hours.

The spokesperson, Ms. Jo Reitkopp, advised Members of Congress may be invited, as of this writing, no invitations have been sent to Members of Congress. Press will not be invited. Civil disobedience is not planned for this event. The spokesperson has advised that participants will maintain social distancing for the duration of the event.

Ms. Reitkopp advised that neither she, nor members of the demonstration, have any intention of entering Congressional office buildings to lobby Members of Congress.

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**

**IICD Comment:** Women for a Great America filed for a permitted event on January 6, 2021 at the House East Front, Grassy Area 10, U.S. Capitol. Additional events are also scheduled to occur in Washington, DC on January 6, 2021.

There are no records on file of Jesus Lives conducting prior events on Capitol grounds. Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience. Mr. Chris Steinbrunn, (412)██████████ is the point of contact for the upcoming event. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Jesus Lives event as remote.

**Information contained in this document is current as of 12/31/2020 @ 2300 hours.**

| | |
|---|---|
| Date Received SEU: | 12/15/20 |
| Date Received IICD: | 12/31/20 |

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**



CP-40A
(10/19)

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

SES NUMBER _____ 20-12-30

(Please Type or Print Legibly)

| | |
|---|---|
| **Recommendation of C.O. Special Events**<br>01-06-2021;<br><br>No MOC, media, or CD.<br><br>1) Area 7 - Virginia Freedom Keepers (0600-1800; 50 ppl)<br>2) Area 8 - One Nation Under God (0830-1800; 50 ppl)<br>3) Area 9 - Bryan Lewis (0830-1700; 50 ppl)<br>4) Area 10 - Women for a Great America (0700-2200; 50 ppl) | **Approval** ☑   **Disapproval** ☐   **Comment** ☑<br>**Facilitate with Existing Manpower** ☐<br><br>Grossi, Scott J.   Digitally signed by Grossi, Scott J.<br>Date: 2020.12.30 12:59:27 -05'00'   12/30/2020<br><br>_____<br>**Signature**                    **Date** |
| **Recommendation of C.O. Protective Services Bureau** | **Approval** ☑   **Disapproval** ☐   **Comment** ☐<br><br><br>_(signature)_                    12/30/20<br>**Signature**                    **Date** |
| **Recommendation of Assistant Chief of Police**<br>**Protective and Intelligence Operations** | **Approval** ☑   **Disapproval** ☐   **Comment** ☐<br><br><br>Pittman, Yogananda D.   Digitally signed by Pittman, Yogananda D<br>Date: 2020.12.31 09:35:55 -05'00'<br>**Signature**                    **Date** |
| **Recommendation of Assistant Chief of Police**<br>**Uniformed Operations**<br><br>Approved for ACOP Thomas | **Approval** ☑   **Disapproval** ☐   **Comment** ☑<br><br><br>Pickett, Jeffrey J.   Digitally signed by Pickett, Jeffrey J<br>Date: 2020.12.31 10:01:13 -05'00'<br>**Signature**                    **Date** |
| **Recommendation of Chief of Police** | **Approval** ☑   **Disapproval** ☐   **Comment** ☐<br><br><br>Sund, Steven A.   Digitally signed by Sund, Steven A.<br>Date: 2020.12.31 16:29:31 -05'00'<br>**Signature**                    **Date** |



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
SES # 20-12-30

**(1)  SPONSORING PERSON AND/OR ORGANIZATION:**
**Rock Ministries International**

**(2)  AREA OF CAPITOL GROUNDS TO BE INVOLVED:**
House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza)

**(3)  DATE, TIME, AND DURATION:**
DATE: Wednesday, January 6, 2021        TIME: 1200 - 1900 hours        DURATION: 7 hours
(includes set-up / take-down)

**(4)  NUMBER OF PARTICIPANTS:**
50

**(5)  PROPS AND EQUIPMENT:**
- ❖ Fifty (50) handheld signs / placards
- ❖ One (1) podium
- ❖ Four (4) tables
- ❖ Fifty (50) chairs
- ❖ Portable sound system consisting of –
  - One (1) battery-powered Ion Explorer speaker (2'L x 2'W)
  - One (1) microphone
- ❖ Distribution of literature to interested persons only
- ❖ Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:
- ❖ "Items cannot be tied {nailed, stapled or affixed} to any trees/fixtures.  Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets.  Post and stakes must be no more than ½" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- ❖ <u>**Per the Architect of the Capitol,**</u> **only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.**
- ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
- ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- ❖ **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for** <u>**initial screening**</u> *(Monday through Friday during operational hours 0430-1300 hours).* **Then –**
- ❖ **Delivery vehicle(s) must report to New Jersey and C Street, NW for** <u>secondary screening</u> *(Arrival after 1900 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
- ❖ **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue, SE and East Capitol Street.**
- ❖ **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-30**

❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE.**
   **BARRICADE ACCESS IS NOT PERMITTED.**
❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND**
   **MONITOR THE EVENT.**

**NOTE: PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

    (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

    (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

    (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

    (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

    (e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

    (f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps,



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510       Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-30**

etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame.  Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon.  There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

12/31/2020
_____
(Date Approved)

_____
Member,
*United States Capitol Police Board*

_____
(Date Approved)

_____
Chairman,
*United States Capitol Police Board*

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303                                                                                                    (9/05)

**Time Forwarded:** _____              **SES Number:** __20-12-30__

**Date Forwarded:** _____              **SES Coordinator:** ▆▆▆▆▆▆

---

| | |
|---|---|
| **Date Scheduled:** | Wednesday, January 6, 2021 |
| **Time:** | 1200 - 1900 hours (includes set-up / take-down) |
| **Duration:** | 7 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza) |
| **Name(s):** | **Rock Ministries International** |
| **Type of Event:** | Demonstration |
| **Spokesperson:**<br>**Telephone Number(s):** | Belton Platt                     **On-Site Contact:** Mashandia Platt<br>(C) (980)▆▆▆                            (C) (704)▆▆▆ |
| **Spokespersons Address:** | On File in Special Events |
| **NOTE:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the First Responders Unit, Section Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 1200 and 1900 hours, approximately fifty (50) persons representing **Rock Ministries International** will participate in a demonstration on the House East Front, Grassy Area 11, U.S. Capitol. The spokesperson advises participants are gathering for a *"prayer campaign encouraging pastors, leaders and citizens to pray for the United States."* The event will consist of prayers and brief speeches. No civil disobedience is planned for this event.

The following props / equipment are authorized:
- ❖ Fifty (50) handheld signs / placards
- ❖ One (1) podium
- ❖ Four (4) tables
- ❖ Fifty (50) chairs
- ❖ Portable sound system consisting of –
  - • One (1) battery-powered Ion Explorer speaker (2'L x 2'W)
  - • One (1) microphone
- ❖ Distribution of literature to interested persons only
- ❖ Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:
- ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- ❖ Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
- ❖ Height Restriction: No single prop. piece of equipment or combination thereof may exceed fifteen (15) feet in height.

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies.  Disclosure of this information could jeopardize law enforcement operations

*Rock Ministries International, Wednesday, January 6, 2021 (cont'd)*

- ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- ❖ **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). **Then –**
- ❖ **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1900 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- ❖ **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue and East Capitol Street, SE.**
- ❖ **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- ❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- ❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

The participants will arrive and depart via public and private transportation. The spokesperson has been advised that **<u>no parking or staging is authorized</u>** on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.

Event Coordinator
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the US Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

2

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
|---|---|---|---|

**U.S. CAPITOL POLICE BOARD**
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

**1. Organization and/or Spokesperson:**
Rock Ministries Church International

**2. Date of Application:**
12-24-20

**3. Address:** ▊▊▊▊▊

**4. Telephone: Business**
980-▊▊▊

**5. Mobile:**
980-▊▊▊

**6. Email address**
▊▊▊▊▊

**7. Date(s) of Event:**
1-6-21

**8. Day(s) of Week:**

**9. Start Time (Including set-up):**
12 pm

**10. End Time (Including clean-up):**
7 pm

**11. Total Duration:**
7 hrs

**12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)**
Area 8 or 9 or 10 or 11 (I prefer 8, if 9 or 10 is not Available

**13. Estimated number of participants:**
50

**14. Additional Point of Contact / Spokesperson:**
Mashandia Platt
Telephone: ▊▊▊▊▊
Email address: ▊▊▊▊▊

**13a. Nature of Event (Check appropriate box best describing the nature of your activity):**
☐ Demonstration (Rally, Vigil, etc.)      ☐ Filming/Photography          ☐ Musical Presentation

☐ March (Provide Route)                  ☐ Road Race                    ☑ Other (Describe below)

Corporate Prayer for this Nation And our future leaders.

**b. Describe event purpose / message / First Amendment platform and activity in detail:**
Pray for the Nation (America)
Prayer Campaign

CP-40

**U.S. CAPITOL POLICE BOARD**
**119 D Street, N.E.**
**Washington, D.C. 20510**

SEU#

**Application for Permit Under Article XIX Of The Traffic**
**And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

_Portable Speaker Microphone_ Please be specific, include quantities and dimensions of all items.

| ☐ Handheld Signs, Placards 50 | Banner(s) Ø<br>Size: L     H | ☐ Podium   1 | ☐ Distribution of Literature |
| ☐ Stage(s)<br>Size: L   W   H | ☐ Press Riser<br>Size: L   W   H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables<br>Quantity: Ø 4 | ☐ Portable Sound System (Describe) | | |
| ☐ Chairs<br>Quantity: 50 | | | |

☐ Other:

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
    Yes    (No)

17. Estimated # of buses: (No parking / staging on Capitol Grounds)   N/A

18. Will Marshals be utilized?   Yes   (No)
    How many?
    How will they be identified?

19. On-site contact: Belton Platt
    Mobile #: 980-
    Email address: beltonplatt

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes   (No)
    If yes, please explain:

21. I, _____ , have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)
_Belton C. Platt Sr._

SPOKESPERSON'S SIGNATURE _Belton C. Platt Sr._    DATE _12-24-20_

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

Coordination Questions for DEMO: Rock Ministries Intl. Wednesday, January 6, 2021

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | No |
| How does your group plan on arriving to US Capitol Grounds? | Public/private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public/private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Twitter:<br>Insta:<br>FB: |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | N/A |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | N/A |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | Beltonplatt@ |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | DEMO Only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Yes |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 1200-1900 hours |
| Has the group invited Members of Congress? | No |
| Has the group invited Press to the event? | No |

CP-40

## U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

SEU#

### Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds

**1. Organization and/or Spokesperson:**
Rock Ministries Church International

**2. Date of Application:**
12-29-90

**3. Address:**
(redacted)

**4. Telephone: Business**
980-(redacted)

**5. Mobile:**
980-(redacted)

**6. Email address:**
mellonplatt@yahoo

**7. Date(s) of Event:**
1-6-21

**8. Day(s) of Week:**

**9. Start Time (including set-up):**
12 pm

**10. End Time (including clean-up):**
7 pm

**11. Total Duration:**
7 hrs

**12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)**
Area 8 or 9 or 10 or 11 (I prefer 8 if 9 or 10 is not available

**13. Estimated number of participants:**
50

**14. Additional Point of Contact / Spokesperson:**
Mashandia Platt
Telephone: 704-(redacted)
Email address: mashandiaplatt(redacted)

**13a. Nature of Event (Check appropriate box best describing the nature of your activity):**

☐ Demonstration (Rally, Vigil, etc.)   ☐ Filming/Photography   ☐ Musical Presentation

☐ March (Provide Route)   ☐ Road Race   ☒ Other (Describe below)

**b. Describe event purpose / message / First Amendment platform and activity in detail:** Corporate Prayer for this nation And our future leaders.

Pray for the Nation (America) Prayer Campaign

| | | | |
|---|---|---|---|

**CP-40**  U.S. CAPITOL POLICE BOARD   SEU#
119 D Street, N.E.
Washington, D.C. 20510

Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.
*Portable Speaker Microphone* Please be specific; include quantities and dimensions of all items.

| ☐ Handheld Signs, Placards 50 | Banner(s) 0 Size: L    H | ☐ Podium 1 | ☐ Distribution of Literature |
| ☐ Stage(s) Size: L  W  H | ☐ Press Riser Size: L  W  H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables Quantity: 0  4 | ☐ Portable Sound System (Describe) | | |
| ☐ Chairs Quantity: 50 | | | |

☐ Other:

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes   (No)

17. Estimated # of buses: (No parking / staging on Capitol Grounds) N/A

18. Will Marshals be utilized?   Yes  (No)
How many?
How will they be identified?

19. On-site contact: Belton Platt
Mobile #: 980-
Email address: beltonplatt

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes   (No)
If yes, please explain:

21. I, _____, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print) Belton C. Platt Sr.

SPOKESPERSON'S SIGNATURE Belton J. Platt Sr.   DATE 12-24-20

Not Valid Until Signed
FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 226-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

Coordination Questions for DEMO: Rock Ministries Intl. Wednesday, January 6, 2021

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | No |
| How does your group plan on arriving to US Capitol Grounds? | Public/private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public/private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Twitter:<br>Insta:<br>FB: |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | N/A |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | N/A |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | Beltonplatt@ |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | DEMO Only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Yes |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 1200-1900 hours |
| Has the group invited Members of Congress? | No |
| Has the group invited Press to the event? | No |

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

| 21-A-0586 | January 6, 2021 |

## TITLE: Rock Ministries Intl.

**THREAT ADVISORY: REMOTE**

Our records indicate Rock Ministries Intl. has held previous events on the Capitol Grounds (October 24, November 21 and December 19, 2020). The events concluded without incident. There are no plans for participants to engage in acts of civil disobedience; therefore, the **Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Rock Ministries Intl. event as HIGHLY IMPROBABLE.**

<u>Background Information</u>: Rock Ministries Intl. describes itself as a non-denominational church based in Concord, NC.[i]

<u>Event Summary</u>: On Saturday, January 6, 2021, between 1200 and 1900 hours, approximately fifty (50) persons representing Rock Ministries Intl. will participate in a demonstration on the Senate East Front, Grassy Area 9, U.S. Capitol. The time frame includes set-up and take-down. The spokesperson advised participants are gathering for a "prayer campaign encouraging pastors, leaders and citizens to pray for the United States." The event will consist of prayers and brief speeches. No civil disobedience is planned for this event.

The spokesperson, Mr. Belton Platt advised that in keeping with their platform of peace - the group intends to pray and not engage in other activities. Mr. Platt can be reached via cell at (980) ████████ while the on-site Contact, Mashandia Platt can be reached at (704) ████████.

<u>IAD Comment:</u> The following groups have also requested permits for January 6, 2020: 1) Area 7 - Virginia Freedom Keepers (0600-1800; 50 ppl), 2) Area 8 - One Nation Under God (0830-1800; 50 ppl),

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

## FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE// SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

3) Area 9 - Bryan Lewis (0830-1700; 50 ppl), 4) Area 10 - Women for a Great America (0700-2200; 50 ppl). Additionally, several demonstrations related to the recent presidential election will take place on this date – to include the Million MAGA March. Various groups are also expected to counter demonstrate.  The group spokesperson is aware of the activity scheduled for January 6, 2020. There is currently no adverse intelligence related to the upcoming Rock Ministries Intl. event.

Our records indicate Rock Ministries Intl. has held previous events on the Capitol Grounds (October 24, November 21 and December 19, 2020). The events concluded without incident.  Rock Ministries Intl. has a webpage and a social media presence on Facebook and YouTube.[ii] [iii]  Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience; however, given the number of other protests ongoing nearby on that day, there is a risk of counter-protesters.  The spokesperson advised that the organization - which promotes peace through prayer has no plans for participants to engage in acts of civil disobedience. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Rock Ministries Intl. event as HIGHLY IMPROBABLE.

**Date Received SEU** 12/24/20
**Date Received IICD** 12/30/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources**

[i] Rock Ministries International webpages, www.rockminitries.dudaone.com and www.rmicharlotte.org
[ii] Rock Ministries International Facebook page, www.facebook.com/RMICharlotte
[iii] Rock Ministries International YouTube channel, www.youtube.comchannel/UC632dSzUseZuyD5VM4MBdSA

## FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE// SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION



**UNITED STATES CAPITOL POLICE**

**DEMONSTRATION ENDORSEMENT SHEET**

CP-40A
(10/19)

SES NUMBER _____ 20-12-25 _____

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☑   Disapproval ☐   Comment ☑ |
|---|---|
| 01-06-2021; No MOC, media, or CD.<br>Not confirmed, but possible all demos on East Front (except Area 11) are associated w/each other & w/Ali Alexander, & have potential for >50 ppl; SES approving based on applications & lack of evidence that they'll be >50 ppl.<br>1) Area 8 - One Nation Under God (0830-1800; 50 ppl)<br>2) Area 9 - Bryan Lewis (0830-1700; 50 ppl)<br>3) Area 10 - Women for a Great America (0700-2200; 50 ppl)<br>4) Area 11 - Rock Ministries Church (1200-1900; 50 ppl) | Facilitate with Existing Manpower ☐<br><br>Grossi, Scott J.   Digitally signed by Grossi, Scott J. Date: 2020.12.29 20:14:27 -05'00'   12/29/2020 |
|  | Signature                              Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
|  | _(signature)_   12/31/20 |
|  | Signature                              Date |

| Recommendation of Assistant Chief of Police<br>Protective and Intelligence Operations | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
|  | Yogananda S. Pittman   1/4/21 |
|  | Signature                              Date |

| Recommendation of Assistant Chief of Police<br>Uniformed Operations | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
|  | Thomas, Chad B.   Digitally signed by Thomas, Chad B Date 2021.01.04 11 37.04 -05'00'' |
|  | Signature                              Date |

| Recommendation of Chief of Police | Approval ☑   Disapproval ☐   Comment ☐ |
|---|---|
|  | Sund, Steven A.   Digitally signed by Sund Steven A. Date. 2021.01.04 15:16 18 -05'00' |
|  | Signature                              Date |



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510      Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-25**

(1) SPONSORING PERSON AND/OR ORGANIZATION:
   **Virginia Freedom Keepers**

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:
   Senate Park - Area 7 (bounded by Delaware Avenue, NE; C Street, NE; First Street, NE; and D Street, NE)

(3) DATE, TIME, AND DURATION:
   DATE: Wednesday, January 6, 2021        TIME:  0600 - 1800 hours        DURATION: 12 hours
                                           (includes set up / take down)

(4) NUMBER OF PARTICIPANTS:
   50

(5) PROPS AND EQUIPMENT:
   ❖ Various handheld signs / placards
   ❖ One (1) stage (14'L x 8'W x 2'H) with staircase
   ❖ One (1) press riser (8'L x 4'W x 2'H)
   ❖ One (1) podium
   ❖ Sound system consisting of the following:
      ○ Six (6) JBL VRX932LA line array speakers (23.5"L x 13.5"W x 14.3"H)
         ▪ Two (2) speakers per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
         ▪ One (1) speaker per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
      ○ Four (4) microphones
      ○ One (1) mixing console
      ○ One (1) laptop
      ○ Various cables for connectivity
   ❖ One (1) LED screen (13'L x 7'H)
      - Composed of sixteen (16) LED panels
      - placed on stage; secured with ballast
      - to provide video display of speakers of event
      - LED Screen- overall max height must not exceed 9'H; overall max length must not exceed 13.5'L
   ❖ One (1) Honda EU7000is gas generator
   ❖ One (1) table
   ❖ Sixteen (16) metal bike racks (8'L x 43"H)
      ○ Placed around stage; not enclosed or attached to each other
      ○ Bike racks will have an opening between the racks
   ❖ Marshals will not be utilized for this event.
   ❖ Electrical power has not been requested, nor is it available at this site.

The spokesperson has been advised of the following:
   ❖ **Generator(s) must be fueled and refueled off Capitol Grounds.**
   ❖ Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Posts and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol.
   ❖ **Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.**
   ❖ **Projection of images  – In accordance with the Traffic Regulations for the United States Capitol**



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510      Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-25**

**Grounds, Section 12.2.20, the projection of images onto any buildings will not be permitted and is prohibited on Capitol Grounds.**

- ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
- ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- ❖ **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*).  **Then –**
- ❖ **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
- ❖ **Delivery vehicle(s) must unload and reload equipment along the north curb of D Street, NE, between Delaware Avenue, NE and First Street, NE.**
- ❖ **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- ❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.**
- ❖ **SPECIAL OPERATIONS DIVSION PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

**NOTE:**   PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

    (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

    (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

    (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds, to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510          Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-25**

(d)  The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited.  Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited.  Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

(e)  Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds.  Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f)  As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited, or to cause to become ignited any ignitable materials for the purpose of producing a flame.  Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

01/04/2021
(Date Approved)

_____
Member,
*United States Capitol Police Board*

_____
(Date Approved)

_____
Chairman,
*United States Capitol Police Board*

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303

(9/05)

| | |
|---|---|
| **Time Forwarded:** _____ | **SES Number:** 20-12-25 |
| **Date Forwarded:** _____ | **SES Office** |

| | |
|---|---|
| **Date:** | Wednesday, January 6, 2021 |
| **Time:** | 0600 – 1800 hours (includes set-up / take-down) |
| **Duration:** | 12 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | Senate Park - Area 7 (bounded by Delaware Avenue, NE; C Street, NE; First Street, NE; and D Street, NE) |
| **Name(s):** | **Virginia Freedom Keepers** |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Marsha Lessard          Christina Skaggs |
| **Telephone Number(s):** | (C) (202)▮▮▮▮▮▮        (C) 209-▮▮▮▮▮ |
| **Spokesperson's Address:** | On File in Special Events |
| **Note:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the Special Operations Division, Sections One, Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 0600 and 1800 hours, approximately fifty (50) persons representing **Virginia Freedom Keepers** will participate in a demonstration in the Senate Park – Area 7. The spokesperson advises participants will gather for "a rally for health freedom." The spokesperson has also advised that speakers from across the nation who are advocates for freedom, sovereignty and health will address participants. *Actual event time will be 1000 to 1600 hours.*

*Members of Congress may be invited, however none had been invited at the time of writing. Press has not been invited. Civil Disobedience is NOT planned for this event. The spokesperson has advised that proper social distancing will be maintained for the duration of the event.*

The following props / equipment are authorized:
- ❖ Various handheld signs / placards
- ❖ One (1) stage (14'L x 8'W x 2'H) with staircase
- ❖ One (1) press riser (8'L x 4'W x 2'H)
- ❖ One (1) podium
- ❖ Sound system consisting of the following:
  - o Six (6) JBL VRX932LA line array speakers (23.5"L x 13.5"W x 14.3"H)
    - ▪ Two (2) speakers per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
    - ▪ One (1) speaker per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
  - o Four (4) microphones
  - o One (1) mixing console
  - o One (1) laptop

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

<u>Virginia Freedom Keepers, Wednesday, January 6, 2021 (cont'd)</u>

- o   Various cables for connectivity
- ❖ One (1) LED screen (13'L x 7'H)
  - -   Composed of sixteen (16) LED panels
  - -   placed on stage; secured with ballast
  - -   to provide video display of speakers of event
  - -   **LED Screen- overall max height must not exceed 9'H; overall max length must not exceed 13.5'L**
- ❖ One (1) Honda EU7000is gas generator
- ❖ One (1) table
- ❖ Sixteen (16) metal bike racks (8'L x 43"H)
  - o   Placed around stage; not enclosed or attached to each other
  - o   Bike racks will have an opening between the racks
- ❖ Marshals will not be utilized for this event.
- ❖ Electrical power has not been requested, nor is it available at this site.

The spokesperson has been advised of the following:
- ❖ Generator(s) must be fueled and refueled off Capitol Grounds.
- ❖ Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Posts and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol.
- ❖ Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.
- ❖ Projection of images  - In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.2.20, the projection of images onto any buildings will not be permitted and is prohibited on Capitol Grounds.
- ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- ❖ Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> (*Monday through Friday during operational hours 0430-1300 hours*).  Then –
- ❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
- ❖ Delivery vehicle(s) must unload and reload equipment along the north curb of D Street, NE, between Delaware Avenue, NE and First Street, NE.
- ❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- ❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- ❖ **SPECIAL OPERATIONS DIVSION PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

Participants will arrive and depart via public and private transportation.  The spokesperson has been advised **parking is not authorized** on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies.  Disclosure of this information could jeopardize law enforcement operations

*Virginia Freedom Keepers, Wednesday, January 6, 2021 (cont'd)*



**Private First Class**
**Special Events Unit**
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U S  Government or Public Safety related agencies   Disclosure of this information could jeopardize law enforcement operations.

20-12-25                Re-submittal #2 received via email

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
|---|---|---|---|

**U.S. CAPITOL POLICE BOARD**
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson: Virginia Freedom Keepers | 2. Date of Application: 12/23/20 |
|---|---|

| 3. Address: | 4. Telephone: Business 202- | 5. Mobile: 202- | 6. Email address marsha@ |
|---|---|---|---|

| 7. Date(s) of Event: January 6, 2021 | 8. Day(s) of Week: wednesday | 9. Start Time (including set-up): 6am | 10. End Time (including clean-up): 6pm | 11. Total Duration: 12 |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
Area 7

| 13. Estimated number of participants: 50 | 14. Additional Point of Contact / Spokesperson: Christina Skaggs Telephone: Email address: 209- |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
☑ Demonstration (Rally, Vigil, etc.)   ☐ Filming/Photography   ☐ Musical Presentation
☐ March (Provide Route)   ☐ Road Race   ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:

Rally for Health Freedom

CP-40

## U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

SEU#

### Application for Permit Under Article XIX Of The Traffic
### And Motor Vehicle Regulations for United States Capitol Grounds

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific, include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s) Size: L    H | ☐ Podium | ☐ Distribution of Literature |
|---|---|---|---|
| ☑ Stage(s) Size L 12  W  8  H  2 | ☐ Press Riser Size  L    W    H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables Quantity    1 | ☐ Portable Sound System (Describe) | | |
| ☐ Chairs Quantity | 12'x8'x24"H Riser with [1] staircase, and black skirting on 3-sides speakers on tripods secured with sand bags | | |

☑ Other:
sand bags to secure sound
16 barricades/bike racks to surrond stage
A generator will be used to power sound. It will not be fueled on the grounds.

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes          No

| 17. Estimated # of buses: (No parking / staging on Capitol Grounds) n/a | 18. Will Marshals be utilized?     Yes     No How many? |
|---|---|
| 19. On-site contact: Marsha Lessard | How will they be identified? |
| Mobile #:       202-████████ Email address: marsha.lessard@██████████ | We will not utilizing security |

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?          Yes          No

If yes, please explain:

No groups that we know of are opposing

21. I,          Marsha Lessard          , have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

*Marsha Lessara*

SPOKESPERSON'S SIGNATURE

12/23/20

DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX:  (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

RESET      PRINT

20-12-25 - Initial Application (no Event Purpose provided)

| CP-40 | | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510 | SEU# | |
|---|---|---|---|---|

## Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds

| 1. Organization and/or Spokesperson:<br><br>Marsha Lessard | | | | 2. Date of Application:<br>12/23/20 |
|---|---|---|---|---|

| 3. Address:<br><br>Virginia | | 4. Telephone: Business<br>202-▉ | 5. Mobile:<br>202-▉ | 6. Email address<br>marsha@▉ |
|---|---|---|---|---|

| 7. Date(s) of Event:<br>1/6/2021 | 8. Day(s) of Week:<br>wednesday | 9. Start Time (including set-up):<br>9 | 10. End Time (including clean-up):<br>4 | 11. Total Duration:<br>8 |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
Any area available, preferably west front

| 13. Estimated number of participants:<br><br>Unknown | 14. Additional Point of Contact / Spokesperson:<br><br>Christina Skaggs<br>Telephone:<br>Email address: christina@▉ |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):

☑ Demonstration (Rally, Vigil, etc.)   ☐ Filming/Photography   ☐ Musical Presentation

☐ March (Provide Route)   ☐ Road Race   ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:

| CP-40 | | | | SEU# | |
|---|---|---|---|---|---|

**U.S. CAPITOL POLICE BOARD**
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s)<br>— Size: L          H | ☐ Podium | ☐ Distribution of Literature |
|---|---|---|---|
| ☑ Stage(s)<br>Size: L    W    H | ☐ Press Riser<br>Size: L    W    H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables<br>Quantity:          4 - 5 | ☑ Portable Sound System (Describe)<br>We will rent a stage and sound equipment | | |
| ☑ Chairs<br>Quantity:          10 | | | |

☑ Other:
We are ;looking into the specs for the stage and equipment now

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
        Yes          No

| 17. Estimated # of buses: (No parking / staging on Capitol Grounds) | 18. Will Marshals be utilized?          Yes          No<br>How many? |
|---|---|
| 19. On-site contact: Marsha Lessard<br>Mobile #:          202-<br>          marsha@<br>Email address: | How will they be identified?<br>We will have private security |

20.  Does information exist that a group(s) / person(s) may wish to disrupt your activity?          Yes          No

If yes, please explain:
Any groups that oppose the constitution and freedom

21. I,          Marsha Lessard          , have read and acknowledge the U.S. Capitol Police Board
                                        Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

*Marsha Lessard*                    12/23/20
SPOKESPERSON'S SIGNATURE          DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

[ RESET ]     [ PRINT ]

Coordination Questions for [Virginia Freedom Keepers & SES #20-12-25] [January 6, 2021] [Area #7]
Phone conversation: 12/29/20202 @ 0955 hours

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? (only if applicable to event) | No |
| How does your group plan on arriving to US Capitol Grounds? | Private / public Transportation |
| How does your group plan to disperse from US Capitol Grounds? | Private / Public Transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | NO |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | NO |
| Does your group have a website established for this event? Does your group have a social media account for this event? | "Heath Freedom Rally" social media and word of mouth will be used to spread the word for this event. The event will be livestreamed by one of the speakers |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | Ropes and stations or bike racks to delegate areas for event. Area for speakers separate from the area for participants |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Quote from vendor will be emailed for review |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Will be live streamed |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | ████████████████████<br><br>Bianca is from another partner organization and her contact information will be provided from Marsha |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | No |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Vendor information will be emailed |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of organization |
| If there is a March associated with the event please provide a map of the planned march route | n/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 1000-4:00 |
| Has the group invited Members of Congress? | Maybe |
| Has the group invited Press to the event? | no |

Coordination Questions for [Virginia Freedom Keepers & SES #20-12-25] [January 6, 2021] [Area #7]
Phone conversation: 12/29/20202 @ 0955 hours

The spokesperson advised that this event is in regard to first amendment rights in association with informed consent for health and vaccination. The group is not necessarily associated with other events that will be taking place on the same date in the area of the U.S. Capitol. They are aware that there will be other activity taking place on Capitol Grounds but their activity is not related to their message.

Actual event time will be 1000-1600 hours – will need to amend the start and end time to accommodate set up and take down for props and equipment

12/28/2020 1400 hours – email received

SP provided further follow up via email about the use of bike racks to fence off the stage from participant area.

Fourteen bike racks (8'L x 43"H). also provided vendor cell phone number.

12/28/2020 1410 hours

Called Vendor (Mike) and he confirmed that the sandbags are made of a natural breathable material and the speakers will be set up on the ground using speaker stands with a max height of 6' and with two sets of two 12" line array speakers on them the total height will be approximately 8'H ( will not exceed 15'H) and two sets of one 12" line array speaker on speaker tripod stand.

He also confirmed that he is familiar with the security screening procedures for deliveries as he has provided services to events on Capitol Grounds in the past.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

| 21-O-0290 | January 6, 2021 |
|---|---|

## TITLE: Virginia Freedom Keepers Demonstration

**THREAT ADVISORY:  HIGHLY IMPROBABLE**

**Open source reviews were negative for any planned counter protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event.**

**Background Information:** Virginia Freedom Keepers describes itself as a collective voice of over 10,000 Virginians seeking to raise awareness of current and upcoming legislation regarding medical freedom.

**Event Summary:** On Wednesday, January 6, 2021, between 0600 and 1800 hours, approximately fifty (50) persons representing Virginia Freedom Keepers will participate in a demonstration in the Senate Park – Area 7. The purpose of the event is to conduct "a rally for health freedom." The event will include speakers from across the nation who are advocates for freedom, sovereignty and health. Actual event time will be 1000 to 1600 hours. Members of Congress may be invited, however at the time of this writing, none have been invited. The press has not been invited. The spokesperson advised civil disobedience is not being planned for the upcoming event.

The spokesperson, Ms. Marsha Lessard, advised that neither she, nor members of the demonstration, have any intention of entering Congressional office buildings to lobby Members of Congress.

**IICD Comment:** Open source reviews were negative for any planned counter protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event.

There are no records of Virginia Freedom Keepers conducting prior events on Capitol grounds. Virginia Freedom Keepers has a webpage[i] and social media presence on Facebook[ii], Twitter[iii] and Instagram[iv]. A Facebook event page, for a prior event held on Wednesday September 2, 2020, in Richmond, Virginia is listed on their Facebook page as the most recent event. At the present time, the organization

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

does not have an active Facebook event page for the upcoming event, however, the event is posted[v] in the newsfeed of the organization's Facebook page. No adverse information was identified on the Virginia Freedom Keepers social media pages. Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience. Ms. Christina Skaggs, (209) ▮▮▮▮▮▮ is the point of contact for the upcoming event. Although at this time there is no adverse intelligence related to the upcoming event, this event is one of multiple events permitted on Capitol grounds for Wednesday, January 6, 2021, and counter-protesters may be present.  Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Virginia Freedom Keepers demonstration as highly improbable.

**Information contained in this document is current as of 12/30/2020 @ 1800 hours.**

Date Received SEU:   12/23/20
Date Received IICD:   12/30/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**

[i] https://www.virginiafreedomkeepers.org/

[ii] https://www.facebook.com/freedomkeepersvirginia/

[iii] https://twitter.com/vafreedomkeeper

[iv] https://www.instagram.com/virginiafreedomkeepers/

[v] https://www.facebook.com/freedomkeepersvirginia/posts/243451507370588

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION



# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A
(10/19)

SES NUMBER _____ 20-12-18 _____

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events<br>01-04-2021 thru 01-10-2021 | Approval ☑    Disapproval ☐    Comment ☑<br>Facilitate with Existing Manpower ☐ |
|---|---|
| - MOC invited, none confirmed.<br>- Press not invited.<br>- No CD planned.<br><br>Numerous demos occurring throughout the week. | Grossi, Scott J.  Digitally signed by Grossi, Scott J. Date: 2020.12.31 15:04:27 -05'00'   12/31/2020 |
|  | Signature                                        Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☑    Disapproval ☐    Comment ☐ |
|---|---|
|  | 1/4/21 |
|  | Signature                                        Date |

| Recommendation of Assistant Chief of Police<br>Protective and Intelligence Operations | Approval ☑    Disapproval ☐    Comment ☐ |
|---|---|
|  | Yogananda D. Pittman    1/4/21 |
|  | Signature                                        Date |

| Recommendation of Assistant Chief of Police<br>Uniformed Operations | Approval ☑    Disapproval ☐    Comment ☐ |
|---|---|
|  | Thomas, Chad B.  Digitally signed by Thomas, Chad B Date: 2021.01.04 11:33:15 -05'00' |
|  | Signature                                        Date |

| Recommendation of Chief of Police | Approval ☑    Disapproval ☐    Comment ☐ |
|---|---|
|  | Sund, Steven A.  Digitally signed by Sund, Steven A. Date: 2021.01.04 18:28:11 -05'00' |
|  | Signature                                        Date |



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-18**

**(1)  SPONSORING PERSON AND/OR ORGANIZATION:**
  **Women for a Great America / 50+ Days of Blessing**

**(2)  AREA OF CAPITOL GROUNDS TO BE INVOLVED:**
  **House East Front, Grassy Area 10** (bounded by the South Mezzanine sidewalk; First Street, SE Southeast Drive and the East Front Plaza) *(Monday, January 4, 2021 & Wednesday, January 6 through Sunday, January 10, 2021)*

  **House East Front, Grassy Area 11** (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza) *(Tuesday, January 5, 2021)*

  **The spokesperson has been advised that the Congressional Press area in the House East Front Grassy Area is not a permitted area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press Area.**

**(3)  DATE, TIME, AND DURATION:**
  DATE:  Monday, January 4, 2021          TIME: 0700 - 1600 hours          DURATION: 9 hours
         Tuesday, January 5, through              0700 – 2200 hours                      15 hours
         Sunday, January 10, 2021          (includes set-up / take-down)

**(4)  NUMBER OF PARTICIPANTS:**
  50

**(5)  PROPS AND EQUIPMENT:**
  The following props / equipment are authorized:
  ❖  One (1) stage (12'L x 12'W x 2'H)
  ❖  One (1) podium
  ❖  One (1) battery powered Bose S1 Pro Bluetooth speaker (12"L x 13"H)
  ❖  Two (2) microphones
  ❖  One (1) keyboard (5"L x 17"W)
    •  One (1) keyboard X stand
  ❖  One (1) Beringer portable mixer
    •  Two (2) 10'L XLR cables
  ❖  One (1) Yeti 300x portable charger
  ❖  Fifty (50) chairs
  ❖  One (1) camera
  ❖  One (1) tripod
  ❖  Electrical power has not been requested, nor is it available at this site

**The spokesperson has been advised of the following:**
  ❖  "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures.  Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets.  Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
  ❖  **Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.**
  ❖  Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
  ❖  Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
  ❖  Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-18**

❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
❖ **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). **Then –**
❖ **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** *(Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
❖ **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue and East Capitol Street, SE.**
❖ **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED</u>.**
❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

**NOTE:   <u>STAGING / PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.</u>**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out. during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capital, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances. engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds. the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

(a) In the event an official function is scheduled that could conflict with this demonstration. the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

(b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

(c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign. placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

(d) The setting-up, placement, or storage of camping equipment. tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise. is prohibited.



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510      Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES: 20-12-18**

(e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

01/04/2021
(Date Approved)

_____
Member,
United States Capitol Police Board

_____
(Date Approved)

_____
Chairman,
United States Capitol Police Board

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303                                                                      (9/05)

**Time Forwarded:** _____              **SES Number:** __20-12-18__

**Date Forwarded:** _____              **SES Coordinator:** ▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| **Date / Time / Duration:** | Monday, January 4, 2021 | 0700 – 1600 hours | 9 hours |
| | Tuesday, January 5 through Sunday, January 10, 2021 | 0700 – 2200 hours | 15 hours |

**Number of Participants:**     50

**Location(s):**     **House East Front, Grassy Area 10 (bounded by the South Mezzanine sidewalk; First Street, SE Southeast Drive and the East Front Plaza)** *(Monday, January 4, 2021 & Wednesday, January 6 through Sunday, January 10, 2021)*

                                  **House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza)** *(Tuesday, January 5, 2021)*

                                  **The spokesperson has been advised that the Congressional Press area in the House East Front Grassy Area is not a permitted area, to include the canopy area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press area. Setup of material/persons on any AOC grates, is not permitted.**

**Name(s):**     **Women for a Great America / 50+ Days of Blessing**

**Type of Event:**     Demonstration

**Spokesperson:**     Andrea Lafferty        **On-Site Contact: Hannah Bunn**
**Telephone Number(s):**     (C) (202)▓▓▓▓           (C) (817)▓▓▓▓

**Spokespersons Address:**     On File in Special Events

**NOTE:**     **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the First Responders Unit, Sections Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.**

**Remarks:**

      On Monday, January 4, 2021 (0700-1600 hours), and Wednesday, January 6 through Sunday, January 10, 2021 (0700-2200 hours), approximately fifty (50) persons representing **Women for a Great America / 50+ Days of Blessing,** will participate in a demonstration on the House East Front, Grassy Area 10, U.S. Capitol.

      On Tuesday, January 5, 2021, between 0700 and 2200 hours, approximately fifty (50) persons representing **Women for a Great America / 50+ Days of Blessing,** will participate in a demonstration on the House East Front, Grassy Area 11, U.S. Capitol.

      The spokesperson advises the purpose of the event is to *"pray and worship for our nation."* The event will consist of multiple speakers with congregational music interludes. The actual time of the event each day will begin at 0700 hours. *Members of Congress have been invited to attend this event, however, none have confirmed at the time of this writing. Press has not been invited. No civil disobedience is planned.*

      The following props / equipment are authorized:
- ❖ One (1) stage (12'L x 12'W x 2'H)
- ❖ One (1) podium
- ❖ One (1) battery powered Bose S1 Pro Bluetooth speaker (12"L x 13"H)
- ❖ Two (2) microphones
- ❖ One (1) keyboard (5"L x 17"W)
  - • One (1) keyboard X stand
- ❖ One (1) Beringer portable mixer
  - • Two (2) 10'L XLR cables

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies  Disclosure of this information could jeopardize law enforcement operations

*Women for a Great America / 50+ Days of Blessing January 4-10, 2021 (cont'd)*

- ❖ One (1) Yeti 300x portable charger
- ❖ Fifty (50) chairs
- ❖ One (1) camera
- ❖ One (1) tripod
- ❖ Electrical power has not been requested, nor is it available at this site

**The spokesperson has been advised of the following:**

- ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- ● ❖ Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.
- ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
- ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- ❖ Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.
- ❖ Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for initial screening (*Monday through Friday during operational hours 0430-1300 hours*).  Then –
- ❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for secondary screening (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- ❖ Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue and East Capitol Street, SE.
- ❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- ❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.**
- ❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

The participants will arrive and depart via public transportation. The spokesperson has been advised that no parking or staging is authorized on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Private First Class
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies.  Disclosure of this information could jeopardize law enforcement operations

CP-40

## U.S. CAPITOL POLICE BOARD
### 119 D Street, N.E.
### Washington, D.C. 20510

SEU#

### Application for Permit Under Article XIX Of The Traffic
### And Motor Vehicle Regulations for United States Capitol Grounds

**1. Organization and/or Spokesperson:**

Women for a Great America/50+ Days of Blessing

**2. Date of Application:**

12-15-20

**3. Address:**

[redacted]

**4. Telephone: Business**

**5. Mobile:**

202[redacted]

**6. Email address**

drealaffert[redacted]

| 7. Date(s) of Event: | 8. Day(s) of Week: | 9. Start Time (including set-up): | 10. End Time (including clean-up): | 11. Total Duration: |
|---|---|---|---|---|
| Jan 4-10, 2021 | 7 | 7am | TBD | TBD |

**12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)**

area 10

**13. Estimated number of participants:**

50

**14. Additional Point of Contact / Spokesperson:**

Telephone:          202[redacted]

Email address:   Andreaalafferty[redacted]

**13a. Nature of Event (Check appropriate box best describing the nature of your activity):**

☑ Demonstration (Rally, Vigil, etc.)        ☐ Filming/Photography        ☐ Musical Presentation

☐ March (Provide Route)        ☐ Road Race        ☐ Other (Describe below)

**b. Describe event purpose / message / First Amendment platform and activity in detail:**
1st amendment platform- prayer and worship for our nation

CP-40

## U.S. CAPITOL POLICE BOARD
### 119 D Street, N.E.
### Washington, D.C. 20510

SEU#

## Application for Permit Under Article XIX Of The Traffic
## And Motor Vehicle Regulations for United States Capitol Grounds

**14. Props and Equipment** — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| | | |
|---|---|---|
| ☑ Handheld Signs, Placards | Banner(s) Size: L          H | ☑ Podium     TBD | ☐ Distribution of Literature |
| ☑ Stage(s) Size: L    W    H    TBD | ☐ Press Riser Size: L    W    H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables Quantity:          TBD | ☑ Portable Sound System (Describe) | | |
| ☑ Chairs Quantity:          TBD | | | |

☑ Other:

specifics on props and equipment TBD

**15. Will electrical power be required?** (Available only at the West Front Grassy Area and the Upper Senate Park)

Yes     ✔ No

**17. Estimated # of buses:** (No parking / staging on Capitol Grounds)
0

**18. Will Marshals be utilized?**     Yes     No
How many?
How will they be identified?
TBD

**19. On-site contact:** TBD
Mobile #:
Email address:

**20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?**     Yes     No
If yes, please explain:

**21. I,**          andrea lafferty          , have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

*[signature: Andrea Lafferty]*          12-15-20

SPOKESPERSON'S SIGNATURE          DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX:  (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

**CP-40**

## U.S. CAPITOL POLICE BOARD
### 119 D Street, N.E.
### Washington, D.C. 20510

SEU#

### Application for Permit Under Article XIX Of The Traffic
### And Motor Vehicle Regulations for United States Capitol Grounds

*updated*

| 1. Organization and/or Spokesperson: | | | 2. Date of Application: |
|---|---|---|---|
| Women for a Great America/50+ Days of Blessing | | | 12-18-20 |

| 3. Address: | 4. Telephone. Business | 5. Mobile: | 6. Email address |
|---|---|---|---|
| | | 202 | drealafferty |

| 7. Date(s) of Event: | 8. Day(s) of Week: | 9. Start Time (including set-up): | 10. End Time (including clean-up): | 11. Total Duration: |
|---|---|---|---|---|
| Jan 4-10, 2021 | 7 | 7am | 10pm ~~TBD~~ | 13h½ ~~TBD~~ |

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)  Jan 4 - 7:00am - 4pm
area 10 \ Jan 6 - 10   7:00am - 10pm          area 11 - Jan 5   7:00am - 10 pm

| 13. Estimated number of participants: | 14. Additional Point of Contact / Spokesperson: |
|---|---|
| 50 | Telephone: 202.236.0376 |
| | Email address: andrealafferty.wga@gmail.com |

13a. Nature of Event (Check appropriate box best describing the nature of your activity).

☑ Demonstration (Rally, Vigil, etc.)     ☐ Filming/Photography          ☐ Musical Presentation

☐ March (Provide Route)                 ☐ Road Race                   ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
1st amendment platform- prayer and worship for our nation

CP-40

# U.S. CAPITOL POLICE BOARD
SEU#

119 D Street, N.E.
Washington, D.C. 20510

## Application for Permit Under Article XIX Of The Traffic
## And Motor Vehicle Regulations for United States Capitol Grounds

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s)<br>Size: L      H | ☑ Podium      TBD | ☐ Distribution of<br>Literature |
|---|---|---|---|
| ☑ Stage(s)<br>Size: L    W    H    TBD | ☐ Press Riser<br>Size: L    W    H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables<br>Quantity:        TBD | ☑ Portable Sound System (Describe) | | |
| ☑ Chairs<br>Quantity:        TBD | | | |

☑ Other:
specifics on props and equipment TBD

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes        ✔ No

| 17. Estimated # of buses: (No parking / staging on Capitol Grounds)<br>0 | 18. Will Marshals be utilized?        Yes        No<br>How many? |
|---|---|
| 19. On-site contact: TBD<br><br>Mobile #:<br><br>Email address: | How will they be identified?<br>TBD |

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?        Yes        No

If yes, please explain:

21. I,        andrea lafferty        , have read and acknowledge the U.S. Capitol Police Board
Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

SPOKESPERSON'S SIGNATURE        12-15-20

DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX:  (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

# Props + Equipment

One 12 x12 x 16" stage
Comprised of
4 - 4 x 8 platforms at 150lbs each
1 - 4x4 platform
Step 8" high

Stage Podium
50 Chairs

Sound Equipment
Camera
Tripod
two handheld sure microphones
Two 10ft XLR Cables
One Keyboard X Stand
One keyboard
3 1/4in Cables
One Bose S1 Pro Speaker
One Beringer Portable Mixer
One Yeti 300x Portable Charger



# UNITED STATES CAPITOL POLICE
## SPECIAL EVENT SECTION

### EVENT PROCESSING  PROGRESS SHEET

**Event:   Women for a Great America**                                    **SES:  20-12-18**

| | |
|---|---|
| **12-17-2020 / 1015 hrs** | **Contacted the S/P on her cell phone to confirm receipt of application and to go over her information.** |
| | **S/P did not answer & VM Box full, sent email.** |
| | **At 1530, SP emailed response for updated application.** |
| **12-18-2020 / 0911 hrs** | **Attempted to contact S/P, no answer.** |
| **12-18-2020 / 1130 hrs** | **Attempted to contact S/P, no answer.** |
| **1425 hrs** | **Called again, VM Box full, sent email.** |
| **12-21-2020 / 855 hrs** | **Called SP, no answer. Emailed SP** |
| **1020hrs** | **Called SP, No answer.** |
| **1330 hrs** | **emailed SP to follow up updated application. No response** |
| **1700 hrs** | **emailed SP again, no response** |
| **12-22-2020 / 0905 hrs** | **S/P called me back, we discussed the application and went over the rules and regulations. Advised we need props & equipment immediately** |
| | **Sent follow up email at 0940 hrs** |
| **1341 hrs** | **S/P sent some of the equipment via email** |
| **12-28-2020 / 0800 hrs** | **Called SP, no answer** |

**Spokesperson is extremely difficult to make contact with. Rarely answers phone and does not respond to emails very often.**

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information
could jeopardize law enforcement operations

Coordination Questions for DEMO: Women for a Great America/50+ Days of Blessing - Jan. 4-10, 2020

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | Currently was with NPS outside of White House |
| How does your group plan on arriving to US Capitol Grounds? | Public/private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public/private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No |
| Does your group have a website established for this event? Does your group have a social media account for this event? | No |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | Yes |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | . |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No, but |
| Email address(es) for all points of contact for your event. | Andrealafferty<br>andrealafferty |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | DEMO Only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Yes |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 0700-TBD hours |
| Has the group invited Members of Congress? | Will be inviting members of Congress |
| Has the group invited Press to the event? | No |

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

**Intelligence and Interagency Coordination Division**

| 21-O-0293 | January 4-10, 2021 |

## TITLE: Women for a Great America/50+ Days of Blessing Demonstration

**THREAT ADVISORY:  HIGHLY IMPROBABLE (January 4-6) and REMOTE (January 7-10)**

Open source reviews were negative for any planned counter-protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience or arrests to occur during the upcoming Women for a Great America/50+ Days of Blessing event as highly improbable for January 4-6, 2021, and remote January 7-10, 2021.

**Background Information:** Women for a Great America describes itself as an organization seeking to educate, engage and empower women on the issues.¹ 50+ Days of Blessing is a project of Women for a Great America focused on engaging in worship, praise, and prayer.

**Event Summary:** On Monday, January 4, 2021, between 0700 and 1600 hours and Tuesday, January 6 through Sunday, January 10, 2021, between 0700 and 2200 hours, approximately fifty (50) persons representing Women for a Great America/50+ Days of Blessing, will participate in a demonstration on the House East Front, Grassy Area 10, U.S. Capitol.

On Tuesday, January 5, 2021, between 0700 and 1200 hours, approximately fifty (50) persons representing Women for a Great America/50+ Days of Blessing, will participate in a demonstration on the House East Front, Grassy Area 11, U.S. Capitol. The spokesperson advises the purpose of the event is to "pray and worship for our nation." The event will consist of multiple speakers with congregational music interludes. The actual time of the event each day will begin at 0700 hours. Members of Congress have been invited to attend this event, however, none have confirmed at the time of this writing. Press has not been invited. No civil disobedience is planned.

**IICD Comment:** The spokesperson suspects nonmembers, who support the mission of Women for a Great America, may decide to attend this event and the various events occurring on Capitol grounds

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USGP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION

and the U.S. Supreme Court on January 6, 2021. When questioned further, the spokesperson repeatedly advised the same information without further details. There are several events scheduled to occur in Washington, DC, on January 6, 2021, with many of them scheduled to occur on Capitol grounds.

Our records indicate Women for a Great America held a prior event between October 26 – 30, 2020 at the Senate East Front, Grassy Area 9.The event concluded without any incidents. Women for a Great America has a webpage[ii] and social media presence on Facebook[iii], Instagram[iv] and Twitter[v]. No adverse information was identified on Women for a Great America social media pages. 50+ Days of Blessing has a webpage[vi] and social media presence on Facebook[vii] and Instagram.[viii] No adverse information was identified on 50+ Days of Blessing social media pages. Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience. Ms. Hannah Bunn, (817) is the point of contact for the upcoming event. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Women for a Great America/50+ Days of Blessing event as highly improbable for January 4-6, 2021, and remote January 7-10, 2021.

**Information contained in this document is current as of 12/31/2020 @ 2000 hours.**

Date Received SEU:  12/15/20
Date Received IICD:  12/31/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**

[i] https://www.women4agreatamerica.com/
[ii] *Id.*
[iii] https://www.facebook.com/Women4AGreatAmerica
[iv] https://www.instagram.com/women4agreatamerica/
[v] https://twitter.com/WAGAofficial
[vi] https://www.50daysofblessing.org/
[vii] https://www.facebook.com/groups/1443711975829850
[viii] https://www.instagram.com/50daysofblessing/

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE//
SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION