Case 1:21-cv-02265-APM Document 20-4 Filed 10/04/21 Page 1 of 3
FBI finds no evidence that Trump and his allies were directly involved with organizing the violence of the Capitol riot: report





BUSINESS
INSIDER

# FBI finds no evidence that Trump and his allies were directly involved with organizing the violence of the Capitol riot: report





TRENDING

Four Dead on Family Vineyard in







Case 1:21-cv-02265-APM   Document 28-4   Filed 10/04/21   Page 2 of 3



HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    MORE    Download the Yahoo News app    →



Sign in    Mail



A person raised a "Make America Great" hat as President Donald Trump spoke to supporters from The Ellipse near the White House on January 6. Brendan Smialowski/AFP via Getty Images

More

- The FBI has found no evidence that Trump was directly involved in organizing Capitol-riot violence.

- It also found little evidence of an organized plot to overturn the election results.

- "Ninety to ninety-five percent of these are one-off cases," said one former official.

- See more stories on Insider's business page.

The FBI hasn't found any evidence that the January 6 assault on the US Capitol was part of an organized plot to overturn the election results, Reuters reported, citing law-enforcement officials.

The officials also said that the FBI has "so far found no evidence" that former President Donald



POPULAR



Latest weather with Leslie Lopez
KABC – Los Angeles



Gov't Program Gives $42K Mortgage Benefit To Vets
Ad · LendGo    •••





did plan ahead of time to break into the Capitol, but they didn't engage in much planning beyond that step. Reuters reported that 40 of the defendants are being prosecuted on conspiracy charges, implying a certain amount of planning and coordination.

But prosecutors have generally shied away from alleging a broader plot. Senior Department of Justice officials do not intend to bring forward seditious-conspiracy charges or even racketeering charges, which are commonly used against organized criminal gangs.

A Democratic congressional source told Reuters that senior lawmakers who have been briefed on the FBI's investigation find the results credible.

Though the FBI has not found an organized plot or direct involvement by Trump, that doesn't mean that Trump didn't play an important role in instigating the violence. Earlier this year, the House of Representatives impeached Trump on the charge of "incitement of insurrection" after he spent weeks promoting conspiracy theories about the results of the 2020 election. On January 6, Trump gave a speech on The Ellipse where he urged supporters to march on the Capitol.

Read the original article on Business Insider



**Slight chance of showers as weak front moves through**

KTRK – Houston



**A few showers: Updated 7-day forecast**

WABC – NY



**Virginia: Say Bye To Auto Insurance Bill If You Live...**

Ad • Auto Savings

**Xisco Munoz admits he did not expect Watford sacking as 'wonderful journey' ends**

The Independent