**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Conrad Smith, et al.

Plaintiff

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

Defendant

## AFFIDAVIT OF SERVICE

I, Mark D. Anderson, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 09/22/2021 at 6:45 PM, I served Thomas E. Caldwell at 274 Wadesville Road, Berryville, Virginia 22611 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving Thomas E. Caldwell, personally.

Thomas E. Caldwell is described herein as:

Gender: Male   Race/Skin: White   Age: 65   Weight: 240   Height: 6'2"   Hair: Gray   Glasses: No

I declare under penalty of perjury that this information is true and correct.

09-22-2021
Executed On

Mark D. Anderson

Client Ref Number: 56453-00049
Job #: 1594054

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050