## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                      **Plaintiff**

Case No.: 1:21-cv-02265

                      *vs.*

Donald J. Trump, et al.

                      **Defendant**

## AFFIDAVIT OF SERVICE

I, Jesse Batiuk, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 09/23/2021 at 2:28 PM I served Derek Kinnison at 212 Mohr Street, Lake Elsinore, California 92530 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving John Doe, a person of suitable age and discretion.

John Doe is described herein as:

Gender: Male   Race/Skin: White   Age: 40   Weight: 220   Height: 6'2"   Hair: Brown   Glasses: No

That in addition to the service noted above, as I was attempting service on Derek Kinnison at 212 Mohr Street, Lake Elsinore, California 92530 on September 23, 2021, as I was approaching the residence, I observed a Caucasian man, approximately in his 40's, in the garage. Accordingly, once I got closer, I asked for Derek Kinnison, however the man said, "Whatever it is you have, I don't want it." Additionally, I did advise the man of the above referenced documents and that they were legal documents, however, the man then stated I was trespassing and to leave his property. Before doing so, I did leave the documents with him and announced that he was served.

Additionally, I have reviewed the web site, https://givesendgo.com/Derekkinnison, a crowd-funding web site for Derek Kinnison's legal fund, which includes a photo of Mr. Kinnison, and the man I spoke with on 9/23/2021 does match Mr. Kinnison. Finally, Derek Kinnison acknowledges that he received the service documents on 09/23/2021 in the "Updates" section of his GiveSendGo web site on 09/24/2021.

I declare under penalty of perjury that this information is true.

9-30-21

Executed On

Jesse Batiuk

Client Ref Number: 56453-00049
Job #: 1594057

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050