UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

**Plaintiff**

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Carl Barnett, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 09/23/2021 at 1:02 PM, I served Brandon J. Straka at 1105 Harney Street, Apartment 503, Omaha, Nebraska 68102 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving Brandon J. Straka, personally.

Brandon J. Straka is described herein as:

Gender: Male   Race/Skin: White   Age: 25-35   Weight: 140   Height: 5'8"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/27/21
Executed On

Carl Barnett

Client Ref Number: 56453-00049
Job #: 1594059

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050