UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

**Plaintiff**

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Bryan Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 09/23/2021 at 7:25 AM, I served Russell Taylor at 16 Brittle Star Lane, Ladera Ranch, California 92694 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving Russell Taylor, personally.

Russell Taylor is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 350   Height: 5'10"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/28/21
Executed On

B. Canas
Bryan Canas

Client Ref Number:56453-00049
Job #: 1594061

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050