# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                              Plaintiff

                                        Case No.: 1:21-cv-02265

                                vs.

Donald J. Trump, et al.

                              Defendant

## AFFIDAVIT OF SERVICE

I, Jesse Batiuk, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 09/25/2021 at 12:00 PM, I served Erik Scott Warner at 28574 Moon Shadow Drive, Menifee, California 92584 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving Angelina Warner, wife of Erik Scott Warner, a person of suitable age and discretion, who stated that he/she resides therein with Erik Scott Warner.

Angelina Warner is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 200   Height: 5'8"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9·30·21
Executed On

Jesse Batiuk

Client Ref Number: 56453-00049
Job #: 1594062

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050