IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.

    Plaintiffs,

v.

DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.

    Defendants.

1:21-CV-02265-APM

## DEFENDANT KELLY MEGGS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT

Defendant, Kelly Meggs, through undersigned counsel, respectfully submits this unopposed motion for Extension of Time to file an Answer or Response to the Complaint until November 12, 2021. Currently, Kelly Meggs' would, otherwise, have a responsive pleading due on or about October 6, 2021. The undersigned counsel conferred with opposing counsel, who does not oppose the Relief requested herein.

It is, therefore, respectfully requested that the Court extend the deadline for Defendant Kelly Meggs' Response to the Complaint to November 12, 2021.

Respectfully Submitted,

\_\_\_\_/s/\_\_\_\_
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

Dated: October 5, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>October 5, 2021</u>, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

<pre>                  /s/                  </pre>
Juli Z. Haller
D.C. Bar No.466921
Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com