IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, ET AL.<br><br>    Defendants. | 1:21-CV-02265-APM |

**ORDER**

The Court grants Defendant Kelly Meggs' Unopposed Motion for Extension of Time to File a Response to the Complaint by November 12, 2021 in the above referenced matter.

Respectfully Submitted,

_____
The Hon. Amit P. Mehta
United States District Court Judge

Dated: