# **EXHIBIT A**



| Candidate | Votes | % |
|---|---|---|
| DEM Eleanor Holmes Norton | 281,831 | 86.3% |
| IND John "Recovery" Cheeks | 2,914 | 0.89% |
| IND Barbara Washington Franklin | 7,628 | 2.34% |
| IND David Krucoff | 5,017 | 1.54% |
| Write-in | 2,263 | 0.69% |

### WARD TWO MEMBER OF THE COUNCIL

| Candidate | Votes | % |
|---|---|---|
| IND Randy Downs | 6,141 | 20.6% |
| DEM Brooke Pinto | 20,364 | 68.3% |
| IND Martín Miguel Fernandez | 2,137 | 7.17% |
| STG Peter Bolton | 873 | 2.93% |
| Write-in | 302 | 1.01% |

### WARD FOUR MEMBER OF THE COUNCIL

| Candidate | Votes | % |
|---|---|---|
| STG Perry Redd | 2,434 | 5.73% |
| DEM Janeese Lewis George | 38,990 | 91.76% |
| Write-in | 1,065 | 2.51% |

| Candidate | Votes | % |
|---|---|---|
| REP Marya Pickering | 17,883 | 3.33% |
| IND Marcus Goodwin | 60,636 | 11.31% |
| IND Markus Batchelor | 19,095 | 3.56% |
| IND Michangelo "DoctorMic" Scruggs | 2,874 | 0.54% |
| IND Mario Cristaldo | 2,384 | 0.44% |
| IND Calvin H. Gurley | 3,203 | 0.6% |
| IND Claudia Barragán | 5,607 | 1.05% |
| IND Keith Silver | 2,605 | 0.49% |
| IND Alexander M. "Alex" Padro | 3,780 | 0.7% |
| DEM Robert White | 139,208 | 25.96% |
| IND Jeanné Lewis | 7,417 | 1.38% |
| IND Mónica Palacio | 13,635 | 2.54% |
| STG Ann C. Wilcox | 9,793 | 1.83% |
| LIB Joe Bishop-Henchman | 5,173 | 0.96% |
| IND Kathy Henderson | 4,803 | 0.9% |
| IND Eric M. Rogers | 1,839 | 0.34% |


**DC Board of Elections**

1015 Half Street, SE, Suite 750
Washington, DC 20003
Tel: (202) 727-2525 | TTY: (202) 639-8916
Tollfree: 1-866-DC-VOTES