**The Washington Post** *Democracy Dies in Darkness*

# Seven Capitol Police officers sue Trump, far-right groups over injuries from Jan. 6 riot

By Paul Duggan and Spencer S. Hsu

August 26, 2021 at 5:53 p.m. EDT



Seven U.S. Capitol Police officers on Thursday sued former president Donald Trump and more than a dozen alleged participants in the Jan. 6 riot at the U.S. Capitol, saying the defendants are responsible for the officers being "violently assaulted, spat on, tear-gassed, bear-sprayed, subjected to racial slurs and epithets, and put in fear for their lives."

The lawsuit, filed in U.S. District Court in Washington, alleges that Trump, by falsely claiming the presidential election was rigged, incited a mob of his supporters to storm the Capitol in an effort to stop Congress from confirming President Biden's victory.

The complaint describes an array of abuse endured by the seven officers, who collectively "have dedicated more than 150 years" to protecting Congress "so that it can carry out its constitutional responsibilities safely and openly."

6 rally on the Ellipse that preceded the riot or incite or conspire to incite violence at the Capitol.

Case 1:21-cv-02265-APM   Document 31-4   Filed 10/05/21   Page 2 of 3

In a statement via text, Stone called the lawsuit "baseless" and a textbook example of political harassment because it requires those sued to spend hundreds of thousands of dollars to defend themselves.

"The basic premise of today's frivolous civil suit is deeply flawed. I never instructed anyone to hurt people at the Capitol, let alone a police officer, on Jan. 6 or at any other time, nor did I conspire to deprive anyone of their civil rights," Stone said. He again called "categorically false" any claim that he "had any involvement in, or knowledge of, the commission of any unlawful acts by any person or group" in Washington that day.

The case, filed on the officers' behalf by the Lawyers' Committee for Civil Rights Under Law, is similar to lawsuits filed separately against Trump this year by lawmakers including Reps. Bennie G. Thompson (D-Miss.) and Eric Swalwell (D-Calif.). Those civil actions also accuse Trump of being responsible for violence allegedly planned and carried out in large part by such far-right groups as the Proud Boys and the Oath Keepers. Thompson in July dropped out of his case against Trump because he was selected as chairman of the Select Committee to Investigate the Capitol attack and wanted to avoid the "appearance of a conflict," but 10 other lawmakers continue as co-plaintiffs.

Numerous members of those groups and another extremist organization, the Three Percenters, have been criminally charged in the Jan. 6 riot, and the police officers' lawsuit names more than a dozen charged individuals as defendants. The lawsuit defendants also include the Proud Boys and Oath Keepers organizations — which have also asked a judge to toss out a lawsuit making similar claims and have said members did not plan to enter the Capitol.

"Racism and white supremacy pervaded Defendants' efforts from the outset," according to the officers' complaint, which alleges civil violations of the 1871 Ku Klux Klan Act. That federal statute was meant to curb violence against emancipated Blacks, including those seeking to vote, in the former Confederacy. "Defendants' targeted false claims of election fraud at cities and states with significant Black populations."

After the election, as Trump and his supporters continued "fabricating and spreading the lie that the Presidential election was stolen," the lawsuit says, Trump "employed, planned for, and encouraged the use of force, intimidation, and threats to stop the Congressional count of electoral votes on January 6." When the siege was at its full fury, the complaint says, Trump "encouraged and supported the attackers."

The lawsuit lists the officers as Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune and Jason DeRoche. In addition to alleging civil rights violations under Ku Klux Klan Act, the complaint includes civil counts of battery and assault against the officers, several of whom are Black.

"One attacker shoved Officer Latson," the lawsuit says. "Attackers then breached the Senate Chamber, physically

*Manuel Roig-Franzia contributed to this report.*

---

**THE CAPITOL RIOT**                                                                 HAND CURATED



A sprawling investigation: What we know so far about the Capitol riot suspects

Analysis • May 13, 2021

41 minutes of fear: A video timeline from inside the Capitol siege

News • January 16, 2021

How one of America's ugliest days unraveled inside and outside the Capitol

January 9, 2021