# Capitol Police officers sue Trump over Jan. 6 attack



*In this Jan. 6, 2021, file photo, insurrections loyal to President Donald Trump try to break through a police barrier at the Capitol in Washington. U.S. Capitol Police officers who were attacked and beaten during the Capitol riot filed a ... more >*

By Alex Swoyer - *The Washington Times* - Thursday, August 26, 2021

The 71-page complaint says Mr. Trump conspired with other defendants such as his former campaign ally Roger Stone and the groups Stop the Steal and Proud Boys, among others, to prevent Congress from certifying the 2020 election results through the use of force after the former president claimed he had won the election.

"Trump and other Defendants propagated false claims of election fraud, encouraged the use of force, intimidation, and threats, and incited violence against members of Congress and the law enforcement officers whose job it was to protect them," the lawsuit reads.

TOP STORIES

ESPN suspends Sage Steele after 'sick' vaccine-mandate criticism

Brian Laundrie's family issues statement explaining return to Florida without Gabby Petito

National Institutes of Health director to step down: Report

They claim the defendants violated the D.C. Bias-Related Crimes Act, which punishes crimes based on prejudice, and the Ku Klux Klan Act, which protects people from political intimidation.

"Racism and white supremacy pervaded Defendants' efforts from the outset," the lawsuit reads. "They relied on white supremacist groups and



Pfizer scientists tout natural immunity in Project Veritas sting: 'Antibodies are probably b…

READ MORE

The officers asked the court to declare Donald Trump and the other defendants accountable and to reward them with financial damages.

A spokesperson for Mr. Trump, the named defendant in the lawsuit, did not immediately respond to a request for comment.

Lawyers' Committee for Civil Rights under Law, a civil rights and criminal justice group, is representing the police officers in the lawsuit and said in a press release the defendants committed acts of domestic terrorism.

"As this lawsuit makes clear, the Jan. 6 insurrection was not just an attack on individuals, but an attack on democracy itself. It was a blatant attempt

"We joined the Capitol Police to uphold the law and protect the Capitol community. On Jan. 6 we tried to stop people from breaking the law and destroying our democracy. Since then our jobs and those of our colleagues have become infinitely more dangerous. We want to do what we can to make sure the people who did this are held accountable and that no one can do this again," the officers said in a joint statement.

### SIGN UP FOR DAILY NEWSLETTERS

Submit   Manage Newsletters

Copyright © 2021 The Washington Times, LLC. Click here for reprint permission.

**Please read our comment policy before commenting.**

priceline   Top-Rated Hotels

MOTEL 6-GLASSBORO, NJ...   QUALITY INN MANASSAS   BEST WESTERN PLUS...

Be the first to react to this post!



Love! LOL Whoa

Shrug Sob Grrr

Active on Page: 1

Leave a comment

Comments	Log In

Join the conversation

# Popular in the community

Kyrsten Sinema accosted on flight by illegal immigrant - Washington Times



66 Comments

Donald Trump to Pulitzer board: Take back prizes for stories on Russia 'collusion' - Washington Times



43 Comments

Load more articles

10/5/21, 10:58 PM
Capitol Police officers sue Trump over Jan. 6 attack - Washington Times
Case 1:21-cv-02265-APM Document 31-5 Filed 10/05/21 Page 7 of 7

Advertisement