## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, | |
| and | |
| DANNY McELROY | |
| and | Civil Action No.  1:21-cv-02265-APM |
| BYRON EVANS | |
| and | |
| GOVERNOR LATSON, | |
| and | |
| MELISSA MARSHALL | |
| and | |
| MICHAEL FORTUNE | |
| and | |
| JASON DEROCHE | |
| **Plaintiffs**, v. | |
| DONALD J. TRUMP,  "*solely in his personal capacity*" | |
| and | |
| DONALD J. TRUMP FOR PRESIDENT, INC.<br>c/o Bradley T. Crate (Treasurer) | |
| and | |
| STOP THE STEAL L.L.C.<br>c/o George B. Coleman | |
| and | |

ALI ALEXANDER, a/k/a
Ali Abdul Razaq Akbar, a/k/a Ali Abdul Akbar

    and

BRANDON J. STRAKA

    and

ROGER J. STONE, JR.

    and

PROUD BOYS, an unincorporated association

    and

PROUD BOYS INTERNATIONAL, L.L.C.
c/o Jason L. Van Dyke

    and

ENRIQUE TARRIO

    and

ETHAN NORDEAN

    and

JOSEPH R. BIGGS

    and

ZACHARY REHL

    and

CHARLES DONOHOE

    and
DOMINIC J. PEZZOLA

    and

OATH KEEPERS

| | |
|---|---|
| c/o Christopher R. Grobl, Esq. | |
| and | |
| STEWART RHODES | |
| and | |
| THOMAS E. CALDWELL | |
| and | |
| JESSICA WATKINS | |
| and | |
| KELLY MEGGS | |
| and | |
| ALAN HOSTETTER | |
| and | |
| RUSSELL TAYLOR | |
| and | |
| ERIK SCOTT WARNER | |
| and | |
| FELIPE ANTONIO "TONY" MARTINEZ | |
| and | |
| DEREK KINNISON | |
| and | |
| RONALD MELE | |
| and | |
| JOHN DOES 1-10,               **Defendants.** | |

**DEFENDANT ZACHARY REHL'S
SUPPLEMENT TO HIS
RULE 12 MOTION TO STRIKE IMPROPER MATERIAL**

Comes now the Defendant Zachary Rehl, and hereby moves provides this supplement.

Counsel had intended to attach as an Exhibit the Session law from 1871 Public Law (P.L.) 42-22 (April 20, 1871) -- Session 42, Chapter 22; 17 Stat. 13 formally named "An Act to enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States and for other Purposes." Counsel had spent a great deal of time and effort to find it.

Therefore, Defendant's counsel hereby files the attachment hereto and requests that it be considered as part of Rehl's motion.

Dated:  October 6, 2021              RESPECTFULLY SUBMITTED
                                     ZACHARY REHL, *By Counsel*

                                     Jonathon A. Moseley, Esq.

                                     USDCDC Bar No. VA005
                                     Virginia State Bar No. 41058
                                     Mailing address only:
                                     5765-F Burke Centre Parkway, PMB #337
                                     Burke, Virginia 22015
                                     Telephone:  (703) 656-1230
                                     Facsimile:  (703) 997-0937
                                     Contact@JonMoseley.com
                                     Moseley391@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, I discussed this motion with Plaintiff's counsel, Edward Casper, who was professionally civil. Plaintiff's counsel generously offered to agree to an extension of time until November 12, 2021, along with the extensions requested and agreed to by the other Defendants who are facing criminal charges. Mr. Casper then called back, however, concerned that the Defendant might not be able to postpone filing of this motion even with the Plaintiff's consent to an extension of time. Out of an abundance of caution, counsel for

Defendant Zachary Rehl felt compelled by the uncertainty to proceed to file within 21 days of service of the Complaint about Rehl.

*Jonathon A. Moseley, Esq.*

      Mr. Damon Hewitt, Esq.
      Jon Greenbaum, Esq., D.C. Bar No. 489887
      Edward G. Caspar, Esq., D.C. Bar No. 1644168
      David Brody, Esq., D.C. Bar No. 1021476
      Arusha Gordon, Esq., D.C. Bar No. 1035129
      Noah Baron, D.C. Esq., Bar No. 1048319
      Adonne Washington Esq.,
      Lawyers' Committee for Civil Rights Under Law
      1500 K Street N.W., Suite 900
      Washington, DC 20005
      Tel: (202) 662-8300
      jgreenbaum@lawyerscommittee.org
      dhewitt@lawyerscommittee.org
      ecaspar@lawyerscommittee.org
      dbrody@lawyerscommittee.org
      agordon@lawyerscommittee.org
      nbaron@lawyerscommittee.org
      awashington@lawyerscommittee.org
      Legal Co-Counsel for Plaintiffs

      Mr. Robert C Buschel, Esq.
      BUSCHEL & GIBBONS, P.A.
      501 East Las Olas Boulevard, Suite 304
      Fort Lauderdale, Florida 33301
      954-530-5748
      Buschel@bglaw-pa.com
      Legal Counsel for Defendant Roger Stone

      Although undersigned counsel should not presume
      to decide for other co-Defendants who their legal
      counsel should be or will be, outside of this filing
      counsel will email a copy of this pleading to counsel
      for other named Defendants if they can be determined.

Jonathon A. Moseley, Esq.