# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smith, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21cv2265 |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ethan Nordean - appearance limited to motion to stay pending related criminal case   .

Date:   10/06/2021

/s/ Nicholas D. Smith
*Attorney's signature*

Nicholas D. Smith, DC No. 1029802
*Printed name and bar number*

7 East 20th Street, Suite 4R
New York, NY 10003
*Address*

nds@davidbsmithpllc.com
*E-mail address*

(917) 902-3869
*Telephone number*

*FAX number*