UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMITH, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>TRUMP, et al.,<br><br>    Defendants. | Case No. 1:21-cv-2265-APM |

**DEFENDANT ETHAN NORDEAN'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO THE COMPLAINT**

The undersigned is court-appointed counsel to Defendant Ethan Nordean in a related criminal case, *United States v. Nordean*, et al., 21-cr-175-TJK (D.D.C. 2021). Nordean has been detained pretrial for the past six months in a federal detention facility in Seattle, Washington. Owing to pandemic-related restrictions, counsel has had scant access to Nordean.

Although a return of service affidavit for Nordean has yet to be filed, defense counsel has been informed by counsel to the Plaintiffs, Mr. Edward G. Caspar, that Nordean was successfully served process in jail. Mr. Caspar represented to defense counsel that Nordean's response to the Complaint is due October 11, pursuant to Fed. R. Civ. P. 12(a)(1)(A). Counsel advised Mr. Caspar that he would be entering a limited appearance in this case to move the Court for a stay with respect to Nordean, as large portions of the Complaint appear to wholly import sections of the operative indictment in his criminal case. *Compare* Compl., ¶¶ 92-93, 99, 114, 129, 131, 155 *with* First Superseding Indictment, 21-cr-175, ECF No. 26. The undersigned advised counsel to the Lawyers' Committee for Civil Rights that Nordean has no personal resources, is currently incarcerated, has little attorney-client contact with his court-appointed lawyer, and that

compelling Nordean's criminal defense counsel immediately to litigate this related civil matter would consume limited resources available for the criminal defense and interfere with Nordean's rights as a criminal defendant.

Mr. Caspar advised that the Plaintiffs would oppose Nordean's motion for a stay pending resolution of his related criminal case. However, Mr. Caspar did agree not to oppose a request for an extension of time in which Nordean may file a response to the Complaint. Nordean requested that the extension be tied to the Court's resolution of a motion to stay, as part of the purpose of filing that request would be defeated if the impecunious and incarcerated criminal defendant were required to engage counsel to draft an adequate response, likely a motion to dismiss the pleadings, before resolution of the stay motion. Plaintiffs' counsel would not agree to that request, suggesting that Nordean could find a pro bono lawyer.[1]

Mr. Caspar advised that the longest extension Plaintiffs could give to Nordean is a deadline of November 12. Accordingly, Nordean moves the Court unopposed to extend his response deadline to November 12. However, he also advises the Court that circumstances may compel him to request a further (opposed) extension of time on or before that date in order to make proper arrangements for adequately responding to the Complaint in the near term from jail should the Court deny his forthcoming stay motion.

Dated: October 6, 2021                     Respectfully submitted,

                                           /s/ Nicholas D. Smith
                                           Nicholas D. Smith (D.C. Bar No. 1029802)
                                           7 East 20th Street
                                           New York, NY 10003
                                           Phone: (917) 902-3869

---

[1] This prospect appears dim, as it could be the case that pro bono legal organizations generously funded by Wall Street's go-to international law firms for financial crisis defense may be currently more inclined toward suing impecunious and publicly loathed criminal defendants rather than defending them, much less for free.

2

nds@davidbsmithpllc.com

*Counsel to Ethan Nordean*

### Certificate of Service

I hereby certify that on the 6th day of October, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Edward G. Caspar
> LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
> 1500 K Street, NW
> Suite 900
> Washington, DC 20005
> 202-662-8390
> Email: ecaspar@lawyerscommittee.org

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Ethan Nordean*