## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*

**Plaintiffs**,

v.

DONALD J. TRUMP, *et al.*

Civil Action No.  1:21-cv-02265-APM

**Defendants.**

## DEFENDANT ZACHARY REHL'S
## 2nd SUPPLEMENT TO HIS
## RULE 12(f) MOTION TO STRIKE IMPROPER MATERIAL

Comes now the Defendant Zachary Rehl, and hereby provides this second supplement to

his Rule 12(f) Motion to Strike Improper Material to document that the smears in this lawsuit

and throughout the political class – as the premises of this lawsuit – of racism and White

supremacy are false, and Plaintiffs' counsel should have known that.

It must not be forgotten that in the bail hearing for release of the Accused ZACHARY

REHL, from pre-trial detention hearing in the U.S. District Court for the Eastern District of

Pennsylvania, the prosecution conceded in proper candor:

> To be sure, the indictment does not allege that Mr.  Rehl
> engaged directly in violence against officers or destruction of
> property * * * .

Assistant U.S. Attorney Luke M. Jones, Esq., Page 3, Transcript of Detention/Rule 5 Hearing
Before Honorable Richard A. Lloret, *United States v. Zachary Rehl*, Case No. 2:21-mj-526-1,
United States Magistrate Judge, U.S. District Court for the Eastern District of Pennsylvania,
March 26, 2021, filed publicly as ECF Docket # 9 in that Court.

While the Plaintiffs seek to blame all of the Defendants including the Proud Boys such as

Zachary Rehl and Oath Keepers as racists and White supremacists, the one person who claims to

have been the National Organizer of the "Stop the Steal movement" through events across the country and the "Stop the Steal rally" in Washington, D.C., is a man of mixed African-American and Middle Eastern descent, Ali Alexander, born Ali Abdul-Razaq Akbar.  *See* Allam, Hannah; Nakhlawi, Razzan (May 16, 2021). "Black, Brown and extremist: Across the far-right spectrum, people of color play a more visible role". The Washington Post, accessible at:

https://www.washingtonpost.com/national-security/minorities-far-right-visible-role/2021/05/16/e7ba8338-a915-11eb-8c1a-56f0cb4ff3b5_story.html

> The mob that stormed the U.S. Capitol on Jan. 6 was overwhelmingly White,[1] but the official speaker lineup for the rally that day was more diverse.
>
> Vernon Jones, a Black former Georgia state lawmaker, and Katrina Pierson, a Black adviser and former spokeswoman for the Trump campaign, were among the speakers parroting the baseless assertion that the 2020 election was stolen from Trump. **Another familiar face was main rally organizer Ali Alexander, born in Texas as Ali Abdul-Razaq Akbar, of mixed Black American and Middle Eastern descent.**

*Id. (emphasis added).*

> "People of color are playing increasingly visible roles across the spectrum of far-right activism. Today, non-White activists speak for groups of radicalized MAGA supporters, parts of the "Patriot" movement, and, in rare cases, neo-Nazi factions. Although a few have concealed their identities, many others proudly acknowledge their backgrounds and offer themselves as counterpoints to charges of pervasive racism in right-wing movements."

*Id.*

> Rapolla's father has roots in China and Guam, while his mother is a mix of Scandinavian, Inuit, Mexican and Greek ancestry. None of that matters, he said, when he stands alongside fellow "patriots" who

---

[1]     Even The Washington Post occasionally swerves into the truth, but even then can't resist distortion:  Of course, the U.S. population is 60% White, its lowest point in U.S. history but still "**overwhelmingly White**" for better or worse.  Any crowd that reflects the U.S. population should not be commented upon in racial terms. Photographs and videos of the January 6, 2021, rally are filled with Vietnamese flags and flags of other Asian nations and of tens of thousands of Asian Americans protesting for Donald Trump because of Trump's push back against the Chinese Communist Party.  It is intellectually dishonest to suggest something wrong any time a crowd roughly corresponds to the racial composition of the country.

> share his concerns about government overreach and Second
> Amendment rights.
>
> "People on the far right are automatically labeled as racist," Rapolla
> said. "It's a weapon used by elitists in order to keep their power
> where they want it."

*Id.*

Co-Defendant Alexander is – as far as Defendant Zachary Rehl knows – entirely innocent of the injuries sustained by these Plaintiff police officers and over 100 other police officers on January 6, 2021.  Surely, the FBI is busy identifying and charging those who actually attacked police officers.  We are confident that the FBI will complete that task before silencing parents.

African-American and Middle Eastern Alexander is a U.S. citizen with the rights of free speech and to petition the government for redress of grievances.  God forbid that the United States slides into the darkness in which no one is willing to stand up for their beliefs.

However, without undermining Alexander for exercising his rights as a citizen, the one person who ***CLAIMS*** credit for organizing the "Stop the Steal" rally and movement including in Washington, D.C. on January 6, 2021, is being basically ignored while Zachary Rehl who ***DID NOT*** organize anyone or anything but himself, and tell his friends that he would be there, too, is sitting in a jail cell for things he did not do.  Zachary Rehl did not get to see his child being born while being locked up since March.  His wife with a newborn is struggling to arrange a forbearance on the mortgage on their modest rowhouse.

See also Arun Gupta, "Why Young Men of Color Are Joining White-Supremacist Groups:  THE NEW FAR-RIGHT.  Patriot Prayer's leader is half-Japanese. Black and brown faces march with the Proud Boys. Is the future of hate multicultural?" The Daily Beast, September 4, 2018, accessible at:  https://www.thedailybeast.com/why-young-men-of-color-are-joining-white-supremacist-groups  ("Indeed, Patriot Prayer's leader is Joey Gibson, who is half-

Japanese and claims Dr. Martin Luther King, Jr., as a hero.")

> Elysa Sanchez, who is black and Puerto Rican, attended the "Liberty or Death Rally Against Left-Wing Violence" in Seattle on Aug. 18, joining about 20 militiamen open-carrying handguns and semi-automatic rifles.

However, while Zachary Rehl, sitting in jail, merely chose to attend the demonstrations in the District of Columbia on January 6, 2021, and joined up with some friends there, Ali Alexander, born Ali Abdul-Razaq Akbar, actually claims to have been the lead National Organizer of the rally.[2]

*See,* video interview with Ali Alexander, with Jenny Chang, "Ali Alexander on What Will Happen on January 6," NTD News, December 31, 202, *https://www.ntd.com/ali-alexander-on-what-will-happen-on-january-6_547084.html.*  Ari Alexander is presented as the "National Organizer of 'Stop the Steal.'



---

[2]      Then President Donald Trump had 83 to 86 million followers on Twitter alone while promoting the January 6, 2021, demonstrations.  He was standing against the slow-motion decay of our democracy, in which Democrats still have not admitted that the 2016 Presidential election wasn't stolen from Hillary Clinton, and Democrats lionize Stacy Abrams who still thinks she was elected Governor of Georgia in 2018, and Congresswoman Eleanor Holmes Norton just yesterday in a congressional hearing praised Al Gore for ***NOT*** contesting the 2000 Presidential election. ***See, Bush v. Gore*, 531 U.S. 98 (2000)**.  While, the political class flip-flops positions for transitory advantage, Rehl should not be sitting in jail awaiting trial for merely showing up at a demonstration and peacefully poking his head inside the People's House to see what was going on.

As context, the Plaintiffs echo "the Big Lies" permeating the political world, including that (1) everyone who disagrees with the political Left is a racist and White supremacist simply because they do not fall in line with the political Left-wing agenda and (2) the Proud Boys defend the rights of free speech by blocking violent attacks from the Left such as from Antifa, (3)  therefore the Proud Boys must be stopped so that the Left can shut down free speech of conservatives and patriots like Mussolini's Black Shirts and the Brown Shirts, (4) everyone who disagrees with the Left must be a Proud Boy, therefore (5) let's all blame the Proud Boys.

Without question, some idiots and brawlers also showed up who committed criminal acts of brawling with police, apparently initiated violent assaults on police, and reportedly (though counsel has not seen it directly) there were calls before the rally that were for a variety of violent acts that are not peacefully expressing a message under the First Amendment.

This is why Zachary Rehl has been a persistent activist for "Back the Blue," including as the son and grandson of police officers in Pennsylvania.



If Alexander's only wrong is that the political establishment has enraged so many of its own voters whom it claims to represent, sheer numbers alone are not the wrong of the Defendants.  But unable to reform, unable to listen to its own voters, the political class must lie:

Therefore, everyone with a contrary opinion must be a racist and a White Supremacist.

Dated:  October 8, 2021        RESPECTFULLY SUBMITTED
                                  ZACHARY REHL, *By Counsel*

Jonathon A. Moseley, Esq.

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Facsimile:  (703) 997-0937
Contact@JonMoseley.com
Moseley391@gmail.com

Jonathon A. Moseley, Esq.

Mr. Damon Hewitt, Esq.
Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org

awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Jonathon A. Moseley, Esq.