

## AMENDED RETURN OF SERVICE

00586379/ rl

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | |
| | ) ss. | |
| COUNTY OF KING | ) | |

NO. 21-CV-02265-APM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PROCESS: Summons; Civil Docket for Case #: 21-CV-02265-APM; Complaint

CONRAD SMITH, ET AL.

vs.

DONALD J. TRUMP, ET AL.

DATE RECEIVED:   9/17/2021
DATE SERVED:     9/20/2021 @ 11:20 AM
DATE OF RETURN:  10/7/2021
NAMED PARTY:     ETHAN NORDEAN

I, BEN MILLER, BEING FIRST DULY SWORN, UPON OATH, DEPOSE AND STATE THAT I AM A CITIZEN OF THE UNITED STATES, A CITIZEN AND RESIDENT OF THE STATE OF WASHINGTON, OVER THE AGE OF EIGHTEEN YEARS, NOT A PARTY TO, NOR INTERESTED IN ANY WAY IN THIS ACTION, AM COMPETENT TO BE A WITNESS THEREIN.  I AM A DULY APPOINTED, QUALIFIED DEPUTY SHERIFF OF THE KING COUNTY SHERIFF'S OFFICE, KING COUNTY, STATE OF WASHINGTON, AND WAS SUCH DEPUTY SHERIFF AT ALL TIMES HEREIN MENTIONED.  UNDER THE STATUTES OF THE STATE OF WASHINGTON, A DEPUTY SHERIFF POSSESSES THE POWER TO PERFORM CERTAIN DUTIES PRESCRIBED BY LAW TO BE PERFORMED BY THE SHERIFF, INCLUDING SERVING OR EXECUTING ACCORDING TO LAW ALL PROCESS, WRITS, PRECEPTS, AND ORDERS ISSUED OR MADE BY LAWFUL AUTHORITY AND TO HIM DIRECTED.

I RECEIVED THE ABOVE NAMED PROCESS AND PERSONALLY SERVED A TRUE COPY OF SAID PROCESS UPON THE NAMED PARTY, ETHAN NORDEAN, ON THE DATE ABOVE SPECIFIED,
Note: Subject identified by Inmate ID,

AT FEDERAL DETENTION CENTER 2425 S 200TH STREET SEATAC, WA 98198 IN SAID KING COUNTY.

SHERIFF MITZI JOHANKNECHT
KING COUNTY SHERIFF'S OFFICE

BY _____
BEN MILLER
KING COUNTY DEPUTY SHERIFF
516 3rd AVENUE ROOM W-150
SEATTLE, WA 98104
TELEPHONE:  (206) 263-2600
FAX:  (206) 296-0918
E-MAIL:  Civil.KCSO@kingcounty.gov

SHERIFF'S FEES

Return of Service ($28.00)
Service Fee ($36.00)
Mileage ($15.00)
Total: $79.00

5/2015