UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

**Plaintiff**

Case No.: 1:21-cv-02265

vs.

**Donald J. Trump, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Gregory Brown, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/23/2021 at 2:34 PM, I served Oath Keepers c/o Silver State Legal, Attention: Christopher R. Grobl, Esquire at 4625 West Nevso Drive, Suite 2 & 3, Las Vegas, Nevada 89103 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving K. Parker, Legal Assistant, authorized to accept service on behalf of Silver State Legal.

K. Parker is described herein as:

Gender: Male   Race/Skin: White   Age: 50's   Weight: Seated   Height: Seated   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/27/21
Executed On

Gregory Brown

Client Ref Number: 56453-00049
Job #: 1594060

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith et al.,<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-cv-02265-APM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oath Keepers
c/o Christopher R. Grobl, Esq.
4625 West Nevso Drive
Suites 2 & 3
Las Vegas, NV 89103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 08/26/2021

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*