IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT REHL'S MOTION FOR STAY**

　　Plaintiffs, Conrad Smith, et al., through undersigned counsel, respectfully submit this unopposed motion for extension of time to file a response to Defendant Rehl's October 4 Motion for Stay. Currently, Plaintiffs' response is due October 18. Defendant Nordean filed a motion for a stay on October 11. Because the two motions implicate the same law and many of the same facts, Plaintiffs propose to file a responsive brief to both motions by October 25, 2021. The undersigned counsel has conferred with counsel for Defendant Rehl, who does not oppose the requested extension.

　　Plaintiffs therefore respectfully request that the Court extend the deadline for filing a response to Defendant Rehl's Motion for Stay to October 25, 2021.

Dated: October 13, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward G. Caspar*
　　　　　　　　　　　　　　　　　　　　　　　Jon Greenbaum, D.C. Bar No. 489887
　　　　　　　　　　　　　　　　　　　　　　　Edward G. Caspar, D.C. Bar No. 1644168
　　　　　　　　　　　　　　　　　　　　　　　David Brody, D.C. Bar No. 1021476
　　　　　　　　　　　　　　　　　　　　　　　Arusha Gordon, D.C. Bar No. 1035129
　　　　　　　　　　　　　　　　　　　　　　　Noah Baron, D.C. Bar No. 1048319
　　　　　　　　　　　　　　　　　　　　　　　Lawyers' Committee for Civil Rights Under Law

1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

/s/ Edward G. Caspar
Edward G. Caspar