IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-CV-02265-APM |

## **ORDER**

The Court hereby grants Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendant Rehl's Motion for Stay. Plaintiffs shall file their response by October 25, 2021.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____