# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

**Plaintiff**

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Brandon Azmi, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case.

That on 10/05/2021 at 5:58 PM, I served Ronald Mele at 44883 Corte Sierra, Temecula, California 92592 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment by serving Ronald Mele, personally.

Ronald Mele is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 170   Height: 5'8"   Hair: Black/Gray   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10/7/21
Executed On

Brandon Azmi

Client Ref Number: 56453-00049
Job #: 1593654

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050