AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

CONRAD SMITH, et al )
Plaintiff )
v. ) Case No. 21-cv-002265-APM
DONALD J. TRUMP, et al )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RUSSELL TAYLOR

Date: 10/13/2021

_____
Attorney's signature

Dyke E. Huish
Printed name and bar number

26161 Marguerite Parkway
Suite B
Mission Viejo, CA 92692
Address

Huishlaw@mac.com
E-mail address

949-837-8600
Telephone number

FAX number