**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, *et al.*

**Plaintiffs**,

v.

DONALD J. TRUMP, *et al.*                    Civil Action No.  1:21-cv-02265-APM

**Defendants.**

## DEFENDANT ZACHARY REHL'S CONSENT TO EXTENSION OF TIME AND SCHEDULING OF BRIEFING AND HEARING ON HIS MOTION FOR STAY

Comes now the Defendant Zachary Rehl, by counsel, and hereby clarifies and presents his consent to any briefing schedule and/or extensions or timetable that will allow most or hopefully all of the parties to achieve a common, manageable solution to the challenges faced by Defendants who are facing criminal prosecution and many of whom are in pre-trial detention.

Rehl's counsel did not intend to drive the timetables of any other parties or Defendants but merely to cover Rehl's response and circumstances alone.

In this case, there are apparently more Defendants facing criminal prosecution than those who are not.  Most of those Defendants have not yet had attorneys enter appearances.  Even identifying their legal counsel in the criminal cases, one cannot assume whom the Defendants will choose for representing them in this civil lawsuit.  Rehl's counsel cannot drag any attorney into this civil case who has not yet entered an appearance by canvassing or noticing them. Therefore, any arrangements made now might have the effect of complicating matters for Defendants who have not yet even entered this case.  There are probably more Defendants at this point who have not yet entered an appearance than those who have.

As a result, Rehl's counsel anticipates that (a) Defendants facing criminal trials who have not yet entered the case are almost certain to need to request stays as unavoidable and (b) it would be best if whatever arrangements are ordered should be _consistent_ for all such Defendants.

Therefore, Rehl's counsel is not intending to limit or define the terms for any other Defendant, and is open to and agreeable to any briefing schedule or timetable that will allow the Defendants and the Court to develop the best solution for all of the parties and promote simplicity and consistency by having one common schedule and timetable.

Rehl, by counsel, agrees to any extension or timetable that will best deal with these circumstances and challenges.

Dated: October 13, 2021             RESPECTFULLY SUBMITTED
                                    ZACHARY REHL, _By Counsel_


                                    Jonathon A. Moseley, Esq.

                        USDCDC Bar No. VA005
                        Virginia State Bar No. 41058
                        Mailing address only:
                        5765-F Burke Centre Parkway, PMB #337
                        Burke, Virginia 22015
                        Telephone:  (703) 656-1230
                        Facsimile:  (703) 997-0937
                        Contact@JonMoseley.com
                        Moseley391@gmail.com


                                    Jonathon A. Moseley, Esq.


        Mr. Damon Hewitt, Esq.
        Jon Greenbaum, Esq., D.C. Bar No. 489887

Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Jonathon A. Moseley, Esq.