AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Conrad Smith, et al.
*Plaintiff*
v.
Donald Trump, et al.
*Defendant*

Case No. 21-cv-02265

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Derek Kinnison. I represent Mr. Kinnison PHV in the parallel criminal case 21-cr-00392RCL.

*I appear in this case for the limited purpose of filing a Motion to Stay*

Date: 10/14/2021

*Attorney's signature*

Nicolai Cocis (PHV forthcoming)
*Printed name and bar number*

25026 Las Brisas Rd.
Murrieta, CA 92562
*Address*

nic@cocislaw.com
*E-mail address*

(951) 695-1400
*Telephone number*

(951) 744-0079
*FAX number*