IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.

    Plaintiffs,

v.

DONALD J. TRUMP, et al.

    Defendants.

Civil Action No. 21-cv-02265(APM)

**DEFENDANT DEREK KINNISON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**

    Defendant, Derek Kinnison, through undersigned counsel, respectfully submits this unopposed motion for Extension of Time to file an Answer or Response to the Complaint until and including November 12, 2021. The undersigned counsel conferred with opposing counsel, Mr. Edward Caspar, who does not oppose the Relief requested herein.

    It is, therefore, respectfully requested that the Court extend the deadline for Defendant Derek Kinnison's Response to the Complaint to and including, November 12, 2021.

Date: October 14, 2021

Respectfully Submitted,

s/ Nicolai Cocis

_____

Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com

[*Pro hac vice application forthcoming]

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2021, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

                                                                                                                            s/ Nicolaie Cocis

                                                                                                                            _____
                                                                                                                            Law Offices of Nicolai Cocis
                                                                                                                            25026 Las Brisas Rd.
                                                                                                                            Murrieta, CA 92562
                                                                                                                            Telephone: (951) 695-1400
                                                                                                                            nic@cocislaw.com