IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>    Defendants. | Civil Action No. 21-cv-02265(APM) |

## ORDER

The Court grants Defendant Derek Kinnison's Unopposed Motion for Extension of Time to File a Response to the Complaint to and including November 12, 2021, in the above referenced matter.

Date:

_____
AMIT P. MEHTA
United States District Judge