IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,                      CASE NO.: 1:21-CV-02265-APM
et al.,

       Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

       Defendants.
_____/

## **ORDER**

Pending before the Court is the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), filed on October 14, 2021, by Defendant Brandon J. Straka. Based upon the Motion, the Plaintiffs' opposition thereto, and oral argument of the parties in open court, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The Complaint is DISMISSED.

So ORDERED.

ENETERED this _____ day of _____, 2021.

_____
Hon. Amit P. Mehta
United States District Judge