IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:21-CV-02265-APM |

## MOTION FOR PERMISSION FOR ATTORNY ADONNE WASHINGTON TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), Movant Edward Caspar respectfully moves this Court for permission for Adonne Washington to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Washington. As set forth in Ms. Washington's declaration, she is admitted in, and an active member in good standing of, the State Bar of Michigan and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court.  Plaintiffs thus respectfully request that this Motion be granted so that Ms. Washington may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated: October 14, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Edward G. Caspar*
　　　　　　　　　　　　　　　　　　　　Edward G. Caspar, D.C. Bar No. 1644168
　　　　　　　　　　　　　　　　　　　　Lawyers' Committee for Civil Rights Under Law
　　　　　　　　　　　　　　　　　　　　1500 K St. NW, Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 662-8390
　　　　　　　　　　　　　　　　　　　　ecaspar@lawyerscommittee.org
　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiffs**

1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

/s/ Edward G. Caspar

Edward G. Caspar