IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-cv-02265-APM |

**DECLARATION OF ADONNE WASHINGTON IN SUPPORT OF**
***PRO HAC VICE* MOTION**

I, Adonne Washington, pursuant to Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, hereby declare as follows:

1. I, Adonne Washington, submit this affidavit based on my personal knowledge of the facts set forth herein in support of the motion for permission for me to appear *pro hac vice* as counsel for Plaintiffs in the above-captioned matter.

2. I am an attorney with the Lawyers' Committee for Civil Rights Under Law. My office is located at 1500 K St., NW, Suite 900, Washington, D.C. 20005, my telephone number is (202) 780-4508, and my email address is awashington@lawyerscommittee.org.

3. I am a member of the State Bar of Michigan.

4. I certify that I am a member in good standing of the State Bar of Michigan admitted November 10, 2020, and have not been disciplined by any bar.

5. I, along with the Lawyers' Committee for Civil Rights Under Law, have been retained by Plaintiffs to represent them as counsel in the above-entitled action.

1

6. In the last two years, I have not been admitted *pro hac vice* in this Court. I do engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and have not yet applied for membership.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on October 12, 2021.

                                                  /s/ *Adonne Washington*
                                                  Adonne Washington