IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

### [PROPOSED] ORDER

Upon consideration of the Motion for Permission for Attorney Adonne Washington to Appear *Pro Hac Vice* in this matter and Local Civil Rule 83.2(d), it is hereby **ORDERED** that Adonne Washington be admitted *pro hac vice* to this Court for the purpose of representing Plaintiffs in the above-captioned matter.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE