AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Conrad Smith, et al.
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:21-CV-02265-APM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump & Donald J. Trump for President, Inc.

Date: 10/14/2021

/s/ Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall (VA022)
*Printed name and bar number*

Binnall Law Group, PLLC
717 King St, Suite 200
Alexandria, Virginia
*Address*

jesse@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*