Noah Baron (D.C. Bar No. 1048319)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, D.C. 20005
202-662-8600
nbaron@lawyerscommittee.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH *al*., | Case No.: 21-cv-02265 |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| DONALD J. TRUMP, *et al.*, | |
| Defendants | |

To the Clerk of Court and all parties of record:

Please take notice that Noah Baron withdraws his appearance as counsel for Plaintiffs. As of 5:00 PM on October 15, 2021, Mr. Baron will no longer be employed with the Lawyers' Committee for Civil Rights Under Law. Damon Hewitt, Jon Greenbaum, Edward G. Caspar, David Brody, Arusha Gordon, and Adonne Washington of the Lawyers' Committee for Civil Rights Under Law will continue to represent Plaintiffs in this matter.

Dated:  October 15, 2021          */s/ Noah Baron*
                                  Noah Baron (D.C. Bar No. 1048319)

NOTICE OF WITHDRAWAL OF COUNSEL - 1

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

Dated: October 15, 2021

/s/ Noah Baron
Noah Baron (D.C. Bar No. 1048319)
Lawyers' Committee for Civil Rights
  Under Law
1500 K Street NW
Suite 900
Washington, D.C. 20005
202-662-8600
nbaron@lawyerscommittee.org

NOTICE OF WITHDRAWAL OF COUNSEL - 2