**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH,
et al.,

    Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

    Defendants.
_____/

CASE NO.: 1:21-CV-02265-APM

## **MOTION FOR ADMISSION OF BENJAMIN T. BARR *PRO HAC VICE***

Defendant Brandon J. Straka, through undersigned counsel, moves that Benjamin T. Barr, an attorney of the State of Illinois, be admitted *pro hac vice* for the purpose of representing Mr. Straka in the above-styled case. In support of this motion, the attached Declaration of Benjamin T. Barr shows that he meets the requirements of Local Civil Rule 83.2(d).

    Respectfully submitted,

    /s/ Stephen Klein
    Stephen R. Klein
    Bar No. 177056
    BARR & KLEIN PLLC
    1629 K St. N.W., Ste. 300
    Washington, DC 20006
    Telephone: (202) 804-6676
    steve@barrklein.com

    *Counsel to Defendant Brandon J. Straka*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to Plaintiffs' counsel and counsel for Defendants Donald J. Trump, Donald J. Trump for President, Inc., Roger J. Stone, Jr., Ethan Nordean, Zachary Rehl, Kelly Meggs, Felipe Antonio Martinez, and Derek Kinnison.

I further certify that, pursuant to Federal Rule of Civil Procedure 5(b), all other Defendants will be served a copy of this motion and attachments by electronic mail or first class mail.

/s/ Stephen Klein

*Counsel to Brandon J. Straka*