**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.
_____/

CASE NO.: 1:21-CV-02265-APM

## **DECLARATION OF BENJAMIN T. BARR**

I, Benjamin T. Barr, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois. Pursuant to Local Civil Rule 83.2(d), I make this declaration in support of the Motion *Pro Hac Vice* filed in the instant case.

2. My office address and telephone number are as follows:

    Barr & Klein PLLC
    444 North Michigan Avenue
    Suite 1200
    Chicago, Illinois 60611
    (202) 595-4671

3. I am admitted to the following courts and bars:

    Supreme Court of Illinois
    United States District Court for the Northern District of Illinois
    United States Court of Appeals for the First Circuit
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Seventh Circuit
    United States Court of Appeals for the Tenth Circuit
    United States Supreme Court

4.I am a member in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

5.I have not been admitted for admission *pro hac vice* to the Court within the past two years. I continue to serve as co-counsel for the Defendants in the matter *Democracy Partners, et al. v. Project Veritas Action Fund, et al.*, 17-cv-01047-PLF, in which I was admitted *pro hac vice* in 2017.

6.I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 18th day of October, 2021.

/s/ Benjamin T. Barr
Benjamin T. Barr
BARR & KLEIN PLLC
444 North Michigan Avenue
Suite 1200
Chicago, Illinois 60611
(202) 595-4671
ben@barrklein.com

*Counsel to Defendant Brandon J. Straka*