IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,  
et al.,

    Plaintiffs,

v.

DONALD J. TRUMP,  
et al.,

    Defendants.

_____/

CASE NO.: 1:21-CV-02265-APM

**ORDER**

Upon consideration of the Motion for Admission of Benjamin T. Barr Pro Hac Vice, it is hereby ORDERED that Benjamin T. Barr is admitted *pro hac vice* to this Court for the purpose of representing Defendant Brandon J. Straka in the above-captioned matter.

**So ORDERED**.

ENTERED this _____ day of _____, 2021.

_____  
Hon. Amit P. Mehta  
United States District Judge