# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**

    **Plaintiffs,**

      v.                      Case No: 1:21-cv-02265 (APM)

**DONALD J. TRUMP, et al.,**

    **Defendants.**

## NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of defendant Joseph R. Biggs in the above-styled action.

                                      Respectfully submitted,

                                      COUNSEL FOR DEFENDANT
                                      JOSEPH R. BIGGS

Dated: October 18, 2021          By: /s/ John Daniel Hull
                                      J. DANIEL HULL
                                      DC Bar No. 323006; California Bar No. 222862
                                      HULL MCGUIRE PC
                                      1420 N Street, N.W.
                                      Washington, D.C.  20005
                                      619-895-8336
                                      202-429-6520
                                      jdhull@hullmcguire.com