IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>  Defendants. | Civil Action No. 1:21-CV-02265-APM |

## ORDER

Before the Court is Defendant Zachary Rehl's Rule 12 Motion to Strike Improper Material, ECF 30. Upon consideration of the relevant authorities and briefs of the parties, the Court determines that the Motion should be, and is hereby, **DENIED**.

**SO ORDERED.**

                                                    _____
                                                    Hon. Amit P. Mehta
                                                    United States District Court Judge

                                                    Dated: _____