AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          *Benjamin Barr*
                                                      *Attorney's signature*

                                      _____
                                             *Printed name and bar number*

                                      _____
                                                        *Address*

                                      _____
                                                    *E-mail address*

                                      _____
                                                   *Telephone number*

                                      _____
                                                      *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2021, I filed the foregoing appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to Plaintiffs' counsel and counsel for Defendants Roger J. Stone, Jr., Ethan Nordean, Zachary Rehl, Kelly Meggs, Felipe Antonio Martinez, and Derek Kinnison.

I further certify that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), all other Defendants will be served a copy of this appearance by first class mail.

/s/ Benjamin Barr

*Counsel to Brandon J. Straka*