IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' MOTION FOR A CONSOLIDATED BRIEFING SCHEDULE**

Plaintiffs respectfully move the Court for a consolidated briefing schedule concerning responses to the Complaint. With 25 different Defendants and different dates of service for each, each Defendant initially had a different filing date for responses to the Complaint. Plaintiffs have agreed with many Defendants to extend their times to respond and have endeavored to align those dates as much as possible, but there are still multiple different dates by which the different Defendants must respond. Plaintiffs propose a consolidated schedule to simplify briefing and maximize efficiency for all parties and the Court.

Currently, for counsel of record, Defendants Trump, Trump for President, and Stone have a response date of October 31, 2021. Defendants Meggs, Nordean, and Kinnison have a response date of November 12, 2021. Defendant Straka filed his Motion to Dismiss on October 14, 2021, and Plaintiffs' response currently is due October 28, 2021, although Plaintiffs are moving in a separate, unopposed motion to extend that date to November 4, 2021, pending the Court's resolution of this motion. Defendants Rehl and Taylor each already have filed Answers to the

Complaint. Defendant Biggs's response was due September 28, 2021. His counsel filed a Notice of Appearance on October 18, 2021.

Several Defendants have been served with process, but have not made an appearance or otherwise responded to the Complaint. These include Defendants Caldwell, Warner, Mele, Watkins, Pezzola, Donohoe, Tarrio, Proud Boys, and Oath Keepers. Plaintiffs continue to work expeditiously to complete service on the following Defendants: Martinez, Hostetter, Rhodes, Alexander, Proud Boys International LLC, and Stop the Steal LLC. Several attempts at service have been made for each of these Defendants, and Plaintiffs are working to determine whether service actually has been perfected as to some or all of them. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs must complete service on these remaining Defendants by November 23, 2021, and Plaintiffs expect to show good cause for any inability to complete service as to any Defendant and to seek additional time to complete service. Plaintiffs seek a consolidated briefing schedule now, notwithstanding the Defendants remaining to be served and the failure of some Defendants to appear or to respond to the Complaint, because it is uncertain whether or by when any of these defendants will be served process or appear, and suspending the litigation would prejudice both the Defendants who have appeared and the Plaintiffs, who share a common interest in the resolution of the claims in the Complaint.

Therefore, so that the litigation of this case may continue to move forward, and to maximize the efficiency of pre-discovery briefing for the Court and all of the parties, and considering the intervening holidays over the next two months, Plaintiffs propose the following consolidated briefing schedule:

> November 12, 2021 – Defendants to file any responses to the Complaint, including answers or Rule 12 motions
>
> December 3, 2021 – Plaintiffs to file their Amended Complaint

> December 17, 2021 – Defendants to file responses to Amended Complaint, including answers or Rule 12 motions
>
> January 17, 2021 – Plaintiffs to file responses to any Rule 12 motions; objections to any answers
>
> January 28, 2021 – Defendants to file any replies to briefs in opposition to their motions

Pursuant to Local Rule 7(k), Plaintiffs have appended to the proposed order the addresses for any parties served but who have not appeared. Pursuant to Local Rule 7(m), Plaintiffs have conferred with all counsel of record concerning this motions. Defendants Stone, Rehl, and Biggs do not oppose this motion. Defendants Nordean, Taylor, and Kinnison would oppose the motion. Plaintiffs have not been able to confirm the positions of the remaining counsel of record.

Dated: October 22, 2021

Respectfully submitted,

*/s/ Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Adonne Washington, *pro hac vice*
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
awashington@lawyerscommittee.org

**Counsel for Plaintiffs**

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

    /s/ Edward G. Caspar
Edward G. Caspar