# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:21-CV-02265-APM

## ORDER

The Court hereby grants Plaintiffs' Motion for Consolidated Briefing Schedule. Responses to the Complaint, and subsequent briefing, shall proceed according to the following schedule:

    November 12, 2021 – Defendants to file any responses to the Complaint, whether Answers or Motions to Dismiss

    December 3, 2021 – Plaintiffs to file their Amended Complaint

    December 17, 2021 – Defendants to file responses to Amended Complaint, including motions to dismiss or answers

    January 17, 2021 – Plaintiffs to file responses to any motions to dismiss; objections to any answers

    January 28, 2021 – Defendants to file any replies to briefs in opposition to motions to dismiss

**SO ORDERED.**

    Hon. Amit P. Mehta
    United States District Court Judge

    Dated: _____

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

All counsel of record, via ECF

Proud Boys
c/o Enrique Tarrio
D.C. Central Detention Facility
1901 D St SE
Washington, D.C. 20003

Enrique Tarrio
D.C. Central Detention Facility
1901 D St SE
Washington, D.C. 20003

Charles Donohoe
Orange County, NC Detention Center
125 Court St
Hillsborough, NC 27278

Dominic J. Pezzola
D.C. Central Detention Facility
1901 D St SE
Washington, D.C. 20003

Oath Keepers
c/o Christopher R. Grobl, Esq.
4625 West Nevso Drive
Suites 2 & 3
Las Vegas, NV 89103

Thomas E. Caldwell
274 Wadesville Road
Berryville, Virginia 22611

Jessica Watkins
D.C. Central Detention Facility
1901 D St SE
Washington, D.C. 20003

Erik Scott Warner
28574 Moon Shadow Dr.
Menifee, California 92584