IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT STRAKA'S MOTION TO DISMISS**

Plaintiffs, Conrad Smith, et al., through undersigned counsel, respectfully submit this unopposed motion for a one-week extension of time to file a response to Defendant Straka's October 14 Motion to Dismiss. Currently, Plaintiffs' response is due October 28. Concurrently with this motion Plaintiffs are filing a motion for a consolidated briefing schedule for motions to dismiss. Pending the Court's resolution of that motion, Plaintiffs bring this unopposed motion to extend to November 4, 2021, the time to file their response to Defendant Straka's Motion to Dismiss. In the absence of an order directing a different briefing schedule for motions to dismiss, including Defendant Straka's, Plaintiffs would file their response to Defendant Straka's motion by November 4.

Plaintiffs therefore respectfully request that the Court extend the deadline for filing a response to Defendant Straka's Motion to Dismiss to November 4, 2021.

Dated: October 22, 2021

Respectfully submitted,

*/s/ Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168

    David Brody, D.C. Bar No. 1021476
    Arusha Gordon, D.C. Bar No. 1035129
    Adonne Washington, *pro hac vice*
    Lawyers' Committee for Civil Rights Under Law
    1500 K Street N.W., Suite 900
    Washington, D.C. 20005
    Tel: (202) 662-8390
    jgreenbaum@lawyerscommittee.org
    ecaspar@lawyerscommittee.org
    dbrody@lawyerscommittee.org
    agordon@lawyerscommittee.org
    awashington@lawyerscommittee.org

    ***Counsel for Plaintiffs***

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

    /s/ Edward G. Caspar
    Edward G. Caspar