IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-CV-02265-APM |

## ORDER

The Court hereby grants Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendant Straka's Motion to Dismiss. Plaintiffs shall file their response by November 4, 2021.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____