IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:21-CV-02265-APM |

## ORDER

Before the Court are Motions to Stay from Defendants Zachary Rehl, Ethan Nordean, Russell Taylor, and Derek Kinnison. ECF No. 24; ECF No. 37; ECF No. 44; ECF No. 53. Upon consideration of the relevant authorities and briefs of the parties, the Court determines that Defendants' Motions to stay should be, and are hereby, **DENIED.**

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge


　　　　　　　　　　　　　　　　　　　　　Dated:_____