

# The Constitution and Bylaws of
# The Proud Boys Philadelphia Chapter

**Article I: Purpose, Scope & Governing Law.**
**(Chapter and Member Policies and Modus Operandi.)**

**Section 1. Purpose:**
The purpose of Proud Boys Philadelphia Chapter (the "Fraternity" or "Frat"), shall be to establish, maintain, govern, improve and promote the welfare of a fraternal order to be known as the "Proud Boys" (the "Fraternity"), which shall have for its objects: the mutual benefit and assistance of its members; the binding by closer bonds of its members one to another; the rendition of mutual assistance to its members during life and after their death to their dependents; the extending of our Frat to all who need such assistance; the promotion of western civilization including free speech and the right to bear arms; the promotion of good citizenship; the training and developing of men to become positive role models as husbands, fathers, entrepreneurs, civic leaders and true patriots. We promote marriage and procreation, while still maintaining a solid bond with your brotherhood. Respect a woman's CHOICE to bring up her family as she chooses. It's something to be venerated not to be looked down upon. We also support our troops with care packages, collect and purchase toys for tots, canned food drives, etc. The Proud Boys Philadelphia Chapter finds all forms of ethnic nationalism, identity politics, racism and hate contrary to Proud Boy and American values. Ethnic nationalism runs counter to the spirit of Western Chauvinism. Proud Boys Philadelphia Chapter believes in individual merit and Civic Patriotism. We reject collectivism in any form, be it socialist class identity or racial identarian world views. In keeping with our values, Proud Boys Philadelphia Chapter has no association and will never have any association with Marxist, Fascist, identarian, Alt-right or ethnic nationalist groups. Prospects who are found to be members of Marxist, racially identarian, or ethnic nationalist groups are barred from membership in Proud Boys Philadelphia Chapter. Members of Proud Boys Philadelphia Chapter found to be members of Marxist or identarian

organizations or espousing Marxist, identarian, ethnic nationalist, racist or hateful views will be stripped of membership for all time and disavowed.

**Section 2. Composition of fraternity**

(**A**) The Fraternity shall consist of the Philadelphia Region and surrounding counties, an active chapter established and existing from time to time collaborating throughout the North Eastern Region area and the members and probationers of the Fraternity. No other Frat, association or other body shall be deemed to be a constituent part of this Fraternity.

(**B**) References in these bylaws to "brothers" shall, unless otherwise specified or unless the context clearly requires otherwise, mean persons that have completed the second degree of initiation. The term "members" shall mean all brothers and probationers of the fraternity.

**Section 3. Use of name:**

Except for the entities and individuals identified in the first sentence of **Section 2** of this Article (**A**), no entity or individual shall have the right to use the name "Proud Boys", or any insignia of the Fraternity, or any recognizable variant of any of the foregoing, in whole or in part, as a part of its name, or to identify itself or himself, or to claim affiliation with the Fraternity, without express written permission of this Chapter, which permission may be limited to a stated period of time.

**Section 4. Vetting**

(**A**) Vetting of Prospects: (This is a possible Brother, take it very seriously, Follow the MO and the guidelines.)

Prospects apply at www.ProudBoysPhiladelphia.com, Run a criminal background check. Violent/Non-Violent crimes such as theft, Rape, murder, multiple Assaults, Pedophilia, Etc. Are all but automatically denied. Felonies are frowned upon but not automatically denied. The prospect will have to be questioned about such instances. (Vetting Officers have discretion) (2nd's and above that explicitly vouch for a prospect still go through the standard process but are bumped to the front of the queue.)

Perform a deep vet of their Social media and other internet activity.

Once these steps have been done, you may conduct an interview via video or phone call if you feel it's necessary.

If the recruiting officer is satisfied, he will then communicate with the Recruiting Committee to place the prospect in the Welcome Chat. Leadership is encouraged but not mandated to place the prospect in the Casting Couch Chat, if they so wish to further ensure proper vetting has been done; that is his right to do so. Always assume the Welcome Chat is compromised, post nothing that could cause a brother to potentially be doxed, and post your own personal information at your own risk.

Explain to prospects the same courtesy upon putting them in the Welcome Chat, also inform them that they may encounter "Spicy" memes and language in the chats but don't take offense for they are in jest or people trolling. All new prospects must be warned of locking their social media profiles down and explained what "doxing" is and how dangerous it can be on someone's family if not taken seriously.

**Section 5. Acquiring Membership in The Proud Boys Philadelphia Chapter.**
(All prospects will have a 30-day window to attend an officer sanctioned meet up.)

(**A**) Prospects must be interviewed in person and by two or more brothers (One being an officer) the prospect MUST show an officer their Driver's license or State ID. The Interview should be done at a neutral location. (The Clubhouses and other private locations are off limits to the Non-Degreed.) Some of these rules may be waived if the prospect is already well known and vouched for by a current 2nd Degree or higher.

(**B**) Once a prospect has been initially vetted and questioned during the casting couch phase, the Recruiting Committee will vote to allow them to proceed to the 1st Degree. The 1st Degree will be added to the Welcome Chat and must then attend two meet ups over the next two months to qualify for their 2nd Degree. A vote will be conducted by the Chapter as a whole after the end of the second meet and voted on starting Sunday in the main chat and must receive a 51% majority, this is a time to bring up grievances or suspicions about the new member. If one member disagrees, we will debate the disagreement. If we cannot reach a decision, the first degree will have to be voted on again after their next meet up. Once the prospect has attained their 2nd Degree initiation, they will have the honor of full membership and will henceforth be considered a brother (Only Brothers in PBP are permitted to wear a Fred Perry.)

Any prospect can be removed from PBP by Leadership at any time and without notice.

(**C) Attaining a third degree:**
Third Degrees can only be earned during Meet Ups. A brother must walk the "gauntlet" The gauntlet must be walked through by the brother that desires his 3rd degree. His brothers will line up in two single file parallel lines and the brother seeking his 3rd degree will walk through while his brothers conduct the "initiation" Once he completes the gauntlet, he now may get his 3rd degree whenever he desires.

(**D) Attaining a 4th degree**
In order to earn a 4th degree, the highest degree attainable, one must have endured a major conflict related to the cause. This can include defending oneself or another brother and/or their family in a particular event or situation. Another way is being extraordinarily assaulted in the process of coming to the aid of another brother or their family, or doing something above and beyond for the club that the club and club members agree should be anointed the 4th degree (this is not common). If you have not attained a 2nd or 3rd degree yet, you will remain in a suspended 4th degree status until you have attained your perspective degrees; only then can you consider yourself a 4th degree.

**(D:1)** Further, all 4th degrees must be witnessed or documented in some way. One must be vouched for by another brother as witness, or provide video evidence, or be referenced in the media. After presenting the evidence for a potential 4th degree, this evidence will be presented to the chapter for review and a vote will be held. The final step for a member to achieve the status of 4th degree is to acquire 2/3rds of the whole chapters vote, if successful, afterwards the brother will be anointed a 4th degree of the Proud Boys. If one is found to have lied about a 4th degree, they will be subjected to Sharia; punishment will be decided by leadership and voted on by the club after articles of Sharia are presented.

**(E)** Brothers transferring from another chapter require a Presidential vouch in order to be accepted into PBP. The new brother must receive a 2nd degree Initiation within 30 days (providing a meet up is held) or at the next Meet Up. (60 days Maximum)
Once initiation is complete, the brother becomes an official Member in PBP and will start paying dues as written in **Article 1 Section 6 (A)**

**(F)** Brothers that quit or go on a leave of absence that later quit or don't return as outlined below, are forbidden from rejoining the Philadelphia Chapter without a 51% majority vote of all members.

There are two types of Leave of absence. A LOA is for a period of up to six months, an Extend LOA is (Six to Twelve months). Brothers may take a leave of absence for a period of up to a year. After one year, you are no longer a member of PBP. During this LOA all dues that have been paid in advance are logged by the treasurer and the start day of your LOA are logged as well. These dues will be counted towards the months that are paid as normal. If your LOA exceeds 6 months, ($120) dues payments will be suspended and will be logged by the treasurer. You are no longer required to pay dues after six months. A brother may elect to pay dues as normal after exceeding six months of their LOA if they so choose.

Example: Brother John Doe takes a LOA starting on 7/19. (John Doe - next due payment is for 2/20) he returns on 12/19. His next due payment remains 2/20.

Example 2: Brother John Smith Takes a LOA on 7/19 (Jack Smith - next due payment is for 8/19) he returns on 12/19. He will owe for five months of dues.

Any brother on Extended LOA are required to pay a reinstatement fee of $60 if your dues don't cover it. When a brother is ready to return, please contact the President, Vice President or your Committee lead to notify them of your return date. If a brother is an official and takes a LOA, they forfeit their office position(s).

**Section 6. Chapter Dues and Member Meet Up Requirements.**

**(A) Basic duties/Obligations expected for membership in PBP.**
These are the basic duties for maintaining membership in PBP. Once you obtain your 2nd Degree in the Philadelphia chapter, you are now our brother, you must maintain a meet up attendance

4

quota and keep up with dues. You must attend at least one meet up every ninety days, that is the bare minimum, we're about brotherhood FFS. We also have dues in the Philadelphia chapter of $20 a month for every brother of the second degree or higher. ($20 per month or $200 lump sum for 12 months) (By paying a lump sum, you save two months of dues).

Paying dues is also a requirement.

Dues are to be paid by the FIRST day of every month or on the first day of the 13th month for Brothers that Paid a lump sum. (Year of Dues) The Day you receive your 2nd Degree determines the month that you will start paying dues. For instance, if you were to receive your 2nd Degree Between the 1st and the 15th, of May Your first due payment would be for May, if you received your second-degree between the 16th and 31st of May your first due payment would be for June.

**(B)** Dues spending is voted on before being implemented by all due paying Brothers that submit their vote within the voting period. If you don't submit your vote within the allotted timeframe, you forfeit your vote on that issue. Any Brother may propose an expenditure from the treasury for consideration to a Brother of leadership, which will then pass it on to the council. (All proposals will be given serious consideration.) A simple majority will pass the proposal for forwarding to a full chapter vote.

**(C)** Brothers hardship clause. If a Brother is unable to pay his dues. (For any Legitimate reason) I.e. Lay-off, lack of income or other circumstance, Due month will be logged and the member will ceases paying dues until he is financially able to become current with his dues again.

**(D)** Brothers behind on dues. If a Brother falls behind on his dues for a six-month period or more, you will lose your right to vote on due related proposals and you will be demoted to the Welcome Chat for up to Six Months. (You will retain your degree status). You will need to pay your dues in full during that time. If a second six-month period elapse, you will be Excommunicated from PBP. (If you end up in the Welcome Chat, when/if you become current on your dues. You will return to full membership privileges. However, you must receive your 2nd. Degree again.)

**Section 7. Meet up Rules.**
**(A)** Once a Member of our Chapter quits. (Good Standing or otherwise) They may not attend a private Meet Up. If a meet up is held in a public place, it's a free country and we can do nothing about it.

**(B)** Church/Stations of congregation shall not be held in a public place.

**(C)** An official meet up is defined as a pre-planned, scheduled meet up posted in PPB Announcements Channel. (At least one week prior to the date. The number of attendees is irrelevant, but we do strive to have as many brothers out for meetups as we can. So, the sooner the event is scheduled the likelihood of a higher attendance improves.

**(C.1)** PLEASE FOLLOW "PBP ANNOUNCEMENTS!" CLICK YOUR INTENTIONS TO GO! (As we all should know the primary purpose of the Proud Boys are Meet Ups. Our Chapter has frequent Meet Ups. For this reason, we created a Telegram Channel called "Philadelphia PB Announcements" As a Proud Boy, it is your duty and responsibility to check our event channel frequently. When an event is scheduled, it is also your duty and obligation to enter the event channel and mark yourself as Going, not going or maybe in the attendance poll. (It's extremely easy to do and only takes a minute)

**(C.2)** (Anyone hosting a meet up, make a log and submit it to the Secretary so he can keep a record of meet up attendance the following day of the meet up.) The log shall include: Location of Meet Up, date, LEGIBLE names (real and alternate) of attendees, any degrees given and any memorable happenings you want to add.)

**(D)** PBP has Four Official Quarterly Statewide Meet Ups every year. Attendance is Strongly suggested. These meet ups will be held at the beginning of April- Q1, July- Q2, October- Q3 and January- Q4 (following each quarter). Every Chapter may have a turn hosting a Quarterly Meet Up. Council in conjunction with all Brothers attending on which Chapter gets to host the Quarterlies for the following year.

**(D.1)** Upon request, an allotment of up to $500 from dues will be provided to Chapters that are hosting Quarterlies. Funds will be given to the President of the Chapter hosting the upcoming quarterly. These funds may be spent as the Chapter chooses, as long as it's for the Quarterly Meet Up. The President is responsible for all spending and must keep receipts to submit to the treasurer after the conclusion of the quarterly and any unspent funds shall be returned to the treasury. The funds will be given to the President as soon as they want, prior to the Quarterly.

**(E)** Women, children and guests are not allowed at meet ups.

Exceptions are:

A brother holding a meet up at his residence has the right for his Family to be there. (Obviously)

A meet up at a public place Example: It's a public place, obviously women are allowed.

However, The PBP and the Fraternity in general forbids brothers from bringing their significant others or children.

Exception: If a host of a meet up wants to have a "Family" Meet Up, they may do so with express permission of leadership or discuss with the Family and Events Committee Officer if it is not an official Meet Up.

Women and children are forbidden from all Clubhouses.
Brothers may invite TRUSTED guest to Meet Ups. (With Permission from Leadership)

Preferably ones that are interested in joining the Fraternity. However, they are excluded from attending Church.

Anything not listed here? Ask Leadership before planning on bringing your Significant other or children to a meet up.

**Section 8. Voting Rights and Guidelines:**
(**A**) All voting will take place on a Sunday and conducted by a poll in PBP Main Channel. Any issues for consideration must be submitted to leadership no longer than six days prior to a vote. A poll must be announced that it will be conducted at least five days prior to the poll by Leadership unless urgent and making a post in PBP Announcements Channel. The poll will commence at 9:00am and close at 9:00pm. The tally will be known immediately at 9:00pm. A member may choose to vote anonymously for Leadership at the Meet Ups if applicable. Be proud of your choice and hold no animus toward the majority, for they are our brothers. If you miss the vote you won't be counted.

Sundays will be our regular voting day for all Voting (With the exception of Leadership positions) Unless there is an urgent circumstance.

(**B**) Due Paying members are eligible to vote on any due related issues and leadership positions. (President, Officer Positions)

Voting for the president is to be voted on by the entire chapter. The elected President gets to choose his Vice President.

New Zones May be established

Once a Zone has six members or more, it will then become an official Zone and elect a Governor and the Governor will appoint a Lt. Governor. (This is a template for future purposes only and will be altered significantly after discussing with the other chapters at the Quarterly, we plan on working with the State of Pennsylvania Chapters to grow the state as a whole.)

(**C**) Any officer may hold more than one position if he is able to handle the duties. The President gets to choose his "Cabinet" Appointments (With the advice and consent of the VP.) and will Consult with leadership Council on cabinet positions.

**Cabinet appointments are**:
- Treasurer
- Vetting Committee Officer
- Minister of Propaganda Officer (Media Committee)
- Outreach Committee Officer
- Family and Events Committee Officer
- Secretary Officer (Must be in at least one year and a 3rd degree)
- Ambassador to other Chapters (This is a rolling position)

7

**(D)** In order to be eligible to hold an elected position in PBP (unless otherwise stated above), you must be a member in good standing, a 2nd Degree or higher, attend as many meet ups as possible and have your dues current. Serious commitment is also a MAJOR requirement. Any Brother, regardless of tenure, may run for President or Officer.

Terms of leadership Positions are one Year. Any Second Degree or higher may be nominated and any Second Degree or higher may nominate themselves as well. The nominees will be allotted a 5-minute statement as to why you should vote for them. The nominees may have one debate during the Monthly Meet Ups as well, if they so choose.

**(BE SERIOUS IF YOU WANT TO COMMIT) ***IF YOU Don't ATTEND YOU CAN NOT VOTE***

*****IF ELECTED TO AN OFFICER POSITION, YOU ARE REQUIRED TO RECEIVE ANOTHER 2nd. DEGREE INITIATION***

Nominations and Elections will take place at the Monthly Meet Ups.

Nominations for leadership positions will commence no later than 30 days before a Meet Up.

Your nominations must be submitted no later than a week before the Monthly Meet Up pertaining to the positions of the nominees.

*****THERE WILL BE AN ANNOUNCEMENT FOR BROTHERS TO ANNOUNCE THEIR NOMINEES***** (That announcement will also signify the positions that are to be voted on.)

(***STARTING IN 2020 or 2021*** The First elections will be held …........ will be discussed in the meetup)


**CLAUSE 1**: Officer nominations and voting may change to accommodate members or other conflicting issues.

**CLAUSE 2**: Officer nominations and voting may be waived if there are no challengers at each Meet Up.

**CLAUSE 3**: (When Voting for Leadership and Officers, if a brother is more than 100 miles from the Meet Up and is unable to attend, you may send your vote via private message to the President and he will register your vote after showing it to others at the meet up. The voting time will be announced the day of the meet up. You will have 1 hour to cast your vote once the voting starts.)

**(E) Removing an officer.**
If any official commits something so egregious that it requires removal from office. They may be immediately suspended and removed from groups until we can hold Sharia. (We can always set up pre-Sharia on Google Hangouts)

**(F)** \*\*\*These Bylaws must be updated occasionally to accommodate Changes in Officer positions, etc.\*\*\*

\*\*\*An article, section or sub section may be added or altered as needed and passed by a 3/4 majority vote by Leadership\*\*\*

Once the bylaws are complete and ratified by Leadership, the entire chapter gets to vote on final Ratification. The process is as follows.

A 3/4 majority vote by the chapter. If a 3/4 majority of vote in the affirmative, The Constitution and Bylaws will be ratified. Once final ratification occurs, any additional article, section or sub section must be approved by Leadership Council then passed on to the entire chapter for approval.

**Section (9). Disavowed Members:**
**(A)** Once a member is disavowed
\*\*\*IT IS STRONGLY SUGGESTED TO REMOVE THEM FROM YOUR FRIENDS LIST.\*\*\*
They will be disavowed throughout the whole Organization in most cases. They will also be removed from every PBP Group, Chat, PB Related/identifiable group.

**Section (10). PBP Official Social Media.**
**(A)** PBP uses Telegram (or whichever forum currently exists to suit this need) (PBP Official web site: proudboysphiladelphia.com) Twitter and thunderdomethemain.com

**Section 11. Brothers moving to another State or Country.**
Brothers that move and want to change Chapters, must be a Brother in good standing and willing and able to receive an honorary farewell 2nd. Degree. (Contact the President of PBP and he will contact the President of the closest chapter that is located near your new location and you will be vouched for.)
**Section 12. PBP Ranks and description of Officer's Responsibilities.**
(ALWAYS FOLLOW THE CHAIN OF COMMAND.)
(COMMUNICATION IS KEY! WE MUST BE ON THE SAME PAGE)

**President: Responsible for:**
The overseeing of the entire Chapter and its officers and making executive decisions.
All officers must get final Approval for any proposal for all Chapter decisions from the President. President holds Veto power. A Veto can be overridden but a super majority. 67% Yay vote. By Leadership Council.

**Vice President: Responsible for**:
Assisting the President and filling in when the President is unavailable as well as any day to day operations that may be necessary and any additional officer positions he chooses to partake in.

**Treasurer: Responsible for:**
Dues collection and keeping a consistent log of all Payments and expenditures and submit treasury Report to the Secretary.

**Sergeant at Arms/Security: Responsible for:**
Maintaining a Flow and decorum at all Leadership meetings and Chapter business discussions at meet ups. General security and quelling a volatile situation. When a meet up is in a public place, your top priority is to remain alert of our surroundings and the possibility of a dangerous situation occurring.

WHEN NOT AVAILABLE, WE WILL HAVE TO HAVE AN ACTING SAA.

**Vetting Officer: Responsible for:**
Deep vetting of all social Media, Background check, and Interviewing Via Video Chat if necessary. (Maintaining the proper steps and Modus Operandi)

Vetting officer may be assisted by anyone in leadership if they so choose.

(See Section 4. (A) for MO) once the vetting officer clears a prospect for placement, he will then contact the appropriate Officer to place them in the Welcome Chat.

**Minister of Propaganda Officer (Media Committee): Responsible for:**
Creating information to further our cause and to present the true image of our Chapter and organization. Ultimate objective: Manage website and social media pages and appoint writers and shitposters to spread positive Proud Boy propaganda globally. Special assignments at his discretion and availability.
.
M.O.P has Presidential clearance to delegate operations to those that would live up to the standards of PBP.

**Secretary Officer: Responsible for:**
Maintaining an accurate "google Sheets" file in every category pertinent to PBP membership, voting, Meet Up attendees, etc. and to add categories and new functions as he sees fit. Create a sign in sheet for each meet to keep a record of meet up attendance. All pertinent leadership will report to you per their responsibilities. (RK has Presidential clearance to delegate operations to those that would live up to the standards, responsibility and accuracy expected of PBP.)

**Outreach Committee Officer: Responsible for:**
Organization of charitable activities and administration thereof. Posting charity activities on any of our charity sites and working with M.O.P. to promote them. He may also work to promote any other event that may help with the community, like cleanups, or food drives, etc.

**Family and Events Committee Officer:**
Organizing social events that involve close friends and family of PBP members in order to build up closer bonds, the family mentality and promote Western Values, these events can include wives, children, friends, or other family members if approved by the officer and also depending on the particular event. Some events may be suitable for wives, but may not be suitable for kids, for example; at the end of the day check in with the Officer because this will be up to the discretion of their event they organize.

**Ambassador. Responsible for:**
Every PBP member is a potential Ambassador when travelling to another chapter to meet brothers across the country/world. If a brother is going on a vacation and wishes to meet the destination Chapter, they must reach out the President or Leadership so they can arrange something with the destination chapter. If something is worked out and some sort of greeting or meet is setup with the destination chapter, that brother will become an Ambassador for his trip. Upon meeting the destination brothers during his trip, it is expected from the Ambassador to show the utmost respect for the brothers they are meeting, abide by their chapter rules, receive a 2nd from them (if possible) and not show their ass by making PBP look bad. Further, you are being hosted by a group of brothers who don't have to meet you at all, so show some respect and acknowledge that by showing up with a bottle of liquor or buy a round of shots. If you can't meet these guidelines, it might not be best to be the Ambassador for your trip, so keep that in mind when you make this request and wish to take on this role.

**Section 13. Sharia court.**
(**a**) Sharia Court is the disciplinary procedural process used by The Proud Boys and can be called for by any brother in PBP. A brother may petition the Leadership Council to invoke Sharia, however, it must be approved by The Leadership Council before moving forward. Sharia Court can only be held at a meet up and must be for a just cause.

(**b**) Authorized Discipline.
A brother may only be disciplined for violations of international bylaws or of his chapter's bylaws, or for a violation of state or federal law so grievous that a failure to discipline the brother would injure the name and reputation of the fraternity.

(**c**) Ex Post Facto Discipline Prohibited.
No brother may be disciplined for any violation of these bylaws, a chapter rule or bylaw, or other rules that occurred prior to the formal adoption and publication of said bylaw or rule.

**(d)** Methods of Discipline.
**i.** Reprimand. This is a formal warning under which a brother is notified that he has violated the bylaws or other rules, and that further violations will result in additional discipline.
**ii.** Fine. Misconduct by a brother may be punished by a fine. The amount of the fine should be commensurate with the offense committed and the disciplinary history of the brother.
**iii.** Probation. A chapter may place one of its brothers on probation for a period during which time the brother's activities (other than his right to vote), may be restricted.
**iv.** Suspension. PBP may suspend a brother for a period of up to one year. During this time, the brother may not purport to be a member of the Fraternity and shall not be entitled to participate in any activities of the Fraternity. A brother that is suspended is no longer considered to be in good standing with the Fraternity and may not transfer his membership to another chapter.
**v.** Expulsion. This is the ultimate sanction for a member and results in permanent separation from the Fraternity. Upon imposing this sanction, the chapter shall notify the Elders Chapter of the name of the brother who has been expelled and shall provide the Elders Chapter with a concise list of reasons for the expulsion. The chapter shall cooperate with any investigation of the Elders Chapter relating to expulsion.

**Section 14. Voluntary Inactive Status**
It is the policy of the Philadelphia Chapter to accommodate members to the greatest extent possible. The Fraternity understands that it is possible that a brother could be placed in a position where his membership in the Fraternity could cause legal harm to the member or could be inconsistent with his legal obligations. For this reason, any member of the Fraternity who is a brother may request that his chapter place him on voluntary inactive status. A member seeking to return from voluntary inactive status must simply notify his chapter, or the president of PBP and pay any then due financial assessments of the chapter.

**Section 15. Good Standing**
A brother is considered in good standing unless he is suspended or expelled.

**Section 16. Privileges of Membership.**
All brothers who are in good standing shall enjoy all of the privileges of membership granted by this Constitution and Bylaws or as may be granted by the Elders Chapter. They may attend any meeting of any Proud Boys chapter. They may address, vote, and hold office in their home chapter. They may purchase and wear the name, insignia, and colors of the Fraternity.

**Section 17. Proud Boy Law.**
**(a)** No member shall violate these bylaws.
**(b)** No member shall assist another member in violating these bylaws.
**(c)** No member shall engage in any conduct, or become a member of any group, that would make him ineligible for membership in this fraternity.
**(d)** No member shall engage in sexual conduct with, or attempt to engage in sexual conduct, with

the spouse of any other member.

**(e)** No member shall cheat, steal from, or defraud any other member.

**(f)** No member shall consume opiates, opioids, or crystalized methamphetamine. It is an exception to this bylaw if the brother is using the substance pursuant to a lawful prescription.

**(g)** No member shall conspire with any other member to commit any criminal act against the laws of their state or country.

**(h)** The unlawful sale, use, or distribution of illegal drugs at fraternity functions is prohibited

**(i)** No member shall engage in any conduct that may reasonably be construed as an attack on another member's home, family, or employment.

**(j)** No member shall drive after becoming intoxicated at a meet up or anywhere else.

**(k)** Proud Boys Philadelphia Chapter finds all forms of ethnic nationalism and identity politics contrary to Proud Boy and American values. Ethnic nationalism runs counter to the spirit of Western Chauvinism. Proud Boys Philadelphia Chapter believes in individual merit and Civic Patriotism. We reject collectivism in any form, be it socialist class identity or racial identarian world views. In keeping with our values, Proud Boys Philadelphia Chapter has no association and will never have any association with Marxist, Fascist, identarian, Alt-right or ethnic nationalist groups. Prospects who are found to be members of Marxist, racially identarian, or ethnic nationalist groups are barred from membership in Proud Boys Philadelphia Chapter. Members of Proud Boys Philadelphia Chapter found to be members of Marxist or identarian organizations or espousing Marxist, identarian, or ethnic nationalist views will be stripped of membership for all time and disavowed.

***Any Violation of these laws may result in Sharia or immediate expulsion from PBP***

UHURU.

PBP Administration.