# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-CV-02265-APM |

## ORDER

Before the Court is Defendant Felipe Antonio Martinez's Motion for Clarification Regarding the Consolidated Briefing Schedule. Upon consideration of the relevant authorities and briefs of the parties, the Court determines that the Motion should be, and is hereby, **DENIED**.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____