UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**

    **Plaintiffs,**
      v.                              Case No: 1:21-cv-02265 (APM)

**DONALD J. TRUMP, et al.,**

    **Defendants.**

## NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of defendant Enrique Tarrio in the above-styled action.

                                          Respectfully submitted,

                                          COUNSEL FOR DEFENDANT
                                          ENRIQUE TARRIO

Dated: November 1, 2021          By: /s/ John Daniel Hull
                                          J. DANIEL HULL
                                          DC Bar No. 323006; California Bar No. 222862
                                          HULL MCGUIRE PC
                                          1420 N Street, N.W.
                                          Washington, D.C.  20005
                                          619-895-8336 cell
                                          202-429-6520 office
                                          jdhull@hullmcguire.com