# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

**Plaintiff(s)**

Case No.: 1:21-cv-02265-APM

vs.

**Donald J. Trump, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Civil Docket; Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/02/2021 at 11:43 AM, I served Proud Boys International, LLC c/o Henry "Enrique" Tarrio, Officer at DC Jail, 1901 D Street, SE, Washington, DC 20003 with the Civil Docket; Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint by serving Henry "Enrique" Tarrio, Officer, authorized to accept service.

Henry "Enrique" Tarrio is described herein as:

Gender: Male   Race/Skin: White   Age: 57   Weight: 185   Height: 5'10"   Hair: Black/Balding   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/2/21
Executed On

Ambiko Wallace

Client Ref Number: 56453-00049
Job #: 1595134

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith et al., ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 21-cv-02265-APM |
| Donald J. Trump et al., ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Proud Boys International, LLC
c/o Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 08/26/2021

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*