October 4, 2021

Let this be filed.

United States District Court

Clerk of Court- Angela D. Caesar

500 Indiana Ave NW, Washington, DC 20001

 2021.11.01
18:43:59
-04'00'

Civil Action No. 21-cv-02265-APM

To Whom It May Concern,

I, Erik Scott Warner, am not guilty of these charges or accusations.

Warm Regards,

Erik Scott Warner

