**EXHBIT 1**

| | |
|---|---|
| **From:** | Baron Coleman |
| **To:** | Edward Caspar |
| **Cc:** | Baron Coleman Law Firm; David Brody |
| **Subject:** | Re: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al. |
| **Date:** | Sunday, October 31, 2021 10:01:26 AM |
| **Attachments:** | summons for stop the steal.pdf |
| | 001 - Complaint.pdf |
| | notice of right to trial before magistrate.pdf |

I was finally able to open this.

Please consider today the date of service.

Sent from my iPhone

> On Oct 28, 2021, at 8:13 AM, Edward Caspar <ecaspar@lawyerscommittee.org> wrote:
>
>
> Mr. Coleman, per your request, attached to this email are the service documents in the above-referenced civil case in the U.S. District Court for the District of Columbia. Please let me know right away if you are unable to access the files.
>
> All the best,
>
> Ed Caspar

---

**From:** Baron Coleman Law Firm <baron@baroncoleman.com>
**Sent:** Thursday, October 28, 2021 6:46 AM
**To:** Edward Caspar <ecaspar@lawyerscommittee.org>
**Cc:** David Brody <dbrody@lawyerscommittee.org>
**Subject:** Re: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al.

I absolutely am NOT ducking service, but for some reason the attachments are coming through.

Please email my personal account, baroncoleman@gmail.com.  I fear there's a problem with this service.

G. Baron Coleman
**Baron Coleman Law Firm**
Three South Jackson Street
PO Box 789
Montgomery, AL 36101-0789
(334) 625-9097

* * * * * * * * * * * * * *

THIS ELECTRONIC COMMUNICATION IS PRIVILEGED
AND CONFIDENTIAL

IMPORTANT NOTICE TO EMAIL RECIPIENTS:

DO NOT read, copy, or disseminate this communication unless you are the
intended addressee.

This email communication contains confidential and/or privileged information
intended only for the addressee. Anyone who receives this email by error should
treat it as confidential and is asked to call Baron Coleman Law Firm at (334) 625-
9097 or reply by email to baron@baroncoleman.com.

This email transmission may not be secure and may be illegally intercepted. Do
not forward or disseminate this email to any third party. Unauthorized
interception of this email is a violation of federal law.

Any reliance on the information contained in this correspondence by someone
who has not entered into a fee agreement with Baron Coleman Law Firm is taken
at the reader's own risk.

The attorneys of Baron Coleman Law Firm are licensed to practice law ONLY in
Florida and Alabama and do not intend to give advice to anyone on any legal
matter not involving Florida or Alabama law.

> On Oct 19, 2021, at 11:57 AM, Edward Caspar
> <ecaspar@lawyerscommittee.org> wrote:
>
> Mr. Coleman, it looks like you received the attachments on October 14 in
> the email from Rebecca Short on which I was copied. For ease of
> reference, I attached it to my last email, and I reattach it here. Please
> have look and let me know.
>
> Ed
>
> ---
>
> **From:** Baron Coleman <baron@baroncoleman.com>
> **Sent:** Tuesday, October 19, 2021 12:26 PM
> **To:** Edward Caspar <ecaspar@lawyerscommittee.org>
> **Cc:** David Brody <dbrody@lawyerscommittee.org>
> **Subject:** Re: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al.
>
> I still have not received any attachments.  No service at this time.
>
> Please forward me the attachments.

On Oct 19, 2021, at 9:56 AM, Edward Caspar <ecaspar@lawyerscommittee.org> wrote:

Mr. Coleman, per our conversation last week, could you please acknowledge receipt of service and let us know whether you accept it?

Thanks for your attention to this.

Ed

---

**From:** Edward Caspar
**Sent:** Thursday, October 14, 2021 1:15 PM
**To:** Baron Coleman <baron@baroncoleman.com>
**Cc:** David Brody <dbrody@lawyerscommittee.org>
**Subject:** RE: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al.

Hi, Baron. We're working with Capitol Process to help serve all the defendants in this case, and I've asked them to send you the emails with all the papers. They will copy me on the email. I think Rebecca Short from their office just sent you everything.

Thanks again, Baron. I'll look forward to hearing from you on this.

Ed

---

**From:** Baron Coleman <baron@baroncoleman.com>
**Sent:** Thursday, October 14, 2021 12:04 PM
**To:** Edward Caspar <ecaspar@lawyerscommittee.org>
**Cc:** David Brody <dbrody@lawyerscommittee.org>
**Subject:** Re: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al.

**[EXTERNAL EMAIL]** This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

I do not see an attachment.  Can you please try forwarding again?

Thanks,

Baron

G. Baron Coleman

**Baron Coleman Law Firm**
Three South Jackson Street
PO Box 789
Montgomery, AL 36101-0789
(334) 625-9097

* * * * * * * * * * * * *

THIS ELECTRONIC COMMUNICATION
IS PRIVILEGED AND CONFIDENTIAL

IMPORTANT NOTICE TO EMAIL RECIPIENTS:

DO NOT read, copy, or disseminate this
communication unless you are the intended addressee.

This email communication contains confidential
and/or privileged information intended only for the
addressee. Anyone who receives this email by
error should treat it as confidential and is asked to call
Baron Coleman Law Firm at (334) 625-9097 or reply
by email: baron@baroncoleman.com.

This email transmission may not be secure and may be
illegally intercepted. Do not forward or disseminate this
email to any third party. Unauthorized interception of
this email is a violation of federal law.

Any reliance on the information contained in this
correspondence by someone who has not entered into a
fee agreement with Baron Coleman Law Firm is taken at
the reader's own risk.

The attorneys of Baron Coleman Law Firm are licensed
to practice law ONLY in Florida and Alabama and do
not intend to give advice to anyone on any legal
matter not involving Florida or Alabama law.

> On Oct 14, 2021, at 10:12 AM, Edward
> Caspar <ecaspar@lawyerscommittee.org>
> wrote:
>
> Baron, thank you for talking with me this
> morning and for suggesting that I go ahead and
> email you the papers to be served on Stop the
> Steal. I understand that once you receive the
> papers, you will email me back to let me know
> whether you will accept service by email, or
> whether we need to make any corrections in

service.

I will coordinate with our process servers on this, and they will copy me on the email.

Copying my co-counsel.

Thanks again,

Ed

Edward Caspar (he, him, his)
Senior Counsel
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8390
ecaspar@lawyerscommittee.org
www.lawyerscommittee.org
*<image001.jpg>*


Edward Caspar (he, him, his)
Senior Counsel
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8390
ecaspar@lawyerscommittee.org
www.lawyerscommittee.org
*<image001.jpg>*

<Mail Attachment.eml>