**EXHBIT 2**

| | |
|---|---|
| **From:** | Baron Coleman |
| **To:** | Edward Caspar |
| **Cc:** | Baron Coleman Law Firm; David Brody |
| **Subject:** | Re: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al. |
| **Date:** | Sunday, October 31, 2021 10:02:36 AM |
| **Attachments:** | summons for stop the steal.pdf |
| | 001 - Complaint.pdf |
| | notice of right to trial before magistrate.pdf |

Please consider this the date of service for stop the steal, not Mr. Alexander personally.

Sent from my iPhone

> On Oct 28, 2021, at 8:13 AM, Edward Caspar <ecaspar@lawyerscommittee.org> wrote:
>
>
> Mr. Coleman, per your request, attached to this email are the service documents in the above-referenced civil case in the U.S. District Court for the District of Columbia. Please let me know right away if you are unable to access the files.
>
> All the best,
>
> Ed Caspar
>
> ---
>
> **From:** Baron Coleman Law Firm <baron@baroncoleman.com>
> **Sent:** Thursday, October 28, 2021 6:46 AM
> **To:** Edward Caspar <ecaspar@lawyerscommittee.org>
> **Cc:** David Brody <dbrody@lawyerscommittee.org>
> **Subject:** Re: Service on Stop the Steal, LLC; Smith, et al., v. Trump, et al.
>
> I absolutely am NOT ducking service, but for some reason the attachments are coming through.
>
> Please email my personal account, baroncoleman@gmail.com.  I fear there's a problem with this service.
>
> G. Baron Coleman
> **Baron Coleman Law Firm**
> Three South Jackson Street
> PO Box 789
> Montgomery, AL 36101-0789
> (334) 625-9097
>
> * * * * * * * * * * * * *
>
> THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL