# EXHIBIT 3

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

              **Plaintiff**

                                  Case No.: 1:21-cv-02265

              vs.

Donald J. Trump, et al.

              **Defendant**

### **AFFIDAVIT OF DUE DILIGENCE**

I, Cheryl Henderson, a Private Process Server, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Stop the Steal, LLC c/o George B. Coleman, Esquire with the above named process.

That on September 14, 2021 at 3:00 PM, I attempted to serve Stop the Steal, LLC c/o George B. Coleman, Esquire at Baron Coleman Law Firm, 3 South Jackson Street, Montgomery, Alabama 36104. On this occasion, I found that the address is an office building with different businesses and suites inside, however, I could not locate Baron Coleman Law Firm here. There was also no business named Stop the Steal, LLC here, nor was there a receptionist for the building.

That on September 22, 2021 at 2:40 PM, I attempted to serve Stop the Steal, LLC c/o George B. Coleman, Esquire at Baron Coleman Law Firm, 3 South Jackson Street, Montgomery, Alabama 36104. On this occasion, again, I could not locate the Baron Coleman Law Firm within the building, nor were they listed on the directory for the building. The names for the businesses at this location on the directory were: Miller Development Group (MDG), Al Restaurant & Hospitality Alliance (ARHA), Mike O'Malley (AAHP), and AL State Chiropractic Association (ASCA).

That on October 15, 2021 at 11:20 AM, I attempted to serve Stop the Steal, LLC c/o George B. Coleman, Esquire at Baron Coleman Law Firm, 3 South Jackson Street, Montgomery, Alabama 36104. On this occasion, I checked every office door within the building, and could not locate an office or suite for Baron Coleman Law Firm. Additionally, I checked with personnel from the Miller Development Group who advised that they had never heard of the Baron Coleman Law Firm.

I declare under penalty of perjury that this information is true.

10-20-21
Executed On



*Cheryl Henderson*
Cheryl Henderson

Client Ref Number:56453-00049
Job #: 1595017

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050