AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CV-02265-APM |
| Donald J. Trump, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Mele

Date:  11/10/2021

*Attorney's signature*

Steven C. Bailey (CA 146382)
*Printed name and bar number*
BAILEY & ROMERO
680 Placerville Drive
Placerville, CA 95667

*Address*

Steven@stevencbailey.org
*E-mail address*

(530) 212-3407
*Telephone number*

*FAX number*