IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.,<br><br>*Defendants*. | Case No. 1:21-cv-02265-APM |

**ORDER GRANTING DEFENDANT ROGER STONE'S MOTION TO DISMISS**

The Court grants Defendant Roger Stone's motion to dismiss in this case. It is ordered that Plaintiffs' claims against Defendant Roger Stone be dismissed with prejudice.

Dated: ___

The Hon. Amit P. Mehta
United States District Judge