AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-2265 |
| Donald J Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derek Kinnison.

Date:   11/12/2021

/s/ Nicholas D. Smith
*Attorney's signature*

Nicholas D. Smith (D.C. No. 1029802)
*Printed name and bar number*
7 East 20th Street, Suite 4R
New York, NY 10003

*Address*

nds@davidbsmithpllc.com
*E-mail address*

(917) 902-3869
*Telephone number*

*FAX number*