IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.**<br><br>  Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.**<br><br>  Defendants. | Civil Action No.  1:21-cv-02265-APM |

### DEFENDANT KELLY MEGGS' MOTION TO DISMISS
### AND INCORPORATED POINTS AND AUTHORITIES  IN SUPPORT THEREOF

COMES NOW the Defendant Kelly Meggs, by and through undersigned counsel, and moves to dismiss Plaintiffs', Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason Deroche, ("Plaintiffs"), Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of jurisdiction and failure to state a claim upon which relief can be granted.  The attached Memorandum of Points and Authorities, Table of Cases and a Proposed Form of Order, all incorporated herein, also further support the Motion.

[SIGNATURE ON NEXT PAGE]

Dated: November 12, 2021 						Respectfully Submitted,

                                  /s/ *Juli Z. Haller*
                                  Julia Z. Haller (#466921)
                                  Law Offices of Julia Haller
                                  601 Pennsylvania Avenue, NW
                                  S. Building, Suite 900
                                  Washington, D.C. 20004
                                  Tel: 202.729.2201
                                  hallerjulia@outlook.com
                                  *Counsel for Defendant, Kelly Meggs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November, 2021, a copy of the foregoing Motion to Dismiss, the attached Memorandum in support thereof, and the Proposed Form of Order was filed electronically to serve all counsel of record.

                                  /s/ *Juli Z. Haller*
                                  Julia Z. Haller