## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*,      ) | |
|      ) | |
| *Plaintiffs*,      ) | |
|      ) | |
| v.      ) | |
|      ) | |
| DONALD J. TRUMP, *et al.*,      ) | Civil Case No. 1:21-cv-02265-APM |
|      ) | |
| *Defendants*.      ) | |
|      ) | |
|      ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Donald J. Trump and Donald J. Trump for President, Inc. respectfully move this Court for dismissal of the claims pursuant to Fed. R. Civ. P. Rule 12(b)(1), 12(b)(2), and 12(b)(6).

In support of this motion, Defendants submit the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those within the accompanying memorandum, Defendants move that the Court dismiss Plaintiffs' Complaint, with prejudice.

Dated: November 12, 2021          Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, DC Bar No. VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel:  (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Attorney for Donald J. Trump and*
*Donald J. Trump for President, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.


Dated: November 12, 2021                           /s/ Jesse R. Binnall
                                                   Jesse R. Binnall

                                                   *Attorney for Donald J. Trump*
                                                   *and Donald J. Trump for*
                                                   *President, Inc.*