# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*

                **Plaintiffs**,

  v.

DONALD J. TRUMP, *et al.*

                **Defendants.**

Civil Action No. 1:21-cv-02265-APM

## DEFENDANT ZACHARY REHL'S NOTICE
## JOINING AND SUPPORTING MOTIONS TO DISMISS

Comes now the Defendant Zachary Rehl, and hereby provides Notice for the completeness of the record and aid of analyzing the ripeness of the motions for consideration and decision:

Zachary Rehl, by counsel will not be filing a standard or typical Motion to Dismiss.

However, this decision does not signify and lack of confidence or agreement with any of the Motions to Dismiss of the other Defendants, but is for reasons unrelated to the merits of the Complaint or the merits of the Motions to Dismiss filed by other Defendants.

Rehl, by counsel, makes a litigation decision based upon his current litigation budget and his focus on efforts on the highly complicated, discovery-heavy criminal prosecution facing many of the civil Defendants here in criminal cases. (Rehl chose to focus on a more narrow – largely legal – issue of importance concerning the false smears of racism, because his Rule 12(f) Motion to Strike did not require exhaustively examining, analyzing, responding to, and accounting for all of the massive number of factual allegations in the Plaintiffs' 71 page Complaint.)

However, Rehl fully supports and endorses the legal arguments and analysis of the other

co-Defendants' motions to dismiss.

In particular, the Defendants most similarly situated to Zachary Rehl's circumstances as a member of the Proud Boys such as co-Defendants Ethan Nordean, Brandon Straka, Kelly Meggs, Dennis Kinnison, and Ronald Mele have filed compelling briefs from the perspective of innocent members of the Proud Boys and Oath Keepers who committed no violence and did not scuffle with any police officers on or around January 6, 2021.

THEREFORE, Rehl by counsel asks that;

1) The record reflect that Zachary Rehl has already timely filed a full Answer and also filed a motion to strike under Rule 12(f) and is therefore not in default.

2) The lack of a separate motion to dismiss filed by Rehl be understood as intentional and the record be considered complete for the purpose of the Court's decision without finding a motion to dismiss from Zachary Rehl.

3) Zachary Rehl associates with and joins in the Motions to Dismiss of co-Defendants Ethan Nordean, Brandon Straka, Kelly Meggs, Dennis Kinnison, and Ronald Mele, and urges the Court to grant those motions to dismiss as well as the others.

4) If the Court agrees that for any reason the Complaint should be amended, Zachary Rehl encourages that the severely compound paragraphs should be restated to set forth separate sentences in each numbered paragraph to the extent that the substance will allow. Given the sweeping nature of the events involving many Defendants and other actors, there should be no hesitation about presenting any large number paragraphs which in the interest of clarity each cover separate, individual allegations.

Dated: November 12, 2021  RESPECTFULLY SUBMITTED
ZACHARY REHL, *By Counsel*

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone: (703) 656-1230
Facsimile: (703) 997-0937
Contact@JonMoseley.com
Moseley391@gmail.com

Jonathon A. Moseley, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s). From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

>Mr. Damon Hewitt, Esq.
>Jon Greenbaum, Esq., D.C. Bar No. 489887
>Edward G. Caspar, Esq., D.C. Bar No. 1644168
>David Brody, Esq., D.C. Bar No. 1021476
>Arusha Gordon, Esq., D.C. Bar No. 1035129
>Noah Baron, D.C. Esq., Bar No. 1048319
>Adonne Washington Esq.,
>Lawyers' Committee for Civil Rights Under Law
>1500 K Street N.W., Suite 900
>Washington, DC 20005
>Telephone: (202) 662-8300
>jgreenbaum@lawyerscommittee.org
>dhewitt@lawyerscommittee.org
>ecaspar@lawyerscommittee.org
>dbrody@lawyerscommittee.org
>agordon@lawyerscommittee.org
>nbaron@lawyerscommittee.org

3

awashington@lawyerscommittee.org
*Legal Co-Counsel for Other Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Ms. Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

Mr. Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Mr. Nicholas D. Smith, Esq.
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Mr. Nicolai Cocis, Esq.
LAW OFFICE OF NICOLAI COCIS
25026 Las Brisas Road
Murrieta, CA 92562
Telephone: 951-695-1400
Email: nic@cocislaw.com
*Legal Counsel for Felipe Derek Kinnison*

Dyke Huish, Esq.
LAW OFFICE OF DYKE HUISH

26161 Marguerite Parkway, Suite B
Mission Viejo, CA 92692
Telephone: 949-257-3068
E-mail: huishlaw@mac.com
*Legal Counsel for Felipe Russell Taylor*

Mr. Grant J. Smith, Esq.
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, Florida 33301
Telephone: 954-328-9064
E-mail: gsmith@strategysmith.com
Mr. Damon Hewitt, Esq.
Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building
Washington, DC 20036

Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Jonathon A. Moseley, Esq.