**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, *et al.*

|  |  |
|---|---|
| **Plaintiffs**, | Civil Action No.  1:21-cv-02265-APM |
| v. |  |
| DONALD J. TRUMP,  *et al.* | Assigned to the Honorable<br>Judge  Amit Mehta |
| **Defendants.** |  |

**DEFENDANT ZACHARY REHL'S MOTION REQUESTING SCHEDULING OF**
**HEARING AND**
**MOTION REQUESTING ORAL ARGUMENT, UPON**
**ZACHARY REHL'S RULE 12(f) MOTION TO STRIKE IMPROPER MATERIAL**
**AND NOTICE THAT MOTION IS RIPE FOR DECISION,**

Comes now the Defendant Zachary Rehl, by counsel, and hereby moves this Honorable

Court pursuant to Local Rules of Civil Procedure Rule 16.1(a), to set Defendant Zachary Rehl's

RULE 12(F) MOTION TO STRIKE IMPROPER MATERIAL for hearing and decision.

Local Rules of Civil Procedure Rule 16.1(a) provides that:

> (a) SCHEDULING. All hearings, conferences and trials shall be
> scheduled by the judge to whom the case is assigned, except that
> matters referred to a magistrate judge shall be scheduled by the
> magistrate judge. Each party is responsible for arranging a conference
> among the parties to plan discovery in accordance with Fed. R. Civ.
> P. 26(f).

Moreover, the Defendant Zachary Rehl, by counsel, and hereby requests that this

Honorable Court pursuant to Local Rules of Civil Procedure Rule 7(f), permit Defendant

Zachary Rehl by counsel to allow oral argument upon his RULE 12(F) MOTION TO STRIKE

IMPROPER MATERIAL.

Local Rules of Civil Procedure Rule 7(f) provides that:

> (f) ORAL HEARINGS. A party may in a motion or opposition
> request an oral hearing, but its allowance shall be within the
> discretion of the Court. If at the time of the hearing the moving party
> fails to appear, the Court may treat the motion as withdrawn; if the
> opposing party fails to appear, the Court may treat the motion as
> conceded

Moreover, the Defendant Zachary Rehl, by counsel, and hereby provides this Notice that

his RULE 12(F) MOTION TO STRIKE IMPROPER MATERIAL is fully-briefed and mature

for hearing, unless there is a request by other co-Defendants to join in or intervene in the motion.

See pleadings filed at ECF Dkt. #'s 31, 32, 36, 56, 62.

Defendant Zachary Rehl requests scheduling, oral argument, and decision as early as

possible, even while the parties are briefing their routine Rule 12(b)(6) motions to dismiss, such

as during mid-December or early January.  Although some may view Rehl's Motion to Strike

under Rule 12(f) of the Federal Rules of Civil Procedure as less significant than the pending

normal motions to dismiss, here, if there is any reason why the Plaintiffs' Complaint might be

rewritten, it would be best to have it amended one time, all together, and not piecemeal or by

multiple steps.

Furthermore, the spreading of the false narrative – totally unfounded and baseless -- that

these Defendants are racists, white Supremacists, neo-Nazis or the like may be directly driving

and inflaming physical abuse and other mistreatment of some of these same Defendants here

incarcerated awaiting trial in parallel criminal cases.  Addressing the lack of any facts justifying

one of perhaps two of the ugliest smears in modern American society ("racist") may directly

affect whether some of these Defendants or others are physically harmed in detention.

WHEREFORE, the Plaintiff by counsel provides notice to the Court that the motion is

fully-briefed and ripe for decision, requests oral argument, and requests that the Court schedule

the motion for hearing and decision.

Dated:  November 20, 2021          RESPECTFULLY SUBMITTED
                                   ZACHARY REHL, *By Counsel*

                                   USDCDC Bar No. VA005
                                   Virginia State Bar No. 41058
                                   Mailing address only:
                                   5765-F Burke Centre Parkway, PMB #337
                                   Burke, Virginia 22015
                                   Telephone:  (703) 656-1230
                                   Facsimile:  (703) 997-0937
                                   Contact@JonMoseley.com
                                   Moseley391@gmail.com

                                   Jonathon A. Moseley, Esq.

## CERTIFICATE OF CONSULTATION

        I hereby certify that pursuant to Local Rule of Civil Procedure Rule 7 (m), I requested
consultation on these motions with the Plaintiffs' counsel and co-Defendants' counsel on
November 11, 2021, but did not receive a response.

                                   Jonathon A. Moseley, Esq.

## CERTIFICATE OF SERVICE

        I hereby certify that on November 20, 2021, I electronically filed the foregoing document
with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic
filing to the following CM/ECF participant(s).  From my review of the PACER / ECF docket
records for this case that the following attorneys will receive notice through the ECF system of
the U.S. District Court for the District of Columbia.

Mr. Noah Baron, Esq.
ELIAS LAW GROUP
10 G Street NE, Suite Suite 600
Washington, DC 20002
Telephone:  202-968-4556
Email:  nbaron@lawyerscommittee.org
*Legal counsel for Plaintiff Byron Evans*

Mr. Damon Hewitt, Esq.
Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for all other Plaintiffs*

Mr. Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Mr. Nicholas D. Smith, Esq.
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Mr. Nicolai Cocis, Esq.

LAW OFFICE OF NICOLAI COCIS
25026 Las Brisas Road
Murrieta, CA 92562
Telephone:  951-695-1400
Email:  nic@cocislaw.com
*Legal Counsel for Derek Kinnison*

Dyke Huish, Esq.
LAW OFFICE OF DYKE HUISH
26161 Marguerite Parkway, Suite B
Mission Viejo, CA 92692
Telephone:  949-257-3068
E-mail:  huishlaw@mac.com
*Legal Counsel for Russell Taylor*

Mr. Grant J. Smith, Esq.
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, Florida 33301
Telephone:  954-328-9064
E-mail:  gsmith@strategysmith.com

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Ms. Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
South Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

5