IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br>                  Plaintiffs, <br><br>    v. <br><br>DONALD J. TRUMP, *et al.*, <br><br>                  Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT REHL'S MOTION FOR HEARING**

Plaintiffs oppose Defendant Rehl's motion for a hearing on his motion to strike portions of the Complaint. There is no need for a hearing, as the briefs on the motion to strike fully convey the parties' arguments and the relevant legal authorities. A hearing on the motion would only waste the time of the Court and the parties. Moreover, the Court's consideration of Defendant Rehl's motion to strike may be aided by the parties' briefing of other defendants' Rule 12 motions, which are scheduled to be completed in January 2022.

Counsel for Defendant Rehl has incorrectly indicated on the docket that his motion is unopposed. Counsel for Defendant Rehl emailed counsel for Plaintiffs and several defendants on November 11 asking about their availability in December and January for a hearing on the motion to strike. The email did not indicate by when he was seeking to file a motion, and Plaintiffs' counsel had not yet been able to connect with Counsel for Rehl at the time of his motion for a hearing.

1

There is no need for a hearing on Defendant Rehl's motion to strike, and a hearing at this time would be inefficient and wasteful of the Court's time and that of the parties. For the foregoing reasons, Plaintiffs oppose the motion.

Dated: November 20, 2021

Respectfully submitted,

*/s/ Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Adonne Washington, *pro hac vice*
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
awashington@lawyerscommittee.org

**Counsel for Plaintiffs**

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

/s/ Edward G. Caspar
Edward G. Caspar