IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

    Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:21-CV-02265-APM

## ORDER

Before the Court is Defendant Rehl's motion for a hearing on his motion to strike portions of the Complaint. Upon consideration of the relevant authorities and briefs of the parties, the Court determines that the Motion should be, and is hereby, **DENIED**.

    **SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____