UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**

      Plaintiffs,

           v.                                    Case No: 1:21-cv-02265 (APM)

**DONALD J. TRUMP, et al.,**

      **Defendants.**

### UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL DECEMBER 10 TO ANSWER OR RESPOND TO COMPLAINT

Defendant Enrique Tarrio ("Tarrio") respectfully moves the Court for an extension of time until Friday, December 10, 2021 to answer or otherwise respond to the Complaint. This Motion is unopposed by plaintiffs via a discussion on November 16 between plaintiffs' counsel Edward Caspar and the undersigned.

Since September 6, 2021, defendant Tarrio has been an inmate at the D.C. Central Detention Facility ("D.C. Jail") in Southeast Washington, D.C. There he is serving a 155-day sentence imposed by a Superior Court judge after a plea agreement concerning misdemeanor charges related to his activities in the D.C. area on December 12, 2020 and January 4, 2021. On September 23 (ECF No. 17), defendant was served at the jail with a summons and complaint in this action. Due to being quarantined for a full month in the D.C. Jail, and other circumstances limiting his ability to address day-to-day issues as they arose, Tarrio was not able to reach out to a lawyer or answer or respond to the Complaint by his deadline of October 14.

In late October, defendant did engage the undersigned as counsel. A notice of appearance was filed November 1. However, Tarrio and his new counsel for this civil suit have so far not been able to confer face-to-face at the jail or speak on a secure phone line. An application under the D.C. Jail's

procedures for both were made early on but were not quickly approved. However, Tarrio and his counsel understand they will be able to talk securely as early as this week or next week.

Defendant Tarrio suggests Friday, December 10, as a new due date to answer or respond to the Complaint. Under the current pleading schedule, a date of December 10 would be enough time to allow Tarrio and his counsel to meet and respond to the current complaint. Moreover, in Tarrio's case, December 10 would also allow enough time for Tarrio to respond to an amended complaint should plaintiffs chose to file one on December 3, 2021.

Accordingly, defendant Tarrio requests Friday, December 10 as a new date to answer or respond to the Complaint.

        Respectfully submitted,

        COUNSEL FOR DEFENDANT
        ENRIQUE TARRIO

Dated: November 23, 2021        By: /s/ John Daniel Hull
        J. DANIEL HULL
        DC Bar No. 323006; California Bar No. 222862
        HULL MCGUIRE PC
        1420 N Street, N.W.
        Washington, D.C.  20005
        619-895-8336
        jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 23, 2021 he served a true and correct copy of the foregoing Unopposed Motion for Extension of Time Until December 10 to Answer or Respond to Complaint upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
jdhull@hullmcguire.com