**UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
**WASHINGTON, DC 20001**

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

26 OCT 2021 PM 2 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 20001
02 1W
0001399957 OCT 26 2021
$ 000.53⁰

THOMAS E. CALDWELL
274 Wadesville Road
Berryville, VA 22611



RECEIVED
Mail Room
NOV 10 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

NIXIE    207    CE 1700    2211/01/21
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 20001        *2217-07334-26-41

22611-186374

JCD