**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, *et al.*

**Plaintiffs**,

v.

DONALD J. TRUMP, *et al.*

**Defendants.**

Civil Action No.  1:21-cv-02265-APM

Assigned to the Honorable
Judge  Amit Mehta

**DEFENDANT ZACHARY REHL'S REPLY IN SUPPORT OF HIS MOTION
REQUESTING SCHEDULING OF HEARING AND
MOTION REQUESTING ORAL ARGUMENT, UPON
ZACHARY REHL'S RULE 12(f) MOTION TO STRIKE IMPROPER MATERIAL
AND NOTICE THAT MOTION IS RIPE FOR DECISION,**

Comes now the Defendant Zachary Rehl, by counsel, and hereby respectfully presents his

REPLY for the this Honorable Court to schedule a hearing and oral argument pursuant to Local

Rules of Civil Procedure Rule 16.1(a), to set Defendant Zachary Rehl's RULE 12(F) MOTION

TO STRIKE IMPROPER MATERIAL for hearing and decision, and for his grounds states as

follows:

Far more than in many (primarily state) jurisdictions, a hearing and/or oral argument in

the U.S. District Court for the District of Columbia is a question of a judge's discretion.  In some

(State) jurisdictions a hearing can be scheduled as of right in many cases.  However, on the

contrary, in most cases a hearing is scheduled by the District Court Judge or Magistrate Judge as

applicable, and only if determined to be necessary by such Judge.

However, the Local Rules do provide for making the request to the Court.

In that regard, the Plaintiffs object primarily that:

> Moreover, the Court's consideration of Defendant Rehl's motion to
> strike may be aided by the parties' briefing of other defendants' Rule
> 12 motions, which are scheduled to be completed in January 2022.

But as Defendant Zachary Rehl tried to explain, if not clearly enough, the opposite may be true.  Potentially the Court's consideration of the parties' briefing of other Defendants' Rule 12 motions and the briefing of those other motions may be aided by first hearing argument on Zachary Rehl's Rule 12(f) motion and possibly even a decision on the motion by the Court.

Rehl argues that if some conclusory allegations are removed from the Complaint and the correct law is asserted in the Complaint (by the current, codified statute number rather than an inaccurate label for a session law from 1871) that the briefing on other motions to dismiss may be made more clear and more streamlined in not considering issues that need not be included in their analysis and argument.

However, as stated, the decision whether to hold a hearing and when is unusually vested in the Judge in the U.S. District Court for the District of Columbia.  The moving party can only point out to the Court what the benefits may be and the request of the movant.

Furthermore, _when_ the Court may hold a hearing is certainly up to the Court.

It is certainly true that the Plaintiffs will be at this time bearing a significant burden of work responding to all of the Rule 12(b)(b) motions to dismiss submitted by various Defendants.

A hearing on Zachary Rehl's motion does not need to be scheduled immediately.  But Reh, by counsel, requests that it be on the Court's thinking and planning for proper scheduling, including because it could narrow the issues in the Plaintiffs' massive 71 page Complaint.

The Plaintiffs also argue that a hearing and oral argument might not be of benefit at all. With such a massive complaint and so many issues raised, Defendant Rehl doubts that the Court will be comfortable deciding the motion without some discussion by oral argument.

Finally, as the Plaintiffs note, counsel for Zachary Rehl asked when the Plaintiffs and co-Defendants might want to schedule a hearing on the Rule 12(f) motion but received no response, even from co-Defendants.

Rehl, by counsel, identified his motion for a hearing as "unopposed" – not as having been agreed to – because of not receiving a response.

Dated:  November 23, 2021       RESPECTFULLY SUBMITTED
ZACHARY REHL, *By Counsel*

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Facsimile:  (703) 997-0937
Contact@JonMoseley.com
Moseley391@gmail.com

Jonathon A. Moseley, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s).  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

Mr. Noah Baron, Esq.
ELIAS LAW GROUP
10 G Street NE, Suite Suite 600
Washington, DC 20002

Telephone:  202-968-4556
Email:  nbaron@lawyerscommittee.org
*Legal counsel for Plaintiff Byron Evans*

Mr. Damon Hewitt, Esq.
Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for all other Plaintiffs*

Mr. Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Mr. Nicholas D. Smith, Esq.
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Mr. Nicolai Cocis, Esq.
LAW OFFICE OF NICOLAI COCIS
25026 Las Brisas Road
Murrieta, CA 92562
Telephone:  951-695-1400
Email:  nic@cocislaw.com

4

*Legal Counsel for Derek Kinnison*

Dyke Huish, Esq.
LAW OFFICE OF DYKE HUISH
26161 Marguerite Parkway, Suite B
Mission Viejo, CA 92692
Telephone:  949-257-3068
E-mail:  huishlaw@mac.com
*Legal Counsel for Russell Taylor*

Mr. Grant J. Smith, Esq.
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, Florida 33301
Telephone:  954-328-9064
E-mail:  gsmith@strategysmith.com

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Ms. Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
South Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*