# EXHIBIT 2

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                                        Plaintiff

                                                            Case No.: 1:21-cv-02265

                                                vs.

Donald J. Trump, et al.

                                        Defendant

### AFFIDAVIT OF DUE DILIGENCE

I, Donna Jo King, a Private Process Server, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar with the above named process.

That on September 17, 2021 at 3:00 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, I received no answer at the door. However, I did observe a car parked in the driveway with Texas license plate number #DJN1784.

That on September 17, 2021 at 6:30 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, there was still no answer at the door but there was now a package on the front porch for the defendant. Again, the same car was present.

That on September 21, 2021 at 12:22 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, again, I received no answer at the door. In addition, I observed a camera on the front porch that was not there on previous attempts. The car from the first attempt was still parked in the driveway.

That on September 27, 2021 at 1:30 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, no one came to open the door. There were no other changes on the property.

That on September 30, 2021 at 7:05 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, I still received no answer at the door. In addition, the car was gone from the driveway.

That on October 2, 2021 at 7:15 AM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, yet again, there was no answer at the door and no car present.

That on October 5, 2021 at 10:00 AM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, once more, no one came to open the door. The car was still gone. In addition, I spoke with the neighbors who could not confirm the name of the resident of this house. They stated that whoever lives at this address appears to be Middle Eastern and comes out on occasion to smoke on the front porch.

I declare under penalty of perjury that this information is true.

Executed On 11/19/21



Donna Jo King

Client Ref Number: 56463-00049
Job #: 1593652

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050