# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

Plaintiff

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, Stephen M. Troutz, a Private Process Server, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar with the above named process.

That on November 17, 2021 at 7:20 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, I received no answer at the door and observed no cars or activity on the property. In addition, I received no answer at the neighbors' door either.

That on November 18, 2021 at 8:05 AM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, again, I received no answer at the door. I spoke to a neighbor who stated that she does occasionally see a man outside on the front porch smoking but could not confirm this man's identity.

That on November 19, 2021 at 1:45 PM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, again, I received no answer at the door but did see a car parked in the driveway. The car had a Texas plate with number #DJN1784.

That on November 22, 2021 at 10:40 AM, I attempted to serve Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244. On this occasion, once more, there was no answer at the door. The car from before was gone.

I declare under penalty of perjury that this information is true.

11/22/21
Executed On

Stephen M. Troutz     PSC2444

Client Ref Number: 56453-00049
Job #: 1596261

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050