# EXHIBIT 4

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                        Plaintiff

                          vs.

Case No.: 1:21-cv-02265

Donald J. Trump, et al.

                        Defendant

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Rebecca E. Short, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment

SERVE TO: Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar

SERVICE ADDRESS: 5125 Pinellas Avenue, Fort Worth, Texas 76244

METHOD OF SERVICE: By mailing the documents listed herein to Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar at 5125 Pinellas Avenue, Fort Worth, Texas 76244 on 10/08/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7020 1290 0000 9482 2039. Service was signed for on 10/12/2021, return receipt attached.

I declare under penalty of perjury that this information is true.

10/19/21

Executed On



Rebecca E. Short

Client Ref Number: 56453-00049
Job #: 1593652

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  R+ 49 GA      ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>CoVID                          10-12-21 |
| 1. Article Addressed to:<br><br>Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar<br>5125 Pinellas Avenue<br>Fort Worth, TX 76244 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6227 0265 7490 60 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1290 0000 9482 2039 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 21-cv-02265-APM |
| Donald J. Trump et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ali Alexander a/k/a Ali Abdul Razaq Akbar a/k/a Ali Abdul Akbar
5125 Pinellas Avenue
Fort Worth, TX 76244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 08/26/2021

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*