# EXHIBIT 5

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

**Plaintiff**

Case No.: 1:21-cv-02265

*vs.*

**Donald J. Trump, et al.**

**Defendant**

## AFFIDAVIT OF DUE DILIGENCE

I, Bryan Canas, a Private Process Server, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Alan Hostetter with the above named process.

That on September 22, 2021 at 8:00 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, I received no answer at the door. In addition, I could hear a dog barking inside the residence, indicating that it was occupied.

That on September 23, 2021 at 7:55 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, again, I received no answer at the door although the same dog was heard barking inside. Additionally, I did hear what sounded like footsteps inside the residence at this time.

That on September 24, 2021 at 6:31 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, as before, I received no answer at the door although I did see a light on inside, and the same dog was heard barking inside.

That on September 25, 2021 at 11:38 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, again, the same dog could be heard barking inside but I received no answer at the door.

That on September 27, 2021 at 6:55 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, still, I received no answer at the door. Additionally, I did see that a light was on inside.

That on September 28, 2021 at 2:23 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, again, I could here footsteps inside the residence, however I did not receive an answer at the door after knocking.

That on September 29, 2021 at 7:28 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, I received no answer at the door and I could hear a dog barking inside.

That on September 30, 2021 at 8:42 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, yet again, I could see a light on inside and heard the same dog barking, but I could not summon anyone to the door.

That on October 1, 2021 at 7:00 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, still, I could hear the same dog barking inside, however, I received no answer at the door after knocking.

That on October 3, 2021 at 11:16 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, again, I received no answer at the door although I could hear the same dog barking inside the

residence.

That on October 4, 2021 at 6:59 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, as before, I received no answer at the door after knocking. Additionally, I could hear the same dog barking inside and I could see a light on inside.

That on October 5, 2021 at 8:44 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, yet again, a dog was heard barking inside, but I was unable to summon anyone to the door after knocking.

I declare under penalty of perjury that this information is true.

11/09/21
Executed On

B- Canas
Bryan Canas

Client Ref Number:56453-00049
Job #: 1594055

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050