# EXHIBIT 6

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

Plaintiff

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, Bryan Canas, a Private Process Server, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Alan Hostetter with the above named process.

That on November 17, 2021 at 8:25 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, I received no answer at the door. However, I observed lights inside the house and heard a dog barking inside. I also observed there were surveillance cameras at the door.

That on November 17, 2021 at 8:31 PM, I attempted to serve Alan Hostetter at 115 Coronado Lane, San Clemente, California 92672. On this occasion, I received no answer at the door and detected no activity coming from inside the house.

That on November 18, 2021 at 7:00 AM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, again, I received no answer at the door. Again, I heard the dog barking inside the house.

That on November 18, 2021 at 7:05 AM, I attempted to serve Alan Hostetter at 115 Coronado Lane, San Clemente, California 92672. On this occasion, I spoke to the current resident, Joseph, who stated that Alan was the previous resident and had moved out 5 years ago. The current resident stated that he believed Alan still lived in the area but could not provide a specific address.

That on November 19, 2021 at 6:39 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, I still received no answer at the door. However, I did observe lights on inside the house and again, heard the dog barking inside.

That on November 20, 2021 at 12:39 PM, I attempted to serve Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672. On this occasion, I still received no answer at the door. However, I did observe lights on inside the house and again, heard the same dog barking inside.

I declare under penalty of perjury that this information is true.

11/22/21
Executed On



B. Canas
Bryan Canas

Client Ref Number:56453-00049
Job #: 1596264

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050