# EXHIBIT 7

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Conrad Smith, et al.

                     **Plaintiff**

Case No.: 1:21-cv-02265

                     vs.

Donald J. Trump, et al.

                     **Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Rebecca E. Short, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment

SERVE TO: Alan Hostetter

SERVICE ADDRESS: 515 Monterey Lane, Apartment 4, San Clemente, California 92672

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Alan Hostetter, 515 Monterey Lane, Apartment 4, San Clemente, California 92672 on 10/05/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7020 1290 0000 9482 2015.

I declare under penalty of perjury that this information is true.

10/05/21
Executed On



Rebecca E. Short

Client Ref Number: 56453-00049
Job #: 1594055

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith et al., ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 21-cv-02265-APM |
| Donald J. Trump et al., ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alan Hostetter
515 Monterey Lane, Apt. 4
San Clemente, CA 92672

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 08/26/2021

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*