# EXHIBIT 8

Conrad Smith, et al.

                    Plaintiff

Case No.: 1:21-cv-02265

                        vs.

Donald J. Trump, et al.

                    Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, Tiffany Lordi, a Private Process Server, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Docket Attachment in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Stewart Rhodes with the above named process.

That on September 15, 2021 at 8:28 AM, I attempted to serve Stewart Rhodes at 9012 Sawgrass Court, Granbury, Texas 76049. On this occasion, I received no answer at the door, and there were no vehicles observed at the residence. Accordingly, I did speak with a neighbor who advised that they did believe that the Rhodes resided at 9012 Sawgrass Court, Granbury, Texas 76049.

That on September 15, 2021 at 12:54 PM, I attempted to serve Stewart Rhodes at 9012 Sawgrass Court, Granbury, Texas 76049. On this occasion, I spoke with Elaine Fleming who advised that she purchased the home in March of 2021, however, she did not purchase the home from anyone named Rhodes. Additionally, Ms. Fleming advised that she does not know, and has never known anyone named Stewart Rhodes.

I declare under penalty of perjury that this information is true.

_November 4th, 2021_
Executed On

_Tiffany Lordi_

Client Ref Number: 56453-00049
Job #: 1593650

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050