IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-CV-02265-APM |

**ORDER**

Before the Court is the Plaintiffs' Motion for Extension of time to Complete Service on Defendants Alexander, Hostetter, and Rhodes. The Court finds that Plaintiffs have demonstrated good cause for the failure to effect service on these defendants in the 90 days allowed by Rule 4(m). Therefore, pursuant to Rule 4(m), the Court grants an additional 90 days from the date of Plaintiffs' Motion for Plaintiffs to complete service on Defendants Alexander, Hostetter, and Rhodes.

    **SO ORDERED.**

                                                            Hon. Amit P. Mehta
                                                         United States District Court Judge

                                                          Dated: _____