# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al* <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

## [Proposed] ORDER

Before the Court is Defendant Rehl's Motion for Reconsideration of this Court's prior November 10, 2021 Order denying his motion to stay. The Court finds there is no good cause for reconsideration of its prior Order. The motion is denied.

**SO ORDERED.**

                                                         Hon. Amit P. Mehta
                                                         United States District Court Judge

Dated: _____