IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

_____/

CASE NO.: 1:21-CV-02265-APM

**<u>ORDER</u>**

Pending before the Court is the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), filed on December 23, 2021, by Defendant Brandon J. Straka. Based upon the Motion, the Plaintiffs' opposition thereto, and oral argument of the parties in open court, it is hereby ORDERED that:

1. The Motion is GRANTED;
2. The Complaint is DISMISSED.

So ORDERED.

ENETERED this _____ day of _____, 2022.

                                                        Hon. Amit P. Mehta
                                                        United States District Judge