IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*

                **Plaintiffs**,

  v.

DONALD J. TRUMP, *"solely in his personal capacity"*

                **Defendants.**

Civil Action No.  1:21-cv-02265-APM

## DEFENDANT ZACHARY REHL'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULES OF CIVIL PROCEDURE RULES 12(b)(1) and 12(b)(6)

Comes now Defendant Zachary Rehl, and hereby moves to dismiss the Amended pursuant to Federal Rules of Civil Procedure Rule ("FRCP") Rule 12(b(1) for lack of standing and Rule 12(b)(6) for failure to state a claim upon which relief may be granted.  Defendant Zachary Rehl respectfully submits his companion Memorandum of Law in support of said motions.

Defendant requests oral argument.

Dated:  December 23, 2021        RESPECTFULLY SUBMITTED
                                        ZACHARY REHL, *By Counsel*

                                        Jonathon A. Moseley, Esq.

                                        USDCDC Bar No. VA005
                                        Virginia State Bar No. 41058
                                        Mailing address only:

>5765-F Burke Centre Parkway, PMB #337
>Burke, Virginia 22015
>Telephone: (703) 656-1230
>Facsimile: (703) 997-0937
>Contact@JonMoseley.com
>Moseley391@gmail.com

*/s/ Jonathon A. Moseley*
Jonathon A. Moseley, Esq.

Mr. Damon Hewitt, Esq.
Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building

2

Washington, DC 20036
Telephone: 202-352-2615
**hallerjulia@outlook.com**
*Legal Counsel for Kelly Meggs*

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
**steve@barrklein.com**
*Legal Counsel for Brandon J. Straka*

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
**nds@davidbsmithpllc.com**
*Legal Counsel for Felipe Antonio Martinez*

Jonathon A. Moseley, Esq.

3