# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*<br><br>                    **Plaintiffs**,<br>       v.<br><br>DONALD J. TRUMP, *"solely in his personal capacity"*<br><br>                    **Defendants.** | Civil Action No.  1:21-cv-02265-APM |

## [PROPOSED] ORDER UPON DEFENDANT ZACHARY REHL'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULES OF CIVIL PROCEDURE RULES 12(b)(1) and 12(b)(6)

WHEREAS, the Accused ZACHARY REHL, by counsel, came before the Court for hearing upon his Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure Rules 12(b)(1) and 12(b)(6) ), , and

WHEREAS the motion came before the Court for hearing on _____, and

WHEREAS the Court has heard and considered the pleadings and argument of counsel, including counsel for ZACHARY REHL and the Plaintiffs, and

WHEREFORE, it is hereby ORDERED and ADJUDGED that the Amended Complaint is hereby dismissed.

    **SO ORDERED**


Dated: _____                    _____
                                                                    AMIT MEHTA

2

United States District Judge

Case 1:21-cv-02265-APM   Document 102-3   Filed 12/24/21   Page 2 of 2