IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-02265-APM |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

DEFENDANTS' MOTION TO DISMISS
TO THE AMENDED COMPLAINT

Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC respectfully move this Court for dismissal of Plaintiffs' claims pursuant to Fed. R. Civ. P. Rule 12(b)(1), 12(b)(2), and 12(b)(6).

In support of this motion, Defendants submit the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those within the accompanying memorandum, Defendants respectfully move that the Court dismiss Plaintiffs' Amended Complaint, with prejudice.

Dated: December 23, 2021

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, DC Bar No. VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Attorney for Donald J. Trump,
Donald J. Trump for President,
Inc., and Make America Great
Again PAC*

## CERTIFICATE OF SERVICE

I certify that on December 24, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*