IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-02265-APM |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

# [PROPOSED] ORDER

Before the Court is Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC's Motion to Dismiss Plaintiffs' Amended Complaint. For the reasons stated in the Motion, the accompanying Memorandum in Support, and those articulated in oral argument, and because the Court finds good cause exists to dismiss the claims, the Motion to Dismiss is herby **GRANTED**.

**SO ORDERED.**

Dated: _____          _____
                                                    Hon. Amit P. Mehta
                                                    United States District Court Judge