IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, DANNY McELROY, BYRON EVANS, GOVERNOR LATSON, MELISSA MARSHALL, MICHAEL FORTUNE, and JASON DEROCHE<br><br>       Plaintiffs,<br>   vs.<br>DONALD J. TRUMP, "solely in his personal capacity", DONALD J. TRUMP FOR PRESIDENT, INC. c/o Bradley T. Crate (Treasurer), STOP THE STEAL L.L.C. c/o George B. Coleman, ALI ALEXANDER, a/k/a Ali Abdul Razaq Akbar, a/k/a Ali Abdul Akbar and BRANDON J. STRAKA, ROGER J. STONE, JR.; PROUD BOYS, an unincorporated association, PROUD BOYS INTERNATIONAL, L.L.C., c/o Jason L. Van Dyke, ENRIQUE TARRIO, ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, DOMINIC J. PEZZOLA OATH KEEPERS c/o Christopher R. Grobl, Esq., STEWART RHODES, THOMAS E. CALDWELL, JESSICA WATKINS, KELLY MEGGS, ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO "TONY" MARTINEZ, DEREK KINNISON, RONALD MELE, JOHN DOES 1-10,<br><br>       Defendants. | Civil Action No. 1:21-cv-02265-APM<br><br>**DEFENDANT RUSSELL B. TAYLOR'S ANSWER TO AMENDED COMPLAINT JURY TRIAL DEMANDED** |

**DEFENDANT RUSSELL B. TAYLOR'S ANSWER TO COMPLAINT**

Defendant Russell B. Taylor ("Mr. Taylor"), by and through his undersigned counsel, hereby submits his Answer to the Complaint filed by Plaintiffs in this matter (collectively, "Plaintiffs"). Mr. Taylor also asserts, at this time, that any and all specific answers to the Complaint will force a choice to either assert his right to remain silent or make a specific

1

answer to the Complaint. Accordingly, and following the Courts Ruling of November 10, 2021 Mr. Taylor asserts his defenses as follows below. In the alternative, Mr. Taylor asks the Court to allow him leave to file a more specific and complete Answer, in the future, should it become necessary and/or appropriate.

## **GENERAL DENIAL – F.R.C.P 8()(3)**

Mr. Taylor is currently facing criminal prosecution arising from the same facts and

circumstances that Plaintiffs' have alleged as the basis for their claims in this complaint. Mr. Taylor is asserting his $5_{th}$ Amendment rights in this litigation during the pendency of his criminal prosecution; as a result, he is not able to fully respond to the allegations in Plaintiff's complaint. Therefore, pursuant to F.R.C.P. 8(b)(3), Mr. Taylor, while admitting jurisdiction and venue are appropriate, nevertheless in good faith denies all allegations in Plaintiff's complaint.

## DEMAND FOR JURY

Answering defendant Russell B. Taylor hereby demands trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

All of Plaintiff's claims fail, in whole or in part, because Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### LACK OF STANDING

All of Plaintiff's claims fail, in whole or in part, because, Plaintiff have standing to bring the claims asserted.

### THIRD AFFIRMATIVE DEFENSE
### CONTRIBUTION and INDEMNITY

To the extent that Plaintiffs were injured, such injuries were actually and proximately caused by persons or groups other than this answering defendant. Accordingly, Mr. Taylor is entitled to contribution and indemnity from the responsible parties, if any.

## FOURTH AFFIRMATIVE DEFENSE
## STATUTE OF LIMITATIONS

Upon information and belief, Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitation.

## FOURTH AFFIRMATIVE DEFENSE
## ACCORD AND SATISFACTION, RELEASE, WAIVER, AND ESTOPPEL

Upon information and belief, Plaintiffs' claims are barred, in whole or in part, by the doctrines of accord and satisfaction, release, waiver, and estoppel.

## FIFTH AFFIRMATIVE DEFENSE
## LAWFUL EXERCISE OF CONSTITUTIONAL RIGHTS

Upon information and belief, Plaintiffs claims are barred as the result of answering defendant's conduct being limited to the lawful exercise of constitutionally protected rights and privileges.

## SIXTH AFFIRMATIVE DEFENSE
## LACK OF MALICE

Plaintiffs' punitive damages claims are barred because this answering defendant did not act with malice or with reckless indifference to the federally protected rights of plaintiffs.

Dated December 23, 2021

                                         Respectfully Submitted,

                                         THE LAW OFFICE OF DYKE E. HUISH

                                         */s/Dyke E. Huish*
                                         Dyke Huish
                                         The Law Office of Dyke E. Huish
                                         26161 Marguerite Parkway, Suite B
                                         Mission Viejo, California 92692
                                         949-837-8600
                                         huishlaw@mac.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s). From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia. A copy will also be sent by email.

Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Noah Baron, D.C. Esq., Bar No. 1048319
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8300
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
nbaron@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
954-530-5748
Buschel@bglaw-pa.com

Grant J. Smith
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard, Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
gsmith@strategysmith.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW Suite 900, S. Building
Washington, DC 20036
202-352-2615
hallerjulia@outlook.com
*representing*   KELLY MEGGS *(Defendant)*

Stephen R. Klein
BARR & KLEIN PLLC
1629 K Street NW, Ste. 300

Washington, DC 20006
202-804-6676
steve@barrklein.com
*representing*     *BRANDON J. STRAKA (Defendant)*

Jonathon Alden Moseley
JONATHAN MOSELEY ATTORNEY AT LAW
5765-F Burke Centre Parkway #337
Burke, VA 22015
703-656-1230 / 703-997-0937 (fax)
contact@jonmoseley.com
*representing*   ZACHARY REHL (Defendant)

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street
Suite 4r
New York, NY 10003
917-902-3869
nds@davidbsmithpllc.com
*representing*   FELIPE ANTONIO MARTINEZ, (Defendant) and ETHAN NORDEAN (Defendant)

*/s/Dyke E. Huish*
Dyke Huish
The Law Office of Dyke
26161 Marguerite Parkway
Suite B
Mission Viejo, California 92692
949-837-8600
huishlaw@mac.com