## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, DANNY McELROY, BYRON EVANS, GOVERNOR LATSON, MELISSA MARSHALL, MICHAEL FORTUNE, and JASON DEROCHE<br><br>Plaintiffs,<br><br>vs.<br>DONALD J. TRUMP, "solely in his personal capacity", DONALD J. TRUMP FOR PRESIDENT, INC. c/o Bradley T. Crate (Treasurer), STOP THE STEAL L.L.C. c/o George B. Coleman, ALI ALEXANDER, a/k/a Ali Abdul Razaq Akbar, a/k/a Ali Abdul Akbar and BRANDON J. STRAKA, ROGER J. STONE, JR.; PROUD BOYS, an unincorporated association, PROUD BOYS INTERNATIONAL, L.L.C., c/o Jason L. Van Dyke, ENRIQUE TARRIO, ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, DOMINIC J. PEZZOLA OATH KEEPERS c/o Christopher R. Grobl, Esq., STEWART RHODES, THOMAS E. CALDWELL, JESSICA WATKINS, KELLY MEGGS, ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO "TONY" MARTINEZ, DEREK KINNISON, RONALD MELE, JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:21-cv-02265-APM<br><br>**DEFENDANTS' MOTION FOR LEAVE TO CONSIDER ANSWER TIMELY FILED** |

**DEFENDANTS' MOTION FOR LEAVE TO CONSIDER REPLY BRIEF TIMELY FILED**

Defendants Russell Taylor ("Defendant"), through counsel, respectfully move the Court for leave with regards to the Answer to the Amended Complaint filed on December 24, 2021. The deadline for Defendants to file their Answer was December 23, 2021. Defendant made several attempts to file Answer on  December 23, 2021 but encountered repeated error messages on the Court's electronic filing system. Defendants promptly served an email copy of the Answer on all parties until the technology issue was resolved.  Defendants apologize for any confusion the late

filing may have caused and respectfully request that the Court grant this Request/Motion and

consider the Answer timely filed.

  Dated December 23, 2021

                                                      Respectfully Submitted,

                                                      THE LAW OFFICE OF DYKE E. HUISH


                                                      */s/Dyke E. Huish*             

                                                      Dyke Huish
                                                      The Law Office of Dyke E. Huish
                                                      26161 Marguerite Parkway, Suite B
                                                      Mission Viejo, California 92692
                                                      949-837-8600
                                                      huishlaw@mac.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s). From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia. A copy will also be sent by email.

Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Noah Baron, D.C. Esq., Bar No. 1048319
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8300
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
nbaron@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*


Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
954-530-5748
Buschel@bglaw-pa.com


Grant J. Smith
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard, Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
gsmith@strategysmith.com
*Legal Counsel for Defendant Roger Stone*


Juli Zsuzsa Haller
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW Suite 900, S. Building
Washington, DC 20036
202-352-2615
hallerjulia@outlook.com
*representing   KELLY MEGGS (Defendant)*

Stephen R. Klein
BARR & KLEIN PLLC
1629 K Street NW, Ste. 300
Washington, DC 20006
202-804-6676
steve@barrklein.com
*representing   BRANDON J. STRAKA (Defendant)*

Jonathon Alden Moseley
JONATHAN MOSELEY ATTORNEY AT LAW
5765-F Burke Centre Parkway
#337Burke, VA 22015
703-656-1230 / 703-997-0937 (fax)
contact@jonmoseley.com
*representing*   *ZACHARY REHL (Defendant)*

Nicholas D. Smith
DAVID B. SMITH,
PLLC
7 East 20th
StreetSuite
4r
New York, NY
10003917-902-
3869
nds@davidbsmithpllc.com
*representing*   *FELIPE ANTONIO MARTINEZ, (Defendant) and ETHAN*
*NORDEAN(Defendant)*

/s/Dyke E. Huish

Dyke Huish
The Law Office of
Dyke 26161
Marguerite Parkway
Suite B
Mission Viejo, California
92692949-837-8600
huishlaw@mac.com