IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*, )<br>)<br>    *Plaintiffs*, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, *et al.*, )<br>)<br>    *Defendants*. )<br>) | Civil Case No. 1:21-cv-02265-APM |

### TRUMP DEFENDANTS' MOTION TO ENLARGE TIME TO FILE MOTION TO DISMISS AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF

On December 7, 2021, this Court ordered that responsive filings in this matter be filed by December 23, 2021. On that date, however, the Clerk's electronic filing system was unavailable when the Trump Defendants attempted to file their Motion to Dismiss. Pursuant to Local Rule 5.4(g), counsel emailed the Clerk's Office to notify them of the system failure and copied the other counsel in this case, attaching copies of the Motion to Dismiss, and its accompanying brief and proposed order. Exhibit 1. Promptly upon discovering that the system was again operable, the Trump Defendants filed the Motion to Dismiss. DCD No. 103. They now bring this motion to request that the Court deem the Motion timely filed.

The Court has adopted a local rule governing what parties are to do if there is a system malfunction in electronic filing. L.R. 5.4(g). The rule requires an attorney to contact the Clerk's office by phone or email if the system fails. If filing is prohibited

by technical difficulties the Court can enlarge the time for filing. *Id;* Fed. R. Civ. P. 6(b).

Moreover, if the Clerk's Office is inaccessible when a filing is due, then the deadline is automatically extended until the next day that is not a Saturday, Sunday, or legal holiday. Fed. R. Civ. P. 6(a)(3). Filings made electronically are not due until midnight in the Court's time zone. Fed. R. Civ. P. 6(a)(4)(a).

As the Clerk's office was inaccessible on evening of December 23, 2021, for electronic filing purposes, and because December 24, 2021, is a legal holiday, responsive pleadings were not technically due until December 27, 2021. The Trump Defendants filed their motions well before that deadline on December 24, 2021. Nevertheless, the Defendants bring this Motion out of an abundance of caution. Should the Court decide that the deadline was not tolled by the system failure, then it should extend the deadline until December 24, 2021, and deem the filing made on that date as timely. DCD No. 103. As the Trump Defendants emailed their filing to counsel and the Clerk's Office on December 23, 2021, no parties will be prejudiced by the delay and granting the extension advances the cause of justice.

Dated: December 24, 2021                    Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, DC Bar No. VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Attorney for Donald J. Trump,
Donald J. Trump for President,
Inc., and Make America Great
Again PAC*

## CERTIFICATE OF SERVICE

I certify that on December 24, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*
