Gmail

Jesse Binnall <jesse@binnall.com>

**CM/ECF is Down/Filing in Smith v. Trump**

**Jesse Binnall** <jesse@binnall.com>
To:
Cc: dcd_cmecf@dcd.uscourts.gov

Good Evening Counsel and Deputy Clerk:

The Court's CM/ECF system is currently inoperable, and has been for some time this evening. Pursuant to L.R. 5.4(g), by way of this email I am notifying the Clerk's office of this error (a screenshot i Inc., and the Make America Great Again PAC. We will efile these documents when the system is operable.

I hope everyone has a pleasant evening and a happy holiday.

Very Truly Yours,

Jesse Binnall

--
**Jesse R. Binnall**
**Partner**
Binnall Law Group
717 King Street
Suite 200
Alexandria, VA 22314

(703) 888-1943 (office)
(703) 888-1930 (fax)
jesse@binnall.com

This electronic message transmission contains information from the law firm Binnall Law Group, PLLC, that may be confidential or privileged.  The information is intended solely for the recipient an prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at **(703) 888-1943** or by replying to this e-mail.  Thank you.

---

**4 attachments**

**Screen Shot 2021-12-23 at 11.18.23 PM.png**
172K

**Smith, Memo in Supp., MTD Amd.pdf**
356K

**MTD Amended Complaint.pdf**
41K

**Proposed Order to MTD Amend Complaint.pdf**
28K