IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-02265-APM |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### [PROPOSED] ORDER

Before the Court is Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC's Motion to Extend Time to File Responsive Pleadings. For the reasons stated in the Motion and finding good cause to do so, the Motion to Extend Time to File Responsive Pleadings is GRANTED and the Motion to Dismiss docketed as document number 103 is deemed timely filed.

**SO ORDERED.**

Dated: _____      _____
                                                    Hon. Amit P. Mehta
                                                    United States District Court Judge