**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONRAD SMITH, *et al.* <br><br> **Plaintiffs**, <br><br> v. <br><br> DONALD J. TRUMP,  *"solely in his personal capacity"* <br><br> **Defendants.** | Civil Action No.  1:21-cv-02265-APM |

**DEFENDANT ZACHARY REHL'S
MEMORANDUM OF LAW IN SUPPORT OF HIS
RULE 12(f) MOTION TO STRIKE IMPROPER MATERIAL
FROM THE AMENDED COMPLAINT**

Comes now Defendant Zachary Rehl, and hereby moves to strike from the Amended

Complaint what is called in the law somewhat colorfully or curiously "immaterial, impertinent,

or scandalous matter" for the reasons set forth herein, pursuant to Federal Rules of Civil

Procedure Rule ("FRCP") Rule 12(f), including allegations that are not only added for improper

purposes to falsely subvert the course of justice by inflaming and deceiving the jury pool in the

District of Columbia but are clearly false for both reasons in violation of FRCP Rule 11.

Defendant Zachary Rehl respectfully submits this Memorandum of Law in support of his

Federal Rules of Civil Procedure Rule 12(f) Motion to Strike material from the Complaint.

Jonathon A. Moseley, Esq.
5765-F Burke Centre Parkway #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Facsimile:  (703) 997-0937
E-mail:  Contact@JonMoseley.com

# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES.................................................................................3

INTRODUCTION AND CONTEXT ...............................................................4

SUMMARY AND STATEMENT OF FACTS RELEVANT TO MOTION...................... 5

    A) Proud Boys Reject and Prohibit Racism in Their Ranks  ................................. 5

    B) False Smears are Desperate Attempts to Block Growing Minority

        Support for Trump and Republicans ............................................................. 4

    C) False Smears of Racism are Sanctionable and Despicable, Intended to

        pollute the Jury Pool .......................... ................................................... 13

GOVERNING LAW AS TO MOTION TO STRIKE MATERIAL.................................. 9

ARGUMENT.............................................................................................. 15

    A) Allegations of Racism are Dramatically Immaterial ......................................... 15
    B) A Coincidence of Race Does Not Justify Claims of Racism ............................ 17
    C) Racism One of the Ugliest Smears in American Society ............................... 18
    D) "The Klu Klux Klan Act" Does Not Exist – Plaintiff Falsely Claim Racism
        out of Despicable, Incendiary Race-Baiting to Taint the Jury Pool.................. 19
    E) References to Klu Klux Klan Are Irrelevant and Impertinent  ........................ 22
    F) Plaintiffs on Their Initiative Have Tainted the D.C. Jury Pool......................... 22
    G) Specific Allegations That Are Objectionable ................................................... 23
    H) Plaintiffs' Allegations are Improper, Including as Rule 11 Violations...............29

CONCLUSION............................................................................................. 30

# TABLE OF AUTHORITIES

## Cases

*Monell v. Department of Social Services of City of New York*, 436 U.S. 658, 664, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978). .......................................................................................... 24

*United States v. Harris*, 106 U.S. 629 (1882) ............................................................................. 24

*United States v. Zachary Rehl*, Case No. 2:21-mj-526-1, United States Magistrate Judge, U.S. District Court for the Eastern District of Pennsylvania ............................................................. 4

## Statutes

42 U.S.C. § 1985 .................................................................................................................... 24, 26

Klu Klux Klan Act .................................................................................................................... 27

Public Law (P.L.) 42-22 ..................................................................................................... 23, 24, 26

Session 42, Chapter 22; 17 Stat. 13 ........................................................................................... 23

**The Third Enforcement Act of 1871** ....................................................................................... 24

## Rules

Civil Rights Act of 1871 ....................................................................................................... 23, 24

Federal Rules of Civil Procedure ("FRCP") Rule 12(f) .......................................................... 19

Federal Rules of Civil Procedure Rule 12(f) .................................................................. 1, 19, 34

FRCP  Rule 11 .......................................................................................................................... 33

FRCP Rule 11 ...................................................................................................................... 33, 34

FRCP Rule 12(f) ....................................................................................................................... 33

## Other Authorities

"Compromise of 1877," History Channel, March 17, 2011, updated November 27, 2019, accessible at:  https://www.history.com/topics/us-presidents/compromise-of-1877 ............... 25

Tara McAndrew, "The History of the KKK in American Politics," JSTOR, January 25, 2017, accessible at:  https://daily.jstor.org/history-kkk-american-politics/ ...................................... 25

**Tom Head, "Timeline History of the Klu Klux Klan," ThoughtCo. , updated December 14, 2020, accessible, at:  https://www.thoughtco.com/the-ku-klux-klan-history-721444.** ........ 25

<u>**DEFENDANT ZACHARY REHL'S COMBINED MEMORANDUM OF LAW**
**IN SUPPORT OF ZACHARY REHLS' MOTION TO STRIKE IMPERTINENT**
**MATTER UNDER RULE 12(f)**</u>

## I.      INTRODUCTION AND CONTEXT

In a bail hearing for ZACHARY REHL the U.S. District Court for the Eastern District of

Pennsylvania, the prosecution conceded in proper candor:

> **To be sure, the indictment does not allege that Mr.  Rehl**
> **engaged   directly   in   violence   against   officers   or**
> **destruction of property * * * .**

Assistant U.S. Attorney Luke M. Jones, Esq., Page 3, Transcript of Detention/Rule 5 Hearing
Before Honorable Richard A. Lloret, *United States v. Zachary Rehl*, Case No. 2:21-mj-526-1,
United States Magistrate Judge, U.S. District Court for the Eastern District of Pennsylvania,
March 26, 2021, filed publicly as ECF Docket # 9 in that Court.

The Complaint explains that

> 1.  **The eight Plaintiffs in this case are United States Capitol Police**
> **officers. Collectively, they have dedicated more than 170 years to**
> **their shared mission to protect Congress so that it can carry out its**
> **constitutional responsibilities safely and openly. * * * "**

Those members of the U.S. Capitol Police who were injured during violent

confrontations with a few – very few – of the estimated 500,000 to 1 million people who came to

the District of Columbia on January 6, 2021, deserve to be compensated, to the extent the legal

system is capable of making them whole, for the injuries they sustained.  This includes not only

these Plaintiffs but any of the U.S. Capitol Police who suffered injuries.

However, ZACHARY REHL and most if not all of the other Defendants have nothing

whatsoever to do with the paranoid fantasies and left-wing conspiracy theories spread forth in the

Amended Comlpaint.

ZACHARY REHL is the son and grandson of police officers.

In July 2020, REHL participated in the Back the Blue rally in support of police officers,

at the Fraternal Order of Police lodge in Philadelphia.

In parallel criminal cases, the U.S. Attorney's office has not cited to any evidence that ZACHARY REHL ever encountered or interacted with any U.S. Capitol Police officer or any other law enforcement officer either on January 6, 2021, or in events leading up to the demonstrations on January 6, 2021.

However, these Plaintiffs are not suing those who actually injured them, at least not in this suit, except as unknown John Does 1-10.

While this Amended Complaint must be dismissed, ZACHARY REHL wishes these officers good luck suing those who are actually responsible, which appears to be none of the Defendants sued herein.

Here these Plaintiffs are entirely able to sue those who attacked them and injured them. All they need is access to the identification results of the massive video processing projects by the FBI and others, performed on behalf of their employer the U.S. Capitol Police and the Congress.

In understanding these discussions, unfortunately, just as Kleenex ™ -- the brand name of one specific company – has become generic and any tissue is called a Kleenex (improperly, inaccurately, and falsely) – the name "Proud Boys" has been comically mis-used throughout the political class and news media.

The Amended Complaint alleges in Paragraph 125 that 300 Proud Boys assembled near the Capitol.  In fact, the total number of Proud Boys in Washington, D.C. on January 6, 2021, was approximately 50 total.  Yet the hysteria in the political class and on the Left calls everyone a Proud Boy even if the person so accused has never met a Proud Boy.

The Chair of the Proud Boys dissociated the organization from those who *as individuals* chose to attend events that day.  Enrique Tarrio told Proud Boys members not to wear any

uniform, clothes or insignia ("colors") associated with the Proud Boys.  Thus, Tarrio clarified that anyone going to D.C. was going on their own, not as Proud Boys.

Yet, apparently, those behind the lawsuit think that there is not enough strife, division, wounds, and conflict in our society.  They want to falsely and sanctionably claim a racial motive merely to profit from the racial strife.  If one makes a living treating Polio, what can they do when Polio is all but eradicated?  They'd have to close up shop.  But trying to exploit race and inflame society is as unacceptable as those who injured police officers.

## II.   SUMMARY AND STATEMENT OF FACTS RELEVANT TO MOTION

### D)  **Proud Boys Reject and Prohibit Racism in Their Ranks**

Had the Plaintiffs – in following the herd in partisan politics – performed the investigation required under Rule 11, they would have seen that the Philadelphia Proud Boys Club condemns and rejects racism and identity politics.  See website page of the Philadelphia Proud Boys at **www.ProudBoysPhiladelphia.com** under "LEARN MORE," attached as Exhibit A and Exhibit B.  (Note that the dishonest Left has set up a false page under a different name.) A copy preserved by the "Way Back Machine" on December 1, 2002, invites applications to the Proud Boys with the following explanation:

> **If you would like to join the Philadelphia chapter, you must be a man and you must love the west. Men of all races, religions, national origins, gay or straight are welcome.**

The President of the Proud Boys Club of Philadelphia until his arrest was Zachary Rehl. The Vice President was his friend Aaron Wolkind.  Zachary Rehl and Aaron Wolkind established the Bylaws of the Proud Boys Club chapter of Philadelphia to forbid membership by anyone who promotes ethnic nationalism or identitarian race-based groups.   Racism is

prohibited within the Proud Boys and a member or applicant is subject to expulsion from the

Proud Boys for espousing racist or White supremacist beliefs, *see*, Bylaws, Exhibit C.

> **In keeping with our values, Proud Boys Philadelphia Chapter has no association and will never have any association with Marxist, Fascist, identarian, Alt-right or ethnic nationalist groups. Prospects who are found to be members of Marxist, racially identarian, or ethnic nationalist groups are barred from membership in Proud Boys Philadelphia Chapter. Members of Proud Boys Philadelphia Chapter found to be members of Marxist or identarian organizations or espousing Marxist, identarian, ethnic nationalist, racist or hateful views will be stripped of membership for all time and disavowed.**
>
> **\* \* \***
>
> **(k) Proud Boys Philadelphia Chapter finds all forms of ethnic nationalism and identity politics contrary to Proud Boy and American values. Ethnic nationalism runs counter to the spirit of Western Chauvinism. Proud Boys Philadelphia Chapter believes in individual merit and Civic Patriotism. We reject collectivism in any form, be it socialist class identity or racial identarian world views. In keeping with our values, Proud Boys Philadelphia Chapter has no association and will never have any association with Marxist, Fascist, identarian, Alt-right or ethnic nationalist groups. Prospects who are found to be members of Marxist, racially identarian, or ethnic nationalist groups are barred from membership in Proud Boys Philadelphia Chapter. Members of Proud Boys Philadelphia Chapter found to be members of Marxist or identarian organizations or espousing Marxist, identarian, or ethnic nationalist views will be stripped of membership for all time and disavowed.**

Although this is a word too new in common usage to be found in formal dictionaries, the

popular dictionary appearing on Google defines what the Proud Boys prohibit as being:

> **identitarian**
> **[ī͝ den(t)ə ˈterēən]**
>
> ADJECTIVE
> relating to or supporting the political interests of a particular racial, ethnic, or national group, typically one composed of Europeans or white people.

NOUN
a supporter or advocate of the political interests of a particular racial,
ethnic, or national group, typically one composed of Europeans or
white people.

**https://www.lexico.com/definition/identitarian**

The Proud Boys clearly and consistently have ***rejected*** racism, White supremacy, and all ethnic nationalism or ethnic identity.  That is, the Proud Boys Club stands for the individual, not racial groups.

The Proud Boys, of course, are led by a Black man who is an immigrant from Cuba.



**Enrique Tarrio, Chair of the Proud Boys**

The Proud Boys Club publicly proclaims that 20% of its members are Blacks or Hispanics.  "I denounce White supremacy," Mr. Tarrio said in a Thursday interview with WSVN-TV in Miami. "I denounce anti-Semitism. I denounce racism. I denounce fascism. I denounce communism and any other -ism that is prejudiced toward people because of their race, religion, culture, tone of skin."  And "Mr. Reilly, author of "Hate Crime Hoax," said his research shows law enforcement officials estimate that 10% to 20% of Proud Boys members are racial minorities."  *See* Valerie Richardson, "Enrique Tarrio says Proud Boys not White supremacists," The Washington Times, October 1, 2020, accessible at:

**https://www.washingtontimes.com/news/2020/oct/1/enrique-tarrio-says-proud-boys-not-white-supremaci/**

Whether or not one might believe those statements to be true, the fact is undeniable that

the Proud Boys want to present an image of inclusion, diversity, and welcoming of all races.[1]

Publicly proclaiming themselves to be 20% minority and wanting to be seen as welcoming of all races completely destroys the ugly slurs lying about them as racist.

An organization could not long hold on to any racists or white supremacists while being led by a Black immigrant from Cuba and proudly proclaiming their open policy of inclusion of members of all races and even sexual orientation.

### E)  **False Smears are Desperate Attempts to Block Growing Minority Support for Trump and Republicans**

As context, the Plaintiffs echo "the Big Lies" permeating the political world, including that (1) everyone who disagrees with the political Left is a racist and White supremacist simply because they do not fall in line with the political Left-wing agenda and (2) the Proud Boys defend the rights of free speech by blocking violent attacks from the Left such as from Antifa, (3)  therefore the Proud Boys must be stopped so that the Left can shut down free speech of conservatives and patriots like Mussolini's Black Shirts and the Brown Shirts, (4) everyone who disagrees with the Left must be a Proud Boy, therefore (5) let's all blame the Proud Boys.

Whereas the political class is free to lie on a spectacularly-appalling level, in this courthouse there are rules.  Had the Plaintiffs performed the investigation required under Rule 11, they would have seen that the Proud Boys Club actually prohibits racism and ethnic identity and discrimination based on sexual orientation.

---

[1]     Note that the psychological mechanism of racism or racial supremacy is the fear of being actually inferior or a failure, thus creating a desperate psychological need to find worth in something other than the individual, such as membership in a "superior" class or race.  In other words, there can be no such thing as a closet racist.  The psychological drive is to announce one's superiority over other races based on their racial membership in order to compensate for fears of personal failure.  The cavernous psychological need to announce one's superiority does not permit a silent racist, for that would destroy the very purpose of feeling superior by race.  This is why the would-be civil rights activists of today must invent new dragons to fight.

Similarly, had the Plaintiffs conducted the investigation required by Rule 11, they would have noticed that President Donald Trump and his supporters have prospered in electoral politics by openly appealing to minority voters.

How did Candidate Trump increase the traditional Republican level of support from minorities?  *HE ASKED for their votes*.  See, Candace Smith and David Caplan, "Donald Trump Appeals to Black Voters: 'What Do You Have to Lose by Trying Something New?' *The GOP presidential nominee said Democrats have done a disservice to blacks,"* ABC News, August 19, 2016, accessible at:  **https://abcnews.go.com/Politics/donald-trump-appeals-black-voters-lose/story?id=41507104.**

Trump and his supporters appealed to minorities by rejecting racism and showing minority voters the respect that the Democrat Party did not.  Democrats took them for granted. Cynical Republicans had given lip service to outreach to minorities for decades.  Trump and his supporters convinced minorities that this time Trump truly did want minorities' votes.

In reply, the Democrat Party including the Plaintiffs' counsel has doubled-down on insulting the intelligence of minority voters and telegraphing that the Democrat Party believes minority voters are stupid.  Pro-Trump Republicans treat minorities like intelligent adults.

While the Plaintiffs seek to blame all of the Defendants including the Proud Boys such as Zachary Rehl and Oath Keepers as racists and White supremacists, the one person who claims to have been the National Organizer of the "Stop the Steal movement" through events across the country and the "Stop the Steal rally" in Washington, D.C., is a man of mixed African-American and Middle Eastern descent, Ali Alexander, born Ali Abdul-Razaq Akbar.  *See* Allam, Hannah; Nakhlawi, Razzan (May 16, 2021). "Black, Brown and extremist: Across the far-right spectrum, people of color play a more visible role". The Washington Post, accessible at:

**https://www.washingtonpost.com/national-security/minorities-far-right-visible-role/2021/05/16/e7ba8338-a915-11eb-8c1a-56f0cb4ff3b5_story.html**

The mob that stormed the U.S. Capitol on Jan. 6 was overwhelmingly White,[2] but the official speaker lineup for the rally that day was more diverse.

Vernon Jones, a Black former Georgia state lawmaker, and Katrina Pierson, a Black adviser and former spokeswoman for the Trump campaign, were among the speakers parroting the baseless assertion that the 2020 election was stolen from Trump. **Another familiar face was main rally organizer Ali Alexander, born in Texas as Ali Abdul-Razaq Akbar, of mixed Black American and Middle Eastern descent.**

*Id. (emphasis added).*

"People of color are playing increasingly visible roles across the spectrum of far-right activism. Today, non-White activists speak for groups of radicalized MAGA supporters, parts of the "Patriot" movement, and, in rare cases, neo-Nazi factions. Although a few have concealed their identities, many others proudly acknowledge their backgrounds and offer themselves as counterpoints to charges of pervasive racism in right-wing movements."

*Id.*

Rapolla's father has roots in China and Guam, while his mother is a mix of Scandinavian, Inuit, Mexican and Greek ancestry. None of that matters, he said, when he stands alongside fellow "patriots" who share his concerns about government overreach and Second Amendment rights.

"People on the far right are automatically labeled as racist," Rapolla said. "It's a weapon used by elitists in order to keep their power where they want it."

*Id.*

Rehl is entirely innocent of any injuries sustained by any police officers on January 6,

---

[2]     Even The Washington Post occasionally swerves into the truth, but even then can't resist distortion:  Of course, the U.S. population is 60% White, its lowest point in U.S. history but still "**overwhelmingly White**" for better or worse.  Any crowd that reflects the U.S. population should not be commented upon in racial terms. Photographs and videos of the January 6, 2021, rally are filled with Vietnamese flags and flags of other Asian nations and of tens of thousands of Asian Americans protesting for Donald Trump because of Trump's push back against the Chinese Communist Party.  It is intellectually dishonest to suggest something wrong any time a crowd roughly corresponds to the racial composition of the country.

2021, as counsel has learned more and more.  Surely, the FBI is busy identifying and charging those who actually attacked police officers.  We are confident that the FBI will complete that task before silencing parents and patriots.

See also Arun Gupta, "Why Young Men of Color Are Joining White-Supremacist Groups:  THE NEW FAR-RIGHT.  Patriot Prayer's leader is half-Japanese. Black and brown faces march with the Proud Boys. Is the future of hate multicultural?" The Daily Beast, September 4, 2018, accessible at:  **https://www.thedailybeast.com/why-young-men-of-color-are-joining-white-supremacist-groups**  ("Indeed, Patriot Prayer's leader is Joey Gibson, who is half-Japanese and claims Dr. Martin Luther King, Jr., as a hero.")

> Elysa Sanchez, who is black and Puerto Rican, attended the "Liberty or Death Rally Against Left-Wing Violence" in Seattle on Aug. 18, joining about 20 militiamen open-carrying handguns and semi-automatic rifles.

Rehl's only wrong is that the political establishment has enraged so many of its own voters whom it claims to represent, sheer numbers alone are not the wrong of the Defendants.  But unable to reform, unable to listen to its own voters, the political class must lie:  Therefore, everyone with a contrary opinion must be a racist and a White Supremacist.

Thus, the Plaintiffs knew or should have known upon their duty of inquiry that nothing in the events addressed by their lawsuit were related in any way to racism, White supremacy, or bigotry.  Trump and supporters have actively requested the votes of minorities – and got them.

And this is why the lies about racism are necessary.  Candidate Trump urged minorities to think for themselves and vote their own interests, by voting Republican.

**F)** **False Smears of Racism are Sanctionable and Despicable, Intended to Pollute the Jury Pool**

The irrelevant ("impertinent") side-swipes by the Plaintiffs are sanctionable, made intentionally to pollute the jury pool.  They are intended to inflame both the Court and the jury against the Defendants, subjecting the Defendants falsely to hatred for things of which they are innocent, and they exploit the Court's processes to pursue political goals of smearing political opponents.

However, the U.S. Capitol Police issued not one but six (6) different permits for demonstrations to be held on January 6, 2021, on the U.S. Capitol Grounds.  Jason Leopold, "The Capitol Police Granted Permits For Jan. 6 Protests Despite Signs That Organizers Weren't Who They Said They Were," Buzzfeed News, September 9, 2021, updated September 17, 2021, **https://www.buzzfeednews.com/article/jasonleopold/the-capitol-police-said-jan-6-unrest-on-capitol-grounds?origin=web-hf.**   To the best of Defendant's knowledge, these permits were never revoked.

Defendant does not minimize the injuries to law enforcement that day by some violent and out-of-control hooligans.  But it is undeniable that people came to D.C. expecting to attend demonstrations or rallies which had received permits from the U.S. Capitol Police and the U.S. Park Police, including at the Ellipse between the Washington Monument and the White House.

The Government reports that about 165 total people have been charged with assaulting, hindering (whatever that means) and/or impeding (whatever that means) law enforcement officers, of which about 50 had dangerous weapons.  The "weapons" consist of lumber and construction items left at the site by the construction crews assembling the scaffolding for the inauguration.  At sentencing, the Government counted as dangerous weapons the horn points on

the Viking helmet of Mr. Chansley referred to as the Shaman (although dressed as a Viking) and his spear that was merely part of his costume.  None of the Defendants had actual weapons in their possession nor accessible on January 6, 2021.

None of the Defendants sued here assaulted anyone.

This lawsuit is plainly filed for an improper purpose to use these noble police officers as pawns in a partisan political power struggle to advance other people's agendas, goals, interests, and benefit.  The lawsuit is almost entirely about whether or not the 2020 Presidential election was stolen.

This lawsuit is filed by a political law firm from the era of far, far, far-Left Students for a Democratic Society, which is now today operating as an electioneering Super-PAC to create campaign commercials for one partisan political party over the other in the upcoming 2022 and 2024 federal election campaigns.

The lawsuit filed by the political law firm is filed for the additional improper purpose of seeking to agitate the dispirited and uninspired voter base of the Democrat Party heading into the 2022 and 2024 elections, and to fraudulently raise campaign funds by perpetrating the lie of racism and/or White supremacy.  At a time in our nation's history when White people are pretending to be Black to gain advancement and benefits and an actor was just convicted of hiring two Black friends to pretend to assault him, we see that racism and white supremacy must now be fabricated because the race-warriors of long ago cannot point to genuine examples.

As if the events on January 6, 2021, were not wrenching enough, they must be made worse by a false, groundless, baseless assertion without any evidence that there is some racial component to those events with regard to the election of Joe Biden with a sketchy past on segregation and race.

## III.    GOVERNING LAW AS TO MOTION TO STRIKE MATERIAL

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(f), the Defendant moves the Court to order the removal of references to the Klu Klux Klan and the incendiary attempts to foment racial division to taint the jury pool in the District of Columbia, such as gratuitously, irrelevantly, and unnecessarily including false allegations about the racial composition of a few, but only a skewed select few, cities.

FRCP Rule 12(f) provides that (using curious terminology):

> * * *
> (f) MOTION TO STRIKE. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:
>> (1) on its own; or
>> (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.
> * * *

## IV.    ARGUMENT

### A)  Allegations Of Racism Are Dramatically Immaterial

Surprisingly, counsel found little useful in precedents for defining the legal meaning of "impertinent" under FRCP Rule 12(f).  However, *Business Guides, Inc v. Chromatic Communications Enterprises, Inc*, 498 U.S. 533, 557, 111 S.Ct. 922, 112 L.Ed.2d 1140 (1991) explains the rule for signature of counsel from English law as ensuring that in "the case laid before him, there is good ground for the suit in the manner in which it is framed.'..." including avoiding that "a bill contained ' irrelevant, impertinent, or scandalous' matter. J. Story, Equity Pleadings § 47, pp. 41-42 (1838)."  That tends to endorse the interpretation that allegations which do not support "good ground for the suit" will likely be "impertinent" under Rule 12(f) – that is not material to the Causes of Action of the Complaint.

That is, material to be struck under Rule 12(f) is *both* unnecessary to the legal claims *and also* scandalous or otherwise offensive, or even unduly prejudicial.

Defendant's counsel (always) urges a logical test:  *Suppose we deleted from the Complaint all references to race and the KKK:  Would anything change in terms of the legitimate legal aspects of the case?*

The Complaint does allege in Count III liability under D.C. Code § 22-3704(A) – the D.C. Bias-Related Crimes Act.  However, Count III does not allege a racial bias.  Count III alleges political bias.  In the only place where bias-related violence is touched on, the Plaintiffs do not connect anything having to do with race or racism to the Complaint.

These smears are unfairly prejudicial.  The Plaintiffs oppose the motion by arguing it is preferable to leave them in rather than to disturb the Complaint as written.  On the contrary, under these circumstances, the inflammatory and incendiary nature of these smears make them unfairly prejudicial

> In regulating the scope of argument, the court should be guided by criteria that are related to the function of argument, i. e., to help the jury remember and interpret the evidence.[4]  The prosecutor and the defense counsel in turn must be afforded a full opportunity to advance their competing interpretations, and to emphasize the principles of law that favor their respective positions.[5]  The court should exclude only those statements that misrepresent the evidence or the law,[6] introduce irrelevant prejudicial matters,[7] or otherwise tend to confuse the jury.[8]

*United States v. Sawyer*, 443 F.2d 712, 713-714, 143 U.S.App.D.C. 297 (D.C. Cir. 1971).  The introduction of groundless distractions can complicate the trial, including by necessitating rebuttal evidence for a fictitious topic that was never substantiated:

> Even under such circumstances the evidence is not inadmissible in the usual sense, but rather is excluded because its admission would unnecessarily expand the trial to include collateral issues, and thus confuse the jury.[14]  * * *  If confusion and misleading of the jury is accomplished in part by a fictitious opening statement,[16] it is no less

16

> reprehensible on that account and the necessity for explanation in rebuttal may be even greater.

*Generally, Bracey v. United States*, 142 F.2d 85,89-90, 79 U.S. App. D.C. 23 (D.C. Cir. 1944)

There is nothing about the Plaintiff's Complaint which depends upon these gratuitous smears of racism. [3]  The false claims actually interfere with any legitimate (if disputed) claims. The incendiary claims of racism distract ***serve only purposes exterior to the courthouse.***  But here in this Court, the Court can require the rule of law.

## B)  A Coincidence Of Race Does Not Justify Claims Of Racism

It is not relevant whether the Plaintiffs are Black.  As alleged in the Complaint, were any of the Plaintiffs attacked <u>*because of being Black?*</u>  Clearly no.  The Plaintiffs do not allege that.

The Plaintiffs have not alleged that any of the Defendants even <u>*knew*</u> the race of any of the officers, underneath riot gear helmets.  The videos show that the most violent confrontations were with officers wearing riot gear and military-style helmets that obscured their faces and heads.  *See:*  https://www.youtube.com/watch?v=c00DjN4m7G4&t=282s  Therefore, those who actually did attack police officers did not do so because of anyone's race.

U.S. Capitol Police are shown on videos lined up under an arched main entrance side by side engaged in battles with a few rioters.  Did rioters assault only the Black officers?  No. Similarly, there are videos of brawls in an open courtyard.  Do we see violent demonstrators singling out only the Black police officers?  No.  About 50-250 violent people indiscriminately battled with any police officer near them, regardless of their race.

---

[3]      Because the Plaintiffs have chosen to bring an omnibus Complaint of many Plaintiffs against many Defendants, the roles of some Defendants being entirely different than others, the Plaintiffs cannot ground blanket claims of racism or White supremacy against all Defendants from allegations that some <u>*unidentified*</u> person – not necessarily any of the Defendants -- supposedly shouted racial epithets, especially when no proof supports this.

The Complaint alleges that the Defendants, primarily Rudy Guiliani, mentioned examples of voter fraud and electoral fraud in cities that happen to have high percentages of both racial minorities and Democrat Party control.  But did any of the Defendants mention the race of any voter?  No.  The Plaintiffs introduced the racial composition of those cities.  Did any of the Defendants criticize the election in any city based on the race of any voter?  No.  The Plaintiffs want to complain based on the mere accident of racial composition of disputed cities.

Indeed, the racial composition of those cities refers to the _legitimate_ registered voters in those cities.  But voter fraud and electoral fraud involves campaign staff or others _stealing_ the ballots or identities of the actual voters.  The race of the legitimate, registered voters of a city are not relevant.  The criminals who stole their votes[4]  would have to be considered, not the race of the voters whose votes were stolen.[5]

### C)  Racism Is One Of The Ugliest Smears In American Society

If false charges of racism and White supremacy do not move this Court to enforce FRCP Rule 12(f), what will?  It is hard to imagine any worse (false) condemnation in today's society than to call someone a racist.  So is Rule 12(f) basically dead letter?

Around 0.05% of the estimated 500,000 to 1 million citizens who demonstrated in Washington, D.C., physically assaulted U.S. Capitol Police officers and D.C.'s Metropolitan Police Department officers.  If these Plaintiffs and others injured were suing _those_  50-250

---

[4]      _See, generally,_ "Ballot Harvesting: What Is It? How Does It Work?", FindLaw, **https://www.findlaw.com/voting/how-u-s--elections-work/ballot-harvesting--what-is-it--how-does-it-work-.html** ("Recent elections in North Carolina have shone a light on potential abuses of ballot harvesting tactics, including:  Mishandling filled and unfilled ballots; Influencing voters' decisions; Illegally filling out voters' ballots").

[5]      To understand what the Defendants were claiming – having nothing to do with race – there is probably no explanation closer to the Defendants than "The Navarro Report" by Peter Navarro, a former Trump aide.  Race clearly plays no role in the allegations of the Defendants about the election.  **https://peternavarro.com/the-navarro-report/**

assailants, they would be limited only by the financial capacity of those assailants to compensate them.

But this lawsuit is filed against the wrong parties and for an improper, partisan purpose.

Finally, we were lectured that we must not **judge** the *mostly White* "Black Lives Matter" demonstrators by the violence of a few.  Yet now it is argued that the 99.95% of January 6, 2021, demonstrators who were thoroughly peaceful are the same as the 0.05% who battled with police.

There was a time, when America was good, that civil rights lawyers fervently rejected judging people as a group based on the actions of a few.  Today, partisan advantage is all.

### D) **"The Klu Klux Klan Act" Does Not Exist – Plaintiff Falsely Claim Racism out of Despicable, Incendiary Race-Baiting to Taint the Jury Pool**

The Complaint purports to be a suit under the (Anti) Klu Klux Act of 1871.

But the Klu Klux Klan Act does not exist.

The Civil Rights Act of 1871 does exist.

Plaintiffs are referring to Public Law (P.L.) 42-22 (April 20, 1871) -- Session 42, Chapter 22; 17 Stat. 13, formally named **"An Act to enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States and for other Purposes."**

According to the U.S. Supreme Court the official short name is "The **Civil Rights Act of 1871.**"[6] *See, e.g., the reference in Monell v. Department of Social Services of City of New York,* 436 U.S. 658, 664, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978).   The "**Civil Rights Act of 1871**" was shepherded through Congress and signed by Republican President Ulysses S. Grant, to carry out the policies of Republican President Abraham Lincoln.

---

[6]        Those seeking to inflame racial tensions pretend that 1964 was the first time a Civil Rights Act was passed, ignoring the landmark Civil Rights Act of 1957 that Republican President Dwight D. Eisenhower championed and ran for re-election on, and the Republican Civil Rights Act of 1960.  Here, the suit is on the 1871 Civil Rights Act.

The session law to which Plaintiffs are referring is now codified in 42 U.S.C. § 1985.  (It was previously codified under the "Revised Statutes.")  A cause of action should be brought under 42 U.S.C. § 1985 as the most proper, useful, official, and legally valid way to state a cause of action.  This is important because the codified statutes incorporate in one place all of the accumulated changes to federal statutes enacted over the years. [7]

The other informal name of the Civil Rights Act of 1871 is "**The Third Enforcement Act of 1871**," referring to the power under the Fourteenth Amendment of Congress to pass laws to enforce the Fourteenth Amendment.  There are occasional references to a Klu Klux Klan Act, but that is not the name for the statutes.

Strikingly, there is no mention of the Klu Klux Klan anywhere in P.L. 42-22  – either in its name, short or long version, or in the actual text of the session law itself.  P.L. 42-22 has a name.  The Act has nothing to do with the KKK.  Not using the correct, official name of the statute is an effort to imply racism without evidence.

Attempts fail at suggesting that the KKK was the evil being addressed by the Act.  The Act reads as focused on the acts that initiated the Civil War, not on the KKK, such as the rebellion of the Confederacy or the attack on Ft. Sumter.  Historically, the KKK was largely a covert instrument of government officials in the former Confederacy.[8]  The KKK mostly

---

[7]     In 1882, the U.S. Supreme Court ruled that the enforcement acts like P.L. 42-22 are unconstitutional, in *United States v. Harris*, 106 U.S. 629 (1882) ("As, therefore, the section of the law under consideration is directed exclusively against the action of private persons, without reference to the laws of the states or their administration by the officers of the state, we are clear in the opinion that it is not warranted by any clause in the Fourteenth Amendment to the Constitution.").  Thus, lawsuits like this should be brought under the codified statutes of the United States Code, not under original session laws which could undergo modification over the years.

[8]     "The Ku Klux Klan was and is undeniably a terrorist organization—but what made the Klan an especially insidious terrorist organization, and a threat to civil liberties, was that it functioned as the unofficial paramilitary arm of Southern segregationist governments  ...  it will be remembered as an instrument of cowardly Southern politicians who hid their faces behind hoods, and their ideology behind an unconvincing facade of patriotism."  Tom Head, "Timeline History of the Klu Klux Klan,"

terrorized private individuals but served government officials.  Many members of the KKK were themselves government officials by day, from police officers to mayors to military, but wore masks or hoods by night to sustain their governmental positions.[9]

Reconstruction stopped in 1877 when Democrats in Congress demanded the removal of Federal authorities from the former Confederate states as a condition of resolving the disputed presidential election of 1876.  U.S. Government authority over former Confederate States was curtailed in the chambers of the U.S. Congress. [10]

It was not KKK resistance to government, but wheeling and dealing in the cloakroom (or similar locations) of the U.S. Congress, that brought Lincoln's Reconstruction Era to an end, and brought on Jim Crow laws and KKK terror as federal troops withdrew from the South, discrimination, segregation, etc.

Ironically, it was a disputed Electoral College vote tally in the 1876 presidential election that ended Reconstruction.  While the 1877 Compromise was ugly and reeks of vote-trading and corruption, critics of these Defendants refuse to acknowledge that Congress' role in counting Electoral College votes has always included hearing and resolving disputes.

Therefore, reading the ***substance*** of P.L. 42-22 also does not add any support to dragging

---

ThoughtCo. , updated December 14, 2020, accessible, at:  **https://www.thoughtco.com/the-ku-klux-klan-history-721444.**  *Saved and preserved on April 18, 2021.*

[9]      "In the 1920s, during what historians call the KKK's "second wave," Klan members served in all levels of American government."  Tara McAndrew, "The History of the KKK in American Politics," JSTOR, January 25, 2017, accessible at:  https://daily.jstor.org/history-kkk-american-politics/

[10]      "The Democrats agreed not to block Hayes' victory on the condition that Republicans withdraw all federal troops from the South, thus consolidating Democratic control over the region. As a result of the so-called Compromise of 1877 (or Compromise of 1876), Florida, Louisiana and South Carolina became Democratic once again, effectively bringing an end to the Reconstruction era."

                              * * *

"The Compromise of 1876 effectively ended the Reconstruction era. Southern Democrats' promises to protect civil and political rights of blacks were not kept, and the end of federal interference in southern affairs led to widespread disenfranchisement of blacks voters."
"Compromise of 1877," History Channel, March 17, 2011, updated November 27, 2019, accessible at: https://www.history.com/topics/us-presidents/compromise-of-1877

the Klu Klux Klan into this lawsuit, either.

**E)  References to Klu Klux Klan Are Irrelevant and Impertinent**

Why, then, do the Plaintiffs sue within the District of Columbia under a supposed "Klu

Klux Klan Act of 1871?"  Why not state a cause of action properly under 42 U.S.C. § 1985?

Rather than using the correct name of the law, Plaintiffs strain to try to inject race into a

racially neutral and color blind controversy.

This entirely unnecessary, irrelevant ("impertinent" as the rules call it), and inappropriate

racial polarization is prejudicial under FRCP Rule 12(f) and a deliberate, knowing, intentional

effort to influence the jury pool.  It is also a deliberate, knowing, intentional effort to use the

Court to defame the Defendants outside of Court.  And it does public harm to society outside of

the Court to have activities in this Court – using the prestige of the federal judiciary – to promote

racial polarization and gratuitously inflame racial animosity which can cause actual, real harm.

The references are included ***TO INFLAME, NOT TO INFORM***.

The Complaint would inflame the jury pool to prejudice the Defendants and to abuse the

judicial process to defame the Defendants in the public through the courts.

Since 92.15% of the District of Columbia's voters voted for the Democrat candidate for

President Joe Biden rather than for Donald Trump, see Exhibit D, attached, Plaintiffs' ploy has

already inflamed potential jurors and will deny the Defendants a fair trial as required under the

Due Process requirements of the U.S. Constitution.

**F)  Plaintiffs on Their Initiative Have Tainted the D.C. Jury Pool**

The publicity resulting from this lawsuit was not – as in the typical case – a result of

events preceding a case, but from the lawsuit itself.

Here, the surge of publicity intentionally seeking to smear Defendants as violating the

"Klu Klux Klan Act" was entirely caused by the Plaintiffs' law firm, and the public relations efforts of allies.

This lawsuit is a campaign commercial for one national political party and the false smears of race-baiting are the Willie Horton of the Left in the 2022 election cycle.  One political party cannot win in 2022 honestly on the facts or their lack of achievements so they must lie.

Pre-trial publicity has falsely presented this lawsuit as claiming violations of the Klu Klux Klan Act.  *See, index of 27,800 Google search results attached as Exhibit E.*  Saturation news coverage reached the D.C. jury pool through USA Today, [11] Politico, [12] The Washington Times, [13] The Washington Examiner, [14] and The Washington Post, [15]

**G) Specific Allegations That Are Objectionable**

The Amended Complaint explicitly includes false and sanctionable allegations in violation of FRCP Rule 11 and in violation of FRCP Rule 12(f):

> 4. Racism and white supremacy pervaded Defendants' efforts from the outset.  Defendants targeted false claims of election fraud at cities and states with significant Black populations—including Atlanta (51% Black), Detroit (78% Black), Milwaukee (39% Black), Philadelphia (43% Black), and Pittsburgh (23% Black)—and sought to intimidate and threaten officials from those and other jurisdictions into overturning the will of the voters. They relied on white supremacist groups and sympathizers to organize and hold rallies and to help plan and carry out the Capitol Attack. Participants in the Attack directed racial epithets at Black officers protecting the Capitol. And after breaching the Capitol, the attackers paraded the Confederate flag and other symbols of white supremacy through the Capitol's halls.

In fact, if votes were stolen from those communities, it means that the votes of Blacks and other minorities were stolen.  These minority voters are the victims of electoral fraud, in the

---

[11]     See Exhibit F,  attached.
[12]     See Exhibit G,  attached.
[13]     See Exhibit H,  attached.
[14]     See Exhibit H,  attached.
[15]     See Exhibit I,  attached.

arguments of the Defendants.

See also ¶ 76 where the Plaintiffs allege facts as to the Arizona election dispute as background, but not in the context of "race." Curiously,  Arizona is over 60% White.  See, Statistical Atlas https://statisticalatlas.com/state/Arizona/Race-and-Ethnicity#overview .

Furthermore, the "Stop the Steal" campaign and concerns began with Antrim, County, Michigan, which is 92.7% White.[16]  Suspicions of many that the election was flawed began when the vote in Antrim County, Michigan placed 8,000 votes in Joe Biden's column on election night and then upon expression of surprise given past voting patterns election officials flipped those 8,000 votes to Donald Trump.[17]

The Plaintiffs allege the racial composition of certain cities, but blatantly omit the main areas of the election dispute which are overwhelmingly White populations.  Thus, the Plaintiffs' counsel know that their allegations are false.  This is sanctionable.

> 27. PROUD BOYS and its members espouse violence and white supremacy. They aspire to develop and maintain a dominant white, western European racial and national identity.  They have promoted and committed acts of violence against members of the Black community, women, Muslims, Jews, immigrants, and other historically marginalized peoples, as well as organizations that support them. PROUD BOYS members have repeatedly aligned themselves with other white supremacist and neo-Nazi groups, purposefully engaged in coordinated street violence, and participated in violent extremist gatherings such as the 2017 "Unite the Right" rally in Charlottesville, Virginia. The Southern Poverty Law Center has designated PROUD BOYS as a hate group, and Canada has named PROUD BOYS a neo-fascist terrorist entity.

As demonstrated above, the Proud Boys prohibit racism and welcome members of all races, religions, and sexual orientations.  It is in their application page and their bylaws.  The

---

[16] https://statisticalatlas.com/county/Michigan/Antrim-County/Race-and-Ethnicity
[17] Randy DeSoto," Michigan County Flips to Trump After Major Vote Tabulation Error Discovered," Western Journal, November 6, 2020, https://www.westernjournal.com/michigan-county-flips-trump-major-vote-tabulation-error-discovered/

Chair of the Proud Boys is a Black man.  The Plaintiffs' allegations are sanctionable as well as

laughably absurd.

> 58. TRUMP also knew his supporters, including other Defendants, consisted of individuals and organizations that espoused white supremacy and violence against Black Americans and other marginalized groups. For example, at the first Presidential campaign debate on September 29, 2020, TRUMP was asked repeatedly to denounce "white supremacists," "militia groups," and specifically PROUD BOYS. In response, instead of denouncing them, TRUMP told PROUD BOYS to "stand back and stand by."

In fact, Trump explicitly denounced the Proud Boys and all White supremacists.  The

allegations concern the presidential debate in Columbus, Ohio, when ***Joe Biden*** – not Donald

Trump -- mentioned the Proud Boys during the September 29, 2020, debate.

The moderator of the debate, Chris Wallace, asked debate participant Donald Trump

during that debate:  [18]

> CHRIS WALLACE:  Are you willing tonight to condemn white supremacists and militia groups…"
>
> DONALD TRUMP:  "Sure…"
>
> CHRIS WALLACE:  "And to say that they need to stand down and not add to the violence in a number of these cities as we saw in Kenosha, and as we've seen in Portland"
>
> DONALD TRUMP:  "Sure, I'm willing to do that."
>
> CHRIS WALLACE:  "Are you prepared specifically to do it?
>
> DONALD TRUMP:   "I would say almost everything I see is from the left wing not from the right wing."
>
> CHRIS WALLACE:  "But what are you saying?"

---

[18]    C-SPAN, September 29, 2020, accessible at:  https://www.c-span.org/video/?475793-1/trump-biden-debate&live.  NOTE:  C-SPAN admits that the apparent transcript on the left side is computer-generated closed caption text, and is not prepared by any human and C-SPAN disclaims any claim to its accuracy.  One must listen to the actual words spoken in the video.  *See* Jonathon Moseley, "C-SPAN posting inaccurate transcripts of Trump briefings -Updated," American Thinker, April 30, 2020, accessible at: https://www.americanthinker.com/blog/2020/04/cspan_posting_inaccurate_transcripts_of_trump_briefings.html.  Counsel searched for news media transcripts to cite to and found that none of them agree with each other or with the actual video of the candidates and mediator actually speaking on camera.

> <u>DONALD TRUMP</u>:   "I'm willing to do anything. I want to see peace."
>
> <u>CHRIS WALLACE</u>:  "Well, do it, sir."
>
> <u>JOE BIDEN</u>:  "Say it.  Do it.  Say it."
>
> <u>DONALD TRUMP</u>:  [pause, thinking] "What do you want to call them?  Give me a name.  Give me a name.   Go ahead and who do you want me to condemn?"
>
> <u>CHRIS WALLACE</u>: "White supremacists and right-wing militias"
>
> **<u>JOE BIDEN: "Proud Boys"</u>**
>
> <u>DONALD TRUMP</u>: "Proud Boys…  Stand back and stand by. But I'll tell you what, somebody's got to do something about Antifa and the left because this is not a right-wing problem. This is a left-wing problem."

Thus, the allegation oft-repeated is a fraudulent lie.  There is no indication that Trump ever had the Proud Boys on his mind nor that he intended to communicate anything to them. When Joe Biden suggested that Donald Trump should condemn the Proud Boys and tell them to stand down, Donald Trump agreed… but only upon Joe Biden choosing the target Biden's fixation and paranoia.

On the contrary, Trump disclaimed having any group or person in mind.  In the video (not in written form), Trump visibly hesitates before asking "What do you want to call them? Give me a name. …"  indicating that he doesn't know specifically who Chris Wallace is talking about.

> "I don't know who the Proud Boys are. You'll have to give me a definition because I really don't know who they are. I can only say they have to stand down and let law enforcement do their work," Trump told reporters at the White House.
>
> The president then echoed his comments from Tuesday night, insisting that the "real problem" is antifa, the broad, far-left militant anti-facist movement.

"Whatever group you are talking about, let law enforcement do the work. Now, antifa is a real problem. Because the problem is on the left. And Biden refuses to talk about it," Trump said.

* * *   When asked by a reporter if he welcomed support from white supremacist groups or would denounce them, Trump said that "law and order" was important to his campaign, and added, "I have always denounced any form – any form of any of that, you have to denounce. But I also – Joe Biden has to say something about antifa."

Claire Hensen, "Trump: 'I Don't Know Who the Proud Boys Are,'" U.S. News, September 30, 2020, accessible at:  https://www.usnews.com/news/national-news/articles/2020-09-30/trump-i-dont-know-who-the-proud-boys-are

Note that it does not matter if trump secretly believed what he said.  It is a sanctionable misrepresentation in violation of FRCP Rule 11 to claim that the Proud Boys would be encouraged by Trump telling the world "I don't know who the Proud Boys are." Or "I can only say they have to stand down and let law enforcement do their work."  Or "Whatever group you are talking about, let law enforcement do the work."

When asked for the 100,000th time if he would denounce White supremacists – which Trump has always answered yes, he does – "I have always denounced any form – any form of any of that, you have to denounce."  This would not encourage or conspire with White supremacists, if there are any left in the United States.

68. Many of the false claims of election fraud propagated by Defendants targeted Black and minority voters. TRUMP, TRUMP FOR PRESIDENT, Giuliani, and others worked jointly to overturn the election results in major cities where Black voters had overwhelmingly supported Biden and Harris. Giuliani falsely claimed there had been widespread voter fraud in Detroit, Atlanta, Philadelphia, and Pittsburgh—all of which have large Black populations—and that Philadelphia had "a sad history of voter fraud." He also falsely claimed that deceased Black Americans had been allowed to vote, misleadingly calling out specific Black voters by name.  Later, Giuliani advocated for rejecting all votes cast in Detroit,

which has a population that is 78 percent Black. Giuliani falsely
asserted that TRUMP lost Wisconsin because of voter fraud in
Milwaukee and Madison, which are also home to large Black
populations, and claimed that "big city . . . crooks" in multiple states
had conspired to "steal votes" from TRUMP. Attempts to smear
Black voters and cities   with large Black populations as criminal and
fraudulent have long been used to disenfranchise Black Americans
and were interpreted this way by many of the conspirators.  This
narrative fueled anger among white supremacist groups and others
and evidences the racism that helped motivate them from the start.

Again, of course, these minority voters are the ones whose votes were stolen by mostly-

White Democrat operatives in the electoral fraud alleged by the Defendants.   Naming the cities

were voters votes were stolen is not racially discriminatory against those whose votes were

stolen there.  The legitimate voters of those cities are not the problem, obviously.

76.  a. On December 23, 2020, TRUMP called Frances Watson, the
chief investigator for the Georgia Secretary of State's office, who was
performing a ballot audit in Cobb County, and told her—without any
factual support—to scrutinize the ballots and she would find
"dishonesty." TRUMP stressed to Watson that she would earn
TRUMP's "praise" if she did so. TRUMP also asked Watson to
review votes in Fulton County, Georgia's most populous county,
where 45% of residents are Black.

80. Consistent with the racially motivated mission of PROUD BOYS,
the rally resulted in acts of violence against Black Americans.
PROUD BOYS members attacked a Black woman and, separately, a
solitary Black bystander, trapping him against a wall and beating him
until police arrived. PROUD BOYS members also deliberately
destroyed property at Black institutions in the District of Columbia,
tearing down multiple Black Lives Matter signs at historically Black
churches, including Asbury United Methodist Church and  etropolitan
African Methodist Episcopal Church. TARRIO was arrested in illegal
possession of high-capacity firearms magazines on January 4, 2021,
in Washington, D.C., on charges of burning the Asbury church's
banner. He pled guilty to both of these offenses on July 19, 2021

Of course, TARRIO is a Black man who immigrated legally from Cuba.  Ooops. Furthermore, the Proud Boys were in fact attacked and stabbed by the Left-wing rioters, some of whom were Black, on December 12, 2020.

It is likely that the false smears that the race-neutral Proud Boys are racist (which they are not) is inciting violence that is going to get someone killed.  Proud Boys members suffered stab wounds from the violent attacks by Leftists upon them on December 12, 2020.

### H)  Plaintiffs' Allegations are Improper, Including as Rule 11 Violations

Given that the Plaintiffs' allegations also violate FRCP Rule 11, the effects upon the jury pool are legally even more significant.

Given that the Plaintiffs' allegations also violate FRCP Rule 11, the propriety and necessity is far greater of striking the "impertinent" and "scandalous" material (as FRCP Rule 12(f) oddly describes it – Defendant's counsel would describe the material as false, unnecessary, and unfairly prejudicial).  Matter that violates FRCP Rule 11 especially should be stricken.

Plaintiffs sue under a non-existent law transparently for the purpose of continuing to lie about these Defendants and falsely accuse the Defendants of being White supremacists.  This allegation is without evidentiary support.

Without the slightest shred of any evidence of any racial motivation, Plaintiffs allege that attempts to ensure that the 2020 presidential election was conducted honestly, pursuant to Article II, Section 1 of the U.S. Constitution, accurately, and transparently for the confidence of the American people has some racial motive.

There is no evidentiary basis for Plaintiffs alleging that preferring Trump over Biden for President in November 2020 or wanting credible, accurate election results the public can trust would have any racial aspect to it whatsoever.  The attempt to inject race into events having no

racial component of any kind is a violation of FRCP Rule 11, once these defamatory lies from the political world became converted into the Complaint filed here in federal court.

Whether one candidate is better than another is of course, beyond all doubt, not of interest to federal courts.  But corrupting the judicial process with false and frivolous allegations of racism is an improper purpose under FRCP Rule 11 and should be of concern.

## V.   CONCLUSION

The Court should order that the Complaint be redrafted to remove mentions of a Klu Klux Klan Act, the Klu Klux Klan, White supremacists, racism, racial motives, or other material that FRCP Rule 12(f) calls in colorful language impertinent or scandalous.

Dated:  December 24, 2021               RESPECTFULLY SUBMITTED
                                        ZACHARY REHL, *By Counsel*


                                        Jonathon A. Moseley, Esq.

                                        USDCDC Bar No. VA005
                                        Virginia State Bar No. 41058
                                        Mailing address only:
                                        5765-F Burke Centre Parkway, PMB #337
                                        Burke, Virginia 22015
                                        Telephone:  (703) 656-1230
                                        Facsimile:  (703) 997-0937
                                        Contact@JonMoseley.com
                                        Moseley391@gmail.com


                                        Jonathon A. Moseley, Esq.


        Mr. Damon Hewitt, Esq.
        Jon Greenbaum, Esq., D.C. Bar No. 489887

Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

Jonathon A. Moseley, Esq.