# Proud Boys Philadelphia

TENETS    BLOG/NEWS    CONTACT

## Tenets

Long ago, men were held to a different standard. Men were taken at their word and expected to hold to it. The best of men considered cowardice to be worse than death, and when they said something, they meant just that. When you accused a man of impropriety, you had to do so to his face, and accept the consequences. To be a Proud Boy, you are expected to hold to this standard. Today, a great deal of accusations are made irresponsibly by faceless men and women on the Internet, who do not share this standard. Today, Proud Boys are called Racist, Fascist, and Neo-Fascist by people with a political agenda, or who don't know what the words even mean. When we say we don't accept Racism, Fascism, or Neo-Fascism, we mean just that. Period.

**WE BELIEVE IN:**

- **Minimal Government**
- **Freedom of Speech**
- **National Sovereignty**
- **Individual Sovereignty**
- **Individual Accountability**
- **Glorifying the Entrepreneur**
- **Venerating the Housewife**
- **Reinstating a Spirit of Western Chauvinism**

**WE REJECT:**

- **Racism of Any Kind**
- **Fascism**
- **Socialism**
- **Censorship**
- **The Drug War**
- **Political Correctness**
- **Identity Politics**
- **Dishonesty**

Copyright © 2021 Proud Boys Philadelphia | All Rights Reserved