

# Coming Soon

**Apply Here** (Application/)

If you would like to join the Philadelphia chapter, you must be a man and you must love the west. Men of all races, religions, national origins, gay or straight are welcome.

**Contact Us** (https://web.archive

Click above or email us at PBphilly@protonmail.com (https://web.archive.org/web/20201231060433/mailto:PBphilly@protonmail.com)

© 2020 by Proud Boys Philadelpha | All Rights Reserved