

"U.S. Capitol police officers"   sue  "capitol riot"

- All
- News
- Images
- Videos
- Shopping
- More
- Tools

About 62,200 results (0.39 seconds)

https://www.aljazeera.com › news › capitol-police-offic...

### US Capitol Police officers sue Trump over January 6 riot - Al ...
Aug 26, 2021 — A group of seven **US Capitol Police officers** are **suing** former President Donald Trump accusing him of conspiring with far-right groups and ...

https://www.nbcnews.com › politics › congress › capito...

### Capitol Police officers sue Trump, allies over riot - NBC News
Aug 26, 2021 — Capitol Police officers **sued** former President Donald Trump, his allies and members of far-right extremist groups over the Jan. 6 riot.

https://www.washingtonpost.com › local › 2021/08/26

### Seven Capitol Police officers sue Trump, far-right groups over ...
Aug 26, 2021 — Seven **U.S. Capitol Police officers** on Thursday **sued** former president Donald Trump and more than a dozen alleged participants in the Jan.

https://www.cnbc.com › 2021/08/26 › capitol-police-offic...

### Capitol Police officers sue Trump, Roger Stone, Proud Boys over
Seven **U.S. Capitol Police officers** filed a federal lawsuit Thursday accusing former President Donald Trump, far-right "violent extremist groups" ...
Aug 26, 2021

https://www.cbsnews.com › news › capitol-police-officers...

### Capitol Police officers sue Trump and his allies over January 6 ...
**U.S. Capitol Police officers** who were attacked and beaten during the **Capitol riot** filed a lawsuit Thursday against former President Trump, ...

 "U.S. Capitol police officers"   sue  "capitol riot"  

Seven **U.S. Capitol Police officers** on Thursday filed a lawsuit against former President Trump, Trump ally Roger Stone and ... 6 **Capitol riot**.
Aug 26, 2021

https://www.theguardian.com › us-news › aug › donald...

### Capitol police officers sue Trump and far-right groups over 6 ...

Aug 26, 2021 — Capitol police officers **sue** Trump and far-right groups over 6 January attack ... Six **US Capitol police officers** could face discipline for 6 ...

https://www.courthousenews.com › capitol-police-offic...

### Capitol Police officers sue Trump and extremist groups over ...

Aug 26, 2021 — WASHINGTON (CN) — A group of seven **U.S. Capitol Police officers sued** ... 6 **Capitol riot**, in the most comprehensive and expansive lawsuit ...

https://www.msnbc.com › rachel-maddow-show › capit...

### Capitol Police officers sue Trump and allies over Jan. 6 attack

Aug 27, 2021 — **U.S. Capitol Police officers** who were attacked and beaten during the **Capitol riot** filed a lawsuit Thursday against former President Donald ...

https://www.wsj.com › articles › capitol-police-officers-su...

### Capitol Police Officer Said He Shot Ashli Babbitt as 'Last Resort'

Aug 26, 2021 — ... seven other **U.S. Capitol Police officers sued** Mr. Trump and ... of video and audio from the **Capitol riot** to better understand how a mob ...

### Related searches

🔍 capitol riot **arrests list by party**

🔍 capitol police **officer resigns 2021**

🔍 capitol police **officer resigns**



"U.S. Capitol police officers"   sue  "capitol riot"

  

Next

● **Yorkshire, Virginia**  -  Based on your past activity  -  Update location

Help    Send feedback    Privacy    Terms