



LEGAL

# 7 Capitol Police officers sue Trump, others over Capitol riot

The suit claims the ex-president conspired with far-right groups to foment violence over election results.



Then-President Donald Trump gestures as he arrives to speak at a rally in Washington on Jan. 6, 2021. | Jacquelyn Martin/AP Photo

By **JOSH GERSTEIN**
08/26/2021 01:17 PM EDT

  

Seven veteran Capitol Police officers who defended Congress during the Jan. 6 attack are suing former President Donald Trump, pro-Trump militias and other associates, claiming they conspired to violently overturn the results of the 2020 election.

The suit, filed Thursday morning in U.S. District Court in Washington by the Lawyers Committee for Civil Rights Under Law, contends that Trump and his allies violated the Ku Klux Klan Act and D.C. law by scheming to block Congress from certifying Joe Biden's win.

Advertisement



"Because of Defendants' unlawful actions, Plaintiffs were violently assaulted, spat on, tear-gassed, bear-sprayed, subjected to racial slurs and epithets, and

put in fear for their lives," the suit says. "Plaintiffs' injuries, which Defendants caused, persist to this day."

Also named as defendants in the suit, which seeks an unspecified amount of damages: the Trump campaign, longtime Trump adviser Roger Stone, a group called Stop the Steal that helped organize the rally Trump addressed on Jan. 6, more than a dozen individuals facing criminal charges related to the riot and several organizations whose members were allegedly involved, such as the Oath Keepers and Proud Boys.

"We joined the Capitol Police to uphold the law and protect the Capitol community," the seven officers said in a joint statement. "On Jan. 6 we tried to stop people from breaking the law and destroying our democracy. Since then our jobs and those of our colleagues have become infinitely more dangerous. We want to do what we can to make sure the people who did this are held accountable and that no one can do this again."





The lawsuit is the second by Capitol Police officers against Trump. The first, filed earlier then year by two officers, accuses Trump of inciting the Jan. 6 riot.

Members of Congress have also sued over the violence. In February, Rep. Bennie Thompson (D-Miss.) filed suit against Trump, Giuliani, the Proud Boys and others. A dozen other Democratic House members joined the lawsuit as plaintiffs later, and Thompson dropped out of the case in July after being named chair of the House select committee probing the origins of the riot.

In March, Rep. Eric Swalwell (D-Calif.) sued Trump, Giuliani, Rep. Mo Brooks (R-Ala.) and Donald Trump Jr. over their alleged roles in encouraging the violence.

Lawyers for the officers pressing the newly filed suit asked that it be assigned to Judge Amit Mehta, an Obama appointee already handling the other riot-related civil cases.

Legal experts have said that cases against people actually accused of violence on Jan. 6 are likely to have traction. However, the claims against Trump, Giuliani and others face an uphill battle in court due to broad First Amendment protections accorded to speech on political topics. Attorneys

Amendment protections accorded to speech on political topics. Attorneys pressing the cases say they hope to get the suits into a discovery phase, where they can explore how the rallies leading up to the Jan. 6 riot were financed and what discussions there were among organizers about the potential for violence.

FILED UNDER: CAPITOL POLICE, DONALD TRUMP, PRESIDENT DONALD TRUMP, JAN. 6 CAPITOL RIOT,

## MOST READ



**1  INSURRECTION FALLOUT**
Bernie Kerik plans to publicly release documents demanded by Jan. 6 committee



**2  CONGRESS**
Say it ain't Joe: Manchin's not the only big hurdle left for Biden's megabill

**3**

# Huddle

A play-by-play preview of the day's congressional news



EMAIL

Your Email

| INDUSTRY | EMPLOYER |
|---|---|
| Select Industry ▼ | Employer |

* All fields must be completed to subscribe.

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

Advertisement



NEWS ABOUT PRESIDENT JOE BIDEN



Biden administration to lift travel ban from south African countries Dec. 31



The Worst Political Predictions of 2021



Say it ain't Joe: Manchin's not the only big hurdle left for Biden's megabill



Opinion | Biden's Big Covid Mistake: Overconfidence and Overpromising



A flood of climate aid is coming from Washington. Will those who need it miss out?

Advertisement

SPONSORED CONTENT                                                                                           By

Case 1:21-cv-02265-APM   Document 107-8   Filed 12/24/21   Page 9 of 10



### Searching for a new credit card? Choose from our top picks.
NerdWallet

### The Most Unpleasant Citizens In The U.S. Ranked In Order, By…
Money Wise

### Unsold Camper Vans For Pennies On The Dollar
Camper Van Warehouse | Search Ads

### [Photos] Jen Psaki Is Happily Married To Her Partner
Sport Pirate

### Throw away your old iPhone—this could be 50X bigger
The Motley Fool

### These Pants Look like a Pant but Feel like a Legging
American Giant on Real Simple

### The New Comfortable Mask Is Taking Petersham By Storm
Hilipert™ KF94 MASK

### [Photos] Alexandria Ocasio Cortez's Partner Might Look…
Investment Guru

### Kirkland Products That Are Actually Big Brands In Disguise
Money Wise

### 100 Greatest Sports Photos of All-Time
Sports Illustrated - Edition

About Us
Advertising
Breaking News Alerts
Careers
Credit Card Payments
Digital Edition
FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

_____

© 2021 POLITICO LLC