

**Member Log In**Log In | **Subscribe Now**

# Seven Capitol Police officers file lawsuit against Trump over storming of Capitol

by Misty Severi, Breaking News Reporter   | August 26, 2021 03:26 PM

Seven Capitol Police officers are suing former President Donald Trump, Roger Stone, the Proud Boys, and other Trump supporters for events that took place during the storming of the Capitol building on Jan. 6.

The lawsuit accuses Trump of spreading falsehoods regarding widespread election fraud, as well as encouraging the use of force, threats, and inciting violence against members of Congress. The plaintiffs claim that Trump knew about the threats against members of Congress and ignored requests to call off the rioters.



The suit alleges there was a violation of the "federal Ku Klux Klan Act, the D.C. Bias-Related Crimes Act, and other laws" as the primary reason for legal action.

Officers Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, and Jason Deroche are listed as plaintiffs. The officers assert that they are victims of violent assault due to the fault of the 25 named defendants — alleging they were spat on, tear-gassed, and bear-sprayed during the riots.

The officers were "subjected to racial slurs and epithets, and put in fear for their lives," the filing read, adding, "Plaintiffs' injuries, which Defendants caused, persist to this day."

**TRUMP SAYS 'EXECUTIVE PRIVILEGE WILL BE DEFENDED' IN AFFRONT TO CAPITOL RIOT COMMITTEE**

"Many Defendants in this case planned, aided, and actively participated in that attack. All Defendants are responsible for it," read the document.

The lawsuit also goes into detail regarding some of the officers' personal experiences on Jan. 6.

DeRoche claims he was caught in a melee where he was pelted with batteries and was doused with mace and bear spray, causing his eyes to swell shut.

12/24/21, 3:06 PM		Seven Capitol Police officers file lawsuit against Trump over storming of Capitol | Washington Examiner

Case 1:21-cv-03265-APM   Document 107-10   Filed 12/24/21   Page 2 of 2

This legal action is the latest of a string of lawsuits surrounding the attack. However, it's first to allege that Trump had concerted with both political organizers and far-right extremist groups such as the Proud Boys to promote the "Big Lie," according to the [New York Times](#). It is also the largest civil action against Trump and his administration.

The plaintiffs are seeking compensatory and punitive damages to be determined by a jury at trial.

## Just In...

Watch: Child's father tells Biden 'Let's go Brandon' on live phone call

Terrified boy uses sign language to beg for 'help' while on Santa's lap

Santa's measurements may surprise you: Official numbers released

SpaceX sends Christmas presents and detergent to astronauts so they can try to do laundry on long trips to Mars

Georgia election workers sue Rudy Giuliani and OAN over election fraud claims

Kamala Harris seeks counsel from Hillary Clinton for 'a path forward'

Build Back Better bust: Massive spending bill halted ▶

Straddling the Great Wall: People vs. Products ▶