IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*

                      **Plaintiffs**,

  v.

DONALD J. TRUMP, *"solely in his personal capacity"*

                      **Defendants.**

Civil Action No. 1:21-cv-02265-APM

### [PROPOSED] ORDER UPON ZACHARY REHL'S RULE 12 MOTION TO STRIKE IMPROPER MATERIAL FROM AMENDED COMPLAINT

WHEREAS, the Accused ZACHARY REHL, by counsel, came before the Court for hearing upon his Motion to Strike Impertinent Matter pursuant to Federal Rule of Civil Procedure 12(f), from the Plaintiffs' Amended Complaint, which is opposed by the Plaintiffs, and

WHEREAS the motion came before the Court for hearing on _____, and

WHEREAS the Court has heard and considered the pleadings and argument of counsel, including counsel for ZACHARY REHL and the Plaintiffs, and

WHEREFORE, it is hereby ORDERED and ADJUDGED that the plaintiffs <u>   shall   [or]   need not unless they deem it desirable to them </u> Amend their Complaint , and accordingly leave of Court to Amend is hereby granted to the Plaintiffs, including to

    A. Remove references to the Klu Klux Klan Act as likely to be prejudicial to the Defendants and instead cite to the relevant codified statutes that they wish to base their claims upon. If this

requires splitting their counts into additional counts leave for doing so is granted.

B. Remove references to the Klu Klux Klan as likely to be prejudicial to the Defendants, unless counsel has a credible, reliable factual basis for alleging that a Defendant is a member of the Klu Klux Klan, supporter, or promoter.

C. Remove references to racism or White supremacy concerning a Defendant if the sole basis for the allegation is that other people support the Defendant outside of that Defendant's control. Support that might be based upon other, unrelated issues cannot substantiate racism or White supremacy of a Defendant who did not invite or control the support by other people.

D. Remove references to racism or White supremacy or the race of any voter or city population or of any law enforcement officer if the sole basis for the allegation is that voters or residence of a city happen to be of a certain race but counsel has no credible, reliable, good faith basis for alleging that any Defendant actually acted towards any person *because of* their race. References that people or populations *happened to be* of a certain race, but race is not the reason for the Defendant's actions or statements are likely to be unfairly prejudicial to the Defendants.

E. Remove references to racism or White supremacy if the sole basis for accusing one or more of the Defendants is the opinions of other

persons or organizations. Statements of government officials, elected officials, or agencies prior to these Defendants becoming controversial as part of the 2020 Presidential election as of March 1, 2020, shall not be considered as being during the heat of the Presidential election.

F. Remove references to racism or White supremacy or the race of any voter or city population or of any law enforcement officer concerning any action or statement of a Defendant where the only reference to race is supplied solely by the interpretation of the Plaintiffs.

G. Remove references to racism or White supremacy or the race of any voter or city population or of any law enforcement officer involving an incident where there is no credible, reliable, good faith basis for believing that the Defendant who is being accused actually knew the race of a police officer or voter or population.

H. Remove references to racism or White supremacy or the race of any voter or city population or of any law enforcement officer concerning specific Defendants for whom there is no credible, reliable, good faith basis for accusing specific Defendants of any racist or White supremacist actions, statements, or espoused beliefs held by other Defendants or other persons. If there is a good faith, credible, reliable basis for accusing one Defendant other Defendants shall not be grouped in purely by association alone.

I. Remove references to racism or White supremacy if based solely on the beliefs, actions, or group affiliations of other people who are not Defendants in this case, that is accusing these Defendants of the logical issue of "guilt by association" (which in this context means association within an argument; this does not restrain allegation of actual membership in a racist or White supremacist organization if counsel has a good faith basis for the allegation).

J. Ensure that any claim of the use of a racial slur is grounded in a credible, reliable, good faith basis known to the Plaintiffs' counsel that the incident occurred.

K. Remove references to racism or White supremacy of a law enforcement officer whose race was not evident because of wearing riot gear or other type of helmet and/or masks.

**SO ORDERED**

Dated: _____    _____
TIMOTHY J. KELLY
United States District Judge