IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.**<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.**<br><br>　　　　Defendants. | Civil Action No.  1:21-cv-02265-APM |

**DEFENDANT KELLY MEGGS' MOTION FOR LEAVE
FOR FILING RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

COMES NOW the Defendant Kelly Meggs (Mr. Meggs), by and through undersigned counsel, and moves for leave to file Mr. Meggs' Motion to Dismiss the Plaintiffs', Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason Deroche, ("Plaintiffs"), Amended Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, one day out of time.  On December 7, 2021, this Court ordered that Response be filed by December 23, 2021.

1. On December 23, 2021, however, the Clerk's electronic filing system became unavailable at or about 7:00 PM, when the undersigned attempted to file the Motion to Dismiss.

2. Counsel called the phone number for CM/ECF Help Desk for the United States District Court for the District of Columbia at 202.354.3000 to notify them of the District Court for the District of Columbia's ECF Filing system failure, but got no answer.  L.R. 5.4(g).

3. The undersigned also emailed the PACER email at [pacer@psc.uscourts.gov.](mailto:pacer@psc.uscourts.gov)

4. The undersigned emailed this Court's clerk, and all of the other counsel in this case, at 8:09 PM on December 23, 2021 attaching PDF copies of the Motion to Dismiss the Amended Complaint, the Memorandum in Support thereof and the Proposed Form of Order.

5. After the system did not come back online, the undersigned emailed a copy of the 8:09 PM email to all counsel to: dcd_cmecf@dcd.uscourts.gov.

WHEREFORE, the foregoing premises considered, Defendant Kelly Meggs respectfully requests that this Court grant this Motion for Leave to file Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, and deem the attached as EXHIBIT ONE, Kelly Meggs' Motion to Dismiss[1], the Memorandum in Support and Proposed Order, filed, and for such other relief as the court deems appropriate.

Dated:  December 24, 2021                              Respectfully Submitted,


                                                       /s/ *Juli Z. Haller*
                                                       Julia Z. Haller (#466921)
                                                       Law Offices of Julia Haller
                                                       601 Pennsylvania Avenue, NW
                                                       S. Building, Suite 900
                                                       Washington, D.C. 20004
                                                       Tel: 202.729.2201
                                                       hallerjulia@outlook.com
                                                       *Counsel for Defendant, Kelly Meggs*

---

[1] Dated and signed 12/23/21 (it has not been changed from the attempted filing on December 23, 2021).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of December, 2021, a copy of the foregoing Motion for Leave to file Defendant Kelly Meggs' Motion to Dismiss the Amended Complaint, the attached Memorandum in support thereof, and the Proposed Form of Order was filed electronically to serve all counsel of record.

                                                                             /s/ *Juli Z. Haller*
                                                                          Julia Z. Haller