IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.** <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

## ORDER

**UPON CONSIDERATION** of Defendant's, Kelly Meggs, Motion for Leave to file Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and Points and Authorities in Support thereof, any Opposition thereto, and the entire record herein, good cause having been shown, it is by the Court this _____ day of _____, 2021, hereby

ORDERED, that Defendant Kelly Meggs' Motion for Leave to file Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and Points and Authorities in Support thereof, and Proposed Order is GRANTED; and it is further

ORDERED, that said Motion Dismiss Plaintiff's Amended Complaint, and Points and Authorities in Support thereof, and Proposed Order attached to the Motion for Leave is deemed filed.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge