IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.**<br><br>    Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.**<br><br>    Defendants. | Civil Action No. 1:21-cv-02265-APM |

**DEFENDANT KELLY MEGGS' MOTION TO DISMISS AMENDED COMPLAINT
AND INCORPORATED POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the Defendant Kelly Meggs (Mr. Meggs), by and through undersigned counsel, and moves to dismiss Plaintiffs', Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason Deroche, ("Plaintiffs"), Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The attached Memorandum of Points and Authorities, and a Proposed Form of Order, all incorporated herein, also further support the Motion. Mr. Meggs requests oral argument.

[SIGNATURE ON NEXT PAGE]

Dated:  December 27, 2021	Respectfully Submitted,

               */s/ Juli Z. Haller*
              Julia Z. Haller (#466921)
              Law Offices of Julia Haller
              601 Pennsylvania Avenue, NW
              S. Building, Suite 900
              Washington, D.C. 20004
              Tel: 202.729.2201
              hallerjulia@outlook.com
              *Counsel for Defendant, Kelly Meggs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of December, 2021, a copy of the foregoing Motion to Dismiss the Amended Complaint, the attached Memorandum in support thereof, and the Proposed Form of Order was filed electronically to serve all counsel of record.

               */s/ Juli Z. Haller*
              Julia Z. Haller