IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.**<br><br>       Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.**<br><br>       Defendants. | Civil Action No. 1:21-cv-02265-APM |

**UPON CONSIDERATION** of Defendant's, Kelly Meggs, Motion to Dismiss Plaintiff's Amended Complaint, and Points and Authorities in Support thereof, any Opposition thereto, any Reply and Oral Argument, and the entire record herein, pursuant to (a) Rule 12(b)(1) of the Federal Rules of Civil Procedure ("FRCP") with respect to the causes of action which seek declaratory relief and injunctive relief, and (b) FRCP Rule 12(b)(6) with respect to the state-based causes of action which implausibly seek to make all Defendants in this case responsible for the intervening, independent, criminal acts of others who allegedly committed treacherous acts whether intentionally or negligently, whereas it is not plead that this Defendant caused any of these acts or committed any injuries.

it is hereby **ORDERED**, that the Motion to Dismiss is hereby **GRANTED**, and that Plaintiff's Complaint against Defendants is dismissed for under FRCP 12(b)(1) and (b)(6).

**SO ORDERED**.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge