IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.**<br><br>Defendants. | Civil Action No.  1:21-cv-02265-APM |

**DEFENDANT KELLY MEGGS' NOTICE OF WITHDRAWAL**

COMES NOW the Defendant Kelly Meggs (Mr. Meggs), by and through undersigned counsel, to file this Notice to Withdraw Defendant's filing of a Motion for Leave to file the Motion to Dismiss, Memorandum in Support of and Proposed Form of Order and Exhibit One, ECF 108 and its attachments, as moot.  The Motion to Dismiss, Memorandum in Support of and Proposed Form of Order are now filed under ECF 110.

Dated:  December 27, 2021          Respectfully Submitted,

               /s/ *Juli Z. Haller*
               Julia Z. Haller (#466921)
               Law Offices of Julia Haller
               601 Pennsylvania Avenue, NW
               S. Building, Suite 900
               Washington, D.C. 20004
               Tel: 202.729.2201
               hallerjulia@outlook.com
               *Counsel for Defendant, Kelly Meggs*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on the 27th day of December, 2021, a copy of the foregoing Notice of Withdrawal was filed electronically to serve all counsel of record.

/s/ *Juli Z. Haller*
Julia Z. Haller