# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

DANNY MCELROY
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

BYRON EVANS
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

GOVERNOR LATSON
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

MELISSA MARSHALL
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

MICHAEL FORTUNE
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

~~and~~ JASON DEROCHE
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

Civil Action No. ————————1:21-CV-02265-APM

**JURY TRIAL DEMANDED**

REGINALD CLEVELAND
c/o Lawyers' Committee for Civil Rights
Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005,

                    Plaintiffs,

        v.

DONALD J. TRUMP
*solely in his personal capacity*
Mar-A-Lago
1100 S. Ocean Boulevard
Palm Beach, FL 33480,

DONALD J. TRUMP FOR PRESIDENT,
INC.
c/o Bradley T. Crate ~~(Treasurer)~~
725 Fifth Avenue
New York, NY 10022,

MAKE AMERICA GREAT AGAIN PAC
c/o Bradley T. Crate
P.O. Box 13570
Arlington, VA 22219,

STOP THE STEAL L.L.C.
c/o George B. Coleman
3 South Jackson Street
Montgomery, AL 36104,

ALI ALEXANDER, a/k/a Ali Abdul Razaq
Akbar, a/k/a Ali Abdul Akbar
5125 Pinellas Avenue
Fort Worth, TX 76244,

BRANDON J. STRAKA
1105 Harney Street, Apt 502
Omaha, NE 68102,

ROGER J. STONE, JR.
447 Coral Way
Fort Lauderdale, FL 33301,

PROUD BOYS
an unincorporated association
c/o Enrique Tarrio
5730 NW 2nd Street
Miami, FL 33126,

PROUD BOYS INTERNATIONAL, L.L.C.
c/o Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227,


ENRIQUE TARRIO
5730 NW 2nd Street
Miami, FL 33126,

ETHAN NORDEAN
31930 169th Avenue S.E.
Auburn, WA 98092,

JOSEPH R. BIGGS
114 Camino Circle
Ormond Beach, FL 32174,

ZACHARY REHL
3058 Almond Street
Philadelphia, PA 19134,

CHARLES DONOHOE
205 Chrisfield Court
Winston-Salem, NC 27104,

DOMINIC J. PEZZOLA
4039 Lake Avenue
Rochester, NY 14609,

OATH KEEPERS
c/o Christopher R. Grobl, Esq.
4625 West Nevso Drive
Suites 2 & 3
Las Vegas, NV 89103,

STEWART RHODES
9012 Sawgrass Court
Granbury, TX 76049,

THOMAS E. CALDWELL
274 Wadesville Road
Berryville, VA 22611,

JESSICA WATKINS
4868 Stoneybrook Boulevard
Hilliard, OH 43026,

KELLY MEGGS
14100 SW 101st Lane
Dunnellon, FL 34432,

ALAN HOSTETTER
515 Monterey Lane, Apt 4
San Clemente, CA 92672,

RUSSELL TAYLOR
16 Brittle Star Lane
Ladera Ranch, CA 92694,

ERIK SCOTT WARNER
28574 Moon Shadow Drive
Menifee, CA 92584,

FELIPE ANTONIO "TONY" MARTINEZ
217 Laurelwood Court
Lake Elsinore, CA 92530,

DEREK KINNISON
212 Mohr Street
Lake Elsinore, CA 92530,

RONALD MELE
44883 Corte Sierra
Temecula, CA 92592,

and JOHN DOES 1-10,

                    Defendants.

## Answer to Amended Complaint

Comes Now the Defendant Thomas E. Caldwell, pro se, and files this amended answer and Motion to Dismiss:

1) In Response to Plaintiff's Amended Complaint, ECF No. 91, the Defendant, Thomas E. Caldwell, files the following Answer and Motion to Dismiss:

2) That the Amended Complaint, ECF No. 91, is virtually identical as to the allegations against the Defendant with the only exception being that the paragraph numbers have been changed.

3) That Defendant reasserts his answers as stated in his initial Answer to the first Complaint as they appropriately correspond to the recycled and renumbered allegations.

4) That as to any additional allegations made in the Amended Complaint, Defendant generally denies the allegations, and makes clear that he did not enter the Capitol on January 6, 2020, that he did not conspire with anybody to stop the Electoral College Certification, that Plaintiffs are largely taking social media messages out of context.

5) As to allegations regarding additional Plaintiff Reginald Cleveland, Defendant lacks sufficient information to admit or deny the claims in the Amended Complaint.

6) That Defendant denies that he caused any injury, physical, mental, or financial, to any of the Plaintiffs as a result of his actions on January 6th.

## Motion to Dismiss Counts pursuant to Rule 12

7) That Defendant moves to dismiss all counts in the Complaint.

8) That Defendant hereby notify the Court that he joins all previously filed motions to dismiss filed by co-defendants in this matter and requests that the arguments set forth by his co-defendants be equally applied to his case.

9) That the case should be dismissed based on previously claims made by Defendant in his original Answer to the original Complaint.

10) That Count I, Conspiracy to Interfere with Civil Rights should be dismissed because Plaintiffs lack standing.

11) That Count I should be dismissed because Defendant was never involved in a conspiracy.

12) That Count I should be dismissed as frivolous.

13) That Count 1 should be dismissed because Defendant was not a member of the Oath Keepers.

14) That Count I should be dismissed because Plaintiffs are not covered by 42 USC Section 1985(1).

1

15) That Count II should likewise be dismissed based on previously made claims in Defendant's Complaint and for reasons set forth by co-defendants in their motions to dismiss.

16) That Count II should be dismissed because Plaintiffs lack standing.

17) That Count II should be dismissed because even the U.S. Attorney's Office is not claiming that Defendant could have prevented injuries to officers.

18) That Count II should be dismiss on the same grounds as Count I.

19) That Count II should be dismissed because Defendant could not anticipate that a crowd would cause injuries to police officers.

20) That Count II should be dismissed as frivolous.

21) That Count II should be dismissed because the statute doesn't cover his actions.

22) That, likewise, Count III should be dismissed for the same reasons stated for Counts I & 2.

23) That there is no evidence that the Plaintiffs alleged injuries were inflicted because of their political affiliation, which requires Count III to be dismissed.

24) That Count III should be dismissed as frivolous.

25) That Count III should be dismissed as Defendant clearly never assaulted anybody on January 6th.

26) That Count IV should be dismissed on the grounds as set for in support of dismissing Count I-III.

27) That Count IV should be dismissed as Defendant never committed a battery against anyone and the Defendant did not commit any other unlawful touching.

28) That Count V should be dismissed on the same grounds as Count I-IV.

29) That Count V is frivolous and should be dismissed.

30) That Count V should be dismissed as Defendant never assaulted any plaintiff, and never aided and abetted an assault.

31) That Count VI should be dismissed on the same grounds as Counts I-V.

32) That Count VI should be dismissed as frivolous.

33) That Count VI should be dismissed because Defendant never breached a duty or standard of care.

34) That Count VI should be dismissed because Defendant never encouraged or incited a riot.

35) That Count VI should be dismissed because the Plaintiffs lack standing.

36) To the extent not stated, all grounds for dismissal for each count are made for all other counts as if fully set forth in each of the above paragraphs.

The Defendant requests a trial by jury and demands strict proof of Plaintiffs injuries.  To the extent that any ambiguity exists between the Defendant's response to the allegations in either complaint, the Defendant denies that he engaged in a tortious conduct on January 6, 2020.

2



Extremely Urgent

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx** Express

Package US AirBill

**1 From**
Date  12/22/21
Sender's Name  Thomas Caldwell

Company  LAW OFCS OF FISCHER & PUTZI PA
Address  7310 RITCHIE HWY STE 300
City  GLEN BURNIE   State  MD   ZIP  21061-3052

Phone  410 787-0824

FedEx Tracking Number  8167 1170 8383

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name  Civil Clerk

Company  US Dist + Court DC

Address  333 Constitution Ave
City  Wash, DC   State  DC   ZIP  20001

Phone

8167 1170 8383

0137297135

**4 Express Package Service**

**5 Packaging**

**6 Special Handling and Delivery Signature Options**

**7 Payment**

0215

Recipient's Copy

fedex.com 1.800.GoFedEx 1.800.463.3339