IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' MOTION FOR EXPANSION OF PAGE LIMIT FOR CONSOLIDATED RESPONSE TO MOTIONS TO DISMISS**

    Plaintiffs respectfully request an expansion of the number of pages allowed for their consolidated response to the motions to dismiss Plaintiffs' Amended Complaint. The Court's December 7, 2021 Order permits a consolidated response of 65 pages. Minute Order (Dec. 7, 2021). Plaintiffs are endeavoring to present their responses succinctly within the allotted number of pages, but because of the number of defendants and the variety of defenses presented, many unique to each individual defendant, Plaintiffs anticipate that their response will need to exceed 65 pages to fairly address the defense arguments. The Court has ordered the consolidated response to be filed by January 17, 2022.

    Plaintiffs note that eleven defendants have filed motions to dismiss presented in eight briefs totaling 293 pages, and while there is some overlap in the arguments presented, many of the defendants challenge the sufficiency of the allegations to state claims as to themselves particularly. Plaintiffs will identify the various allegations that sufficiently establish the challenged claims against each of the moving defendants, and Plaintiffs also must address the other legal and constitutional arguments Defendants have presented. Plaintiffs' counsel have

been drafting responses to the Defendants' arguments, and based on that work, Plaintiffs anticipate that a fair opportunity to address Defendants' arguments in one consolidated brief will require more than 65 pages.

Plaintiffs therefore request an additional 20 pages in which to present their consolidated response to the Defendants' motions to dismiss. Plaintiffs hope and expect not to need the full additional 20 pages, but suggest that amount out of an abundance of caution.

Pursuant to Local Rule 7(m), by email on January 3, 2021, Plaintiffs' counsel conferred with counsel for the Defendants that have filed motions to dismiss. Defendants Rehl and Meggs do not object. Defendants Trump, Trump for President, and Make America Great Again PAC would defer to the discretion of the Court. Defendant Straka opposes this request. Plaintiffs have not heard from the remaining Defendants.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court allow a total of 85 pages for Plaintiffs to present their consolidated response to Defendants motions to dismiss.

Dated: January 11, 2022

Respectfully submitted,

 /s/ Edward G. Caspar
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Adonne Washington, *pro hac vice*
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
awashington@lawyerscommittee.org

***Counsel for Plaintiffs***