**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-CV-02265-APM |

**ORDER**

Before the Court is the Plaintiffs' Motion for Expansion of Page Limit for Consolidated Response to Motions to Dismiss. The motion is GRANTED. Plaintiffs' consolidated response to the motions to dismiss the Amended Claim shall not exceed 85 pages.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____