IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

          *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

          *Defendants*.

Case No. 1:21-cv-02265-APM

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of undersigned counsel Paul D. Kamenar as counsel for Defendant Ali Alexander in the above-captioned case.

Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar
D.C. Bar #914200
1629 K Street, N.W.
Suite 300
Washington, DC  20006
paul.kamenar@gmail..com
(301) 257-9435

*Counsel for Ali Alexander*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2022, the foregoing Notice of Appearance was served via this Court's Electronic Case Filing System upon all parties of record.

                                                   */s/Paul D. Kamenar*