**Conrad Smith, et al.**

**Plaintiff**

Case No.: 1:21-cv-02265

vs.

**Donald J. Trump, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Amended Complaint; Civil Docket Attachment; and Order on Motion to Extend Time in the above entitled case.

That on 01/09/2022 at 12:49 PM, I served Alan Hostetter at 515 Monterey Lane, Apartment 4, San Clemente, California 92672 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Amended Complaint; Civil Docket Attachment; and Order on Motion to Extend Time by serving Alan Hostetter, personally.

Alan Hostetter is described herein as:

Gender: Male    Race/Skin: White    Age: 50+    Weight: 170+    Height: 5'5"    Hair: Gray    Glasses: No

I declare under penalty of perjury that this information is true and correct.

01-12-22
Executed On

Carlos Canas

Client Ref Number: 56453-00049
Job #: 1597560

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050