IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-2265-APM |

**RECONSTRUCTION ERA SCHOLARS' MOTION FOR LEAVE TO FILE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS**

With decades of experience studying Reconstruction Era civil rights statutes, certain historical and legal scholars of the Reconstruction Era ("Reconstruction Era Scholars") move for leave to file a brief as *amici curiae* under Local Civil Rule 7(*o*) in support of Plaintiffs Conrad Smith, *et al.*, as their intimate knowledge of the history and congressional intent of these statutes will assist the Court in deciding certain pending motions to dismiss, as defined below. The Plaintiffs consent to the filing of this *amicus* brief. Defendants Joseph R. Biggs, Roger J. Stone, Jr., Brandon J. Straka, and Enrique Tarrio do not oppose the filing. Defendant Zachary Rehl affirmatively takes no position. The remaining Defendants have not indicated their positions.

"An *amicus* brief should normally be allowed . . . when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997) (Posner, C.J. in chambers)). "Courts in this district have granted leave where a movant sought to

provide information regarding a significant, unclear legal issue, and denied leave where a movant sought to present arguments and insights that were not relevant to the stage of the litigation." *Hopi Tribe v. Trump*, No. 17-cv-2590 (TSC), 2019 WL 2494161, at *3 (D.D.C. Mar. 20, 2019) (citations omitted) (granting four motions for leave to file amicus briefs at the motion to dismiss stage "because their proposed submissions speak to the limited issue"). In that vein, this Court has allowed *amicus* briefs at the motion to dismiss stage.[1] And another Court in this district has previously granted leave for these specific Reconstruction Era Scholars to file an amicus brief at the motion to dismiss stage in other litigation involving 42 U.S.C. § 1985.[2]

The Reconstruction Era Scholars will assist the Court by offering a unique perspective on the historical context of sections 2 and 6 of the Civil Rights Act of 1871, Pub. L. No. 42-22, 17 Stat. 13, currently codified at 42 U.S.C. §§ 1985(1) and 1986, respectively, and their application to Counts I and II of the Plaintiffs' Amended Complaint. The Reconstruction Era Scholars specialize in the post-Civil War and Reconstruction Eras, the history of the civil rights legislation at issue in this case, the applications of relevant civil rights statutes over time, and the broader context that shaped those statutes. As a result, they have significant and specialized insight into the historical and legislative context and interpretation of Sections 1985 and 1986 that the parties cannot provide.

The *amici* presenting the brief include:

---

[1] *See* Minute Order granting Motion for Leave to File Amici Curiae Brief in Support of Plaintiff, *Swalwell v. Trump*, Case No. 1:21-CV-00586 (Dkt. No. 29) (D.D.C. July 15, 2021).

[2] *See* Minute Order granting Motion for Leave to File Amici Curiae Brief in Support of Concerned Legal Academics and Historians, *Black Lives Matter D.C. v. Trump*, Case No. 1:20-CV-01469-DLF (Dkt. No. 109) (D.D.C. Nov. 30, 2020) (Friedrich, J.).

1. **Gregory P. Downs.** Professor Downs is a Professor of History at the University of California, Davis. He specializes in the political and cultural history of the United States in the nineteenth and early-twentieth centuries, and particularly investigates the transformative impact of the Civil War, the end of slavery, and the role of military force in establishing new meanings of freedom. He is an elected member of the Society of American Historians; the author of three books on the post-Civil War era, including *After Appomattox: Military Occupation and the Ends of War* (Harvard Univ. Press, 2015); and is co-editor with Professor Masur of *The World the Civil War Made* (Univ. of North Carolina Press, 2015) and *The Journal of the Civil War Era* (Univ. of North Carolina Press). He and Professor Masur were involved in the first-ever efforts by the National Park Service (NPS) to formally address Reconstruction, which included co-authoring the NPS's National Historic Landmarks Theme Study on the Era of Reconstruction and helping to edit the NPS handbook for Reconstruction.

2. **Laura F. Edwards.** Professor Edwards is the Class of 1921 Bicentennial Professor in the History of American Law and Liberty at Princeton University. Her specialty is law and culture in the nineteenth-century United States, with a focus on questions on slavery, race, and gender and institutional changes in the federal system, particularly in the Civil War Era. She is the author of four books, including *A Nation of Rights: A Legal History of the Civil War and Reconstruction* (Cambridge Univ. Press, 2015) and *The People and Their Peace: Legal Culture and the Transformation of Inequality in the Post-Revolutionary South* (Univ. of North Carolina Press, 2009).

3. **Kate Masur.** Professor Masur is the Board of Visitors Professor of History at Northwestern University. She specializes in the United States in the nineteenth century, with a primary focus on how Americans grappled with questions of race and equality after the abolition of slavery in both the North and South. She is the author of *Until Justice Be Done: America's First Civil Rights Movement, from the Revolution to Reconstruction* (W. W. Norton, 2021), as well another book on Reconstruction, and is co-editor with Professor Downs of *The World the Civil War Made* (Univ. of North Carolina Press, 2015) and *The Journal of the Civil War Era* (Univ. of North Carolina Press). She and Professor Downs were involved in the first-ever efforts by the National Park Service (NPS) to formally address Reconstruction, which included co-authoring the NPS's National Historic Landmarks Theme Study on the Era of Reconstruction and helping to edit the NPS handbook for Reconstruction.

4. **George A. Rutherglen.** Professor Rutherglen is the Distinguished Professor of Law and the Earle K. Shaw Professor of Employment Law at the University of Virginia School of Law. He is the author of *Civil Rights in the Shadow of Slavery: The Constitution, Common Law, and the Civil Rights Act of 1866* (Oxford Univ. Press, 2013) and a co-author of the casebook, *Civil Rights Actions: Enforcing the Constitution* (Foundation Press, 4th ed. 2021).

The unique context and insight that the Reconstruction Era Scholars provide are not adequately represented by any of the parties, and will greatly assist the Court in adjudicating Defendants motions to dismiss. The proposed brief illuminates the historical origins and extensive legislative history of §§ 1985 and 1986, including the original public meaning, legislative intent, and relevant historical context of key terms such as "office, trust, or place of confidence," and how these provisions should be implemented and applied. The brief additionally provides historical perspective into the events and case law that have shaped the development of these laws, and the practical implications of a ruling granting Defendants' motions to dismiss the Plaintiffs' claims under these provisions.

The Defendants' arguments that Plaintiffs' causes of actions should be dismissed for failure to state a claim and the unavailability of the requested relief directly place at issue the legislative intent and meaning of Sections 1985 and 1986. The Reconstruction Era Scholars are best positioned to provide this Court with relevant insight and context given their careers studying the historical context, legal development, and applicability of these statutory provisions. As such, the Reconstruction Era Scholars offer this Court perspective that the parties could not.

The proposed amicus brief is attached as **Exhibit A**. The submission of this brief is consistent with the briefing schedule in this matter and will not result in any delay or prejudice for the parties. The Reconstruction Era Scholars wish to ensure that this Court has the benefit of their unique insight in ruling on Defendants' motions to dismiss, and respectfully request that the Court grant them leave to file the attached Brief of Amici Curiae Reconstruction Era Scholars in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss. A proposed Order is attached as **Exhibit B** for the Court's convenience.

Dated: January 24, 2022                                Respectfully submitted,

/s/ *Eric L. Klein*
Eric L. Klein (DC Bar No. 993268)
Nessa Horewitch Coppinger (DC Bar No. 477467)
BEVERIDGE & DIAMOND, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
202-789-6000 • 202-789-6190 (fax)
eklein@bdlaw.com
ncoppinger@bdlaw.com

Counsel for *Amici Curiae*
Reconstruction Era Scholars

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, the RECONSTRUCTION ERA SCHOLARS' MOTION FOR LEAVE TO FILE AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS was electronically filed with the Clerk of the Court and served upon all counsel of record through the Court's ECF filing system.

/s/ *Eric L. Klein*
Eric L. Klein (DC Bar No. 993268)