IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 1:21-cv-2265-APM |

**PROPOSED ORDER**

Upon consideration of the Reconstruction Era Scholars' Motion for Leave to File as *Amici Curiae* in Support of Plaintiffs' Opposition to Motions to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the Brief of *Amici Curiae* Reconstruction Era Scholars in Support of Plaintiffs' Opposition to Motions to Dismiss is deemed, and hereby is, filed in this action.


Date: _____     _____
　　　　　　　　　　　　　　　　　　AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　United States District Judge