**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, *et al.*

**Plaintiffs**,

    v.

DONALD J. TRUMP, *"solely in his personal capacity"*

**Defendants.**

Civil Action No.  1:21-cv-02265-APM

**MOTION FOR WITHDRAWAL OF DEFENDANTS' COUNSEL  JONATHON MOSELEY FOR DEFENDANT ZACHARY REHL**

COMES NOW COUNSEL FOR THE DEFENDANT ZACHARY REHL and hereby

moves the Court for an Order of withdrawal of counsel from this civil lawsuit, to become

effective  upon the completion of the briefing for the Defendants' various motions to dismiss,

hearing, and decision by the Court, and for his grounds files his companion Memorandum of

Law.

**ORAL ARGUMENT**

Jonathon Moseley waives oral argument unless the Court believes it necessary to arrange

for Zachary Rehl to speak to the Court by video teleconference.

**ORAL ARGUMENT**

Counsel Jonathon Moseley inquired of the Plaintiffs' counsel and all Defendants about

this motion on January 27, 2022.  No party took a position on this motion, except that Plaintiffs'

counsel expressed concern that the Court could delay hearing and decision upon the pending

motions to dismiss if Zachary Rehl were unrepresented by counsel with the motions to dismiss

incomplete.  Accordingly, Moseley agreed to modify his motion to become effective after the

conclusion of the briefing on the pending motions to dismiss and decision by the Court.  It was

Moseley's preference to withdraw immediately.  Therefore, Moseley has modified the motion to

accommodate the Plaintifs' counsel's request that Zachary Rehl be represented through the

Motions to Dismiss to limit the risk of delay.

Dated:  January 28, 2022                RESPECTFULLY SUBMITTED
                                        ZACHARY REHL, *By Counsel*


                                        Jonathon A. Moseley, Esq.

                                        USDCDC Bar No. VA005
                                        Virginia State Bar No. 41058
                                        Mailing address only:
                                        5765-F Burke Centre Parkway, PMB #337
                                        Burke, Virginia 22015
                                        Telephone:  (703) 656-1230
                                        Facsimile:  (703) 997-0937
                                        Contact@JonMoseley.com
                                        Moseley391@gmail.com


                        **CERTIFICATE OF SERVICE**

        I hereby certify that on January 28, 2022, I electronically filed the foregoing document
with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic
filing to the following CM/ECF participants.  From my review of the PACER / ECF docket
records for this case that the following attorneys will receive notice through the ECF system of
the U.S. District Court for the District of Columbia.

                        Mr. Damon Hewitt, Esq.
                        Jon Greenbaum, Esq., D.C. Bar No. 489887
                        Edward G. Caspar, Esq., D.C. Bar No. 1644168
                        David Brody, Esq., D.C. Bar No. 1021476
                        Arusha Gordon, Esq., D.C. Bar No. 1035129


                                        2

Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
South Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Ms. Nicholas D. Smith, Esq.
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com

3

*Legal Counsel for Felipe Antonio Martinez*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, FL 33301
Telephone:  (954) 530-5748
E-mail:  Buschel@bglaw-pa.com
*Legal Counsel for Roger Stone*

**Mr. Grant J. Smith, Esq.**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard, Suite 130-120
Fort Lauderdale, Florida 33301
Telephone:  (954) 328-9064
E-mail:   gsmith@strategysmith.com
*Legal Counsel for Roger Stone*

Mr. Nicolai Cocis, Esq.
LAW OFFICE OF NICOLAI COCIS
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 695-1400
E-mail:  nic@cocislaw.com
*Legal Counsel for Derek Kinnison*

Dyke Huish, Esq.
LAW OFFICE OF DYKE HUISH
26161 Marguerite Parkway, Suite B
Mission Viejo, California 92692
Telephone:  (949) 257-3068
E-mail:  huishlaw@mac.com
*Legal Counsel for Russell Talor*

Mr. John Daniel Hull, IV, Esq.
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
Telephone:  (202) 429-6520
Fax:  412-261-2627
E-mail:  jdhull@hullmcguire.com

Mr. Paul D. Kamenar
D.C. Bar #914200
1629 K Street, N.W. Suite 300
Washington, DC 20006

Telephone:  (301) 257-9435
Email:   paul.kamenar@gmail..com
*Legal Counsel for Ali Alexander*

Mr. Jesse R. Binnall, Esq.
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Telephone:  (703) 888-1943
*Legal Counsel for Donald J. Trump*
*Legal Counsel for Donald J. Trump for President, Inc.*
*Legal Counsel for Make America Great Again PAC*

Ms. Carmen D. Hernandez, Esq.
Attorney at Law
7166 Mink Hollow Rd
Highland, Maryland 20777
chernan7@aol.com
*Criminal Defense Attorney for Zachary Rehl*

Jonathon A. Moseley, Esq.