# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*

**Plaintiffs**,

v.  Civil Action No. 1:21-cv-02265-APM

DONALD J. TRUMP, *"solely in his personal capacity"*

**Defendants.**

## PROPOSED ORDER GRANTING WITHDRAWAL OF DEFENDANTS' COUNSEL JONATHON MOSELEY FOR DEFENDANT ZACHARY REHL

THIS MATTER comes before the Court upon the Motion of counsel for Defendant Zachary Rehl withdraw form this matter *effective upon* the Court's conclusion of the Motion to Dismiss phase of the progress of the civil lawsuit.

IT APPEARING to the Court that withdrawal of counsel Jonathon Moseley is proper,

NOW THEREFORE it is hereby ADJUGED, ORDERED and DECREED that

1.  Counsel for the Defendants is granted leave to withdraw effective upon the conclusion of the briefing for the parties' various Motions to Dismiss and responses, and upon that time will be hereby relieved of further responsibility for representing the Defendant Zachary Rehl in this case, and that

2.  Defendant Zachary Rehl shall file with the Court and by copy to Plaintiff's counsel his contact information and/or arrange new legal representation by _____.

ENTERED this ____ day of _____, 2022.

_____
Judge