UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:21-cv-2265-APM |
| DONALD J. TRUMP, et al., | ) |
| Defendants. | ) |

**DEFENDANT FELIPE MARTINEZ'S REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS FIRST MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (b)(6)**

Defendant Martinez, through his counsel, joins the legal arguments made by Defendant Nordean in ECF No. 130.

Dated: January 31, 2022

Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Felipe Martinez*

1

**Certificate of Service**

I hereby certify that on the 31st day of January 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>Edward G. Caspar
>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
>1500 K Street, NW
>Suite 900
>Washington, DC 20005
>202-662-8390
>Email: ecaspar@lawyerscommittee.org

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>/s/ Nicholas D. Smith
>Nicholas D. Smith (D.C. Bar No. 1029802)
>7 East 20th Street
>New York, NY 10003
>Phone: (917) 902-3869
>nds@davidbsmithpllc.com