## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

**Plaintiff(s)**

Case No.: 1:21-cv-02265

vs.

Donald J. Trump, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Cindy Grammer, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Amended Complaint; Civil Docket Attachment; and Order on Motion to Extend Time in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/02/2022 at 2:15 PM, I served (Elmer) Stewart Rhodes with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Amended Complaint; Civil Docket Attachment; and Order on Motion to Extend Time at CoreCivic Cimarron Correctional Facility, 3200 South Kings Highway, Cushing, Oklahoma 74023 by serving Kyle Bennett, Detention Officer, who stated that he/she is authorized to accept service on behalf of (Elmer) Stewart Rhodes.

Kyle Bennett is described herein as:

Gender: Male   Race/Skin: White   Age: 27   Weight: 140   Height: 5'8"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

2/7/2022
Executed On

Cindy Grammer

Client Ref Number: 56453-00049
Job #: 1598810

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050