IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-2265-APM |

## MOTION FOR ADMISSION OF ATTORNEY FAITH GAY TO APPEAR
## *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Civil Local Rule 83.2(d), Movant Ronald J. Krock respectfully moves this Court for permission for Faith Gay to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Gay. As set forth in Ms. Gay's declaration, she is admitted in, and an active member in good standing of, the New York Bar, Florida Bar, Texas Bar, U.S. Supreme Court, First Circuit Court of Appeals, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit Court of Appeals, Sixth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Middle District of Florida, and U.S. District Court for the Southern District of Florida, and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Ms. Gay may attend and participate in all matters on behalf of Plaintiffs in this litigation.

2

Dated: April 25, 2022               Respectfully submitted,

                        By:   /s/ Ronald J. Krock
                              Ronald J. Krock
                              DC Bar # 1033387
                              Selendy Gay Elsberg PLLC
                              1290 Avenue of the Americas
                              New York, NY 10104
                              212-390-9000
                              rkrock@selendygay.com

CERTIFICATE OF SERVICE

I certify that on April 25, 2022, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: April 25, 2022          /s/ Ronald J. Krock
                               Ronald J. Krock