IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No.1:21-cv-2265-APM |

## DECLARATION OF FAITH GAY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Faith Gay, pursuant to Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, hereby declare as follows:

1. I submit this declaration based on my personal knowledge of the facts set forth herein in support of the motion for permission for me to appear *pro hac vice* as counsel for Plaintiffs in the above-captioned matter.

2. I am an attorney with Selendy Gay Elsberg PLLC. My office is located at 1290 Avenue of the Americas, New York, NY 10104; my office telephone number is (212) 390-9000; and my email address is fgay@selendygay.com.

3. I am a member of the New York Bar, Florida Bar, Texas Bar, U.S. Supreme Court, First Circuit Court of Appeals, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit Court of Appeals, Sixth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, U.S. District Court for the Eastern District of New York, U.S. District Court for the

Southern District of New York, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Middle District of Florida, and U.S. District Court for the Southern District of Florida.

4. I certify that I am a member in good standing of the New York Bar, Florida Bar, Texas Bar, U.S. Supreme Court, First Circuit Court of Appeals, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit Court of Appeals, Sixth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Middle District of Florida, and U.S. District Court for the Southern District of Florida, and have not been disciplined by any bar.

5. I, along with Selendy Gay Elsberg PLLC, have been retained by Plaintiffs to represent them as counsel in the above-entitled action.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   April 25, 2022

Respectfully submitted,

By: _____
Faith Gay
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
212-390-9000
fgay@selendygay.com