IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-2265-APM |

### MOTION FOR ADMISSION OF ATTORNEY JOSHUA S. MARGOLIN TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Civil Local Rule 83.2(d), Movant Ronald J. Krock respectfully moves this Court for permission for Joshua S. Margolin to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Mr. Margolin. As set forth in Mr. Margolin's declaration, he is admitted in, and an active member in good standing of, the New York Bar, the Eleventh Circuit Court of Appeals, and the U.S. District Court for the Southern District of New York, and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Mr. Margolin may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated:  April 25, 2022                                  Respectfully submitted,

                                              By:   */s/ Ronald J. Krock*
                                                    Ronald J. Krock
                                                    DC Bar # 1033387
                                                    Selendy Gay Elsberg PLLC
                                                    1290 Avenue of the Americas
                                                    New York, NY 10104
                                                    212-390-9000
                                                    rkrock@selendygay.com

## CERTIFICATE OF SERVICE

I certify that on April 25, 2022, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: April 25, 2022　　　　　　　　*/s/ Ronald J. Krock*
　　　　　　　　　　　　　　　　　　Ronald J. Krock