IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-2265-APM |

## MOTION FOR ADMISSION OF ATTORNEY CLAIRE O'BRIEN TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Civil Local Rule 83.2(d), Movant Ronald J. Krock respectfully moves this Court for permission for Claire O'Brien to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. O'Brien. As set forth in Ms. O'Brien's declaration, she is admitted in, and an active member in good standing of, the New York Bar, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York, and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Ms. O'Brien may attend and participate in all matters on behalf of Plaintiffs in this litigation.

2

Dated: April 25, 2022          Respectfully submitted,

By:    */s/ Ronald J. Krock*
Ronald J. Krock
DC Bar # 1033387
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
212-390-9000
rkrock@selendygay.com

3

## CERTIFICATE OF SERVICE

I certify that on April 25, 2022, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: April 25, 2022          /s/ Ronald J. Krock
                                    Ronald J. Krock