IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-2265-APM |

### MOTION FOR ADMISSION OF ATTORNEY DENAE S. KASSOTIS TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Civil Local Rule 83.2(d), Movant Ronald J. Krock respectfully moves this Court for permission for Denae S. Kassotis to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Kassotis. As set forth in Ms. Kassotis' declaration, she is admitted in, and an active member in good standing of, the New York Bar and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Ms. Kassotis may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated:   April 25, 2022                      Respectfully submitted,

                                        By:   */s/ Ronald J. Krock*
                                              Ronald J. Krock
                                              DC Bar # 1033387
                                              Selendy Gay Elsberg PLLC
                                              1290 Avenue of the Americas
                                              New York, NY 10104
                                              212-390-9000
                                              rkrock@selendygay.com

CERTIFICATE OF SERVICE

    I certify that on April 25, 2022, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: April 25, 2022          */s/ Ronald J. Krock*
                                    Ronald J. Krock