AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CONRAD SMITH, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-2265-APM |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs: Smith, McElroy, Evans, Latson, Marshall, Fortune, DeRoche, and Cleveland .

Date: 04/26/2022

/s/ Denae S. Kassotis
*Attorney's signature*

Denae S. Kassotis  (*pro hac vice*)
*Printed name and bar number*

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104

*Address*

dkassotis@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9399
*FAX number*