Adonne Washington (M.I. Bar No. P84474)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, D.C. 20005
202-662-8600
awashington@lawyerscommittee.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:21-CV-02265<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

To the Clerk of Court and all parties of record:

　　Please take notice that Adonne Washington withdraws her appearance as counsel for Plaintiffs. As of 5:00 PM on July 15, 2022, Ms. Washington will no longer be employed with the Lawyers' Committee for Civil Rights Under law. Jon Greenbaum, Edward G. Caspar, David Brody, Marc Epstein, and Arusha Gordon of the Lawyers' Committee for Civil Rights Under Law will continue to represent Plaintiffs in this matter.


Dated: July 15, 2022　　　　　*/s/ Adonne Washington*
　　　　　　　　　　　　　　　Adonne Washington (M.I. Bar No. P84474)

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system.

Dated: July 15, 2022

*/s/ Adonne Washington*
Adonne Washington (M.I. Bar No.
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, D.C. 20005
202-662-8600
awashington@lawyerscommittee.org