IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,
et al.,

    Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

    Defendants.
_____/

CASE NO.: 1:21-CV-02265-APM

**<u>ORDER</u>**

Upon review of Defendant Brandon J. Straka's Motion to Stay Discovery Pending Resolution of His Motion to Dismiss, it is hereby ORDERED:

1. The Motion is GRANTED; and
2. Discovery on Brandon J. Straka, including his obligation to attend a Rule 26(f) conference, is stayed pending the Court's ruling on Straka's Motion to Dismiss (ECF No. 98).

So ORDERED.

ENETERED this \_\_\_\_ day of _____, 2022.

 

_____
Hon. Amit P. Mehta
United States District Judge