## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.**<br><br>     Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.**<br><br>     Defendants. | Civil Action No.  1:21-cv-02265-APM |

### DEFENDANT KELLY MEGGS' MOTION FOR A PROTECTIVE ORDER AND NOTICE OF JOINDER
### AND INCORPORATED POINTS AND AUTHORITIES  IN SUPPORT THEREOF

COMES NOW the Defendant Kelly Meggs, by and through undersigned counsel, and moves for a Protective Order and to provide Notice of Joinder of Defendant Brandon J. Straka's Motion To Stay Discovery Pending Resolution of the Motion To Dismiss, ECF 149.

The attached Memorandum of Points and Authorities, and a Proposed Form of Order, all incorporated herein, also further support the Motion.  If the Court deems necessary, oral argument is requested.

[SIGNATURE ON NEXT PAGE]

Dated:  July 21, 2022

                                     Respectfully Submitted,

                                     /s/ *Juli Z. Haller*
                                  Julia Z. Haller (#466921)
                                  Law Offices of Julia Haller
                                  601 Pennsylvania Avenue, NW
                                  S. Building, Suite 900
                                  Washington, D.C. 20004
                                  Tel: 202.729.2201
                                  hallerjulia@outlook.com
                                  *Counsel for Defendant, Kelly Meggs*

## ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that on the <u>21st</u> day of July, 2022, a copy of the foregoing Motion for Protective Order, the attached Memorandum in support thereof, and the Proposed Form of Order was filed electronically to serve all counsel of record.

                                     /s/ *Juli Z. Haller*
                                  Julia Z. Haller