IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONRAD SMITH, ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.** <br><br> Defendants. | Civil Action No.  1:21-cv-02265-APM |

# ORDER

Based upon the Motion for a Protective Order by Defendant, any Opposition thereto by Plaintiffs, and the entire record before this court,

It is hereby granted, that discovery, including initial disclosures, shall be temporarily limited until the final rulings and argument on the pending motions, and the conclusion of the pending September 26th criminal trial date on related events, or its continuation.

The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*