UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

    Plaintiffs,

    v.                                                    Case No.  1:21-cv-02265-APM

TRUMP FOR PRESIDENT, INC., et al.,

    Defendants.

**MOTION TO JOIN DEFENDANT KELLY MEGGS'
MOTION FOR PROTECTIVE ORDER AT ECF 150**

Defendant Joseph Biggs has been jailed since April 22, 2021, and in solitary confinement since early March 2022. On December 12, 2022, he begins a 6-week jury trial at 21-cr-175 (Kelly, J.) with four other January 6 defendants. It features oceans of discovery, a busy pre-trial agenda, legions of fact and expert witnesses, and non-stop preparation by Biggs and his lawyers until time of trial. It is expected to run in to February 2023. Biggs moves to join defendant Kelly Meggs' Motion for Protective Order at ECF No. 150 for any reason and in any respect applicable to Biggs, and further to delay all discovery in this case until after the criminal trial at 21-cr-175 is concluded.

Accordingly, and for good cause shown, Biggs asks that this Motion to Join be granted.

                                              Respectfully submitted,

                                              COUNSEL FOR JOSEPH RANDALL BIGGS

Dated: July 22, 2022                  By: /s/ *J. Daniel Hull*
                                              JOHN DANIEL HULL
                                              DC Bar No. 323006/CA Bar No. 222862
                                              HULL MCGUIRE PC
                                              1420 N Street, N.W.
                                              Washington, D.C. 20005
                                              202.429.6520 office
                                              jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2022, defendant Biggs' Motion to Join was filed and served via the Electronic Case Filing (ECF) system upon all counsel of record.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
(619) 895-8336 cell
jdhull@hullmcguire.com