UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**

    **Plaintiffs,**

    v.                                       Case No.  1:21-cv-02265-APM

**TRUMP FOR PRESIDENT, INC., et al.,**

    **Defendants.**

**DEFENDANT HENRY TARRIO'S MOTION TO JOIN DEFENDANT
KELLY MEGGS' MOTION FOR PROTECTIVE ORDER AT ECF 150**

Since March 7, 2022, defendant Henry Tarrio has been jailed—first in Miami, then in venues in the Midwest, South and Mid-Atlantic, and finally back in Miami again. Before that, from September 2021 through January 2022, he was a resident of the District of Columbia jail for burning a flag. Tarrio has also been sued in three other civil January 6-related "conspiracy" actions by all manner of plaintiffs. As a result, over the past eleven months, due to his incarcerations, his busy jail-related travel itinerary, the civil conspiracy cases, and his four-month long cooperation (occurring in and out of jail) with the House Select Committee on January 6, Tarrio has not had the time or resources to participate fully in any of these civil actions; however, he wants to fully participate in all of them, both to protect himself and to tell his side of the January 6 story. Finally, it is the undersigned's understanding that the Department of Justice is still in custody of Tarrio's phones, computers, and other digital devices, and apparently is in no hurry to return them to him.

Most importantly, on December 12, 2022, Tarrio begins a 4- to 6-week jury trial at 21-cr-175 (Kelly, J.) with four other January 6 defendants featuring oceans of discovery, a busy pre-trial agenda, a multitude of fact and expert witnesses, and non-stop preparation by Tarrio and his

Miami-based criminal defense lawyers (not the undersigned) until time of trial. It is expected to run in to February 2023. Therefore, Tarrio moves to join defendant Kelly Meggs' Motion for Protective Order at ECF No. 150 for any reason and in any respect applicable to Tarrio, and further to delay all discovery in this case until after the criminal trial at 21-cr-175 is concluded.

Accordingly, and for good cause shown, Tarrio asks that this Motion to Join be granted.

                                      Respectfully submitted,

                                      FOR HENRY TARRIO

Dated: July 22, 2022                 By: /s/ *J. Daniel Hull*
                                                      JOHN DANIEL HULL
                                                      DC Bar No. 323006
                                                      California Bar No. 222862
                                                      HULL MCGUIRE PC
                                                      1420 N Street, N.W.
                                                      Washington, D.C.  20005
                                                      202.429.6520 office
                                                      619.895.8336 cell
                                                      jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2022, defendant Tarrio's Motion to Join was filed and served via the Electronic Case Filing (ECF) system upon all counsel of record.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
202.429.6520 office
619.895.8336 cell
jdhull@hullmcguire.com