IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

### MOTION FOR ADMISSION OF ATTORNEY MARC P. EPSTEIN TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(c), Movant Edward Caspar respectfully moves this Court for permission for Marc P. Epstein to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Mr. Epstein. As set forth in Mr. Epstein's declaration, he is admitted in, and an active member in good standing of, the New York Bar, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York, and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Movant thus respectfully requests that this Motion be granted so that Mr. Epstein may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated: July 27, 2022

Respectfully submitted,

 */s/ Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8390
ecaspar@lawyerscommittee.org
***Counsel for Plaintiffs***

1

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

                                                                                     */s/ Edward G. Caspar*

                                                                                     Edward G. Caspar