IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

### DECLARATION OF MARC P. EPSTEIN
### IN SUPPORT OF *PRO HAC VICE* MOTION

I, Marc P. Epstein, pursuant to Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, hereby declare as follows:

1. I, Marc P. Epstein, submit this declaration based on my personal knowledge of the facts set forth herein in support of the motion for permission for me to appear *pro hac vice* as counsel for Plaintiffs in the above-captioned matter.

2. I am an attorney with the Lawyers' Committee for Civil Rights Under Law. My office is located at 1500 K St., NW, Suite 900, Washington, D.C. 20005, my telephone number is (202) 662-8318, and my email address is mepstein@lawyerscommittee.org.

3. I am a member of the New York Bar.

4. I certify that I have not been disciplined by any bar. I am a member in good standing of the New York Bar, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.

5. In the last two years, I have not been admitted *pro hac vice* in this court.

6. I engage in the practice of law from an office located in the District of Columbia. My application for membership in the District of Columbia Bar is pending.

7.      Attached to this declaration is a true and correct copy of a certificate of good standing issued by the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, dated July 18, 2022, which is the bar of the State in which I regularly practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2022.

*Marc Epstein*

Marc P. Epstein
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, D.C. 20005
(202) 662-8318
mepstein@lawyerscommittee.org