IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

           Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

           Defendants.

Civil Action No. 1:21-CV-02265-APM

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission of Attorney Marc P. Epstein to Appear *pro hac vice* for Plaintiffs in this matter and Local Civil Rule 83.2(c), it is hereby **ORDERED** that Marc P. Epstein be admitted *pro hac vice* to this Court for the purpose of representing Plaintiffs in the above-captioned matter.

    **SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE