IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONRAD SMITH,** *et al.* | |
| *Plaintiffs,* | |
| v. | Civil Case No. 1:21-cv-02265-APM |
| **DONALD J. TRUMP,** *et al.* | |
| *Defendants.* | |

## DEFENDANTS' MOTION FOR STAY

Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC move this Court to stay discovery and any other proceedings in this case until the pending motions to dismiss are fully and finally adjudicated, especially President Trump's assertion of absolute immunity.

In support of this motion, Defendants submit the accompanying memorandum, which is fully incorporated herein.

Dated: July 27, 2022
Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
The Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
*Attorney for Donald J. Trump*

1

## CERTIFICATE OF SERVICE

I certify that on July 27, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: July 27, 2022

/s/ Jesse R. Binnall
Jesse R. Binnall
*Attorney for Donald J. Trump*