IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH,** *et al.*

*Plaintiffs,*

v.

**DONALD J. TRUMP,** *et al.*

*Defendants.*

Civil Case No. 1:21-cv-02265-APM

# [PROPOSED] ORDER

Upon consideration of Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC's Motion for Stay and arguments in the accompanying memoranda, any opposition thereto, any oral arguments before this Court and because the Court finds good cause, it is hereby

**ORDERED** Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC's Motion for Stay is **GRANTED**.

The Court hereby stays further proceedings in this matter until the Defendants' motion to dismiss in this matter, including any appeals regarding absolute immunity, are fully and finally adjudicated.

**SO ORDERED.**

Dated: _____                    _____

The Honorable Amit P. Mehta
United States District Judge