IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, *et al.*, | |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | Civil Action No. 1:21-CV-02265-APM |
| Defendants. | |

**DECLARATION OF JOSHUA S. MARGOLIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BRANDON J. STRAKA'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF HIS MOTION TO DISMISS, DEFENDANT KELLY MEGGS'S MOTION FOR A PROTECTIVE ORDER AND NOTICE OF JOINDER, DEFENDANT ENRIQUE TARRIO'S MOTION TO JOIN DEFENDANT KELLY MEGGS'S MOTION FOR PROTECTIVE ORDER, AND DEFENDANT JOSEPH BIGGS'S MOTION TO JOIN DEFENDANT KELLY MEGGS'S MOTION FOR PROTECTIVE ORDER**

I, Joshua S. Margolin, declare as follows:

1.      I am an attorney duly admitted to practice before the Courts of the State of New York and admitted *pro hac vice* in the U.S. District Court for the District of Columbia, a member and partner of the law firm of Selendy Gay Elsberg PLLC, and counsel for Plaintiffs in the above-captioned matter. I make this Declaration in support of Plaintiffs' Opposition to Defendant Brandon J. Straka's Motion to Stay Discovery Pending Resolution of His Motion to Dismiss, Defendant Kelly Meggs's Motion for A Protective Order and Notice of Joinder, Defendant Enrique Tarrio's Motion to Join Defendant Kelly Meggs's Motion for Protective Order, and Defendant Joseph Biggs's Motion to Join Defendant Kelly Meggs's Motion for Protective Order.

2.      Attached as **Exhibit 1** is a true and correct copy of a letter from Joshua Margolin, counsel for Plaintiffs, to Stephen Klein, counsel for Defendant Brandon Straka, regarding *Smith, et al., v. Trump, et al.*, 21-cv-2265-APM (D.D.C.), dated June 22, 2022. Counsel for Plaintiffs sent

identical copies of the letter attached as Exhibit 1 to each of the 18 Defendants who have appeared in this case.

3.      Attached as **Exhibit 2** is a true and correct copy of email correspondence between Stephen Klein, counsel for Defendant Brandon Straka, and Denae Kassotis, counsel for Plaintiffs, regarding *Smith et al., v. Trump et al.*, 21-cv-2265 (D.D.C.), dated June 22, 2022 through July 14, 2022.

4.      Attached as **Exhibit 3** is a true and correct copy of email correspondence between Julia Haller, counsel for Defendant Kelly Meggs, and Denae Kassotis, counsel for Plaintiffs, regarding *Smith et al., v. Trump et al.*, 21-cv-2265 (D.D.C.), dated June 22, 2022 through July 21, 2022.

5.      Attached as **Exhibit 4** is a true and correct copy of email correspondence among J. Daniel Hull, counsel for Defendants Enrique Tarrio and Joseph Biggs, Joshua Margolin, counsel for Plaintiffs, and Denae Kassotis, counsel for Plaintiffs, regarding *Smith et al., v. Trump et al.*, 21-cv-2265 (D.D.C.), dated June 22, 2022 through July 21, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   July 29, 2022

Respectfully submitted,

By:

Joshua S. Margolin, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
jmargolin@selendygay.com

*Attorney for Plaintiffs Conrad Smith, et al.*