# Exhibit 1

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Joshua S. Margolin
Partner
212.390.9022
jmargolin@selendygay.com

June 22, 2022

**Via First-Class Mail & Email**

Stephen R. Klein, Esq.
Barr & Klein PLLC
1629 K. Street, NW
Suite 300
Washington, DC 20006

Re:   *Smith, et al., v. Trump, et al.*, 21-cv-2265-APM (D.D.C.)

Dear Mr. Klein,

I am counsel for Plaintiffs in the above-referenced action. Plaintiffs would like to proceed with scheduling an initial conference pursuant to Federal Rule of Civil Procedure 26(f) and District of D.C. Local Civil Rule 16.3 with you and the other Defendants to this action.

Please let me know your availability by July 8, 2022 so that we can proceed with scheduling.

Sincerely,

Joshua S. Margolin

Pg. 1