# Exhibit 2

| | |
|---|---|
| **From:** | Denae Kassotis |
| **To:** | "Stephen Klein" |
| **Cc:** | Edward Caspar; Benjamin Barr; Joshua Margolin; Claire O"Brien |
| **Bcc:** | Eddie Rivera |
| **Subject:** | RE: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.) |
| **Date:** | Thursday, July 14, 2022 11:09:00 AM |

Counsel –

Thank you for your response. We think that holding a 26(f) conference would be in the interest of all parties, and I hope that your client will participate. There is nothing in the federal or D.D.C. local rules prohibiting a Rule 26(f) conference while a motion to dismiss is pending. Rather, Rule 26 requires parties to "confer as soon as practicable," Fed. R. Civ. P. 26(f), and the Advisory Committee has advised that a conference should proceed notwithstanding pending Rule 12 motions, *see id.* 1993 advisory committee notes ("The obligation to participate in the planning process is imposed on all parties that have appeared in the case, including defendants who, because of a pending Rule 12 motion, may not have yet filed an answer in the case."). The unique circumstances of this case, including its complexity, scope, and likely need for a longer than average period of discovery, counsel in favor of convening the 26(f) conference so that the groundwork can be laid for the beginning of discovery.

While Plaintiffs acknowledge Mr. Straka's pending motion, there is no reason to further delay a Rule 26(f) conference, which is neither burdensome nor prejudicial to Mr. Straka, and is merely to set discovery deadlines, discuss the preservation of information, and lay the groundwork for efficient discovery.

Plaintiffs intend to move forward with a Rule 26(f) conference with the parties that have agreed to confer. Plaintiffs will provide you with the dial-in information for the conference, so that you can join if you decide to do so.

All best,

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

------------------------------------------------

+1 212.390.9062  [O]
+1 914.560.6228  [M]

**From:** Stephen Klein <steve@barrklein.com>
**Sent:** Friday, June 24, 2022 9:28 AM
**To:** Joshua Margolin <jmargolin@selendygay.com>
**Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>; Denae Kassotis <dkassotis@selendygay.com>; Benjamin Barr <ben@barrklein.com>
**Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Mr. Margolin,

In response to your June 22 letter, we do not believe it is in keeping with "secur[ing] the just, speedy, and inexpensive determination of" this case to have a Rule 26(f) conference while Brandon Straka has a motion to dismiss pending that might (indeed, is likely to) dispose of all of your clients' claims against him in this matter. Fed. R. Civ. P. 1.

If you insist on proceeding, we intend to seek a stay of discovery or for "the court [to] order[] otherwise" under Rule 26(f)(1) to delay the conference timing until at least the resolution of Mr. Straka's motion to dismiss. So, again, if you insist on proceeding, please let us know your position on this motion.

Regards,

--
Steve Klein
[Barr & Klein PLLC](Barr & Klein PLLC)
1629 K St NW Ste. 300
Washington, DC 20006
(202) 804-6676

This transmission may be protected by the attorney-client privilege or the attorney work product doctrine. If you are not the intended recipient, please delete all copies of the transmission and advise the sender immediately.

---

**From:** Denae Kassotis <dkassotis@selendygay.com>
**Date:** Wednesday, June 22, 2022 at 4:11 PM
**To:** Stephen Klein <steve@barrklein.com>
**Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>, Joshua Margolin <jmargolin@selendygay.com>
**Subject:** Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Counsel,

Please see the attached correspondence.

Many thanks,

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

------------------------------------------

+1 212.390.9062  [O]
+1 914.560.6228  [M]