# Exhibit 4

**From:** J. Daniel Hull
**To:** Joshua Margolin
**Cc:** Denae Kassotis; Edward Caspar; Danielle Jackson; Claire O"Brien
**Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)
**Date:** Thursday, July 21, 2022 6:13:56 PM

Blow me, Josh.

> On Jul 21, 2022, at 6:08 PM, Joshua Margolin <jmargolin@selendygay.com> wrote:
>
> Daniel,
>
> Your response below is highly unprofessional.   Moreover, it does not change the fact that you failed to respond to our requests to confirm a date for the conference.  If you choose to attend, I am hopeful we can observe a higher level of decorum than you demonstrate below.
>
> **From:** John Daniel Hull <jdhull@hullmcguire.com>
> **Sent:** Thursday, July 21, 2022 5:58 PM
> **To:** Denae Kassotis <dkassotis@selendygay.com>
> **Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>; Joshua Margolin <jmargolin@selendygay.com>; Danielle Jackson <djackson@hullmcguire.com>; Claire O'Brien <cobrien@selendygay.com>
> **Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)
>
> Thanks for your hopelessly dickish emails to all counsel.
>
> J. Daniel Hull
> 619-895-8336 cell
>
>> On Jul 21, 2022, at 5:52 PM, Denae Kassotis <dkassotis@selendygay.com> wrote:
>>
>> Counsel –
>>
>> Despite your failure to respond, we are providing the below information regarding the Rule 26(f) conference, which will be held on July 28th from 2-4pm.
>>
>> Many thanks,
>> Denae
>>
>> ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
>>
>> Microsoft Teams meeting
>> **Join on your computer or mobile app**
>> Click here to join the meeting

**Or join by entering a meeting ID**
Meeting ID: 220 369 397 314
Passcode: L26FCK
**Or call in (audio only)**
+1 332-249-0622,,497508951#   United States, New York City
Phone Conference ID: 497 508 951#
Find a local number | Reset PIN
Learn More | Meeting options

_____

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
--------------------------------------------
+1 212.390.9062  [O]
+1 914.560.6228  [M]

---

**From:** Denae Kassotis
**Sent:** Tuesday, July 19, 2022 2:56 PM
**To:** J. Daniel Hull <jdhull@hullmcguire.com>
**Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>; Joshua Margolin <jmargolin@selendygay.com>; Danielle Jackson <djackson@hullmcguire.com>; Claire O'Brien <cobrien@selendygay.com>
**Subject:** RE: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Counsel,

Following up on the below, please advise if you are available to participate in a 26(f) conference on July 28th from 2-4pm. Thank you.

All best,

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
--------------------------------------------
+1 212.390.9062  [O]
+1 914.560.6228  [M]

---

**From:** Denae Kassotis
**Sent:** Thursday, July 14, 2022 4:06 PM
**To:** J. Daniel Hull <jdhull@hullmcguire.com>
**Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>; Joshua Margolin <jmargolin@selendygay.com>; Danielle Jackson <djackson@hullmcguire.com>; Claire O'Brien <cobrien@selendygay.com>
**Subject:** RE: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Counsel –

Pg.2

Please advise if you are available to participate in a 26(f) conference on July 28th from 2-4pm. Thank you.

All best,

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---------------------------------------------

+1 212.390.9062  [O]
+1 914.560.6228  [M]

---

**From:** J. Daniel Hull <jdhull@hullmcguire.com>
**Sent:** Thursday, June 23, 2022 9:35 AM
**To:** Denae Kassotis <dkassotis@selendygay.com>
**Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>; Joshua Margolin <jmargolin@selendygay.com>; Juli Haller <julizhaller@protonmail.com>; Danielle Jackson <djackson@hullmcguire.com>
**Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Good morning, Ed, Josh and Denae--I assume the letter to Ms. Haller was intended for me and she got mine. I am generally available on and after July 8 and  through July 22.  Pick a date or two and I'll get back to you. That said, I will eventually withdraw from Henry Tarrio's representation in all January 6 civil cases against him due to a conflicts issue (of which Judge Mehta is aware) as soon as Mr. Tarrio can locate and engage a replacement. That process has been slowed by Mr. Tarrio's unexpected incarceration on March 7 and diminished accessibility. Working on it. In the meantime, I'm in. Give me some dates when you can. Thanks. Dan Hull

J. Daniel Hull
Hull McGuire
O: 202.429.6520 | C: 619.895.8336
Pronouns: who's, your, daddy

On Wed, Jun 22, 2022 at 5:17 PM Denae Kassotis <dkassotis@selendygay.com> wrote:

> Counsel,
>
> Please see the attached correspondence.
>
> Many thanks,
>
> **Denae Kassotis**
> Associate [Email]

> Selendy Gay Elsberg PLLC  [Web]
> Pronouns: she, her, hers
> ------------------------------------------
> +1 212.390.9062  [O]
> +1 914.560.6228  [M]