IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:21-CV-02265-APM

**[PROPOSED] ORDER**

    It is this ___ day of _____, 2022 hereby ORDERED that Defendant Brandon Straka's Motion to Stay Discovery Pending Resolution of His Motion to Dismiss; Defendant Kelly Meggs's Motion for a Protective Order and Notice of Joinder; Defendant Joseph Biggs's Motion to Join Defendant Kelly Meggs's Motion for a Protective Order; and Defendant Enrique Tarrio's Motion to Join Defendant Kelly Meggs's Motion for a Protective Order are hereby DENIED.

    SO ORDERED.

    AMIT P. MEHTA
    United States District Judge