AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conrad Smith, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02265 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs - C.Smith, D. McElroy, B. Evans, G. Latson, M. Marshall, M. Fortune, J. Deroche, R. Cleveland .

Date:  08/01/2022

/s/ Marc P. Epstein
*Attorney's signature*

Marc P. Epstein (pro hac vice)
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K. Street  NW, Suite 400
Washington, D.C. 20005
*Address*

mepstein@lawyerscommittee.org
*E-mail address*

(202) 662-8318
*Telephone number*

(202) 783-0857
*FAX number*