IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, | |
| and | Civil Action No. 1:21-cv-02265-APM |
| DANNY McELROY | |
| and | |
| BYRON EVANS | |
| and | |
| GOVERNOR LATSON | |
| and | |
| MELISSA MARSHALL | |
| and | |
| MICHAEL FORTUNE | |
| and | |
| JASON DEROCHE | |
| **Plaintiffs**, | |
| v. | |
| DONALD J. TRUMP, *"solely in his personal capacity"* | |
| and | |
| DONALD J. TRUMP FOR PRESIDENT, INC. c/o Bradley T. Crate (Treasurer) | |
| and | |

1

STOP THE STEAL L.L.C.
c/o George B. Coleman

and

ALI ALEXANDER, a/k/a
Ali Abdul Akbar, a/k/a Ali Abdul Akbar

and

BRANDON J. STRAKA

and

ROGER J. STONE, Jr.

and

PROUD BOYS, an unincorporated association

and

ENRIQUE TARRIO

and

ETHAN NORDEAN

and

JOSEPH R. BIGGS

and

ZACHARY REHL

and

CHARLES DONOHOE

and

DOMINIC J. PEZZOLA

and

OATH KEEPERS
c/o Christopher R. Grobl, Esq.

and

STEWART RHODES

and

THOMAS E. CALDWELL

and

JESSICA WATKINS

and

KELLY MEGGS

and

ALAN HOSTETTER

and

RUSSELL TAYLOR

and

ERIK SCOTT WARNER

and

FELIPE ANTONIO "TONY" MARTINEZ

and

DEREK KINNISON

and

RONELA MELE

and

JOHN DOES 1-10,
        **Defendants.**

3

## NOTICE

The Defendant, Thomas E. Caldwell, hereby gives notice that he adopts and joins the following motions:

1. Defendant Brandon Straka's Motion to Dismiss, ECF No. 98.

2. Defendant Brandon Straka's Motion to Stay Discovery, ECF No. 149.

3. Defendant Kelly Megg's Motion for Protective Order, ECF No. 150-1.

Respectfully submitted,

Thomas E. Caldwell, *Pro Se*
274 Wadesville Road
Berryville, VA 22611
(540) 303-3956
Redstart11@gmail.com

Dated: July 26, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2022 I emailed and mailed a copy of the foregoing Notice to Counsel of Record via the email addresses for counsel stated on the Complaint and by mail to Lawyers' Committee for Civil Rights Under Law, 1500 K Street N.W., Suite 900, Washington, D.C. 20005.

Thomas E. Caldwell, Defendant