IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

**DECLARATION OF JOSHUA S. MARGOLIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS DONALD J. TRUMP'S, DONALD J. TRUMP FOR PRESIDENT, INC.'S, AND MAKE AMERICA GREAT AGAIN PAC'S MOTION TO STAY DISCOVERY AND OTHER PROCEEDINGS**

I, Joshua S. Margolin, declare as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and admitted *pro hac vice* in the U.S. District Court for the District of Columbia, a member and partner of the law firm of Selendy Gay Elsberg PLLC, and counsel for Plaintiffs in the above-captioned matter. I make this Declaration in support of Plaintiffs' Opposition to Defendants Donald J. Trump's, Donald J. Trump for President, Inc.'s, and Make America Great Again PAC's ("Moving Defendants") Motion to Stay Discovery and Other Proceedings.

2. Attached as **Exhibit 1** is a true and correct copy of a letter from Joshua S. Margolin, counsel for Plaintiffs, to Jesse Binnall, counsel for the Moving Defendants, regarding *Smith, et al., v. Trump, et al.*, 21-cv-2265-APM (D.D.C.), dated June 22, 2022. Counsel for Plaintiffs sent identical copies of the letter attached as Exhibit 1 to each of the 18 Defendants who have appeared in this case.

3.     Attached as **Exhibit 2** is a true and correct copy of email correspondence between Denae Kassotis, counsel for Plaintiffs, and Jesse Binnall, counsel for the Moving Defendants, regarding *Smith et al., v. Trump et al.*, 21-cv-2265 (D.D.C.), dated July 21, 2022.

4.     Attached as **Exhibit 3** is a true and correct copy of email correspondence between Denae Kassotis, counsel for Plaintiffs, and Jesse Binnall, counsel for the Moving Defendants, regarding *Smith et al., v. Trump et al.*, 21-cv-2265 (D.D.C.), dated August 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   August 10, 2022			Respectfully submitted,

			SELENDY GAY ELSBERG PLLC

			By:   /s/   *Joshua S. Margolin*
			Joshua S. Margolin, *pro hac vice*
			SELENDY GAY ELSBERG PLLC
			1290 Avenue of the Americas
			New York, NY  10104
			Tel: 212-390-9000
			jmargolin@selendygay.com

			*Attorney for Plaintiffs Conrad Smith, et al.*

3