| | |
|---|---|
| **From:** | Denae Kassotis |
| **To:** | Jesse Binnall |
| **Cc:** | Joshua Margolin; Edward Caspar; Claire O"Brien; Matt Dummermuth; Molly McCann; Shawn Flynn; Shawnay |
| **Bcc:** | Eddie Rivera |
| **Subject:** | RE: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.) |
| **Date:** | Thursday, July 14, 2022 11:07:00 AM |

Counsel -

Thank you for your response. We think that holding a 26(f) conference would be in the interest of all parties, and we hope that your clients will participate. We do not read *Harlow* or *Crawford-El* to prohibit one. Plaintiffs intend to hold a Rule 26(f) conference for scheduling purposes and to discuss any issues relating to the preservation of discoverable information. Participation in the conference does not burden or prejudice Mr. Trump or the Trump Campaign.

Further, Plaintiffs do not intend to seek immediate discovery from Mr. Trump, nor to immediately commence depositions—although we reserve all rights to seek such discovery at a later time. Rather, Plaintiffs would like to begin collecting documents, as Plaintiffs believe that there is a real risk of spoliation, and a prolonged, indefinite delay would be to the detriment of all parties.

Plaintiffs intend to move forward with a Rule 26(f) conference with the parties that have agreed to confer. Plaintiffs will provide you with the dial-in information for the conference, so that you can join if you decide to do so.

All best,

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9062  [O]
+1 914.560.6228  [M]

---

**From:** Jesse Binnall <jesse@binnall.com>
**Sent:** Wednesday, June 29, 2022 10:19 AM
**To:** Denae Kassotis <dkassotis@selendygay.com>
**Cc:** Joshua Margolin <jmargolin@selendygay.com>; Edward Caspar <ecaspar@lawyerscommittee.org>; Matt Dummermuth <matt@binnall.com>; Molly McCann <molly@binnall.com>; Shawn Flynn <Shawn@binnall.com>; Shawnay <shawnay@binnall.com>
**Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Counsel:

I am confused by your correspondence of June 22, 2022 seeking a Rule 26(f) Conference when the Court has yet to rule on the pending motions to dismiss,

which of course includes President Trump's defense of absolute immunity. As I am sure you are aware, the Supreme Court has been quite clear: "until a threshold immunity question is resolved, discovery should not be allowed." *Harlow v. Fitzgerald,* 457 U.S. 800, 818 (1982); *see also Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) (requiring that district courts resolve immunity disputes before allowing discovery to proceed). If you believe this firmly entrenched precedent is somehow inapplicable to this dispute, please explain why. Otherwise, we can revisit the issue of discovery after the immunity issue has been fully and finally resolved.

Best Regards,

Jesse Binnall

On Wed, Jun 22, 2022 at 4:09 PM Denae Kassotis <dkassotis@selendygay.com> wrote:

> Counsel,
>
> Please see the attached correspondence.
>
> Many thanks,
>
> **Denae Kassotis**
> Associate [Email]
> Selendy Gay Elsberg PLLC  [Web]
> Pronouns: she, her, hers
> ------------------------------------------
> +1 212.390.9062  [O]
> +1 914.560.6228  [M]

--

**Jesse R. Binnall**
**Partner** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 467-6566 (direct)
(703) 888-1943 (office)
jesse@binnall.com



This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.