| | |
|---|---|
| **From:** | Denae Kassotis |
| **To:** | Jesse Binnall |
| **Cc:** | Joshua Margolin; Edward Caspar; Matt Dummermuth; Molly McCann; Shawn Flynn; Shawnay |
| **Subject:** | RE: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.) |
| **Date:** | Monday, August 1, 2022 5:28:00 PM |

Counsel –

We intend to proceed with the Rule 26(f) conference. We believe proceeding with the conference is in the best interest of all parties, including your clients. We have provided you with dial-in information and hope that you will attend.

Many thanks,

**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9062  [O]
+1 914.560.6228  [M]

---

**From:** Jesse Binnall <jesse@binnall.com>
**Sent:** Monday, August 1, 2022 12:46 PM
**To:** Denae Kassotis <dkassotis@selendygay.com>
**Cc:** Joshua Margolin <jmargolin@selendygay.com>; Edward Caspar <ecaspar@lawyerscommittee.org>; Matt Dummermuth <matt@binnall.com>; Molly McCann <molly@binnall.com>; Shawn Flynn <Shawn@binnall.com>; Shawnay <shawnay@binnall.com>
**Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Counsel:

Since there are motions to stay and for protective orders pending, please postpone the conference until after these motions are decided.

Thank you.

On Mon, Aug 1, 2022 at 9:16 AM Denae Kassotis <dkassotis@selendygay.com> wrote:

> Counsel,
>
> Below please find updated dial-in information for the Rule 26(f)/LCvR 16.3 conference, which will be held on August 8th from 1-3pm ET.
>
> Many thanks in advance,
> Denae

_____

_

Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

Meeting ID: 246 340 331 974

Passcode: RXEbde

Download Teams | Join on the web

**Or call in (audio only)**

+1 332-249-0622,,710165341#   United States, New York City

Phone Conference ID: 710 165 341#

Find a local number | Reset PIN

Learn More | Meeting options

_____

_


**Denae Kassotis**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

--------------------------------------------

+1 212.390.9062  [O]
+1 914.560.6228  [M]

**From:** Jesse Binnall <jesse@binnall.com>
**Sent:** Wednesday, June 29, 2022 10:19 AM
**To:** Denae Kassotis <dkassotis@selendygay.com>
**Cc:** Joshua Margolin <jmargolin@selendygay.com>; Edward Caspar <ecaspar@lawyerscommittee.org>; Matt Dummermuth <matt@binnall.com>; Molly McCann <molly@binnall.com>; Shawn Flynn <Shawn@binnall.com>; Shawnay <shawnay@binnall.com>
**Subject:** Re: Smith et al., v. Trump et al., 21-cv-2265 (D.D.C.)

Counsel:

I am confused by your correspondence of June 22, 2022 seeking a Rule 26(f) Conference when the Court has yet to rule on the pending motions to dismiss, which of course includes President Trump's defense of absolute immunity. As I am sure you are aware, the Supreme Court has been quite clear: "until a threshold immunity question is resolved, discovery should not be allowed." *Harlow v. Fitzgerald,* 457 U.S. 800, 818 (1982); *see also Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) (requiring that district courts resolve immunity disputes before allowing discovery to proceed). If you believe this firmly entrenched precedent is somehow

inapplicable to this dispute, please explain why. Otherwise, we can revisit the issue of discovery after the immunity issue has been fully and finally resolved.

Best Regards,

Jesse Binnall

On Wed, Jun 22, 2022 at 4:09 PM Denae Kassotis <dkassotis@selendygay.com> wrote:
> Counsel,
>
> Please see the attached correspondence.
>
> Many thanks,
>
> **Denae Kassotis**
> Associate [Email]
> Selendy Gay Elsberg PLLC  [Web]
> Pronouns: she, her, hers
> ------------------------------------------------
> +1 212.390.9062  [O]
> +1 914.560.6228  [M]

--

**Jesse R. Binnall**
**Partner** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 467-6566 (direct)
(703) 888-1943 (office)
jesse@binnall.com

This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.

--

**Jesse R. Binnall**
**Partner** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 467-6566 (direct)
(703) 888-1943 (office)
jesse@binnall.com

This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.