IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

**[PROPOSED] ORDER**

It is this ___ day of _____, 2022 hereby ORDERED that Defendants Donald J. Trump's, Donald J. Trump for President, Inc.'s, and Make America Great Again PAC's Motion to Stay Discovery and Other Proceedings is hereby DENIED.

SO ORDERED.

_____
AMIT P. MEHTA
United States District Judge
