IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:21-CV-02265-APM |

### [PROPOSED] ORDER

It is this ___ day of _____, 2022 hereby ORDERED that Defendant Thomas E. Caldwell's Motion to join Defendant Brandon Straka's Motion to Stay Discovery and Defendant Kelly Meggs's Motion for a Protective Order is DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge