**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CONRAD SMITH, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Case No. 21-cv-02265 (APM)** |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Due to the start of trial in *United States v. Rhodes, III, et al.*, No. 22-cr-15-APM (D.D.C.), and the overlapping defendants in that case and this one, the court hereby stays this matter in the interests of justice until the conclusion of trial in *Rhodes*.

Dated:  September 30, 2022

Amit P. Mehta
United States District Court Judge