# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants, | CIVIL CASE NO.: 1:21-cv-02265-APM |

## DECLARATION OF PATRICK TRAINOR

I, Patrick Trainor, declare as follows:

1. I am an attorney licensed to practice in the State of New Jersey. Pursuant to Local Civil Rule 83.2(c), I make this declaration in support of the motion for permission for me to appear *pro hac vice* as counsel for Defendant Zachary Rehl filed in the instant case.

2. My office address and telephone number are as to follows:

   The Law Office of Patrick Trainor, Esq., LLC
   19 Union Avenue, Suite 201
   Rutherford, New Jersey 07070
   (201) 777-3327

3. I am admitted to the following courts and bars:

   Supreme Court of New Jersey
   United States District Court of New Jersey

4. I am a member in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

5. I have not been admitted for admission pro hac vice to the Court within the past two years. I am submitting a simultaneous motion for permission to appear *pro hac vice* as

counsel for Defendant Zachary Rehl in a related case styled as *District of Columbia v. Proud Boys International, L.L.C.,* Civil Case No.: 1:21-cv-03267-APM

6. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 7, 2022

PATRICK TRAINOR
LAW OFFICE OF PATRICK TRAINOR
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Counsel for Defendant Zachary Rehl*