# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-2265-APM |

### MOTION FOR ADMISSION OF ATTORNEY ELIZABETH H. SNOW TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Civil Local Rule 83.2(d), Movant Ronald J. Krock respectfully moves this Court for permission for Elizabeth Snow to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Snow. As set forth in Ms. Snow's declaration, she is admitted in, and an active member in good standing of, the New York Bar and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Ms. Snow may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated:   November 28, 2022            Respectfully submitted,

By:     */s/ Ronald J. Krock*
Ronald J. Krock
DC Bar # 1033387
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
212-390-9000
rkrock@selendygay.com

CERTIFICATE OF SERVICE

I certify that on November 28, 2022, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: November 28, 2022 　　　　　　　*/s/ Ronald J. Krock*
　　　　　　　　　　　　　　　　　　　Ronald J. Krock