IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Civil Case No. 1:21-cv-02265-APM |
| | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**TRUMP DEFENDANTS' MOTION FOR PROTECTIVE ORDER
REGARDING PREMATURE DISCOVERY REQUESTS**

Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC (collectively, "Trump Defendants"), move this Court to grant a protective order regarding premature discovery requests sent by Plaintiffs to the Defendants, while motions to dismiss, including a claim of immunity, and motions to stay discovery remain pending. The requests were sent in violation of well settled law.

In support of this motion, Defendants submit the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those within the accompanying memorandum, the Trump Defendants respectfully request the Court enter a protective order, including an administrative stay of all proceedings, until its decision on the pending motions is issued, and for such other relief as is just and reasonable.

2

Dated: December 23, 2022	Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Attorney for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*

3

## CERTIFICATE OF SERVICE

I certify that on December 23, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*