IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et. al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-02265-APM |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### [PROPOSED] ORDER

Before the Court is Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC's Motion for Protective Order regarding premature discovery requests by Plaintiffs in this matter. For the reasons stated in the Motion, the accompanying Memorandum in Support, and those articulated in oral argument, and because the Court finds good cause exists to enter a protective order against discovery and an administrative stay in this matter, the MOTION is hereby GRANTED.

An administrative stay remains until this Court adjudicates on the motions to dismiss and the motions to stay discovery in this matter.

SO ORDERED.

Dated: _____                    _____
                                          The Honorable Amit P. Mehta
                                          United States District Court Judge