IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | Case No. 1:21-cv-02265-APM |

**[PROPOSED] ORDER**

Upon consideration of Motion of Defendant Ali Alexander to Extend Time to Respond To Plaintiffs' First Set Of Request For Production Of Documents Pending Disposition Of Trump Defendants' Motion For Protective Order Regarding Premature Discovery Requests, and the opposition thereto, and for good cause showing, it is hereby

ORDERED this ____ of January, 2023, that the motion is granted.

_____

AMIT P. MEHTA
UNITED STATES DISTRICT COURT JUDGE