AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CONRAD SMITH. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-2265-APM |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs: Smith, McElroy, Evans, Latson, Marshall, Fortune, DeRoche, and Cleveland.

Date: 01/05/2023

/s/ Elizabeth H. Snow
*Attorney's signature*

Elizabeth H. Snow (pro hac vice)
*Printed name and bar number*

Selendy Gay Elsberg PPLC
1290 Avenue of the Americas
New York, NY 10104
*Address*

esnow@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9399
*FAX number*