IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-02265-APM |

## [PROPOSED] ORDER

On this ___ day of _____, 2023, it is hereby ORDERED that Defendants Donald J. Trump's, Donald J. Trump for President, Inc.'s, and Make America Great Again PAC's Motion For Protective Order Regarding Premature Discovery Requests is DENIED.

SO ORDERED.

_____
AMIT P. MEHTA
United States District Judge
