UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC. ET AL., <br><br> *Defendants*. | Case No. 1:21-cv-02265-APM |

## ORDER GRANTING DEFENDANT ROGER STONE'S MOTION FOR PROTECTIVE ORDER AND STAY FROM DISCOVERY

Before this Court is Defendant Roger Stone's Motion for Protective Order and Stay regarding discovery requests by Plaintiffs while dispositive motions to dismiss are pending in this matter. For the reasons stated in the Motion and those adopted in Defendants Trump's motions, the Court finds good cause exists to enter a protective order against discovery and an administrative stay in this matter, the MOTION is hereby GRANTED.

An administrative stay remains until this Court adjudicates on the motions to dismiss and the motions to stay discovery in this matter.

Dated: ___

                                                                        The Hon. Amit P. Mehta
United States District Judge