IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-02265-APM |

**[PROPOSED] ORDER**

On this ___ day of _____, 2023, it is hereby ORDERED that Defendant Ali Alexander's Motion To Extend Time To Respond To Plaintiffs' First Set Of Requests For Production and Defendant Roger Stone's Notice Of Adoption And Motion For Protective Order And Stay are DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge