**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONRAD SMITH, *et al.*, | |
| Plaintiffs, | Case Action No. 1:21-cv-02265-APM |
| v. | **NOTICE OF WITHDRAWAL** |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that I, Douglas E. Wagner, hereby request the withdrawal of my appearance on behalf of Plaintiffs Conrad Smith, *et al.*, in the above-captioned matter. Following January 27, 2023, I will no longer be associated with Selendy Gay Elsberg PLLC and will no longer be associated with the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Faith Gay, Joshua Margolin, Claire O'Brien, and Elizabeth Snow of Selendy Gay Elsberg PLLC continue to represent Plaintiffs Conrad Smith, *et al.*

Dated:   New York, NY          SELENDY GAY ELSBERG PLLC
         January 24, 2023

By:   /s/ *Douglas E. Wagner*
      Douglas E. Wagner
      SELENDY GAY ELSBERG PLLC
      1290 Avenue of the Americas
      New York, NY  10104
      Tel: 212-390-9000
      dwagner@selendygay.com

*Attorney for Plaintiffs Conrad Smith, et al.*