IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> *Defendants*. | Case No. 1:21-cv-02265-APM |

**REPLY OF DEFENDANT ALI ALEXANDER TO PLAINTIFFS' OPPOSITION TO ALEXANDER'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Ali Alexander hereby replies to Defendants' Opposition to Alexander's motion for an extension of time (ECF No. 176) to respond to Plaintiffs' First Set of Request for Production of Documents pending disposition of Trump Defendants' Motion for Protective Order Regarding Premature Discovery Requests (ECF No. 170).

Plaintiffs argue in their opposition that Alexander's motion for an extension of time should be denied because he has not demonstrated "any particular hardship or inequity from discovery proceeding." Id. at 1. Alexander expressly reserved his right to make those and other objections to the plaintiffs' overbroad 18-page request for documents if his motion for extension of time is denied. In his motion, Alexander further adopted Trump Defendants' Reply in Support of their motion for Protective Order Regarding Premature Discovery Requests (ECF 175) and does so again in this reply.

1

Wherefore, Defendant Alexander requests that his motion for an extension of time to respond to Plaintiffs' First Set of Request for Production until the disposition of the pending Trump Defendants' Motion for Protective Order be granted.

Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W., Suite 300
Washington, DC  20006
(301) 257-9435
Paul.kamenar@gmail.com

*Attorney for Defendant Alexander*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I caused the foregoing Motion to Extend Time to Respond to Plaintiffs' Request for Discovery and Proposed Order to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

Dated: January 25, 2023          Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar