IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONRAD SMITH,** et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>**DONALD J. TRUMP,** et al.<br><br>*Defendants.* | Civil Case No. 1:21-cv-02265-APM |

## NOTICE OF APPEAL

Defendant Donald J. Trump hereby gives notice of his appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Memorandum Opinion and Order entered on January 26, 2023 (DCD No. 179), denying, in part, his motion to dismiss, particularly as to this Court's denial of President Trump's assertion of the defense of absolute immunity.

Dated: January 27, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
The Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
*Attorney for Donald J. Trump*
*Donald J. Trump for President, Inc.,*
*and Make America Great Again PAC*

1

<u>**CERTIFICATE OF SERVICE**</u>

    I certify that on January 27, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

<u>/s/ Jesse R. Binnall</u>
Jesse R. Binnall
*Attorney for Donald J. Trump*
*Donald J. Trump for President, Inc.,*
*and Make America Great Again PAC*
