# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants, | CIVIL CASE NO.: 1:21-cv-02265-APM <br><br> **DEFENDANT ZACHARY REHL'S MOTION FOR SUMMARY JUDGMENT** |

## RELIEF SOUGHT

Defendant Zachary Rehl (hereinafter "Mr. Rehl") moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, dismissing the complaint, rendering judgment that plaintiffs take nothing, and awarding Mr. Rehl costs of suit.

## GROUNDS FOR RELIEF

Mr. Rehl is entitled to judgment as a matter of law, because as more fully shown in the statement of material facts not in genuine dispute and accompanying memorandum of law there is no genuine dispute as to any material fact because:

1.  The Professional Rescuer Doctrine bars firefighter's and law enforcement officers, like Plaintiffs from recovering tort damages for injuries they sustained on-the-job.

2.  The acts that are the subject of this action occurred on January 6, 2021.

3.  On January 6, 2021, Plaintiffs were United States Capitol Police Officers who "dedicated more than 170 years to their shared mission to protect Congress so that it can carry out its constitutional responsibilities." Amended Complaint (Amended Complaint ("Am. Compl."), ECF No. 89, ¶¶ 1, 11-18).

4.     Plaintiffs alleged they were injured while they were performing their duties as Capitol Police officers to carry out the mission of the USCP to "defend the Capitol." Am. Compl., ECF No. 89.; Plaintiffs Omnibus Memorandum of Law in Opposition to Motions to Dismiss by Defendants, ECF No. 118.

5.     As Capitol Police Officers, Plaintiffs assumed the risks associated with employment as law enforcement officers.

## MOTION PAPERS

This motion is based on this document, the Plaintiffs' Amended Complaint ECF No. 89, Plaintiffs Omnibus Memorandum of Law in Opposition to Motions to Dismiss by Defendants, ECF No. 118, and the accompanying Memorandum of Law, and Statement of Material Facts Not in Genuine Dispute required by Local Civ. R. 7(h).

Respectfully submitted,

/s/ Patrick Trainor
_____

Dated: February 8, 2023

Patrick Trainor, Esq. (appearing *pro hac vice*)
LAW OFFICE OF PATRICK TRAINOR
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Zachary Rehl*