# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants,

CIVIL CASE NO.: 1:21-cv-02265-APM

**DEFENDANT ZACHARY REHL'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to the provisions of Fed. R. Civ. P. 56(c)(1) and Local Civ. R. 7(h), Defendant Zachary Rehl lists the following undisputed facts that are without genuine dispute that supports his Motion for Summary Judgment, together with reference to the record supporting these facts:

| *Undisputed Fact* | *Record Proving Fact* |
|---|---|
| 1. Plaintiffs Amended Complaint was filed December 3, 2021, asserting claims under Counts: (I) 42 U.S.C. § 1985(1); (II) 42 U.S.C. § 1986; (III) D.C. Bias-Related Crimes Act, D.C. Code § 22-3704, and common law claims for (IV) battery; (V) assault; and (VI) negligence. | 1. Amended Complaint ("Am. Compl.") ECF No. 89<br><br>Plaintiffs Omnibus Memorandum of Law in Opposition to Motions to Dismiss by Defendants ("Pl. Memo."), ECF No. 118 |
| 2. The acts that are the subject of this action occurred on January 6, 2021 | 2. Am. Compl., ECF No. 89, ¶¶ 1-2, 32, 156-165, 200, 206.<br><br>Pl. Memo., ECF No. 118 at 8-11, 14-16, 18-20, 33-34, 42, 46, 54, 56, 59-61, 64-65, 67, 77-79, 81, 83-84. |
| 3. Plaintiffs are United States Capitol Police Officers | 3. Am. Compl., ECF No. 89, ¶¶ 1, 8, 11-18, 128, 139, 156-165, 168, 203, 209;<br><br>Pl. Memo., ECF No. 118 at 1-2, 21, 22, 25, 33, 45-47, 50, 58, 69, 80, 82<br><br>CNN.com interview annexed hereto as Exhibit A |

|   |   |
|---|---|
|   | Press Release, Lawyers' Committee for Civil Rights Under Law (Aug. 26, 2021) annexed hereto as Exhibit B |
|   | Press Release, Selendy Gay Elsberg, PLLC, (Apr. 26, 2022) annexed hereto as Exhibit C |
| 4. Pursuant to 2 U.S.C. §§ 1961 United States Capitol Police Officers shall protect United States Capitol Buildings and Congress so it may carry out its constitutional responsibilities. | 4. Am. Compl., ECF No. 89, ¶ 1, 122, 139, 156, 187.<br><br>Pl. Memo., ECF No. 118 at 18, 24-25, 50, 82. |
| 5. On January 6, 2021, as Capitol Police Officers Plaintiffs defended the Capitol. | 5. Am. Compl., ECF No. 89, ¶ 1, 6-8, 103, 122, 124, 128, 132-133, 139, 156, 157-164, 168, 186-187, 203.<br><br>Pl. Memo., ECF No. 118 at 22, 25, 33, 45, 50, 82 |
| 6. Plaintiffs alleged they were injured performing their duties as Capitol Police Officers | 6. Am. Compl., ECF No. 89, ¶¶ 1, 10, 49, 121, 157-165, 167-168, 172, 177-179, 181, 186-187, 200, 203-204, 206, 209-210<br><br>Pl. Memo., ECF No. 118 at 1-2, 4, 8-9, 12-15, 17, 21, 35, 43, 45, 48-49, 51, 56, 58, 74-75, 82-83, 85 |
| 7. On January 26, 2023, the Court dismissed Plaintiffs claims brought under Count II 42 U.S.C. § 1986; Count III D.C. Bias-Related Crimes Act, D.C. Code § 22-3704 Code, and Count VI negligence | 7. Memorandum Opinion and Order, ECF No. 179. |

Respectfully submitted,

Dated: February 8, 2023

/s/ Patrick Trainor
_____
Patrick Trainor, Esq. (appearing *pro hac vice*)
**LAW OFFICE OF PATRICK TRAINOR**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070

P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Zachary Rehl*