# EXHIBIT C
# SELENDY GAY PRESS RELEASE





April 26, 2022

# Selendy Gay Elsberg Appears in Capitol Police Officers' Lawsuit

Selendy Gay Elsberg has joined the Lawyers' Committee for Civil Rights in a milestone civil rights lawsuit that seeks to protect our nation's democracy, the rule of law, and our electoral process. In the complaint, which was filed in August 2021, eight veteran U.S. Capitol Police officers seek to hold then-President Donald Trump and several extremist groups responsible for the January 6, 2021 assault on the United States Capitol. In addition to naming Trump in his personal capacity, the suit also names the Trump Campaign, Roger Stone, the Proud Boys, the Oath Keepers, and Stop the Steal among the defendants.

"More than one year after the January 6 riots at the Capitol, there continues in this country a movement that threatens to undermine democracy and the rule of law," said Selendy Gay Elsberg partner Faith Gay. "We are proud to support the Capitol Police and the Lawyers Committee in this



the insurrection accountable to the full extent of the law," said Damon Hewitt, president and executive director of the Lawyers' Committee for Civil Rights Under Law. "Adding the immense talents of the attorneys at Selendy Gay Elsberg to our legal team will bring us closer to reaching that goal."

Added Selendy Gay Elsberg partner Joshua Margolin: "The parties responsible for January 6 riots must be held accountable by the very system they attempted to violently overturn, helping to ensure this never happens again." The firm is participating in the lawsuit on a pro bono basis.

The lawsuit alleges that, on January 6, 2021, Trump and the other defendants issued false claims of election fraud, among other lies, that culminated in riots at and attacks on the U.S. Capitol and the police officers defending the site. As a direct result of the defendants' actions, the eight plaintiffs, in executing their responsibilities and fulfilling their commitment to their country, experienced extreme physical and psychological assaults.

The case, *Smith et. al. v. Trump et. al.* was filed in August 2021 in U.S. District Court for the District of Columbia.

The Lawyers' Committee press release is here.

## Attorneys



**Faith Gay**
*Partner*
  



**Joshua Margolin**
*Partner*
   

Our website uses cookies to enhance user experience and functionality. By clicking Ok, you are agreeing to our use of cookies. To learn more about how we use cookies, please see our Privacy Policy   Ok



SHARE        

## Selendy Gay Elsberg PLLC

1290 Avenue of the Americas

New York, NY 10104

Firm     People     Recent Victories     Practices     Careers     News     Contact

info@selendygay.com

(212) 390-9000

 

© 2023 Selendy Gay Elsberg PLLC All rights reserved.   Privacy Policy  |  Disclaimer
This website contains attorney advertising. Prior results do not guarantee a similar outcome.

Our website uses cookies to enhance user experience and functionality. By clicking Ok, you are agreeing to our use of cookies. To learn more about how we use cookies, please see our Privacy Policy     Ok