# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants, | CIVIL CASE NO.: 1:21-cv-02265-APM<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT** |

On this _____ day of _____, 2023, the motion of Zachary Rehl for summary judgment in this matter was duly heard. The Court has considered the papers submitted in favor of and opposed to the motion, has reviewed the authorities cited by the parties, has reviewed the record in the case submitted and cited by the parties, and has considered the arguments of counsel. Being so informed, the court is of the opinion that there is not genuine dispute at to any material fact in this matter and that Zachary Rehl is entitled, as a matter of law, to the judgment requested in this motion. Therefore,

**IT IS ORDERED** that:

1. The Motion for Summary Judgment is **GRANTED**;
2. The Clerk of this Court will enter judgment in favor of Zachary Rehl, dismissing this action in its entirety, with prejudice, and awarding Zachary Rehl his costs of suit;
3. All relief not expressly granted is denied.

Dated: _____

Hon. Amit P. Mehta
United States District Judge