IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.
_____/

CASE NO.: 1:21-CV-02265-APM

## **ORDER**

The Court hereby grants Defendant Brandon J. Straka's Motion for Extension of Time to File a Responsive Pleading. Defendant Straka shall file his response on or before February 23, 2023.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____