IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.<br><br>    Defendants. | 1:21-CV-02265-APM |

**DEFENDANT KELLY MEGGS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE AN ANSWER TO THE COMPLAINT**

Defendant, Kelly Meggs, through undersigned counsel, respectfully submits this unopposed motion for Extension of Time to file an Answer or Response to the Complaint until February 23, 2023.  Currently, Kelly Meggs' would, otherwise, have an Answer due on or about February 09, 2023.  Undersigned counsel is currently in trial before this court, and conferred with opposing counsel, who graciously agreed to extend the deadline, and does not oppose the Relief requested herein.

It is, therefore, respectfully requested that the Court extend the deadline for Defendant Kelly Meggs' Answer to the Complaint to February, 23, 2023.

Respectfully Submitted,

    /s/ *Juli Z. Haller*
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

Dated:  February 9, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>February 9, 2023</u> a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

        /s/
Juli Z. Haller
D.C. Bar No.466921
Law Offices of Julia Haller
601 Pennsylvania Avenue,
N.W., S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

2