IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH** *et al.*,

       *Plaintiffs*,

v.

**DONALD J. TRUMP** *et al.*,

       *Defendants*.

Civil Case No. 1:21-cv-02265-APM

## MAKE AMERICA GREAT AGAIN PAC AND DONALD J. TRUMP FOR PRESIDENT, INC'S ANSWER TO AMENDED COMPLAINT

On January 6, 2021, President Donald J. Trump addressed Americans from the Ellipse outside of the White House. In his speech, he called for Americans to "peacefully and patriotically make [their] voices heard" to Congress. When some protestors ignored that call, he again called for peace. Using his Facebook and Twitter accounts,[1] he sent two messages that afternoon. The first message stated: "Please support our Capitol Police and Law Enforcement. They are truly on the side of our Country. Stay peaceful!" The second message stated: "I am asking for everyone at the U.S. Capitol to remain peaceful. No violence! Remember, WE are the Party of Law & Order – respect the Law and our great men and women in Blue. Thank you!" Even though it is doubtful that any President has ever been so clear or concise about wanting peace and harmony, and opposing violence and disorder, Plaintiffs have brought this

---

[1] These Facebook posts and Tweets were censored and removed from the respective platforms for over two years. They have recently become visible again due to President Trump being reinstated on both platforms.

frivolous lawsuit, attempting to inappropriately cast blame on President Trump and his related political entities and threatening the uniquely American and deeply entrenched freedom of speech rights enshrined by the Constitution. Indeed, these rights are especially important because President Trump's calls for peace and patriotism are easily contrasted with the irresponsible calls for violence from many of his political adversaries.[2]

Defendants Donald J. Trump for President, Inc. ("Trump Campaign"), and Make America Great Again PAC ("Trump PAC") (collectively, the "Entity Defendants"), by counsel, for their Answer to the Amended Complaint state as follows:

1.     The Entity Defendants deny that they caused any of Plaintiffs' alleged injuries or acted unlawfully in any way. The Entity Defendants admit there are eight Plaintiffs. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

2.     Denied.

3.     Denied.

4.     Denied.

---

[2] *See* Tom, "Inciting Rhetoric from Democrats," YOUTUBE, available at https://www.youtube.com/watch?v=gcVlsq2x79g and Caldron Pool, "How did you think it would end? Democrats and Progressives Inciting Violence." YOUTUBE, available at https://www.youtube.com/watch?v=7yYplnEkbqU for a representative compilation of incendiary remarks from other political and governmental officials that has been ignored by the media and the legal system.

5.     Denied.

6.     Denied.

7.     Denied.

8.     Denied.

9.     Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

10.    Denied.

## PARTIES

11.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

12.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

13.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

14.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

15.    The Entity Defendants are without sufficient knowledge to form a

belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

16.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

17.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

18.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

19.    The Entity Defendants admit that President Trump is a resident of Palm Beach, Florida. The Entity Defendants deny the remaining allegations contained in this paragraph.

20.    Admitted.

21.    Admitted.

22.    Admitted.

23.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

24.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore

the allegations are denied.

25.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

26.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

27.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

28.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

29.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

30.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

31.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

32.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

33.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

34.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

35.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

36.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

37.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

38.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

39.     The Entity Defendants are without sufficient knowledge to form a

belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

40.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

41.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

42.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

43.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

44.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

45.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

46.     Denied.

## JURISDICTION AND VENUE

47.    This paragraph contains legal conclusions to which no response is required.

48.    This paragraph contains legal conclusions to which no response is required.

49.    This paragraph contains legal conclusions to which no response is required. To the extent that this paragraph contains factual allegations, those allegations are denied.

## FACTS

50.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph as to President Trump's Twitter followers, and therefore the allegations are denied. The Entity Defendants deny the allegations and characterizations contained in this paragraph.

51.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

52.    Admitted only that the partially quoted language in this paragraph came from a social media post by President Trump but denied as to any characterizations of such language.

53.    The first sentence of Paragraph 53 of the Amended Complaint does not contain allegations of fact, only opinion, to which no response is required. The remaining allegations of this paragraph are denied.

54.   Denied.

55.   Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

56.   Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

57.   Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

58.   Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

59.   Denied.

60.   Denied.

61.   Admitted only that Mr. Giuliani previously served as an attorney to President Trump and the Trump Campaign, and that Mr. Giuliani's bar license has been suspended in New York and Washington, D.C. The remaining allegations of this paragraph are denied.

62.   Denied as phrased. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

63.    Admitted.

64.    Denied.

65.    Denied as phrased.

66.    Admitted only that the Trump Campaign reimbursed Mr. Giuliani's legal expenses. The Entity Defendants deny the remaining allegations contained in this paragraph as phrased.

67.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

68.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

69.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

70.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

71.    Denied.

72.    Denied.

    a. To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and

the Entity Defendants deny all characterizations of such statements.

b.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

c.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

d.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

e.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

f.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

g.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

h.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

      i.   To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

      j.   The Entity Defendants are without sufficient information to form a belief about the truth of the allegations of this sub-paragraph, and therefore such allegations are denied.

73.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

74.    Denied.

75.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

76.    Denied.

      a.   Denied. To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

      b.   Denied. To the extent that this sub-paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

c.  Denied.

77.   Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

78.   Admitted only that President Trump posted a tweet on November 21, 2020, commenting on political rallies going on at the time. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

79.   Admitted only that Ms. Pierson attended a rally in Washington, D.C. on December 12, 2020. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

80.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

81.   The Entity Defendants are without sufficient knowledge to form a

belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are deemed denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

82.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Entity Defendants admit that electors cast ballots on December 14, 2020.

83.     Denied.

84.     Admitted only that the Trump Campaign made payments to Event Strategies Inc for equipment rental in connection with a rally on or near January 6, 2021. The Entity Defendants deny the remaining allegations contained in this paragraph.

85.     Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

86.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

87.     Denied as phrased.  To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

88.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

89.    Denied.

90.    The Entity Defendants are without sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore, such allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

91.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

92.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

93.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

94.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

95.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

96.     Denied as phrased. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

97.     Denied.

98.     The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

99.     Denied.

    a. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

    b. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

c. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

d. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

e. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

100.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

101.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

102.   To the extent that this paragraph makes any allegations as to the Entity Defendants, those allegations are denied. To the extent that this paragraph makes allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore the allegations are denied.

103.   Denied.

a. The Entity Defendants are without sufficient knowledge to form a

belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

b. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

c. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

d. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

e. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

f. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

104.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

105.   To the extent that this paragraph makes any allegations as to the Entity Defendants, those allegations are denied. To the extent that this paragraph

made allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

106.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

107.   Admitted only that thousands of people travelled to Washington, D.C. on January 6, 2021, including supporters of President Trump. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements

108.   To the extent that this paragraph contains allegations as to Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore denies such allegations. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements

109.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore

the allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements

110.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

111.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

112.    Denial. To the extent that this paragraph purports to characterize a written document, such document would speak for itself, and the Entity Defendants deny all characterizations of such document.

113.    This paragraph contains legal conclusions to which no response is required. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

114.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

115.    Admitted only that President Trump was the final speaker at the January 6 Save America rally at the Ellipse, that he started speaking at 12:00 p.m., and that Congress convened to count electoral votes at approximately 1:00 p.m. The

remaining allegations of this paragraph are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

116. Denied as phrased. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

117. Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

118. Denied.

119. Denied as phrased. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

120. Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

121. Denied.

122. Denied.

123. Admitted only that Congress convened at approximately 1:00 p.m. on January 6, to count the electoral votes and that several members of Congress lodged objections. The remaining allegations of this paragraph are denied.

124.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

125.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

126.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

127.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient

knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

128.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

129.    It is specifically denied that President Trump gave instructions for his supporters to "march on the Capitol" or to "take matters into their own hands." The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

130.    The Entity Defendants deny that they or President Trump caused or in any way intended to cause lawlessness at the Capitol. It is admitted only that the Entity Defendants worked to challenge the outcome of the 2020 Presidential Election by lawful means. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

131.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

132.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

133.   To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

134.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

135.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

136.   The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

137.   To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient

knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

138.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

139.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

140.    To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied.

      a. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph,

and therefore the allegations are denied.

b.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

c.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

d.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

e.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

f.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

g.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

h.  The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

i. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

j. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

k. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

141. To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

142. To the extent that this paragraph contains allegations as to the Entity Defendants, or that the events alleged therein were in any way caused by the Entity Defendants, those allegations are denied. To the extent that this paragraph contains allegations as to any other defendants, the Entity Defendants are without sufficient knowledge to form a belief as to the truth of such allegations, and therefore such

allegations are denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

143.    Denied as phrased. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

144.    Denied.

145.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

146.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

147.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

148.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

149.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

150.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

151.    The Entity Defendants admit that Congress finished counting the electoral votes at approximately 3:24 a.m. on January 7, 2021. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

152.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

153.    Denied.

154.    Denied. To the extent that this paragraph purports to quote or characterize recorded statements, such statements would speak for themselves, and the Entity Defendants deny all characterizations of such statements.

155.    The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph, and therefore the allegations are denied.

156.    This paragraph contains legal conclusions to which no response is required.

157.    The Entity Defendants deny causing any of Officer Smith's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as

to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

158.   The Entity Defendants deny causing any of Sergeant McElroy's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

159.   The Entity Defendants deny causing any of Officer Evan's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

160.   The Entity Defendants deny causing any of Officer Latson's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

161.   The Entity Defendants deny causing any of Officer Marshall's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

162.   The Entity Defendants deny causing any of Officer Fortune's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

163.   The Entity Defendants deny causing any of Officer DeRoche's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

164.   The Entity Defendants deny causing any of Officer Cleveland's alleged injuries. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore the allegations are denied.

165.   Denied.

## CLAIMS FOR RELIEF

### COUNT I
### Ku Klux Klan Act (42 U.S.C. § 1985(1)) – CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
### (All Plaintiffs against All Defendants)

166.   The Entity Defendants incorporates each answer in the preceding paragraphs as if set forth fully herein.

167.   This paragraph contains legal conclusions to which no response is required.

168.   Denied.

a.   Denied.

b.   Denied.

c.   Denied.

169.   Denied.

170.   Denied.

a. Denied.

b. Denied.

c. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

d. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

e. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

f. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

g. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

h. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph, and therefore the allegations are denied.

i. The Entity Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this sub-paragraph,

and therefore the allegations are denied.

171.   Denied.

172.   Denied.

## COUNT II
## Ku Klux Klan Act (42 U.S.C. § 1986) – FAILURE TO PREVENT CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
### (All Plaintiffs against All Defendants)

173.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

174.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

175.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

176.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

177.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

178.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

179.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

180.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

181.   This count has been dismissed as to all moving Defendants; thus, no

answer is required.

## COUNT III
### D.C. Code § 22-3704(a) – VIOLATION OF D.C. BIAS-RELATED CRIMES ACT
### (All Plaintiffs against All Defendants)

182.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

183.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

184.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

185.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

186.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

187.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

188.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

189.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

190.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

191.   This count has been dismissed as to all moving Defendants; thus, no

answer is required.

192.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

193.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

194.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

195.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

196.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

197.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

198.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

**COUNT IV**
**BATTERY**
**(All Plaintiffs against All Defendants)**

199.   This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC incorporates each answer in the preceding paragraphs as if set forth fully herein.

200.   This count has been dismissed as to the Trump Campaign; thus, no

answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

201.    This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

202.    This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

203.    This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

204.    This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

## COUNT V
## ASSAULT
### (All Plaintiffs against All Defendants)

205.    This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC incorporates each answer in the preceding paragraphs as if set forth fully herein.

206.    This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the

Trump PAC denies the allegations contained in this paragraph.

207.   This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

208.   This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

209.   This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

210.   This count has been dismissed as to the Trump Campaign; thus, no answer is required. To the extent an answer is required by the Trump PAC, the Trump PAC denies the allegations contained in this paragraph.

## COUNT VI
### NEGLIGENCE
### (All Plaintiffs against All Defendants)

211.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

212.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

213.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

a.  This count has been dismissed as to all moving Defendants; thus, no

answer is required.

     b.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

214.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

215.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

216.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

217.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

218.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

219.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

220.   This count has been dismissed as to all moving Defendants; thus, no answer is required.

221.   The Court dismissed Plaintiffs' claims for injunctive relief as to all moving Defendants; thus, no answer is required relating to injunctive relief. The Entity Defendants denies the remaining allegations contained in this paragraph.

222.   Any allegations or paragraphs not otherwise addressed or responded to herein are denied.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Donald J. Trump for President, Inc. and Make America Great Again, PAC, deny that Plaintiffs are entitled to any of the relief requested in the unnumbered "Wherefore" clause following paragraph 221 and respectfully requests that the court dismiss the Complaint in its entirety and enter judgment in its favor and against Plaintiffs, and for such other relief as is just and reasonable.

## AFFIRMATIVE DEFENSES

The Entity Defendants intend to assert the following affirmative defenses and reserve the right to seek leave of Court to amend this Answer to assert other legal defenses, if appropriate, based upon facts which become known during the course of discovery and/or trial.

## FIRST AFFIRMATIVE DEFENSE

The plaintiffs' claims as to the Entity Defendants are barred by res judicata.

## SECOND AFFIRMATIVE DEFENSE

The plaintiffs' claims as to the Entity Defendants are barred by lack of personal jurisdiction.

## THIRD AFFIRMATIVE DEFENSE

The plaintiffs' claims as to the Entity Defendants are barred by the First Amendment.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiffs' claims as to the Entity Defendants are void due to the vagueness of 42 U.S.C. § 1985.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiffs' claims as to the Entity Defendants are barred by the Professional Rescuer's Doctrine.

### SIXTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs suffered injuries, those injuries were caused by third parties or by unnamed Doe Defendants.

### SEVENTH AFFIRMATIVE DEFENSE

Lack of agency relationship between the Entity Defendants and other named defendants or third parties allegedly responsible for Plaintiffs' injuries.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiffs' claims as to the Entity Defendants are barred by intervening or supervening causes.

Dated: February 9, 2023                    Respectfully submitted,

                                           /s/ Jesse R. Binnall
                                           Jesse R. Binnall (VA022)
                                           Jason C. Greaves (DC1033617)
                                           The Binnall Law Group, PLLC
                                           717 King Street, Suite 200
                                           Alexandria, Virginia 22314
                                           Tel: (703) 888-1943
                                           Fax: (703) 888-1930
                                           Email: jesse@binnall.com
                                                   jason@binnall.com
                                           *Attorneys for Donald J. Trump,*
                                           *Donald J. Trump for President, Inc.,*
                                           *and Make America Great Again PAC*

## CERTIFICATE OF SERVICE

I certify that on February 9, 2023, a copy of the foregoing was filed with the

Clerk of the Court using the Court's CM/ECF system, which will send a copy to all

counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall
*Attorney for Donald J. Trump*
*Donald J. Trump for President, Inc.,*
*and Make America Great Again PAC*