UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al, <br><br> Plaintiffs, <br> vs. <br><br> DONALD J. TRUMP, et al, <br><br> Defendants. | Case No: 1:21-cv-2265-APM |

**MOTION FOR ADMISSION OF WILLIAM J. BLECHMAN**
**TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS**

Pursuant to Rule 83.2(c) of the Local Rules of this Court, Edward G. Caspar, undersigned sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of William J. Blechman of Kenny Nachwalter, P.A., to represent Plaintiffs in this matter. This motion is supported by the attached Declaration of Mr. Blechman, Exhibit 1, and Certificate of Good Standing from United States District Court, Southern District of Florida issued within 30 days of this filing. As set forth in Mr. Blechman's Declaration, he is admitted in, and an active member in good standing of, The Florida Bar, District of Columbia Bar, American Bar Association, U.S. Supreme Court, Supreme Court of Florida, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the Fifth Circuit, United States District Court for the Middle District of Florida and United States District Court for the Southern District of Florida. Mr. Blechman's Declaration states that his firm has been retained as counsel by Plaintiffs in this action. Movant is an active and sponsoring member of the Bar of this Court.

Accordingly, Plaintiffs respectfully request that this Motion be granted so that Mr. Blechman may attend and participate in all matters on behalf of Plaintiffs in this action.

If the Court grants this Motion, then Mr. Blechman requests that he be served with all Court filings, discovery and correspondence regarding this action at his business address set forth in his Declaration.

Dated:  February 10, 2023

Respectfully submitted,

*/s/ Edward G. Caspar*
Edward G. Caspar
D.C. Bar No. 1644168
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8300
ecaspar@lawyerscommittee.org

***Sponsoring Counsel and Counsel for Plaintiffs***

655005.1

# EXHIBIT 1"

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **William Jay Blechman**, Florida Bar # **379281**, was duly admitted to practice in this Court on **January 28, 1985**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 09, 2023.

*Angela E. Noble*
*Court Administrator ▪ Clerk of Court*