UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al,<br><br>    Plaintiffs,<br>vs.<br><br>DONALD J. TRUMP, et al,<br><br>    Defendants. | Case No: 1:21-cv-2265-APM |

## MOTION FOR ADMISSION OF ELIZABETH B. HONKONEN TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Rule 83.2(c) of the Local Rules of this Court, Edward G. Caspar, undersigned sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Elizabeth B. Honkonen of Kenny Nachwalter, P.A., to represent Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Honkonen, Exhibit 1, and Certificate of Good Standing from United States District Court, Southern District of Florida issued within 30 days of this filing. As set forth in Ms. Honkonen's Declaration, she is admitted in, and an active member in good standing of, The Florida Bar, U.S. Supreme Court, Supreme Court of Florida, U.S. Court of Appeals for the Eleventh Circuit and Federal Circuit, United States District Court for the Middle District of Florida and United States District Court for the Southern District of Florida. Ms. Honkonen's Declaration states that her firm has been retained as counsel by Plaintiffs in this action. Movant is an active and sponsoring member of the Bar of this Court.

Accordingly, Plaintiffs respectfully request that this Motion be granted so that Ms. Honkonen may attend and participate in all matters on behalf of Plaintiffs in this action.

If the Court grants this Motion, then Ms. Honkonen requests that she be served with all Court filings, discovery and correspondence regarding this action at her business address set forth in his Declaration.

Dated: February 10, 2023

Respectfully submitted,

/s/ Edward G. Caspar
Edward G. Caspar
D.C. Bar No. 1644168
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8300
ecaspar@lawyerscommittee.org

**Sponsoring Counsel and Counsel for Plaintiffs**

655212.3