# EXHIBIT 1"

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Elizabeth Brooks Honkonen**, Florida Bar # **149403**, was duly admitted to practice in this Court on **January 15, 1999**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 08, 2023.

*Angela E. Noble*
Court Administrator ● Clerk of Court