## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br> vs. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No: 1:21-cv-2265-APM |

### DECLARATION OF ELIZABETH B. HONKONEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth B. Honkonen, pursuant to Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, hereby declare as follows:

1. I submit this declaration based on my personal knowledge of the facts about me in support of the motion for permission to appear *pro hac vice* as counsel for Plaintiffs in this action.

2. I am a Partner at Kenny Nachwalter, P.A., and our firm has been retained as counsel for Plaintiffs in the above-referenced action. My firm's main office is located at 1441 Brickell Avenue, Suite 1100, Miami, Florida 33131. My business telephone number is (305) 373-1000, and my business e-mail address is ebh@knpa.com.

3. I am a member of the Bar of the State of Florida. I am admitted to the U.S. District Courts for the Southern and Middle Districts of Florida, the U.S. Courts of Appeals for the Eleventh and Federal Circuits, the Supreme Court of Florida, and the U.S. Supreme Court.

4. I certify that I have never been disciplined by any bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9th, 2023

Respectfully submitted,

Elizabeth B. Honkonen
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: ebh@knpa.com

655213.3

2