UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CONRAD SMITH, et al,

      Plaintiffs,

vs.

DONALD J. TRUMP, et al,

      Defendants.

Case No: 1:21-cv-2265-APM

**MOTION FOR ADMISSION OF ATTORNEY ANNA T. NEILL
TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS**

Pursuant to Rule 83.2(c) of the Local Rules of this Court, Edward G. Caspar, undersigned sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Anna T. Neill of Kenny Nachwalter, P.A., to represent Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Neill, Exhibit 1, and Certificate of Good Standing from United States District Court, Southern District of Florida issued within 30 days of this filing. As set forth in Ms. Neill's Declaration, she is admitted in, and an active member in good standing of, The Florida Bar, The State Bar of California, U.S. District Court, Southern District of Florida, U.S. District Court, Middle District of Florida, U.S. District Court, Northern District of California, U.S. District Court, Central District of California, U.S. Court of Appeals, Eleventh Circuit, U.S. Court of Appeals, Ninth Circuit, U.S. Court of Appeals, First Circuit, U.S. Court of Appeals, Third Circuit, and the U.S. Supreme Court. Ms. Neill's Declaration states that her firm has been retained as counsel by Plaintiffs in this action. Movant is an active and sponsoring member of the Bar of this Court.

Accordingly, Plaintiffs respectfully request that this Motion be granted so that Ms. Neill may attend and participate in all matters on behalf of Plaintiffs in this action.

If the Court grants this Motion, then Ms. Neill requests that she be served with all Court filings, discovery and correspondence regarding this action at her business address set forth in her Declaration.

Dated: February 10, 2023

Respectfully submitted,

*/s/ Edward G. Caspar*
Edward G. Caspar
D.C. Bar No. 1644168
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8300
ecaspar@lawyerscommittee.org

**Sponsoring Counsel and Counsel for Plaintiffs**

655222.2