# EXHIBIT 1"

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Anna T Neill**, Florida Bar # **100945**, was duly admitted to practice in this Court on **January 22, 2013**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 10, 2023.

Angela E. Noble
Court Administrator ● Clerk of Court