UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CONRAD SMITH, et al,

Plaintiffs,

vs.

DONALD J. TRUMP, et al,

Defendants.

Case No: 1:21-cv-2265-APM

### DECLARATION OF ANNA T. NEILL
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anna T. Neill, pursuant to Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, hereby declare as follows:

1. I submit this declaration based on my personal knowledge of the facts about me in support of the motion for permission to appear *pro hac vice* as counsel for Plaintiffs in this action.

2. I am a Partner at Kenny Nachwalter, P.A., and our firm has been retained as counsel for Plaintiffs in the above-referenced action. My firm's main office is located at 1441 Brickell Avenue, Suite 1100, Miami, Florida 33131. My business telephone number is (305) 373-1000, and my business e-mail address is aneill@knpa.com.

3. I am a member in good standing of the The Florida Bar, The State Bar of California, U.S. District Court, Southern District of Florida, U.S. District Court, Middle District of Florida, U.S. District Court, Northern District of California, U.S. District Court, Central District of California, U.S. Court of Appeals, Eleventh Circuit, U.S. Court of Appeals, Ninth Circuit, U.S. Court of Appeals, First Circuit, U.S. Court of Appeals, Third Circuit, and the U.S. Supreme Court.

4. I, along with my firm Kenny Nachwalter, P.A., have been retained by Plaintiffs to represent them as counsel in this action.



5. I certify that I have never been disciplined by any bar in any jurisdiction.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2023                Respectfully submitted,

_____
Anna T. Neill
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: aneill@knpa.com

655223.2

