IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CONRAD SMITH, *et al.*,

        Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Civil Action No. 1:21-CV-02265-APM

---

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ZACHARY REHL'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs by and through their undersigned counsel, respectfully submit this Unopposed Motion for Extension of Time to Respond to Defendant Zachary Rehl's Motion for Summary Judgment (ECF 184) until and including March 15, 2023. The undersigned counsel conferred with opposing counsel, Patrick Trainor, who does not oppose the relief requested herein.

It is, therefore, respectfully requested that the Court extend the deadline for Plaintiffs to respond to Defendant Zachary Rehl's Motion for Summary Judgment to and including, March 15, 2023.

Dated: February 15, 2023

Respectfully submitted,

 /s/ *Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc Epstein, *pro hac vice*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street N.W., Suite 900

Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Douglas Wagner, *pro hac vice*
Elizabeth Snow, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
dwagner@selendygay.com
esnow@selendygay.com

KENNY NACHWALTER, P.A.
William J. Blechman *
Elizabeth B. Honkonen*
Anna T. Neill*
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Email: wblechman@knpa.com
        ebh@knpa.com
        aneill@knpa.com

**Pro Hac Vice* Application Pending

***Counsel for Plaintiffs***