IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Civil Action No. 1:21-CV-02265-APM

## ORDER

The Court grants Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant Zachary Rehl's Motion for Summary Judgment (ECF 184) to and including March 15, 2023, in the above referenced matter.

Date:

_____
AMIT P. MEHTA
United States District Judge