IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,                                    CASE NO.: 1:21-CV-02265-APM
et al.,

      Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

      Defendants.

_____/

**DEFENDANT BRANDON J. STRAKA'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT (ECF No. 89)**

1.      Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to the Plaintiffs in this paragraph. To the extent he is included with "Defendants" in this paragraph, Mr. Straka denies the allegations.

2.      To the extent he is included with "Defendants" in this paragraph, Defendant Straka denies the allegations. No answer is required as to "conspired" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

3.      No answer is required because the Civil Rights Act and D.C. Bias-Related Crimes Act counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. The remainder of this paragraph consists exclusively of legal conclusions, and accordingly no response is required.

4.      To the extent he is included with "Defendants", "Participants" and "attackers" in this paragraph, Mr. Straka denies the allegations.

1

5.      No answer is required as to "conspired" and "concert" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

6.      No answer is required as to "co-conspirators" and "coordinated" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

7.      No answer is required as to "acts in furtherance of the conspiracies" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

8.      No answer is required as to "conspiratorial acts" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent he is included with "Defendants" and "They" as to acts alleged in this paragraph, Mr. Straka denies the allegations.

9.      No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

10.      Defendant Straka denies the allegation that he "assaulted and injured Plaintiffs and others, and caused millions of dollars of damage to the Capitol Building and grounds" and that "[t]he injuries and damages suffered by Plaintiffs were direct and foreseeable consequences of the acts of . . . []Defendant[]." No further answer is required because the Civil Rights Act, conspiracy,

and anti-bias counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this

Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No.

179]. To the extent that any other allegations in this paragraph require a response, they are denied.

## PARTIES

### **PLAINTIFFS**

11.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

12.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

13.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

14.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

15.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

16.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

17.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

18.     Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

### **DONALD J. TRUMP, TRUMP FOR PRESIDENT, INC., and MAKE AMERICA GREAT AGAIN PAC**

19.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

20.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Donald J. Trump for President, Inc. and not Mr. Straka.

21.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Make America Great Again PAC and Trump for President and not Mr. Straka.

**STOP THE STEAL, ALEXANDER, STRAKA, and STONE**

22.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Stop the Steal L.L.C. and not Mr. Straka.

23.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Ali Alexander and Stop the Steal and not Mr. Straka.

24.     Defendant Straka admits he is a resident of Omaha, Nebraska. Mr. Straka denies that he is a "promoter for STOP THE STEAL." Mr. Straka denies that he "breached police barricades on the United States Capitol Grounds on January 6."

25.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Roger J. Stone, Stop the Steal, the Proud Boys and Oath Keepers. and not Mr. Straka.

**PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA**

26.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Proud Boys, Tarrio, Nordean, Biggs, Rehl, and Donohoe and not Mr. Straka.

27.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Proud Boys and not Mr. Straka.

28.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Proud Boys, Tarrio, and Nordean and not Mr. Straka.

29.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Tarrio and Proud Boys and not Mr. Straka.

30.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Nordean and Proud Boys and not Mr. Straka.

31.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Biggs and Proud Boys and not Mr. Straka.

32.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Rehl and Proud Boys and not Mr. Straka.

33.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Donohoe and Proud Boys and not Mr. Straka.

34.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Pezzola and Proud Boys and not Mr. Straka.

## OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS

35.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Oath Keepers, Rhodes, Watkins and Meggs and not Mr. Straka.

36.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Rhodes and Oath Keepers and not Mr. Straka.

37.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Caldwell and Oath Keepers and not Mr. Straka.

38.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Watkins and Oath Keepers and not Mr. Straka.

39.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Meggs and Oath Keepers and not Mr. Straka.

**HOSTETTER, TAYLOR, WARNER, MARTINEZ, KINNISON, and MELE**

40.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Hostetter and Trump and not Mr. Straka.

41.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Taylor and not Mr. Straka.

42.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Warner and not Mr. Straka.

43.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Martinez and not Mr. Straka.

44.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Kinnison and not Mr. Straka.

45.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Mele and not Mr. Straka.

**Other Defendants**

46.     To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required to the allegations in this paragraph that are directed strictly against other defendants and not Mr. Straka. No answer is required as to "conspiracies" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Defendant Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

## JURISDICTION AND VENUE

47.     This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

48.     This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

49.     This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

## FACTS

**"Lies, Intimidation, and Violence in the Run-up to the 2020 Presidential Election"**

50.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

51.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

52.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

53.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

54.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

55.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

56.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

57.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

58.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

59.     To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required to allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka.

60.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Trump and Proud Boys and not Mr. Straka.

**"Trump Loses the Election"**

61.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

62.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Trump, Trump for President, Stone and Alexander and not Mr. Straka.

63.     Admitted.

64.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to

Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

65.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

66.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Trump and Trump for President and not Mr. Straka.

67.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Trump and Trump for President and not Mr. Straka.

68.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

69.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

70.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

71.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

72.     (Including subparts a-j:) No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

73.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

74.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

75.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

76.     (Including subparts a-c:) No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

77.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

78.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

79.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

80.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

81.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

## "Planning the January 6 Rally, March, and Attack"

### "Defendants Plan the Rally"

82.     To the extent this paragraph discusses "[f]ederal law", this is a legal conclusion and accordingly no response is required. The remainder of the allegations in this paragraph are admitted.

83.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

84.     No answer is required to allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. No answer is required to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

85.     No answer is required to allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. No answer is required to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

86.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

**"Trump Directs His Supports to Attend the Rally and March"**

87.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

88.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

89.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

90.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

91.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

92.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

93.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

94.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

95.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

96.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

**"Defendants Plan the Capitol Attack"**

97.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

98.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

99.     (Including subparts a-e:) No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

100.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

101.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

102.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

103.     (Including subparts a-f:) No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

104.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

105.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

106.     No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. Mr. Straka admits that he was listed as an expected speaker at a January 6 rally. Mr. Straka lacks sufficient knowledge to admit or deny the allegations relating to the permit application for that January 6 rally. To the extent that any other allegations in this paragraph require a response, they are denied.

**"The January 6 Capitol Attack"**

**"Trump and Other Defendants Provoke and Direct a Mob"**

107.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Defendant Straka. No answer is required to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

108.     No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Defendant Straka. No answer is required to "co-conspirators"

because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

109.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

110.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

111.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

112.    No answer is required because the allegations in this paragraph are directed strictly against Defendants Trump and Trump for President and not Mr. Straka.

113.    To the extent this paragraph discusses a "lawful avenue", this is a legal conclusion and accordingly no response is required. No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

114.    No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. No answer is required to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Defendant Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

115.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

116.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

117.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

118.    No answer is required to the allegations in this paragraph that are directed strictly against Defendant Trump and not Mr. Straka. No answer is required to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Defendant Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any allegations in this paragraph require a response, they are denied.

119.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

120.    No answer is required to the allegations in this paragraph that are directed strictly against Defendant Trump and not Mr. Straka. Mr. Straka denies he "use[d] force, intimidation, [or] threats" in any manner on January 6, 2021.

121.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

122.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

**"Defendants Storm and Attack the Capitol"**

123.    Admitted that "[a]t approximately 1:00 p.m. on January 6, [2021] Congress convened to count the Electoral College votes and announce Biden's and Harris's election." The allegation that "Congress's count of the electoral votes was a mere formality" is a legal conclusion

and accordingly no response is required. Admitted that "several members of Congress lodged objections, particularly as to the votes in many states[.]" Admitted that "[t]hese objections were being heard separately on January 6 in the House and Senate chambers when" a march began towards the Capitol. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. To the extent that any remaining allegations in this paragraph require a response, they are denied.

124.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

125.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

126.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

127.    No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. Mr. Straka admits that he was "at one of the Capitol entrances where the crowd had amassed" on the east side of the Capitol at approximately 2:30 p.m. on January 6, 2021. Mr. Straka denies that he "participated in the Attack, yelled encouragement to the other attackers to breach the Capitol," or "directed" anyone "to take a protective shield from the hands of a Capitol Police officer[.]" To the extent that any other allegations in this paragraph require a response, they are denied.

128.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka.

129.    No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. To the extent that any allegations in this paragraph require a response, they are denied.

130.    Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph as to the operations of the Senate, House, Secret Service, Vice President Pence, Capitol Police, House Speaker Pelosi and Congressional staff. To the extent he is included with "Defendants" in this paragraph, Mr. Straka denies the allegations. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka.

131.    Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph as to "attackers", "a woman", "police officers", and "a rioter." No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka.

132.    Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph. Mr. Straka denies harboring or exhibiting any white supremacist sentiment at any time.

133.    To the extent he is included with "Defendants" in this paragraph, Mr. Straka denies the allegations. Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph as to "[a]ttackers" and "[o]fficers."

134.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

135.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

136.    No answer is required to the allegations in this paragraph that are directed strictly against Defendant Warner and not Mr. Straka. Defendant Straka lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

137.    Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to "attackers" in this paragraph. To the extent that the allegations as to "attackers" include Mr. Straka, they are denied.

138.    To the extent he is included with "Some Defendants", "attacker" (or "attackers") and "the mob" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Defendant Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

139.    To the extent he is included with "some Defendants" and "Other Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. Mr. Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph as to the "Plaintiffs and other police officers and Capitol security" or any specific Plaintiff. To the extent that any other allegations in this paragraph require a response, they are denied.

140.    (Including subparts a-k:) To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka.

141.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

142.    To the extent he is included with "attackers" (or "attacker") and "many Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka. To the extent that any other allegations in this paragraph require a response, they are denied.

143.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

**"Trump Ratifies the Capitol Attack"**

144.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka. To the extent that any other allegations in this paragraph require a response, they are denied.

145.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

146.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka. To the extent that any other allegations in this paragraph require a response, they are denied.

147.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

148.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

149.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

150.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

**"Defendants Persist in Their Conduct Despite Widespread Condemnation"**

151.    Defendant Straka lacks sufficient knowledge to admit or deny the allegations in this paragraph.

152.    To the extent he is included with "many Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Mr. Straka.

153.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

154.    No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Mr. Straka.

155.    To the extent he is included with "[o]ther Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required to the allegations in this paragraph that are directed strictly against other Defendants and not Defendant Straka.

**Plaintiffs' Injuries**

156.    This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

157.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff

Smith in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

158.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff McElroy in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

159.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff Evans in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

160.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff Latson in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

161.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff Marshall in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

162.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff Fortune in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

163.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff DeRoche in this paragraph. To the extent that any other allegations in this paragraph require a response, they are denied.

164.    Defendant Straka lacks sufficient knowledge to admit or deny the allegations as to Plaintiff Cleveland in this paragraph.

165.     To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "co-conspirators" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Defendant Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179]. To the extent that any other allegations in this paragraph require a response, they are denied.

**CLAIMS FOR RELIEF**

**<u>COUNT I</u>**

**<u>42 U.S.C. § 1985</u>**

166.     Defendant Straka incorporates herein by reference all answers contained in all preceding paragraphs.

167.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

168.     (Including subparts a-c:) No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

169.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

170.     (Including subparts a-i:) No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

171.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

172.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

**COUNT II**

**42 U.S.C. § 1986**

173.    Defendant Straka incorporates herein by reference all answers contained in all preceding paragraphs.

174.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

175.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

176.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

177.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

178.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

179.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

180.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

181.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

**COUNT III**

**D.C. Code § 22-3704(a)**

182.    Defendant Straka incorporates herein by reference all answers contained in all preceding paragraphs.

183.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

184.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

185.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

186.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

187.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

188.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

189.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

190.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

191.    No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

192.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

193.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

194.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

195.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

196.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

197.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

198.     No answer is required because the D.C. Code § 22-3704(a) count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

**COUNT IV**

**BATTERY**

199.     Defendant Straka incorporates herein by reference all answers contained in all preceding paragraphs.

200.     To the extent he is included with "others" as to acts alleged in this paragraph, Mr. Straka denies the allegations. Defendant Straka lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

201.     To the extent he is included with "[a]ll Defendants" and "[e]ach Defendant" as to acts alleged in this paragraph, Mr. Straka denies the allegations.

202.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

203.     No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

204.     To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "conspired" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Defendant Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

**COUNT V**

**ASSAULT**

205.     Defendant Straka incorporates herein by reference all answers contained in all preceding paragraphs.

206.    To the extent he is included with "others" as to acts alleged in this paragraph, Mr. Straka denies the allegations. Defendant Straka lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

207.    To the extent he is included with "[a]ll Defendants" and "[e]ach Defendant" as to acts alleged in this paragraph, Mr. Straka denies the allegations.

208.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants and not Mr. Straka.

209.    No answer is required because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

210.    To the extent he is included with "Defendants" as to acts alleged in this paragraph, Mr. Straka denies the allegations. No answer is required as to "conspired" because the conspiracy counts of Plaintiffs' Amended Complaint were dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

## COUNT VI

## NEGLIGENCE

211.    Defendant Straka incorporates herein by reference all answers contained in all preceding paragraphs.

212.    No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

213.     (Including subparts a-b:) No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

214.     No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

215.     No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

216.     No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

217.     No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

218.     No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

219.     No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

220.    No answer is required because the negligence count of Plaintiffs' Amended Complaint was dismissed as to Mr. Straka when this Court granted Defendant's Motion to Dismiss in part in its order dated January 26, 2023 [ECF No. 179].

221.    This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

**Relief Sought by Plaintiffs**

Paragraphs A-F do not require any response by Defendant Straka. To the extent paragraphs A-F assert any allegations to which a response is required, Mr. Straka denies those paragraphs in their entirety.

**Affirmative Defenses**

Wherefore, having answered Plaintiffs' Amended Complaint, Defendant Straka raises the following affirmative and other defenses. By identifying these affirmative and other defenses, Mr. Straka does not concede that he bears the burden of proving any or all of these affirmative and other defenses. Additionally, Mr. Straka makes no admission by virtue of asserting these affirmative and other defenses. Mr. Straka's burden will be determined as a matter of law.

Mr. Straka states that he lacks sufficient knowledge or information as to the truth of numerous allegations in Plaintiffs' Amended Complaint, and until he avails himself to further investigation and discovery, he cannot determine whether any or all of these Affirmative Defenses will be asserted before or at trial. Mr. Straka reserves his right to assert additional affirmative or other defenses that may become known through further investigation and discovery. Otherwise, Mr. Straka states as follows:

1.    The Plaintiffs' Amended Complaint states no claim upon which relief can be granted against Mr. Straka.

2.      Plaintiffs have failed to plead their allegations against Mr. Straka with sufficient specificity or particularity.

3.      The Plaintiffs have suffered no recoverable damages against Mr. Straka.

4.      The Plaintiffs have failed to mitigate their damages.

5.      The Plaintiffs' claims are unconstitutional as applied to Mr. Straka.

6.      Defendant Straka reserves the right to add to, modify, supplement, change amend, or assert additional defenses that become warranted as facts develop during discovery.

### Defendant Straka's Prayer for Relief

For the foregoing reasons, Mr. Straka respectfully requests that this case be dismissed and that he be awarded his reasonable attorney's fees and costs incurred in this litigation.

### Reliance Upon Plaintiffs' Jury Demand

Defendant Straka relies upon Plaintiffs' Demand for Trial by Jury for all such claims or causes of action so triable. To the extent that Plaintiffs failed to property demand or preserve their right to trial by jury, Mr. Straka submits to a bench trial for all such claims or causes of action so triable.

Respectfully submitted,

Brandon J. Straka

By Counsel

/s/ Stephen Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W. Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

/s/ Benjamin Barr
Benjamin Barr
(Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to Plaintiffs' counsel and counsel for most Defendants.

I further certify that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), counsel will endeavor to serve all other named Defendants a copy of this filing by first class mail.

*/s/ Stephen Klein*
Stephen R. Klein

*Counsel to Brandon J. Straka*