IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.

      Plaintiffs,

v.

DONALD J. TRUMP FOR PRESIDENT, INC.
ET AL.

      Defendants.

1:21-CV-02265-APM

## DEFENDANT KELLY MEGGS' ANSWER
## TO PLAINTIFFS' AMENDED COMPLAINT

Defendant, Kelly Meggs, through undersigned counsel, files this his Answer and Jury Demand to Plaintiffs' Amended Complaint and states as follows:

1.      Defendant admits there are eight Plaintiffs. Defendant denies causing Plaintiffs' alleged injuries.  Defendant generally denies the allegations of what Plaintiffs experienced on January 6 as a result of this Defendant's conduct. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.

2.      Denied.

3.      Denied.

4.      Denied.

5.      Denied.

6.      Denied.

7.      Denied.

8.      Denied.

9.      Denied.

10.     Denied.

## PARTIES

### I.    Plaintiffs

11.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

12.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

13.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

14.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

15.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

16.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

17.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

18.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

### II.    Donald J. Trump, Trump for President, Inc., and Make America Great Again PAC

19.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

20.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

21.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

### III.    Stop the Steal, Alexander, Straka, and Stone

22.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

23.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

24.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

25.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

### IV.     Proud Boys, Proud Boys International, L.L.C., Tarrio, Nordean, Biggs, Rehl, Donohoe, and Pezzola

26.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

27.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding the Southern Poverty Law Center and Canada, and therefore such allegations are denied.  All other allegations in this paragraph are denied.

28.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

29.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

30.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

31.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

32.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

33.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

34.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

### V. Oath Keepers, Rhodes, Caldwell, Watkins, and Meggs

35.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Oath Keepers registration. All other allegations in this paragraph are denied as phrased.

36.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph as to Defendant Stewart Rhodes, and therefore such allegations are denied.  All other allegations in this paragraph are denied as phrased.

37.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph as to Defendant Thomas Caldwell, and therefore such allegations are denied.  All other allegations in this paragraph are denied as phrased.

38.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph as to Defendant Jessica Watkins, and therefore such allegations are denied.  All other allegations in this paragraph are denied as phrased.

39.     All allegations specific to Kelly Meggs in this paragraph are denied as phrased.

## VI.     Hostetter, Taylor, Warner, Martinez, Kinnison, and Mele

40.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

41.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

42.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

43.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

44.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

45.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

## VII.    Other Defendants

46.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.

## JURISDICTION AND VENUE

47.     This paragraph contains legal conclusions to which no response is required.

48.     This paragraph contains legal conclusions to which no response is required.

49.     This paragraph contains legal conclusions to which no response is required.  Defendant denies all factual allegations in this paragraph.

## FACTS

50.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

51.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

52.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

53.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

54.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

55.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

56.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

57.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

58.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

59.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

60.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied. Any remaining allegations are denied as phrased.

61.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

62.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

63.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

64.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

65.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

66.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

67.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

68.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

69.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

70.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

71.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

72.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and the sub-paragraphs, therefore such allegations are denied.  Any remaining allegations are denied as phrased.

73.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

74.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

75.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

76.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and the sub-paragraphs, therefore such allegations are denied.  Any remaining allegations are denied as phrased.

77.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and the sub-paragraphs, therefore such allegations are denied.  Any remaining allegations are denied as phrased.

78.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

79.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

80.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

81.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

82.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

83.     Defendant denies the allegation against Defendants in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

84.     Defendant denies the allegation against Defendants in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

85.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

86.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

87.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

88.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

89.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

90.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

91.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

92.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

93.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

94.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

95.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

96.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

97.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied.

98.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

99.     The first sentence is denied. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the sub-paragraphs, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

100.    The first sentence is denied. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

101.    Defendant denies the first sentence of this paragraph as to this Defendant. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

102.    Defendant denies the first sentence of this paragraph as to this Defendant. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

103.    Defendant denies the first sentence of this paragraph. Sub-paragraph "a" is denied as to Defendant Meggs. Defendant lacks knowledge or information sufficient to form a belief about

the truth of the remaining sub-paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

104.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

105.    Defendant denies the first sentence of this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

106.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

107.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

108.    Defendant denies the allegation about "1776" being a code word for violent revolution. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

109.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.   Any remaining allegations are denied as phrased.

110.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

111.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

112.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

113.    This paragraph contains legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

114.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

115.    Admit that Trump spoke at a January 6 Rally. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

116.    Admit that Trump spoke at a January 6 Rally. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

117.    Admit that Trump spoke at a January 6 Rally. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

118.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

119.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

120.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

121.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

122.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

123.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

124.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

125.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

126.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

127.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

128.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

129.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

130.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

131.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

132.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

133.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

134.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

135.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

136.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

137.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

138.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

139.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

140.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

141.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

142.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

143.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

144.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

145.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

146.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

147.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

148.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

149.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

150.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

151.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

152.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

153.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

154.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

155.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

156.  This paragraph seek legal conclusions to which no response is required.  Any remaining allegations are denied as phrased.

157.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

158.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

159.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

160.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

161.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

162.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

163.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

164.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

165.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore such allegations are denied.  Any remaining allegations are denied as phrased.

## CLAIMS FOR RELIEF

## COUNT I
**Ku Klux Klan Act (42 U.S.C. § 1985(1)) – CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS**

166. Defendant incorporates each answer in the preceding paragraphs as if set forth fully herein.

167. This paragraph calls for legal conclusions to which no response is required.  Any remaining allegations are denied.

168. Defendant denies the allegations as stated.
      a. Defendant denies the allegations as stated.
      b. Defendant denies the allegations as stated.
      c. Defendant denies the allegations as stated.

169. Defendant denies the allegations as stated.

170. Defendant denies the allegations as stated.
      a. Defendant denies the allegations as stated.
      b. Defendant denies the allegations as stated.
      c. Defendant denies the allegations as stated.
      d. Defendant denies the allegations as stated.
      e. Defendant denies the allegations as stated.
      f. Defendant denies the allegations as stated.
      g. Defendant denies the allegations as stated.
      h. Defendant denies the allegations as stated.
      i. Defendant denies the allegations as stated.

171.  Defendant denies the allegations as stated.

172.  Defendant denies the allegations as stated.

## COUNT II
### Ku Klux Klan Act (42 U.S.C. § 1986)
### FAILURE TO PREVENT CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

173. – 181. This count has been dismissed as to all moving Defendants; thus, no answer is required.

## COUNT III
### D.C. Code § 22-3704(a)
### VIOLATION OF D.C. BIAS-RELATED CRIMES ACT

182. – 198. This count has been dismissed as to all moving Defendants; thus, no answer is required.

## COUNT IV
### BATTERY

199.  Defendant incorporates each answer in the preceding paragraphs as if set forth fully herein.
200.  Defendant denies the allegations as stated.

201.  Defendant denies the allegations as stated.

202.  This paragraph calls for legal conclusions to which no response is required.  Any remaining allegations are denied as stated.

203.  This paragraph calls for legal conclusions to which no response is required.  Any remaining allegations are denied as stated.

204.  Defendant denies the allegations as stated.

## COUNT V

**ASSAULT**

205.   Defendant incorporates each answer in the preceding paragraphs as if set forth fully herein.

206.  Defendant denies the allegations as stated.

207.  This paragraph calls for legal conclusions to which no response is required.  Any remaining allegations are denied as stated.

208.  This paragraph calls for legal conclusions to which no response is required.  Any remaining allegations are denied as stated.

209.  This paragraph calls for legal conclusions to which no response is required.  Any remaining allegations are denied as stated.

210.  Defendant denies the allegations as stated.

## <u>COUNT VI</u>
**NEGLIGENCE**

211-220. This count has been dismissed as to all moving Defendants; thus, no answer is required.

221. The Court dismissed Plaintiffs' claims for injunctive relief as to all moving Defendants; thus, no answer is required relating to injunctive relief.   Defendant denies the remaining allegations contained in this paragraph.

222. Any allegations or paragraphs not otherwise addressed or responded to herein are denied.

## <u>AFFIRMATIVE DEFENSES</u>

FIRST DEFENSE
(Lack of Subject Matter Jurisdiction)
The Court does not have subject matter jurisdiction to hear and decide this case.

SECOND DEFENSE
(Lack of Standing)
Plaintiffs lack standing to assert the claims set forth in the complaint.

THIRD DEFENSE
(Failure to State a Claim Upon Which Relief Can Be Granted)
The complaint fails to state a claim upon which relief can be granted.

FOURTH DEFENSE
(First Amendment)
The complaint is barred in whole or in part by law governing protest-related speech,

political speech and other forms of speech protected under the First Amendment.  And the DC Human Rights Law protects individuals from political discrimination.

FIFTH DEFENSE
(Contribution and Indemnity)
To the extent that any of plaintiffs' injuries were legally and proximately caused by persons other than defendant Meggs, defendant Meggs is entitled to contribution and indemnity from such persons who are responsible.

SIXTH DEFENSE
(Contributory Negligence)
The complaint is barred in whole or in part by the doctrine of contributory negligence.

SEVENTH DEFENSE
(Equitable Estoppel)
The complaint is barred in whole or in part by the doctrine of equitable estoppel.

EIGHTH DEFENSE
(Additional Defenses and Avoidances)
Defendant hereby incorporates by reference as if fully set forth herein any other affirmative defense or avoidance which may be available to him under applicable federal law or District of Columbia law and which may be revealed by further investigation or discovery in this proceeding.

NINTH DEFENSE
The Plaintiffs have failed to mitigate their damages.

TENTH DEFENSE
The Plaintiffs have suffered no recoverable damages by Mr. Meggs including:  Plaintiffs fail to state a claim for Punitive Damages and a claim for compensatory damages.

JURY DEMAND

Defendant makes a Jury Demand.


Defendant reserves the right to add to, modify, supplement, change amend, or assert additional defenses or responses that become warranted as facts develop during discovery.

Dated:  February 23, 2023

Respectfully Submitted,

_____/s/ *Juli Z. Haller*_____
Juli Z. Haller, (D.C. Bar
No.466921) The Law Offices of
Julia Haller
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

Counsel for Kelly Meggs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2023 a true and correct copy of the

foregoing was electronically filed and served via the CM/ECF system, which will automatically

send electronic notification of such filing to all counsel and registered parties.

/s/ Juli Z. Haller
Juli Z. Haller,
(D.C. Bar No.466921)