UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP, et al., <br><br> Defendants. | Case No. 1:21-cv-2265-APM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS BY DEFENDANTS FELIPE MARTINEZ AND DEREK KINNISON**

Defendants Martinez and Kinnison, through their counsel, move the Court to extend their deadline to file answers to the Amended Complaint to Tuesday, March 7, 2023.  Fed. R. Civ. P. 6(b).  Plaintiffs do not oppose the relief requested in this motion.

There is good cause to grant Martinez and Kinnison's motion.  Counsel is currently in a criminal trial that will continue until mid- to late March.  Counsel's appearance in this matter was limited to motions to stay and to dismiss the Amended Complaint.  ECF No. 22.  Those motions have been resolved.  The undersigned is assisting Martinez and Kinnison in finding counsel to represent them in this matter going forward to the extent they cannot resolve Plaintiffs' claims through settlement.  For all these reasons, Martinez and Kinnison respectfully request that the Court extend their deadline for filing answers to March 7, 2023.

Dated: February 28, 2023                                   Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com

1

*Counsel to Felipe Martinez and Derek Kinnison*

## Certificate of Service

I hereby certify that on the 28th day of February, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com