**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SMITH, et al., | ) |
|  | ) |
|  | ) Case No. 1:21-cv-2265-APM |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TRUMP, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**FELIPE ANTONIO MARTINEZ'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

1. Defendant Martinez lacks sufficient knowledge to admit or deny the allegations as to the Plaintiffs in this paragraph. To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

2. To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

3. To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

4. To the extent he is included with "Defendants", "Participants" and "attackers" in this paragraph, Martinez denies the allegations.

5. To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

6. To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

7.   To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

8.   To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

9.   To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

10. To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

## **PARTIES**

11. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

12. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

13. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

14. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

15. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

16. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

17. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

18. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph.

## **DONALD J. TRUMP, TRUMP FOR PRESIDENT, INC., and MAKE AMERICA GREAT AGAIN PAC**

19. No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Martinez.

20. No answer is required because the allegations in this paragraph are directed strictly against Defendant Donald J. Trump for President, Inc. and not Martinez.

21. No answer is required because the allegations in this paragraph are directed strictly against Defendants Make America Great Again PAC and Trump for President and not Martinez.

## STOP THE STEAL, ALEXANDER, STRAKA, and STONE

22. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

23. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

24. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

25. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

## PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA

26. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

27. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

28. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

29. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

30. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

31. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

32. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

33. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

34. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

**OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS**

35. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

36. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

37. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

38. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

39. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

**HOSTETTER, TAYLOR, WARNER, MARTINEZ, KINNISON, and MELE**

40. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph

41. Martinez lacks sufficient knowledge to admit or deny the allegations in this paragraph

42. Admit that Warner is a resident of California and member of Three Percenters, deny that Three Percenters are an extremist militia group, lacks sufficient knowledge to admit or deny remaining allegations.

43. Admit residency and deny "breach[ing] police barricades on the United States Capitol grounds on January 6."

44. Admit residency and membership, lacks sufficient knowledge to admit or deny remaining allegations.

45. Admit residency and membership, deny remaining allegations.

**Other Defendants**

46. To the extent he is included in "Defendants," Martinez denies the allegations.

**JURISDICTION AND VENUE**

47. This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

48. This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

49. This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

**FACTS**

**Lies, Intimidation, and Violence in the Run-up to the 2020 Presidential Election**

50. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

51. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

52. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

53. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

54. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

55. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

56. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

57. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

58. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

59. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

60. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

**<u>TRUMP Loses the Election</u>**

61. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

62. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

63. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

64. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

65. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

66. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

67. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

68. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

69. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

70. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

71. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

72. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

73. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

74. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

75. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

76. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

77. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

78. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

79. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

80. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

81. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

**Planning the January 6 Rally, March, and Attack**

82. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

83. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

84. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

85. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

86. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

87. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

88. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

89. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

90. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

91. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

92. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

93. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

94. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

95. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

96. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

97. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

98. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

99. Admit that Martinez discussed meeting Taylor in D.C. but deny discussing plans to travel with him. Admit Taylor's description of the purpose of the chat but deny that fighting was directed at members of Congress or law enforcement.

100.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

101.     Admit Taylor's statements and Kinnison's statements, lacks sufficient knowledge to admit or deny Mele allegation or the Taylor photo.

102.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

103.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

104.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

105.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

106.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

107.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

108.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

109.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

110.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

111.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

112.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

113.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

114.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

115.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

116.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

117.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

118.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

119.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

120.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

121.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

122.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

123.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

124.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

125.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

126.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

127.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

128.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

129.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

130.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

131.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

132.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

133.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

134.     Lacks information as to Taylor and Hostetter, admit Martinez and Kinnison walked to the Upper West Terrace.

135.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

136.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

137.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

138.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

139.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

140.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

141.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

142.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

143.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

144.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

145.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

146.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

147.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

148.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

149.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

150.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

151.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

152.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

153.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

154.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

155.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

**Plaintiffs' Injuries**

156.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

157.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

158.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

159.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

160.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

161.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

162.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

163.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

164.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

165.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.  Martinez lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

## COUNT I: 42 U.S.C. § 1985

166.     Martinez incorporates all responses in previous paragraphs.

167.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

168.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

169.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

170.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

171.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

172.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

## COUNT II: 42 U.S.C. § 1986

173.     Count dismissed.

174.     Count dismissed.

175.     Count dismissed.

176.     Count dismissed.

177.     Count dismissed.

178.        Count dismissed.

179.        Count dismissed.

180.        Count dismissed.

181.        Count dismissed.

## COUNT III: D.C. Code § 22-3704(a)

182.        Martinez incorporates all previous paragraphs.

183.        This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

184.        To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

185.        To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

186.        To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

187.        To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

188.        To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

189.        To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

190.        This paragraph consists exclusively of a legal conclusion, and accordingly no response is required

191.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

192.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

193.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

194.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

195.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

196.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

197.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

198.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

**Count IV: Battery**

199.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

200.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

201.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

202.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

203.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

204.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

**Count V: Assault**

205.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

206.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

207.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

208.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

209.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

210.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

**Count VI: Negligence.**

211.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

212.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

213.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

214.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

215.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

216.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

217.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

218.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

219.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

220.     To the extent he is included with "Defendants" in this paragraph, Martinez denies the allegations.

221.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

**Prayer for relief**

222.     Paragraphs A-F do not require any response by Martinez. To the extent paragraphs A-F assert any allegations to which a response is required, Martinez denies those paragraphs in their entirety.

**Affirmative Defenses**

223.     The Plaintiffs' Amended Complaint states no claim upon which relief can be granted against Martinez.

224.     Plaintiffs have failed to plead their claims against Martinez with sufficient specificity or particularity.

Dated: March 9, 2023                                    Respectfully submitted,

                                                        /s/ Nicholas D. Smith
                                                        Nicholas D. Smith, D.C. Bar No. 1029802
                                                        1123 Broadway, Suite 909
                                                        New York, NY 10010
                                                        (917) 902-3869
                                                        nds@davidbsmithpllc.com

                                                        *Counsel to Felipe Martinez and Derek Kinnison*

**<u>Certificate of Service</u>**

I hereby certify that on the 9th day of March, 2023, I filed the foregoing answer with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com