**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMITH, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:21-cv-2265-APM |
| | ) |
| v. | ) |
| | ) |
| TRUMP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEREK KINNISON ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

1.  Defendant Kinnison lacks sufficient knowledge to admit or deny the allegations as to the Plaintiffs in this paragraph. To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

2.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

3.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

4.  To the extent he is included with "Defendants", "Participants" and "attackers" in this paragraph, Kinnison denies the allegations.

5.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

6.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

7.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

8.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

9.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

10. To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

## PARTIES

11. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

12. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

13. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

14. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

15. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

16. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

17. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

18. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

## DONALD J. TRUMP, TRUMP FOR PRESIDENT, INC., and MAKE AMERICA GREAT AGAIN PAC

19. No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump and not Kinnison.

20. No answer is required because the allegations in this paragraph are directed strictly against Defendant Donald J. Trump for President, Inc. and not Kinnison.

21. No answer is required because the allegations in this paragraph are directed strictly against Defendants Make America Great Again PAC and Trump for President and not Kinnison.

## **STOP THE STEAL, ALEXANDER, STRAKA, and STONE**

22. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

23. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

24. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

25. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

## **PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA**

26. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

27. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

28. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

29. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

30. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

31. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

32. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

33. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

34. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

## OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS

35. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

36. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

37. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

38. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

39. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

## HOSTETTER, TAYLOR, WARNER, KINNISON, KINNISON, and MELE

40. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

41. Kinnison lacks sufficient knowledge to admit or deny the allegations in this paragraph.

42. Admit that Warner is a resident of California and member of Three Percenters, deny that Three Percenters are an extremist militia group, admit Warner breached.

43. Admit Martinez's residency and deny "breach[ing] police barricades on the United States Capitol grounds on January 6."

44. Admit residency and membership, deny "breach[ing] police barricades on the United States Capitol grounds on January 6."

45. Admit residency and membership, deny remaining allegations.

**Other Defendants**

46. To the extent he is included in "Defendants," Kinnison denies the allegations.

**JURISDICTION AND VENUE**

47. This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

48. This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

49. This paragraph consists exclusively of legal conclusions, and accordingly no response is required.

**FACTS**

**Lies, Intimidation, and Violence in the Run-up to the 2020 Presidential Election**

50. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

51. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

52. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

53. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

54. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

55. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

56. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

57. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

58. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

59. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

60. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

**TRUMP Loses the Election**

61. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

62. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

63. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

64. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

65. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

66. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

67. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

68. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

69. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

70. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

71. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

72. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

73. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

74. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

75. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

76. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

77. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

78. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

79. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

80. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

81. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

**Planning the January 6 Rally, March, and Attack**

82. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

83. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

84. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

85. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

86. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

87. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

88. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

89. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

90. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

91. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

92. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

93. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

94. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

95. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

96. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

97. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

98. No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

99. Admit that Kinnison discussed meeting Taylor in D.C. but deny discussing plans to travel with him. Admit Taylor's description of the purpose of the chat but deny that fighting was directed at members of Congress or law enforcement.

100.       No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

101.       Admit Taylor's statements and Kinnison's statements and Mele allegation and Taylor photo.

102.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

103.    Admit allegation regarding Kinnison being appointed "lead on comms," lacks adequate information to answer remaining allegation.

104.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

105.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

106.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

107.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

108.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

109.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

110.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

111.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

112.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

113.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

114.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

115.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

116.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

117.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

118.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

119.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

120.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

121.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

122.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

123.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

124.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

125.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

126.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

127.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

128.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

129.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

130.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

131.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

132.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

133.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

134.     Lacks information as to Taylor and Hostetter, admit Martinez and Kinnison walked to the Upper West Terrace.

135.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

136.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

137.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

138.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

139.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

140.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

141.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

142.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

143.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

144.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

145.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

146.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

147.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

148.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

149.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

150.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

151.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

152.      No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

153.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

154.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

155.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants.  To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

**Plaintiffs' Injuries**

156.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

157.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

158.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

159.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

160.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

161.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

162.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

163.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

164.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

165.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.  Kinnison lacks sufficient knowledge to admit or deny facts about Plaintiff in this paragraph.

## COUNT I: 42 U.S.C. § 1985

166.     Kinnison incorporates all responses in previous paragraphs.

167.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

168.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

169.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

170.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

171.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

172.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

## COUNT II: 42 U.S.C. § 1986

173.     Count dismissed.

174.     Count dismissed.

175.     Count dismissed.

176.     Count dismissed.

177.     Count dismissed.

178.     Count dismissed.

179.     Count dismissed.

180.     Count dismissed.

181.     Count dismissed.

## COUNT III: D.C. Code § 22-3704(a)

182.     Kinnison incorporates all previous paragraphs.

183.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

184.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

185.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

186.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

187.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

188.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

189.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

190.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required

191.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

192.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

193.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

194.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

195.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

196.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

197.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

198.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

**Count IV: Battery**

199.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

200.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

201.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

202.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

203.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

204.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

**Count V: Assault**

205.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

206.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

207.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

208.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

209.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

210.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

**Count VI: Negligence.**

211.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

212.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

213.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

214.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

215.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

216.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

217.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

218.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

219.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

220.     To the extent he is included with "Defendants" in this paragraph, Kinnison denies the allegations.

221.     This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

**Prayer for relief**

222.     Paragraphs A-F do not require any response by Kinnison. To the extent paragraphs A-F assert any allegations to which a response is required, Kinnison denies those paragraphs in their entirety.

**Affirmative Defenses**

223.     The Plaintiffs' Amended Complaint states no claim upon which relief can be granted against Kinnison.

224.     Plaintiffs have failed to plead their claims against Kinnison with sufficient specificity or particularity.

Dated: March 9, 2023                    Respectfully submitted,

                                        /s/ Nicholas D. Smith
                                        Nicholas D. Smith, D.C. Bar No. 1029802
                                        1123 Broadway, Suite 909
                                        New York, NY 10010
                                        (917) 902-3869
                                        nds@davidbsmithpllc.com

                                        *Counsel to Felipe Kinnison and Derek Kinnison*

## Certificate of Service

I hereby certify that on the 9th day of March, 2023, I filed the foregoing answer with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                        /s/ Nicholas D. Smith
                                        Nicholas D. Smith, D.C. Bar No. 1029802
                                        1123 Broadway, Suite 909
                                        New York, NY 10010
                                        (917) 902-3869
                                        nds@davidbsmithpllc.com