# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

                Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

                Defendants.

Civil Action No. 1:21-CV-02265-APM

**PLAINTIFFS' RESPONSE TO DEFENDANT ZACHARY REHL'S STATEMENTS OF UNDISPUTED FACTS AND PLAINTIFFS' <u>CONCISE STATEMENT OF GENUINE ISSUES OF DISPUTED MATERIAL FACTS</u>**

    Capitol Police Officer Plaintiffs Conrad Smith, Danny McElroy, Bryon Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56(c)(1) and Local Civil Rule 7(h)(1), respectfully submit: (i) their Response to Defendant Zachary Rehl's Statement of Material Facts Not in Genuine Dispute (ECF No. 184-2); and (ii) their Concise Statement of Genuine Issues of Disputed Material Facts in support of their Opposition to Defendant's Motion for Summary Judgment (ECF No. 184).

**I.**      **RESPONSE TO REHL'S STATEMENT OF UNDISPUTED FACTS**

    1.     Plaintiffs['] Amended Complaint was filed December 3, 2021, asserting claims under Counts: (I) 42 U.S.C. § 1985(1); (II) 42 U.S.C. § 1986; (III) D.C. Bias-Related Crimes Act, D.C. Code § 22-3704, and common law claims for (IV) battery; (V) assault; and (VI) negligence.

<u>Plaintiffs' Response</u>:

Not disputed.

2. The acts that are the subject of this action occurred on January 6, 2021[.]

Plaintiffs' Response:

Plaintiffs dispute that all of the acts that are the subject of this action occurred on January 6, 2021. Plaintiffs have alleged in detail in the Amended Complaint numerous acts prior to January 6, 2021, concerning the subject of this action, including without limitation, Defendants' extensive planning and orchestration of the January 6 Attack before that date. Am. Compl. ¶¶ 50-106. With respect to Rehl in particular, Plaintiffs have alleged numerous acts by Rehl *in advance of* January 6, 2021, *inter alia,* to plan, organize, coordinate, and execute the January 6 Attack. Am. Compl. ¶¶ 26, 32, 72(g), 98, 99(b)-(d), 100, 105. Plaintiffs further allege acts by Rehl *after* January 6, 2021, including, without limitation, ratification of his participation in the Attack, stating that the officers who defended the Capitol "deserve to be tarred and feathered." Am. Compl. ¶¶ 140(i), 155.

3. Plaintiffs are United States Capitol Police Officers[.]

Plaintiffs' Response:

Disputed as to Plaintiffs Governor Latson and Melissa Marshall, who are no longer Capitol Police officers. As to the remaining Plaintiffs, not disputed. Decl. of Edward G. Caspar ¶7.

4. Pursuant to 2 U.S.C. §§ 1961[,] United States Capitol Police Officers shall protect United States Capitol Buildings and Congress so it may carry out its constitutional responsibilities.

Plaintiffs' Response:

Not disputed.

5. On January 6, 2021, as Capitol Police Officers[,] Plaintiffs defended the Capitol.

Plaintiffs' Response:

Not disputed.

6. Plaintiffs alleged they were injured performing their duties as Capitol Police Officers[.]

Plaintiffs' Response:

Plaintiffs dispute that they allege they were injured in the course of performing their regular duties as Capital Police officers. Rather, Plaintiffs were injured as a direct result of Defendants' intentional coordination, planning, and execution of a violent, mass attack on the Capitol, which attack included brutal, physical assaults on the individual Plaintiffs. Am. Compl. ¶¶ 1-2, 5-10, 26-34, 50-142, 157-165.

7. On January 26, 2023, the Court dismissed Plaintiffs['] claims brought under Count II 42 U.S.C. § 1986; Count III D.C. Bias-Related Crimes Act, D.C. Code § 22-3704 Code, and Count VI negligence[.]

Plaintiffs' Response:

Not disputed.

## II.  PLAINTIFFS' CONCISE STATEMENT OF GENUINE ISSUES OF DISPUTED MATERIAL FACTS

The following facts material to Defendant Rehl's motion for summary judgment are among those for which it is contended that there exists an issue necessary to be litigated. Plaintiffs reserve the right to identify additional facts learned as discovery proceeds in the case.

1. On January 6, 2021, Plaintiffs were put at risk of their lives by a violent, mass attack on the U.S. Capitol. Am. Compl. ¶ 1; Rehl Answer to Am. Compl. ¶ 1 (ECF No. 109) ("Answer").

2. The January 6, 2021 Attack entailed the brutal, physical assault of hundreds of law enforcement officers at the U.S. Capitol. Am. Compl. ¶ 2; Answer ¶ 2.

3. Defendants to this action assembled people, weapons, funds, resources, and support to amass a large, violent crowd to attack the U.S. Capitol on January 6, 2021. Am. Compl. ¶ 7; Answer ¶ 7.

4. During the January 6, 2021 Attack, Capitol Police and other law enforcement officers were overwhelmed and forced to move from their posts defending the Capitol. Am. Compl. ¶ 7; Answer ¶ 7.

5. During the January 6, 2021 Attack, Defendants and others raided the Capitol in numbers and force great enough to stop Congress from carrying out its duty to count electoral votes, and they did so in order to interrupt the Congressional process of certifying the Presidential election result and to prevent those duly elected President and Vice President from assuming office. Am. Compl. ¶ 7; Answer ¶ 7.

6. During the January 6, 2021 Attack, several Defendants and other attackers assaulted police officers; broke through police barricades on the Capitol grounds; breached the Capitol Building itself; shattered the Capitol Building's windows with protective shields ripped from the hands of police officers; laid siege to the House Chamber, where police officers, members of Congress, staffers, and workers in the House Rostrum were forced to don gas masks and barricade themselves in fear for their lives; breached and desecrated the Senate Chamber, in which Capitol Police, including Plaintiffs in this action, had helped protect members of Congress; and pursued

members of Congress and the Vice President to capture, assault, and violently punish them for carrying out their Constitutional duties.  Am. Compl. ¶ 8; Answer ¶ 8.

7. The President of the United States at the time of the Attack encouraged and supported the attackers, telling them, "We love you.  You're very special," and to "Remember this day forever!" Am. Compl. ¶ 9; Answer ¶ 9.

8. Defendants and other attackers caused millions of dollars of damage to the U.S. Capitol Building and grounds.  Am. Compl. ¶ 10; Answer ¶ 10.

9. Rehl conspired with others to plan, organize and coordinate the January 6, 2021 attack on the Capitol.  Am. Compl. ¶¶ 26, 99(b)-(d); Answer ¶¶ 26, 99.

10. Rehl advocated and incited the use of force on January 6, 2021.  Am. Compl. ¶¶ 72(g), 98, 100, 105; Answer ¶¶ 72, 98, 100, 105.

11. Rehl directed other Proud Boys members not to wear Proud Boys colors on January 6, 2021.  Am. Compl. ¶ 105; Answer ¶ 105.

12. On January 6, 2021, Rehl personally physically breached the Capitol.  Am. Compl. ¶¶ 32, 125; Answer ¶¶ 32, 125.

13. On January 6, 2021, during the attack on the Capitol and Plaintiffs, Rehl coordinated movements with coconspirator Defendants Nordean, Biggs, Donohoe, and Tarrio. Am. Compl. ¶ 125; Answer ¶ 125.

14. On January 6, 2021, Rehl personally led his coconspirators and fellow attackers to the west side of the Capitol, charged over barricades, together with his fellow attackers overwhelmed law enforcement, and entered the Capitol.  Am. Compl. ¶ 125; Answer ¶ 125.

15. On January 6, 2021, as he actively and intentionally participated in the attack on the Capitol, Rehl communicated to his coconspirators what was happening in real time at the

Capitol, including a text message at 2:29 p.m. that "Civil war started." Am. Compl. ¶ 129; Answer ¶ 129.

16. On January 7, 2021, Rehl messaged that he was "proud as f**ck [of] what <u>we</u> accomplished yesterday." Am. Compl. ¶ 140(i) (emphasis added); Answer ¶ 140.

17. On January 7, 2021, Rehl posted a public message stating that the law enforcement officers who defended the Capital "deserve to be tarred and feathered." Am. Compl. ¶ 140(i) (emphasis added); Answer ¶ 140.

18. After January 6, 2021, Rehl sent text messages expressing disappointment that the January 6 Attack had not been more violent. Am. Compl. ¶ 155; Answer ¶ 155.

19. Rehl's acts and conduct set forth in 1 through 18 above were done knowingly and intentionally. Am. Compl. ¶¶ 26, 32, 72(g), 98, 99(b)-(d), 100, 105, 125, 129, 140(i), 155; Answer ¶¶ 26, 32, 72, 98, 99, 100, 105, 125, 129, 140, 155.

20. Prior to and including January 6, 2021, Rehl knowingly and intentionally substantially assisted his coconspirators and fellow attackers to plan, coordinate, and execute the attack on the Capitol on January 6, 2021. Am. Compl. ¶¶ 26, 32, 72(g), 98, 99(b)-(d), 100, 105, 125, 129, 140(i), 155; Answer ¶¶ 26, 32, 72, 98, 99, 100, 105, 125, 129.

21. Then-President Donald J. Trump intentionally participated in the conspiracy to attack the Capitol on January 6, 2021. Am. Compl. ¶¶ 2, 5-10, 50-142, 157-165; Answer ¶¶ 2, 5-10, 50-142, 157-165.

22. The harms to Plaintiffs caused by Rehl and his co-Defendants were not among those risks inherent in Plaintiffs' profession.[1]

---

[1] As set forth in the accompanying Declaration of Edward G. Caspar and Plaintiffs' Memorandum of Law in Opposition to Defendant Zachary Rehl's Motion for Summary Judgment, Plaintiffs seek discovery to establish this fact pursuant to Fed. R. Civ. P. 56(d).

6

23. Plaintiffs did not assume the risk of being intentionally, violently, and massively attacked on January 6, 2021.  Am. Compl. ¶¶ 157-165; Answer ¶¶ 157-165; *see also* note 1 *supra*.

24. Plaintiffs did not anticipate the violent mass attack on the Capitol on January 6, 2021.  Am. Compl. ¶¶ 157-165; Answer ¶¶ 157-165; *see also* note 1 *supra*.

25. Plaintiffs did not consent to be violently assaulted on January 6, 2021.  Am. Compl. ¶¶ 157-165; Answer ¶¶ 157-165; *see also* note 1 *supra*.

26. The attack on the Capitol on January 6, 2021, was unprecedented in numerous ways, including, but not limited to: the identities and roles of the coconspirators who planned and organized the attack; the numbers of attackers; the degree of coordination before and during the attack; the violence directed to Capitol Police officers and other law enforcement officers during the attack; the duration of the sustained violence against Capitol Police officers; the geographic scope of the sustained attack against capitol Police officers; and the response or lack thereof by then-President Donald J. Trump.  ¶¶ 2, 5-10, 19-46, 50-165; Answer ¶¶ 2, 5-10, 19-46, 50-165.

Dated: March 15, 2023

Respectfully submitted,

*/s/ William J. Blechman*
William J. Blechman (Admitted *Pro Hac Vice*)
(FL Bar No. 379281)
Elizabeth B. Honkonen (Admitted *Pro Hac Vice*)
(FL Bar No. 0149403)
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: (305) 373-1000
wblechman@knpa.com
ehonkonen@knpa.com

Faith E. Gay (*Pro Hac Vice*)
Joshua S. Margolin (*Pro Hac Vice*)
Claire O'Brien (*Pro Hac Vice*)
Elizabeth Snow (*Pro Hac Vice*)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel:  (212) 390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

and

Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc Philip Epstein (*Pro Hac Vice*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Counsel for Plaintiffs*