# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

          Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

          Defendants.

Civil Action No. 1:21-CV-02265-APM

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

This matter having come before this Court on this ___ day of _____, 2023, on Defendant Zachary Rehl's Motion for Summary Judgment (ECF No. 184) and this Court having considered said Motion and Incorporated Memorandum of Law and Plaintiffs' Opposition thereto, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that Defendant Zachary Rehl's Motion for Summary Judgment is DENIED.

                                                  _____
                                                         Amit P. Mehta
                                               United States District Court Judge