### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.; | Case No. 1:21-CV-02265-APM |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| *Defendants*. | |

### <u>RONALD MELE'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT</u>

1.      Defendant Ronald Mele hereinafter ("Mr. Mele") lacks sufficient knowledge to admit or deny the allegations as to the Plaintiffs in this paragraph. To the extent he is included with "Defendants" in this paragraph, Mele denies the allegations.

2.      To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

3.      To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

4.      To the extent he is included with "Defendants," "Participants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

5.      To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

6.      To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

7.      To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies

the allegations.

8.      To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies

the allegations.

9.      To the extent he is included with "Defendants," "co-Defendants," and "co-

conspirators" in this paragraph, Mr. Mele denies the allegations.

10.     To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies

the allegations.

**PARTIES**

**<u>PLAINTIFFS</u>**

11.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

12.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

13.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

14.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

15.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

16.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

17.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

18.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this paragraph.

## DONALD J. TRUMP, TRUMP FOR PRESIDENT, INC., and MAKE AMERICA GREAT AGAIN PAC

19.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Trump, and not Mr. Mele.

20.     No answer is required because the allegations in this paragraph are directed strictly against Defendant Donald J. Trump for President, Inc., and not Mr. Mele.

21.     No answer is required because the allegations in this paragraph are directed strictly against Defendants Make America Great Again PAC and Trump for President, and not Mr. Mele.

## STOP THE STEAL, ALEXANDER, STRAKA, and STONE

22.     No answer is required because the allegations in this paragraph are directed strictly against STOP THE STEAL L.L.C. ("STOP THE STEAL").

23.     No answer is required because the allegations in this paragraph are directed strictly against Defendant ALI ALEXANDER.

24.     No answer is required because the allegations in this paragraph are directed strictly against Defendant BRANDON J. STRAKA.

25.     No answer is required because the allegations in this paragraph are directed strictly against Defendant ROGER J. STONE, JR.

## PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA

26.     No answer is required because the allegations in this paragraph are directed

strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

27.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

28.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

29.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

30.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

31.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

32.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

33.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

34.     No answer is required because the allegations in this paragraph are directed strictly against Defendants PROUD BOYS, PROUD BOYS INTERNATIONAL, L.L.C., TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

## OATHKEEPERS, RHODES, CALDWELL, WATKINS, and MEGS

35.     No answer is required because the allegations in this paragraph are directed strictly against Defendants OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS.

36.     No answer is required because the allegations in this paragraph are directed strictly against Defendants OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS.

37.     No answer is required because the allegations in this paragraph are directed strictly against Defendants OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS.

38.     No answer is required because the allegations in this paragraph are directed strictly against Defendants OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS.

39.     No answer is required because the allegations in this paragraph are directed strictly against Defendants OATH KEEPERS, RHODES, CALDWELL, WATKINS, and MEGGS.

## HOSTETTER, TAYLOR, WARNER, MARTINEZ, KINNISON, and MELE

40.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this paragraph.

41.     Mr. Mele lacks sufficient knowledge to admit or deny the allegations in this

paragraph.

42.     Mr. Mele admits that Mr. Warner is a resident of California, denies that Three

Percenters are an extremist militia group, and lacks sufficient knowledge to admit or deny

remaining allegations.

43.     Mr. Mele admits that Mr. Martinez is a resident a California, and member of the

Three Percenters, lacks sufficient knowledge to admit or deny remaining allegations.

44.     Mr. Mele admits that Mr. Kinnison is a resident a California, and member of the

Three Percenters, lacks sufficient knowledge to admit or deny remaining allegations.

45.     Mr. Mele admits that he was a member of the Three Percenters, denies residency,

and denies that "[h]e breached police barricades on the United States Capitol grounds on January

6."

### **Other Defendants**

46.     To the extent he is included in "Defendants," Mr. Mele denies the allegations.

### **JURISDICTION AND VENUE**

47.     This paragraph consists exclusively of legal conclusions, and accordingly no

response is required.

48.     This paragraph consists exclusively of legal conclusions, and accordingly no

response is required.

49.     This paragraph consists exclusively of legal conclusions, and accordingly no

response is required.

### **FACTS**

### **Lies, Intimidation, and Violence in the Run-up to the 2020 Presidential Election**

50.     No answer is required because the allegations in this paragraph are directed

strictly against other Defendants.

51.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

52.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants.

53.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

54.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

55.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

56.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

57.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

58. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

59.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

60.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

**TRUMP Loses the Election**

61.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

62.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

63.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

64.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

65.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

66.     No answer is required because the allegations in this paragraph are directed

strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

67.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

68.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

69.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

70.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

71.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

72.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies all allegations.

73.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

74.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

75.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

76.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

77.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

78.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

79.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

80.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

81.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this

paragraph, Mr. Mele denies the allegations.

**Planning the January 6 Rally, March, and Attack**

82.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

83.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

84.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

85.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "con-conspirators" in this paragraph, Mr. Mele denies the allegations.

86.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

87.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

88.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

89.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

90.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

91.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

92. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

93.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

94.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

95.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

96.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this

paragraph, Mr. Mele denies the allegations.

97.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

98.     No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

99.     Mr. Mele admits that Taylor created a "Telegram chat joined by over thirty individuals including Mr. Mele, called 'The California Patriots-DC Brigade'," and lacks sufficient knowledge to admit or deny remaining allegations.

100.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies all allegations.

101.    Mr. Mele admits Kinnison's statements to Taylor, admits to the statement that he "was renting a large SUV because he needed "room for the 'gear,'" admits Kinnison's text message to Mele, Warner, and Martinez, admits his response to Kinnison's text message, admits Kinnison's later text message, and lacks sufficient knowledge to admit or deny remaining allegations.

102.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

103.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this

paragraph, Mr. Mele denies the allegations.

104.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

105. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

106.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

107.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

108.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

109.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

110.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

111.    No answer is required because the allegations in this paragraph are directed

strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

112. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

113. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

114. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

115. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

116. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

117. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

118. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

119.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

120. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

121.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

122.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

123. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

124.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

125.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

126. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr.

Mele denies the allegations.

127.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

128.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," "mob," "attackers," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

129.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

130.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

131.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

132.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

133. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

134.    Mr. Mele lacks sufficient information as to Taylor and Hostetter, denies that he

was communicating with Taylor and Hostetter, and lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph

135.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

136.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

137. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

138.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," "attackers, and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

139. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

140.    Mr. Mele admits to the video at the steps next to the Upper West Terrace, and lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

141.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

142.    Mr. Mele admits his statement, and lacks sufficient knowledge to admit or deny

the remaining allegations in this paragraph.

143. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

144.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

145.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

146.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

147.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

148. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

149. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

150.    No answer is required because the allegations in this paragraph are directed

strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

151.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

152.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

153. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

154. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations.

155. No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

**Plaintiffs' Injuries**

156.    This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

157.    To the extent he is included with "Defendants," "co-conspirators, "and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff Smith in this paragraph.

158.     To the extent he is included with "Defendants," "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff McElroy in this paragraph.

159.     To the extent he is included with "Defendants, "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff Evans in this paragraph.

160.     To the extent he is included with "Defendants," "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff Latson in this paragraph.

161.     To the extent he is included with "Defendants," "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff Marshall in this paragraph.

162.     To the extent he is included with "Defendants," "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff Fortune in this paragraph.

163.     To the extent he is included with "Defendants," "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff DeRoche in this paragraph.

164.     To the extent he is included with "Defendants," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiff Cleveland in this paragraph.

165.     To the extent he is included with "Defendants," "co-conspirators," and "attackers" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit

or deny facts about Plaintiffs in this paragraph.

**COUNT I: 42 U.S.C. § 1985**

166.    Mr. Mele incorporates all responses in previous paragraphs.

167.    This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

168.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

169.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

170.    Mr. Mele denies the agreement allegations. Mr. Mele lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

171.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

172.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiffs in this paragraph.

**COUNT II: 42 U.S.C. § 1985**

173.    Count dismissed.

174.    Count dismissed.

175.    Count dismissed.

176.    Count dismissed.

177.    Count dismissed.

178.    Count dismissed.

179.    Count dismissed.

180.    Count dismissed.

181.    Count dismissed.

## COUNT III: D.C. Code § 22-3704(a)

182.    Mr. Mele incorporates all previous paragraphs.

183.    This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

184.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

185.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

186.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiffs in this paragraph.

187.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

188.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

189.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

190.    This paragraph consists exclusively of a legal conclusion, and accordingly no response is required.

191.    To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

192.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

193.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

194.    To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

195.    Mr. Mele denies the allegations that he "engaged in the riot by joining with hundreds of attackers on the United States Capitol grounds." Mr. Mele lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

196.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

197.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

198.    To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

**COUNT IV: Battery**

199.    Mr. Mele incorporates all previous paragraphs.

200.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

201.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies

the allegations.

202.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

203.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiffs in this paragraph.

204.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiffs in this paragraph.

**COUNT V: Assault**

205.    Mr. Mele incorporates all previous paragraphs.

206.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiffs in this paragraph.

207.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

208.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

209.    To the extent he is included with "Defendants," and "co-conspirators" in this paragraph, Mr. Mele denies the allegations.

210.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies

the allegations. Mr. Mele lacks sufficient knowledge to admit or deny facts about Plaintiffs in this paragraph.

**COUNT VI: Negligence**

211.    Mr. Mele incorporates all previous paragraphs.

212.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

213.    Mr. Mele denies the allegation that he "engaged in the riot as set forth in th[e] Complaint." Mr. Mele lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

214.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

215.    Mr. Mele denies the allegations that he "violently breached barricaded areas of the Capitol grounds and the Capitol Building and attacked the police officers guarding the Capitol, including Plaintiffs." Mr. Mele lacks sufficient knowledge to admit or deny the remaining allegations in this paragraph.

216.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

217.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

218.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies the allegations.

219.    No answer is required because the allegations in this paragraph are directed strictly against other Defendants. To the extent he is included with "Defendants" in this

paragraph, Mr. Mele denies the allegations.

220.    To the extent he is included with "Defendants" in this paragraph, Mr. Mele denies

the allegations.

221.    This paragraph consists exclusively of a legal conclusion, and accordingly no

response is required.

**PRAYER FOR RELIEF**

222.    Paragraphs A-F do not require any response by Mr. Mele. To the extent

paragraphs A-F assert any allegations to which a response is required, Mr. Mele denies those

paragraphs in their entirety.

## AFFIRMATIVE DEFENSES

223.    The Plaintiffs' Amended Complaint states no claim upon which relief can be

granted against Mr. Mele.

224.    Plaintiffs have failed to plead their claims against Mr. Mele with sufficient

specificity or particularity.

225.    To the extent that Plaintiffs suffered detriment, which Mr. Mele denies, the risk of

such detriment was assumed by Plaintiffs.

226.    By virtue of Plaintiffs' own careless, negligent, and other wrongful conduct,

Plaintiffs should be barred from recovery against Mr. Mele by the equitable doctrine of unclean

hands.

227.    Mr. Mele is informed and believes and, based thereon, alleges that the injuries and

damages of which Plaintiffs complains were proximately caused by, or contributed to, by the acts

of other defendants, cross-defendants, persons, and/or other entities, and that said acts were an

intervening and superseding cause of the injuries, if any, of which Plaintiffs' complaints, this

barring Plaintiffs from any recovery against Mr. Mele.

228.    If Plaintiffs have been damaged, which Mr. Mele denies, such damages were caused in whole or in part by the negligence/fault of Plaintiffs.

229.    Without admitting that the Complaint states a claim, there has been no damages in any amount, manner or at all by reason of any act alleged against the Defendant in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

230.    Without admitting that the Complaint states a claim, any remedies are limited to the extent that there is sought an overlapping or duplicative recovery pursuant to the various claims against the Defendant or others for any alleged single wrong.

231.    Plaintiffs' claims are barred in whole or in part, or alternatively Plaintiffs' recovery should be reduced, because the alleged damages, if any are speculative.

232.    The allegations of the Complaint and each cause of action are set forth in conclusory or uncertain terms, thereby precluding the Defendant from fully anticipating all defenses that may be applicable; accordingly, the right to add additional defenses is hereby reserved.

Dated: March 16, 2023                    Respectfully Submitted

                                         Bailey & Romero


                                         By: */s/ Stevn C. Bailey*  _____
                                         Steven C. Bailey
                                         Bailey & Romero Attorneys at Law
                                         2535 Kettner Blvd., Suite 2A1
                                         San Diego, CA 92101

                                         Tel: (530) 409-0027
                                         Steven@stevencbailey.org

                                         *Counsel to Ronald Mele*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I electronically filed the foregoing answer with the Clerk of the Court by using CM/ECF system, which will send a notification of such filing to all counsel and registered parties.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on March 16, 2023, at Placerville, California.

By:   */s/ Steven C. Bailey*

Steven C. Bailey
Bailey & Romero Attorneys at Law
680 Placerville Drive, Ste. A1
Placerville, CA 95667

Tel: (530) 409-0027
Steven@stevencbailey.org

*Counsel to Ronald Mele*