AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-02265-APM |
| Donald J. Trump, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs - C.Smith, D. McElroy, B. Evans, G. Latson, M. Marshall, M. Fortune, J. Deroche, R. Cleveland.

Date:   03/17/2023

*Attorney's signature*

William J. Blechman (Pro Hac Vice)
*Printed name and bar number*

Kenny Nachwalter, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
*Address*

wblechman@knpa.com
*E-mail address*

(305) 373-1000
*Telephone number*

(305) 372-1861
*FAX number*