# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-7010** | **September Term, 2022** |
| | 1:21-cv-00400-APM |
| | 1:21-cv-02265-APM |
| | 1:21-cv-00858-APM |
| | 1:21-cv-00586-APM |
| | **Filed On: March 16, 2023** [1990481] |

Conrad P. Smith, et al.,

    Appellees

    v.

Donald J. Trump, solely in his personal capacity,

    Appellant

Donald J. Trump For President, Inc., et al.,

    Appellees

## No. 22-5069

                              1:21-cv-00400-APM
                              1:21-cv-00586-APM
                              1:21-cv-00858-APM

James Blassingame and Sidney Hemby,

    Appellees

    v.

Donald J. Trump,

    Appellant

-------------------------------

Consolidated with 22-7030, 22-7031

    **BEFORE:**    Srinivasan, Chief Judge; Katsas, Circuit Judge; and Rogers, Senior Circuit Judge

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7010**                                           **September Term, 2022**

**O R D E R**

Upon consideration of appellees' motion to consolidate related interlocutory appeals, the oppositions thereto, and the replies, it is

**ORDERED** that the motion be denied.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk
