IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,                                   CASE NO.: 1:21-CV-02265-APM
et al.,

      Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

      Defendants.

_____/

## **ORDER**

Pending before the Court is Defendant Brandon J. Straka's Special Motion to Dismiss Under 28 U.S.C. § 1367. Based upon the Motion, the Plaintiffs' opposition thereto, and Mr. Straka's reply, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The Plaintiffs' remaining claims of aiding and abetting assault and aiding and abetting battery are DISMISSED WITHOUT PREJUDICE.

So ORDERED.

ENETERED this _____ day of _____, 2023.

                                             _____

                                           Hon. Amit P. Mehta
                                           United States District Judge