UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 21-cv-2265 (APM) |
| DONALD J. TRUMP, *et al.*, ) | |
| Defendants. ) | |

**MEDIATION REFERRAL ORDER**

At the status conference held on March 17, 2023, certain defense counsel raised the possibility of early mediation to resolve the claims against their clients. Magistrate Judge Moxila A. Upadhyaya has agreed to serve as a standing mediator in this matter. Parties interested in mediation before Judge Upadhyaya shall contact her chambers.

Dated: March 28, 2023

Amit P. Mehta
United States District Court Judge