AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Conrad Smith, et al )
*Plaintiff* )
v. ) Case No. 1:21-CV-02265-APM
Donald J. Trump, et. al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs - C.Smith, D. McElroy, B. Evans, G. Latson, M. Marshall, M. Fortune, J. Deroche, R. Cleveland  .

Date: 3/29/23

*Attorney's signature*

Elizabeth B. Honkonen (Pro Hac Vice)
*Printed name and bar number*

Kenny Nachwalter, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
*Address*

ebh@knpa.com
*E-mail address*

(305) 373-1000
*Telephone number*

(305) 372-1861
*FAX number*