IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

        Plaintiffs**,**

v.

DONALD J. TRUMP, *et al.*,

        Defendants**.**

Civil Action No. 1:21-cv-02265-APM

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT STRAKA'S MOTION TO DISMISS

Plaintiffs, Conrad Smith, et al., through counsel, respectfully submit this consent motion for a one-week extension of time to file their response to Defendant Brandon Straka's Motion to Dismiss filed on March 22, 2023. Plaintiffs' response currently is due April 5, 2023. Plaintiffs seek an extension to April 12, 2023.

Plaintiffs seek this extension to allow time for Plaintiffs' counsel to attend to previously scheduled professional and familial commitments. On Wednesday, March 29, 2023, the undersigned counsel conferred with counsel for Defendant Straka, who consented to a one-week extension of time.

Plaintiffs therefore respectfully request an extension to April 12, 2023, to file their response to Defendant Straka's March 22 Motion to Dismiss.

Dated: March 29, 2023

Respectfully submitted,

/s/ Edward G. Caspar
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc P. Epstein, (Pro Hac Vice)

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay (Pro Hac Vice)
Joshua S. Margolin (Pro Hac Vice)
Claire O'Brien (Pro Hac Vice)
Elizabeth Snow (Pro Hac Vice)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

and

William J. Blechman (Admitted Pro Hac
Vice) (FL Bar No. 379281)
Elizabeth B. Honkonen (Admitted Pro Hac
Vice) (FL Bar No. 0149403)
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue Miami, FL 33131
Tel: (305) 373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Counsel for Plaintiffs*