IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

## ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time for Plaintiffs' Response to Defendant Straka's Motion to Dismiss, it is hereby **ORDERED** that Plaintiffs shall have until April 12, 2023 to file their response to Defendant Straka's March 22, 2023 Motion to Dismiss.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE