IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,　　　　　　　　　　　　　　　　CASE NO.: 1:21-CV-02265-APM
et al.,

　　　　Plaintiffs,
v.

DONALD J. TRUMP,
et al.,

　　　　Defendants.
_____/

## MOTION FOR ADMISSION OF ATTORNEY JULIANNE E. MURRAY TO APPEAR PRO HAC VICE FOR DEFENDANT BRANDON STRAKA

Pursuant to Local Rule 83.2(c), Stephen R. Klein, counsel to Defendant Brandon Straka, respectfully moves the Court for the admission of Julianne E. Murray of The Law Offices of Murray, Phillips & Gay to represent Mr. Straka in this matter. This motion is supported by the attached Declaration of Julianne E. Murray, Exhibit 1, and a Certificate of Good Standing from the Supreme Court of the State of Delaware, Exhibit 2, issued within 30 days of this filing.

As set forth in Ms. Murray's declaration, she is admitted in, and an active member in good standing of the Supreme Court of Delaware and the United States District Court for the District of Delaware. Ms. Murray's declaration states that her firm has been retained as counsel by Defendant Straka in this action. Movant is an active and sponsoring member of the Bar of this Court.

Accordingly, Defendant Straka respectfully requests that this Motion be granted so that Ms. Murray may attend and participate in all matters on behalf of Defendant Straka in this action.

          Respectfully submitted,

          Brandon J. Straka

          By Counsel

*/s/ Stephen Klein*

| | |
|---|---|
| Stephen R. Klein | Benjamin Barr |
| Bar No. 177056 | (Pro Hac Vice) |
| BARR & KLEIN PLLC | BARR & KLEIN PLLC |
| 1629 K St. N.W. Ste. 300 | 444 N. Michigan Avenue Ste. 1200 |
| Washington, DC 20006 | Chicago, IL 60611 |
| Telephone: (202) 804-6676 | Telephone: (202) 595-4671 |
| steve@barrklein.com | ben@barrklein.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to Plaintiffs' counsel and counsel for most Defendants.

I further certify that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), counsel will endeavor to serve all other named Defendants a copy of this filing by first class mail.

*/s/ Stephen Klein*
Stephen R. Klein

*Counsel to Brandon J. Straka*