IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

      Plaintiffs,

v.

DONALD J. TRUMP, et al.,

      Defendants.

CASE NO.: 1:21-CV-02265-APM

_____/

## DECLARATION OF JULIANNE E. MURRAY
## TO APPEAR PRO HAC VICE FOR DEFENDANT BRANDON STRAKA

I, Julianne E. Murray, pursuant to Local Rule 83.2(c), hereby declare as follows:

1. I submit this declaration based on my personal knowledge of the facts about me in support of the motion to appear pro hac vice as counsel for Defendant Brandon Straka in this action.

2. I am a partner at the Law Offices of Murray, Phillips & Gay, and our firm has been retained as counsel for Defendant Straka in the above-referenced action. My firm's main office is located at 215 E. Market Street, Georgetown, DE 19947. My business telephone number is 302-855-9300, and my business e-mail address is julie@murrayphillipslaw.com.

3. I am a member in good standing of the Supreme Court of the State of Delaware and the United States District Court for the District of Delaware.

4. I, along with my firm the Law Offices of Murray, Phillips & Gay, have been retained by Defendant Straka to represent him as counsel in this action.

5. I certify that I have never been disciplined by any bar in any jurisdiction.

6. I have not been admitted pro hac vice in this Court within the last two years.

**Exhibit 1**

7. I do not engage in the practice of law from an office located within the District Of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**Law Offices of Murray, Phillips & Gay**

*/s/ Julianne E. Murray*

Julianne E. Murray
DE Bar ID 5649
215 E. Market Street
Georgetown, DE 19947
(302) 855-9300
julie@murrayphillipslaw.com

Dated: April 4, 2023

**Exhibit 1**