## SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Julianne E. Murray** was admitted to practice as an attorney in the Courts of this State on **December 15, 2011** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 28th day of March 2023.

Lisa A. Dolph
Clerk of the Supreme Court

**Exhibit 2**