IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.<br><br>    Defendants. | 1:21-CV-02265-APM |

## MOTION FOR LEAVE
## TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to LCvR 83.6, Undersigned counsel moves for leave to withdraw as Counsel for Mr. Kelly Meggs in the case at bar, Smith v. Donald J. Trump for President, Inc., et al., and sets forth as follows:

1. Undersigned counsel first appeared in this case on or about November 12, 2021 and filed a Motion to Dismiss and Memorandum in support thereof at that time. (ECF 79, 79-1).

2. Undersigned filed a subsequent Motion to Dismiss the Amended Complaint on December 27, 2021 (ECF 110).

3. Undersigned counsel subsequently filed a Motion for a Protective Order on July 21, 2022. (ECF 150).

4. Undersigned counsel filed a Reply Memorandum in Support of the Motion to Dismiss the Amended Complaint on August 19, 2022, (ECF 162), which was ruled on or about January 26, 2023. (ECF 179, 180).

5. Undersigned counsel filed an Answer on February 23, 2023. (ECF 194).

6. Undersigned counsel participated in initial discovery and in an initial conference and produced written responses to the initial requests for production on or about March 15, 2023.

7. No Trial Date has been scheduled.

8. Discovery has not begun in earnest.

9. Undersigned counsel has discussed the need to withdraw with Kelly Meggs, who consents. Mr. Meggs is currently detained and not accessible in person since he is now in Pennsylvania, but I attach a signed consent form by his son, who retains a power of attorney and is in regular communication with his father.

10. I certify I have mailed a copy of this motion to where Mr. Kelly Meggs is detained, at USP Lewisburg at 2400 ROBERT F. MILLER DRIVE, LEWISBURG, PA 17837.

11. I further certify that I sent a copy of this Motion to Withdraw to Mr. Meggs' son by email, and a copy by regular mail to his son's home address that I shall not disclose on this public record.

12. Undersigned counsel is closing her practice and taking on new employment, and is unable to maintain both.

13. It is respectfully requested that the Court grant the motion for leave to withdraw as counsel for Mr. Kelly Meggs.

Dated: March 31, 2023                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Juli Z. Haller
　　　　　　　　　　　　　　　　　　　　Juli Z. Haller, (DC 466921)
　　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF JULIA HALLER
　　　　　　　　　　　　　　　　　　　　601 Pennsylvania Avenue, N.W.,
　　　　　　　　　　　　　　　　　　　　S. Building, Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　　202-729-2201 (telephone)
　　　　　　　　　　　　　　　　　　　　HallerJulia@outlook.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Kelly Meggs*

I hereby consent to the withdrawal of attorney, Ms. Juli Haller, from this case as stated above. I will work with my father to find new counsel, and if we cannot, we shall notify the court promptly that we will proceed pro se to the extent necessary:

Date April 5, 2023

_____
Zack Meggs as Power of Attorney for Kelly Meggs

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Criminal No. 1:21-cr-00028-APM |
| v. | ) <br> ) |
| CONNIE MEGGS, | ) <br> ) |
| Defendant. | ) <br> ) |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                                                */s/ Juli Z. Haller*
Juli Z. Haller, (DC 466921)
THE LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC  20004
202-729-2201 (telephone)
HallerJulia@outlook.com

*Counsel for Defendant Kelly Meggs*