IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.

     Plaintiffs,

v.

DONALD J. TRUMP FOR PRESIDENT, INC. ET AL.

     Defendants.

1:21-CV-02265-APM

Pending before the Court is the Motion of Counsel, Juli Haller, for leave to Withdraw from representation of Mr. Kelly Meggs.

**ORDERED that the motion is GRANTED/DENIED.**

Signed this day of _____, 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE