UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21-cv-2265 (APM) |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**

Pursuant to the parties' Report under Local Civil Rule 16.3 and the Status Conference held on March 17, 2023, the court orders the following with regard to further proceedings in this matter:

I.  Scheduling.

   A.  The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before **April 17, 2023**;

   B.  The deadline for joinder of parties and amendments of pleadings is **April 29, 2024**;

   C.  The parties shall submit a Joint Status Report regarding the status of discovery on or before **April 28, 2023**;

   D.  Proponent expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than **January 23, 2024**;

   E.  Rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before **February 13, 2024**;

   F.  Fact discovery shall conclude on **March 29, 2024**;

   G.  Expert discovery shall conclude on **July 31, 2024**;

   H.  A Post-Discovery Status Conference is set for **August 9, 2024, at 2:30 p.m.** via videoconference.

> The parties may <u>not</u> extend by stipulation the deadlines for Joint Status Reports, the end of fact discovery, or the close of expert discovery. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.
>
> The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification.
>
> Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

II. <u>Limits on Discovery.</u>

Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court.

III. <u>Discovery Disputes.</u>

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely.

Dated: April 5, 2023

*Amit P. Mehta*
United States District Court Judge