IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

           Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

           Defendants.

Civil Action No. 1:21-CV-02265-APM

**[PROPOSED] ORDER DENYING MOTION TO DISMISS**

This matter having come before this Court on this ____ day of _____, 2023, on Defendant Brandon Straka's Special Motion to Dismiss Under 28 U.S.C. § 1367 (ECF No. 206) and this Court having considered said Motion and Incorporated Memorandum of Law and Plaintiffs' Opposition thereto, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that Defendant Brandon Straka's Motion to Dismiss is DENIED.

                                            _____
                                                      Amit P. Mehta
                                                United States District Court Judge