# Exhibit 2

(Flash drive provided to the Court and identified in Notice of Manual Filing pursuant to Local Civil Rule 5.4(e)(1))

```
Exhibit 2
```