IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

### PLAINTIFFS' AMENDED INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Reginald Cleveland, Jason DeRoche, Byron Evans, Michael Fortune, Governor Latson, Melissa Marshall, Danny McElroy and Conrad Smith (together, "Plaintiffs"), by and through their undersigned counsel, hereby provide their initial disclosures to Defendants Joseph R. Biggs, Thomas E. Caldwell, Donald J. Trump For President, Inc., Charles Donohoe, Alan Hostetter, Derek Kinnison, Make America Great Again PAC, Felipe Antonio Martinez, Kelly Meggs, Ronald Mele, Ethan Nordean, Oath Keepers, Dominic J. Pezzola, Proud Boys, Proud Boys International, L.L.C., Zachary Rehl, Elmer Stewart Rhodes, Stop the Steal L.L.C., Brandon J. Straka, Enrique Tarrio, Russell Taylor, Donald J. Trump, Erik Scott Warner, and Jessica Watkins (together, "Defendants").[1]

Consistent with Federal Rule of Civil Procedure 26(g)(1), Plaintiffs certify that these initial disclosures are complete and correct as of the time they are made, based on their knowledge, information, and belief formed after a reasonable inquiry. Consistent with Federal Rule of Civil

---

[1] Defendants Charles Donohoe, Oath Keepers, Dominic J. Pezzola, Proud Boys, Proud Boys International, L.L.C., Elmer Stewart Rhodes, Stop the Steal L.L.C., and Jessica Watkins have not appeared in this case.

**Exhibit 3**

| Name | Area(s) of Knowledge | Contact |
|---|---|---|
| Donald J. Trump For President, Inc. | <ul><li>Supposed election fraud relating to the November 3, 2020 Presidential election</li><li>Rallies organized in support of Donald J. Trump after the November 3, 2020 Presidential election or related to supposed election fraud, including but not limited to the Detroit Stop the Steal rally (11/6/2020), the Million MAGA March (11/14/2020), the Georgia Stop the Steal rally (11/18/2020), the D.C. Stop the Steal rally (12/12/2020), the Rubio rally (1/2/2021), the Eighty Percent Coalition rally (1/5/2021) the Save America rally (1/6/2021), and the Tallahassee rally (7/10/2021)</li><li>The certification of the electoral vote on January 6, 2021, including the supposed ability of the U.S. Congress to reject state electors</li><li>Support of Donald J. Trump by extremist or militant groups, including Stop the Steal L.L.C., Proud Boys, Oath Keepers, Three Percenters, and American Phoenix Project</li><li>Coordination among or planning by individuals, entities, or extremist or militant groups to march to or attack the U.S. Capitol building or interfere with the certification of the electoral vote on or around January 6, 2021</li><li>Preparation and fundraising for and participation in the "Save America" rally at the Ellipse and march to the U.S. Capitol that occurred on January 6, 2021</li><li>Events during or related to the Capitol Attack, including weapons or military or tactical gear brought to Washington D.C. to be used on or around January 6, 2021</li></ul> | Jesse R. Binnall<br>Binnall Law Group<br>717 King Street, Ste. 200<br>Alexandria, VA 22314<br>703-888-1943<br>jesse@binnall.com |

| Name | Area(s) of Knowledge | Contact |
|---|---|---|
| Make America Great Again PAC | <ul><li>Supposed election fraud relating to the November 3, 2020 Presidential election</li><li>Rallies organized in support of Donald J. Trump after the November 3, 2020 Presidential election or related to supposed election fraud, including but not limited to the Detroit Stop the Steal rally (11/6/2020), the Million MAGA March (11/14/2020), the Georgia Stop the Steal rally (11/18/2020), the D.C. Stop the Steal rally (12/12/2020), the Rubio rally (1/2/2021), the Eighty Percent Coalition rally (1/5/2021) the Save America rally (1/6/2021), and the Tallahassee rally (7/10/2021)</li><li>The certification of the electoral vote on January 6, 2021, including the supposed ability of the U.S. Congress to reject state electors</li><li>Support of Donald J. Trump by extremist or militant groups, including Stop the Steal L.L.C., Proud Boys, Oath Keepers, Three Percenters, and American Phoenix Project</li><li>Coordination among or planning by individuals, entities, or extremist or militant groups to march to or attack the U.S. Capitol building or interfere with the certification of the electoral vote on or around January 6, 2021</li><li>Preparation and fundraising for and participation in the "Save America" rally at the Ellipse and march to the U.S. Capitol that occurred on January 6, 2021</li><li>Events during or related to the Capitol Attack, including weapons or military or tactical gear brought to Washington D.C. to be used on or around January 6, 2021</li></ul> | Jesse R. Binnall<br>Binnall Law Group<br>717 King Street, Ste. 200<br>Alexandria, VA 22314<br>703-888-1943<br>jesse@binnall.com |

| Name | Area(s) of Knowledge | Contact |
|---|---|---|
| Brandon Straka | <ul><li>Supposed election fraud relating to the November 3, 2020 Presidential election</li><li>Rallies organized in support of Donald J. Trump after the November 3, 2020 Presidential election or related to supposed election fraud, including but not limited to the Detroit Stop the Steal rally (11/6/2020), the Million MAGA March (11/14/2020), the Georgia Stop the Steal rally (11/18/2020), the D.C. Stop the Steal rally (12/12/2020), the Rubio rally (1/2/2021), the Eighty Percent Coalition rally (1/5/2021) the Save America rally (1/6/2021), and the Tallahassee rally (7/10/2021)</li><li>The certification of the electoral vote on January 6, 2021, including the supposed ability of the U.S. Congress to reject state electors</li><li>Support of Donald J. Trump by extremist or militant groups, including Stop the Steal L.L.C., Proud Boys, Oath Keepers, Three Percenters, and American Phoenix Project</li><li>Coordination among or planning by individuals, entities, or extremist or militant groups to march to or attack the U.S. Capitol building or interfere with the certification of the electoral vote on or around January 6, 2021</li><li>Preparation and fundraising for and participation in the "Save America" rally at the Ellipse and march to the U.S. Capitol that occurred on January 6, 2021</li><li>Events during or related to the Capitol Attack, including weapons or military or tactical gear brought to Washington D.C. to be used on or around January 6, 2021</li></ul> | Stephen R. Klein<br>Barr & Klein PLLC<br>1629 K Street NW, Ste. 300<br>Washington, DC 20006<br>202-804-6676<br>steve@barrklein.com |

## II. DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT THE PLAINTIFFS POSSESS AND MAY USE TO SUPPORT THEIR CLAIMS

Plaintiffs disclose the following categories of documents and electronically stored information in their possession, custody, or control that they may use to support their claims.

1. Documents or communications relating to the Capitol Attack.
2. Photographs, video, or audio recordings relating to the Capitol Attack.
3. Documents relating to injuries Plaintiffs suffered or are suffering relating to the Capitol Attack.
4. Other relevant documents that Plaintiffs become aware of during this litigation.

Plaintiffs will seek the entry of a protective order to govern the production of documents and information in this case.

## III. DAMAGES COMPUTATION

Plaintiffs disclose the following categories of damages they claim:

1. Actual compensatory damages, based on fact and expert discovery that Plaintiffs will disclose as the case progresses.
2. General compensatory damages, in an amount to be determined at trial.
3. Punitive damages, in an amount to be determined at trial.
4. Attorneys' fees, in an amount to be determined at trial.
5. Costs, based on fact discovery that Plaintiffs will disclose as the case progresses.
6. Prejudgment interest, in an amount to be determined at trial.

Plaintiffs will supplement these disclosures based on documents and information, including any expert opinions, that Plaintiffs produce in discovery.

## IV. INSURANCE AGREEMENT

There is no insurance agreement applicable to this action.

Dated: April 17, 2023   By:   /s/      *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth Snow, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc P. Epstein, *pro hac vice*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: (305) 373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

31

**Exhibit 3**