IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,                                              CASE NO.: 1:21-CV-02265-APM
et al.,

      Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

      Defendants.
_____/

**DEFENDANT BRANDON J. STRAKA'S NOTICE OF FILING
PURSUANT TO LOCAL CIVIL RULE 5.4(e)(1)**

Defendant Brandon J. Straka files this notice pursuant to Local Civil Rule 5.4(e)(1).

On April 19, 2023, Mr. Straka filed a reply brief to his special motion to dismiss pursuant to 28 U.S.C. § 1367. ECF No. 215. Exhibit 2 to the reply brief is two video files. ECF No. 215-2. Because those videos are not in a format compatible with electronic filing, they were submitted to the Court on a flash drive.

Mr. Straka gives notice that the custodian for purposes of Local Civil Rule 5.4(e)(1) is:

    Stephen R. Klein
    BARR & KLEIN PLLC
    1629 K St. N.W. Ste. 300
    Washington, DC 20006
    Telephone: (202) 804-6676
    steve@barrklein.com

[Remainder of this page intentionally left blank]

                                                     Respectfully submitted,

                                                     Brandon J. Straka

                                                     By Counsel

| | |
|---|---|
| */s/ Stephen Klein* | |
| Stephen R. Klein | Julianne E. Murray* |
| Bar No. 177056 | Law Offices of Murray, Phillips & Gay |
| BARR & KLEIN PLLC | 215 E. Market Street |
| 1629 K St. N.W. Ste. 300 | Georgetown, DE 19947 |
| Washington, DC 20006 | Telephone: (302) 885-9300 |
| Telephone: (202) 804-6676 | julie@murrayphillipslaw.com |
| steve@barrklein.com | |
| | *Pro Hac Vice *admission pending* |
| Benjamin Barr | |
| (Pro Hac Vice) | |
| BARR & KLEIN PLLC | |
| 444 N. Michigan Avenue Ste. 1200 | |
| Chicago, IL 60611 | |
| Telephone: (202) 595-4671 | |
| ben@barrklein.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to Plaintiffs' counsel and counsel for most Defendants.

I further certify that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), counsel will endeavor to serve all other named Defendants a copy of this filing by first class mail.

/s/ Stephen Klein
Stephen R. Klein

*Counsel to Brandon J. Straka*