IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:21-cv-02265-APM |

### PLAINTIFFS' CASE STATUS REPORT

Pursuant to the Court's February 28, 2023 Minute Order, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), submit Plaintiffs' Case Status Report (the "Report").[1]

Plaintiffs filed the Complaint in this case on August 26, 2021, and the Amended Complaint on December 3, 2021. ECF Nos. 1, 89. Despite the Court's January 26, 2023 Minute Order directing all surviving Defendants to answer the Amended Complaint by February 9, 2023, Defendant Nordean has not filed an answer as of May 15, 2023.

The Court granted Defendant Nordean's unopposed motion to stay the case against him until the termination of his ongoing criminal trial. *See* Feb. 28, 2023 Minute Order. The verdict was entered in his criminal trial on May 4, 2023. *United States v. Nordean*, 21-CR-175 (TJK). By

---

[1] Plaintiffs sent Defendant Nordean a draft of this Report on May 9, 2023, and followed up on May 11, 2023 and May 12, 2023, but did not receive a written response. On May 15, 2023, counsel for Plaintiffs spoke by telephone with counsel for Defendant Nordean, who indicated that due to commitments on other criminal matters, he has been unable to review the Report. Counsel stated that he would provide the Court with Defendant Nordean's positions as soon as he can.

Minute Order dated May 4, 2023, the Court, among other things, lifted the discovery stay with respect to Defendant Nordean and ordered outstanding initial disclosures to be served by May 18, 2023.  *See* May 4, 2023 Minute Order.  Plaintiffs served their First Set of Requests for Production to Defendant Nordean on May 11, 2023.

| | |
|---|---|
| Dated:   May 15, 2023 | Respectfully submitted, |

    /s/     *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

    /s/    *Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

    /s/    *William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

## CERTIFICATE OF SERVICE

  I certify that on May 15, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: May 15, 2023               */s/ Joshua S. Margolin*
                             Joshua S. Margolin