```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,              )
                                   )
          Plaintiffs,              )
                                   )    CV No. 21-2265
       vs.                         )    Washington, D.C.
                                   )    May 4, 2023
DONALD J. TRUMP, ET AL.,           )    2:04 p.m.
                                   )
          Defendants.              )
_____)
```

```
        TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                  UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiffs:              Joshua S. Margolin
                                 SELENDY GAY ELSBERG PLLC
                                 1290 Avenue of the Americas
                                 New York, NY 10104
                                 (212) 390-9000
                                 Email:
                                 jmargolin@selendygay.com

                                 Marc Philip Epstein
                                 Edward G. Caspar
                                 LAWYERS' COMMITTEE FOR
                                 CIVIL RIGHTS UNDER LAW
                                 1500 K Street NW
                                 Suite 900
                                 Washington, D.C. 20005
                                 (202) 662-8318
                                 Email:
                                 mepstein@lawyerscommittee.org
                                 Email:
                                 ecaspar@lawyerscommittee.org

```
APPEARANCES CONTINUED:

For the Plaintiffs:           William J. Blechman
                              KENNY NACHWALTER, P.A.
                              1441 Brickell Avenue
                              Suite 1100
                              Miami, FL 33131
                              (305) 373-1000
                              Email: wblechman@knpa.com


For the Defendants:           Jesse R. Binnall
                              BINNALL LAW GROUP
                              717 King Street
                              Suite 200
                              Alexandria, VA 22314
                              (703) 888-1943
                              Email: jesse@binnall.com

                              Benjamin Barr
                              BARR & KLEIN PLLC
                              444 N. Michigan Avenue
                              Chicago, IL 60611
                              (202) 595-4671
                              Email: ben@barrklein.com

                              John Daniel Hull, IV
                              HULL MCGUIRE PC
                              1420 N Street, NW
                              Washington, D.C. 20005
                              (202) 429-6520
                              Email: jdhull@hullmcguire.com
```

APPEARANCES CONTINUED:

For the Defendants:          Steven C. Bailey
                             BAILEY & ROMERO LAW
                             680 Placerville Drive
                             Suite A1
                             Placerville, CA 95667
                             (530) 212-3407
                             Email:
                             steven@stevencbailey.org

                             Patrick Trainor
                             LAW OFFICE OF
                             PATRICK TRAINOR, ESQ., LLC
                             19 Union Avenue
                             Suite 201
                             Rutherford, NJ 07070
                             (201) 777-3327
                             Email: pt@ptesq.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Good afternoon, Your Honor.

3   This is Civil Action No. 21-2265, Conrad Smith, et al.,

4   versus Donald J. Trump, et al.

5          Joshua Margolin, Marc Epstein, Bill Blechman, and

6   Edward Caspar for the plaintiffs.

7          Jesse Binnall, Benjamin Barr, Daniel Hull, Steven

8   Bailey, and Patrick Trainor for the defendants.

9          THE COURT:  Okay, Counsel.  Good afternoon to all

10   of you.  It's nice to be with you again.

11          All right.  So let's get down to business.

12          We're here for a status conference.  The parties,

13   as I requested, submitted a Status Report a few days back.

14   And thank you very much for the comprehensive work on it.

15   It's exactly what I was hoping for so we can resolve any

16   disputes that you may have before they are coming

17   protracted.  So let's just go ahead and jump into this so I

18   can address a number of these issues.

19          The first issue concerns the protective order.

20   There are a number of disputes concerning the protective

21   order.  So let's just start with the first two.

22          There's a request by the Trump defendants, who, at

23   present, are defined as -- well, it's currently been stayed

24   against the former President individually, but the two

25   entities' discovery has not been stayed.  So there's a

1  request to create a category for sensitive confidential

2  political documents, as well as an attorneys'-eyes-only

3  designation.

4           So anybody that would like to be heard about that;

5  otherwise, I can indicate how I feel about the request.

6           MR. BINNALL:  Your Honor, Jesse Binnall on behalf

7  of the Donald J. Trump for President, Incorporated, and Make

8  America Great Again PAC.

9           And our position, I think, is laid out well in the

10 report.  But I think the important thing here to remember

11 is, in order to keep this on track to make sure that it's

12 about these specific disputes and hopefully from -- to stop

13 from going awry into issues of politics, a category on

14 sensitive political information, I think, is very

15 appropriate here.  It makes it so that we're not simply

16 litigating for things to become public, we're litigating

17 about the legal issues that are in play and that remain

18 after the Court's order on the motion to dismiss.

19          And while the plaintiffs have said that they're

20 not political competitors directly, the fact is, especially

21 for the entities that we have here, and really it's just one

22 entity, this one Make America Great Again -- oh, sorry,

23 Your Honor, yeah.

24          THE COURT:  That's all right, Mr. Binnall.

25          Can I just ask you, what is your sense of, to the

 1    extent that you're prepared to produce records, what

 2    percentage of the records fall into this category?  It seems

 3    fairly broad, but I'm just curious what your sense of that

 4    is.

 5            MR. BINNALL:  I do not foresee this being the vast

 6    majority of documents.  I think this is probably something

 7    that is a small subset.

 8            I will tell the Court that the universe of

 9    documents that is at play here is quite voluminous, which is

10    why we've been working on narrowing the documents.  So

11    I can't tell you an exact number of documents I think would

12    fall into that category at this point.

13            But this is not something that I think we would

14    abuse by simply just designating everything as confidential

15    under the order pursuant to that category.  I think it's

16    something that, you know, would be limited.

17            And, of course, they would have a remedy if they

18    thought that we were --

19            THE COURT:  Mr. Binnall, can I ask you:  Do you

20    envision that the attorneys'-eyes-only designation, that is

21    a narrower group of documents than those that would be

22    described in this category that's set forth on page 5 in

23    that paragraph?

24            MR. BINNALL:  Yes, I think that an

25    attorneys'-eyes-only category is something that does need to

1   be used appropriately and used sparingly.

2           THE COURT:  Okay.

3           MR. BINNALL:  And so that has to be something

4   where there would be true harm and -- yeah.

5           THE COURT:  Okay.

6           Let me hear from plaintiffs' counsel if there's

7   anything you'd like to add.

8           MR. MARGOLIN:  If I may.  Thank you, Your Honor.

9           I think with respect to the first subject, the

10  Executive Branch materials where they're seeking a separate

11  category of the privilege log -- excuse me, of the

12  confidentiality order, I think for the category of campaign

13  materials that are related to, you know, campaign secrets,

14  their fundraising strategy, et cetera, we believe that

15  already falls under an acceptable provision that we've laid

16  out in the protective order.

17          I think we do have just a more general question

18  here as to what political records of the Executive Branch

19  we're really talking about here.  Our understanding is that

20  any official records ought to have been turned over when the

21  President left office.  And so it's not quite clear to us

22  what it is we're seeking to protect.

23          And I'll only add, with respect to the AEO

24  designation, there has been nothing done in this litigation,

25  I think, to raise any question about the motives or how

1    these documents will be used.  And I think to restrict our

2    plaintiffs' access to the evidence in this case on what I

3    think is a rank speculation about what may happen with no

4    basis, I think would be pretty dramatically unfair to the

5    plaintiffs in this matter.

6              THE COURT:  Okay.

7              Mr. Binnall, can you address the first point?

8    I am curious why there might be records with the PAC that

9    would be considered records of the Executive Branch?

10             MR. BINNALL:  Your Honor, according to the

11   statute, such as the Presidential Records Act, the Federal

12   Records Act, et cetera, we do not think it's likely that

13   there are documents that are going to necessarily be

14   responsive in our document production; however, that does

15   not mean that there are not other documents that could be

16   produced by third parties that we may not have standing

17   theoretically to still assert regarding those.  So that is

18   not something, again, that I think is coming from our

19   production, it's something that might come up in other

20   productions that we would assert on.

21             THE COURT:  Okay.

22             All right.  So that's helpful for clarification.

23             So, look, I'll agree that I do think let's create

24   the document category that Mr. Binnall has requested and

25   also include an attorneys'-eyes-only designation provision

1    for a more circumscribed set of those materials.  If there

2    is a concern of either over-designation or if there's a need

3    to actually show clients' records in furtherance of the

4    plaintiffs' case, then you can just come to me for relief

5    from any restrictions, okay?

6          All right.  So the third paragraph, or I should

7    say the third dispute, is on behalf of Defendant Rehl

8    objecting to allowing third-party government agencies to

9    designate video records under their custody as confidential.

10          Is this a real risk at this point?  I assume what

11   this is referring to is an effort at some point to subpoena

12   records of the security footage and the like from the

13   Capitol Police?  Is that what this is about?

14          MR. TRAINOR:  Yes, Your Honor, that is correct.

15   Sorry about that.

16          THE COURT:  That's okay.

17          Well, look, I think I am going to permit

18   third-party government agencies to designate the records as

19   confidential.  That's how they've been treated in the

20   criminal cases.  They've provided justification for such

21   treatment, and I think consistent with the practice that's

22   been employed in the criminal cases.

23          Now, of course, look, there are lots and lots of

24   video out there that has been shown in public proceedings.

25   So, you know, not everything ought to necessarily receive

1    the confidential designation.  So I'll just, you know, put

2    that out there and you all can deal with that issue when

3    third parties do make productions.  But I think -- I'm not

4    going include a blanket prohibition on confidentiality

5    designations for video records.

6         All right.  The fourth is sort of a general

7    statement from the Defendant Mele, and I'm sorry if I'm

8    mispronouncing the last name, that the protective order is

9    attempting to circumvent technical orders in criminal

10   matters and putting defense counsel in a position of

11   violating existing protective orders.

12        And I'm not sure specifically what the concern is,

13   of whether there's a particular provision of the agreement

14   that causes you concern.  But if there's something specific,

15   I'm happy to consider it.  But if it's just a general

16   concern, I'm not sure there's really something concrete to

17   rule on.

18        MR. BAILEY:  Your Honor, Steven Bailey on behalf

19   of Ronald Mele.

20        Our only concern is we have not gone to trial yet

21   in our case, and so we're covered by that general protective

22   order that the government has requested in most of its

23   discovery.  And I didn't want this protective order to run

24   counter to what we're already covered by in the criminal

25   protective orders.

1          THE COURT:  So, Mr. Bailey -- I'm sorry,

2     Mr. Bailey, you know, I alluded to this when we were

3     together last, and the idea that every defendant in this

4     case is also a criminal defendant and subject to at least --

5     is likely subject to a fairly strict protective order that

6     is, my recollection, doesn't create an exception for

7     production in civil proceedings.

8          So nothing about this protective order should be

9     read or construed to require disclosure of records that are

10    subject to a protective order in a criminal case.  I raised

11    this last time and whether there is going to be some effort

12    to talk to the government about workarounds or creating

13    exceptions.  But, you know, as far as I'm concerned, nothing

14    in this case is going to -- I'm not going to sign off on

15    anything in this case that would violate any protective

16    order in any criminal case, okay?

17         MR. BAILEY:  Thank you, Your Honor.

18         THE COURT:  All right.

19         So then on page 7, we've got just an issue about

20    initial disclosures.  They were due on the 17th, and the

21    report here indicates that most of these disclosures are

22    outstanding.  And so do I need to get involved in this or

23    can I assume that you all will be acting in good faith in

24    getting those disclosures to plaintiffs' counsel in short

25    order?

1         Okay.  So I guess, Mr. Margolin, what I'll say is

2    that, I'm not going to set a -- why don't I just go ahead

3    and set a date that would be beneficial to everybody.

4         So I'll just ask no later than May the 18th, that

5    should be plenty of time.  Mr. Margolin, if you still have

6    not received initial disclosures from any defendant that has

7    appeared in this case, you'll let me know and I'll then take

8    that up -- or certainly there's been plenty of time to date

9    to make those initial disclosures.  And they've got two more

10   weeks, so I'll ask everybody to please abide by that

11   deadline, okay.

12        MR. MARGOLIN:  Thank you, Your Honor.

13        THE COURT:  All right.

14        Then we've got requests for production.  And

15   there's a suggestion here that there are going to be

16   disputes with the Trump defendants, and there's disputes

17   with Mr. Straka.

18        Look, I guess the question is, is any of this ripe

19   for me to take to either resolve -- well, let me put it

20   differently -- to put on a schedule to get resolved in a

21   forum other than this one where we've got a whole lot of

22   counsel who may not have an interest in hearing these

23   disputes?

24        MR. MARGOLIN:  Your Honor, if I may, I think our

25   meet-and-confer with Mr. Binnall and his team on behalf of

the Trump defendants is proceeding.  I don't want to cast a
cloud over it.  I do expect that we will reach a point of
impasse maybe in the not-too-distant future, but we have
been having productive discussions, and I think it makes
sense to allow those to continue for at least another round
or two.

  With respect to Mr. Straka's counsel, the issue
really is that he has refused to meet and confer with us at
all.  So I think if there's anything that is ready for
immediate resolution today, it would be to instruct
Mr. Klein, who I'm actually not sure is on the phone or not,
to meet and confer with us about his R&Os so we may progress
the process.

  THE COURT:  Okay.

  Mr. Klein, are you on?

  MR. BARR:  This is Benjamin Barr.  I'm counsel for
Mr. Straka.  Mr. Klein is traveling today.

  MR. MARGOLIN:  I apologize.

  MR. BARR:  No problem.

  Your Honor, we're waiting for a computation of
categories of damages under Rule 26 that's been repeatedly
requested from the plaintiffs.  All that we've been able to
see thus far is that they will be determined at trial.

  Courts nationwide overseeing these sort of
determinations usually refuse conclusory statements about

1   computations of damages.  It helps us shape our defense, it

2   helps us be able to gauge proportionality and other

3   relevancy determinations for discovery.  So we would ask

4   that, pursuant to Rule 26, the computations of the damages

5   be provided.

6          We also -- yes, Your Honor.

7          THE COURT:  Can I ask you:  Have you all sat down

8   to discuss this issue and any others that you may have?

9          I mean, it's one thing to exchange papers, it's

10  another thing to get on the phone or on a Zoom call to try

11  and hash this out.  Has that occurred?

12         MR. MARGOLIN:  Your Honor, we have exchanged

13  emails asking to meet and confer.  And what we have been

14  told is that until we provide a hard calculation on damages,

15  we have indicated, by way of our initial disclosures and

16  otherwise, that that is largely a subject for expert

17  discovery and testimonies to come.

18         But until we provide those numbers, there was not

19  going to be a meet-and-confer.  And so that is the reason we

20  have written it up this way in the Status Report.

21         THE COURT:  Well, is that your position?

22         MR. BARR:  Yes.

23         And, you know, they're free to supplement damages,

24  of course, and to change that.

25         THE COURT:  Okay.

1          Well, look, that's not acceptable.  You're not

2    going to be conditioning any meet-and-confers based upon the

3    production of disputed material.  That's the whole purpose

4    for a meet-and-confer, and it doesn't work that day.

5          So I'm going to order you to meet and confer about

6    the disputes that you have with them, both documents or

7    answers that you want.  And if there's an impasse, you will

8    let me know.  But the impasse will not rest upon a dispute

9    with respect to some other category of material.  Is that

10   understood?

11         MR. BARR:  Yes, Your Honor, it is.

12         THE COURT:  Okay.

13         MR. MARGOLIN:  Your Honor, may I request that you

14   set a date by which that meet-and-confer needs to occur?

15         THE COURT:  Yea, I was going to do that.

16         By May the 11th.

17         MR. MARGOLIN:  Great.  Thank you very much.

18         THE COURT:  Okay.

19         And then again if there's an issue that comes up

20   or you've reached an impasse, you know, just let me know.

21         Okay.  So those were the two sort of at least

22   seemingly concrete document production issues.

23         I wasn't entirely clear, and maybe this was a

24   drafting error, at the bottom of page 9, that Mr. Caldwell

25   has produced 14 pages of attestations and some photographs,

1    or dozens of photographs.  And that it's the next sentence

2    that says, "As soon as a protective order is in place,

3    plaintiffs will provide this production to defendants."

4              I didn't quite follow it.  Are you serving as a

5    repository to send things out to other defendants?

6              MR. MARGOLIN:  No, Your Honor.

7              I think having received these documents as the

8    plaintiff, you know, we were going to make them available to

9    the other defendants in the case as appropriate.

10             THE COURT:  Okay.

11             All right.  I just wasn't -- it was unclear to me

12   that that was the intention.  Okay.

13             All right.  So I think that takes care of anything

14   that resembles a dispute, unless I'm missing anything.

15             Is there anything else that I'm missing from the

16   report?

17             MR. MARGOLIN:  No, Your Honor.

18             I think we both have on the docket, docketed

19   today, an upcoming mediation session with the Magistrate.

20             THE COURT:  Just hang on.

21             I'm not -- I don't need to do that and you don't

22   need to tell me on the public record whether you are

23   involved in mediation with any particular defendant.

24             MR. MARGOLIN:  Okay.

25             In that case, Your Honor, I don't believe we don't

1  have anything further to discuss with you today, at least

2  from our side.

3          THE COURT:  All right.

4          Anybody on behalf of any of the defendants want to

5  raise anything at this point?

6          MR. BINNALL:  Not on behalf of the Trump entities,

7  Your Honor.

8          THE COURT:  Okay.

9          All right.  Well, hearing nothing from anyone

10  else, let's set a next date just for another conference.

11  How about June 16th at 3:30 p.m., can everybody be

12  available?

13          And if you all would submit something to me by

14  June the 13th, that would be helpful.

15          MR. BAILEY:  Your Honor, is that going to be

16  another Zoom appearance?

17          THE COURT:  Yes, all of these, Counsel, will be on

18  Zoom, unless there's some reason to drag you in unless --

19  I can't imagine what that would be unless it relates to an

20  evidentiary matter or an important dispositive motion.

21          So okay.  Good.  So that'll be our schedule.  And

22  I think, you know, I said last time that if issues crop up

23  that are ripe for consideration and the next status

24  conference is some weeks away, just contact chambers and

25  we'll see if we can get you on the schedule to hash things

1    out, okay?

2              MR. MARGOLIN:  Thank you, Your Honor.

3              THE COURT:  Thank you, everybody.  Be well.

4              (Proceedings concluded at 2:24 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__May 19, 2023_____   

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1] 4/2
MR. BAILEY: [3]
10/18 11/17 17/15
MR. BARR: [4] 13/16
13/19 14/22 15/11
MR. BINNALL: [6] 5/6
6/5 6/24 7/3 8/10 17/6
MR. MARGOLIN: [11]
7/8 12/12 12/24 13/18
14/12 15/13 15/17 16/6
16/17 16/24 18/2
MR. TRAINOR: [1]
9/14
THE COURT: [24]

0
07070 [1] 3/9

1
1000 [1] 2/4
10104 [1] 1/13
1100 [1] 2/3
11th [1] 15/16
1290 [1] 1/13
13th [1] 17/14
14 [1] 15/25
1420 [1] 2/14
1441 [1] 2/3
1500 [1] 1/18
16th [1] 17/11
17th [1] 11/20
18th [1] 12/4
19 [2] 3/8 19/7
1943 [1] 2/8

2
200 [1] 2/7
20001 [1] 3/14
20005 [2] 1/19 2/15
201 [2] 3/8 3/9
202 [4] 1/19 2/12 2/15
3/14
2023 [2] 1/5 19/7
21-2265 [2] 1/4 4/3
212 [1] 1/14
212-3407 [1] 3/4
22314 [1] 2/8
2265 [2] 1/4 4/3
26 [2] 13/21 14/4
2:04 [1] 1/6
2:24 [1] 18/4

3
305 [1] 2/4
3249 [1] 3/14
33131 [1] 2/4
3327 [1] 3/9
333 [1] 3/13
3407 [1] 3/4
354-3249 [1] 3/14
373-1000 [1] 2/4
390-9000 [1] 1/14
3:30 [1] 17/11

4
429-6520 [1] 2/15

4671 [1] 2/12

5
530 [1] 3/4
595-4671 [1] 2/12

6
60611 [1] 2/11
6520 [1] 2/15
662-8318 [1] 1/19
680 [1] 3/3

7
703 [1] 2/8
717 [1] 2/7
777-3327 [1] 3/9

8
8318 [1] 1/19
888-1943 [1] 2/8

9
900 [1] 1/18
9000 [1] 1/14
95667 [1] 3/4

A
A1 [1] 3/3
abide [1] 12/10
able [2] 13/22 14/2
about [16] 5/4 5/5 5/12
5/17 7/19 7/25 8/3 9/13
9/15 11/8 11/12 11/19
13/12 13/25 15/5 17/11
above [1] 19/4
above-titled [1] 19/4
abuse [1] 6/14
acceptable [2] 7/15
15/1
access [1] 8/2
according [1] 8/10
Act [2] 8/11 8/12
acting [1] 11/23
Action [1] 4/3
actually [2] 9/3 13/11
add [2] 7/7 7/23
address [2] 4/18 8/7
AEO [1] 7/23
after [1] 5/18
afternoon [2] 4/2 4/9
again [5] 4/10 5/8 5/22
8/18 15/19
against [1] 4/24
agencies [2] 9/8 9/18
agree [1] 8/23
agreement [1] 10/13
ahead [2] 4/17 12/2
aided [1] 3/16
al [4] 1/3 1/6 4/3 4/4
Alexandria [1] 2/8
all [19] 4/9 4/11 5/24
8/22 9/6 10/2 10/6
11/18 11/23 12/13 13/9
13/22 14/7 16/11 16/13
17/3 17/9 17/13 17/17
allow [1] 13/5
allowing [1] 9/8
alluded [1] 11/2

already [2] 12/1 15/17
also [3] 8/25 11/4 14/6
am [2] 8/8 9/17
America [2] 5/8 5/22
Americas [1] 1/13
AMIT [1] 1/9
another [4] 13/5 14/10
17/10 17/16
answers [1] 15/7
any [12] 4/15 7/20 7/25
9/5 11/15 11/16 12/6
12/18 14/8 15/2 16/23
17/4
anybody [2] 5/4 17/4
anyone [1] 17/9
anything [8] 7/7 11/15
13/9 16/13 16/14 16/15
17/1 17/5
apologize [1] 13/18
appearance [1] 17/16
APPEARANCES [3]
1/11 1/22 2/16
appeared [1] 12/7
appropriate [2] 5/15
16/9
appropriately [1] 7/1
are [16] 4/16 4/20 4/23
5/17 7/13 8/13 8/13
8/15 9/23 11/9 11/21
12/15 13/15 16/4 16/22
17/23
as [16] 4/13 4/23 5/2
5/2 6/14 7/18 8/11 9/9
9/18 11/13 11/13 16/2
16/2 16/4 16/7 16/9
ask [6] 5/25 6/19 12/4
12/10 14/3 14/7
asking [1] 14/13
assert [2] 8/17 8/20
assume [2] 9/10 11/23
attempting [1] 10/9
attestations [1] 15/25
attorneys' [4] 5/2 6/20
6/25 8/25
attorneys'-eyes-only
[4] 5/2 6/20 6/25 8/25
available [1] 16/8
17/12
Avenue [5] 1/13 2/3
2/11 3/8 3/13
away [1] 17/24
awry [1] 5/13

B
back [1] 4/13
Bailey [6] 3/2 3/2 4/8
10/18 11/1 11/2
Barr [4] 2/10 2/10 4/7
13/16
Barrett [1] 3/13
barrklein.com [1] 2/12
based [1] 15/2
basis [1] 8/4
be [32]
become [1] 5/16
been [6] 4/23 4/25
6/10 7/20 7/24 9/19
9/22 9/24 12/18 13/4

before [2] 1/9 4/16
behalf [6] 5/6 9/7 10/18
12/25 17/4 17/6
being [1] 6/5
believe [2] 7/14 16/25
ben [1] 2/12
beneficial [1] 12/3
Benjamin [3] 2/10 4/7
13/16
Bill [1] 4/5
Binnall [9] 2/6 2/6 4/7
5/6 5/24 6/19 8/7 8/24
12/25
binnall.com [1] 2/9
blanket [1] 10/4
Blechman [2] 2/2 4/5
both [2] 15/6 16/18
bottom [1] 15/24
Branch [3] 7/10 7/18
8/9
Brickell [1] 2/3
broad [1] 6/3
business [1] 4/11

C
CA [1] 3/4
calculation [1] 14/14
Caldwell [1] 15/24
call [1] 14/10
campaign [2] 7/12 7/13
can [12] 4/15 4/18 5/5
5/25 6/19 8/7 9/4 10/2
11/23 14/7 17/11 17/25
can't [2] 6/11 17/19
Capitol [1] 9/13
care [1] 16/13
case [11] 8/2 9/4 10/21
11/4 11/10 11/14 11/15
11/16 12/7 16/9 16/25
cases [2] 9/20 9/22
Caspar [2] 1/16 4/6
cast [1] 13/1
categories [1] 13/21
category [11] 5/1 5/13
6/2 6/12 6/15 6/22 6/25
7/11 7/12 8/24 15/9
causes [1] 10/14
certainly [1] 12/8
Certified [1] 3/12
certify [1] 19/5
cetera [2] 7/14 8/12
CH [1] 3/13
chambers [1] 17/24
change [1] 14/24
Chicago [1] 2/11
circumscribed [1] 9/1
circumvent [1] 10/9
civil [3] 1/17 4/3 11/7
clarification [1] 8/22
clear [2] 7/21 15/23
clients' [1] 9/3
cloud [1] 13/2
COLUMBIA [1] 1/1
come [3] 8/19 9/4
14/17
comes [1] 15/19
coming [2] 4/16 8/18

COMMITTEE [1] 1/17
competitors [1] 5/20
comprehensive [1]
4/14
computation [1] 13/20
computations [2] 14/1
14/4
computer [1] 3/16
computer-aided [1]
3/16
concern [5] 9/2 10/12
10/14 10/16 10/20
concerned [1] 11/13
concerning [1] 4/20
concerns [1] 4/19
concluded [1] 18/4
conclusory [1] 13/25
concrete [2] 10/16
15/22
conditioning [1] 15/2
confer [8] 12/25 13/8
13/12 14/13 14/19 15/4
15/5 15/14
conference [4] 1/9
4/12 17/10 17/24
confers [1] 15/7
confidential [5] 5/1
6/14 9/9 9/19 10/1
confidentiality [2] 7/12
10/4
CONRAD [2] 1/3 4/3
consider [1] 10/15
consideration [1]
17/23
considered [1] 8/9
consistent [1] 9/21
Constitution [1] 3/13
construed [1] 11/9
contact [1] 17/24
continue [1] 13/5
CONTINUED [2] 2/1
3/1
correct [2] 9/14 19/3
could [1] 8/15
counsel [8] 4/9 7/6
10/10 11/24 12/22 13/7
13/16 17/17
counter [1] 10/24
course [3] 6/17 9/23
14/24
COURT [1] 1/1 3/11
3/12 6/8
Court's [1] 5/18
Courts [1] 13/24
covered [2] 10/21
10/24
create [3] 5/1 8/23 11/6
creating [1] 11/12
criminal [7] 9/20 9/22
10/9 10/24 11/4 11/10
11/16
crop [1] 17/22
CRR [2] 19/2 19/8
curious [2] 6/3 8/8
currently [1] 4/23
custody [1] 9/9
CV [1] 1/4

**D**

damages [5] 13/21
14/1 14/4 14/14 14/23
Daniel [2] 2/13 4/7
date [5] 12/3 12/8
15/14 17/10 19/7
day [1] 15/4
days [1] 4/13
deadline [1] 12/11
deal [1] 10/2
defendant [6] 9/7 10/7
11/3 11/4 12/6 16/23
defendants [11] 1/7
2/6 3/2 4/8 4/22 12/16
13/1 16/3 16/5 16/9
17/4
defense [2] 10/10 14/1
defined [1] 4/23
described [1] 6/22
designate [2] 9/9 9/18
designating [1] 6/14
designation [6] 5/3
6/20 7/24 8/25 9/2 10/1
designations [1] 10/5
determinations [2]
13/25 14/3
determined [1] 13/23
didn't [2] 10/23 16/4
differently [1] 12/20
directly [1] 5/20
disclosure [1] 11/9
disclosures [6] 11/20
11/21 11/24 12/6 12/9
14/15
discovery [4] 4/25
10/23 14/3 14/17
discuss [2] 14/8 17/1
discussions [1] 13/4
dismiss [1] 5/18
dispositive [1] 17/20
dispute [3] 9/7 15/8
16/14
disputed [1] 15/3
disputes [7] 4/16 4/20
5/12 12/16 12/16 12/23
15/6
distant [1] 13/3
DISTRICT [3] 1/1 1/1
1/10
do [10] 6/5 6/19 7/17
8/12 8/23 10/3 11/22
13/2 15/15 16/21
Do you [1] 6/19
docket [1] 16/18
docketed [1] 16/18
document [3] 8/14
8/24 15/22
documents [11] 5/2
6/6 6/9 6/10 6/11 6/21
8/1 8/13 8/15 15/6 16/7
does [2] 6/25 8/14
doesn't [2] 11/6 15/4
don't [6] 12/2 13/1
16/21 16/21 16/25
16/25
DONALD [3] 1/6 4/4
5/7
done [1] 7/24

**E**

dozens [1] 16/1
drafting [1] 15/24
drag [1] 17/18
dramatically [1] 8/4
Drive [1] 3/3
due [1] 11/20

ecaspar [1] 1/21
Edward [2] 1/16 4/6
effort [2] 9/11 11/11
either [2] 9/2 12/19
ELSBERG [1] 1/12
else [2] 16/15 17/10
Email [9] 1/14 1/20
1/21 2/5 2/9 2/12 2/16
3/5 3/10
emails [1] 14/13
employed [1] 9/22
entirely [1] 15/23
entities [2] 5/21 17/6
entities' [1] 4/25
entity [1] 5/22
envision [1] 6/20
Epstein [2] 1/16 4/5
error [1] 15/24
especially [1] 5/20
ESQ [1] 3/7
et [6] 1/3 1/6 4/3 4/4
7/14 8/12
et cetera [1] 8/12
every [1] 11/3
everybody [4] 12/3
12/10 17/11 18/3
everything [2] 6/14
9/25
evidence [1] 8/2
evidentiary [1] 17/20
exact [1] 6/11
exactly [1] 4/15
exception [1] 11/6
exceptions [1] 11/13
exchange [1] 14/9
exchanged [1] 14/12
excuse [1] 7/11
Executive [3] 7/10 7/18
8/9
existing [1] 10/11
expect [1] 13/2
expert [1] 14/16
extent [1] 6/1
eyes [4] 5/2 6/20 6/25
8/25

**F**

fact [1] 5/20
fairly [2] 6/3 11/5
faith [1] 11/23
fall [2] 6/2 6/12
falls [1] 7/15
far [2] 11/13 13/23
Federal [1] 8/11
feel [1] 5/5
few [1] 4/13
first [4] 4/19 4/21 7/9
8/7
FL [1] 2/4

footage [1] 9/12
foregoing [1] 19/3
foresee [1] 6/5
forth [1] 6/22
forum [1] 12/21
fourth [1] 10/6
free [1] 14/23
fundraising [1] 7/14
further [1] 17/1
furtherance [1] 9/3
future [1] 13/3

**G**

gauge [1] 14/2
GAY [1] 1/12
general [4] 7/17 10/6
10/15 10/21
get [5] 4/11 11/22
12/20 14/10 17/25
getting [1] 11/24
go [2] 4/17 12/2
go ahead [2] 4/17 12/2
going [15] 5/13 8/13
9/17 10/4 11/11 11/14
11/14 12/2 12/15 14/19
15/2 15/5 15/15 16/8
17/15
gone [1] 10/20
good [4] 4/2 4/9 11/23
17/21
got [4] 11/19 12/9
12/14 12/21
government [4] 9/8
9/18 10/22 11/12
Great [3] 5/8 5/22
15/17
group [2] 2/6 6/21
guess [2] 12/1 12/18

**H**

hang [1] 16/20
happen [1] 8/3
happy [1] 10/15
hard [1] 14/14
harm [1] 7/4
has [10] 4/25 7/3 7/24
8/24 9/24 10/22 12/6
13/8 14/11 15/25
hash [2] 14/11 17/25
have [20]
having [2] 13/4 16/7
he [1] 13/8
hear [1] 7/6
heard [1] 5/4
hearing [2] 12/22 17/9
helpful [2] 8/22 17/14
helps [2] 14/1 14/2
here [9] 4/2 5/10 5/15
5/21 6/9 7/18 7/19
11/21 12/15
his [2] 12/25 13/12
Honor [21]
HONORABLE [1] 1/9
hopefully [1] 5/12
hoping [1] 4/15
how [4] 5/5 7/25 9/19

however [1] 8/14
Hull [3] 2/13 2/14 4/7
hullmcguire.com [1]
2/16

**I**

I am [2] 8/8 9/17
I can [1] 5/5
I can't [2] 6/11 17/19
I didn't [1] 16/4
I don't [2] 16/21 16/25
I guess [2] 12/1 12/18
I just [2] 12/2 16/11
I mean [1] 14/9
I should [1] 9/6
I think [20]
I was [2] 4/15 15/15
I will [1] 6/8
I'll [7] 7/23 8/23 10/1
12/1 12/4 12/7 12/10
I'm [17] 6/3 10/3 10/7
10/7 10/12 10/15 10/16
11/1 11/13 11/14 12/2
13/11 13/16 15/5 16/14
16/15 16/21
I'm going [1] 15/5
I'm just [1] 6/3
I'm not [3] 11/14 12/2
16/21
I'm sorry [1] 10/7
idea [1] 11/3
IL [1] 2/11
imagine [1] 17/19
immediate [1] 13/10
impasse [1] 13/3 15/7
15/8 15/20
important [2] 5/10
17/20
include [2] 8/25 10/4
Incorporated [1] 5/7
indicate [1] 5/5
indicated [1] 14/15
indicates [1] 11/21
individually [1] 4/24
information [1] 5/14
initial [4] 11/20 12/6
12/9 14/15
instruct [1] 13/10
intention [1] 16/12
interest [1] 12/22
involved [2] 11/22
16/23
is [58]
Is there [1] 16/15
issue [6] 4/19 10/2
11/19 13/7 14/8 15/19
issues [5] 4/18 5/13
5/17 15/22 17/22
it [18] 4/14 5/15 5/15
6/2 7/22 10/15 12/19
13/2 13/4 13/10 14/1
14/1 14/20 15/4 15/11
15/11 16/1 16/11
it's [13] 4/10 4/15 4/23
5/11 5/21 6/15 7/21
8/12 8/19 10/15 14/9
14/9 16/1

is likely [1] 8/12
its [1] 10/22
IV [1] 2/13

**J**

jdhull [1] 2/16
jesse [4] 2/6 2/9 4/7
5/6
jmargolin [1] 1/15
John [1] 2/13
Joshua [2] 1/12 4/5
JUDGE [1] 1/10
jump [1] 4/17
June [2] 17/11 17/14
just [18] 4/17 4/21 5/21
5/25 6/3 6/14 7/17 9/4
10/1 10/15 11/19 12/2
12/4 15/20 16/11 16/20
17/10 17/24
justification [1] 9/20

**K**

keep [1] 5/11
KENNY [1] 2/2
King [1] 2/7
KLEIN [4] 2/10 13/11
13/15 13/17
know [13] 6/16 7/13
9/25 10/1 11/2 11/13
12/7 14/23 15/8 15/20
15/20 16/8 17/22
knpa.com [1] 2/5

**L**

laid [2] 5/9 7/15
largely [1] 14/16
last [4] 10/8 11/3 11/11
17/22
later [1] 12/4
LAW [4] 1/17 2/6 3/2
3/7
LAWYERS' [1] 1/17
lawyerscommittee.org
[2] 1/20 1/21
least [4] 11/4 13/5
15/21 17/1
left [1] 7/21
legal [1] 5/17
let [5] 7/6 12/7 12/19
15/8 15/20
let's [5] 4/11 4/17 4/21
8/23 17/10
like [3] 5/4 7/7 9/12
likely [2] 8/12 11/5
limited [1] 6/16
litigating [2] 5/16 5/16
litigation [1] 7/24
LLC [1] 3/7
log [1] 7/11
look [5] 8/23 9/17 9/23
12/18 15/1
lot [1] 12/21
lots [2] 9/23 9/23

**M**

Magistrate [1] 16/19
majority [1] 6/6
make [6] 5/7 5/11 5/22
10/3 12/9 16/8

Case 1:21-cv-02265-APM Document 230-8 Filed 05/22/23 Page 22 of 23

**M**

**makes** [2]  5/15 13/4
**Marc** [2]  1/16 4/5
**Margolin** [4]  1/12 4/5
12/1 12/5
**material** [2]  15/3 15/9
**materials** [3]  7/10 7/13
9/1
**matter** [3]  8/5 17/20
19/4
**matters** [1]  10/10
**may** [13]  1/5 4/16 7/8
8/3 8/16 12/4 12/22
12/24 13/12 14/8 15/13
15/16 19/7
**maybe** [2]  13/3 15/23
**MCGUIRE** [1]  2/14
**me** [11]  7/6 7/11 9/4
12/7 12/19 12/19 15/8
15/20 16/11 16/22
17/13
**mean** [2]  8/15 14/9
**mechanical** [1]  3/15
**mediation** [2]  16/19
16/23
**meet** [9]  12/25 13/8
13/12 14/13 14/19 15/2
15/4 15/5 15/14
**MEHTA** [1]  1/9
**Mele** [1]  10/7 10/19
**mepstein** [1]  1/20
**Merit** [1]  3/11
**Miami** [1]  2/4
**Michigan** [1]  2/11
**might** [2]  8/8 8/19
**mispronouncing** [1]
10/8
**missing** [2]  16/14
16/15
**more** [3]  7/17 9/1 12/9
**most** [2]  10/22 11/21
**motion** [2]  8/18 17/20
**motives** [1]  7/25
**Mr.** [16]  5/24 6/19 8/7
8/24 11/1 11/2 12/1
12/5 12/17 12/25 13/7
13/11 13/15 13/17
13/17 15/24
**Mr. Bailey** [2]  11/1
11/2
**Mr. Binnall** [5]  5/24
6/19 8/7 8/24 12/25
**Mr. Caldwell** [1]  15/24
**Mr. Klein** [3]  13/11
13/15 13/17
**Mr. Margolin** [2]  12/1
12/5
**Mr. Straka** [2]  12/17
13/17
**Mr. Straka's** [1]  13/7
**much** [2]  4/14 15/17
**my** [1]  11/6

**N**

**NACHWALTER** [1]  2/2
**name** [1]  10/8
**narrower** [1]  6/21
**narrowing** [1]  6/10

**necessarily** [2]  8/13
9/25
**need** [5]  6/25 9/2 11/22
16/21 16/22
**needs** [1]  15/14
**New** [1]  1/13
**next** [3]  16/1 17/10
17/23
**nice** [1]  4/10
**NJ** [1]  3/9
**no** [7]  1/4 4/3 8/3 12/4
13/19 16/6 16/17
**not** [29]
**not-too-distant** [1]
13/3
**nothing** [4]  7/24 11/8
11/13 17/9
**Now** [1]  9/23
**number** [3]  4/18 4/20
6/11
**numbers** [1]  14/18
**NW** [3]  1/18 2/14 3/13
**NY** [1]  1/13

**O**

**objecting** [1]  9/8
**occur** [1]  15/14
**occurred** [1]  14/11
**off** [1]  11/14
**office** [2]  3/7 7/21
**official** [2]  3/12 7/20
**oh** [1]  5/22
**okay** [21]
**one** [4]  5/21 5/22 12/21
14/9
**only** [6]  5/2 6/20 6/25
7/23 8/25 10/20
**order** [17]  4/19 4/21
5/11 5/18 6/15 7/12
7/16 10/8 10/22 10/23
11/5 11/8 11/10 11/16
11/25 15/5 16/2
**orders** [3]  10/9 10/11
10/25
**Os** [1]  13/12
**other** [7]  8/15 8/19
12/21 14/2 15/9 16/5
16/9
**others** [1]  14/8
**otherwise** [2]  5/5
14/16
**ought** [2]  7/20 9/25
**our** [12]  5/9 7/19 8/1
8/14 8/18 10/20 10/21
12/24 14/1 14/15 17/2
17/21
**out** [7]  5/9 7/16 9/24
10/2 14/11 16/5 18/1
**outstanding** [1]  11/22
**over** [3]  7/20 9/2 13/2
**over-designation** [1]
9/2
**overseeing** [1]  13/24

**P**

**P.A** [1]  2/2
**p.m** [3]  1/6 17/11 18/4

**page** [3]  6/22 11/19
15/24
**pages** [1]  15/25
**papers** [1]  14/9
**paragraph** [2]  6/23 9/6
**particular** [2]  10/13
16/23
**parties** [2]  4/12 8/16
10/3
**party** [2]  9/8 9/18
**Patrick** [3]  3/6 3/7 4/8
**PC** [1]  2/14
**percentage** [1]  6/2
**permit** [1]  9/17
**Philip** [1]  1/16
**phone** [2]  13/11 14/10
**photographs** [2]  15/25
16/1
**place** [1]  16/2
**Placerville** [2]  3/3 3/4
**plaintiff** [1]  16/8
**plaintiffs** [8]  1/4 1/12
2/2 4/6 5/19 8/5 13/22
16/3
**plaintiffs'** [4]  7/6 8/2
9/4 11/24
**play** [2]  5/17 6/9
**please** [1]  12/10
**plenty** [2]  12/5 12/8
**PLLC** [1]  1/12 2/10
**point** [6]  6/12 8/7 9/10
9/11 13/2 17/5
**Police** [1]  9/13
**political** [4]  5/2 5/14
5/20 7/18
**politics** [1]  5/13
**position** [3]  5/9 10/10
14/21
**practice** [1]  9/21
**prepared** [1]  6/1
**present** [1]  4/23
**President** [3]  4/24 5/7
7/21
**Presidential** [1]  8/11
**pretty** [1]  8/4
**Prettyman** [1]  3/13
**privilege** [1]  7/11
**probably** [1]  6/6
**problem** [1]  13/19
**proceeding** [1]  13/1
**proceedings** [6]  1/9
3/15 9/24 11/7 18/4
19/4
**process** [1]  13/13
**produce** [1]  6/1
**produced** [3]  3/16 8/16
15/25
**production** [7]  8/14
8/19 11/7 12/14 15/3
15/22 16/3
**productions** [2]  8/20
10/3
**productive** [1]  10/4
**progress** [1]  13/12
**prohibition** [1]  10/4
**proportionality** [1]
14/2

**protective** [13]  4/19
4/20 7/16 10/8 10/11
10/21 10/23 10/25 11/5
11/8 11/10 11/15 16/2
**protracted** [1]  4/17
**provide** [3]  14/14
14/18 16/3
**provided** [2]  9/20 14/5
**provision** [3]  7/15 8/25
10/20
**pt** [1]  3/10
**ptesq.com** [1]  3/10
**public** [3]  5/16 9/24
16/22
**purpose** [1]  15/3
**pursuant** [2]  6/15 14/4
**put** [3]  10/1 12/19
12/20
**putting** [1]  10/10

**Q**

**question** [3]  7/17 7/25
12/18
**quite** [3]  6/9 7/21 16/4

**R**

**raise** [2]  7/25 17/5
**raised** [1]  11/10
**rank** [1]  8/3
**reach** [1]  13/2
**reached** [1]  15/20
**read** [1]  11/9
**ready** [1]  13/9
**real** [1]  9/10
**really** [4]  5/21 7/19
10/16 13/8
**Realtime** [1]  3/12
**reason** [2]  14/19 17/18
**receive** [1]  9/25
**received** [2]  12/6 16/7
**recollection** [1]  11/6
**record** [2]  16/22 19/3
**recorded** [1]  3/15
**records** [14]  6/1 6/2
7/18 7/20 8/8 8/9 8/11
8/12 9/3 9/9 9/12 9/18
10/5 11/9
**referring** [1]  9/11
**refuse** [1]  13/25
**refused** [1]  13/8
**regarding** [1]  8/17
**Registered** [1]  3/11
**Rehl** [1]  9/7
**related** [1]  7/13
**relates** [1]  17/19
**relevancy** [1]  14/3
**relief** [1]  9/4
**remain** [1]  5/17
**remedy** [1]  6/17
**remember** [1]  5/10
**repeatedly** [1]  13/21
**report** [5]  4/13 5/10
11/21 14/20 16/16
**Reporter** [4]  3/11 3/11
3/12 3/12
**repository** [1]  16/5
**request** [4]  4/22 5/1

**requested** [4]  4/13
8/24 10/22 13/22
**requests** [1]  12/14
**require** [1]  11/9
**resembles** [1]  16/14
**resolution** [1]  13/10
**resolve** [2]  4/15 12/19
**resolved** [1]  12/20
**respect** [4]  7/9 7/23
13/7 15/9
**responsive** [1]  8/14
**rest** [1]  15/8
**restrict** [1]  8/1
**restrictions** [1]  9/5
**right** [11]  4/1 5/24
8/22 9/6 10/6 11/18
12/13 16/11 16/13 17/3
17/9
**RIGHTS** [1]  1/17
**ripe** [2]  12/18 17/23
**risk** [1]  9/10
**RMR** [2]  19/2 19/8
**ROMERO** [1]  3/2
**Ronald** [1]  10/19
**round** [1]  13/5
**rule** [3]  10/17 13/21
14/4
**Rule 26** [1]  13/21
**run** [1]  10/23
**Rutherford** [1]  3/9

**S**

**said** [2]  5/19 17/22
**sat** [1]  14/7
**say** [2]  9/7 12/1
**says** [1]  16/2
**schedule** [3]  12/20
17/21 17/25
**secrets** [1]  7/13
**security** [1]  9/12
**see** [2]  13/23 17/25
**seeking** [2]  7/10 7/22
**seemingly** [1]  15/22
**seems** [1]  6/2
**SELENDY** [1]  1/13
**selendygay.com** [1]
1/15
**send** [1]  16/5
**sense** [3]  5/25 6/3 13/5
**sensitive** [2]  5/1 5/14
**sentence** [1]  16/1
**separate** [1]  7/10
**serving** [1]  16/4
**session** [1]  16/19
**set** [6]  6/22 9/1 12/2
12/3 15/14 17/10
**shape** [1]  14/1
**short** [1]  11/24
**should** [3]  9/6 11/8
12/5
**show** [1]  9/3
**shown** [1]  9/24
**side** [1]  17/2
**sign** [1]  11/14
**simply** [2]  5/15 6/14
**small** [1]  6/7
**SMITH** [2]  1/3 4/3

**so [34]**
**So I think [2]** 13/9
16/13
**some [6]** 9/11 11/11
15/9 15/25 17/18 17/24
**something [10]** 6/6
6/13 6/16 6/25 7/3 8/18
8/19 10/14 10/16 17/13
**soon [1]** 16/2
**sorry [4]** 5/22 9/15
10/7 11/1
**sort [3]** 10/6 13/24
15/21
**sparingly [1]** 7/1
**specific [2]** 5/12 10/14
**specifically [1]** 10/12
**speculation [1]** 8/3
**standing [1]** 8/16
**start [1]** 4/21
**statement [1]** 10/7
**statements [1]** 13/25
**STATES [2]** 1/1 1/10
**status [5]** 1/9 4/12 4/13
14/20 17/23
**statute [1]** 8/11
**stayed [2]** 4/23 4/25
**stenography [1]** 3/15
**steven [4]** 3/2 3/5 4/7
10/18
**stevencbailey.org [1]**
3/5
**still [2]** 8/17 12/5
**stop [1]** 5/12
**Straka [2]** 12/17 13/17
**Straka's [1]** 13/7
**strategy [1]** 7/14
**Street [3]** 1/18 2/7 2/14
**strict [1]** 11/5
**subject [5]** 7/9 11/4
11/5 11/10 14/16
**submit [1]** 11/7
**submitted [1]** 4/13
**subpoena [1]** 9/11
**subset [1]** 6/7
**such [2]** 8/11 9/20
**suggestion [1]** 10/23
**Suite [5]** 1/18 2/3 2/7
3/3 3/8
**supplement [1]** 14/23
**sure [4]** 5/11 10/12
10/16 13/11

**T**
**take [2]** 12/7 12/19
**takes [1]** 16/13
**talk [1]** 11/12
**talking [1]** 7/19
**team [1]** 12/25
**technical [1]** 10/9
**tell [3]** 6/8 6/11 16/22
**testimonies [1]** 14/17
**than [3]** 6/21 12/4
12/21
**thank [7]** 4/14 7/8
11/17 12/12 15/17 18/2
18/3
**thank you [6]** 4/14 7/8

**Thank you very much
[1]** 15/17
**that [104]**
**that'll [1]** 17/21
**that's [9]** 5/24 6/22
8/22 9/16 9/19 9/21
13/21 15/1 15/3
**their [2]** 7/14 9/9
**them [2]** 15/6 16/8
**then [5]** 9/4 11/19 12/7
12/14 15/19
**theoretically [1]** 8/17
**there [14]** 4/20 7/4 7/24
8/8 8/13 8/15 9/1 9/23
9/24 10/2 11/11 12/15
14/18 16/15
**there's [14]** 4/22 4/25
7/6 9/2 10/13 10/14
10/16 12/8 12/15 12/16
13/9 15/7 15/19 17/18
**these [8]** 4/18 5/12 8/1
11/21 12/22 13/24 16/7
17/17
**they [5]** 4/16 6/17 6/17
11/20 13/23
**they're [3]** 5/19 7/10
14/23
**they've [3]** 9/19 9/20
12/9
**thing [3]** 5/10 14/9
14/10
**things [3]** 5/16 16/5
17/25
**think [28]**
**third [6]** 8/16 9/6 9/7
9/8 9/18 10/3
**third-party [2]** 9/8 9/18
**this [35]**
**those [8]** 6/21 8/17 9/1
11/24 12/9 13/5 14/18
15/21
**thought [1]** 6/18
**thus [1]** 13/23
**time [4]** 11/11 12/5
12/8 17/22
**titled [1]** 19/4
**today [4]** 13/10 13/17
16/19 17/1
**together [1]** 11/3
**told [1]** 14/14
**too [1]** 13/3
**track [1]** 5/11
**Trainor [3]** 3/6 3/7 4/8
**transcript [3]** 1/9 3/15
19/3
**transcription [1]** 3/16
**traveling [1]** 13/17
**treated [1]** 9/19
**treatment [1]** 9/21
**trial [2]** 10/20 13/23
**true [1]** 7/4
**TRUMP [7]** 1/6 4/4 4/22
5/7 12/16 13/1 17/6
**try [1]** 14/10
**turned [1]** 7/20
**two [5]** 4/21 4/24 12/9
13/6 15/21

**unclear [1]** 16/11
**under [5]** 1/17 6/15
7/15 9/9 13/21
**understanding [1]**
7/19
**understood [1]** 15/10
**unfair [1]** 8/4
**Union [1]** 3/8
**UNITED [2]** 1/1 1/10
**universe [1]** 6/8
**unless [4]** 16/14 17/18
17/18 17/19
**until [2]** 14/14 14/18
**up [5]** 8/19 12/8 14/20
15/19 17/22
**upcoming [1]** 16/19
**upon [2]** 15/2 15/8
**us [5]** 7/21 13/8 13/12
14/1 14/2
**used [3]** 7/1 7/1 8/1
**usually [1]** 13/25

**V**
**VA [1]** 2/8
**vast [1]** 6/5
**versus [1]** 4/4
**very [3]** 4/14 5/14
15/17
**VIA [1]** 1/9
**video [3]** 9/9 9/24 10/5
**violate [1]** 11/15
**violating [1]** 10/11
**voluminous [1]** 6/9
**vs [1]** 1/5

**W**
**waiting [1]** 13/20
**want [4]** 10/23 13/1
15/7 17/4
**was [6]** 4/15 14/18
15/15 15/23 16/11
16/12
**Washington [1]** 1/5
1/19 2/15 3/14
**wasn't [2]** 15/23 16/11
**way [2]** 14/15 14/20
**wblechman [1]** 2/5
**we [26]**
**we believe [1]** 7/14
**we will [1]** 13/2
**we'll [1]** 17/25
**we're [8]** 4/12 5/15
5/16 7/19 7/22 10/21
10/24 13/20
**we've [6]** 6/10 7/15
11/19 12/14 12/21
13/22
**weeks [2]** 12/10 17/24
**well [9]** 4/23 5/2 5/9
9/17 12/19 14/21 15/1
17/19 18/3
**were [5]** 6/18 11/2
11/20 15/21 16/8
**what [15]** 4/15 5/25 6/1
6/3 7/18 7/22 8/2 8/3
9/10 9/13 10/12 10/24
12/1 14/13 17/19

11/2
**where [3]** 7/4 7/10
12/21
**whether [3]** 10/13
11/11 16/22
**which [2]** 6/9 15/14
**while [1]** 5/19
**who [3]** 4/22 12/22
13/11
**whole [2]** 12/21 15/3
**why [3]** 6/10 8/8 12/2
**will [9]** 6/8 8/11 11/23
13/2 13/23 15/7 15/8
16/3 17/17
**William [1]** 2/2 3/11
19/2 19/8
**work [2]** 4/14 15/4
**workarounds [1]** 11/12
**working [1]** 6/10
**would [17]** 5/4 6/11
6/13 6/16 6/17 6/21 7/4
8/4 8/9 8/20 11/15 12/3
13/10 14/3 17/13 17/14
17/19
**written [1]** 14/20

**Y**
**Yea [1]** 15/15
**yeah [2]** 5/23 7/4
**yes [6]** 6/24 9/14 14/6
14/22 15/11 17/17
**yet [1]** 10/20
**York [1]** 1/13
**you [46]**
**you'd [1]** 7/7
**you'll [1]** 12/7
**you're [2]** 6/1 15/1
**you've [1]** 15/20
**your [24]**
**Your Honor [19]** 5/6
5/23 7/8 8/10 9/14
10/18 11/17 12/12
12/24 13/20 14/15
15/11 15/13 16/6 16/17
16/25 17/7 17/15 18/2

**Z**
**Zaremba [3]** 3/11 19/2
19/8
**ZOOM [4]** 1/9 14/10
17/16 17/18