IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,                                           CASE NO.: 1:21-CV-02265-APM
et al.,

       Plaintiffs,
v.

DONALD J. TRUMP,
et al.,

       Defendants.
_____/

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of Court and all parties of record:

       Please take notice that Benjamin Barr withdraws his appearance as counsel for Defendant Brandon J. Straka. Stephen R. Klein and Julianne E. Murray will continue to represent Defendant Straka in this matter.

                                                  Respectfully submitted,

*/s/ Benjamin Barr*                              */s/ Brandon Straka*
Benjamin Barr
(Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2023, I filed the foregoing reply with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to Plaintiffs' counsel and counsel for Defendants.

I further certify that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), counsel will endeavor to serve all other named Defendants a copy of this motion and proposed order by first class mail.

*/s/ Benjamin Barr*
Benjamin Barr

*Counsel to Brandon J. Straka*