IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT MOTION FOR A PROTECTIVE ORDER**

  Pursuant to Federal Rule of Civil Procedure 26(c)(1), Part III of the April 5, 2023 Scheduling Order (ECF No. 213), and the Court's directives during the May 4, 2023 status conference, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs"), and Defendants Donald J. Trump, Make America Great Again PAC, Donald J. Trump For President, Inc. (the "Trump Defendants"), and Brandon J. Straka respectfully submit this joint motion for a protective order in the form of the accompanying Proposed Stipulated Protective Order.

  The parties' pre-April 28, 2023 communications regarding a protective order are detailed in Part II.A of the parties' Joint Case Status Report. ECF No. 217, at 5–6. During the May 4, 2023 status conference, the Court directed the parties to add language permitting the designation of sensitive political information as confidential and to include an "attorneys' eyes only" level of designation. On May 10, 2023, Plaintiffs circulated a revised draft proposed order including these changes. Defendant Straka joined the proposal on May 16, 2023, and the Trump Defendants joined on May 18, 2023. On May 19, 2023, Defendant Zachary Rehl objected to the proposal. To date, no other Defendant has responded to the current proposal.

1

Dated: May 26, 2023                                   Respectfully submitted,

  /s/ Joshua S. Margolin                               /s/ Jason Caldwell Greaves
Faith E. Gay, *pro hac vice*                          Jesse R Binnall
Joshua S. Margolin, *pro hac vice*                    Jason Caldwell Greaves
Claire O'Brien, *pro hac vice*                        BINNALL LAW GROUP
Elizabeth Snow, *pro hac vice*                        717 King Street, Suite 200
SELENDY GAY ELSBERG PLLC                              Alexandria, VA 22314
1290 Avenue of the Americas                           Tel: 703-888-1943
New York, NY 10104                                    jesse@binnall.com
Tel: 212-390-9000                                     jason@binnall.com
fgay@selendygay.com
jmargolin@selendygay.com                              *Attorney for Defendants Donald J. Trump,*
cobrien@selendygay.com                                *Donald J. Trump for President, Inc., and*
esnow@selendygay.com                                  *Make America Great Again PAC*

Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129                     /s/ Stephen R. Klein
Marc P. Epstein, *pro hac vice*                       Stephen R. Klein
LAWYERS' COMMITTEE FOR                                Benjamin Barr
CIVIL RIGHTS UNDER LAW                                BARR & KLEIN PLLC
1500 K Street N.W., Suite 900                         1629 K Street NW Suite 300
Washington, DC 20005                                  Washington, DC 20006
Tel: 202-662-8390                                     Tel: 202-804-6676
jgreenbaum@lawyerscommittee.org                       steve@barrklein.com
ecaspar@lawyerscommittee.com                          ben@barrklein.com
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org                          *Attorneys for Defendant Brandon Straka*
mepstein@lawyerscommittee.org

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

**CERTIFICATE OF SERVICE**

      I certify that on May 26, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record, and by serving the pro se Defendants who have appeared in this action via first class mail or other permitted means at the addresses below.

      Thomas E. Caldwell
      P.O. Box 1120
      Berryville, VA 22611
      &
      274 Wadesville Road
      Berryville, CA 22611

      Erik Scott Warner
      28574 Moonshadow Dr.
      Menifee, CA 92584

      Alan Hostetter
      P.O. Box 1477
      San Clemente, CA 92674

Dated: May 26, 2023                                          */s/ Joshua S. Margolin*
                                                                            Joshua S. Margolin