IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,
et al.,

    Plaintiffs,

v.

DONALD J. TRUMP,
et al.,

    Defendants.
_____/

CASE NO.: 1:21-CV-02265-APM

## APPEARANCE OF COUNSEL

**TO:**    The Clerk of the Court
           All Parties of Record

Pursuant to the Minute Order [211] signed May 10, 2023, granting the Motion for Leave to Appear Pro Hac Vice, the undersigned counsel does hereby enter her appearance on behalf of Defendant Brandon J. Straka as co-counsel.

Respectfully submitted,

*/s/ Julianne E. Murray*

Julianne E. Murray
(*Pro hac vice*)
Delaware Bar ID 5649
Law Offices of Murray, Phillips & Gay
215 E. Market Street
Georgetown, DE 19947
Telephone: (302) 885-9300
julie@murrayphillipslaw.com

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of June 2023, I served the foregoing on all counsel of record by electronic mail.

    I further certify that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), counsel will endeavor to serve all other named Defendants a copy of this filing by first class mail.

                                              */s/ Julianne E. Murray*
                                              Julianne E. Murray

                                              *Co-Counsel to Brandon J. Straka*