```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,               )
                                    )
        Plaintiffs,                 )
                                    )
     vs.                            )   CV No. 21-2265
                                    )
DONALD J. TRUMP, ET AL.,            )
                                    )
        Defendants.                 )   Washington, D.C.
_____)   June 16, 2023
                                        3:32 p.m.

DISTRICT OF COLUMBIA,               )
                                    )
        Plaintiff,                  )
                                    )
     vs.                            )   CV No. 21-3267
                                    )
PROUD BOYS INTERNATIONAL,           )
LLC, ET AL.,                        )
                                    )
        Defendants.                 )
_____)


    TRANSCRIPT OF JOINT STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For Smith Plaintiffs:          William J. Blechman
                               KENNY NACHWALTER, P.A.
                               1441 Brickell Avenue
                               Suite 1100
                               Miami, FL 33131
                               (305) 373-1000
                               Email: wblechman@knpa.com

                               Marc Philip Epstein
                               Edward G. Caspar
                               LAWYERS' COMMITTEE FOR
                               CIVIL RIGHTS UNDER LAW
                               1500 K Street NW
                               Suite 900
                               Washington, D.C. 20005
                               (202) 662-8318
                               Email:
                               mepstein@lawyerscommittee.org
                               Email:
                               ecaspar@lawyerscommittee.org

                               Elizabeth Snow
                               SELENDY GAY ELSBERG PLLC
                               1290 Avenue of the Americas
                               New York, NY 10104
                               (212) 390-9000
                               Email:
                               esnow@selendygay.com

```
APPEARANCES CONTINUED:

For District of Columbia
Plaintiffs:                    Jeannie Sclafani Rhee
                               PAUL, WEISS, RIFKIND,
                               WHARTON & GARRISON LLP
                               2001 K Street NW
                               Washington, D.C. 20006
                               (202) 223-7300
                               Email: JRhee@paulweiss.com

                               Eileen Beryle Hershenov
                               ADL
                               605 Third Avenue
                               New York, NY 10158
                               (347) 380-0932
                               Email: ehershenov@adl.org

                               Erin J. Morgan
                               PAUL, WEISS, RIFKIND,
                               WHARTON & GARRISON LLP
                               1285 Avenue of the Americas
                               New York, NY 10019-6064
                               (212) 373-3000
                               Email: ejmorgan@paulweiss.com
```

APPEARANCES CONTINUED:

For the Defendants:          Jason Caldwell Greaves
                             Jesse R. Binnall
                             BINNALL LAW GROUP
                             717 King Street
                             Suite 200
                             Alexandria, VA 22314
                             (703) 888-1943
                             Email: jesse@binnall.com

                             Stephen R. Klein
                             BARR & KLEIN PLLC
                             1629 K Street NW
                             Suite 300
                             Washington, D.C. 20006
                             (202) 804-6676
                             Email: steve@barrklein.com

                             Jody Lynn Broaddus
                             ATTORNEYS FOR FREEDOM LAW FIRM
                             3185 S Price Road
                             Chandler, AZ 85248
                             (480) 755-7110
                             Email:
                             jody@attorneysforfreedom.com

                             George R. Doumar
                             DOUMAR MARTIN PLLC
                             11350 Random Hills Road
                             Suite 700
                             Fairfax, VA 22030
                             (703) 243-3737
                             Email:
                             gdoumar@doumarmartin.com

APPEARANCES CONTINUED:

For the Defendants:            John M. Pierce
                               JOHN PIERCE LAW P.C.
                               21550 Oxnard Street
                               Suite 3rd Floor OMB #172
                               Woodland Hills, CA 91367
                               (213) 400-0725
                               Email:
                               jpierce@johnpiercelaw.com

                               Claude M. Kicklighter, Jr.
                               KICKLIGHTER LAW, P.C.
                               412 North Laurel Street
                               Springfield, GA 31329
                               (912) 754-6003
                               Email: mickey@kick-law.com

                               Bradford L Geyer
                               FORMERFEDSGROUP.COM LCC
                               141 I Route 130 South
                               Suite 303
                               Cinnaminson, NJ 08077
                               (856) 607-5708
                               Email:  bradford.geyer
                               @formerfedsgroup.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

    COURTROOM DEPUTY:  Good afternoon, Your Honor.  This is a Joint Status Conference in Civil Action 21-2265, Conrad Smith, et al., versus Donald J. Trump, et al; and Civil Action 21-327 -- I'm sorry, Civil Action 21-3267, the District of Columbia versus Proud Boys International, LLC, et al.

    William Blechman, Marc Epstein, Elizabeth Snow, and Edward Caspar for the Smith Plaintiffs.

    Jeannie Rhee, Eileen Hershenov, and Erin Morgan for the District of Columbia Plaintiffs.

    Jason Greaves, Jesse Binnall, Stephen Klein, Jody Broaddus, George Doumar, John Pierce, Mickey Kicklighter, Bradford Geyer for the defendants.

    THE COURT:  Okay.  Good morning, everyone.  It's nice to be with you.

    So this is our first sort of Joint Status Conference as between the Smith versus Trump case as the D.C. action.

    You all have -- you're all essentially now all on the same -- both cases are on the same track in terms of scheduling.  And so today's purpose is just to check in, see how things are progressing.

    I've looked -- I've read the status report that was submitted in the Smith matter, so thank you for putting

1  that in.  And that Status Report doesn't identify any
2  conflicts that I need to resolve, so hopefully that still
3  remains the case, and so maybe this will be a short status
4  conference.
5           But why don't we begin with counsel for Smith and
6  then counsel for the District of Columbia and then I'll open
7  it up to defense counsel if anybody wants to raise any
8  matters.
9           MS. SNOW:  Thank you.  Good afternoon, Your Honor.
10 Elizabeth Snow from Selendy Gay Elsberg for the plaintiffs
11 in the Smith action.
12          As Your Honor pointed out, we submitted the Status
13 Report this week.  And at this time, we continue to believe
14 there is nothing specific that we need, Your Honor, to
15 address today, but we're happy to answer any questions
16 regarding the progress of discovery.
17          THE COURT:  I think the only -- I mean, the main
18 question I had was where we were with initial disclosures.
19 You'd said that -- identified a number who have, in fact,
20 provided them but there are some appearing defendants who
21 have not.  And if, in particular, there are any defendants
22 who have appeared and who have counsel on this -- at this
23 hearing, it would be good to know who they are so that we
24 can pin down when those will be submitted to you all.
25          MS. SNOW:  Yes.  Your Honor, we have --

1           THE COURT:  I mean, I know Mr. Woodward -- I see
2   Mr. Woodward here for Mr. Meggs.  And, of course, he was
3   just appointed, so he may not have an answer yet.  But also
4   on your list are Mr. Tarrio, Biggs, Hostetter, Martinez,
5   Kinnison, Taylor, Nordean, and Warner.
6           Are there defense counsel -- you'll forgive me for
7   not having a list of counsel which I should have obtained,
8   but counsel for any of those defendants want to let me know
9   where things are in terms of providing initial disclosures?
10          Okay.  Maybe we don't have any counsel for any of
11  them on the call.
12          All right.  Well, you'll just have to keep me in
13  the loop, Ms. Snow, about where things stand with respect to
14  those defendants and whether anything needs to be done about
15  it.
16          Let me just then turn to the District.  I have one
17  other issue -- not issue but just want to bring you up to
18  date on one matter, but let me turn to the District first
19  and see if there's anything they'd like to add.
20          Ms. Rhee.
21          MS. RHEE:  Thank you, Your Honor.
22          I think we're very similarly situated.  And
23  I think the list that you just rattled off, we have the same
24  situation with respect to the roster of defendants from whom
25  we also have no initial disclosures.

1         THE COURT: Okay.
2         I guess I will just put it -- I will leave it to
3  you all if this becomes an ongoing issue and in particular,
4  you'll have to forgive me, I don't remember which of these
5  defendants are, in fact, represented.  But if you're unable
6  to get these, then please let me know and then I can -- we
7  can do something about that, okay?
8         MS. SNOW: Yes.  Thank you, Your Honor
9         THE COURT: All right.
10        The only other matter on my list before I open it
11 up to defense counsel is that, at least in the Smith case,
12 there was an application that was filed in the Rhodes matter
13 to release the exhibits that were admitted in that case.
14 I have -- that application is on my desk; I'll take care of
15 it by the end of the day and get that posted.
16        I think the question is for Ms. Rhee, are you
17 intending to file a similar application in the Rhodes matter
18 and perhaps others but I'm the only one -- Rhodes is the
19 only one that's -- that I was presiding over among the cases
20 that the Smith Plaintiffs identified on page 3 of their
21 report.
22        MS. RHEE: Your Honor, we are trying to coordinate
23 with the Smith counsel.  And so at this point in time,
24 we will get back to the Court on that.
25        THE COURT: Okay.

1     I don't -- I'll have to look at the terms of the
2  order, the proposed order.  I don't recall whether it's for
3  use only by the Smith counsel or not.
4     Ms. Snow, do you remember?
5     MS. SNOW:  I do think we have a provision
6  regarding sharing -- or coordinating cases with them.
7     THE COURT:  Okay.
8     MR. CASPAR:  And, Your Honor, this is Ed Caspar
9  for the plaintiffs.  I can speak to that.
10    We have filed a number of these motions in other
11 -- in criminal cases that are related.
12    And our view has been that since these are public
13 exhibits --
14    THE COURT:  Right.
15    MR. CASPAR:  -- that there is not a restriction on
16 sharing it.
17    We fully would expect, in the interest of
18 efficiency, to share them with counsel for -- in the related
19 cases, and we're happy to coordinate that as it goes
20 forward.
21    THE COURT:  All right.
22    They are a matter of public record, so I certainly
23 don't think there ought to be any limitation on at least
24 distribution to the counsel for the District of Columbia.
25    Okay.  So with that, why don't I just sort open

1   the floor to defense counsel and ask whether anybody would
2   like to be heard.
3              DEFENDANT MOERSCHEL:  Your Honor, this is
4   David Moerschel.  I'm here pro se.
5              THE COURT:  Hi, Mr. Moerschel.
6              DEFENDANT MOERSCHEL:  Hello, sir.
7              I'm appearing pro se and I had an issue with
8   communications from the plaintiff.
9              As Your Honor knows, I have limited Internet
10  capability, and I receive only things by mail or by phone
11  call, you know, by snail mail, sort of like me having a
12  sundial in the backyard to tell time.
13             So I'm working out that wrinkle.  And I have just
14  now mailed off by postal mail the documents for the initial
15  disclosure or the Rule 26.  I believe it's due on June 1st.
16  My apologies.
17             THE COURT:  Mr. Moerschel, you'll --
18  Mr. Moerschel, I'm having trouble hearing you, so if you
19  could keep your voice up, that would be helpful.
20             DEFENDANT MOERSCHEL:  Okay.  My apologies.
21             Is this better, Your Honor?
22             THE COURT:  Much better, yes.  Thank you.
23             DEFENDANT MOERSCHEL:  Okay.
24             My apologies.  I am on a flip phone as well, so
25  you'll pardon me, Your Honor.

1        But the Rule 26 that was due on June 1st, that did
2   go in the mail yesterday, in postal mail.
3        So my apologies, I was just not aware of some of
4   the things, because, again, my technological limitations,
5   I'm not kept completely in the loop.
6        But we are trying to work on that issue and we are
7   also trying to retain counsel.  But for now, I am appearing
8   pro se.
9        THE COURT:  Okay.  Thank you for the update,
10  Mr. Moerschel.
11       All right.  Anyone else?
12       MR. DEMETRIOU:  Your Honor, hi.  My name is
13  Adam Demetriou.  I work with Michael Lawlor.  He's in
14  another court proceeding today and asked me to stand in here
15  on his behalf just to provide a little bit of an update
16  about Mr. Ashlock.
17       Just by way of background, Mr. Lawlor became
18  acquainted with Mr. Ashlock in the context of a criminal
19  case before Judge Kelly.
20       Mr. Lawlor, as the Court knows, is a member of the
21  Court's CJA panel.  He takes on felony cases for indigent
22  defendants.  Mr. Ashlock was one of those defendants.  Judge
23  Meriweather found him indigent.
24       You know, in the course of that representation,
25  Mr. Lawlor became familiar with the civil matter and had, on

1   Mr. Ashlock's behalf, filed a couple of motions, I believe,
2   to continue the date to file an answer to the complaint just
3   so obviously that his client would not potentially have a
4   default judgment against him in a civil matter.
5              Mr. Ashlock was sentenced by Judge Kelly back in
6   November, I believe, to 70 days of incarceration.  I think
7   he was released in March.  He's now on a year of supervised
8   release.
9              But in the motions that Mr. Lawlor assisted
10  Mr. Ashlock in filing, he did represent that he's obviously
11  not been retained to represent him in this civil case, and
12  the CJA representation doesn't continue to this case.
13             My understanding is Mr. Lawlor has tried to assist
14  Mr. Ashlock with finding counsel in this matter.  Obviously
15  since Mr. Ashlock did go to -- well, I don't think it was
16  prison, I think it was a local sentence -- but, you know, he
17  was locked up and is trying to build his life back together,
18  so I'm not sure the progress of that point.  But Mr. Lawlor
19  did want me to appear before the Court and make those
20  representations.
21             THE COURT:  Okay.
22             Well, let me ask you, Mr. Demetriou, do you have a
23  sense of whether -- I know Mr. Lawlor's -- I don't know
24  whether Mr. Lawlor does any civil work and whether he
25  would --

1            MR. DEMETRIOU:  Mr. Lawlor does no civil work,
2    Your Honor.
3            THE COURT:  Okay.
4            All right.  That sort of preempted my question of
5    whether he would accept a civil appointment by the Court.
6    Okay.
7            All right.  Well, I appreciate the update.
8            Anybody else?
9            MR. DOUMAR:  Your Honor, George Doumar for
10   Defendant Laura Steele in the District of Columbia case.
11           THE COURT:  Hi, Mr. Doumar.
12           MR. DOUMAR:  I just have a motion -- on behalf of
13   Ms. Steele, we have a motion for more definite statement
14   that's been briefed and pending; it just hasn't been
15   decided.
16           THE COURT:  I appreciate your reminding me of
17   that.  I'll make sure I take a look at it and I'll get you
18   an answer as soon as I can.
19           MR. DOUMAR:  Thank you, Your Honor.
20           THE COURT:  Okay.  Anybody else?
21           All right.  Why don't we then just -- why don't we
22   just set another conference 45 days out, and if there's...
23           So August 4th at 10:00, we'll do another remote
24   hearing.  Hopefully everybody is available.  If not, then
25   please have somebody available who can stand in for you.

```
 1  Given the number of counsel, the idea that we're going to
 2  pick a date and time that is -- where everyone's available
 3  seems to me to be a pretty remote possibility.
 4              And I'll just ask the parties to please submit a
 5  status report that summarizes where things are and if there
 6  are any disputed issues by August 1 so that I can resolve
 7  any disputed matters at the status conference on the 4th,
 8  okay?
 9              All right.  Unless there's anything else, thank
10  you, all, very much, have a nice weekend, and be well.
11              (Proceedings concluded at 3:45 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 20, 2023_____      
                                             William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 6/2
**DEFENDANT MOERSCHEL: [4]** 11/3 11/6 11/20 11/23
**MR. CASPAR: [2]** 10/8 10/15
**MR. DEMETRIOU: [2]** 12/12 14/1
**MR. DOUMAR: [3]** 14/9 14/12 14/19
**MS. RHEE: [2]** 8/21 9/22
**MS. SNOW: [4]** 7/9 7/25 9/8 10/5
**THE COURT: [18]**

**0**

**0725 [1]** 5/4
**08077 [1]** 5/12
**0932 [1]** 3/8

**1**

**1000 [1]** 2/4
**10019-6064 [1]** 3/12
**10104 [1]** 2/14
**10158 [1]** 3/8
**10:00 [1]** 14/23
**1100 [1]** 2/3
**11350 [1]** 4/15
**1285 [1]** 3/11
**1290 [1]** 2/13
**130 [1]** 5/11
**141 [1]** 5/11
**1441 [1]** 2/3
**1500 [1]** 2/8
**16 [1]** 1/7
**1629 [1]** 4/7
**172 [1]** 5/3
**1943 [1]** 4/5
**1st [2]** 11/15 12/1

**2**

**20 [1]** 16/7
**200 [1]** 4/4
**20001 [1]** 5/17
**20005 [1]** 2/9
**20006 [2]** 3/4 4/8
**2001 [1]** 3/4
**202 [4]** 2/9 3/5 4/9 5/18
**2023 [2]** 1/7 16/7
**21-2265 [2]** 1/5 6/3
**21-3267 [2]** 1/11 6/5
**21-327 [1]** 6/5
**212 [2]** 2/14 3/12
**213 [1]** 5/4
**21550 [1]** 5/3
**22030 [1]** 4/16
**223-7300 [1]** 3/5
**22314 [1]** 4/4
**2265 [2]** 1/5 6/3
**243-3737 [1]** 4/17
**26 [2]** 11/15 12/1

**3**

**300 [1]** 4/8
**3000 [1]** 3/12

**303 [1]** 5/17
**305 [1]** 2/4
**31329 [1]** 5/8
**3185 [1]** 4/11
**3249 [1]** 5/18
**3267 [2]** 1/11 6/5
**327 [1]** 6/5
**33131 [1]** 2/4
**333 [1]** 5/17
**347 [1]** 3/8
**354-3249 [1]** 5/18
**373-1000 [1]** 2/4
**373-3000 [1]** 3/12
**3737 [1]** 4/17
**380-0932 [1]** 3/8
**390-9000 [1]** 2/14
**3:32 [1]** 1/8
**3:45 [1]** 15/11
**3rd [1]** 5/3

**4**

**400-0725 [1]** 5/4
**412 [1]** 5/7
**45 [1]** 14/22
**480 [1]** 4/12
**4th [2]** 14/23 15/7

**5**

**5708 [1]** 5/12

**6**

**6003 [1]** 5/8
**605 [1]** 3/7
**6064 [1]** 3/12
**607-5708 [1]** 5/12
**662-8318 [1]** 2/9
**6676 [1]** 4/9

**7**

**70 days [1]** 13/6
**700 [1]** 4/16
**703 [2]** 4/5 4/17
**7110 [1]** 4/12
**717 [1]** 4/3
**7300 [1]** 3/5
**754-6003 [1]** 5/8
**755-7110 [1]** 4/12

**8**

**804-6676 [1]** 4/9
**8318 [1]** 2/9
**85248 [1]** 4/12
**856 [1]** 5/12
**888-1943 [1]** 4/5

**9**

**900 [1]** 2/8
**9000 [1]** 2/14
**912 [1]** 5/8
**91367 [1]** 5/4

**A**

**about [4]** 8/13 8/14 9/7 12/16
**above [1]** 16/4
**above-titled [1]** 16/4
**accept [1]** 14/5
**acquainted [1]** 12/18
**action [5]** 6/3 6/5 6/5

6/6 6/7
**Adam [1]** 12/13
**Adam Demetriou [1]** 12/13
**add [1]** 8/19
**address [1]** 7/15
**ADL [1]** 3/7
**adl.org [1]** 3/9
**admitted [1]** 9/13
**afternoon [2]** 6/2 7/9
**again [1]** 12/4
**against [1]** 13/4
**aided [1]** 5/19
**al [6]** 1/3 1/6 1/12 6/4 6/4 6/7
**Alexandria [1]** 4/4
**all [14]** 6/20 6/20 6/20 7/24 8/12 9/3 9/9 10/21 12/11 14/4 14/7 14/21 15/9 15/10
**also [3]** 8/3 8/25 12/7
**am [2]** 11/24 12/7
**Americas [2]** 2/13 3/11
**AMIT [1]** 1/16
**among [1]** 9/19
**another [3]** 12/14 14/22 14/23
**answer [4]** 7/15 8/3 13/2 14/18
**any [11]** 7/1 7/7 7/15 7/21 8/8 8/10 8/10 10/23 13/24 15/6 15/7
**anybody [4]** 7/7 11/1 14/8 14/20
**Anyone [1]** 12/11
**anything [3]** 8/14 8/19 15/9
**apologies [4]** 11/16 11/20 11/24 12/3
**appear [1]** 13/19
**APPEARANCES [4]** 1/18 2/17 3/13 4/18
**appeared [1]** 7/22
**appearing [3]** 7/20 11/7 12/7
**application [3]** 9/12 9/14 9/17
**appointed [1]** 8/3
**appointment [1]** 14/5
**appreciate [2]** 14/7 14/16
**are [18]**
**as [9]** 6/18 6/18 7/12 10/19 11/9 11/24 12/20 14/18 14/18
**Ashlock [7]** 12/16 12/18 12/22 13/5 13/10 13/14 13/15
**Ashlock's [1]** 13/1
**ask [3]** 11/1 13/22 15/4
**asked [1]** 12/14
**assist [1]** 13/13
**assisted [1]** 13/9
**ATTORNEYS [1]** 4/11
**attorneysforfreedom.com [1]** 4/13
**August [2]** 14/23 15/6
**available [3]** 14/24

**Avenue [5]** 2/3 2/13 3/7 3/11 5/17
**aware [1]** 12/3
**AZ [1]** 4/12

**B**

**back [3]** 9/24 13/5 13/17
**background [1]** 12/17
**backyard [1]** 11/12
**BARR [1]** 4/7
**Barrett [1]** 5/16
**barrklein.com [1]** 4/9
**be [10]** 6/16 7/3 7/23 7/24 8/14 10/23 11/2 11/19 15/3 15/10
**became [2]** 12/17 12/25
**because [1]** 12/4
**becomes [1]** 9/3
**been [4]** 10/12 13/11 14/14 14/14
**before [4]** 1/16 9/10 12/19 13/19
**begin [1]** 7/5
**behalf [3]** 12/15 13/1 14/12
**believe [4]** 7/13 11/15 13/1 13/6
**Beryle [1]** 3/6
**better [2]** 11/21 11/22
**between [1]** 6/18
**Biggs [1]** 8/4
**Binnall [3]** 4/2 4/3 6/12
**binnall.com [1]** 4/5
**bit [1]** 12/15
**Blechman [2]** 2/2 6/8
**both [1]** 6/21
**BOYS [2]** 1/12 6/6
**Bradford [2]** 5/10 6/14
**bradford.geyer [1]** 5/13
**Brickell [1]** 2/3
**briefed [1]** 14/14
**bring [1]** 8/17
**Broaddus [2]** 4/10 6/13
**build [1]** 13/17

**C**

**CA [1]** 5/4
**Caldwell [1]** 4/2
**call [2]** 8/11 11/11
**can [7]** 7/24 9/6 9/7 10/9 14/18 14/25 15/6
**capability [1]** 11/10
**care [1]** 9/14
**case [8]** 6/18 7/3 9/11 9/13 12/19 13/11 13/12 14/10
**cases [6]** 6/21 9/19 10/6 10/11 10/19 12/21
**Caspar [3]** 2/6 6/9 10/8
**certainly [1]** 10/22
**Certified [1]** 5/15
**certify [1]** 16/2
**CH [1]** 5/16
**Chandler [1]** 4/12

**check [1]** 6/22
**Cinnaminson [1]** 5/12
**civil [10]** 2/7 6/3 6/5 6/5 12/25 13/4 13/11 13/24 14/1 14/5
**CJA [2]** 12/21 13/12
**Claude [1]** 5/6
**client [1]** 13/3
**COLUMBIA [8]** 1/1 1/9 3/2 6/6 6/11 7/6 10/24 14/10
**COMMITTEE [1]** 2/7
**communications [1]** 11/8
**complaint [1]** 13/2
**completely [1]** 12/5
**computer [1]** 5/19
**computer-aided [1]** 5/19
**concluded [1]** 15/11
**conference [6]** 1/15 6/3 6/18 7/4 14/22 15/7
**conflicts [1]** 7/2
**CONRAD [2]** 1/3 6/4
**Constitution [1]** 5/17
**context [1]** 12/18
**continue [3]** 7/13 13/2 13/12
**CONTINUED [3]** 3/1 4/1 5/1
**coordinate [2]** 9/22 10/19
**coordinating [1]** 10/6
**correct [1]** 16/3
**could [1]** 11/19
**counsel [17]**
**couple [1]** 13/1
**course [2]** 8/2 12/24
**court [8]** 1/1 5/14 5/16 9/24 12/14 12/20 13/19 14/5
**Court's [1]** 12/21
**criminal [2]** 10/11 12/18
**CRR [2]** 16/2 16/8
**CV [2]** 1/5 1/11

**D**

**D.C [6]** 1/7 2/9 3/4 4/8 5/17 6/19
**date [4]** 8/18 13/2 15/2 16/7
**David [1]** 11/4
**David Moerschel [1]** 11/4
**day [1]** 9/15
**days [2]** 13/6 14/22
**decided [1]** 14/15
**default [1]** 13/4
**Defendant [1]** 14/10
**defendants [13]** 1/7 1/13 4/2 5/2 6/14 7/20 7/21 8/8 8/14 8/24 9/5 12/22 12/22
**defense [4]** 7/7 8/6 9/11 11/1
**definite [1]** 14/13
**Demetriou [2]** 12/13

## D
**Demetriou... [1]** 13/22
**desk [1]** 9/14
**did [4]** 12/1 13/10 13/15 13/19
**disclosure [1]** 11/15
**disclosures [3]** 7/18 8/9 8/25
**discovery [1]** 7/16
**disputed [2]** 15/6 15/7
**distribution [1]** 10/24
**DISTRICT [12]** 1/1 1/1 1/9 1/16 3/2 6/6 6/11 7/6 8/16 8/18 10/24 14/10
**do [5]** 9/7 10/4 10/5 13/22 14/23
**do you have [1]** 13/22
**do you remember [1]** 10/4
**documents [1]** 11/14
**does [2]** 13/24 14/1
**doesn't [2]** 7/1 13/12
**don't [11]** 7/5 8/10 9/4 10/1 10/2 10/23 10/25 13/15 13/23 14/21 14/21
**DONALD [2]** 1/6 6/4
**done [1]** 8/14
**Doumar [5]** 4/14 4/15 6/13 14/9 14/11
**doumarmartin.com [1]** 4/18
**down [1]** 7/24
**due [2]** 11/15 12/1

## E
**ecaspar [1]** 2/11
**Ed [1]** 10/8
**Edward [2]** 2/6 6/9
**efficiency [1]** 10/18
**ehershenov [1]** 3/9
**Eileen [2]** 3/6 6/10
**ejmorgan [1]** 3/13
**Elizabeth [3]** 2/12 6/8 7/10
**ELSBERG [2]** 2/13 7/10
**else [4]** 12/11 14/8 14/20 15/9
**Email [14]** 2/5 2/10 2/11 2/15 3/5 3/9 3/13 4/5 4/9 4/13 4/17 5/5 5/9 5/13
**end [1]** 9/15
**Epstein [2]** 2/6 6/8
**Erin [2]** 3/10 6/10
**esnow [1]** 2/15
**essentially [1]** 6/20
**et [6]** 1/3 1/6 1/12 6/4 6/4 6/7
**et al [1]** 6/4
**everybody [1]** 14/24
**everyone [1]** 6/15
**everyone's [1]** 15/2
**exhibits [2]** 9/13 10/13
**expect [1]** 10/17

## F
**fact [2]** 7/19 9/5
**Fairfax [1]** 4/16
**familiar [1]** 12/25
**felony [1]** 12/21
**file [2]** 9/17 13/2
**filed [3]** 9/12 10/10 13/1
**filing [1]** 13/10
**finding [1]** 13/14
**FIRM [1]** 4/11
**first [2]** 6/17 8/18
**FL [1]** 2/4
**flip [1]** 11/24
**floor [2]** 5/3 11/1
**foregoing [1]** 16/3
**forgive [2]** 8/6 9/4
**formerfedsgroup.com [2]** 5/10 5/13
**forward [1]** 10/20
**found [1]** 12/23
**FREEDOM [1]** 4/11
**fully [1]** 10/17

## G
**GA [1]** 5/8
**GARRISON [2]** 3/3 3/11
**GAY [2]** 2/13 7/10
**gdoumar [1]** 4/18
**George [3]** 4/14 6/13 14/9
**get [4]** 9/6 9/15 9/24 14/17
**Geyer [2]** 5/10 6/14
**Given [1]** 15/1
**go [2]** 12/2 13/15
**goes [1]** 10/19
**going [1]** 15/1
**good [4]** 6/2 6/15 7/9 7/23
**Good morning [1]** 6/15
**Greaves [2]** 4/2 6/12
**GROUP [1]** 4/3
**guess [1]** 9/2

## H
**had [3]** 7/18 11/7 12/25
**happy [2]** 7/15 10/19
**has [2]** 10/12 13/13
**hasn't [1]** 14/14
**have [26]**
**having [3]** 8/7 11/11 11/18
**he [8]** 8/2 8/3 12/21 13/7 13/10 13/16 13/24 14/5
**he's [3]** 12/13 13/7 13/10
**heard [1]** 11/2
**hearing [3]** 7/23 11/18 14/24
**Hello [1]** 11/6
**helpful [1]** 11/19
**here [3]** 8/2 11/4 12/14
**Hershenov [2]** 3/6 6/10
**hi [3]** 11/5 12/12 14/11
**him [3]** 12/23 13/4 13/11
**his [3]** 12/15 13/3 13/17
**Honor [17]**
**HONORABLE [1]** 1/16
**hopefully [2]** 7/2 14/24
**Hostetter [1]** 8/4
**how [1]** 6/23

## I
**I am [2]** 11/24 12/7
**I believe [3]** 11/15 13/1 13/6
**I can [3]** 9/6 14/18 15/6
**I don't [3]** 9/4 10/1 13/15
**I don't recall [1]** 10/2
**I have [4]** 8/16 9/14 11/9 11/13
**I just [1]** 14/12
**I know [2]** 8/1 13/23
**I mean [2]** 7/17 8/1
**I think [4]** 7/17 8/23 9/16 13/16
**I will [2]** 9/2 9/2
**I work [1]** 12/13
**I'll [6]** 7/6 9/14 10/1 14/17 14/17 15/4
**I'm [8]** 6/5 9/18 11/4 11/7 11/13 11/18 12/5 13/18
**I'm sorry [1]** 6/5
**I've [2]** 6/24 6/24
**idea [1]** 15/1
**identified [2]** 7/19 9/20
**identify [1]** 7/1
**incarceration [1]** 13/6
**indigent [2]** 12/21 12/23
**initial [4]** 7/18 8/9 8/25 11/14
**intending [1]** 9/17
**interest [1]** 10/17
**INTERNATIONAL [2]** 1/12 6/6
**Internet [1]** 11/9
**is [19]**
**issue [5]** 8/17 8/17 9/3 11/7 12/6
**issues [1]** 15/6
**it [13]** 7/7 7/23 8/15 9/2 9/2 9/10 9/15 10/16 10/19 13/15 13/16 14/14 14/17
**it's [3]** 6/16 10/2 11/15
**It's nice [1]** 6/16

## J
**Jason [2]** 4/2 6/12
**Jeannie [2]** 3/2 6/10
**jesse [3]** 4/2 4/5 6/12
**jody [3]** 4/10 4/13 6/13
**Jody Broaddus [1]** 6/13
**John [3]** 5/2 5/2 6/13
**johnpiercelaw.com [1]**
**JOINT [3]** 1/15 6/3 6/17
**jpierce [1]** 5/5
**Jr [1]** 5/6
**JRhee [1]** 3/5
**JUDGE [4]** 1/16 12/19 12/22 13/5
**Judge Kelly [2]** 12/19 13/5
**judgment [1]** 13/4
**June [4]** 1/7 11/15 12/1 16/7
**June 1st [1]** 11/15
**just [18]**

## K
**keep [2]** 8/12 11/19
**Kelly [2]** 12/19 13/5
**KENNY [1]** 2/2
**kept [1]** 12/5
**kick [1]** 5/9
**kick-law.com [1]** 5/9
**Kicklighter [3]** 5/6 5/7 6/14
**King [1]** 4/3
**Kinnison [1]** 8/5
**Klein [3]** 4/6 4/7 6/12
**know [9]** 7/23 8/1 8/8 9/6 11/11 12/24 13/16 13/23 13/23
**knows [2]** 11/9 12/20
**knpa.com [1]** 2/5

## L
**Laura [1]** 14/10
**Laurel [1]** 5/7
**LAW [5]** 2/7 4/3 4/11 5/2 5/7
**law.com [1]** 5/9
**Lawlor [9]** 12/13 12/17 12/20 12/25 13/9 13/13 13/18 13/24 14/1
**Lawlor's [1]** 13/23
**LAWYERS' [1]** 2/7
**lawyerscommittee.org [2]** 2/10 2/11
**LCC [1]** 5/10
**least [2]** 9/11 10/23
**leave [1]** 9/2
**let [5]** 8/8 8/16 8/18 9/6 13/22
**life [1]** 13/17
**like [3]** 8/19 11/2 11/11
**limitation [1]** 10/23
**limitations [1]** 12/4
**limited [1]** 11/9
**list [4]** 8/4 8/7 8/23 9/10
**little [1]** 12/15
**LLC [2]** 1/12 6/6
**LLP [2]** 3/3 3/11
**local [1]** 13/16
**locked [1]** 13/17
**look [2]** 10/1 14/17
**looked [1]** 6/24
**loop [2]** 8/13 12/5
**Lynn [1]** 4/10

## M
**mail [5]** 11/10 11/11 11/14 12/2 12/2
**mailed [1]** 11/14
**main [1]** 7/17
**make [2]** 13/19 14/17
**Marc [2]** 2/6 6/8
**March [1]** 13/7
**MARTIN [1]** 4/15
**Martinez [1]** 8/4
**matter [10]** 6/25 8/18 9/10 9/12 9/17 10/22 12/25 13/4 13/14 16/4
**matters [2]** 7/8 15/7
**may [1]** 8/3
**maybe [2]** 7/3 8/10
**me [14]** 8/6 8/8 8/12 8/16 8/18 9/4 9/6 11/11 11/25 12/14 13/19 13/22 14/16 15/3
**mean [2]** 7/17 8/1
**mechanical [1]** 5/19
**Meggs [1]** 8/2
**MEHTA [1]** 1/16
**member [1]** 12/20
**mepstein [1]** 2/10
**Merit [1]** 5/15
**Meriweather [1]** 12/23
**Miami [1]** 2/4
**Michael [1]** 12/13
**mickey [2]** 5/9 6/13
**Moerschel [5]** 11/4 11/5 11/17 11/18 12/10
**more [1]** 14/13
**Morgan [2]** 3/10 6/10
**morning [1]** 6/15
**motion [2]** 14/12 14/13
**motions [3]** 10/10 13/1 13/9
**Mr. [27]**
**Mr. Ashlock [7]** 12/16 12/18 12/22 13/5 13/10 13/14 13/15
**Mr. Ashlock's [1]** 13/1
**Mr. Demetriou [1]** 13/22
**Mr. Doumar [1]** 14/11
**Mr. Lawlor [8]** 12/17 12/20 12/25 13/9 13/13 13/18 13/24 14/1
**Mr. Lawlor's [1]** 13/23
**Mr. Meggs [1]** 8/2
**Mr. Moerschel [4]** 11/5 11/17 11/18 12/10
**Mr. Tarrio [1]** 8/4
**Mr. Woodward [2]** 8/1 8/2
**Ms. [5]** 8/13 8/20 9/16 10/4 14/13
**Ms. Rhee [2]** 8/20 9/16
**Ms. Snow [2]** 8/13 10/4
**Ms. Steele [1]** 14/13
**much [2]** 11/22 15/10
**my [10]** 9/10 9/14 11/16 11/20 11/24 12/3 12/4 12/12 13/13 14/4

| N | | | | |
|---|---|---|---|---|
| **name [1]** 12/12 | **Pierce [3]** 5/2 5/2 6/13 | **represent [2]** 13/10 13/11 | **sort [4]** 6/17 10/25 11/11 14/4 | 13/11 13/12 13/14 |
| **need [2]** 7/2 7/14 | **pin [1]** 7/24 | **representation [2]** 12/24 13/12 | **South [1]** 5/11 | **those [5]** 7/24 8/8 8/14 12/22 13/19 |
| **needs [1]** 8/14 | **plaintiff [2]** 1/10 11/8 | **representations [1]** 13/20 | **speak [1]** 10/9 | **time [4]** 7/13 9/23 11/12 15/2 |
| **New [3]** 2/14 3/8 3/12 | **plaintiffs [8]** 1/4 2/2 3/2 6/9 6/11 7/10 9/20 10/9 | **represented [1]** 9/5 | **specific [1]** 7/14 | **titled [1]** 16/4 |
| **nice [2]** 6/16 15/10 | **please [3]** 9/6 14/25 15/4 | **resolve [2]** 7/2 15/6 | **Springfield [1]** 5/8 | **today [2]** 7/15 12/14 |
| **NJ [1]** 5/12 | **PLLC [3]** 2/13 4/7 4/15 | **respect [2]** 8/13 8/24 | **stand [3]** 8/13 12/14 14/25 | **today's [1]** 6/22 |
| **no [4]** 1/5 1/11 8/25 14/1 | **point [2]** 9/23 13/18 | **restriction [1]** 10/15 | **statement [1]** 14/13 | **together [1]** 13/17 |
| **Nordean [1]** 8/5 | **pointed [1]** 7/12 | **retain [1]** 12/7 | **STATES [2]** 1/1 1/16 | **track [1]** 6/21 |
| **North [1]** 5/7 | **possibility [1]** 15/3 | **retained [1]** 13/11 | **status [9]** 1/15 6/3 6/17 6/24 7/1 7/3 7/12 15/5 15/7 | **transcript [3]** 1/15 5/19 16/3 |
| **not [12]** 7/21 8/3 8/7 8/17 10/3 10/15 12/3 12/5 13/3 13/11 13/18 14/24 | **postal [2]** 11/14 12/2 | **Rhee [4]** 3/2 6/10 8/20 9/16 | **Steele [2]** 14/10 14/13 | **transcription [1]** 5/19 |
| **nothing [1]** 7/14 | **posted [1]** 9/15 | **Rhodes [3]** 9/12 9/17 9/18 | **stenography [1]** 5/19 | **tried [1]** 13/13 |
| **November [1]** 13/6 | **potentially [1]** 13/3 | **RIFKIND [2]** 3/3 3/10 | **Stephen [2]** 4/6 6/12 | **trouble [1]** 11/18 |
| **now [4]** 6/20 11/14 12/7 13/7 | **preempted [1]** 14/4 | **right [9]** 8/12 9/9 10/14 10/21 12/11 14/4 14/7 14/21 15/9 | **steve [1]** 4/9 | **TRUMP [3]** 1/6 6/4 6/18 |
| **number [3]** 7/19 10/10 15/1 | **presiding [1]** 9/19 | | **still [1]** 7/2 | **trying [4]** 9/22 12/6 12/7 13/17 |
| **NW [4]** 2/8 3/4 4/7 5/17 | **pretty [1]** 15/3 | **RIGHTS [1]** 2/7 | **Street [6]** 2/8 3/4 4/3 4/7 5/3 5/7 | **turn [2]** 8/16 8/18 |
| **NY [3]** 2/14 3/8 3/12 | **Prettyman [1]** 5/16 | **RMR [2]** 16/2 16/8 | **submit [1]** 15/4 | |
| | **Price [1]** 4/11 | **Road [2]** 4/11 4/15 | **submitted [3]** 6/25 7/12 7/24 | **U** |
| **O** | **prison [1]** 13/16 | **roster [1]** 8/24 | **Suite [7]** 2/3 2/8 4/4 4/8 4/16 5/3 5/11 | **unable [1]** 9/5 |
| **obtained [1]** 8/7 | **pro [3]** 11/4 11/7 12/8 | **Route [1]** 5/11 | **summarizes [1]** 15/5 | **UNDER [1]** 2/7 |
| **obviously [3]** 13/3 13/10 13/14 | **proceeding [1]** 12/14 | **Rule [2]** 11/15 12/1 | **sundial [1]** 11/12 | **understanding [1]** 13/13 |
| **off [2]** 8/23 11/14 | **proceedings [4]** 1/15 5/19 15/11 16/4 | **Rule 26 [2]** 11/15 12/1 | **supervised [1]** 13/7 | **UNITED [2]** 1/1 1/16 |
| **Official [1]** 5/16 | **produced [1]** 5/19 | | **sure [2]** 13/18 14/17 | **Unless [1]** 15/9 |
| **okay [15]** 6/15 8/10 9/1 9/7 9/25 10/7 10/25 11/20 11/23 12/9 13/21 14/3 14/6 14/20 15/8 | **progress [2]** 7/16 13/18 | **S** | | **up [5]** 7/7 8/17 9/11 11/19 13/17 |
| | **progressing [1]** 6/23 | **said [1]** 7/19 | **T** | **update [3]** 12/9 12/15 14/7 |
| | **proposed [1]** 10/2 | **same [3]** 6/21 6/21 8/23 | **take [2]** 9/14 14/17 | **use [1]** 10/3 |
| **OMB [1]** 5/3 | **PROUD [2]** 1/12 6/6 | **scheduling [1]** 6/22 | **takes [1]** 12/21 | |
| **one [5]** 8/16 8/18 9/18 9/19 12/22 | **provide [1]** 12/15 | **Sclafani [1]** 3/2 | **Tarrio [1]** 8/4 | **V** |
| | **provided [1]** 7/20 | **se [3]** 11/4 11/7 12/8 | **Taylor [1]** 8/5 | **VA [2]** 4/4 4/16 |
| **ongoing [1]** 9/3 | **providing [1]** 8/9 | **see [3]** 6/22 8/1 8/19 | **technological [1]** 12/4 | **versus [3]** 6/4 6/6 6/18 |
| **only [6]** 7/17 9/10 9/18 9/19 10/3 11/10 | **provision [1]** 10/5 | **seems [1]** 15/3 | **tell [1]** 11/12 | **very [2]** 8/22 15/10 |
| | **public [2]** 10/12 10/22 | **SELENDY [2]** 2/13 7/10 | **terms [3]** 6/21 8/9 10/1 | **VIA [1]** 1/15 |
| **open [3]** 7/6 9/10 10/25 | **purpose [1]** 6/22 | **selendygay.com [1]** 2/15 | **thank [8]** 6/25 7/9 8/21 9/8 11/22 12/9 14/19 15/9 | **view [1]** 10/12 |
| **order [2]** 10/2 10/2 | **put [1]** 9/2 | **sense [1]** 13/23 | | **voice [1]** 11/19 |
| **other [3]** 8/17 9/10 10/10 | **putting [1]** 6/25 | **sentence [1]** 13/16 | **thank you [6]** 6/25 7/9 8/21 9/8 12/9 14/19 | **vs [2]** 1/5 1/11 |
| **others [1]** 9/18 | **Q** | **sentenced [1]** 13/5 | **that [42]** | |
| **ought [1]** 10/23 | **question [3]** 7/18 9/16 14/4 | **set [1]** 14/22 | **that's [2]** 9/19 14/14 | **W** |
| **our [2]** 6/17 10/12 | **questions [1]** 7/15 | **share [1]** 10/18 | **their [1]** 9/20 | **want [3]** 8/8 8/17 13/19 |
| **out [3]** 7/12 11/13 14/22 | | **sharing [2]** 10/6 10/16 | **them [4]** 7/20 8/11 10/6 10/18 | **wants [1]** 7/7 |
| **over [1]** 9/19 | **R** | **short [1]** 7/3 | | **Warner [1]** 8/5 |
| **Oxnard [1]** 5/3 | **raise [1]** 7/7 | **should [1]** 8/7 | **then [7]** 7/6 7/6 8/16 9/6 9/6 14/21 14/24 | **was [14]** 6/25 7/18 8/2 9/12 9/12 9/19 12/1 12/3 12/22 13/5 13/7 13/15 13/16 13/17 |
| | **Random [1]** 4/15 | **similar [1]** 9/17 | | |
| **P** | **rattled [1]** 8/23 | **similarly [1]** 8/22 | **there [8]** 7/14 7/20 7/21 8/6 9/12 10/15 10/23 15/5 | **Washington [5]** 1/7 2/9 3/4 4/8 5/17 |
| **P.A [1]** 2/2 | **read [1]** 6/24 | **since [2]** 10/12 13/15 | | |
| **P.C [2]** 5/2 5/7 | **Realtime [1]** 5/15 | **sir [1]** 11/6 | **there's [3]** 8/19 14/22 15/9 | **way [1]** 12/17 |
| **p.m [2]** 1/8 15/11 | **recall [1]** 10/2 | **situated [1]** 8/22 | | **wblechman [1]** 2/5 |
| **page [1]** 9/20 | **receive [1]** 11/10 | **situation [1]** 8/24 | **these [4]** 9/4 9/6 10/10 10/12 | **we [21]** |
| **panel [1]** 12/21 | **record [2]** 10/22 16/3 | **SMITH [12]** 1/3 2/2 6/4 6/9 6/18 6/25 7/5 7/11 9/11 9/20 9/23 10/3 | | **we will [1]** 9/24 |
| **pardon [1]** 11/25 | **recorded [1]** 5/19 | | **they [2]** 7/23 10/22 | **we'll [1]** 14/23 |
| **particular [2]** 7/21 9/3 | **regarding [2]** 7/16 10/6 | | **they'd [1]** 8/19 | **we're [4]** 7/15 8/22 10/19 15/1 |
| **parties [1]** 15/4 | **Registered [1]** 5/15 | **snail [1]** 11/11 | **things [6]** 6/23 8/9 8/13 11/10 12/4 15/5 | |
| **PAUL [2]** 3/3 3/10 | **related [2]** 10/11 10/18 | **Snow [5]** 2/12 6/8 7/10 8/13 10/4 | | **week [1]** 7/13 |
| **paulweiss.com [2]** 3/5 3/13 | **release [2]** 9/13 13/8 | | **think [9]** 7/17 8/22 8/23 9/16 10/5 10/23 13/6 13/15 13/16 | **weekend [1]** 15/10 |
| | **released [1]** 13/7 | **so [18]** | | **WEISS [2]** 3/3 3/10 |
| **pending [1]** 14/14 | **remains [1]** 7/3 | **So this is [1]** 6/17 | | **well [6]** 8/12 11/24 13/15 13/22 14/7 15/10 |
| **perhaps [1]** 9/18 | **remember [2]** 9/4 10/4 | **some [2]** 7/20 12/3 | **Third [1]** 3/7 | **were [2]** 7/18 9/13 |
| **Philip [1]** 2/6 | **reminding [1]** 14/16 | **somebody [1]** 14/25 | **this [15]** 6/3 6/17 7/3 7/13 7/13 7/22 7/22 9/3 | **WHARTON [2]** 3/3 3/11 |
| **phone [2]** 11/10 11/24 | **remote [2]** 14/23 15/3 | **something [1]** 9/7 | | **when [1]** 7/24 |
| | **report [5]** 6/24 7/1 7/13 9/21 15/5 | **soon [1]** 14/18 | | |
| | **Reporter [4]** 5/14 5/15 | | | |

## W

**where [5]** 7/18 8/9 8/13 15/2 15/5
**whether [7]** 8/14 10/2 11/1 13/23 13/24 13/24 14/5
**which [2]** 8/7 9/4
**who [6]** 7/19 7/20 7/22 7/22 7/23 14/25
**whom [1]** 8/24
**why [4]** 7/5 10/25 14/21 14/21
**will [5]** 7/3 7/24 9/2 9/2 9/24
**William [5]** 2/2 5/14 6/8 16/2 16/8
**William Blechman [1]** 6/8
**Woodland [1]** 5/4
**Woodward [2]** 8/1 8/2
**work [4]** 12/6 12/13 13/24 14/1
**working [1]** 11/13
**would [7]** 7/23 10/17 11/1 11/19 13/3 13/25 14/5
**wrinkle [1]** 11/13

## Y

**year [1]** 13/7
**yes [3]** 7/25 9/8 11/22
**yesterday [1]** 12/2
**yet [1]** 8/3
**York [3]** 2/14 3/8 3/12
**you [25]**
**You'd [1]** 7/19
**you'll [5]** 8/6 8/12 9/4 11/17 11/25
**you're [2]** 6/20 9/5
**your [20]**
**Your Honor [16]** 6/2 7/9 7/12 7/14 7/25 8/21 9/8 9/22 11/3 11/9 11/21 11/25 12/12 14/2 14/9 14/19

## Z

**Zaremba [3]** 5/14 16/2 16/8
**ZOOM [1]** 1/15