IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et. al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>        *Defendants*. | Civil Case No. 1:21-cv-02265-APM |

**NOTICE OF SUBPOENA DUCES TECUM
AND AFFIDAVIT OF SERVICE**

PLEASE TAKE NOTICE that Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC, by counsel, served upon the following listed entities a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. An affidavit of service for each subpoena is enclosed herewith.

- Bureau of Alcohol, Tobacco, Firearms and Explosives
- District of Columbia National Guard
- Executive Office of the Mayor for the District of Columbia
- Federal Bureau of Investigation
- Federal Protective Service
- Joint Chiefs of Staff, United States Department of Defense
- Supreme Court of the United States Police Department
- United States Capitol Police
- United States Congressman Bennie Thompson
- United States Department of Homeland Security
- United States Department of Interior
- United States Department of Justice
- United States Marshals Service
- United States Park Police
- Washington, D.C. Metropolitan Police Department

- Fox News Network, LLC

Dated: July 26, 2023                                  Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
Jason C. Greaves (DC1033617)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jason@binnall.com

*Attorneys for Donald J. Trump
Donald J. Trump for President, Inc.,
and Make America Great Again PAC*

## CERTIFICATE OF SERVICE

I certify that on July 26, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump
Donald J. Trump for President, Inc.,
and Make America Great Again PAC*