# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Conrad Smith, et al.

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

<em>vs.</em>

Donald J. Trump, et al.

Defendant(s)

---

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  Bureau of Alcohol, Tobacco, Firearms, and Explosives c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Bureau of Alcohol, Tobacco, Firearms, and Explosives c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0179. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/10/23

Executed On

Stephanie Maddox

Client Ref Number:00447
Job #: 1620107

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Bureau of Alcohol, Tobacco, Firearms, and Explosives, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314 | Date and Time:<br><br>07/26/2023 5:00 pm |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     06/26/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between the Bureau of Alcohol, Tobacco, Firearms, and Explosives and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between the Bureau of Alcohol, Tobacco, Firearms, and Explosives and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Alcohol, Tobacco, Firearm, Explosives
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1132 29

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0179

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   JUL 0 6 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT B

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

Plaintiff(s)

**Case No.: 1:21-cv-02265-APM**

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  District of Columbia National Guard, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to District of Columbia National Guard, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0230. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07|10|23
Executed On

Stephanie Maddox

Client Ref Number:00447
Job #: 1620118

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| Conrad Smith, et al. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        District of Columbia National Guard, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 | |
| Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump,
Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between the National Guard and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between the National Guard and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
 so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
 or on the front if space permits.

1. Article Addressed to:

District of Columbia National Guard
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1133 66

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0230

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT C

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

*vs.*

Donald J. Trump, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  Executive Office of the Mayor, c/o DC Attorney General Brian Schwalb

SERVICE ADDRESS:  Office of the Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001

METHOD OF SERVICE:  By mailing the documents listed herein to Executive Office of the Mayor, c/o DC Attorney General Brian Schwalb at Office of the Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0162. Service was delivered on 06/30/2023, per USPS.com - USPS Tracking Results attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/20/23

Executed On



_____
Stephanie Maddox

Client Ref Number:00447
Job #: 1620122

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Executive Office of the Mayor, c/o DC Attorney General Brian Schwalb
           Office of the Attorney General for the District of Columbia, 400 6th Street NW, Washington, D.C. 20001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place:  Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

CLERK OF COURT

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between the District of Columbia Mayor's Office and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between the District of Columbia Mayor's Office and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70222410000095290162

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:10 pm on June 30, 2023 in WASHINGTON, DC 20001.

_____

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20001
June 30, 2023, 1:10 pm

**Out for Delivery**
WASHINGTON, DC 20001
June 30, 2023, 8:55 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 29, 2023, 10:28 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 29, 2023, 7:58 am

● **Arrived at USPS Regional Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
June 29, 2023, 12:13 am

● **Hide Tracking History**

---

Text & Email Updates                                        ⌄

---

USPS Tracking Plus®                                          ⌄

---

Product Information                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT D

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

                              Plaintiff(s)

                                                    Case No.: 1:21-cv-02265-APM

                                    *vs.*

**Donald J. Trump, et al.**

                        Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  Federal Bureau of Investigation, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Federal Bureau of Investigation, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0193. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07|10|23
Executed On



Stephanie Maddox

Client Ref Number:00447
Job #: 1620115

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | Civil Action No. 1:21-cv-02265-APM |
| v. | ) | |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:         Federal Bureau of Investigation, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314 | Date and Time:<br><br>07/26/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC  , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Attachment A**

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Federal Bureau of Investigation and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Federal Bureau of Investigation and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of Investigation
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1132 50

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0193

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT E

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  Federal Protective Services, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Federal Protective Services, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0186. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/10/23
Executed On



Stephanie Maddox

Client Ref Number:00447
Job #: 1620113

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:             Federal Protective Service, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314 | Date and Time:<br><br>07/26/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

       The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____<br>*Signature of Clerk or Deputy Clerk* | | _____<br>*Attorney's Signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump,
Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Federal Protective Service and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Federal Protective Service and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Protective Services
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1132 43

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0186

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUL 06 2023

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT F

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

Plaintiff(s)

**Case No.: 1:21-cv-02265-APM**

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  Joint Chiefs of Staff, U.S. Department of Defense, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Joint Chiefs of Staff, U.S. Department of Defense, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 000 9529 0568. Service was signed for on 07/07/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07|10|23
Executed On



Stephanie Maddox

Client Ref Number:00447
Job #: 1620117

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| _Plaintiff_ | ) | Civil Action No.   1:21-cv-02265-APM |
| v. | ) | |
| Donald J. Trump, et al. | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Joint Chiefs of Staff, U.S. Department of Defense, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the
material: See attachment A.

| Place: Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314 | Date and Time:<br><br>07/26/2023 5:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance;
Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to
respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

|  _CLERK OF COURT_ | OR | |
|---|---|---|
| _____<br>_Signature of Clerk or Deputy Clerk_ | | _____<br>_Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Donald J. Trump,
Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the
inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before
it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Department of Defense and Congress, the United States Capitol Police, Department of Justice, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Department of Defense and Congress, the United States Capitol Police, Department of Justice, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joint Chiefs if Staff, U.S D.O.D
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7744 2152 1133 35

2. Article Number *(Transfer from service label)*

7022 2410 0000 9529 0568

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Coby Lese_   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
JUL 07 2023

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

# EXHIBIT G

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**Conrad Smith, et al.**

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/27/2023 at 2:25 PM, I served Supreme Court of the United States Police Department c/o Marshal of the Supreme Court at Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543 with the Subpoena Duces Tecum with Attachment A by serving Officer Rivera, authorized to accept.

Officer Rivera is described herein as:

Gender: Male    Race/Skin: Brown    Age: 30    Weight: 170    Height: 5'8"    Hair: Black    Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

6/29/23
_____
Executed On

*Justin Cohen*
_____
Justin Cohen

Client Ref Number:00447
Job #: 1620125

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| _Defendant_ | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Supreme Court of the United States Police Department, c/o Marshal of the Supreme Court,
                Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    06/26/2023

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's Signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Donald J. Trump,
Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Attachment A**

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Supreme Court of the U.S. Police Department and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Supreme Court of the U.S. Police Department and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

# EXHIBIT H

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Conrad Smith, et al.**

Plaintiff(s)

Civil Action No.: **1:21-cv-02265-APM**

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/29/2023 at 4:06 PM, I served United States Capitol Police at The Fairchild Building, 499 South Capitol Street, SW, Washington, DC 20003 with the Subpoena Duces Tecum with Attachment A by serving James Joyce, Counsel, authorized to accept service.

James Joyce is described herein as:

Gender: Male    Race/Skin: White    Age: 63    Weight: 175    Height: 5'10"    Hair: Bald    Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

6/30/23
_____
Executed On

_____
Ambiko Wallace

Client Ref Number:N/A
Job #: 1620188

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                              United States Capitol Police
           The Fairchild Building, 499 South Capitol Street, SW, Washington, DC 20003

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 | |
| Alexandria, Virginia 22314 | 07/27/2023 5:00 pm |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     06/27/2023

_CLERK OF COURT_

OR

_Signature of Clerk or Deputy Clerk_                              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_     Donald J. Trump,
Donald J. Trump For President, Inc., & Make America Great Again PAC    , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between the United States Capitol Police and Congress, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between the United States Capitol Police and Congress, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

# EXHIBIT I

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

**Plaintiff(s)**

Case No.: **1:21-cv-02265-APM**

*vs.*

**Donald J. Trump, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  U.S. Congressman Bennie Thompson

SERVICE ADDRESS:  U.S. House of Representatives, 2466 Rayburn HOB, Washington, DC 20515

METHOD OF SERVICE:  By mailing the documents listed herein to U.S. Congressman Bennie Thompson at U.S. House of Representatives, 2466 Rayburn HOB, Washington, DC 20515 on 07/05/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 3071. Service was delivered on 07/11/2023, per USPS.com - USPS Tracking Results attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/20/23
Executed On

Stephanie Maddox

Client Ref Number:00447
Job #: 1620121

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:            U.S. Congressman Bennie Thompson
U.S. House of Representatives, 2466 Rayburn HOB, Washington, DC 20515

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents collected by the United States House Select Committee on the January 6 Attack ("Select Committee") regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021 by any state or federal agency.

2. Any and all logs of calls, meetings, or communications between Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021, collected by the Select Committee.

3. Any and all logs of calls, meetings, or communications between Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021, collected by the Select Committee.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3, collected by the Select Committee.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff of any state or federal agency based on preparations for, and/or responses to the events of, January 6, 2021 collected by the Select Committee.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, collected by the Select Committee that were issued by any state or federal agency internally or to the public or were shared with other federal, state, or local agencies.

7. Any and all documents or communications relating to state or federal agency investigations of the events of January 6, 2021, and the agency's response thereto collected by the Select Committee.

8. Any and all documents or communications regarding any state or federal agency personnel's actions on January 6, 2021, including but not limited to any

disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021 collected by the Select Committee.

9. Any and all documents or communications collected by or created by the Select Committee discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70222410000095293071

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:58 am on July 11, 2023 in WASHINGTON, DC 20530.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
July 11, 2023, 4:58 am

**Available for Pickup**
WASHINGTON, DC 20530
July 10, 2023, 10:55 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 10, 2023, 7:54 am

**In Transit to Next Facility**
July 9, 2023

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
July 6, 2023, 7:56 am

● **Arrived at USPS Regional Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
July 5, 2023, 10:33 pm

● **Hide Tracking History**

---

## Text & Email Updates ⌄

---

## USPS Tracking Plus® ⌄

---

## Product Information ⌄

**See Less** ∧

Track Another Package

```
Enter tracking or barcode numbers
```

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT J

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Subpoena Duces Tecum with Attachment A

SERVE TO: U.S. Department of Homeland Security, c/o Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Department of Homeland Security, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 6/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0209. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/10/23
_____
Executed On



_____
Stephanie Maddox

Client Ref Number:00447
Job #: 1620116

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | Civil Action No.  1:21-cv-02265-APM |
| v. | ) | |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     U.S. Department of Homeland Security, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Department of Homeland Security and Congress, the United States Capitol Police, Department of Justice, Department of Defense, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Department of Homeland Security and Congress, the United States Capitol Police, Department of Justice, Department of Defense, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Homeland Security
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1132 67

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
JUL 0 6 2023

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

# EXHIBIT K

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                            Plaintiff(s)

                                                    Case No.: 1:21-cv-02265-APM

                                *vs.*

Donald J. Trump, et al.

                            Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  U.S Department of Interior, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S Department of Interior, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0575. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07|10|23
_____
Executed On



_____
Stephanie Maddox

Client Ref Number:00447
Job #: 1620112

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:            U.S. Department of Interior, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314 | Date and Time:<br><br>07/26/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Attachment A**

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Department of Interior and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Departmentof Interior and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Interior
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1132 36

2. Article Number *(Transfer from service label)*

7022 2410 0000 9529 0575

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
JUL 06 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT L

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

**Plaintiff(s)**

**Case No.: 1:21-cv-02265-APM**

*vs.*

**Donald J. Trump, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  U.S. Department of Justice, c/o Attorney General of the United States

SERVICE ADDRESS:  950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Department of Justice, c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0216. Service was signed for on 07/07/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07|10|23

Executed On



Stephanie Maddox

Client Ref Number:00447
Job #: 1620120

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | Civil Action No.  1:21-cv-02265-APM |
| v. | ) | |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        U.S. Department of Justice, c/o Attorney General of the United States,
950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

|  *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between Department of Justice and Congress, the United States Capitol Police, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between Department of Justice and Congress, the United States Capitol Police, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1133 42

2. Article Number *(Transfer from service label)*

7022 2410 0000 9529 0216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

JUL 07 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
      (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT M

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  U.S. Marshals Service, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Marshals Service, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0148. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/10/23

Executed On



Stephanie Maddox

Client Ref Number:00447
Job #: 1620110

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | Civil Action No.   1:21-cv-02265-APM |
| v. | ) | |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           U.S. Marshals Service, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC  , who issues or requests this subpoena, are:
Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between the United States Marshals Service and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between the United States Marshals Service and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Marshals Service
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1131 99

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0148

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

# EXHIBIT N

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

**Plaintiff(s)**

**Case No.: 1:21-cv-02265-APM**

*vs.*

**Donald J. Trump, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  U.S. Park Police, c/o Attorney General of the United States

SERVICE ADDRESS:  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Park Police, c/o Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0223. Service was signed for on 07/06/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

07/10/23
_____
Executed On



_____
Stephanie Maddox

Client Ref Number:00447
Job #: 1620119

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        U.S. Park Police, c/o Attorney General of the United States,
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC <br> 717 King Street, Suite 200 <br> Alexandria, Virginia 22314 | Date and Time: <br><br> 07/26/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/26/2023

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1. Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2. Any and all logs of calls, meetings, or communications between the United States Park Police and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3. Any and all logs of calls, meetings, or communications between the United States Park Police and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the White House, the District of Columbia Mayor's Office, or the D.C. Metropolitan Police Department, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4. Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5. Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6. Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7. Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8. Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9. Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Park Police
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7744 2152 1133 59

2. Article Number (Transfer from service label)

7022 2410 0000 9529 0223

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

JUL 0 6 2023

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT O

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Conrad Smith, et al.**

Plaintiff(s)

Case No.: 1:21-cv-02265-APM

*vs.*

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Subpoena Duces Tecum with Attachment A

SERVE TO:  Washington, D.C. Metropolitan Police Department, c/o DC Attorney General Brian Schwalb

SERVICE ADDRESS:  Office of the Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Washington, D.C. Metropolitan Police Department, c/o DC Attorney General Brian Schwalb, Office of the Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001 on 06/28/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 0155.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

06/28/23

Executed On



Stephanie Maddox

Client Ref Number:00447
Job #: 1620124

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Conrad Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:21-cv-02265-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Washington, D.C. Metropolitan Police Department, c/o DC Attorney General Brian Schwalb
           Office of the Attorney General for the District of Columbia, 400 6th Street NW, Washington, D.C. 20001

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment A.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 07/26/2023 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    6/26/2023

|  CLERK OF COURT  | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump For President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse Binnall, Binnall Law Group, 717 King St, Suite 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment A

1.  Any and all communications or documents regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

2.  Any and all logs of calls, meetings, or communications between the D.C. Metropolitan Police Department and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or any component of one of these agencies or offices regarding preparation for, handling of, and response to, the events of January 6, 2021, between December 14, 2020, and January 31, 2021.

3.  Any and all logs of calls, meetings, or communications between the D.C. Metropolitan Police Department and Congress, the United States Capitol Police, Department of Justice, Department of Defense, Department of Homeland Security, the United States Park Police, the White House, the District of Columbia Mayor's Office, or any component of one of these agencies or offices between 9:00am and 9:00pm on January 6, 2021.

4.  Any and all memoranda or documentation from any of the calls, meetings, or communications identified in response to requests 2 or 3.

5.  Any and all memoranda, plans of action, outlines, or directives issued to staff based on preparations for, and/or responses to the events of, January 6, 2021.

6.  Any and all warnings or descriptions of, preparations for, or responses to the events of, or what to expect on January 6, 2021, issued internally, shared with other federal, state, or local agencies, or issued to the public.

7.  Any and all documents or communications relating to investigations of the events of January 6, 2021, and the agency's response thereto.

8.  Any and all documents or communications regarding agency personnel's actions on January 6, 2021, including but not limited to any disciplinary action taken against any agency personnel for events leading up to, during, or after January 6, 2021.

9.  Any and all documents or communications discussing policy, procedural, or other changes to be discussed or implemented to limit or prevent future events similar to those that took place on January 6, 2021.

# EXHIBIT P

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et al.

                              Plaintiff(s)

                                                    Civil Action No.: 1:21-cv-02265-APM

                                    *vs.*

Donald J. Trump, et al.

                              Defendant(s)

## AFFIDAVIT OF SERVICE

I, George Covert, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/12/2023 at 1:56 PM, I served Fox News Network, LLC c/o The Corporation Trust Company, Registered Agent with the Subpoena Duces Tecum at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by serving Robin Hutt-Banks, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Robin Hutt-Banks is described herein as:

Gender: Female   Race/Skin: Black   Age: 50   Weight: 180   Height: 5'8"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

7/18/23
Executed On

George Covert

Client Ref Number:00447
Job #: 1620787

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| CONRAD SMITH, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:21-cv-02265-APM |
| DONALD J. TRUMP, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                        Fox News Network, LLC
c/o the Corporation Trust Co., Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: (1) All video recordings of Tucker Carlson's unaired interview of former U.S. Capitol Chief Of Police Steven Sund; and (2) all communications referencing said interview.

| Place: Binnall Law Group, PLLC | Date and Time: |
|---|---|
| 717 King Street, Suite 200 Alexandria, Virginia 22314 | 08/11/2023 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      07/11/2023

*CLERK OF COURT*

                                                        OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Donald J. Trump, Donald J. Trump for President, Inc., & Make America Great Again PAC   , who issues or requests this subpoena, are:

Jesse R. Binnall, Binnall Law Group, 717 King St., Ste 200, Alexandria, VA 22314; jesse@binnall.com; (703) 888-1943

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).