IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-2265-APM |

### MOTION FOR ADMISSION OF ATTORNEY ESTHER D. NESS TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS

Pursuant to Civil Local Rule 83.2(c), Movant Marc P. Epstein respectfully moves this Court for permission for Esther D. Ness to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Ms. Ness. As set forth in Ms. Ness' declaration, she is admitted in, and an active member in good standing of, the New York Bar, and has been retained as counsel by Plaintiffs to represent them in this matter. Movant Marc Epstein is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Ms. Ness may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated:  July 31, 2023      Respectfully submitted,

By:  */s/ Marc Epstein*
Marc Epstein
DC Bar #: 90003967
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
mepstein@lawyerscommittee.org

CERTIFICATE OF SERVICE

I certify that on July 31, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

*/s/ Marc Epstein*
Marc Epstein