IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>            Defendants. | Civil Action No. 1:21-cv-2265-APM |

**DECLARATION OF ESTHER D. NESS TO APPEAR
*PRO HAC VICE* FOR PLAINTIFFS**

I, Esther D. Ness, Pursuant to Civil Local Rule 83.2(c), hereby declare as follows:

1. I submit this declaration based on my personal knowledge of the facts about me in support of the motion to appear pro hac vice as counsel for the Plaintiffs in this action.

2. I am an associate at Selendy Gay Elsberg, PLLC, and our firm has been retained as counsel for the Plaintiffs in the above referenced action. My firm's main office is located at 1290 Avenue of the Americas, New York, NY 10104. My business telephone number is 212-390-9363, and my business e-mail address is eness@selendygay.com.

3. I am a member in good standing of the Supreme Court of the state of New York, the Southern District of New York, and the Eastern District of New York.

4. I, along with my firm Selendy Gay Elsberg, have been retained by the Plaintiffs to represent them as counsel in this action.

5. I certify that I have never been disciplined by any bar in any jurisdiction.

6. I have not been admitted pro hac vice in this Court within the last two years.

7. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2023

Respectfully submitted,

By: _____
Esther D. Ness
NY Bar #: 6006621
1290 Avenue of the Americas
New York, NY 10104
212-390-9363
eness@selendygay.com