IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | No. 1:21-cv-02265-APM |

### AFFIDAVIT IN SUPPORT OF DEFAULT

　　I hereby certify under penalty of perjury, this 31st day of July 2023, that I am the attorney of record for the plaintiffs in the above-entitled case and that the following defendants were served with process as specified below:

- STEWART RHODES was personally served with process on February 02, 2022. ECF No. 135. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- JESSICA WATKINS was personally served with process on September 15, 2021, in the District of Columbia. ECF No. 12.

- CHARLES DONOHOE was personally served with process on September 03, 2021. ECF No. 11. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- DOMINIC J. PEZZOLA was personally served with process on September 15, 2021, in the District of Columbia. ECF No. 14.

- PROUD BOYS, AN UNINCORPORATED ASSOCIATION, c/o Enrique Tarrio, was served with process on September 23, 2021, via personal service in the District of

Columbia on Enrique Tarrio. ECF No. 18.

- PROUD BOYS INTERNATIONAL, LLC was served with process on November 2, 2021, via personal service on its officer, Enrique Tarrio, in the District of Columbia. ECF No. 70.

- STOP THE STEAL, LLC was served with process on October 31, 2021, via its registered agent, Baron Coleman, who accepted service through electronic mail. ECF No. 72. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3) and (a)(4).

- OATH KEEPERS, c/o Silver State Legal, Christopher R. Grobl, Esq., was served with process on September 23, 2021, via service on K. Parker, Legal Assistant, authorized to accept service on behalf of Silver State Legal, the registered agent of Oath Keepers. *See* ECF No. 39 (service); Ex. A (registered agent). The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3) and (a)(4).

I further certify under penalty of perjury that: no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; although an extension has been given, the time for filing has expired; and the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

Dated: July 31, 2023  /s/ *Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.com

*Attorney for Plaintiffs Conrad Smith, et al.*