IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 1:21-cv-02265-APM |

**MILITARY AFFIDAVIT IN SUPPORT OF DEFAULT**

(Certificate in Compliance With Soldiers and Sailors Civil Relief Act of 1940, As Amended in 1942 & 1960 Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 31st day of July 2023, that I am the duly authorized agent of the plaintiffs in the above-listed case and make this certificate on plaintiffs' behalf regarding Defendants STEWART RHODES, JESSICA WATKINS, CHARLES DONOHOE, and DOMINIC J. PEZZOLA.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiffs, I have caused careful investigation to be made to ascertain whether or not the above-named defendants are in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendants are not in the military service of the United States or its Allies, that is to say said defendants are not members of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and are not officers of the public Health Service detailed by proper

authority for duty either with the Army or Navy, and said defendants are not on active duty with any branches aforesaid, nor are said defendants under training or education under the supervision of the United States preliminary to induction in to the military services; and the defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have said defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are the defendants a member of the Enlisted Reserve Corps ordered to report for military service, but are incarcerated or detained as civilians.

Dated: July 31, 2023

   /s/    *Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.com

*Attorney for Plaintiffs Conrad Smith, et al.*