Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al
       Plaintiff(s)

Civil Action: 21-cv-02265-APM

v.

DONALD J. TRUMP et al
       Defendant(s)

RE: PROUD BOYS INTERNATIONAL, L.L.C.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 2, 2021, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of August, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
       Deputy Clerk