Default - Rule 55A                                                                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al
        Plaintiff(s)

   v.

Civil Action: 21-cv-02265-APM

DONALD J. TRUMP, et al
        Defendant(s)

**RE:** OATH KEEPERS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 23, 2021, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of August, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
      Deputy Clerk