IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT CASE STATUS REPORT**

Pursuant to the Court's instructions during the Status Conference held on June 16, 2023, and the Minute Order that followed, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Brandon Straka, Zachary Rehl, Enrique Tarrio, and Joseph Biggs[1] submit this written Joint Case Status Report regarding the status of discovery since June 16, 2023.[2]

**A.    Party Discovery**

   **1.    Initial Disclosures**

In its May 4, 2023 Minute Order following the status conference held that day, the Court ordered that all outstanding initial disclosures be served on or before May 18, 2023.

---

[1] Plaintiffs sent a draft of this report to all Defendants. Defendants Stop the Steal, LLC, Proud Boys, Proud Boys International, LLC, Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Russell Taylor, Jessica Watkins, Thomas E. Caldwell, Ronald Mele, Kelly Meggs, Charles Donohoe, Dominic J. Pezzola, Stewart Rhodes, and Oath Keepers did not contribute to this report.

[2] A brief statement of the case is set forth in the Joint Case Status Report filed on April 28, 2023. ECF No. 217. The status of discovery as of June 13, 2023 is set forth in the Joint Case Status Report filed on June 13, 2023. ECF No. 225.

Appearing Defendants Hostetter, Warner, Nordean, Meggs, Tarrio, Biggs, Martinez, Kinnison, and Mele have not served initial disclosures as ordered by the Court. Plaintiffs will move for entries of default against Defendants Hostetter and Warner, who have, to date, failed to participate in the discovery process. In emails dated July 12 and 13, 2023 counsel of record for Defendant Nordean, Nicholas D. Smith, Esq., informed Plaintiffs that Mr. Smith's appearance on behalf of Defendant Nordean was limited to filing Defendant Nordean's motions to dismiss and to stay discovery, that Mr. Smith no longer represents Defendant Nordean in this litigation, and that Plaintiffs should contact Defendant Nordean directly. Accordingly, Plaintiffs will attempt to contact Defendant Nordean directly before determining whether to seek an entry of default against him. Defendants Tarrio, Biggs, and Meggs have served responses and objections ("R&Os") to Plaintiffs' requests for production ("RFPs"), but they each have failed to serve initial disclosures. On July 30, 2023, counsel for Defendants Tarrio and Biggs requested Plaintiffs' consent to extend their deadline for initial disclosures to September 22, 2023 in light of their ongoing criminal proceedings. Plaintiffs on January 31, 2023 consented to such an extension for Defendants Tarrio and Biggs. As for Defendant Meggs, who has not requested an extension and whose criminal proceedings before this Court concluded in May, Plaintiffs ask the Court to order Defendant Meggs to serve his initial disclosures by August 18, 2023. Plaintiffs have agreed to extend all discovery deadlines for Defendants Martinez, Kinnison, and Mele until the conclusion of their criminal trial, which is currently scheduled to begin on October 12, 2023, *see United States v. Hostetter et al.*, No. 21-cr-392-RCL, ECF No. 208 (May 11, 2023). Plaintiffs ask the Court to order Defendants Martinez, Kinnison, and Mele to serve their initial disclosures and R&Os to Plaintiffs' RFPs within ten days of the conclusion of their criminal trial.

Non-appearing Defendants Rhodes, Watkins, Oath Keepers, Donohoe, Pezzola, Proud Boys, Proud Boys International, LLC, and Stop the Steal, LLC, have not served their initial disclosures. Because the Court has ordered multiple deadlines for initial disclosures, *see* ECF No. 213, May 4, 2023 Minute Order, and Defendants Rhodes, Watkins, Oath Keepers, Donohoe, Pezzola, Proud Boys, Proud Boys International, LLC, and Stop the Steal, LLC have all failed to appear in this action, serve initial disclosures, or otherwise respond to communications, Plaintiffs filed an Affidavit of Default on July 31, 2023 requesting the Clerk of the Court to enter their defaults, which the Clerk entered on August 1, 2023. *See* ECF Nos. 229–38.

## 2.    Plaintiffs' Discovery Requests

Following the Court's May 4, 2023 Minute Order lifting the stay of discovery as to Defendant Nordean, Plaintiffs served RFPs on Defendant Nordean through his counsel of record, Nicholas D. Smith, Esq., on May 11, 2023. Following a meet and confer on June 8, 2023, Plaintiffs agreed to extend Defendant Nordean's time to respond to the RFPs until June 16, 2023. On July 10, 2023, Plaintiffs requested an update on Defendant Nordean's past-due answer, initial disclosures, and R&Os to Plaintiffs' RFPs. As discussed above, *see* discussion *supra* Section A.1, Mr. Smith has informed Plaintiffs that he no longer represents Defendant Nordean and intends to withdraw his appearance, and he directed Plaintiffs to contact Defendant Nordean directly at the Central Detention Facility at the D.C. Jail. Plaintiffs are in the process of trying to contact Defendant Nordean at the Central Detention Facility at the D.C. Jail.

Defendant Straka served amended R&Os to Plaintiffs' RFPs on June 16, 2023. Plaintiffs sent Defendant Straka a letter on July 12, 2023, raising certain issues with the amended R&Os and Defendant Straka's June 2, 2023 production of documents, and inviting Defendant Straka to meet and confer. Defendant Straka responded by letter dated July 28, 2023.

Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Trump Entities") served their R&Os to Plaintiff's first set of interrogatories on July 7, 2023. By letter dated July 20, 2023, Plaintiffs proposed custodians and search terms for the Trump Entities and invited the Trump Entities to meet and confer.

On June 7, 2023, and July 10, 2023, Plaintiffs contacted counsel for Defendants Biggs and Tarrio requesting R&Os to Plaintiffs' April 4, 2023 RFPs. Defendants Biggs and Tarrio served their R&Os on July 28, 2023.

On July 10, 2023, Plaintiffs agreed to extend the discovery deadlines for Defendants Kinnison and Martinez until after their criminal trial in *United States v. Hostetter et al.*, No. 21-cr-392-RCL (D.D.C.), which is currently scheduled to begin on October 10, 2023.

### 3. Defendants' Discovery Requests

Defendant Straka served his first set of interrogatories on May 9, 2023. Plaintiffs served R&Os on June 8, 2023. Defendant Straka served his first set of RFPs on Plaintiffs on May 31, 2023. Plaintiffs served R&OS on June 30, 2023. The Trump Entities served their first set of RFPs and interrogatories on Plaintiffs on June 2, 2023. The Trump Entities agreed to extend the deadline for R&Os to July 10, 2023. Plaintiffs served their R&Os on July 10, 2023. Plaintiffs and the Trump Entities will meet and confer on August 4, 2023. Defendant Rehl served his first set of interrogatories on Plaintiffs on June 9, 2023. Plaintiffs served their R&Os on July 10, 2023. Plaintiffs plan to produce the first set of their rolling production of documents on August 1, 2023.

### 4. Exhibits in Criminal Trials

Plaintiffs have filed applications to obtain criminal trial exhibits in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, *United States v. Nordean*, 1:21-cr-00175-TJK, and *United States v. Rhodes*, 1:22-cr-00015-APM. As of August 1, 2023, the

applications have been granted in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, and *United States v. Rhodes*, 1:22-cr-00015-APM.

B.  **Third-Party Discovery**

1.  **Plaintiffs' Third-Party Discovery Requests**

Plaintiffs served subpoenas on the following third parties on the following dates:

- Women for America First:  February 7, 2023
- Kylie Kremer:  February 8, 2023
- Amy Kremer:  February 8, 2023
- Donald Trump, Jr.:  March 29, 2023
- Eric Trump:  March 29, 2023
- Kimberly Guilfoyle:  March 30, 2023
- Ivanka Trump:  March 30, 2023
- Jared Kushner:  March 30, 2023
- Katrina Pierson:  April 24, 2023
- Lara Trump:  April 25, 2023
- Mark Meadows:  May 1, 2023
- Jason Miller:  June 1, 2023
- Gen. Keith Kellogg:  June 1, 2023
- Cassidy Hutchinson:  June 1, 2023
- Pasquele Anthony "Pat" Cipollone:  June 1, 2023
- Michael Lindell:  July 5, 2023

Plaintiffs will send any third-party productions to Defendants in accordance with the terms of the Protective Order.  ECF No. 223.  Plaintiffs have received three third-party productions. Amy and Kylie Kremer made a production on March, 23, 2023.  Jason Miller made a production

5

on June 21, 2023. Mark Meadows made a production on June 22, 2023. Plaintiffs shared these productions with Defendants on July 26, 2023.

Ivanka Trump and Jared Kushner served R&Os on June 7, 2023. Plaintiffs conferred with counsel for Ivanka Trump and Jared Kushner on July 6, 2023, and agreed to narrow certain requests. Plaintiffs await confirmation concerning Ivanka Trump's and Kushner's compliance with the subpoena.

Following the May 31, 2023 meet and confer and Plaintiffs' June 8, 2023 letter memorializing the meet and confer, Plaintiffs sent a letter on July 26, 2023 proposing search terms for Donald J. Trump, Jr. and Eric Trump.

On June 1, 2023, Gen. Keith Kellogg requested a copy of the Amended Complaint before responding to the subpoena. Plaintiffs provided him with a copy of the Amended Complaint on June 1, 2023. Plaintiffs followed up by email on July 26, 2023 asking whether a response would be forthcoming.

On June 18, 2023, Plaintiffs agreed with counsel for Pat Cipollone to forgo formal R&Os if he produced relevant subpoenas and wrote a letter explaining he has no relevant documents. Counsel for Pat Cipollone sent the requested subpoenas and letter on June 27, 2023. Plaintiffs sent clarifying questions on July 17, 2023, requesting a response by July 28, 2023.

## 2. Defendants' Third-Party Discovery Requests

On June 12, 2023, Defendant Trump and the Trump Entities sent Freedom of Information Act ("FOIA") requests to the following third-party government entities:

- Bureau of Alcohol, Tobacco, Firearms, and Explosives
- Department of Defense
- Department of Homeland Security
- Department of Interior

6

- Department of Justice

- District of Columbia Metropolitan Police Department

- Executive Office of the Mayor of the District of Columbia

- Federal Bureau of Investigation

- Federal Protective Service

- National Guard Bureau

- Supreme Court of the United States Police Department

- United States Army

- United States Marshals Service

- United States Park Police

On June 26, 2023, Defendant Trump and the Trump Entities sent subpoenas to produce documents to the following third-parties:

- Bureau of Alcohol, Tobacco, Firearms and Explosives

- District of Columbia National Guard

- Executive Office of the Mayor for the District of Columbia

- Federal Bureau of Investigation

- Federal Protective Service

- Joint Chiefs of Staff, United States Department of Defense

- Supreme Court of the United States Police Department

- United States Capitol Police

- United States Congressman Bennie Thompson

- United States Department of Homeland Security

- United States Department of Interior

- United States Department of Justice

- United States Marshals Service
- United States Park Police
- Washington, D.C. Metropolitan Police Department

On July 11, 2023, Defendant Trump and the Trump Entities sent an additional subpoena for documents to Fox News Network, LLC.

On July 25, 2023, Defendant Trump and the Trump Entities sent requests for documents according to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951) to the following third-party government entities:

- Bureau of Alcohol, Tobacco, Firearms, and Explosives
- District of Columbia National Guard
- Federal Bureau of Investigation
- Federal Protective Service
- Joints Chiefs of Staff, United State Department of Defense
- United States Department of Homeland Security
- United States Department of Interior
- United States Department of Justice
- United States Marshal Service
- United States Park Police

Dated: August 1, 2023                Respectfully submitted,

By:    */s/*    *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

   */s/*    *Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

   */s/*    *William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

By:    */s/*    *Jason Caldwell Greaves*

9

            Jesse R. Binnall
            Jason Caldwell Greaves
            BINNALL LAW GROUP
            717 King Street Suite 200
            Alexandria, VA 22314
            Tel: 703-888-1943
            jesse@binnall.com
            jason@binnall.com

            *Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By:   /s/   Stephen R. Klein
            Stephen R. Klein
            Benjamin Barr
            BARR & KLEIN PLLC
            1629 K Street NW Suite 300
            Washington, DC 20006
            Tel: 202-804-6676
            steve@barrklein.com
            ben@barrklein.com

            *Attorney for Defendant Brandon Straka*

By:   /s/   Patrick Trainor
            Patrick Trainor
            LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
            19 Union Avenue, Suite 201
            Rutherford, NJ 07070
            Tel: 201-777-3327
            pt@ptesq.com

            *Attorney for Defendant Zachary Rehl*

By:   /s/   John Daniel Hull, IV
            John Daniel Hull, IV
            Hull McGuire PC
            1420 N Street, NW
            Washington, DC 20005
            202-429-6520
            jdhull@hullmcguire.com

            *Attorney for Defendants Enrique Tarrio and Joseph Biggs*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: August 1, 2023  By:  */s/ Joshua S. Margolin*
Joshua S. Margolin