UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**

    **Plaintiffs,**
      v.                                      Case No: 1:21-cv-02265 (APM)

**DONALD J. TRUMP, et al.,**

    **Defendants.**

### NOTICE RE: TARRIO-BIGGS DISCOVERY COMPLIANCE

Attached in anticipation of the status conference scheduled for 10:00 AM, August 2, 2023 is a copy of defendants Henry Tarrio's and Joe Biggs's joint Response and Objection (Response) served on July 28, 2023 to plaintiffs' First Requests for Production of Documents (FRPs). As explained in this three-page Response, for at least another month, these two defendants currently have no meaningful access to relevant information (i.e., documents) to respond to the FRPs or to participate in other written discovery due to ongoing criminal proceedings in 21-cr-175. Responsive documents, however, will very likely be available relatively soon. Finally, as plaintiffs have been informed, it's not clear at this point how much longer the undersigned will represent either Tarrio or Biggs in this or in other January 6 civil cases; for now, he's still in, and of course will inform the Court and all parties if that changes and take appropriate steps under LCvR 83.6.

                                              Respectfully submitted,

                                              FOR DEFENDANTS TARRIO AND BIGGS

Dated: August 1, 2023                By: /s/ John Daniel Hull
                                              J. DANIEL HULL
                                              DC Bar No. 323006; California Bar No. 222862
                                              HULL MCGUIRE PC
                                              1420 N Street, N.W.
                                              Washington, D.C.  20005
                                              619-895-8336/202-429-6520
                                              jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

On August 1, 2023, the foregoing Notice Re: Tarrio-Biggs Discovery Compliance was served upon all counsel of record via the Electronic Case Filing (ECF) system.

>By:  /s/ *John Daniel Hull*
>JOHN DANIEL HULL
>DC Bar No. 323006; California Bar No. 222862
>HULL MCGUIRE PC
>1420 N Street, N.W.
>Washington, D.C.  20005
>619-895-8336
>202-429-6520
>jdhull@hullmcguire.com