**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CONRAD SMITH, et al.,**

   **Plaintiffs,**

   **v.**                                    **Case No: 1:21-cv-02265 (APM)**

**DONALD J. TRUMP, et al.,**

   **Defendants.**

**RESPONSE AND OBJECTION OF TARRIO AND BIGGS TO**
**PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Under Rules 34 and 26, Fed. R. Civ. P., defendants Henry Tarrio ("Tarrio") and Joseph

Biggs ("Biggs") respond to plaintiffs' First Set of Requests for Production of Documents ("FRPs")

served April 4, 2023[1] as follows. As plaintiffs have been reminded from time to time, in emails

and telephone calls, both Tarrio and Biggs currently are not able to give full, adequate, and useful

responses to any requests for production of documents and things in this January 6 civil case and

in three other similar civil cases with different sets of plaintiffs. The overarching reason for this is

that both Tarrio and Biggs have been and still are jailed pretrial criminal defendants along with

three other January 6 players in *United States v. Nordean, et al.,* 21-cr-175-TJK. The jury trial in

21-cr-175 commenced in this district court on December 19, 2022, and was completed on May 4,

2023, when the jury rendered verdict for the government on most counts (and all major ones)

against Tarrio and Biggs. Due to the length, novelty, and complexity of the trial, moreover, post-

---

[1] Except for their titles on the initial page, the forty-eight (48) FRPs, including the accompanying Definitions and Instructions, served upon Tarrio and Biggs appear to be identical. Moreover, and as described herein, the document/things-status of each of these two defendants is also nearly identical and, in a word, paltry. Therefore, this joint response is being served.

trial motions were put on a delayed schedule and are still being briefed. Neither defendant has been sentenced yet; no appeals have been lodged. Even the full set of admitted trial exhibits used in open court are on hold and have not been released to the press or public. Finally, to make current participation in discovery more difficult, if not impossible, a far larger cache of documents, photos and other media from which trial exhibits were gathered are still protected from release by protective orders in 21-cr-175 at ECF Nos. 83 and 103 and by at least one sealed protective order.

Further, as pretrial detainees, Tarrio and Biggs have been incarcerated, respectively, since March 2022 (17 months) and April 2021 (27 months). Both recently entered their third long-term jail residence where they are still held in a kind of solitary confinement 'lite.' As such, they travel light and as prisoners are not particularly easy to access or visit. More importantly, in the case of each defendant, the very kinds of information, documents and things plaintiffs seek was promptly seized in the aftermath of January 6, 2021 by the Department of Justice ("DOJ"). The digital devices of both defendants were confiscated by DOJ in late December 2020 and March 2022 (in Tarrio's case) and in January 2021 (in Biggs's). These devices of course contain precisely the kind of electronically stored documents which might be responsive to plaintiffs' FRPs.[2] In a recent email to plaintiffs' counsel, the undersigned responded as follows to a question about the late responses and objections to the April 4, 2023 FRPs to Tarrio and Biggs:

> Hi Babak. Not forgotten.
>
> 1. Expect something by end of month. July 28th.
>
> 2. The responses of course will be under Rule 34 but not particularly

---

[2] Locating responsive hard copy documents for these two defendants is, long-term, a dead end. Proud Boys Tarrio and Biggs, each age 39, are also Millennials. They are not hard copy record keepers and have raised record-keeping disorganization to an art form. Only those with possession, custody or control of their computers, cell phones and other electronic devices have access to their documents. Here, that is DOJ and its data storage contractors.

helpful to you. Please recall that Tarrio had no documents to give to
the House Select Committee in late 2021/early 2022 and since that time
(March 8, 2022) has been in detention. DOJ still has his devices and has
had them since December 2020.  Ditto Joe Biggs whose house was raided
January 19, 2021 and has been in jail since April 22, 2021. Neither is
documents/things-heavy these days. DOJ has not been keen on the idea of
releasing any of this stuff.

  3. A related question: Have you been able to get Judge Kelly in 21-cr-175 to release
trial exhibits? Or get anything out of DOJ?  Let me know.

  Thanks.

  Dan Hull

(July 10, 2023 email to plaintiffs' counsel.)

    Tarrio and Biggs do expect that documents sought by plaintiffs will be made available, and

likely before the end of the year, through the defendants, or through the district court and/or DOJ

via the release of documents to the public in due course. To be sure, plaintiffs have indicated that

they already requested admitted trial exhibits from Judge Kelly in 21-cr-175 *(see*, plaintiffs'

filing at ECF No. 809), the underlying criminal case against Tarrio and Biggs which is still in

flux. Their motion is yet to be granted. In any event, such releases, however they occur, may be

relatively soon. Resolution of post-trial motions and sentencing in 21-cr-175 is scheduled to be

completed by early September 2023. In the meantime, it is not appropriate for these defendants

to participate in written discovery, and they object to doing so, under Rule 26. In particular,

under Rule 26(b), Tarrio and Biggs object in the near term to responding to these RFPs, primarily

because they have no meaningful access to relevant information.

FOR DEFENDANTS TARRIO AND BIGGS

Dated: July 28, 2023                    By: /s/ John Daniel Hull

J. DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
202-429-6520
jdhull@hullmcguire.com

-4-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 28, 2023, he served a true and correct copy of

the foregoing Response and Objection of Tarrio and Biggs to First Requests for Production of

Documents by email to counsel for all parties and by email or regular U.S. mail to each *pro se*

party.

By:  /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
202-429-6520
jdhull@hullmcguire.com