UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONRAD SMITH, et al., | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.: 1:21-cv-02265-APM |
| DONALD J. TRUMP, et al., | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

PLEASE note the appearance of undersigned counsel, being admitted and authorized to practice before this Court, as counsel of record for the Defendant, Thomas Caldwell, in the above captioned matter.

Respectfully submitted,

Roderick R. Barnes (Bar ID: MD0158)
Rollins, Smalkin, Richards & Mackie,
L.L.C. 300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
rbarnes@rsrm.com
*Attorneys for Defendant Thomas Caldwell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August 2023, a copy of the foregoing Notice of Appearance was filed electronically to serve all counsel of record.

_____
Roderick R. Barnes (Bar ID: MD0158)