UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**      *

    **Plaintiffs**      *

**v.**      *      **Case No.: 1:21-cv-02265-APM**

**DONALD J. TRUMP, et al.,**      *

    **Defendants**      *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF APPEARANCE

PLEASE note the appearance of undersigned counsel, being admitted and authorized to practice before this Court, as co-counsel of record for the Defendant, Thomas Caldwell in the above captioned matter.

Respectfully submitted,

*/s/Adam T. Sampson*
Adam T. Sampson (Bar ID: MD0188)
Rollins, Smalkin, Richards & Mackie, L.L.C.
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
asampson@rsrm.com
*Attorneys for Defendant Thomas Caldwell*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of August 2023, a copy of the foregoing Notice of Appearance was filed electronically to serve all counsel of record.

*/s/Adam T. Sampson*
Adam T. Sampson (Bar ID: MD0188)