```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,            )
                                )
        Plaintiffs,             )
                                )
      vs.                       )    CV No. 21-2265
                                )
DONALD J. TRUMP, ET AL.,        )
                                )
        Defendants.             )    Washington, D.C.
_____)    August 2, 2023
                                     10:02 a.m.


DISTRICT OF COLUMBIA,           )
                                )
        Plaintiff,             )
                                )
      vs.                       )    CV No. 21-3267
                                )
PROUD BOYS INTERNATIONAL,        )
LLC, ET AL.,                    )
                                )
        Defendants.             )
_____)
```

    TRANSCRIPT OF JOINT STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE

```
APPEARANCES:

For Smith Plaintiffs:          William J. Blechman
                               KENNY NACHWALTER, P.A.
                               1441 Brickell Avenue
                               Suite 1100
                               Miami, FL 33131
                               (305) 373-1000
                               Email: wblechman@knpa.com

                               Edward G. Caspar
                               LAWYERS' COMMITTEE FOR
                               CIVIL RIGHTS UNDER LAW
                               1500 K Street NW
                               Suite 900
                               Washington, D.C. 20005
                               (202) 662-8318
                               Email:
                               ecaspar@lawyerscommittee.org

                               Elizabeth Snow
                               SELENDY GAY ELSBERG PLLC
                               1290 Avenue of the Americas
                               New York, NY 10104
                               (212) 390-9000
                               Email:
                               esnow@selendygay.com
```

```
APPEARANCES CONTINUED:

For District of Columbia
Plaintiffs:                        James Pasch
                                   ADL
                                   605 3rd Avenue
                                   New York, NY 10158
                                   (212) 885-5806
                                   Email: jpasch@adl.org

                                   Erin J. Morgan
                                   PAUL, WEISS, RIFKIND,
                                   WHARTON & GARRISON LLP
                                   1285 Avenue of the Americas
                                   New York, NY 10019-6064
                                   (212) 373-3000
                                   Email: ejmorgan@paulweiss.com

For Defendant Trump,
Don J. Trump, Incorporated,
MAGA PAC:                          Jason Caldwell Greaves
                                   Jesse R. Binnall
                                   BINNALL LAW GROUP
                                   717 King Street
                                   Suite 200
                                   Alexandria, VA 22314
                                   (703) 888-1943
                                   Email: jason@binnall.com
                                   Email: jesse@binnall.com

For Defendant Straka:              Stephen R. Klein
                                   BARR & KLEIN PLLC
                                   1629 K Street NW
                                   Suite 300
                                   Washington, D.C. 20006
                                   (202) 804-6676
                                   Email: steve@barrklein.com

                                   Julianne E. Murray
                                   LAW OFFICES OF
                                   MURRAY PHILLIPS & GAY
                                   215 E. Market Street
                                   Georgetown, DE 19947
                                   (302) 855-9300
                                   Email:
                                   julie@murrayphillipslaw.com
```

```
APPEARANCES CONTINUED:

For Defendants
Tarrio, Biggs and Schaffer:    John Daniel Hull, IV
                               HULL MCGUIRE PC
                               1420 N Street, NW
                               Washington, D.C. 20005
                               (202) 429-6520
                               Email: jdhull@hullmcguire.com

                               Jody Lynn Broaddus
                               ATTORNEYS FOR FREEDOM LAW FIRM
                               3185 S Price Road
                               Chandler, AZ 85248
                               (480) 755-7110
                               Email:
                               jody@attorneysforfreedom.com

For Defendants
Roberto Minuta,
William Pepe,
Stewart Rhodes,
Dominic Pezzola,
JonathanPeter Klein,
and Edward Vallejo.:           John M. Pierce
                               JOHN PIERCE LAW P.C.
                               21550 Oxnard Street
                               Suite 3rd Floor OMB #172
                               Woodland Hills, CA 91367
                               (213) 400-0725
                               Email:
                               jpierce@johnpiercelaw.com


For Defendants
Kelly and Connie Meggs:        Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW, LP
                               400 Fifth Street, Northwest
                               Washington, D.C. 20001
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com
```

```
APPEARANCES CONTINUED:

For Defendant
Christopher Kuehne:          William Thomas DeVinney
                            BRIGLIAHUNDLEY
                            1921 Gallows Road
                            Tysons, VA 22182
                            (703) 942-8076
                            Email:
                            wdevinney@brigliahundley.com


For Defendant Ulrich:       Claude M. Kicklighter, Jr.
                            KICKLIGHTER LAW, P.C.
                            412 North Laurel Street
                            Springfield, GA 31329
                            (912) 754-6003
                            Email: mickey@kick-law.com


Defendant Caldwell:         James Andersen
                            ROLLINS SMALKIN
                            RICHARDS & MACKIE
                            300 E. Lombard Street
                            Suite 900
                            Baltimore, MD 21202
                            (410) 727-2443
                            Email: jandersen@rsrm.com


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                   P R O C E E D I N G S
 2           COURTROOM DEPUTY:  Good morning, Your Honor.
 3   This is a Joint Status Conference in Civil Action 21-2265,
 4   Conrad Smith, et al., versus Donald J. Trump, et al; and
 5   Civil Action 21-3267, District of Columbia versus Proud Boys
 6   International, LLC, et al.
 7           Elizabeth Snow, Bill Blechman, and Ed Caspar for
 8   the Smith Plaintiffs.
 9           Erin Morgan and James Pasch for the
10   District of Columbia Plaintiff.
11           Jason Greaves and Jesse Binnall for
12   Defendant Trump.
13           Stephen Klein for Defendant Straka.
14           Julian Murray for Defendant Straka.
15           John Hull for Defendant Tarrio.
16           Jody Broaddus for Defendant Schaffer.
17           John Pierce for Defendants Klein, Pepe, and
18   Pezzola.
19           Stanley Woodward for Defendant Meggs.
20           And William DeVinney for Defendant Kuehne.
21           MR. BINNALL:  Your Honor, this is Jesse Binnall.
22   Can I just make a correction to that for the record, please?
23           THE COURT:  Sure.
24           MR. BINNALL:  And Jesse Binnall and Jason Greaves.
25   We are here today on behalf of MAGA PAC and Don J. Trump for
```

1    President, Incorporated.

2            The case is stayed as to Don J. Trump, and so our

3    appearance here is not on behalf of President Trump.

4            THE COURT:  Okay.  Thanks for the clarification.

5            MR. HULL:  And if I may, Your Honor, Dan Hull.

6    I represent Henry Tarrio and Joseph Biggs this morning.

7            THE COURT:  Okay.  Thanks, Mr. Hull, for that

8    clarification as well.

9            Okay, everyone, it's nice to be with all of you.

10           So we're here just for a status conference, see

11   how things are progressing.

12           I've received and reviewed the parties' Status

13   Reports, so thank you for putting those together.

14           Why don't we just begin with the Smith Plaintiffs.

15           And we'll turn to the D.C. plaintiffs.

16           And then I'll open it up to defense counsel if

17   there are any issues you all want to raise.

18           So why don't we start with counsel for the Smith

19   Plaintiffs.

20           MS. SNOW:  Good morning, Your Honor.

21   Elizabeth Snow for the Smith Plaintiffs from Selendy Gay

22   Elsberg.

23           As described in the Joint Status Report,

24   plaintiffs are actively pursuing discovery.  We've held at

25   least seven meet-and-confers with defendants regarding their

1   responses and objections, and we continue to be in regular

2   contact about discovery.

3          We have filed four motions in the criminal actions

4   and have obtained exhibits from three of those criminal

5   trials.

6          We've served 16 total third-party subpoenas, held

7   meet-and-confers with nine of those third parties.  And we

8   continue to reach out and send letters to those who have not

9   yet responded.  And we are still attempting to serve five

10  others who we have noticed.

11         We have also obtained three productions of third

12  parties which we recently shared with defendants.

13         We also recently proposed a search methodology to

14  the Trump campaign and are discussing that with them.

15         We also made our first production yesterday, and,

16  as you are aware, we filed notices of default as to the

17  non-appearing defendants.

18         Today, we respectfully request that the Court

19  address our proposals regarding certain defendants' failure

20  to serve initial disclosures.

21         Starting with Defendants Hostetter and Warner,

22  although those plaintiffs have -- or those defendants have

23  appeared, they have not participated in discovery and they

24  have not served initial disclosures.  So we intend --

25  plaintiffs intend to move for entries of default.

1        THE COURT:  You'll forgive me.  Are they

2   represented here by counsel or did they enter appearances

3   individually?

4        MS. SNOW:  Hostetter is represented by Nicholas

5   Smith.  Defendant Warner is pro se.

6        THE COURT:  Are either Mr. Smith or Mr. Warner on

7   the line here?

8        Okay.  Go ahead, Ms. Snow.

9        MS. SNOW:  As to Defendant Nordean, counsel of

10  record Nicholas Smith informed us that he does not represent

11  Defendant Nordean.  So we are following up with Defendant

12  Nordean before determining whether we will also seek an

13  entry of default.

14        As to Defendant Meggs, Mr. Meggs, has not filed

15  initial disclosures, but he has served responses and

16  objections to our discovery requests.  So we respectfully

17  request that the Court order Mr. Meggs to file initial

18  disclosures by August 18th.

19        THE COURT:  Okay.

20        Mr. Woodward, are you on the line?

21        MR. WOODWARD:  Yes, sir.  Good to see you, Judge.

22        THE COURT:  Good to see you, Mr. Woodward.

23        MR. WOODWARD:  I've spoken to Mr. Meggs a few

24  times now.  He is now at FDC Philadelphia, which is not the

25  most convenient place to arrange for legal calls.

1          I have gone over the papers with him in an attempt

2    to bring him up to speed on this litigation.

3          And I've had initial discussions with him about

4    whether we will have any initial disclosures.  You know, for

5    example, I'm trying to get a copy of any insurance that the

6    Meggs family may have, but that's proving challenging as

7    well.

8          I don't think the Court has to order us to do

9    anything.  You know, if the Court tells us to get this done

10   by August 18th, we'll get it done.

11         And if there's any issue there, then I think we

12   can brief -- I think probably the more appropriate means for

13   this would be a motion to compel, but I don't want to go

14   there.  So I think the Court can admonish us to get

15   everything done by August -- I forget what date counsel

16   said -- 18, and we'll have a thorough correspondence for

17   them.  We don't have to file anything obviously.  So we'll

18   write them and explain what we have and what we don't have

19   and why.

20         THE COURT:  Okay.

21         Well, why don't we just set a deadline of the 18th

22   of August, which is when plaintiff counsels' requested.

23   That's still two-plus weeks away.  I mean, hopefully, that's

24   enough time to pull together what you need to and resolve

25   any disputes in terms of what you're able to produce.

1          MR. WOODWARD:  Very good.

2          THE COURT:  It sounds like it's just the initial

3    disclosures at this point.

4          MS. SNOW:  Thank you, Your Honor.

5          THE COURT:  Okay.

6          MS. SNOW:  We also note that we have agreed with

7    counsel for Defendants Tarrio and Biggs to extend the

8    deadline to file initial disclosures to September 22nd; and

9    that we have agreed to stay discovery as to Defendants

10   Martinez, Kinnison, and Mele through the end of the

11   Hostetter trial.

12         And so we ask the Court to order Martinez,

13   Kinnison, and Mele to serve initial disclosures and

14   responses and objections to our request for production

15   within 10 days of the conclusion of their criminal trial.

16         THE COURT:  Okay.

17         Are counsel for any of those defendants on?

18         MR. HULL:  I'm here, Your Honor, for Mr. Biggs and

19   Tarrio.

20         THE COURT:  Mr. Hull, is that doable for Mr. Biggs

21   and Mr. Tarrio?  Is ten days reasonable or do you need a

22   little bit more time?

23         MR. HULL:  That was with respect to another

24   client -- another defendant or set of defendants.

25         I was responding only to the 22nd --

```
 1    September 22nd deadline for Tarrio and Biggs to do certain
 2    things.
 3                THE COURT:  Okay.  I'm sorry.
 4                All right.  So we don't have counsel -- all right.
 5    So we'll enter an order that requires those defendants --
 6    and, Ms. Snow, can you just tell me again who those
 7    defendants are one more time?
 8                MS. SNOW:  Yes.
 9                That's Defendants Martinez, Kinnison, and Mele.
10                THE COURT:  And "Mele" is spelled?
11                MS. SNOW:  M-e-l-e, Your Honor.
12                THE COURT:  Oh, okay.
13                All right.  So we'll take care of that.
14                All right.  Anything else on your list, Ms. Snow?
15                MS. SNOW:  No, thank you.
16                We are happy, though, to answer any questions that
17    the Court might have.
18                THE COURT:  I did have one question; that is, with
19    respect to your defaults.
20                What is your intention with respect to moving for
21    default judgment?  Is it something you intend to do in short
22    order or are you looking to sort of do that toward the end
23    of the case?
24                MS. SNOW:  We are still assessing at what point we
25    will bring those motions.
```

1           THE COURT:  All right.

2           Okay.  Anything else?

3           MR. BLECHMAN:  Your Honor, William Blechman also

4    for the plaintiffs.

5           THE COURT:  Yes.

6           MR. BLECHMAN:  One other item I just want to flag

7    for the Court merely as a placeholder.

8           And I wasn't going to say anything until

9    Mr. Binnall started the hearing, made a point of explaining

10   he was appearing on behalf of the Trump entities and not

11   Mr. Trump.

12          Since entry of the stay order with respect to

13   discovery with regard to Mr. Trump, as reflected on pages 7

14   and 8 of the Status Report, Donald Trump individually, along

15   with the Trump entities, has served, by my count,

16   16 subpoenas, including a subpoena to Fox.  And we are

17   looking at the issue of whether there has been a waiver or

18   other repercussions with respect to Mr. Trump individually

19   affirmatively seeking discovery notwithstanding the stay.

20          Your Honor, we're not asking for any guidance or

21   we're not looking to make any argument here today.  But

22   given the fact that Mr. Binnall has drawn this distinction

23   at the top of the hearing, I thought it worth -- I thought

24   it appropriate to simply flag the issue for the Court as

25   something that we're looking into and will report back at a

1   later time.

2          THE COURT:  Okay.

3          Thank you for flagging it.  I did notice it, that

4   there had been discovery served to third parties on behalf

5   of the former President in his individual capacity here.

6          MR. BINNALL:  Your Honor, may I address that?

7          THE COURT:  Sure.

8          MR. BINNALL:  Your Honor, we also have just

9   noticed that recently, that there was a few things that went

10  out.  That was a scribner's error.  We intend to correct

11  that posthaste.

12         The discovery that went out was appropriate on

13  behalf of the entity defendants themselves.

14         THE COURT:  Mr. Binnall, I'm sorry to interrupt

15  you.

16         When you say as a scribner's error, do you mean in

17  the Joint Status Report or in whatever subpoenas you issued?

18         MR. BINNALL:  Anything -- any subpoenas that had

19  President Trump's name on it in his personal capacity was a

20  scribner's error, and we will correct those promptly.

21         THE COURT:  Okay.

22         All right.  Well, we'll see what, if anything,

23  comes of that.  If I need to handle it, I will.

24         Okay.  Anything else then on behalf of the Smith

25  Plaintiffs?

1          MS. SNOW:  That is it from the Smith Plaintiffs.

2     Thank you, Your Honor.

3          THE COURT:  Thank you, Ms. Snow.

4          All right.  Let's turn to the

5     District of Columbia.

6          MS. MORGAN:  Good morning, Your Honor.

7     Erin Morgan from Paul, Weiss for D.C.

8          As you saw in our Status Report, we're pursuing

9     discovery.  Responses to our initial document requests were

10    due at the end of July, July 23rd and July 24th.  We only

11    received responses from five of the defendants, although we

12    served all of them.

13         We have been in the process of meeting and

14    conferring with the defendants who did not respond.  A

15    couple of them we've been able to connect with.

16         Counsel for Mr. Ulrich and Kuehne agreed that they

17    would provide responses by August 14th.

18         And Mr. Hull agreed for Mr. Biggs and Mr. Tarrio

19    that he would provide responses and objections or a response

20    by September 22nd.

21         We're continuing to try to pursue the other

22    defendants.  And to the extent we're unable to do that, we

23    plan to move to compel probably in the next 30 days.

24         THE COURT:  Okay.

25         MS. MORGAN:  Other than that, the only thing we

1    wanted to flag for the Court is that we do intend to move

2    for entry of default.

3           There are 13 defendants in this case who have just

4    completely ignored the case, haven't responded in any way;

5    and there are another five that never answered the amended

6    complaint, haven't participated in meet-and-confers, haven't

7    filed initial disclosures.

8           There are varying other levels of delinquencies.

9    Some people haven't filed initial disclosures, some people

10   haven't responded to discovery.  But we don't want to hold

11   off on moving for entry of default against the group that

12   has just not participated at all.

13          So we plan to do that and then there will probably

14   be additional motions for entry of default later, we just

15   don't want to delay.  And then after that, we'll figure out

16   what the timing is for moving for a default judgment against

17   those people.

18          THE COURT:  Okay.

19          I suppose I should have made this observation to

20   the Smith Plaintiffs as well.

21          I mean, I haven't looked at the case law on

22   defaults against parties that have entered an appearance and

23   what would be the appropriate time to enter a default.  It

24   may be that they're not responsive.  But it also may be that

25   before I enter a default, I'm required to take a couple of

1    additional steps, including an order of compulsion; and if

2    that's then ignored, then perhaps default is the appropriate

3    remedy.

4            But I suspect going straight to a default for a

5    recalcitrant party that has appeared may not be the right

6    course.  I'll just ask you to take a look at that before you

7    file anything.

8            MS. MORGAN:  Yes, we will take a look.  But that's

9    sort of also our thinking and our intent in approaching it

10   with a tiered process so that we deal with people who

11   haven't made an appearance at all first and then we continue

12   to try to pursue others.

13           THE COURT:  Okay.  Perfect.  Thank you.

14           All right.  Anything else then on behalf of the

15   District?

16           MS. MORGAN:  Nothing from me.

17           THE COURT:  All right.

18           Let me turn to defense counsel and I'm happy to

19   hear from anybody at this point if you'd like to be heard.

20           MR. KICKLIGHTER:  Your Honor, this is Mickey

21   Kicklighter.  I represent Brian Ulrich.  And we are one of

22   the ones that was delinquent in our discovery responses.  A,

23   I apologize to the Court; we've already apologized to

24   Ms. Morgan.

25           But when they came in, they came in with the Proud

```
1    Boy.  We read the Proud Boy but didn't read far enough to

2    even know we had discovery.  When Erin sent us the draft of

3    the Status Report is when we got it.  She was very gracious

4    in giving us an extension and I wanted to thank her

5    publicly.

6              But also, Your Honor, make the Court aware that we

7    have this protective order in the criminal case.

8              Now, Mr. Ulrich has actually already pled but he

9    hasn't been sentenced.

10             But we'll do -- we'll answer as fully as we can

11   subject to that protective order, but we -- we haven't done

12   so yet.

13             But we will file a motion in that case to try to

14   get permission to get complete and full answers on

15   everything that we can that were related to that case.

16             Fortunately, you were the judge in Mr. Ulrich's

17   criminal case or are the Judge in Mr. Ulrich's criminal

18   case, so we'll be directing that to you shortly.

19             THE COURT:  Okay.

20             All right.  Thank you, Mr. Kicklighter.

21             Anyone else on behalf of defendants?

22             MR. PIERCE:  Your Honor, this is John Pierce.

23             THE COURT:  Hi, Mr. Pierce.

24             MR. PIERCE:  Hi there.  Nice to see you again,

25   Your Honor.
```

1          So I just wanted to clarify.

2          At the beginning, it was indicated that I --

3  I think there were three defendants that the Courtroom

4  Deputy named and I represent.  There's actually six, so

5  I just wanted to make sure about that and make clear about

6  that.

7          So I represent Roberto Minuta, William Pepe,

8  Stewart Rhodes, Dominic Pezzola, JonathanPeter Klein, and

9  Edward Vallejo.  So I just wanted to note that.

10          THE COURT:  Have you entered a notice of

11  appearance on behalf of all of those defendants?

12          MR. PIERCE:  I believe that I have, but I will, of

13  course, double-check and make sure.  And you know, if not --

14          THE COURT:  Why don't you confer with Mr. Douyon,

15  because I think he typically will just look at the notices

16  of entry of appearance and base it off of that.  So it may

17  be that you've entered an appearance as to some but not all

18  of those folks.

19          MR. PIERCE:  Yes, Your Honor.

20          THE COURT:  Okay.

21          All right.  Anyone else?

22          MR. ANDERSEN:  Your Honor, Jim Andersen with

23  Rollins Smalkin Richards & Mackie.

24          We literally just entered our appearances on

25  behalf of Defendant Thomas Caldwell in this case, who's also

1    participating in this status conference this morning.  So my

2    law firm's appearance was just entered.  I just wanted to

3    note that for the record.

4              THE COURT:  Okay.  All right.  Thank you for

5    letting us know that.

6              All right.  Anyone else?

7              Okay.  So things seem to be moving along.  So why

8    don't we just set something out as another status conference

9    in about 60 days.  If you all need something from me before

10   that, you know where to find me.  Let's see what might work

11   in my schedule.

12             How about 4:45 on October the 5th?  Hopefully,

13   that works.  And if it doesn't, you'll, hopefully, be able

14   to get somebody to stand in.

15             But let's do October 5, 4:45.

16             I'll just ask for the parties to submit a Status

17   Report by October 2nd.

18             And if there are any issues that I need to resolve

19   at that status conference, just please highlight them on the

20   Status Report and then we'll take care of it that way.

21             And then obviously if there are other things that

22   need -- that come up in the interim, just contact chambers.

23             All right.  Anything else, folks?

24             Okay.  Thank you, all, very much.  Be well.

25             (Proceedings concluded at 10:22 a.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__August 3, 2023_____   

                      William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1]  6/2
MR. ANDERSEN: [1]
19/22
MR. BINNALL: [5]
6/21 6/24 14/6 14/8
14/18
MR. BLECHMAN: [2]
13/3 13/6
MR. HULL: [3]  7/5
11/18 11/23
MR. KICKLIGHTER:
[1]  17/20
MR. PIERCE: [4]
18/22 18/24 19/12
19/19
MR. WOODWARD: [3]
9/21 9/23 11/1
MS. MORGAN: [4]
15/6 15/25 17/8 17/16
MS. SNOW: [10]  7/20
9/4 9/9 11/4 11/6 12/8
12/11 12/15 12/24 15/1
THE COURT: [33]

**0**

0725 [1]  4/15

**1**

10 [1]  11/15
1000 [1]  2/4
10019-6064 [1]  3/8
10104 [1]  2/12
10158 [1]  3/4
10:02 [1]  1/8
10:22 [1]  20/25
1100 [1]  20/3
1285 [1]  3/7
1290 [1]  2/12
13 [1]  16/3
1420 [1]  4/3
1441 [1]  2/3
14th [1]  15/17
1500 [1]  2/7
16 [1]  8/6
16 subpoenas [1]
13/16
1629 [1]  3/17
172 [1]  4/14
18 [1]  10/16
18th [3]  9/18 10/10
10/21
1921 [1]  5/3
1943 [1]  3/14
19947 [1]  3/22

**2**

200 [1]  3/13
20001 [2]  4/20 5/17
20005 [2]  2/8 4/4
20006 [1]  3/18
202 [5]  2/9 3/18 4/4
4/20 5/18
2023 [2]  1/7 21/7
21-2265 [1]  1/5 6/3
21-3267 [1]  1/11 6/5
212 [3]  2/13 3/4 3/8

213 [1]  4/15
215 [1]  3/21
21550 [1]  4/14
22182 [1]  5/4
22314 [1]  3/13
2265 [2]  1/5 6/3
22nd [4]  11/8 11/25
12/1 15/20
23rd [1]  15/10
2443 [1]  5/13
24th [1]  15/10
2nd [1]  20/17

**3**

30 days [1]  15/23
300 [2]  3/17 5/11
3000 [1]  3/8
302 [1]  3/22
305 [1]  2/4
31329 [1]  5/8
3185 [1]  4/7
3249 [1]  5/18
3267 [2]  1/11 6/5
33131 [1]  2/4
333 [1]  5/17
354-3249 [1]  5/18
373-1000 [1]  2/4
373-3000 [1]  3/8
390-9000 [1]  2/13
3rd [2]  3/3 4/14

**4**

400 [1]  4/19
400-0725 [1]  4/15
410 [1]  5/13
412 [1]  5/7
429-6520 [1]  4/4
480 [1]  4/8
4:45 [2]  20/12 20/15

**5**

5806 [1]  3/4
5th [1]  20/12

**6**

60 days [1]  20/9
6003 [1]  5/8
605 [1]  3/3
6064 [1]  3/8
6520 [1]  4/4
662-8318 [1]  2/9
6676 [1]  3/18

**7**

703 [2]  3/14 5/4
7110 [1]  4/8
717 [1]  3/12
727-2443 [1]  5/13
7447 [1]  4/20
754-6003 [1]  5/8
755-7110 [1]  4/8

**8**

804-6676 [1]  3/18
8076 [1]  5/4
8318 [1]  2/9
85248 [1]  4/7
855-9300 [1]  3/22

886-580645 [1]  3/14
888-1943 [1]  3/14

**9**

900 [2]  2/8 5/12
9000 [1]  2/13
912 [1]  5/8
91367 [1]  4/15
9300 [1]  3/22
942-8076 [1]  5/4
996-7447 [1]  4/20

**A**

a.m [2]  1/8 20/25
able [3]  10/25 15/15
20/13
about [6]  8/2 10/3 19/5
19/5 20/9 20/12
above [1]  21/4
above-titled [1]  21/4
Action [2]  6/3 6/5
actions [1]  8/3
actively [1]  7/24
actually [2]  18/8 19/4
additional [2]  16/14
17/1
address [2]  8/19 14/6
ADL [1]  3/3
adl.org [1]  3/5
admonish [1]  10/14
affirmatively [1]  13/19
after [1]  16/15
again [2]  12/6 18/24
against [5]  16/11 16/16
16/22
agreed [4]  11/6 11/9
15/16 15/18
ahead [1]  9/8
aided [1]  5/19
al [6]  1/3 1/6 1/12 6/4
6/4 6/6
Alexandria [1]  3/13
all [23]
along [2]  13/14 20/7
already [2]  17/23 18/8
also [11]  8/11 8/13
8/15 9/12 11/6 13/3
14/8 16/24 17/9 18/6
19/25
although [2]  8/22
15/11
amended [1]  16/5
Americas [2]  2/12 3/7
AMIT [1]  1/16
Andersen [2]  5/10
19/22
another [4]  11/23
11/24 16/5 20/8
answer [2]  12/16 18/10
answered [1]  16/5
answers [1]  18/14
any [12]  7/17 10/4 10/5
10/11 10/25 11/17
12/16 13/20 13/21
14/18 16/4 20/18
anybody [1]  17/19
Anyone [3]  18/21
19/21 20/6

anything [2] 10/16
10/17 12/14 13/2 13/8
14/18 14/22 14/24 17/7
17/14 20/23
apologize [1]  17/23
apologized [1]  17/23
appearance [7]  7/3
16/22 17/11 19/11
19/16 19/17 20/2
appearances [6]  1/18
2/15 3/24 4/22 9/2
19/24
appeared [2]  8/23 17/5
appearing [2]  8/17
13/10
approaching [1]  17/9
appropriate [5]  10/12
13/24 14/12 16/23 17/2
are [24]
argument [1]  13/21
arrange [1]  9/25
as [19]  7/2 7/8 7/23
8/16 8/16 9/9 9/14 10/6
11/9 13/7 13/13 13/24
14/16 15/8 16/20 18/10
18/10 19/17 20/8
ask [3]  11/12 17/6
20/16
asking [1]  13/20
assessing [1]  12/24
attempt [1]  10/1
attempting [1]  8/9
ATTORNEYS [1]  4/6
attorneysforfreedom.c
om [1]  4/9
August [7]  1/7 9/18
10/10 10/15 10/22
15/17 21/7
Avenue [5]  2/3 2/12 3/3
3/7 5/17
aware [2]  8/16 18/6
away [1]  10/23
AZ [1]  4/7

**B**

back [1]  13/25
Baltimore [1]  5/12
BARR [1]  3/16
Barrett [1]  5/16
barrklein.com [1]  3/19
base [1]  19/16
be [14]  7/9 8/1 10/13
16/14 16/23 16/24
16/24 17/5 17/19 18/18
19/17 20/7 20/13 20/24
because [1]  19/15
been [5]  13/17 14/4
15/13 15/15 18/9
before [5]  1/16 9/12
16/25 17/6 20/9
begin [1]  7/14
beginning [1]  19/2
behalf [10]  6/25 7/3
13/10 14/4 14/13 14/24
17/14 18/21 19/11
19/25
believe [1]  19/12
Biggs [7]  4/2 7/6 11/7

anything [2] 10/18 11/20 12/1 15/18
Bill [1]  6/7
Binnall [8]  3/11 3/12
6/11 6/21 6/24 13/9
13/22 14/14
binnall.com [2]  3/14
3/15
bit [1]  11/22
Blechman [3]  2/2 6/7
13/3
Boy [2]  18/1 18/1
BOYS [2]  1/12 6/5
BRAND [1]  4/19
brandwoodwardlaw.c
om [1]  4/21
Brian [1]  17/21
Brickell [1]  2/3
brief [1]  10/12
BRIGLIAHUNDLEY [1]
5/3
brigliahundley.com [1]
5/5
bring [1]  10/2 12/25
Broaddus [2]  4/6 6/16

**C**

CA [1]  4/15
Caldwell [3]  3/11 5/10
19/25
calls [1]  9/25
came [2]  17/25 17/25
campaign [1]  8/14
can [6]  6/22 10/12
10/14 12/6 18/10 18/15
10/14 12/6 18/10 18/15
capacity [1]  14/5 14/19
care [2]  12/13 20/20
case [11]  7/2 12/23
16/3 16/4 16/21 18/7
18/13 18/15 18/17
18/18 19/25
Caspar [2]  2/6 6/7
certain [2]  8/19 12/1
Certified [1]  5/15
certify [1]  21/2
CH [1]  5/16
challenging [1]  10/16
chambers [1]  20/22
Chandler [1]  4/7
check [1]  19/13
Christopher [1]  5/2
CIVIL [3]  2/7 6/3 6/5
clarification [1]  7/4 7/8
clarify [1]  19/1
Claude [1]  3/6
clear [1]  19/5
client [1]  11/24
COLUMBIA [6]  1/1 1/9
3/2 6/5 6/10 15/5
come [1]  20/22
comes [1]  14/23
COMMITTEE [1]  4/6
compel [2]  10/13 15/23
complaint [1]  16/6
complete [1]  18/14
completely [1]  16/4
compulsion [1]  17/1
computer [1]  5/19
computer-aided [1]

## C

computer-aided... [1] 5/19
concluded [1] 20/25
conclusion [1] 11/15
confer [1] 19/14
conference [6] 1/15 6/3 7/10 20/1 20/8 20/19
conferring [1] 15/14
confers [3] 7/25 8/7 16/6
connect [1] 15/15
Connie [1] 4/18
CONRAD [2] 1/3 6/4
Constitution [1] 5/17
contact [2] 8/2 20/22
continue [3] 8/1 8/8 17/11
CONTINUED [3] 3/1 4/1 5/1
continuing [1] 15/21
convenient [1] 9/25
copy [1] 10/5
correct [3] 14/10 14/20 21/3
correction [1] 6/22
correspondence [1] 10/16
counsel [10] 7/16 7/18 9/2 9/9 10/15 11/7 11/17 12/4 15/16 17/18
counsels' [1] 10/22
count [1] 13/15
couple [2] 15/15 16/25
course [2] 17/6 19/13
COURT [15] 1/1 5/14 5/16 8/18 9/17 10/8 10/9 10/14 11/12 12/17 13/7 13/24 16/1 17/23 18/6
Courtroom [1] 19/3
criminal [6] 8/3 8/4 11/15 18/7 18/17 18/17
CRR [2] 21/2 21/8
CV [2] 1/5 1/11

## D

D.C [8] 1/7 2/8 3/18 4/4 4/20 5/17 7/15 15/7
Dan [1] 7/5
Daniel [1] 4/2
date [2] 10/15 21/7
days [4] 11/15 11/21 15/23 20/9
DE [1] 3/22
deadline [3] 10/21 11/8 12/1
deal [1] 17/10
default [12] 8/16 8/25 9/13 12/21 16/2 16/11 16/14 16/16 16/23 16/25 17/2 17/4
defaults [2] 12/19 16/22
defendant [19] 3/10 3/16 5/2 5/6 5/10 6/12 6/13 6/14 6/15 6/16

9/11 9/14 11/24 19/25
Defendant Trump [1] 6/12
defendants [26]
defendants' [1] 8/19
defense [7] 7/16 17/18
delay [1] 16/15
delinquencies [1] 16/8
delinquent [1] 17/22
Deputy [1] 19/4
described [1] 7/23
determining [1] 9/12
DeVinney [2] 5/2 6/20
did [4] 9/2 12/18 14/3 15/14
didn't [1] 18/1
directing [1] 18/18
disclosures [10] 8/20 8/24 9/15 9/18 10/4 11/3 11/8 11/13 16/7 16/9
discovery [13] 7/24 8/2 8/23 9/16 11/9 13/13 13/19 14/4 14/12 15/9 16/10 17/22 18/2
discussing [1] 8/14
discussions [1] 10/3
disputes [1] 10/25
distinction [1] 13/22
DISTRICT [9] 1/1 1/1 1/9 1/16 3/2 6/5 6/10 15/5 17/15
do [10] 1/18 11/21 12/1 12/21 12/22 14/16 15/22 16/1 16/13 18/10 20/15
do you [1] 11/21
doable [1] 11/20
document [1] 15/9
does [1] 9/10
doesn't [1] 20/13
Dominic [2] 4/12 19/8
Don [3] 3/10 6/25 7/2
don't [12] 7/14 7/18 10/8 10/13 10/17 10/18 10/21 12/4 16/10 16/15 19/14 20/8
DONALD [3] 1/6 6/4 13/14
Donald Trump [1] 13/14
done [4] 10/9 10/10 10/15 18/11
double [1] 19/13
double-check [1] 19/13
Douyon [1] 19/14
draft [1] 18/2
drawn [1] 13/22
due [1] 15/10

## E

ecaspar [1] 2/10
Ed [1] 6/7
Edmund [1] 4/18
Edward [3] 2/6 4/13 19/9

ejmorgan [1] 3/9
Elizabeth [3] 2/11 6/7 7/21
Elizabeth Snow [1] 7/21
ELSBERG [2] 2/11 7/22
else [8] 12/14 13/2 14/24 17/14 18/21 19/21 20/6 20/23
Email [16] 2/5 2/9 2/13 3/5 3/9 3/14 3/15 3/19 3/23 4/5 4/8 4/16 4/21 5/5 5/9 5/13
end [1] 11/10 12/22 15/10
enough [2] 20/24 18/1
enter [4] 9/2 12/5 16/23 16/25
entered [5] 16/22 19/10 19/17 19/24 20/2
entities [2] 13/10 13/15
entity [1] 14/13
entries [1] 8/25
entry [6] 9/13 13/12 16/2 16/11 16/14 19/16
Erin [4] 3/6 6/9 15/7 18/2
Erin Morgan [1] 15/7
error [3] 14/10 14/16 14/20
esnow [1] 2/14
et [6] 1/3 1/6 1/12 6/4 6/4 6/6
et al [1] 6/4
even [1] 18/2
everyone [1] 7/9
everything [2] 10/15 18/15
example [1] 10/18
exhibits [1] 8/4
explain [1] 10/18
explaining [1] 13/9
extend [1] 11/7
extension [1] 18/4
extent [1] 15/22

## F

fact [1] 13/22
failure [1] 8/19
family [1] 10/6
far [1] 18/1
FDC [1] 9/24
few [2] 9/23 14/9
Fifth [1] 5/17
figure [1] 16/15
file [5] 9/17 10/17 11/8 17/7 18/13
filed [5] 8/3 8/16 9/14 16/7 16/9
find [1] 20/10
FIRM [1] 4/6
firm's [1] 20/2
first [2] 8/15 17/11
five [3] 8/9 15/11 16/5
FL [1] 2/4
flag [1] 6/13 13/24 16/1

Floor [1] 4/14
folks [2] 19/18 20/23
following [1] 9/11
foregoing [1] 21/3
forget [1] 10/15
forgive [1] 9/1
former [1] 14/5
Fortunately [1] 18/16
four [1] 8/3
Fox [1] 13/16
FREEDOM [1] 4/6
full [1] 18/14
fully [1] 18/10

## G

GA [1] 5/8
Gallows [1] 5/3
GARRISON [1] 3/7
GAY [3] 2/11 3/21 7/21
Georgetown [1] 3/22
get [7] 10/5 10/9 10/10 10/14 18/14 18/14 20/14
given [1] 13/22
giving [1] 18/4
go [2] 9/8 10/13
Go ahead [1] 9/8
going [2] 13/8 17/4
gone [1] 10/1
good [6] 6/2 7/20 9/21 9/22 11/1 15/6
got [1] 18/3
gracious [1] 18/3
Greaves [3] 3/11 6/11 6/24
group [2] 3/12 16/11
guidance [1] 13/20

## H

had [4] 10/3 14/4 14/18 18/2
handle [1] 14/23
happy [2] 12/16 17/18
has [9] 9/14 9/15 10/8 13/15 13/17 13/22 16/12 17/5 18/8
hasn't [1] 18/9
have [29]
haven't [8] 16/4 16/6 16/6 16/9 16/10 16/21 17/11 18/11
he [7] 9/10 9/15 9/24 13/10 15/19 18/8 19/15
hear [1] 17/19
heard [1] 17/19
hearing [2] 13/9 13/23
held [2] 7/24 8/6
Henry [1] 7/6
her [1] 18/4
here [8] 6/25 7/3 7/10 9/2 9/7 11/18 13/21 14/5
Hi [2] 18/23 18/24
highlight [1] 20/19
Hills [1] 4/15
him [3] 10/1 10/2 10/3
his [2] 14/5 14/19

hold [1] 16/10
Honor [19] 6/2 6/21 7/5 7/20 11/4 11/18 12/11 13/3 13/20 14/6 14/8 15/2 15/6 17/20 18/6 18/22 18/25 19/19 19/22
HONORABLE [1] 1/16
hopefully [3] 10/23 20/12 20/13
Hostetter [3] 8/21 9/4 11/11
how [7] 7/11 20/12
Hull [7] 4/2 4/3 6/15 7/5 7/7 11/20 15/18
hullmcguire.com [1] 4/5

## I

I apologize [1] 17/23
I believe [1] 19/12
I did [2] 12/18 14/3
I don't [1] 10/8
I have [2] 10/1 19/12
I just [5] 13/6 19/1 19/5 19/9 20/2
I represent [1] 7/6
I should [1] 16/19
I think [4] 10/11 10/12 19/3 19/15
I thought [2] 13/23 13/23
I wanted [1] 18/4
I will [2] 14/23 19/12
I'll [3] 7/16 17/6 20/16
I'm [6] 10/5 11/18 12/3 14/14 16/5 17/18 18/3
I'm sorry [1] 12/3
I've [3] 7/12 9/23 10/3
ignored [2] 16/4 17/2
including [2] 13/16 17/1
Incorporated [2] 3/10 7/1
indicated [1] 19/2
individual [1] 14/5
individually [3] 9/3 13/14 13/18
informed [1] 9/10
initial [12] 8/20 8/24 9/15 9/17 10/3 10/4 11/2 11/8 11/13 15/9 16/7 16/9
insurance [1] 10/5
intend [5] 8/24 8/25 12/21 14/10 16/1
intent [1] 17/9
intention [1] 12/20
interim [1] 20/22
INTERNATIONAL [2] 1/12 6/6
interrupt [1] 14/14
is [23]
issue [3] 10/11 13/17 13/24
issued [1] 14/17
issues [2] 7/17 20/18
it [20] 7/16 10/10 11/2

**I**
it... [17] 12/21 13/23 13/24 14/3 14/3 14/19 14/23 15/1 16/23 16/24 17/9 18/3 19/2 19/16 19/16 20/13 20/20
it's [2] 7/9 11/2
item [1] 13/6
IV [1] 4/2

**J**
James [3] 3/2 5/10 6/9
jandersen [1] 5/13
jason [4] 3/11 3/14 6/11 6/24
Jason Greaves [2] 6/11 6/24
jdhull [1] 4/5
jesse [5] 3/11 3/15 6/11 6/21 6/24
Jim [1] 19/22
Jim Andersen [1] 19/22
jody [3] 4/6 4/9 6/16
John [6] 4/2 4/13 4/13 6/15 6/17 18/22
johnpiercelaw.com [1] 4/16
JOINT [4] 1/15 6/3 7/23 14/17
JonathanPeter [2] 4/12 19/8
Joseph [1] 7/6
jpasch [1] 3/5
jpierce [1] 4/16
Jr [2] 4/18 5/6
judge [4] 1/16 9/21 18/16 18/17
judgment [2] 12/21 16/16
Julian [1] 6/14
Julianne [1] 3/20
julie [1] 3/23
July [3] 15/10 15/10 15/10
just [23]

**K**
Kelly [1] 4/18
KENNY [1] 2/2
kick [1] 5/9
kick-law.com [1] 5/9
Kicklighter [4] 5/6 5/7 17/21 18/20
King [1] 3/12
Kinnison [3] 11/10 11/13 12/9
Klein [6] 3/16 3/16 4/12 6/13 6/17 19/8
know [6] 10/4 10/9 18/2 19/13 20/5 20/10
knpa.com [1] 2/5
Kuehne [3] 5/2 6/20 15/16

**L**
later [2] 14/1 16/14
Laurel [1] 5/7

4/6 4/13 4/19 5/7 16/21 20/2
law.com [1] 5/9
LAWYERS' [1] 2/6
lawyerscommittee.org [1] 2/10
least [1] 7/25
legal [1] 9/25
Let [1] 17/18
let's [1] 15/4 20/10 20/15
Let's see [1] 20/10
letters [1] 8/8
letting [1] 20/5
levels [1] 16/8
like [2] 11/2 17/19
line [2] 9/7 9/20
list [1] 12/14
literally [1] 19/24
litigation [1] 10/2
little [1] 11/22
LLC [2] 1/12 6/6
LLP [1] 3/7
Lombard [1] 5/11
look [3] 17/6 17/8 19/15
looked [1] 16/21
looking [4] 12/22 13/17 13/21 13/25
LP [1] 4/19
Lynn [1] 4/6

**M**
M-e-l-e [1] 12/11
MACKIE [2] 5/11 19/23
made [4] 8/15 13/9 16/19 17/11
MAGA [2] 3/11 6/25
make [6] 6/22 13/21 18/6 19/5 19/5 19/13
Market [1] 3/21
Martinez [3] 11/10 11/12 12/9
matter [1] 21/4
may [7] 7/5 10/6 14/6 16/24 16/24 17/5 19/16
MCGUIRE [1] 4/3
MD [1] 5/12
me [6] 9/1 12/6 17/16 17/18 20/9 20/10
mean [3] 10/23 14/16 16/21
means [1] 10/12
mechanical [1] 5/19
meet [3] 7/25 8/7 16/6
meeting [1] 15/13
Meggs [7] 4/18 6/19 9/14 9/14 9/17 9/23 10/6
MEHTA [1] 1/16
Mele [4] 11/10 11/13 12/9 12/10
merely [1] 13/7
Merit [1] 5/15
methodology [1] 8/13
Miami [1] 2/4
mickey [1] 5/9 17/20

Minuta [2] 4/10 19/7
more [3] 10/12 11/22 12/7
Morgan [4] 3/6 6/9 15/7 17/24
morning [5] 6/2 7/6 7/20 15/6 20/1
most [1] 9/25
motion [2] 10/13 18/13
motions [3] 8/3 12/25 16/14
move [3] 8/25 15/23 16/1
moving [4] 12/20 16/11 16/16 20/7
Mr [1] 11/18
Mr. [27]
Mr. Biggs [2] 11/20 15/18
Mr. Binnall [3] 13/9 13/22 14/14
Mr. Douyon [1] 19/14
Mr. Hull [3] 7/7 11/20 15/18
Mr. Kicklighter [1] 18/20
Mr. Meggs [3] 9/14 9/17 9/23
Mr. Pierce [1] 18/23
Mr. Smith [1] 9/6
Mr. Tarrio [1] 11/21 15/18
Mr. Trump [3] 13/11 13/13 13/18
Mr. Ulrich [2] 15/16 18/8
Mr. Ulrich's [2] 18/16 18/17
Mr. Warner [1] 9/6
Mr. Woodward [2] 9/20 9/22
Ms. [5] 9/8 12/6 12/14 15/3 17/24
Ms. Morgan [1] 17/24
Ms. Snow [2] 9/8 12/6 12/14 15/3
much [1] 20/24
Murray [3] 3/20 3/21 6/14
murrayphillipslaw.com [1] 3/23
my [3] 13/15 20/1 20/11

**N**
NACHWALTER [1] 2/2
name [1] 14/19
named [1] 19/4
need [6] 10/24 11/21 14/23 20/9 20/18 20/22
never [1] 16/5
New [3] 2/12 3/4 3/8
next [1] 15/23
nice [2] 7/9 18/24
Nicholas [2] 9/4 9/10
nine [1] 8/7
No [3] 1/5 1/11 12/15

non-appearing [1] 8/17
Nordean [3] 9/9 9/11 9/12
North [1] 5/7
Northwest [1] 4/19
not [16] 7/3 8/8 8/23 8/24 9/10 9/14 9/24 13/10 13/20 13/21 15/14 16/12 16/24 17/5 19/13 19/17
note [3] 11/6 19/9 20/3
Nothing [1] 17/16
notice [2] 14/3 19/10
noticed [2] 8/10 14/9
notices [2] 8/16 19/15
notwithstanding [1] 13/19
now [3] 9/24 9/24 18/8
NW [4] 2/7 3/7 4/3 5/17
NY [2] 2/12 3/4 3/8

**O**
objections [4] 8/1 9/16 11/14 15/19
observation [1] 16/19
obtained [2] 8/4 8/11
obviously [2] 10/17 20/21
October [3] 20/12 20/15 20/17
off [2] 16/11 19/16
OFFICES [1] 3/20
Official [1] 5/16
Oh [1] 12/12
okay [22]
OMB [1] 4/14
one [4] 12/7 12/18 13/6 17/21
ones [1] 17/22
only [3] 11/25 15/10 15/25
open [1] 7/16
order [9] 9/17 10/8 11/12 12/5 12/22 13/12 17/1 18/7 18/11
other [6] 13/6 13/18 15/21 15/25 16/8 20/21
others [2] 8/10 17/12
our [11] 7/2 8/15 8/19 9/16 11/14 15/8 15/9 17/9 17/9 17/22 19/24
out [5] 8/18 14/10 14/12 16/15 20/8
over [1] 10/1
Oxnard [1] 4/14

**P**
P.A [1] 2/2
P.C [2] 4/13 5/7
PAC [2] 3/11 6/25
pages [1] 13/13
papers [1] 10/1
participated [3] 8/23 16/6 16/12
participating [1] 20/1

parties [5] 8/7 8/12 14/4 16/22 20/16
parties' [1] 7/12
party [2] 8/6 17/5
Pasch [2] 3/2 6/9
PAUL [2] 3/6 15/7
paulweiss.com [1] 3/9
PC [1] 4/3
people [4] 16/9 16/9 16/17 17/10
Pepe [3] 4/11 6/17 19/7
Perfect [1] 17/13
perhaps [1] 17/2
permission [1] 18/14
personal [1] 14/19
Pezzola [3] 4/12 6/18 19/8
Philadelphia [1] 5/17
PHILLIPS [1] 3/21
Pierce [5] 4/13 4/13 6/17 18/22 18/23
place [1] 9/25
placeholder [1] 13/7
plaintiff [1] 1/10 6/10 10/22
plaintiffs [15] 1/4 2/2 3/2 6/8 7/14 7/15 7/19 7/21 7/24 8/22 8/25 13/4 14/25 15/1 16/20
plan [2] 15/23 16/13
please [2] 6/22 20/19
pled [2] 18/8
PLLC [2] 2/11 3/16
plus [1] 10/23
point [4] 11/3 12/24 13/9 17/19
posthaste [1] 14/11
President [4] 7/1 7/3 14/5 14/19
President Trump [1] 7/3
President Trump's [1] 14/19
Prettyman [1] 5/16
Price [1] 4/7
pro [1] 9/5
probably [3] 10/12 15/23 16/13
proceedings [4] 1/15 5/19 20/25 21/4
process [2] 15/13 17/10
produce [1] 10/25
produced [1] 5/19
production [2] 8/15 11/14
productions [1] 8/11
progressing [1] 7/11
promptly [1] 14/20
proposals [1] 8/19
proposed [1] 8/13
protective [2] 18/7 18/11
PROUD [4] 1/12 6/5 17/25 18/1
provide [2] 15/17 15/19
proving [1] 10/6

**P**

publicly [1] 18/5
pull [1] 10/24
pursue [2] 15/21 17/12
pursuing [2] 7/24 15/8
putting [1] 7/13

**Q**

question [1] 12/18
questions [1] 12/16

**R**

raise [1] 7/17
reach [1] 8/8
read [2] 18/1 18/1
Realtime [1] 5/15
reasonable [1] 11/21
recalcitrant [1] 17/5
received [2] 7/12 15/11
recently [3] 8/12 8/13
14/9
record [4] 6/22 9/10
20/3 21/3
recorded [1] 5/19
reflected [1] 13/13
regard [1] 13/13
regarding [2] 7/25 8/19
Registered [1] 5/15
regular [1] 8/1
related [1] 18/15
remedy [1] 17/3
repercussions [1]
13/18
report [8] 7/23 13/14
13/25 14/17 15/8 18/3
20/17 20/20
Reporter [4] 5/14 5/15
5/15 5/16
Reports [1] 7/13
represent [5] 7/6 9/10
17/21 19/4 19/7
represented [2] 9/2 9/4
request [3] 8/18 9/17
11/14
requested [1] 10/22
requests [2] 9/16 15/9
required [1] 10/25
requires [1] 12/5
resolve [2] 10/24 20/18
respect [5] 11/23 12/19
12/20 13/12 13/18
respectfully [2] 8/18
9/16
respond [1] 15/14
responded [3] 8/9 16/4
16/10
responding [1] 11/25
response [1] 15/19
responses [8] 8/1 9/15
11/14 15/9 15/11 15/17
15/19 17/22
responsive [1] 16/24
reviewed [1] 7/12
Rhodes [2] 4/11 19/8
RICHARDS [2] 5/11
19/23
RIFKIND [1] 3/6
right [15] 12/4 12/4

15/4 17/5 17/14 17/17
18/20 19/21 20/4 20/6
20/23
RIGHTS [1] 2/7
RMR [2] 21/2 21/8
Road [2] 4/7 5/3
Roberto [2] 4/10 19/7
ROLLINS [2] 5/10
19/23
rsrm.com [1] 5/13

**S**

said [1] 10/16
saw [1] 15/8
say [2] 13/8 14/16
Schaffer [2] 4/2 6/16
schedule [1] 20/11
scribner's [1] 14/10
14/16 14/20
se [1] 9/5
search [1] 8/13
see [6] 7/10 9/21 9/22
14/22 18/24 20/10
seek [1] 9/12
seeking [1] 13/19
seem [1] 20/7
SELENDY [2] 2/11
7/21
selendygay.com [1]
2/14
send [1] 8/8
sent [1] 18/2
sentenced [1] 18/9
September [3] 11/8
12/1 15/20
September 22nd [1]
12/1
serve [3] 8/9 8/20
11/13
served [6] 8/6 8/24
9/15 13/15 14/4 15/12
set [3] 10/21 11/24
20/8
seven [1] 7/25
shared [1] 8/12
She [1] 18/3
short [1] 12/21
shortly [1] 18/18
should [1] 16/19
simply [1] 13/24
Since [1] 13/12
sir [1] 9/21
six [1] 19/4
SMALKIN [2] 5/10
19/23
SMITH [13] 1/3 2/2 6/4
6/8 7/14 7/18 7/21 9/5
9/6 9/10 14/24 15/1
16/20
Snow [7] 2/11 6/7 7/21
9/8 12/6 12/14 15/3
so [25]
So I think [1] 10/14
some [3] 16/9 16/9
19/17
somebody [1] 20/14
something [4] 12/21

sorry [2] 12/3 14/14
sort [2] 12/22 17/9
sounds [1] 11/2
speed [1] 10/2
spelled [1] 12/10
spoken [1] 9/23
Springfield [1] 5/8
stand [1] 20/14
stanley [3] 4/18 4/21
6/19
start [1] 7/18
started [1] 13/9
Starting [1] 8/21
STATES [2] 1/1 1/16
status [14] 1/15 6/3
7/10 7/12 7/23 13/14
14/17 15/8 18/3 20/1
20/8 20/16 20/19 20/20
stay [3] 11/9 13/12
13/19
stayed [1] 7/2
stenography [1] 5/19
Stephen [2] 3/16 6/13
steps [1] 17/1
steve [1] 3/19
Stewart [2] 4/11 19/8
still [3] 8/9 10/23 12/24
straight [1] 17/4
Straka [3] 3/16 6/13
6/14
Street [9] 2/7 3/12 3/17
3/21 4/3 4/14 4/19 5/7
5/11
subject [1] 18/11
submit [1] 20/16
subpoena [1] 13/16
subpoenas [4] 8/6
13/16 14/17 14/18
Suite [6] 2/3 2/8 3/13
3/17 4/14 5/12
suppose [1] 16/19
sure [4] 6/23 14/7 19/5
19/13
suspect [1] 17/4

**T**

take [5] 12/13 16/25
17/6 17/8 20/20
Tarrio [8] 4/2 6/15 7/6
11/7 11/19 11/21 12/1
15/18
tell [1] 12/6
tells [1] 10/9
ten [1] 11/21
terms [1] 10/25
than [1] 15/25
thank [11] 7/13 11/4
12/15 14/3 15/2 15/3
17/13 18/14 18/20 20/4
20/24
thank you [6] 7/13
14/3 15/2 15/3 17/13
20/4
Thanks [2] 7/4 7/7
that [70]
that's [6] 10/6 10/23
10/23 12/9 17/2 17/8

them [6] 8/14 10/17
10/18 15/12 15/15
20/19
themselves [1] 14/13
then [7] 7/16 10/11
14/24 16/13 16/15 17/2
17/2 17/11 17/14 20/20
20/21
there [14] 7/17 10/11
10/14 13/17 14/4 14/9
16/3 16/5 16/8 16/13
18/24 19/23 20/8 20/21
there's [2] 10/11 19/4
they [7] 8/23 8/23 9/1
9/2 15/16 17/25 17/25
they're [1] 16/24
thing [1] 15/25
things [5] 7/11 12/2
14/9 20/7 20/21
think [6] 10/8 10/11
10/12 10/14 19/3 19/15
thinking [1] 10/14
third [4] 8/6 8/7 8/11
14/4
third-party [1] 8/6
this [17] 6/3 6/21 7/6
10/2 10/9 10/13 11/3
13/22 16/3 16/19 17/19
17/20 18/7 18/22 19/25
20/1 20/1
This is [1] 6/3
Thomas [2] 5/2 19/25
thorough [1] 10/16
those [14] 7/13 8/4 8/7
8/8 8/22 8/22 11/17
12/5 12/6 12/25 14/20
16/17 19/11 19/18
though [1] 12/16
thought [2] 13/23
13/23
three [3] 8/4 8/11 19/3
through [1] 11/10
tiered [1] 17/10
time [5] 10/24 11/22
12/7 14/1 16/23
times [1] 9/24
timing [1] 16/16
titled [1] 21/4
today [3] 6/25 8/18
13/21
together [2] 7/13 10/24
top [1] 13/23
total [1] 8/4
toward [1] 12/22
transcript [3] 1/15 5/19
21/3
transcription [1] 5/19
trial [2] 11/11 11/15
trials [1] 8/5
TRUMP [15] 1/6 3/10
3/10 6/4 6/12 6/25 7/2
7/3 8/14 13/10 13/11
13/13 13/14 13/15
13/18
Trump's [1] 14/19
try [3] 15/21 17/12
18/13

trying [1] 10/5
turn [3] 7/15 15/4
17/18
two [1] 10/23
two-plus [1] 10/23
typically [1] 19/15
Tysons [1] 5/4

**U**

Ulrich [4] 5/6 15/16
17/21 18/8
Ulrich's [2] 18/16
18/17
unable [1] 15/22
UNDER [1] 2/7
UNITED [2] 1/1 1/16
until [1] 13/8
up [4] 7/16 9/11 10/2
20/22
us [7] 9/10 10/8 10/9
10/14 18/2 18/4 20/5

**V**

VA [2] 3/13 5/4
Vallejo [2] 4/13 19/9
varying [1] 16/8
versus [2] 6/4 6/5
very [3] 11/1 18/3
20/24
VIA [1] 1/15
vs [2] 1/5 1/11

**W**

waiver [1] 13/17
want [5] 7/17 10/13
13/6 16/10 16/15
wanted [6] 16/1 18/4
19/1 19/5 19/9 20/2
Warner [3] 8/21 9/5 9/6
was [11] 11/23 11/25
13/10 14/9 14/10 14/12
14/19 17/22 18/3 19/2
20/2
Washington [6] 1/7 2/8
3/18 4/4 4/20 5/17
wasn't [1] 13/8
way [2] 16/4 20/20
wblechman [1] 2/5
wdevinney [1] 5/5
we [60]
we will [5] 9/10 10/4
14/20 17/8 18/13
we'll [12] 7/15 10/10
10/16 10/17 12/5 12/13
14/22 16/15 18/10
18/10 18/18 20/20
we're [7] 7/10 13/20
13/21 13/25 15/8 15/21
15/22
we've [4] 7/24 8/6
15/15 17/23
weeks [1] 10/23
WEISS [2] 3/6 15/7
well [6] 7/8 10/7 10/21
14/22 16/20 20/24
went [2] 14/9 14/12
were [4] 15/9 18/15
18/16 19/3

W

**WHARTON [1]** 3/7
**what [11]** 10/15 10/18
10/18 10/24 10/25
12/20 12/24 14/22
16/16 16/23 20/10
**whatever [1]** 14/17
**when [5]** 10/22 14/16
17/25 18/2 18/3
**where [1]** 20/10
**whether [3]** 9/12 10/4
13/17
**which [3]** 8/12 9/24
10/22
**who [6]** 8/8 8/10 12/6
15/14 16/3 17/10
**who's [1]** 19/25
**why [6]** 7/14 7/18
10/19 10/21 19/14 20/7
**will [11]** 9/12 10/4
12/25 13/25 14/20
14/23 16/13 17/8 18/13
19/12 19/15
**William [9]** 2/2 4/11 5/2
5/14 6/20 13/3 19/7
21/2 21/8
**William Blechman [1]**
13/3
**within [1]** 11/15
**Woodland [1]** 4/15
**Woodward [5]** 4/18
4/19 6/19 9/20 9/22
**work [1]** 20/10
**works [1]** 20/13
**worth [1]** 13/23
**would [4]** 10/13 15/17
15/19 16/23
**write [1]** 10/18

Y

**Yes [5]** 9/21 12/8 13/5
17/8 19/19
**yesterday [1]** 8/15
**yet [2]** 8/9 18/12
**York [3]** 2/12 3/4 3/8
**you [38]**
**you'd [1]** 17/19
**you'll [2]** 9/1 20/13
**you're [1]** 10/25
**you've [1]** 19/17
**your [22]**
**Your Honor [19]** 6/2
6/21 7/5 7/20 11/4
11/18 12/11 13/3 13/20
14/6 14/8 15/2 15/6
17/20 18/6 18/22 18/25
19/19 19/22

Z

**Zaremba [3]** 5/14 21/2
21/8
**ZOOM [1]** 1/15