IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH et. al., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-02265-APM |
| ) | |
| DONALD J. TRUMP et al., ) | |
| ) | |
|     *Defendants*. ) | |
| ) | |
| ) | |

**DEFENDANTS DONALD J. TRUMP FOR PRESIDENT, INC. AND MAKE AMERICA GREAT AGAIN PAC'S NOTICE OF SCRIVENER'S ERROR**

In June and July 2023, counsel for Defendants Donald J. Trump for President, Inc. and Make America Great Again PAC ("Entity Defendants") issued subpoenas under Federal Rule of Civil Procedure 45, and *Touhy* requests to the federal government agencies that received the Rule 45 subpoenas. In these documents, there was a scrivener's error that included President Trump in the list of defendants represented by this firm that was defined as the defendants making the discovery requests and on the issuing line of the subpoenas.

While this firm continues to represent President Trump in this action, all discovery in this case has been stayed as to President Trump due to order of this Court. Dkt. No. 180, and all discovery requests in this case were intended to be made only on behalf of the Entity Defendants. It was a scrivener's error to include President Trump in the defined term of these requests as a party involved in the discovery and

on the Rule 45 subpoenas, rather than simply as a party also represented in the matter.

Notices of this error have been sent to each third-party that received these discovery requests, with copies to all counsel of record in this case. Notably, none of the third parties have substantively responded to the relevant requests. These notices correct the language of the requests and specify that to the extent the requests are issued by all three parties, they are withdrawn as to President Trump, but remain in full effect as to the Entity Defendants.

Dated: August 4, 2023

/s/ Jason C. Greaves
Jesse R. Binnall (VA022)
Jason C. Greaves (DC1033617)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jason@binnall.com

*Attorneys for President Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves

*Attorney for President Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*