AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CONRAD SMITH, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02265-APM |
| DONALD J. TRUMP, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT  DOMINIC PEZZOLA                                                                              .

Date:  08/07/2023

/s/ John M. Pierce, Esq.
*Attorney's signature*

John M. Pierce, Esq.,
*Printed name and bar number*

JOHN PIERCE LAW, P.C., 21550 Oxnard Street,
PMB 172, Woodland Hills, CA 91367

*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213) 400-0725
*Telephone number*

*FAX number*