## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

     Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

     Defendants.

Civil Action No. 1:21-cv-02265-APM

## JOINT STATUS REPORT BY DEFENDANT RUSSELL TAYLOR AND ALL PLAINTIFFS

   Pursuant to the Court's July 6, 2023 Minute Order, Defendant Russell Taylor and all Plaintiffs submit this Joint Status Report concerning the status of a settlement between those parties. Talks are progressing following the mediation, and the parties propose to provide an additional joint report to the Court by September 15, 2023. Should the Court require further information, the parties would request that they be permitted to discuss the matter directly with the Court.

Dated August 7, 2023

 /s/ Dyke E. Huish
Dyke Huish
The Law Office of Dyke Huish
26161 Marguerite Parkway
Suite B
Mission Viejo, California  92692
949-837-8600
huishlaw@mac.com

 /s/ Edward G. Caspar
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Arusha Gordon, D.C. Bar No. 1035129
Marc P. Epstein D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, pro hac vice
Joshua S. Margolin, pro hac vice
Claire O'Brien, pro hac vice
Elizabeth H. Snow, pro hac vice
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

William J. Blechman, pro hac vice
Elizabeth B. Honkonen, pro hac vice
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 7, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.  Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: August 7, 2023             */s/ Edward G. Caspar*
                                                     Edward G. Caspar