AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CONRAD SMITH. et al.,
*Plaintiff*
v.
DONALD J TRUMP, et al.,
*Defendant*

Case No. 1:21-cv-2265-APM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs: Smith, McElroy, Evans, Latson, Marshall, Fortune, DeRoche, and Cleveland.

Date: 09/20/2023

/s/ Esther D. Ness
*Attorney's signature*

Esther D. Ness (Pro Hac Vice)
*Printed name and bar number*
Selendy Gay Elsberg
1290 Avenue of the Americas
New York, NY 10104

*Address*

eness@selendygay.com
*E-mail address*

(212) 390-9363
*Telephone number*

(212) 390-9399
*FAX number*