IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT CASE STATUS REPORT**

Pursuant to the Court's instructions during the Status Conference held on August 2, 2023, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Thomas E. Caldwell, Brandon Straka, Zachary Rehl, and Kelly Meggs[1] submit this written Joint Case Status Report regarding the status of discovery since August 2, 2023.[2]

**A.   Party Discovery**

   **1.   Initial Disclosures**

At the August 2, 2023 status conference, the Court ordered that Defendant Meggs serve his initial disclosures by August 18, 2023 and Defendants Tarrio and Biggs serve their initial

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Donald J. Trump For President Inc., Make America Great Again PAC, Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Russell Taylor, Ronald Mele, Enrique Tarrio, Joseph Biggs, Stewart Rhodes, and Dominic J. Pezzola did not contribute to this report.

[2] A brief statement of the case is set forth in the Joint Case Status Report filed on April 28, 2023. ECF No. 217. The status of discovery as of August 1, 2023 is set forth in the Joint Case Status Report filed on August 1, 2023. ECF No. 239.

disclosures by September 22, 2023. Defendant Meggs served his initial disclosures on October 2, 2023. Defendants Tarrio and Biggs have failed to serve their initial disclosures.

Defendants Hostetter, Warner, and Nordean, appearing *pro se*, have also failed to serve their initial disclosures or respond to Plaintiffs' discovery requests. Plaintiffs sent letters to Defendant Nordean on August 2, 2023, August 4, 2023, and August 18, 2023 regarding discovery in this matter but received no response. Plaintiffs sent letters to Defendants Hostetter and Warner on August 18, 2023 regarding discovery in this matter but received no response. Plaintiffs sent letters to Defendants Hostetter and Warner on August 25, 2023 and September 12, 2023, respectively, following up on their failure to serve initial disclosures and responses and objections ("R&Os") to Plaintiffs' April 4, 2023 Requests for Production ("RFPs"). Plaintiffs asked Defendant Hostetter to serve both outstanding items by September 8, 2023, and Defendant Warner by September 26, 2023. Neither has responded.

## 2. Plaintiffs' Discovery Requests

Plaintiffs served their first set of interrogatories on Defendant Straka on August 15, 2023. Defendant Straka served his R&Os on September 14, 2022. Also on August 15, 2023, Plaintiffs sent Defendant Straka a letter requesting clarifying information regarding his supplemental R&Os to Plaintiffs' RFPs. On September 27, 2023, counsel for Defendant Straka served a formal response to the August 15, 2023 letter. Mr. Straka produced his third production of documents on September 27, 2023.

Plaintiffs and Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Trump Entities") held a meet and confer on August 4, 2023 to discuss Plaintiffs' proposed search terms for the Trump Entities' productions in response to Plaintiffs' RFPs. The Trump Entities agreed to all suggested search terms and have started their rolling document production with their first production on August 21, 2023 and their second production on

2

September 8, 2023.  Plaintiffs and the Trump Entities now have a biweekly standing meet and confer scheduled to check-in regarding the progress of discovery.  Plaintiffs and the Trump Entities have held meet and confers on August 18, 2023, September 8, 2023, and September 22, 2023.  The Plaintiffs and Trump Entities are negotiating updated search terms for the Trump Entities to use to identify documents for future productions.  The Trump Entities indicated plans to make another substantive production in the next month.

### 3. Defendants' Discovery Requests

Plaintiffs served their first set of rolling productions to Defendants on August 1, 2023.  Plaintiffs served their second production on September 21, 2023.  Plaintiffs are in possession of previously publicly available documents from the House Select January 6th Committee which were used in its final report on January 6, 2021.  Plaintiffs produced these documents to Defendants on August 18, 2023.

Plaintiffs served supplemental R&Os to Defendant Straka's RFPs on September 21, 2023.  Plaintiffs served supplemental R&Os to the Trump Entities' RFPs on September 21, 2023.  Plaintiffs and the Trump Entities continue to negotiate the scope of the Trump Entities' RFPs.  Plaintiffs and the Trump Entities do not require the Court's guidance at this time.

Defendant Caldwell served his first set of RFPs on Plaintiffs on September 8, 2023.  Defendant Caldwell extended Plaintiffs' time to serve R&Os to October 27, 2023.

### 4. Exhibits in Criminal Trials

Plaintiffs have filed applications to obtain criminal trial exhibits in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, *United States v. Nordean*, 1:21-cr-00175-TJK, and *United States v. Rhodes*, 1:22-cr-00015-APM.  As of October 2, 2023, the applications have been granted in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v.*

*Egtvedt*, 1:21-cr-00177-CRC, and *United States v. Rhodes*, 1:22-cr-00015-APM.  The Court has not yet taken any action on the application in *United States v. Nordean*, 1:21-cr-00175-TJK.

Plaintiffs produced the criminal trial exhibits from *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, and *United States v. Rhodes*, 1:22-cr-00015-APM to Defendants on September 29, 2023.

### B. Third-Party Discovery

#### 1. Plaintiffs' Third-Party Discovery Requests

Plaintiffs served subpoenas on the following third parties on the following dates:

- Women for America First:  February 7, 2023
- Kylie Kremer:  February 8, 2023
- Amy Kremer:  February 8, 2023
- Donald Trump, Jr.:  March 29, 2023
- Eric Trump:  March 29, 2023
- Kimberly Guilfoyle:  March 30, 2023
- Ivanka Trump:  March 30, 2023
- Jared Kushner:  March 30, 2023
- Katrina Pierson:  April 24, 2023
- Lara Trump:  April 25, 2023
- Mark Meadows:  May 1, 2023
- Jason Miller:  June 1, 2023
- Gen. Keith Kellogg:  June 1, 2023
- Cassidy Hutchinson:  June 1, 2023
- Pasquele Anthony "Pat" Cipollone:  June 1, 2023
- Michael Lindell:  July 5, 2023

4

On September 27, 2023, Plaintiffs gave Defendants notice that they were serving additional subpoenas on the following third parties:

- Ali Alexander a/k/a Ali Abdul Razaq
- Alexander "Alex" Jones
- Christina Bobb
- Daniel "Dan" Scavino
- James "Jim" Jordan
- Kevin McCarthy
- Michael "Mike" Lee
- Peter Navarro
- Roger J. Stone, Jr.
- Save America PAC
- Thomas "Tommy" Tuberville

Plaintiffs have received productions from third parties Kylie and Amy Kremer, Jason Miller, Mark Meadows, and Cassidy Hutchinson. Third parties Donald J. Trump, Jr., Eric Trump, Ivanka Trump, and Jared Kushner have represented to Plaintiffs that they intend to produce documents in response to Plaintiffs' subpoenas. Plaintiffs will continue to send any third-party productions to Defendants.

Dated:   October 2, 2023               Respectfully submitted,

By:   /s/       *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
eness@selendygay.com

  /s/       *Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

  /s/       *William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

6

By:    */s/     Stephen R. Klein*
Stephen R. Klein
Benjamin Barr
BARR & KLEIN PLLC
1629 K Street NW Suite 300
Washington, DC 20006
Tel: 202-804-6676
steve@barrklein.com
ben@barrklein.com

*Attorneys for Defendant Brandon Straka*

By:    */s/     Patrick Trainor*
Patrick Trainor
LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue, Suite 201
Rutherford, NJ 07070
Tel: 201-777-3327
pt@ptesq.com

*Attorney for Defendant Zachary Rehl*

By    */s/     Adam T. Sampson*
James Andersen
Roderick Barnes
Adam T. Sampson
ROLLINS SMALKIN RICHARDS & MACKIE, LLC
300 E. Lombard Street Suite 900
Baltimore, MD 21202
Tel: 410-727-2443
jandersen@rsrm.com
rbarnes@rsrm.com
asampson@rsrm.com

*Attorneys for Defendant Thomas E. Caldwell*

By:    */s/     Stanley Edmund Woodward, Jr.*
Stanley Edmund Woodward, Jr.
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Washington, DC 20001
Tel: 202-996-7447
stanley@brandwoodwardlaw.com

*Attorney for Defendant Kelly Meggs*

## CERTIFICATE OF SERVICE

I certify that on October 2, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: October 2, 2023        By:    *Joshua S. Margolin*
                                      Joshua S. Margolin