IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-CV-02265-APM |

**DECLARATION OF MARC P. EPSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT ALAN HOSTETTER TO PROVIDE INITIAL DISCLOSURES AND RESPOND TO REQUESTS FOR PRODUCTION**

I, Marc P. Epstein, declare as follows:

1. I am a member in good standing of the D.C. Bar and the U.S. District Court for the District of Columbia, Senior Counsel at the Lawyers' Committee for Civil Rights Under Law, and counsel for Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland. I make this declaration in support of Plaintiffs' Motion to Compel Defendant Alan Hostetter to Provide Initial Disclosures and Respond to Requests for Production. I make this declaration based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of an email from Defendant Alan Hostetter to Plaintiffs' counsel, dated January 28, 2022, and its attachment "ReplyToCivilAction DJT et al.doc."

3. Attached as Exhibit 2 is a true and correct copy of relevant pages from the transcript of the March 17, 2023 initial scheduling conference in this case.

4. Attached as Exhibit 3 is a true and correct copy of relevant pages from the transcript of the May 4, 2023 Status Conference in this case.

1

5. Attached as Exhibit 4 is a true and correct copy of relevant pages from the transcript of the June 16, 2023 Joint Status Conference in this case and in *District of Columbia v. Proud Boys Int'l, L.L.C.*, No. 1:21-cv-03267-APM (D.D.C.).

6. Attached as Exhibit 5 is a true and correct copy of relevant pages from the transcript of the August 2, 2023 Joint Status Conference in this case and in *District of Columbia v. Proud Boys Int'l, L.L.C.*, No. 1:21-cv-03267-APM (D.D.C.).

7. Attached as Exhibit 6 is a true and correct copy of Plaintiffs' First Requests for Production of Documents to Defendant Alan Hostetter, dated April 4, 2023.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiffs' August 18, 2023 letter to Defendant Hostetter.

9. Attached as Exhibit 8 is a true and correct copy of Plaintiffs' August 25, 2023 letter to Defendant Hostetter and its attachments.

10. Attached as Exhibit 9 is a true and correct copy of the U.S. Postal Service return receipt indicating that Plaintiffs' August 25, 2023 letter to Defendant Hostetter (Ex. 8) was delivered on September 13, 2023.

11. Attached as Exhibit 10 is a true and correct copy of Plaintiffs' August 25, 2023 email to Defendant Hostetter attaching Plaintiffs' August 25, 2023 letter (Ex. 8).

12. Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs has attempted to meet and confer in good faith with Defendant Hostetter regarding his failure to serve initial disclosures or respond to Plaintiffs' discovery requests. To date, Plaintiffs have not received any response from Defendant Hostetter to their correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2023

By: *Marc Epstein*
Marc P. Epstein
D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8318
mepstein@lawyerscommittee.org

*Attorney for Plaintiffs Conrad Smith, et al.*