# Exhibit 2

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,              )
                                   )
        Plaintiffs,                )
                                   )
     vs.                           )   CV No. 21-2265
                                   )   Washington, D.C.
DONALD J. TRUMP, ET AL.,           )   March 17, 2023
                                   )   3:00 p.m.
        Defendants.                )
_____)


          TRANSCRIPT OF INITIAL SCHEDULING CONFERENCE
                    VIA ZOOM PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE
```

2

APPEARANCES:

For Smith Plaintiffs:         William J. Blechman
                              KENNY NACHWALTER, P.A.
                              1441 Brickell Avenue
                              Suite 1100
                              Miami, FL 33131
                              (305) 373-1000
                              Email: wblechman@knpa.com

                              Marc Philip Epstein
                              Edward G. Caspar
                              LAWYERS' COMMITTEE FOR
                              CIVIL RIGHTS UNDER LAW
                              1500 K Street NW
                              Suite 900
                              Washington, D.C. 20005
                              (202) 662-8318
                              Email:
                              mepstein@lawyerscommittee.org
                              Email:
                              ecaspar@lawyerscommittee.org

                              Elizabeth Snow
                              Faith E. Gay
                              SELENDY GAY ELSBERG PLLC
                              1290 Avenue of the Americas
                              New York, NY 10104
                              (212) 390-9000
                              Email:
                              esnow@selendygay.com
                              Email:
                              fgay@selendygay.com

2

APPEARANCES:

For Smith Plaintiffs:         William J. Blechman
                              KENNY NACHWALTER, P.A.
                              1441 Brickell Avenue
                              Suite 1100
                              Miami, FL 33131
                              (305) 373-1000
                              Email: wblechman@knpa.com

                              Marc Philip Epstein
                              Edward G. Caspar
                              LAWYERS' COMMITTEE FOR
                              CIVIL RIGHTS UNDER LAW
                              1500 K Street NW
                              Suite 900
                              Washington, D.C. 20005
                              (202) 662-8318
                              Email:
                              mepstein@lawyerscommittee.org
                              Email:
                              ecaspar@lawyerscommittee.org

                              Elizabeth Snow
                              Faith E. Gay
                              SELENDY GAY ELSBERG PLLC
                              1290 Avenue of the Americas
                              New York, NY 10104
                              (212) 390-9000
                              Email:
                              esnow@selendygay.com
                              Email:
                              fgay@selendygay.com

```
APPEARANCES CONTINUED:

For Defendants
Donald J. Trump,
Donald J. Trump
for President,
MAGA PAC:                     Jason Caldwell Greaves
                              Jesse R. Binnall
                              BINNALL LAW GROUP
                              717 King Street
                              Suite 200
                              Alexandria, VA 22314
                              (703) 888-1943
                              Email: jesse@binnall.com

                              Stephen R. Klein
                              BARR & KLEIN PLLC
                              1629 K Street NW
                              Suite 300
                              Washington, D.C. 20006
                              (202) 804-6676
                              Email: steve@barrklein.com

For Defendant
Russell Taylor:               Dyke Huish
                              LAW OFFICE OF DYKE HUISH
                              26161 Marguerite Parkway
                              Suite B
                              Mission Viejo, CA 92692
                              (949) 257-3068
                              Email: huishlaw@mac.com

For Defendant
Ronald Mele:                  Steven C. Bailey
                              BAILEY & ROMERO LAW
                              680 Placerville Drive
                              Suite A1
                              Placerville, CA 95667
                              (530) 212-3407
                              Email:
                              steven@stevencbailey.org
```

4

```
APPEARANCES CONTINUED:

For Defendant
Zachary Rehl:                 Patrick Trainor
                              LAW OFFICE OF
                              PATRICK TRAINOR, ESQ., LLC
                              19 Union Avenue
                              Suite 201
                              Rutherford, NJ 07070
                              (201) 777-3327
                              Email: pt@ptesq.com

For Defendant
Kelly Meggs:                  Juli Zsuzsa Haller
                              LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, NW
                              Suite 900
                              S. Building
                              Washington, D.C. 20036
                              (202) 352-2615
                              Email: juli.haller@aflegal.org

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```