# Exhibit 3

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,              )
                                   )
        Plaintiffs,                )
                                   )    CV No. 21-2265
     vs.                           )    Washington, D.C.
                                   )    May 4, 2023
DONALD J. TRUMP, ET AL.,           )    2:04 p.m.
                                   )
        Defendants.                )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:         Joshua S. Margolin
                            SELENDY GAY ELSBERG PLLC
                            1290 Avenue of the Americas
                            New York, NY 10104
                            (212) 390-9000
                            Email:
                            jmargolin@selendygay.com

                            Marc Philip Epstein
                            Edward G. Caspar
                            LAWYERS' COMMITTEE FOR
                            CIVIL RIGHTS UNDER LAW
                            1500 K Street NW
                            Suite 900
                            Washington, D.C. 20005
                            (202) 662-8318
                            Email:
                            mepstein@lawyerscommittee.org
                            Email:
                            ecaspar@lawyerscommittee.org
```

```
APPEARANCES CONTINUED:

For the Plaintiffs:        William J. Blechman
                           KENNY NACHWALTER, P.A.
                           1441 Brickell Avenue
                           Suite 1100
                           Miami, FL 33131
                           (305) 373-1000
                           Email: wblechman@knpa.com

For the Defendants:        Jesse R. Binnall
                           BINNALL LAW GROUP
                           717 King Street
                           Suite 200
                           Alexandria, VA 22314
                           (703) 888-1943
                           Email: jesse@binnall.com

                           Benjamin Barr
                           BARR & KLEIN PLLC
                           444 N. Michigan Avenue
                           Chicago, IL 60611
                           (202) 595-4671
                           Email: ben@barrklein.com

                           John Daniel Hull, IV
                           HULL MCGUIRE PC
                           1420 N Street, NW
                           Washington, D.C. 20005
                           (202) 429-6520
                           Email: jdhull@hullmcguire.com
```

```
APPEARANCES CONTINUED:

For the Defendants:         Steven C. Bailey
                            BAILEY & ROMERO LAW
                            680 Placerville Drive
                            Suite A1
                            Placerville, CA 95667
                            (530) 212-3407
                            Email:
                            steven@stevencbailey.org

                            Patrick Trainor
                            LAW OFFICE OF
                            PATRICK TRAINOR, ESQ., LLC
                            19 Union Avenue
                            Suite 201
                            Rutherford, NJ 07070
                            (201) 777-3327
                            Email: pt@ptesq.com

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249
```

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription