# Exhibit 4

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,              )
                                   )
         Plaintiffs,               )
                                   )
     vs.                           )  CV No. 21-2265
                                   )
DONALD J. TRUMP, ET AL.,           )
                                   )
         Defendants.               )  Washington, D.C.
_____)  June 16, 2023
                                      3:32 p.m.

DISTRICT OF COLUMBIA,              )
                                   )
         Plaintiff,                )
                                   )
     vs.                           )  CV No. 21-3267
                                   )
PROUD BOYS INTERNATIONAL,          )
LLC, ET AL.,                       )
                                   )
         Defendants.               )
_____)
```

 TRANSCRIPT OF JOINT STATUS CONFERENCE VIA ZOOM PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Smith Plaintiffs:        William J. Blechman
                             KENNY NACHWALTER, P.A.
                             1441 Brickell Avenue
                             Suite 1100
                             Miami, FL 33131
                             (305) 373-1000
                             Email: wblechman@knpa.com

                             Marc Philip Epstein
                             Edward G. Caspar
                             LAWYERS' COMMITTEE FOR
                             CIVIL RIGHTS UNDER LAW
                             1500 K Street NW
                             Suite 900
                             Washington, D.C. 20005
                             (202) 662-8318
                             Email:
                             mepstein@lawyerscommittee.org
                             Email:
                             ecaspar@lawyerscommittee.org

                             Elizabeth Snow
                             SELENDY GAY ELSBERG PLLC
                             1290 Avenue of the Americas
                             New York, NY 10104
                             (212) 390-9000
                             Email:
                             esnow@selendygay.com

```
```
```
```

APPEARANCES CONTINUED:

```
For District of Columbia
Plaintiffs:                    Jeannie Sclafani Rhee
                               PAUL, WEISS, RIFKIND,
                               WHARTON & GARRISON LLP
                               2001 K Street NW
                               Washington, D.C. 20006
                               (202) 223-7300
                               Email: JRhee@paulweiss.com

                               Eileen Beryle Hershenov
                               ADL
                               605 Third Avenue
                               New York, NY 10158
                               (347) 380-0932
                               Email: ehershenov@adl.org

                               Erin J. Morgan
                               PAUL, WEISS, RIFKIND,
                               WHARTON & GARRISON LLP
                               1285 Avenue of the Americas
                               New York, NY 10019-6064
                               (212) 373-3000
                               Email: ejmorgan@paulweiss.com
```

```
APPEARANCES CONTINUED:

For the Defendants:          Jason Caldwell Greaves
                             Jesse R. Binnall
                             BINNALL LAW GROUP
                             717 King Street
                             Suite 200
                             Alexandria, VA 22314
                             (703) 888-1943
                             Email: jesse@binnall.com

                             Stephen R. Klein
                             BARR & KLEIN PLLC
                             1629 K Street NW
                             Suite 300
                             Washington, D.C. 20006
                             (202) 804-6676
                             Email: steve@barrklein.com

                             Jody Lynn Broaddus
                             ATTORNEYS FOR FREEDOM LAW FIRM
                             3185 S Price Road
                             Chandler, AZ 85248
                             (480) 755-7110
                             Email:
                             jody@attorneysforfreedom.com

                             George R. Doumar
                             DOUMAR MARTIN PLLC
                             11350 Random Hills Road
                             Suite 700
                             Fairfax, VA 22030
                             (703) 243-3737
                             Email:
                             gdoumar@doumarmartin.com
```

```
APPEARANCES CONTINUED:

For the Defendants:         John M. Pierce
                            JOHN PIERCE LAW P.C.
                            21550 Oxnard Street
                            Suite 3rd Floor OMB #172
                            Woodland Hills, CA 91367
                            (213) 400-0725
                            Email:
                            jpierce@johnpiercelaw.com

                            Claude M. Kicklighter, Jr.
                            KICKLIGHTER LAW, P.C.
                            412 North Laurel Street
                            Springfield, GA 31329
                            (912) 754-6003
                            Email: mickey@kick-law.com

                            Bradford L Geyer
                            FORMERFEDSGROUP.COM LCC
                            141 I Route 130 South
                            Suite 303
                            Cinnaminson, NJ 08077
                            (856) 607-5708
                            Email:  bradford.geyer
                            @formerfedsgroup.com

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```