# Exhibit 5

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


CONRAD SMITH, ET AL.,               )
                                    )
        Plaintiffs,                 )
                                    )
     vs.                            )   CV No. 21-2265
                                    )
DONALD J. TRUMP, ET AL.,            )
                                    )
        Defendants.                 )   Washington, D.C.
_____)   August 2, 2023
                                        10:02 a.m.

DISTRICT OF COLUMBIA,               )
                                    )
        Plaintiff,                  )
                                    )
     vs.                            )   CV No. 21-3267
                                    )
PROUD BOYS INTERNATIONAL,           )
LLC, ET AL.,                        )
                                    )
        Defendants.                 )
_____)
```

TRANSCRIPT OF JOINT STATUS CONFERENCE VIA ZOOM PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
           UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Smith Plaintiffs:         William J. Blechman
                              KENNY NACHWALTER, P.A.
                              1441 Brickell Avenue
                              Suite 1100
                              Miami, FL 33131
                              (305) 373-1000
                              Email: wblechman@knpa.com

                              Edward G. Caspar
                              LAWYERS' COMMITTEE FOR
                              CIVIL RIGHTS UNDER LAW
                              1500 K Street NW
                              Suite 900
                              Washington, D.C. 20005
                              (202) 662-8318
                              Email:
                              ecaspar@lawyerscommittee.org

                              Elizabeth Snow
                              SELENDY GAY ELSBERG PLLC
                              1290 Avenue of the Americas
                              New York, NY 10104
                              (212) 390-9000
                              Email:
                              esnow@selendygay.com

```
APPEARANCES CONTINUED:

For District of Columbia
Plaintiffs:                   James Pasch
                              ADL
                              605 3rd Avenue
                              New York, NY 10158
                              (212) 885-5806
                              Email: jpasch@adl.org

                              Erin J. Morgan
                              PAUL, WEISS, RIFKIND,
                              WHARTON & GARRISON LLP
                              1285 Avenue of the Americas
                              New York, NY 10019-6064
                              (212) 373-3000
                              Email: ejmorgan@paulweiss.com

For Defendant Trump,
Don J. Trump, Incorporated,
MAGA PAC:                     Jason Caldwell Greaves
                              Jesse R. Binnall
                              BINNALL LAW GROUP
                              717 King Street
                              Suite 200
                              Alexandria, VA 22314
                              (703) 888-1943
                              Email: jason@binnall.com
                              Email: jesse@binnall.com

For Defendant Straka:         Stephen R. Klein
                              BARR & KLEIN PLLC
                              1629 K Street NW
                              Suite 300
                              Washington, D.C. 20006
                              (202) 804-6676
                              Email: steve@barrklein.com

                              Julianne E. Murray
                              LAW OFFICES OF
                              MURRAY PHILLIPS & GAY
                              215 E. Market Street
                              Georgetown, DE 19947
                              (302) 855-9300
                              Email:
                              julie@murrayphillipslaw.com
```

```
APPEARANCES CONTINUED:

For Defendants
Tarrio, Biggs and Schaffer:    John Daniel Hull, IV
                               HULL MCGUIRE PC
                               1420 N Street, NW
                               Washington, D.C. 20005
                               (202) 429-6520
                               Email: jdhull@hullmcguire.com

                               Jody Lynn Broaddus
                               ATTORNEYS FOR FREEDOM LAW FIRM
                               3185 S Price Road
                               Chandler, AZ 85248
                               (480) 755-7110
                               Email:
                               jody@attorneysforfreedom.com

For Defendants
Roberto Minuta,
William Pepe,
Stewart Rhodes,
Dominic Pezzola,
JonathanPeter Klein,
and Edward Vallejo.:           John M. Pierce
                               JOHN PIERCE LAW P.C.
                               21550 Oxnard Street
                               Suite 3rd Floor OMB #172
                               Woodland Hills, CA 91367
                               (213) 400-0725
                               Email:
                               jpierce@johnpiercelaw.com


For Defendants
Kelly and Connie Meggs:        Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW, LP
                               400 Fifth Street, Northwest
                               Washington, D.C. 20001
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com
```

```
APPEARANCES CONTINUED:

For Defendant
Christopher Kuehne:        William Thomas DeVinney
                           BRIGLIAHUNDLEY
                           1921 Gallows Road
                           Tysons, VA 22182
                           (703) 942-8076
                           Email:
                           wdevinney@brigliahundley.com

For Defendant Ulrich:      Claude M. Kicklighter, Jr.
                           KICKLIGHTER LAW, P.C.
                           412 North Laurel Street
                           Springfield, GA 31329
                           (912) 754-6003
                           Email: mickey@kick-law.com

Defendant Caldwell:        James Andersen
                           ROLLINS SMALKIN
                           RICHARDS & MACKIE
                           300 E. Lombard Street
                           Suite 900
                           Baltimore, MD 21202
                           (410) 727-2443
                           Email: jandersen@rsrm.com

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249
```

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription