# Exhibit 6

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:21-CV-02265-APM |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ALAN HOSTETTER

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs"), by and through their undersigned counsel, hereby request Defendant Alan Hostetter to produce for inspection and copying the documents listed in this First Set of Requests for Production of Documents and Things ("Requests"), to Plaintiffs' attorneys Selendy Gay Elsberg PLLC, at 1290 Avenue of the Americas, New York, NY 10104, within 30 days of being served or at a time and place mutually agreed by the parties or ordered by the Court.

### DEFINITIONS

1. The singular form of a word includes the plural, and vice versa.

2. Any tense of a verb includes all tenses thereof.

3. Any natural person includes that person's agents, assigns, attorneys, employees, representatives, and successors.

4. Any entity other than a natural person includes (a) that entity's present and former agents, affiliates (foreign or domestic), assigns, attorneys, consultants, directors, divisions,

employees, officers, parents, predecessors, representatives, servants, subsidiaries, and successors; (b) any person or entity, directly or indirectly, wholly or in part, associated with, controlled by, or owned by that entity; (c) and any other person or entity acting or purporting to act on behalf of (a) or (b).

5. "All," "any," and "each" mean any and all.

6. "American Phoenix Project" means the non-profit organization headquartered in San Clemente, California and founded by Defendant Alan Hostetter in the spring of 2020.

7. "And" and "or" are construed both conjunctively and disjunctively.

8. "Certification" means the January 6, 2021 certification of the official results of the votes of the presidential electors in the United States presidential elections, pursuant to the 12th Amendment to the United States Constitution, the Electoral Count Act of 1887, 3 U.S.C. § 15, and related federal laws.

9. "Communication" means every manner of the transmittal of information in the form of facts, ideas, inquiries, or otherwise, whether person-to-person, in a group, orally, in writing, by telephone, by electronic transmission, or otherwise.

10. "Criminal Action" means the prosecution of You and other named defendants, captioned *USA v. Hostetter et al.*, No. 21-cr-392.

11. "D.C. Stop the Steal Rally" means the demonstration held on December 12, 2020 in Washington, D.C.

12. "Defendant" means any defendant in the above-captioned case, including, for the avoidance of doubt, Donald J. Trump, Donald J. Trump for President, Inc., Make America Great Again PAC, Stop the Steal LLC, Brandon J. Straka, Proud Boys, Proud Boys International, LLC, Enrique Tarrio, Ethan Nordean, Joseph R. Biggs, Zachary Rehl, Charles Donohoe, Dominic J.

Pezzola, Oath Keepers, Stewart Rhodes, Thomas E. Caldwell, Jessica Watkins, Kelly Meggs, Alan Hostetter, Russell Taylor, Erik Scott Warner, Felipe Antonio "Tony" Martinez, Derek Kinnison, and Ronald Mele.

13. "Defendant Trump" means Defendant Donald J. Trump.

14. "Device" means any phone, smartphone, tablet, laptop, personal computer, e-reader, smart watch, or other electronic device.

15. "Document" means "document" and "electronically stored information" as defined in the Federal Rules of Civil Procedure 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

16. "Ellipse" means the public park south of the White House fence and north of Constitution Avenue and the National Mall in Washington, D.C., also known as President's Park South.

17. "Georgia Stop the Steal Rally" means the demonstration held on November 18, 2020 at the Georgia State Capitol, located at 206 Washington St. SW, Atlanta, GA 30334.

18. "Federal Government Official" means, without limitation, any individual holding an office of trust with the United States government, including without limitation officials of the Executive branch, or anyone acting on their behalf, or congresspeople, or anyone acting on their behalf,

19. "Hall of States Meeting" means the publicly reported meeting on January 5, 2021 including Henry "Enrique" Tarrio, Stewart Rhodes, Joshua Macias, and Bianca Gracia in the Hall of States garage located at 300 North Capitol St. NW, Washington, D.C. 20001.

20. "Including" means including but not limited to.

21. "January 6, 2021" means the events of January 6, 2021 in Washington, D.C., including the Save America Rally and the subsequent march to, attack on, and occupation of the U.S. Capitol, including the violent acts of Defendants as alleged in the Amended Complaint.

22. "Member" means any known or perceived member.

23. "Million MAGA March" means the demonstration held on November 14, 2020, which began at approximately 12:00 EST at Freedom Plaza, located near 4th St. and Pennsylvania Ave. in Washington, D.C.

24. "Oath Keeper Defendants" means Defendants Oath Keepers, Stewart Rhodes, Thomas E. Caldwell, Jessica Watkins, and Kelly Meggs.

25. "Oath Keepers" means the Nevada-based nonprofit founded by defendant Stewart Rhodes, with national leadership and state, county and local chapters across the United States that includes a far-right anti-government militia, whose leaders have been convicted of violently opposing the government of the United States, including the transfer of Presidential power as prescribed in the US Constitution.

26. "Occupation of the Michigan State Capitol" means the demonstrations held on April 30, 2020 outside and inside the Michigan Capitol building, located at 100 N Capitol Ave., Lansing, Michigan 48933, also known as the American Patriot Rally, and organized by Michigan United for Liberty.

27. "Parler" means the micro-blogging and social networking service launched in August 2018 and headquartered in Nashville, Tennessee.

28. "Person" means a natural person or legal entity including any business or governmental entity or association.

29. "November 2020 Election" means the election held on November 3, 2020.

30. "Proud Boys" means Defendant Proud Boys and Defendant Proud Boys International, LLC.

31. "Proud Boys Defendants" means Defendants Enrique Tarrio, Ethan Nordean, Joseph R. Biggs, Zachary Rehl, Charles Donohoe, and Dominic Pezzola.

32. "QRF" means "Quick Reaction Force," an organized, armed military-style unit capable of rapidly responding to situations, typically to assist allied units.

33. "Regarding" means (directly or indirectly, partially or wholly) about, alluding to, assessing, bearing upon, commenting upon, comprising, confirming, connected to, considering, containing, contradicting, dealing with, discussing, embodying, evaluating, evidencing, identifying, in connection with, indicating, in respect of, involving, memorializing, mentioning, noting, pertaining to, probative of, proving, recording, reflecting, referring to, regarding, relating to, reporting on, reviewing, setting forth, supporting, suggesting, summarizing, stating, showing, touching upon, a subject, or having been created, generated, or maintained in connection with or as a result of that subject.

34. "RNC" means the Republican National Committee, which is the political committee responsible for developing and promoting the Republican Party.

35. "Request" means any of these requests.

36. "Rubio Rally" means the demonstration held on January 2, 2021 outside of Senator Marco Rubio's home in Miami, Florida.

37. "Save America PAC" means the Save America Political Action Committee.

38. "Save America Rally" means the "Save America" event held at the Ellipse in Washington, D.C. on January 6, 2021.

39. "Select Committee" means the Select Committee to Investigate the January 6th Attack on the United States Capitol of the U.S. House of Representatives, formed on July 1, 2021.

40. "Social Media Account" means an account on any electronic platform on which people can communicate, including Facebook, Twitter, Parler, WhatsApp, Gab, Gettr, Truth Social, Telegram, Rumble, MeWe, Signal, 4chan, 8chan, BitChute, Zello, theDonald.win, and Discord.

41. "Stop the Steal Defendants" means Defendants Stop the Steal LLC and Brandon Straka.

42. "Tallahassee Rally" means the demonstration held on July 10, 2021 at the Florida State Capitol, located at 400 S. Monroe St., Tallahassee, FL 32399.

43. "Three Percenters" means the American far-right, anti-government militia group founded in 2008 and loosely affiliated with the Oath Keepers, and including or affiliated with Defendants Alan Hostetter, Russell Taylor, Erik Scott Warner, Felipe Antonio "Tony" Martinez, Derek Kinnison, and Ronald Mele.

44. "Trump Defendants" means Defendants Donald J. Trump, Donald. J Trump for President Inc., and Make America Great Again PAC.

45. "Trump Family" means Defendant Donald J. Trump, Donald Trump Jr., Eric Trump, Lara Trump, Ivanka Trump, Jared Kushner, Kimberly Guilfoyle, and Melania Trump.

46. "U.S. Capitol" means the meeting place of the United States Congress and seat of the legislative branch of the U.S. federal government, located at First St. SE, Washington, D.C. 20004.

47. "Weapons" means any tangible item or thing used or intended to be used to exert physical harm on a person or property and includes but is not limited to rocks, bottles, metal poles,

bear spray, pepper spray, chemical spray, explosives or other incendiary devices, firearms, knives, construction equipment or materials, batons, stun guns, flagpoles, fire extinguishers, helmets, battering rams, and riot shields.

48. "White House" means the official residence of the president of the United States, located at 1600 Pennsylvania Avenue NW, Washington, D.C. 20500.

49. "Willard Command Center" means the set of hotel rooms reserved at the Willard Hotel located in Washington, D.C. about a block from the White House, on or around January 6, 2021, which has been reported as a "command center" for January 6.

50. "Women for Trump" means the political group founded by Amy Kremer and Kathryn Serkes in June 2016.

51. "You" or "Your" means Defendant Alan Hostetter.

## INSTRUCTIONS

1. These Requests seek production of material in Your possession, custody, or control. If any of your Documents or materials are presently in the possession of a U.S. government agency, for each set of materials identify the agency and the contact person.

2. These Requests seek production of nonprivileged material.

3. For each Request, either state that You will produce the requested material or state with specificity the grounds and reasons for objecting to the Request.

4. If You object to all or part of a Request, state whether You are withholding any responsive material based on that objection.

5. If You object to part of a Request, specify the part and state that You will produce Documents responsive to the rest.

6. If You withhold responsive information by claiming that the information is privileged or subject to protection as trial-preparation material, expressly make the claim and

7

describe the nature of the information privileged or protected in a manner that, without revealing information itself privileged or protected, will enable assessment of the claim, in a privilege log that complies with Federal Rule of Civil Procedure 26(b)(5). For each Document or Communication You withhold as privileged, identify the Document or Communication, state the specific basis for the claim of privilege, and provide the following information: (1) the date appearing on the Document or Communication; (2) a description of the general nature of the Document or Communication (e.g., whether it is a letter, memorandum, e-mail, etc.); (3) the author of the Document or Communication; and (4) the identity of each person to whom the Document or Communication was addressed and the identity of each person to whom a copy was sent.

7. If You withhold responsive information by claiming that the information is subject to a protective order and/or confidentiality agreement, expressly make the claim, produce a copy of such protective order and/or confidentiality agreement, and explain the protocol for obtaining permission to disclose the information in this action.

8. Produce Documents and Communications as they are kept in the usual course of business. For each Document and Communication, identify the file or location from which it was taken and the name, affiliation, and position of the producing custodian or non-custodial source.

9. Produce each Document and Communication in its entirety, without abbreviation or redaction, including all attachments or materials attached thereto.

10. Produce all versions of each Document and Communication that are not identical to the original Document and Communication (including all drafts) whether due to handwritten notations, revisions, enclosures, attachments, underlining, highlighting, or otherwise.

11. If after responding to any Request You learn that Your response is in some material respect incomplete or incorrect, supplement or correct Your response in a timely manner. Fed. R. Civ. P. 26(e)(1)(A).

## **RELEVANT TIME PERIOD**

Unless otherwise specified, these Requests cover the time period from and including January 1, 2020 to and including August 26, 2021.

## **REQUESTS**

1. All Documents and Communications regarding January 6, 2021.

2. All Documents and Communications regarding the November 2020 Election.

3. All photographs, or audio or visual recordings, regarding January 6, 2021.

4. All photographs, or audio or visual recordings, regarding the November 2020 Election.

5. All Documents and Communications regarding the organization and planning for January 6, 2021.

6. All Documents and Communications regarding encouraging or organizing attendance for January 6, 2021.

7. All Documents and Communications regarding directions, instructions, or orders given to or by any Members of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, or American Phoenix Project, including to or by You, regarding January 6, 2021 or the November 2020 Election.

8. All Documents and Communications regarding any public statements that You have made regarding January 6, 2021.

9

9. All Documents and Communications regarding planning, travel arrangements, lodging arrangements, training, instructions, dress, or expenditures, or any other preparation for January 6, 2021.

10. All Documents and Communications regarding the purchase, transport, or distributions of Weapons, crowd-control tools and equipment, or tactical equipment for rallies and events and any related services between November 1, 2020 and January 20, 2021.

11. All Documents and Communications regarding any Weapons training or practice You have participated in.

12. All Documents and Communications regarding possession of Weapons by You or others on or in connection with January 6, 2021.

13. All Documents and Communications regarding a march to the Capitol on January 6, 2021.

14. All Documents and Communications regarding individuals arrested for actions taken at or around the U.S. Capitol on January 6, 2021.

15. All Documents and Communications regarding damage to the U.S. Capitol on January 6, 2021.

16. All Documents and Communications regarding any QRF.

17. All Documents and Communications regarding any visit by any Oath Keeper Defendants, Proud Boys Defendants, or Stop the Steal Defendants to Washington, D.C. between and including November 4, 2020 and January 6, 2021, including visits to the U.S. Capitol and the White House.

18. All Documents and Communications regarding the U.S. Capitol's layout or security procedures, including the U.S. Capitol building or grounds.

19. All Documents and Communications regarding the police presence on January 6, 2021, including the United States Capitol Police, United States Capitol Police officers, D.C. Metropolitan Police officers, D.C. Metropolitan Police Department, and National Guard.

20. All Documents and Communications regarding President Joseph R. Biden or Vice President Kamala Harris taking office as the President of the United States and the Vice President of the United States, respectively, including communications regarding their inauguration on January 20, 2021.

21. All Documents and Communications regarding the Willard Command Center.

22. All Documents and Communications regarding the planning, preparation, and organization of the Save America Rally, including the Hall of States Meeting.

23. All Communications regarding January 6, 2021 or the November 2020 Election with:

    a. any Defendant or anyone acting on behalf of any Defendant;

    b. any Member of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, or American Phoenix Project;

    c. any Member of the Trump Family, or anyone acting on behalf of any Member of the Trump Family;

    d. any Government Official, or anyone acting on behalf of any Government Official;

    e. Stephen Bannon, John C. Eastman, Rudolph Giuliani, Sean Hannity, Laura Ingraham, Alexander Jones, Bernard Kerik, Michael Lindell, Daniel Scavino, or any Member of Women for Trump;

    f. the RNC or anyone acting on behalf of the RNC;

    g. the Save America PAC or anyone acting on behalf of the Save America PAC.

24. All Documents and Communications regarding Your involvement in the planning, preparation, or organization of any planned rallies, demonstrations, or other similar events between November 4, 2020 and January 6, 2021, including with anyone employed by the White House or any Federal Government Official.

25. All Documents and Communications regarding demonstrations, rallies, protests, gatherings, or violence, or planned rallies, gatherings, or violence, regarding the November 2020 Election, including:

    a. The Occupation of the Michigan State Capitol;

    b. The Million MAGA March;

    c. The Georgia Stop the Steal Rally;

    d. The D.C. Stop the Steal Rally;

    e. The Rubio Rally; and

    f. The Tallahassee Rally.

26. All Documents and Communications regarding election fraud or supposed election fraud in connection with the November 2020 Election, including regarding purported attempts to alter the results of the November 2020 Election, the November 2020 Election purportedly being stolen or fraudulent, the November 2020 Election not being stolen or fraudulent, or making statements that the November 2020 Election was stolen or fraudulent.

27. All Documents and Communications regarding Defendant Trump's ability to remain the President of the United States following the November 2020 election, including all related memoranda.

28. All Documents and Communications from January 6, 2021 to the present regarding the propriety of the November 2020 Election or Defendant Trump's status as the rightful winner of the November 2020 Election.

29. All Documents and Communications regarding the Certification, including regarding the purported ability of the U.S. Congress to reject presidential electors during the Certification, Vice President Michael Pence's power to reject electors during the Certification, memoranda authored by John C. Eastman regarding the Certification, or any attempts to submit competing slates of electors.

30. All Documents and Communications regarding any hit list or list identifying any individual as targets for violence of any kind in connection with the November 2020 Election or January 6, 2021.

31. Documents sufficient to show all Social Media Accounts connected with or used by You or any Defendant, as well as all individuals who has or has had access to the Social Media Accounts connected with or used by You or any Defendant.

32. Documents sufficient to show all cell phone numbers and email addresses connected with or used by You or any Defendant.

33. All Documents and Communications regarding the physical location of any Defendant or individual involved with January 6, 2021 on and throughout the period between 12:00 AM January 5, 2021 and 12:00 AM January 8, 2021.

34. Documents sufficient to show all Devices used by You and the American Phoenix Project or its Members on or regarding January 6, 2021.

35. Documents sufficient to show all cloud storage services used by You and the American Phoenix Project or its Members on or regarding January 6, 2021.

36. All Documents and Communications sent to or received from any media organization or employee thereof between and including November 4, 2020 and the present regarding Defendant Trump, January 6, 2021, the Certification, or the November 2020 Election.

37. All Documents and Communications regarding Your relationship to Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, or American Phoenix Project, including regarding any role You hold, or previously held, in Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, or American Phoenix Project.

38. Documents sufficient to show the formal or informal organizational structure or chain-of-command of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, or American Phoenix Project, including all Members of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, and American Phoenix Project, and any and all local chapters thereof, and any changes thereto.

39. All Documents and Communications regarding the meetings, policies, or internal practices of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, and American Phoenix Project, including regarding any official or unofficial meetings of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, and American Phoenix Project.

40. All Documents and Communications regarding trainings, resources, manuals, guides, or meetings offered or provided by or to any Member of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, and American Phoenix Project, including about police or military tactics, Weapons training, crowd control, hand-to-hand combat, self-defense, or communications.

41. All Documents and Communications regarding the methods and means of recruitment, solicitation of new Members, and advertising of Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, and American Phoenix Project.

42. All Documents and Communications regarding the fundraising, including sources of funds raised and uses of funds raised by Defendant Proud Boys, Defendant Oath Keepers, Defendant Stop the Steal LLC, Three Percenters, and American Phoenix Project.

43. All Documents and Communications regarding fundraising communications sent by or to the RNC between and including November 4, 2020 and January 7, 2021 regarding Defendant Trump or January 6, 2021.

44. All Documents and Communications regarding the Insurrection Act.

45. All Documents and Communications regarding the following public statements:

    a. Defendant Trump's statement to Proud Boys that they "stand back and stand by" on September 29, 2020, including use of the statement in promotional materials and attempts to monetize the statement;

    b. Defendant Trump's tweets to "LIBERATE MINNESOTA!" "LIBERATE MICHIGAN!" and "LIBERATE VIRGINIA, and save your great 2nd Amendment. It is under siege!" on April 17, 2020 at 11:21 AM EST, 11:22 AM EST, and 11:25 AM EST respectively;

    c. Defendant Donald J. Trump for President, Inc.'s fundraising emails on November 4, 2020, including those stating "They will try to STEAL THE ELECTION from the American People. Plain and simple," "I warned this would happen," and "The Left wants to undermine this Election and we need YOU to FIGHT BACK";

    d. Defendant Donald J. Trump for President, Inc.'s fundraising email on December 1, 2020 stating "I can't defend this Election alone . . . I need YOUR help";

    e. Defendant Donald J. Trump for President, Inc.'s fundraising email on December 3, 2020 stating "I cannot do it alone, I need YOUR HELP";

    f. Defendant Trump's tweet stating that "WE MUST HAVE BEGUN TO FIGHT!!" on December 12, 2020 at 8:47 AM EST;

    g. Defendant Trump's tweet stating that ".@senatemajldr and Republican Senators have to get together, or you won't have a Republican Party anymore. We won the Presidential Election, by a lot. FIGHT FOR IT. Don't let them take it away!" on December 18, 2020 at 9:14 AM EST;

15

h. Defendant Trump's tweet stating that there would be a "big protest in D.C. on January 6th. Be there, will be wild!" on December 19, 2020 at 1:42 AM EST;

i. Defendant Trump's tweet stating "They are slow walking the signature verification in Georgia. They don't want results to get out prior to January 6th. They know what they are trying so hard to hide. Terrible people! @BrianKempGA" on December 23, 2020 at 12:08 PM EST;

j. Defendant Trump's tweet stating that "The 'Justice' Department and the FBI have done nothing about the 2020 Presidential Election Voter Fraud, the biggest SCAM in our nation's history, despite overwhelming evidence. They should be ashamed. History will remember. Never give up. See everyone in D.C. on January 6th." On December 26, 2020 at 8:14 AM EST;

k. Defendant Trump's tweet stating "See you in Washington, DC on January 6th. Don't miss it. Information to follow!" on December 27, 2020 at 5:51 PM EST;

l. Defendant Trump's tweet stating "The BIG Protest Rally in Washington, D.C. will take place at 11.00 A.M. on January 6th. Locational details to follow. StopTheSteal!" on January 1, 2021 at 2:53 PM EST;

m. Defendant Trump's tweet stating "January 6th. See you in D.C." on January 1, 2021 at 6:38 PM EST;

n. Defendant Trump's tweet stating "How can you certify an election when the numbers being certified are verifiably WRONG. You will see the real numbers tonight during my speech, but especially on JANUARY 6th. @SenTomCotton Republicans have pluses and minuses, but one thing is sure, THEY NEVER FORGET!" on January 4, 2021 at 10:07 AM EST;

o. Defendant Trump's statement on January 4, 2021 that "If the liberal Democrats take the Senate and the White House—and they're not taking this White House—we're going to fight like hell, I'll tell you right now;"

p. Defendant Trump's tweet stating "States want to correct their votes, which they now know were based on irregularities and fraud, plus corrupt process never received legislative approval. All Mike Pence has to do is send them back to the States, AND WE WIN. Do it Mike, this is a time for extreme courage!" on January 6, 2021 at 8:17 AM EST;

q. Donald Trump Jr.'s statement at the Save America Rally that "You can be a hero, or you can be a zero. And the choice is yours. But we are all watching. The whole world is watching, folks. Choose wisely";

16

    r.    Eric Trump's statement at the Save America Rally that "We live in the greatest country in the world, and we will never, ever, ever stop fighting";

    s.    Eric Trump's statement at the Save America Rally that "[T]hey need to stand up. And we need to march on the Capitol today. And we need to stand up for this country. And we need to stand up for what's right";

    t.    Defendant Trump's statements that the Save America Rally, including "you'll never take back our country with weakness. You have to show strength, and you have to be strong," "we're going to the Capitol," and "We're going to try and give them [Republicans] the kind of pride and boldness that they need to take back our country";

    u.    Defendant Trump's tweet stating "Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!" on January 6, 2021 at 2:24 PM EST;

    v.    Defendant Trump's tweet stating "Please support our Capitol Police and Law Enforcement. They are truly on the side of our Country. Stay peaceful!" on January 6, 2021 at 2:38 PM EST;

    w.    Defendant Trump's tweet stating "I am asking for everyone at the U.S. Capitol to remain peaceful. No violence! Remember, WE are the Party of Law & Order – respect the Law and our great men and women in Blue. Thank you!" on January 6, 2021 at 3:13 PM EST;

    x.    Defendant Trump's tweeted video in which he stated, "I know your pain, I know you're hurt. We had an election that was stolen from us. It was a landslide election and everyone knows it, especially the other side. But you have to go home now. We have to have peace. We have to have law and order. We have to respect our great people in law and order. We don't want anybody hurt. It's a very tough period of time. There's never been a time like this where such a thing happened where they could take it away from all of us—from me, from you, from our country. This was a fraudulent election, but we can't play into the hands of these people. We have to have peace. So go home. We love you. You're very special. You've seen what happens. You see the way others are treated that are so bad and so evil. I know how you feel, but go home, and go home in peace" on January 6, 2021 at 4:17 PM EST.

46.    All Documents and Communications regarding the deletion or destruction of Documents and Communications related to the November 2020 Election or January 6, 2021 by You or any other person.

17

47. All requests or demands for Documents, Communications, or other information, including all subpoenas You received from any investigating authority, including any local, state, or federal government authority, regardless of whether You are a party in the relevant action and including the Criminal Action, and including in any civil case, regardless of whether You are a party in the relevant action, and including from the Select Committee, regarding January 6, 2021, the Certification, or any other relevant subject. To the extent a responsive Document, Communication, or other information is publicly available, it need not be produced in response to this Request.

48. All Documents and Communications You produced or shared in response to any requests and demands or subpoenas referred to in Request 47.

Dated: April 4, 2023          By: _____
                              Faith E. Gay, *pro hac vice*
                              Joshua S. Margolin, *pro hac vice*
                              Claire O'Brien, *pro hac vice*
                              Elizabeth Snow, *pro hac vice*
                              SELENDY GAY ELSBERG PLLC
                              1290 Avenue of the Americas
                              New York, NY  10104
                              Tel: 212-390-9000
                              fgay@selendygay.com
                              jmargolin@selendygay.com
                              cobrien@selendygay.com
                              esnow@selendygay.com

                              Jon Greenbaum, D.C. Bar No. 489887
                              Edward G. Caspar, D.C. Bar No. 1644168
                              David Brody, D.C. Bar No. 1021476
                              Arusha Gordon, D.C. Bar No. 1035129
                              Marc P. Epstein, *pro hac vice*
                              LAWYERS' COMMITTEE FOR CIVIL
                              RIGHTS UNDER LAW
                              1500 K Street N.W., Suite 900
                              Washington, DC  20005
                              Tel: 202-662-8390
                              jgreenbaum@lawyerscommittee.org
                              ecaspar@lawyerscommittee.com
                              dbrody@lawyerscommittee.org
                              agordon@lawyerscommittee.org
                              mepstein@lawyerscommittee.org

                              William J. Blechman, *pro hac vice*
                              Elizabeth B. Honkonen, *pro hac vice*
                              KENNY NACHWALTER, P.A.
                              Four Seasons Tower – Suite 1100
                              1441 Brickell Avenue
                              Miami, FL 33131
                              Tel: 305-373-1000
                              wblechman@knpa.com
                              ehonkonen@knpa.com

                              *Attorneys for Plaintiffs Conrad Smith, et al.*