# Exhibit 7

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Elizabeth Snow
Associate
212.390.9330
esnow@selendygay.com

August 18, 2023            CONFIDENTIAL

**Via First-Class Mail**

Alan Hostetter
P.O. Box 1477
San Clemente, CA 92672

**Re:   *Smith, et al., v. Trump, et al.*, 21-cv-2265-APM (D.D.C.)**

Dear Mr. Hostetter,

I am counsel for Plaintiffs in the above-referenced action. We have made three productions of documents to Defendants in the above-referenced action. These productions included:

- Productions from third-party subpoena recipients Mark Meadows, Jason Miller, and Amy and Kylie Kremer;

- Plaintiffs' First Production of Documents in Response to Defendant Straka's First Requests for Production and the Campaign Defendants' First Requests for Production; and

- Documents from the January 6 Select Committee.

Due the highly sensitive nature of the information in these productions, we want to confirm your mailing address before sharing with you. Please respond to this letter by September 1, 2023 confirming we have the correct mailing address so that we may send you copies of these materials.

Sincerely,

/s/ Elizabeth Snow

Elizabeth H. Snow
Associate