# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CONRAD SMITH**, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) Case No. 21-cv-02265 (APM) |
| **DONALD J. TRUMP**, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion and Order of January 26, 2023, ECF No. 179, and its Memorandum Opinion of October 13, 2023, ECF No. 255, this action is dismissed as to Defendant Brandon J. Straka.

This is a final, appealable order.

Dated: October 13, 2023

Amit P. Mehta
United States District Court Judge