UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONRAD SMITH, et al., | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 1:21-cv-02265-APM |
| DONALD J. TRUMP, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT THOMAS CALDWELL'S MOTION FOR LEAVE TO AMEND ANSWER

Defendant Thomas Caldwell, by his undersigned attorneys, hereby submits this Motion for Leave to Amend Answer pursuant to F.R.C.P 15(a)(2), LCvR7(i) and (m), and LCvR15.1 and for reasons states:

1. Defendant Thomas Caldwell filed an Answer to the Complaint in this action on October 8, 2021 (Doc.58). Defendant was not represented by counsel and filed the Answer Pro Se.

2. The Plaintiff filed an Amended Complaint on December 3, 2021 (Doc. 89). Thereafter, Defendant filed an Answer to the Amended Complaint in this action on December 23, 2021 (Doc.114). Defendant was not represented by counsel and filed the Answer to Amended Complaint Pro Se.

3. On August 2, 2023, the undersigned entered their appearance for Defendant Thomas Caldwell (Doc. 242, 243, and 244).

4. On or about September 13, 2023, the undersigned wrote to Counsel for Plaintiffs seeking written consent to file an Amended Answer to the Amended Complaint. Thereafter, on or about September 26, 2023, Plaintiffs' counsel confirmed in writing that Plaintiffs would not oppose Defendant Caldwell's filing an Amended Answer to Amended Complaint.

5. Defendant has attached a copy of his proposed Amended Answer to Amended Complaint to be filed in this action as Exhibit A.

6. Rule 15(a)(2) of the Federal Rules of Civil Procedure states that "[t]he Court should freely give leave when justice so requires." In this case, the only pleadings filed by the Defendant were done so in his pro se capacity. Defendant is not an attorney and does not know all legal defenses available to him that might apply in this case. The Plaintiffs do not oppose this request. Thus, it is in the interest of justice to allow Defendant to file the attached Amended Answer in this case.

WHEREFORE, Defendant Thomas Caldwell respectfully demands that this Motion for Leave to file the attached Amended Answer be granted, and that he be awarded such other and further relief as the nature of this matter requires.

Respectfully submitted,

*/s/Roderick R. Barnes*
Adam T. Sampson (Bar ID: MD0158)
James Andersen
Roderick Barnes
Rollins, Smalkin, Richards & Mackie, L.L.C.
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
asampson@rsrm.com
*Attorneys for Defendant Thomas Caldwell*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October 2023, the foregoing document was filed through the CM/ECF System, and the notification of such electronic filing will be sent to all counsel of record in this case.

                                                */s/Roderick R. Barnes*
                                                Roderick R. Barnes (Bar ID: MD0158)