UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., | * |
| Plaintiffs | * |
| v. | *   Case No.: 1:21-cv-02265-APM |
| DONALD J. TRUMP, et al., | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT THOMAS CALDWELL'S AMENDED ANSWER TO AMENDED COMPLAINT

Defendant Thomas Caldwell, by his undersigned attorneys, hereby submits this Amended Answer to the Amended Complaint and states:

1. Defendant Thomas Caldwell incorporates by reference his Answer to the Complaint filed in this action filed on October 8, 2021 (Doc. 58).

2. Defendant Thomas Caldwell incorporates by reference his Answer to the Amended Complaint filed in this action on December 23, 2021 (Doc.114).

### ADDITIONAL AFFIRMATIVE DEFENSES

3. The allegations in the Amended Complaint are barred by application of the professional rescuer doctrine.

4. The allegations in the Amended Complaint are barred by the Plaintiffs' contributory negligence.

### ADDITIONAL DEFENSES

5. The Plaintiffs lack standing to bring the claims asserted in the Amended Complaint.

6. The Defendant reserves the right to plead additional affirmative and other defenses that may be supported by the facts disclosed in discovery of this matter.

WHEREFORE, Defendant Thomas Caldwell respectfully demands that the Amended Complaint be dismissed, that judgment be entered in his favor, and that he be awarded such other and further relief as the nature of this matter requires.

                                        Respectfully submitted,

                                        */s/Roderick R. Barnes*
Adam T. Sampson (Bar ID: MD0158)
James Andersen
Roderick Barnes
Rollins, Smalkin, Richards & Mackie, L.L.C.
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
asampson@rsrm.com
*Attorneys for Defendant Thomas Caldwell*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17<u>th</u> day of October 2023, the foregoing document was filed through the CM/ECF System, and the notification of such electronic filing will be sent to all counsel of record in this case.

*/s/Roderick R. Barnes*
Roderick R. Barnes (Bar ID: MD0158)