UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONRAD SMITH, et al.,** | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 1:21-cv-02265-APM |
| **DONALD J. TRUMP, et al.,** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER GRANTING DEFENDANT THOMAS CALDWELL'S MOTION FOR LEAVE TO AMEND ANSWER

Upon consideration of Defendant Thomas Caldwell's Motion for Leave to Amend Answer pursuant to F.R.C.P 15(a)(2), LCvR7(i) and (m), and LCvR15.1, and there being no Opposition thereto by the Plaintiffs, it is this ___ day of _____, 2023, by a Judge in the United States District Court for the District of Columbia,

ORDERED, that Defendant Thomas Caldwell's Motion for Leave to Amend Answer be and the same is hereby GRANTED; and it is

FURTHER ORDERED, that Defendant Thomas Caldwell's Amended Answer to the Amended Complaint shall be accepted as filed on the date of this Order.

_____
Judge

CC: all counsel
All pro se parties