IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

## **ORDER**

Before the Court is Plaintiffs' October 6, 2023 Motion to Compel Defendant Alan Hostetter to Provide Initial Disclosures and Respond to Requests for Production, as to which Defendant did not file a response. Finding good cause for the relief sought therein, and treating the motion as conceded, see LCvR 7(b), the Court **GRANTS** the Motion and **ORDERS** that Defendant Hostetter provide initial disclosures and respond to Plaintiffs' Requests for Production no later than fourteen (14) days from the issuance of this Order. Defendant Hostetter is on notice that continued failure to make initial disclosures or respond to Plaintiffs' discovery requests will result in entry of default judgment against him.

_____
Hon. Amit P. Mehta
UNITED STATES DISTRICT JUDGE

Dated: _____