IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH,　　　　　　　　　　　　　　CASE NO.: 1:21-CV-02265-APM
et al.,

　　　　Plaintiffs,
v.

DONALD J. TRUMP,
et al.,

　　　　Defendants.
_____/

## ORDER

The Court hereby grants Defendant Brandon J. Straka's Motion for Extension of Time to File a motion for attorney's fees and costs. Defendant Straka shall file his motion on or before November 10, 2023.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge


　　　　　　　　　　　　　　　　　　　　　　Dated: _____