IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT CASE STATUS REPORT**

Pursuant to the Court's instructions during the Status Conference held on October 5, 2023, and the Minute Entry that followed, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Thomas E. Caldwell, Enrique Tarrio, Joseph Biggs, Stewart Rhodes, Dominic J. Pezzola, and Kelly Meggs.[1] submit this written Joint Case Status Report regarding the status of discovery since October 5, 2023.[2]

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Donald J. Trump For President Inc., Make America Great Again PAC, Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Russell Taylor, Ronald Mele, and Zachary Rehl did not contribute to this report.

[2] A brief statement of the case is set forth in the Joint Case Status Report filed on April 28, 2023. ECF No. 217. The status of discovery as of October 2, 2023 is set forth in the Joint Case Status Report filed on October 2, 2023. ECF No. 253.

### A. Party Discovery

#### 1. Initial Disclosures

At the October 5, 2023 status conference, the Court ordered Defendants Tarrio and Biggs to serve their initial disclosures within the following week. Defendants Tarrio and Biggs served their initial disclosures on October 12, 2023.

Defendant Hostetter, appearing *pro se*, has failed to serve his initial disclosures or respond to Plaintiffs' discovery requests. Plaintiffs sent letters to Defendant Hostetter on August 18, 2023 regarding discovery in this matter but received no response. Plaintiff sent a letter to Defendant Hostetter on August 25, 2023 following up on his failure to serve initial disclosures and responses and objections ("R&Os") to Plaintiffs' April 4, 2023 Requests for Production ("RFPs"). Plaintiffs asked Defendant Hostetter to serve both outstanding items by September 8, 2023. He has not responded.

At the October 5, 2023 status conference, counsel for Plaintiffs requested leave from the Court to file a motion to compel Defendant Hostetter to comply with discovery. The Court granted permission and Plaintiffs filed the motion on October 6, 2023. ECF No. 254. The Court granted Plaintiffs' motion on October 25, 2023 ordering Defendant Hostetter to make initial disclosures and respond to Plaintiffs' RFPs by November 8, 2023. ECF No. 258. The Court notified Defendant Hostetter that his "continued failure to make initial disclosures or respond to Plaintiffs' discovery requests will result in entry of default judgment against him." *Id.* Defendant Hostetter has not yet made his initial disclosures or responded to Plaintiffs' RFPs. Plaintiffs seek the Court's leave to move for default judgment against Defendant Hostetter if he fails to serve initial disclosures or responses to Plaintiffs' RFPs by the Court-ordered deadline of November 8, 2023.

### 2. Plaintiffs' Discovery Requests

Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Trump Entities") have made three productions on August 21, 2023, September 8, 2023, and October 20, 2023 in response to Plaintiffs' RFPs.  Plaintiffs and the Trump Entities continue to hold bi-weekly meet and confers to check-in regarding the progress of discovery.

### 3. Defendants' Discovery Requests

Plaintiffs have thus far served three rolling productions to Defendants on August 1, 2023, September 21, 2023, and October 19, 2023.  Plaintiffs are in possession of previously publicly available documents from the House Select January 6th Committee which were used in its final report on January 6, 2021.  Plaintiffs produced these documents to Defendants on August 18, 2023.

Defendant Caldwell served his first set of RFPs and interrogatories on Plaintiffs on September 8, 2023.  Plaintiffs served their R&Os on October 27, 2023.

### 4. Exhibits in Criminal Trials

Plaintiffs have filed applications to obtain criminal trial exhibits in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, *United States v. Nordean*, 1:21-cr-00175-TJK, *United States v. Rhodes*, 1:22-cr-00015-APM, and *United States v. Hostetter et al.*, 1:21-cr-00392-RCL.[3]  The applications have been granted in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, *United States v. Nordean*, 1:21-cr-00175-TJK, and *United States v. Rhodes*, 1:22-cr-00015-APM.  Plaintiffs produced the criminal trial exhibits from *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-

---

[3] This application was docketed as a separate, miscellaneous case, *In re Alan Hostetter, et al.*, 1:23-mc-00108-RCL.

cr-00177-CRC, and *United States v. Rhodes*, 1:22-cr-00015-APM to Defendants on September 29, 2023. Plaintiffs will produce the criminal trial exhibits in *United States v. Nordean*, 1:21-cr-00175-TJK.

### B.    Third-Party Discovery

#### 1.    Plaintiffs' Third-Party Discovery Requests

Plaintiffs have received productions from third parties Kylie and Amy Kremer, Jason Miller, Mark Meadows, Cassidy Hutchinson, Ivanka Trump, and Jared Kushner. Plaintiffs are still considering the scope of these productions. Plaintiffs shared the productions from Kylie and Amy Kremer, Jason Miller, and Mark Meadows on July 26, 2023. Plaintiffs shared the productions from Cassidy Hutchinson, Ivanka Trump, and Jared Kushner on November 1, 2023.

Third parties Donald J. Trump, Jr. and Eric Trump, have represented to Plaintiffs that they intend to produce documents in response to Plaintiffs' subpoenas. Plaintiffs will continue to send any third-party productions to Defendants.

#### 2.    Defendants' Third-Party Discovery Requests

The Trump Entities sent Freedom of Information Act ("FOIA") requests and subpoenas to produce documents to various third-party government entities on June 12, 2023 and June 26, 2023, respectively. On September 13, 2023, the United States Attorney's Office sent the Trump Entities a letter with website links containing information relevant to their FOIA requests. The Trump Entities shared this letter with Plaintiffs on October 3, 2023. The letter noted that several agencies previously served objections on August 4, 2023, and that the United States Marshall Service had produced 112 pages of documents in response to the Trump Entities' FOIA request. At the October 6, 2023 and October 20, 2023 meet and confers, the Trump Entities indicated to Plaintiffs that they will share this production.

Dated:  November 6, 2023             Respectfully submitted,

                                      /s/     Joshua S. Margolin
                              By:    Faith E. Gay, *pro hac vice*
                                     Joshua S. Margolin, *pro hac vice*
                                     Claire O'Brien, *pro hac vice*
                                     Elizabeth H. Snow, *pro hac vice*
                                     Esther D. Ness, *pro hac vice*
                                     SELENDY GAY ELSBERG PLLC
                                     1290 Avenue of the Americas
                                     New York, NY  10104
                                     Tel: 212-390-9000
                                     fgay@selendygay.com
                                     jmargolin@selendygay.com
                                     cobrien@selendygay.com
                                     esnow@selendygay.com
                                     eness@selendygay.com

                                      /s/     Edward G. Caspar
                                     Jon Greenbaum, D.C. Bar No. 489887
                                     Edward G. Caspar, D.C. Bar No. 1644168
                                     David Brody, D.C. Bar No. 1021476
                                     Marc P. Epstein, D.C. Bar No. 90003967
                                     LAWYERS' COMMITTEE FOR
                                     CIVIL RIGHTS UNDER LAW
                                     1500 K Street N.W. Suite 900
                                     Washington, DC  20005
                                     Tel: 202-662-8390
                                     jgreenbaum@lawyerscommittee.org
                                     ecaspar@lawyerscommittee.com
                                     dbrody@lawyerscommittee.org
                                     mepstein@lawyerscommittee.org

By:    <u>/s/    William J. Blechman</u>
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
Anna T. Neill, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com
aneill@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

By:    <u>/s/    Adam T. Sampson</u>
James Andersen
Roderick Barnes
Adam T. Sampson
ROLLINS SMALKIN RICHARDS & MACKIE, LLC
300 E. Lombard Street Suite 900
Baltimore, MD 21202
Tel: 410-727-2443
jandersen@rsrm.com
rbarnes@rsrm.com
asampson@rsrm.com

*Attorneys for Thomas E. Caldwell*

By:    <u>/s/    John M. Pierce</u>
John M. Pierce
JOHN PIERCE LAW P.C.
21550 Oxnard Street Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
Tel: 213-400-0725
jpierce@johnpiercelaw.com

*Attorney for Defendants Dominic J. Pezzola and Stewart Rhodes*

By:    */s/    John Daniel Hull, IV*
        John Daniel Hull, IV
        HULL MCGUIRE PC
        1420 N Street, NW
        Washington, DC 20005
        Tel: 202-429-6520
        jdhull@hullmcguire.com

        *Attorney for Defendants Enrique Tarrio and Joseph Biggs*

By:    */s/    Stanley Edmund Woodward, Jr.*
        Stanley Edmund Woodward, Jr.
        BRAND WOODWARD LAW, LP
        400 Fifth Street, Northwest
        Washington, DC 20001
        Tel: 202-996-7447
        stanley@brandwoodwardlaw.com

        *Attorney for Defendant Kelly Meggs*

## **CERTIFICATE OF SERVICE**

I certify that on November 6, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: November 6, 2023      By:   *Joshua S. Margolin*
                                   Joshua S. Margolin