IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT STATUS REPORT BY DEFENDANT RUSSELL TAYLOR AND ALL PLAINTIFFS**

Pursuant to the Court's September 28, 2023 Minute Order, Defendant Russell Taylor and all Plaintiffs submit this Joint Status Report concerning the status of a settlement between those parties. The parties have agreed to a resolution of the litigation between them before Mr. Taylor's sentencing in his criminal case, if the parties satisfy the terms of their settlement agreement. Sentencing has not yet been set for Mr. Taylor, but a status conference in his criminal case, No. 1:21-cr-392-RCL, is set for January 18, 2024. The parties propose to provide an additional joint report to the Court in this civil action by January 23, 2024. Should the Court require further information, the parties would request that they be permitted to discuss the matter directly with the Court.

Dated: December 7, 2023

| | |
|---|---|
| /s/ Dyke E. Huish <br> Dyke Huish <br> The Law Office of Dyke Huish <br> 26161 Marguerite Parkway <br> Suite B <br> Mission Viejo, California  92692 <br> 949-837-8600 <br> huishlaw@mac.com | /s/ Edward G. Caspar <br> Jon Greenbaum, D.C. Bar No. 489887 <br> Edward G. Caspar, D.C. Bar No. 1644168 <br> David Brody, D.C. Bar No. 1021476 <br> Marc P. Epstein D.C. Bar No. 90003967 <br> LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW <br> 1500 K Street N.W., Suite 900 <br> Washington, DC  20005 <br> Tel: 202-662-8390 |

jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, pro hac vice
Joshua S. Margolin, pro hac vice
Claire O'Brien, pro hac vice
Elizabeth H. Snow, pro hac vice
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com

William J. Blechman, pro hac vice
Elizabeth B. Honkonen, pro hac vice
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2023, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: December 7, 2023                    */s/ Edward G. Caspar*
                                            Edward G. Caspar