IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>              Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT CASE STATUS REPORT**

Pursuant to the Court's instructions during the Status Conference held on November 9, 2023, and the Minute Entry that followed, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Enrique Tarrio, Joseph Biggs, and Thomas E. Caldwell[1] submit this Joint Case Status Report regarding the status of discovery since November 9, 2023.[2]

    A.    **Defendant Trump's Immunity Appeal**

During the November 9, 2023 status conference, the Court requested that the parties apprise the Court of developments in Defendant Trump's January 27, 2023 appeal of this Court's January 26, 2023 order (the "Dismissal Order") denying his motion to dismiss on absolute presidential

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Russell Taylor, Ronald Mele, Zachary Rehl, Dominic J. Pezzola, and Stewart Rhodes did not contribute to this report.

[2] A brief statement of the case is set forth in the Joint Case Status Report filed on April 28, 2023. ECF No. 217. The status of discovery as of November 6, 2023 is set forth in the Joint Case Status Report filed on November 6, 2023. ECF No. 360.

immunity grounds. *See* ECF Nos. 180, 181. The Dismissal Order stayed discovery against Defendant Trump until "his claim of absolute immunity is resolved." ECF No. 180. On December 29, 2023, the D.C. Circuit issued its judgment affirming the Dismissal Order for the reasons explained in *Blassingame v. Trump*, 87 F.4th 1 (D.C. Cir. 2023), but stayed the issuance of its mandate until seven days after resolution of any timely petition for rehearing or rehearing en banc. *Smith v. Trump*, No. 23-7010 (D.C. Cir.), ECF No. 2033738. The time for filing such petition will expire on January 29, 2023. *See* D.C. Cir. R. 35(a). The parties will continue to apprise this Court of the status of Defendant Trump's appeal.

**B.    Party Discovery**

**1.    Initial Disclosures**

Defendant Hostetter, appearing *pro se*, has failed to serve his initial disclosures or respond to Plaintiffs' April 4, 2023 Requests for Production ("RFPs"). Plaintiffs sent a letter to Defendant Hostetter on August 18, 2023, apprising him of their document productions to date and requested confirmation of his mailing address to transmit the documents to him. Plaintiff sent another letter to Defendant Hostetter on August 25, 2023, requesting that he serve initial disclosures and respond to Plaintiffs' RFPs by September 8, 2023. Defendant Hostetter never responded to either letter. In his criminal proceedings, Defendant Hostetter was convicted on July 13, 2023, sentenced on December 7, 2023, and ordered to self-surrender by January 30, 2024, notwithstanding his pending appeal. *See United States v. Hostetter*, No. 21-cr-392 (D.D.C. Jan. 2, 2024), ECF No. 396.

At the October 5, 2023 status conference, the Court granted Plaintiffs leave to move to compel Defendant Hostetter to comply with discovery, and Plaintiffs filed the motion on October 6, 2023. ECF No. 254. The Court granted Plaintiffs' motion on October 25, 2023, ordering Defendant Hostetter to make initial disclosures and respond to Plaintiffs' RFPs by November 8, 2023 (the "November 8 Order"). ECF No. 258. The Court notified Defendant Hostetter that his

"continued failure to make initial disclosures or respond to Plaintiffs' discovery requests will result in entry of default judgment against him." *Id.* Defendant Hostetter failed to make initial disclosures by the November 8, 2023 Court-ordered deadline, and he has not complied since that time. At the November 9, 2023 status conference, Plaintiffs sought the Court's leave to move for default judgment against Defendant Hostetter for failure to comply with his discovery obligations or the Court's November 8 Order. The Court instructed Plaintiffs to research other options before moving for default judgment.

Plaintiffs have researched whether any interim sanctions short of a default judgment would be meaningful here, and have concluded that, based on Defendant Hostetter's complete failure to engage with Plaintiffs in all aspects of litigation, no such interim efforts would be availing to gain his meaningful participation. *See, e.g.*, *Guarantee Co. of N. Am. USA v. Lakota Contracting Inc.*, 2021 WL 2036666, at *5 (D.D.C. May 21, 2021) (entering default judgment as a sanction under Rule 37 when party fails to participate in discovery and violates court orders directing them to comply with discovery requirements). Plaintiffs have already used several alternative discovery avenues, and Defendant Hostetter has continuously failed to respond.[3] Accordingly, Plaintiffs again seek leave to move for default judgment. Defendant Hostetter is not currently detained, thereby making it easier for him to address such a motion. If Plaintiffs do not move for default judgment until a later date, Defendant Hostetter will be incarcerated, as ordered in his criminal case, and his ability to oppose the motion would be significantly hindered. Further, it will be more difficult for Plaintiffs to litigate this issue when Defendant Hostetter is incarcerated.

---

[3] Plaintiffs filed an application for Defendant Hostetter's criminal trial exhibits and served the application on Defendant Hostetter, as ordered by the court, giving him the opportunity to oppose the application. *See In re Alan Hostetter, et al.*, 1:23-mc-00108-RCL (D.D.C. Dec. 21, 2023), ECF No. 2. Defendant Hostetter failed to respond, as he has done with all of Plaintiffs' discovery efforts.

3

### 2. Plaintiffs' Discovery Requests

Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Trump Entities") made three productions on August 21, 2023, September 8, 2023, and October 20, 2023 in response to Plaintiffs' RFPs. Plaintiffs inquired about the status of the next production at November 10, 2023 and December 1, 2023 meet and confers. At the January 5, 2024 meet and confer, the Trump Entities indicated that an additional production of approximately 1,000 pages is expected to be released the following week. Plaintiffs and the Trump Entities continue to hold meet and confers to check-in regarding the progress of discovery.

### 3. Defendants' Discovery Requests

Plaintiffs have thus far served four rolling productions of their documents to Defendants on August 1, 2023, September 21, 2023, October 19, 2023, and December 4, 2023. Plaintiffs are in possession of previously publicly available documents from the House Select January 6th Committee which were used in its final report on January 6, 2021. Plaintiffs produced these documents to Defendants on August 18, 2023.

### 4. Exhibits in Criminal Trials

Plaintiffs have filed applications to obtain criminal trial exhibits in *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC, *United States v. Nordean*, 1:21-cr-00175-TJK, *United States v. Rhodes*, 1:22-cr-00015-APM, *United States v. Hostetter et al.*, 1:21-cr-00392-RCL,[4] and *United States v. Minuta*, 22-cr-00015.

All of the applications have been granted. Plaintiffs produced the criminal trial exhibits from *United States v. Cua*, 1:21-cr-00107-RDM, *United States v. Egtvedt*, 1:21-cr-00177-CRC,

---

[4] This application was docketed as a separate, miscellaneous case, *In re Alan Hostetter, et al.*, 1:23-mc-00108-RCL. The application was only for exhibits from the bench trial held in July 2023.

*United States v. Rhodes*, 1:22-cr-00015-APM, and *United States v. Minuta*, 22-cr-0001 to Defendants on September 29, 2023. These productions included all relevant transcripts. Plaintiffs are working to produce the criminal trial exhibits in *United States v. Nordean*, 1:21-cr-00175-TJK and *United States v. Hostetter et al.*, 1:21-cr-00392-RCL.

    **C.**    **Third-Party Discovery**

        **1.**    **Plaintiffs' Third-Party Discovery Requests**

Plaintiffs have received productions from third parties Kylie and Amy Kremer, Jason Miller, Mark Meadows, Cassidy Hutchinson, Ivanka Trump, Jared Kushner, and Michael Lindell. Plaintiffs sent a deficiency letter to Ivanka Trump and Jared Kushner on December 4, 2023 because their productions did not satisfy the terms Plaintiffs negotiated with them. Plaintiffs shared the productions from Kylie and Amy Kremer, Jason Miller, and Mark Meadows on July 26, 2023. Plaintiffs shared the productions from Cassidy Hutchinson, Ivanka Trump, and Jared Kushner on November 1, 2023. Plaintiffs plan to share the Michael Lindell production with Defendants shortly.

Third parties Donald J. Trump, Jr. and Eric Trump have represented to Plaintiffs that they intend to produce documents in response to Plaintiffs' subpoenas. Third party Christina Bobb plans to produce to Plaintiffs the documents she produced to the January 6 House Select Committee. Plaintiffs are negotiating production terms with Kimberly Guilfoyle. Plaintiffs are negotiating production terms with Save America PAC. Plaintiffs will continue to send any third-party productions to Defendants.

    **D.**    **Request for Extension of Discovery Deadlines**

On December 12, 2023, Plaintiffs contacted counsel for all represented parties to request consent to move for a revised discovery schedule in light of Defendant Trump's interlocutory appeal, intervening criminal trials of several defendants, and substantial remaining discovery

5

concerning other parties and non-parties. Plaintiffs propose the following modifications to the discovery schedule, with the understanding that an additional extension likely will be necessary, but that the parties will be in a better position by late September 2024 to make a more informed and accurate proposal for the remaining discovery schedule.

|  | Current date | New date |
|---|---|---|
| Fact discovery closes | March 29, 2024 | September 27, 2024 |
| Expert reports | January 23, 2024 | October 18, 2024 |
| Rebuttal expert reports | February 13, 2024 | November 8, 2024 |
| Expert discovery closes | July 31, 2024 | December 13, 2024 |
| Post-discovery status conference | August 9, 2024 | January 7, 2025 |

Counsel for Defendants Trump, Trump For President, Inc., Make America Great Again PAC, Meggs, Caldwell, Tarrio, Biggs, Rhodes, and Pezzola have consented to this request. Counsel for Defendants Martinez, Kinnison, and Rehl have not responded. Plaintiffs also mailed requests for consent to Defendants Nordean, Warner, and Hostetter, who are proceeding *pro se*, on December 15, 2023. They have not responded.

Dated:   January 8, 2024                    Respectfully submitted,

By:   /s/      *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
eness@selendygay.com

  /s/      *Edward G. Caspar*
Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC  20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

     /s/ William J. Blechman
    William J. Blechman, *pro hac vice*
    Elizabeth B. Honkonen, *pro hac vice*
    Anna T. Neill, *pro hac vice*
    KENNY NACHWALTER, P.A.
    Four Seasons Tower – Suite 1100
    1441 Brickell Avenue
    Miami, FL 33131
    Tel: 305-373-1000
    wblechman@knpa.com
    ehonkonen@knpa.com
    aneill@knpa.com

    *Attorneys for Plaintiffs Conrad Smith, et al.*

By: /s/ Adam T. Sampson
    James Andersen
    Roderick Barnes
    Adam T. Sampson
    ROLLINS SMALKIN RICHARDS & MACKIE, LLC
    300 E. Lombard Street Suite 900
    Baltimore, MD 21202
    Tel: 410-727-2443
    jandersen@rsrm.com
    rbarnes@rsrm.com
    asampson@rsrm.com

    *Attorneys for Thomas E. Caldwell*

By: /s/ Jason Caldwell Greaves
    Jesse R. Binnall
    Jason Caldwell Greaves
    BINNALL LAW GROUP
    717 King Street Suite 200
    Alexandria, VA 22314
    Tel: 703-888-1943
    jesse@binnall.com
    jason@binnall.com

    *Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By: _/s/     John Daniel Hull, IV_
John Daniel Hull, IV
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
Tel: 202-429-6520
jdhull@hullmcguire.com

*Attorney for Defendants Enrique Tarrio and Joseph Biggs*

9

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: January 8, 2024　　　　　By:　　　　/s/ *Joshua S. Margolin*
　　　　　　　　　　　　　　　　　　　　　　Joshua S. Margolin