AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02265 (APM) |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elmer Stewart Rhodes III            .

Date:    01/11/2024                              /s/ Roger I. Roots
                                                    *Attorney's signature*

                                                    Roger I. Roots
                                                    *Printed name and bar number*

                                                    John Pierce Law
                                                    21550 Oxnard Street
                                                    3rd Floor, PMB#172
                                                    Woodland Hills, CA 91367
                                                    *Address*

                                                    rroots@johnpiercelaw.com
                                                    *E-mail address*

                                                    (775) 764-9347
                                                    *Telephone number*

                                                    *FAX number*