IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et. al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Case No. 1:21-cv-02265-APM |
| DONALD J. TRUMP, et al., | ) |
| *Defendants*. | ) |

**NOTICE OF SUBPOENA DUCES TECUM
AND AFFIDAVIT OF SERVICE**

PLEASE TAKE NOTICE that Defendants Donald J. Trump for President, Inc., and Make America Great Again PAC, by counsel, served upon the following listed entities a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. An affidavit of service for each subpoena is enclosed herewith.

- District of Columbia National Guard
- United States Capitol Police
- United States Department of Defense
- United States Department of Interior
- United States Department of Justice
- United States Secret Service

Dated: January 22, 2024

Respectfully submitted,

/s/ Jason C. Greaves
Jason C. Greaves (DC1033617)
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200

Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jesse@binnall.com

*Attorneys for Donald J. Trump*
*Donald J. Trump for President, Inc.,*
*and Make America Great Again PAC*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves

*Attorney for Donald J. Trump*
*Donald J. Trump for President, Inc.,*
*and Make America Great Again PAC*