IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

### JOINT MOTION FOR ORDER GOVERNING THE EXCHANGE OF ELECTRONICALLY STORED INFORMATION

Pursuant to Federal Rule of Civil Procedure 26(f)(3)(C), Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs"), and Defendants Donald J. Trump For President, Inc. and Make American Great Again PAC ("The Trump Entities") respectfully submit this joint motion for a discovery order in the form of the accompanying Proposed Stipulated Order Governing the Exchange of Electronically Stored Information.

Plaintiffs sent the Trump Entities a draft protocol for electronically stored information ("ESI Protocol") on December 4, 2023. Plaintiffs and the Trump Entities discussed the ESI Protocol at various meet and confers. On February 5, 2024, Plaintiffs sent the Trump Entities a revised draft including an "Attorney's Eyes Only" designation. The Trump Entities approved the ESI Protocol.

Dated: February 14, 2024

By: Respectfully submitted,

/s/     *Joshua S. Margolin*

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
eness@selendygay.com

Jon Greenbaum, D.C. Bar No. 489887
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8390
jgreenbaum@lawyerscommittee.org
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

By: <u>/s/     *Jason Caldwell Greaves*</u>
Jesse R. Binnall
Jason Caldwell Greaves
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com

*Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*