IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 1:21-CV-02265-APM |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of Court and all parties of record:

Please take notice that Jon M. Greenbaum withdraws his appearance as counsel for Plaintiffs. As of 5:00 PM on April 12, 2024, Mr. Greenbaum will no longer be employed with the Lawyers' Committee for Civil Rights Under Law. Edward G. Caspar, David R. Brody, and Marc P. Epstein of the Lawyers' Committee for Civil Rights Under Law; Faith E. Gay, Joshua S. Margolin, Babak Ghafarzade, Elizabeth H. Snow, and Esther D. Ness of Selendy Gay PLLC; and William J. Blechman, Elizabeth B. Honkonen, and Anna T. Neill of Kenny Nachwalter, P.A. will continue to represent Plaintiffs in this matter.

Dated: April 10, 2024          /s/   *Jon M. Greenbaum*
                               Jon M. Greenbaum, D.C. Bar No. 489887
                               Lawyers' Committee for Civil Rights Under Law
                               1500 K Street NW
                               Suite 900
                               Washington, D.C. 20005
                               (202) 662-8315
                               jgreenbaum@lawyerscommittee.org

1

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

Dated: April 10, 2024                                                                            */s/ Jon M. Greenbaum*
                                                                                                                     Jon M. Greenbaum