IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:21-cv-02265-APM, consolidated with<br>No. 1:21-cv-400-APM |

## JOINT CASE STATUS REPORT

Pursuant to the Court's April 18, 2024 Minute Entry, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Zachary Rehl, Enrique Tarrio, and Joseph R. Biggs[1] submit this Joint Case Status Report regarding the status of discovery since the April 18, 2024 status conference.[2]

**I.   Party Discovery**

　　**A.   Plaintiffs' Discovery Requests**

Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Campaign Entity Defendants") served objections to Plaintiffs' Second Set of Requests for

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Russell Taylor, Ronald Mele, Thomas E. Caldwell, Dominic J. Pezzola, Stewart Rhodes, and Kelly Meggs did not contribute to this report.

[2] The status of discovery as of March 29, 2024 is set forth in the Joint Case Status Report filed on that date. *Lee, et al. v. Trump, et al.*, 21-cv-400-APM, ECF No. 98.

Production ("RFPs") and Second Set of Interrogatories on April 18, 2024, but have yet to serve substantive responses to these RFPs or interrogatories or produce any responsive documents. Plaintiffs requested substantive responses from the Campaign Entity Defendants on April 18, 2024, May 7, 2024, and May 23, 2024. On May 30, 2024, the Campaign Entity Defendants responded that substantive responses were in progress with a substantial completion target of June. On May 24, 2024, the Campaign Entity Defendants informed Plaintiffs that they had substantially completed their production of documents responsive to Plaintiffs' first set of RFPs.

On March 28, 2024, Plaintiffs served their Second Set of RFPs and First Set of Interrogatories on Defendants Caldwell, Meggs, Rehl, Mele, Biggs, and Tarrio. Defendant Caldwell served his responses and objections on May 13. Defendant Meggs served his responses and objections on June 3. Plaintiffs agreed to extend Defendant Mele's time to serve responses and objections to June 10 and then again to July 8. Plaintiffs agreed to extend Defendant Rehl's time to serve responses and objections to June 7. Plaintiffs agreed to extend Defendants Biggs and Tarrio's time to serve their responses and objections to May 20, and then again until May 24, but Defendants Tarrio and Biggs have not yet served their responses or objections. Accordingly, Plaintiffs request that the Court order Defendants Biggs and Tarrio to provide complete responses to Plaintiffs' discovery requests by June 20, 2024.

B.   **Plaintiffs' Third-Party Discovery Requests**

Plaintiffs have received productions from third-parties Kylie and Amy Kremer, Jason Miller, Mark Meadows, Cassidy Hutchinson, Ivanka Trump, Jared Kushner, Michael Lindell, Donald J. Trump, Jr., Eric Trump, Kimberly Guilfoyle, Christina Bobb, Jim Jordan, Kevin McCarthy, Kayleigh McEnany, Bill Stepien, Save America PAC, the Department of Defense, and the Department of Homeland Security.

Plaintiffs shared the productions from Kylie and Amy Kremer, Jason Miller, and Mark Meadows on July 26, 2023. Plaintiffs shared the productions from Cassidy Hutchinson and the first productions from Ivanka Trump and Jared Kushner on November 1, 2023. Plaintiffs shared the productions from Michael Lindell, Donald J. Trump, Jr., Eric Trump, Kimberly Guilfoyle, Christina Bobb, Jim Jordan, Kevin McCarthy, and the second productions from Ivanka Trump and Jared Kushner on February 28, 2024. Plaintiffs will share the productions from the remaining third parties shortly.

Plaintiffs sent a *Touhy* request with a subpoena to the National Archives and Records Administration ("NARA") on April 12, 2024. The Department of Justice responded on April 26, 2024 advising Plaintiffs to submit a special request for records under 44 U.S.C. § 2205(2)(A), which provides that presidential records may be made available "pursuant to subpoena or other judicial process issued by a court of competent jurisdiction for the purposes of any civil or criminal investigation or proceeding." In its letter, the Department of Justice stated that NARA may release presidential records if it receives a final court order directing it to do so. Plaintiffs plan to follow this procedure and separately file a request that the Court issue a final order directing NARA to make available presidential records responsive to Plaintiffs' *Touhy* request.

Plaintiffs served a third-party subpoena on Katrina Pierson on April 25, 2023, after her counsel informed Plaintiffs' counsel on April 24, 2023, that they would accept service on her behalf. Ms. Pierson failed to serve responses and objections or any production by the May 12, 2023 deadline set in the subpoena. After renewed follow up from Plaintiffs following the opening of immunity discovery as to Defendant Trump, counsel for Ms. Pierson committed to producing materials in response to the subpoena the week of May 27, 2024. On June 3, 2024, Ms. Pierson's counsel indicated they are working on this production, but as of the time of this filing, Plaintiffs

have yet to receive anything. Plaintiffs will continue to confer with Ms. Pierson's counsel but request leave from the Court to file a motion to compel Katrina Pierson in the Northern District of Texas if a complete response is not forthcoming. Ms. Pierson's counsel also represents Defendant Trump in this matter.

Plaintiffs are actively negotiating with counsel for Kimberly Guilfoyle regarding a supplemental production responsive to Plaintiffs' subpoena. The parties do not need guidance from the Court at this time.

In light of substantial remaining merits discovery concerning parties and non-parties, including depositions, and mindful that merits discovery with Defendant Trump may not begin until after the close of immunity discovery on September 11, 2024, *see Lee v. Trump*, Case No. 21-cv-400-APM, ECF No. 109 (Apr. 29, 2024), Plaintiffs anticipate that an extension of the current September, 27, 2024 close of fact discovery may be appropriate to a just and efficient resolution of this case. Plaintiffs propose to confer with Defendants before the next status conference so that the parties may propose an adjusted schedule informed by the progress of discovery to that date.

### C. Defendants' Discovery Requests

Plaintiffs have made five productions of documents to Defendants, on August 1, 2023, September 21, 2023, October 19, 2023, December 4, 2023, and February 26, 2024. Plaintiffs expect to reach substantial completion by the end of June.

### D. Defendants' Third-Party Discovery

The Campaign Entity Defendants issued Freedom of Information Act ("FOIA") requests, subpoenas, and *Touhy* requests to multiple federal agencies including the Department of Justice, the Department of Defense, the D.C. National Guard, the Department of Interior, the United States Capitol Police, the Department of Homeland Security, the United States Secret Service, the District of Columbia Metropolitan Police Department, the Supreme Court Police, the United States Park

4

Police, the United States Marshals, the Federal Bureau of Investigation, the Federal Protective Service, Congressman Thompson's Office, the D.C. Mayor's Office, and the ATF.

In response to these requests, multiple federal agencies provided thousands of responsive public documents that had been previously released in response to other FOIA requests. These documents have been provided to Plaintiffs.

In addition, the Campaign Entity Defendants have engaged with the D.C. United States Attorney's Office regarding additional productions of documents responsive to these requests. This process is continuing based upon the necessity of narrowing the third-party requests to these federal agencies.

The Campaign Entity Defendants agree with Plaintiffs that the substantial remaining merits discovery, and issues concerning parties and non-parties, including scheduling a significant number of depositions likely warrant and require an extension of the current September, 27, 2024 close of fact discovery. The Campaign Entity Defendants are willing to meet and confer with Plaintiffs to propose an adjusted schedule.

## II.  Deposition Planning

Plaintiffs are compiling their deponents list and expect to start noticing depositions this summer. Plaintiffs intend to prioritize imprisoned deponents in light of the technical complexities of in-prison depositions. As stated in the parties' March 10, 2023 Joint Case Management Report (ECF No. 200, at 12), all sides expect to exceed the ten-deposition limit under Fed. R. Civ. P. 30(a)(2)(A)(i). The parties will confer and provide the Court with one or more proposals concerning the number and timing of depositions. In addition, Plaintiffs are coordinating deposition logistics with the plaintiffs in *District of Columbia v. Proud Boys International, LLC, et al.*

### III. Motion for Partial Summary Judgment as to Certain Defendants

Plaintiffs plan to file a motion for partial summary judgment against Defendants Nordean, Biggs, Rehl, Tarrio, Pezzola, Meggs, and Watkins. Plaintiffs will argue that, under the doctrine of collateral estoppel these Defendants' criminal convictions establish some of the elements of the claims against them under 42 U.S.C. § 1985. Resolution of this motion in the short term could obviate the need of discovery into matters related solely to establishing those elements and therefore promote efficiency for the Court and the parties.

Dated: June 3, 2024                                Respectfully submitted,

                                        By:   /s/    *Joshua S. Margolin*
                                              Faith E. Gay, *pro hac vice*
                                              Joshua S. Margolin, *pro hac vice*
                                              Babak Ghafarzade, *pro hac vice*
                                              Elizabeth H. Snow, *pro hac vice*
                                              Esther D. Ness, *pro hac vice*
                                              SELENDY GAY PLLC
                                              1290 Avenue of the Americas
                                              New York, NY  10104
                                              Tel: 212-390-9000
                                              fgay@selendygay.com
                                              jmargolin@selendygay.com
                                              bghafarzade@selendygay.com
                                              esnow@selendygay.com
                                              eness@selendygay.com

                                               /s/    *Edward G. Caspar*
                                              Edward G. Caspar, D.C. Bar No. 1644168
                                              Marc P. Epstein, D.C. Bar No. 90003967
                                              David Brody, D.C. Bar No. 1021476
                                              LAWYERS' COMMITTEE FOR
                                              CIVIL RIGHTS UNDER LAW
                                              1500 K Street N.W. Suite 900
                                              Washington, DC  20005
                                              Tel: 202-662-8390
                                              ecaspar@lawyerscommittee.org
                                              dbrody@lawyerscommittee.org
                                              mepstein@lawyerscommittee.org

                                               /s/    *William J. Blechman*
                                              William J. Blechman, *pro hac vice*
                                              Elizabeth B. Honkonen, *pro hac vice*
                                              Anna T. Neill, *pro hac vice*
                                              KENNY NACHWALTER, P.A.
                                              Four Seasons Tower – Suite 1100
                                              1441 Brickell Avenue
                                              Miami, FL 33131
                                              Tel: 305-373-1000
                                              wblechman@knpa.com
                                              ehonkonen@knpa.com
                                              aneill@knpa.com

                                              *Attorneys for Plaintiffs Conrad Smith, et al.*

By:     */s/    Jason Caldwell Greaves*
Jesse R. Binnall
Jason Caldwell Greaves
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com

*Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By:     */s/    John Daniel Hull, IV*
John Daniel Hull, IV
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
Tel: 202-429-6520
jdhull@hullmcguire.com

*Attorney for Defendants Enrique Tarrio and Joseph R. Biggs*

By:     */s/    Patrick Trainor*
Patrick Trainor
LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue Suite 201
Rutherford, NJ 07070
Tel: 201-777-3327
pt@ptesq.com

*Attorney for Defendant Zachary Rehl*

8

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: June 3, 2024　　　　　　By:　　　　/s/ *Joshua S. Margolin*
　　　　　　　　　　　　　　　　　　　　Joshua S. Margolin