IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:21-cv-02265-APM |

**JOINT STATUS REPORT BY DEFENDANT RUSSELL TAYLOR
AND ALL PLAINTIFFS**

      Pursuant to the Court's May 13, 2024 Minute Order, Defendant Russell Taylor and all Plaintiffs (together, the "Parties") submit this Joint Status Report concerning the status of a settlement between those Parties. The Parties are finalizing paperwork for the dismissal of Plaintiffs' claims against Mr. Taylor pursuant to their settlement agreement. Scheduling conflicts for the Parties' counsel prevented the necessary filings before this date, but the Parties expect to file soon. Should the Court require further information, the parties would request that they be permitted to discuss the matter directly with the Court.

Dated: June 10, 2024                                        Respectfully submitted,

  */s/* Dyke E. Huish                            */s/* Edward G. Caspar
Dyke Huish                                      Edward G. Caspar, D.C. Bar No. 1644168
The Law Office of Dyke Huish          David Brody, D.C. Bar No. 1021476
26161 Marguerite Parkway             Marc P. Epstein, D.C. Bar No. 90003967
Suite B                                            LAWYERS' COMMITTEE FOR
Mission Viejo, California 92692        CIVIL RIGHTS UNDER LAW
949-837-8600                              1500 K Street N.W. Suite 900
huishlaw@mac.com                    Washington, DC  20005
                                                      Tel: 202-662-8390
*Attorney for Defendant*                ecaspar@lawyerscommittee.com
*Russell Taylor*                                 dbrody@lawyerscommittee.org

mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
esnow@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs*
*Conrad Smith, et al.*

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated:   June 10, 2024          By:   /s/ Edward G. Caspar
                                      Edward G. Caspar