Case Name: SMITH et al v TRUMP et al

Case Number: 1:21-cv-02265-APM

To Honorable Judge Mehta,

I am writing to you regarding my husband Erik Warner, who is a codefendant in the above-mentioned case. He is currently incarcerated. We received a notice of electronic filling from the court via mail today 6/10/2024, regarding a joint status report and status conference set for 6/20/2024 and 7/23/2024. I am writing this letter to inform the court that my husband is current incarcerated through the federal board of prisons, therefore I don't believe he would have any ability to be present at either of these dates. He also has no representation in this matter as he currently has no income or means to hire an attorney.

Thank you for your time in reading this correspondence.

Sincerely,

Mrs. Erik Warner



RECEIVED
Mail Room

JUN 14 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia