IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>                    Plaintiffs,<br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    Defendants. | Case No. 21-cv-2265-APM |
| DISTRICT OF COLUMBIA,<br><br>                    Plaintiff,<br>   v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>                    Defendants. | Case No. 21-cv-3267-APM |

**DECLARATION OF EDWARD G. CASPAR IN SUPPORT OF SMITH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF DISTRICT OF COLUMBIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Edward G. Caspar, declare as follows:

1.  I am a member in good standing of the D.C. Bar and the U.S. District Court for the District of Columbia, Acting Co-Chief Counsel at the Lawyers' Committee for Civil Rights Under Law, and counsel for Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Smith Plaintiffs"). I make this declaration in support of the Smith Plaintiffs' Motion for Partial Summary Judgment and the District of Columbia's Motion for Partial Summary Judgment. I make this declaration based on my personal knowledge. All of the exhibits identified below were obtained by legal staff in my office and prepared for inclusion herewith at my direction.

1

2.  Attached as <u>Exhibit 1</u> is a true and correct copy of the Superseding Indictment, ECF No. 167, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 22, 2022.

3.  Attached as <u>Exhibit 2</u> is a true and correct copy of the Jury Instructions as to Defendants Elmer Stewart Rhodes, III, Kelly Meggs ("K. Meggs"), Kenneth Harrelson, Jessica Watkins, and Thomas Caldwell, ECF No. 400, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on November 21, 2022.[1]

4.  Attached as <u>Exhibit 3</u> is a true and correct copy of the Verdict Form as to Defendants Rhodes, K. Meggs, Harrelson, Watkins, and Caldwell, ECF No. 410, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on November 29, 2022.

5.  Attached as <u>Exhibit 4</u> is a true and correct copy of the Judgment as to Defendant Harrelson, ECF No. 617, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 5, 2023.

6.  Attached as <u>Exhibit 5</u> is a true and correct copy of the Judgment as to Defendant K. Meggs, ECF No. 626, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 5, 2023.

7.  Attached as <u>Exhibit 6</u> is a true and correct copy of the Judgment as to Defendant Watkins, ECF No. 620, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 5, 2023.

---

[1] The Court issued a Supplemental Jury Instruction in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.). It concerned summary exhibits and is not relevant here. *See* Supplemental Jury Instruction, *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C. Nov. 30, 2022), ECF No. 412.

8. Attached as Exhibit 7 is a true and correct copy of an excerpt (pp. 1-7) from the transcript of the May 25, 2023 sentencing proceedings as to Defendant K. Meggs in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.), filed as ECF No. 818 on February 27, 2024.

9. Attached as Exhibit 8 is a true and correct copy of the Third Superseding Indictment, ECF No. 380, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on June 6, 2022.

10. Attached as Exhibit 9 is a true and correct copy of an excerpt (pp. 19319-19321, 19374-19378, 19392, 19405-19409) from the public version of the transcript of the April 20, 2023 (Trial Day 68) afternoon session of the jury trial in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.).

11. Attached as Exhibit 10 is a true and correct copy of the Final Jury Instructions, ECF No. 767, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on April 26, 2023.

12. Attached as Exhibit 11 is a true and correct copy of the Verdict Form, ECF No. 804, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on May 4, 2023.

13. Attached as Exhibit 12 is a true and correct copy of the Judgment as to Defendant Ethan Nordean, ECF No. 912, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on September 15, 2023.

14. Attached as Exhibit 13 is a true and correct copy of the Judgment as to Defendant Joseph R. Biggs, ECF No. 902, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on September 15, 2023.

15. Attached as Exhibit 14 is a true and correct copy of the Judgment as to Defendant Zachary Rehl, ECF No. 905, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on September 15, 2023.

16. Attached as <u>Exhibit 15</u> is a true and correct copy of the Judgment as to Defendant Enrique Tarrio, ECF No. 908, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on September 15, 2023.

17. Attached as <u>Exhibit 16</u> is a true and correct copy of the Judgment as to Defendant Dominic J. Pezzola, ECF No. 915, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on September 15, 2023.

18. Attached as <u>Exhibit 17</u> is a true and correct copy of the Jury Instructions as to Defendants Roberto Minuta, Joseph Hackett, David Moerschel, and Edward Vallejo, ECF No. 457, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on January 24, 2023.

19. Attached as <u>Exhibit 18</u> is a true and correct copy of the Verdict Form as to Defendants Minuta, Hackett, Moerschel, and Vallejo, ECF No. 450, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on January 23, 2023.

20. Attached as <u>Exhibit 19</u> is a true and correct copy of the Judgment as to Defendant Minuta, ECF No. 631, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 8, 2023.

21. Attached as <u>Exhibit 20</u> is a true and correct copy of the Judgment as to Defendant Moerschel, ECF No. 641, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 8, 2023.

22. Attached as <u>Exhibit 21</u> is a true and correct copy of the Judgment as to Defendant Vallejo, ECF No. 650, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 8, 2023.

23. Attached as <u>Exhibit 22</u> is a true and correct copy of the Eighth Superseding Indictment, ECF No. 684, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on June 22, 2022.

24. Attached as <u>Exhibit 23</u> is a true and correct copy of the Jury Instructions as to Defendants Sandra Parker ("S. Parker"), Bennie Parker ("B. Parker"), Laura Steele, Connie Meggs ("C. Meggs"), William Isaacs, and Michael Greene, ECF No. 916, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on April 3, 2023.

25. Attached as <u>Exhibit 24</u> is a true and correct copy of the Verdict Form as to Defendants S. Parker, B. Parker, Steele, Meggs, Isaacs, and Michael Greene, ECF No. 910, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on March 21, 2023.

26. Attached as <u>Exhibit 25</u> is a true and correct copy of the Judgment as to Defendant C. Meggs, ECF No. 1056, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on September 3, 2023.

27. Attached as <u>Exhibit 26</u> is a true and correct copy of the Judgment as to Defendant S. Parker, ECF No. 1062, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on September 21, 2023.

28. Attached as <u>Exhibit 27</u> is a true and correct copy of the Judgment as to Defendant Steele, ECF No. 1067, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on October 2, 2023.

29. Attached as <u>Exhibit 28</u> is a true and correct copy of the First Superseding Indictment, ECF No. 34, filed in *United States v. Pezzola, et al.*, No. 1:21-CR-00052 (D.D.C.) on April 16, 2021.

30. Attached as <u>Exhibit 29</u> is a true and correct copy of the Plea Agreement as to Defendant Matthew Greene, ECF No. 104, filed in *United States v. Pezzola, et al.*, No. 1:21-CR-00052 (D.D.C.) on December 22, 2021.

31. Attached as <u>Exhibit 30</u> is a true and correct copy of the Statement of Offense as to Defendant Matthew Greene, ECF No. 105, filed in *United States v. Pezzola, et al.*, No. 1:21-CR-00052 (D.D.C.) on December 22, 2021.

32. Attached as <u>Exhibit 31</u> is a true and correct copy of the Judgment as to Defendant Rhodes, ECF No. 624, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on June 5, 2023.

33. Attached as <u>Exhibit 32</u> is a true and correct copy of an excerpt (pp. 5897-5902, 5995-6006) from the transcript of the November 1, 2022 (Trial Day 21) morning session of the jury trial as to Defendants Rhodes, K. Meggs, Harrelson, Watkins, and Caldwell in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.), filed as ECF No. 744 on January 3, 2024.

34. Attached as <u>Exhibit 33</u> is a true and correct copy of an excerpt (pp. 1-2, 20) from the transcript of the May 25, 2023 sentencing proceedings as to Defendant Rhodes in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.), filed as ECF No. 817 on February 27, 2024.

35. Attached as <u>Exhibit 34</u> is a true and correct copy of the Indictment, ECF No. 1, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on January 12, 2022.

36. Attached as <u>Exhibit 35</u> is a true and correct copy of the Plea Agreement as to Defendant Brian Ulrich, ECF No. 116, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on April 29, 2022.

37.     Attached as <u>Exhibit 36</u> is a true and correct copy of the Statement of Offense as to Defendant Ulrich, ECF No. 117, filed in *United States v. Rhodes, III, et al.*, No. 1:22-CR-00015 (D.D.C.) on April 29, 2022.

38.     Attached as <u>Exhibit 37</u> is a true and correct copy of the Judgment as to Defendant B. Parker, ECF No. 1059, filed in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.) on September 21, 2023.

39.     Attached as <u>Exhibit 38</u> is a true and correct copy of an excerpt (pp. 1-6) from the transcript of the September 1, 2023 sentencing proceedings as to Defendant B. Parker in *United States v. Crowl, et al.*, No. 1:21-CR-00028 (D.D.C.), filed as ECF No. 1174 on February 29, 2024.

40.     Attached as <u>Exhibit 39</u> is a true and correct copy of the Second Superseding Indictment, ECF No. 305, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on March 7, 2022.

41.     Attached as <u>Exhibit 40</u> is a true and correct copy of the Plea Agreement as to Defendant Charles Donohoe, ECF No. 335, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on April 8, 2022.

42.     Attached as <u>Exhibit 41</u> is a true and correct copy of the Statement of Offense as to Defendant Donohoe, ECF No. 336, filed in *United States v. Nordean*, 1:21-CR-00175 (D.D.C.) on April 8, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2024

_____
Edward G. Caspar