# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15 (APM) |
| v. | : |
| (1) ELMER STEWART RHODES III, | : |
| (2) KELLY MEGGS, | : |
| (3) KENNETH HARRELSON, | : |
| (4) JESSICA WATKINS, and | : |
| (5) THOMAS CALDWELL, | : |
| Defendants. | : |

## VERDICT FORM

**Count One: Seditious Conspiracy**

    A. **Verdict as to each defendant:**

        (1) *Elmer Stewart Rhodes III*

        Guilty __✓__ Not Guilty _____

        i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

            __✓__ To oppose by force the authority of the Government of the United States

            _____ To use force to prevent, hinder, or delay the execution of any law of the United States

1

**(2) Kelly Meggs**

Guilty ✓   Not Guilty _____

  i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

   ✓   To oppose by force the authority of the Government of the United States

   _____ To use force to prevent, hinder, or delay the execution of any law of the United States


**(3) Kenneth Harrelson**

Guilty _____ Not Guilty ✓

  i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

   _____ To oppose by force the authority of the Government of the United States

   _____ To use force to prevent, hinder, or delay the execution of any law of the United States


**(4) Jessica Watkins**

Guilty _____ Not Guilty ✓

  i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

   _____ To oppose by force the authority of the Government of the United States

   _____ To use force to prevent, hinder, or delay the execution of any law of the United States

**(5)** *Thomas Caldwell*

Guilty \_\_\_\_\_ Not Guilty ✓

  i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

   \_\_\_\_\_ To oppose by force the authority of the Government of the United States

   \_\_\_\_\_ To use force to prevent, hinder, or delay the execution of any law of the United States

---

**Count Two: Conspiracy to Obstruct an Official Proceeding**

A. **Verdict as to each defendant:**

**(1)** *Elmer Stewart Rhodes III*

Guilty \_\_\_\_\_ Not Guilty ✓

**(2)** *Kelly Meggs*

Guilty ✓ Not Guilty \_\_\_\_\_

**(3)** *Kenneth Harrelson*

Guilty \_\_\_\_\_ Not Guilty ✓

**(4)** *Jessica Watkins*

Guilty ✓ Not Guilty \_\_\_\_\_

**(5)** *Thomas Caldwell*

Guilty \_\_\_\_\_ Not Guilty ✓

---

3

**Count Three: Obstruction of an Official Proceeding**

    **(1) *Elmer Stewart Rhodes III***

    Guilty ✓    Not Guilty \_\_\_\_\_

    **(2) *Kelly Meggs***

    Guilty ✓    Not Guilty \_\_\_\_\_

    **(3) *Kenneth Harrelson***

    Guilty ✓    Not Guilty \_\_\_\_\_

    **(4) *Jessica Watkins***

    Guilty ✓    Not Guilty \_\_\_\_\_

    **(5) *Thomas Caldwell***

    Guilty ✓    Not Guilty \_\_\_\_\_

---

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

    A. **Verdict as to each defendant:**

        **(1) *Elmer Stewart Rhodes III***

        Guilty \_\_\_\_\_    Not Guilty ✓

        i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

            \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

            \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

**(2) *Kelly Meggs***

Guilty ✓  Not Guilty _____

> i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**
>
> ✓ To prevent a Member of Congress from discharging a duty as a Member of Congress
>
> _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(3) *Kenneth Harrelson***

Guilty ✓  Not Guilty _____

> i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**
>
> ✓ To prevent a Member of Congress from discharging a duty as a Member of Congress
>
> _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(4) *Jessica Watkins***

Guilty ✓  Not Guilty _____

> i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**
>
> ✓ To prevent a Member of Congress from discharging a duty as a Member of Congress
>
> _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

5

**(5)** *Thomas Caldwell*

Guilty _____ Not Guilty ✓

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

_____ To prevent a Member of Congress from discharging a duty as a Member of Congress

_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Five: Destruction of Government Property**

**(2)** *Kelly Meggs*

Guilty _____ Not Guilty ✓

**(3)** *Kenneth Harrelson*

Guilty _____ Not Guilty ✓

**(4)** *Jessica Watkins*

Guilty _____ Not Guilty ✓

---

**Count Six: Obstructing Officers During a Civil Disorder**

**(4)** *Jessica Watkins*

Guilty ✓ Not Guilty _____

---

**Count Seven: Tampering with Documents or Proceedings**

**(1)** *Elmer Stewart Rhodes III*

Guilty ✓ Not Guilty _____

6

**Count Eight: Tampering with Documents or Proceedings**

    **(2)** *Kelly Meggs*

    Guilty ✓    Not Guilty _____

---

**Count Nine: Tampering with Documents or Proceedings**

    **(3)** *Kenneth Harrelson*

    Guilty ✓    Not Guilty _____

---

**Count Ten: Tampering with Documents or Proceedings**

    **(5)** *Thomas Caldwell*

    Guilty ✓    Not Guilty _____

Date: November 29, 2022

7