# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-cr-15 (APM) |
| | : | |
| v. | : | |
| | : | |
| (1) ROBERTO MINUTA, | : | |
| | : | |
| (2) JOSEPH HACKETT, | : | |
| | : | |
| (3) DAVID MOERSCHEL, and | : | |
| | : | |
| (4) EDWARD VALLEJO | : | |
| | : | |
| Defendants. | : | |

## VERDICT FORM

**Count One: Seditious Conspiracy**

    A. Verdict as to each defendant:

        **(1)** *Roberto Minuta*

        Guilty __X__ Not Guilty _____

        i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

            _____ To oppose by force the authority of the Government of the United States

            __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

1

**(2) *Joseph Hackett***

Guilty  X  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        X  To use force to prevent, hinder, or delay the execution of any law of the United States

**(3) *David Moerschel***

Guilty  X  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        X  To use force to prevent, hinder, or delay the execution of any law of the United States

**(4) *Edward Vallejo***

Guilty  X  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        X  To use force to prevent, hinder, or delay the execution of any law of the United States

2

**Count Two: Conspiracy to Obstruct an Official Proceeding**

A. Verdict as to each defendant:

    **(1) *Roberto Minuta***
    Guilty __X__ Not Guilty _____

    **(2) *Joseph Hackett***
    Guilty __X__ Not Guilty _____

    **(3) *David Moerschel***
    Guilty __X__ Not Guilty _____

    **(4) *Edward Vallejo***
    Guilty __X__ Not Guilty _____

**Count Three: Obstruction of an Official Proceeding**

    **(1) *Roberto Minuta***
    Guilty __X__ Not Guilty _____

    **(2) *Joseph Hackett***
    Guilty __X__ Not Guilty _____

    **(3) *David Moerschel***
    Guilty __X__ Not Guilty _____

    **(4) *Edward Vallejo***
    Guilty __X__ Not Guilty _____

3

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

A. Verdict as to each defendant:

    **(1) *Roberto Minuta***

    Guilty __X__ Not Guilty _____

        i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

          __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

          _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

    **(2) *Joseph Hackett***

    Guilty __X__ Not Guilty _____

        i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

          __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

          _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

    **(3) *David Moerschel***

    Guilty __X__ Not Guilty _____

        i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

          __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

          _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

**(4)** *Edward Vallejo*

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Five: Destruction of Government Property**

**(2)** *Joseph Hackett*

Guilty _____ Not Guilty __X__

**(3)** *David Moerschel*

Guilty _____ Not Guilty __X__

---

**Count Six:** **Tampering with Documents or Proceedings**

**(1)** *Roberto Minuta*

Guilty _____ Not Guilty __X__

---

**Count Seven: Tampering with Documents or Proceedings**

**(2)** *Joseph Hackett*

Guilty __X__ Not Guilty _____

5

**Count Eight: Tampering with Documents or Proceedings**

    **(3)** *David Moerschel*

    Guilty \_\_\_\_\_ Not Guilty **X**

---

Date: January **23**, 2023

6