# Exhibit 24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO. 21-cr-28 (APM)** |
| | : | |
| v. | : | |
| | : | |
| (1) SANDRA PARKER, | : | |
| (2) BENNIE PARKER, | : | |
| (3) LAURA STEELE, | : | |
| (4) CONNIE MEGGS, | : | |
| (5) WILLIAM ISAACS, and | : | |
| (6) MICHAEL GREENE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## VERDICT FORM

**Count One: Conspiracy to Obstruct an Official Proceeding**

A. **Verdict as to each defendant:**

**(1) *Sandra Parker***

Guilty __✗__ Not Guilty _____

**(2) *Bennie Parker***

Guilty __✗__ Not Guilty _____

**(3) *Laura Steele***

Guilty __✗__ Not Guilty _____

**(4) *Connie Meggs***

Guilty __✗__ Not Guilty _____

**(5) *William Isaacs***

Guilty __✗__ Not Guilty _____

**(6) *Michael Greene***

Guilty _____ Not Guilty __✗__

1

**Count Two: Obstruction of an Official Proceeding**

      **(1)** *Sandra Parker*

      Guilty  ✗  Not Guilty _____

      **(2)** *Bennie Parker*

      Guilty _____ Not Guilty  ✗ 

      **(3)** *Laura Steele*

      Guilty  ✗  Not Guilty _____

      **(4)** *Connie Meggs*

      Guilty  ✗  Not Guilty _____

      **(5)** *William Isaacs*

      Guilty  ✗  Not Guilty _____

      **(6)** *Michael Greene*

      Guilty _____ Not Guilty _____

**Count Three: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

A. **Verdict as to each defendant:**

(1) *Sandra Parker*

Guilty ✕ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        ✕ To prevent a Member of Congress from discharging a duty as a Member of Congress

        ✕ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(2) *Bennie Parker*

Guilty _____ Not Guilty ✕

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(3) *Laura Steele***

Guilty __✗__ Not Guilty _____

    **i.  If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

      __✗__  To prevent a Member of Congress from discharging a duty as a Member of Congress

      __✗__  To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(4) *Connie Meggs***

Guilty __✗__ Not Guilty _____

    **i.  If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

      __✗__  To prevent a Member of Congress from discharging a duty as a Member of Congress

      __✗__  To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

### (5) *William Isaacs*

Guilty __X__ Not Guilty _____

    i.   **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

      __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

      __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

### (6) *Michael Greene*

Guilty _____ Not Guilty __X__

    i.   **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

      _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

      _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Four: Destruction of Government Property**

### (1) *Sandra Parker*

Guilty __X__ Not Guilty _____

### (3) *Laura Steele*

Guilty __X__ Not Guilty _____

### (4) *Connie Meggs*

Guilty __X__ Not Guilty _____

### (5) *William Isaacs*

Guilty __X__ Not Guilty _____

**Count Five: Entering or Remaining Restricted Building or Grounds**

    **(1) *Sandra Parker***

    Guilty __✗__ Not Guilty _____

    **(2) *Bennie Parker***

    Guilty __✗__ Not Guilty _____

    **(3) *Laura Steele***

    Guilty __✗__ Not Guilty _____

    **(4) *Connie Meggs***

    Guilty __✗__ Not Guilty _____

    **(5) *William Isaacs***

    Guilty __✗__ Not Guilty _____

    **(6) *Michael Greene***

    Guilty __✗__ Not Guilty _____

**Count Six: Obstructing Officers During a Civil Disorder**

    **(5) *William Isaacs***

    Guilty __✗__ Not Guilty _____

**Count Seven: Obstructing Officers During a Civil Disorder**

> **(1) *Sandra Parker***
>
> Guilty ✗ Not Guilty _____
>
> **(3) *Laura Steele***
>
> Guilty ✗ Not Guilty _____
>
> **(5) *William Isaacs***
>
> Guilty ✗ Not Guilty _____

**Count Eight: Tampering with Documents or Proceedings**

> **(3) *Laura Steele***
>
> Guilty ✗ Not Guilty _____

**Count Nine: Tampering with Documents or Proceedings**

    **(6) *Michael Greene***

    Guilty _____ Not Guilty __✕___

Date: March __20__, 2023