# Exhibit 32

```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
     vs.                           )    November 1, 2022
                                   )    9:15 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )    Day 21
        Defendants.                )    Morning Session
_____)

            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE




APPEARANCES:

For the Government:        Kathryn L. Rakoczy
                           Jeffrey S. Nestler
                           Alexandra Hughes
                           Louis Manzo
                           Troy Edwards
                           U.S. ATTORNEY'S OFFICE
                           601 D Street, NW
                           Washington, D.C. 20579
                           (202) 252-7277
                           Email:
                           kathryn.rakoczy@usdoj.gov
                           Email:
                           jeffrey.nestler@usdoj.gov
```

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:      Phillip A. Linder
                               BARRETT BRIGHT LASSITER LINDER
                               3300 Oak Lawn Avenue
                               Suite 700
                               Dallas, TX 75219
                               (214) 252-9900
                               Email:
                               phillip@thelinderfirm.com

                               James Lee Bright
                               3300 Oak Lawn Avenue
                               Suite 700
                               Dallas, TX 75219
                               (214) 720-7777
                               Email: jlbrightlaw@gmail.com

                               Edward L. Tarpley, Jr.
                               819 Johnston Street
                               Alexandria, LA 71301
                               (318) 487-1460
                               Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:            Jonathan W. Crisp
                               CRISP AND ASSOCIATES, LLC
                               4031 North Front Street
                               Harrisburg, PA 17110
                               (717) 412-4676
                               Email: jcrisp@crisplegal.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
                           - - -

                       WITNESS INDEX

                           - - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA KELSEY HARRIS       5930

                           - - -
```

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | ADMITTED |
|---|---|
| 5707 | 5933 |
| 2001.T.129 | 5934 |
| 6757 | 5944 |
| 1112.2 | 5950 |
| 6732 | 5974 |
| 5306.1 | 5981 |
| 1081.A | 5984 |
| 1110 | 5986 |
| 6760 and 6761 | 5990 |
| 50V | 5998 |
| 2410.1 | 6010 |
| 6759 | 6013 |
| 6733 | 6021 |
| 210.P.1 | 6023 |
| 6734 | 6034 |
| 1105 | 6047 |

Case 1:22-cv-00605-AFM Document 364 Filed 01/03/24 Page 7 of 19

```
 1              And then at slide 44 on this exhibit, 6731, at
 2   2:38 p.m., what was it that Vallejo said?
 3        A    "QRF standing by at hotel.  Just say the word."
 4        Q    Did he say anything about evacuation here?
 5        A    No, sir.
 6        Q    Okay.
 7              Let's go back to 6732, please.
 8              And -- okay.
 9              And now, after Vallejo's comment at 5:21 p.m. --
10   if we can go to next message, please.
11              About 30 minutes later, at 5:56 p.m., we see
12   Stewart Rhodes sending a message.  And which chat is he
13   sending this message to?
14        A    This is the "Old Leadership" chat.
15        Q    What does Rhodes say?
16        A    "We will now walk the same path as the Founding
17   Fathers, for same reasons."
18        Q    And then the next message, about two minutes
19   later, how does Rhodes continue?
20        A    "Trump needs to act as commander-in-chief.  We
21   laid out his course of action on our two open letters.  He
22   still has all of those options."
23        Q    And then the next slide, what does he post here?
24        A    This is the link to one of the letters he's
25   referring to.
```

```
 1      Q    And then the next slide, what's this a link to?
 2      A    The other letter.
 3           MR. NESTLER:  And now, if we can go to next slide,
 4   Ms. Rohde.
 5   BY MR. NESTLER:
 6      Q    About five minutes later, at 6:05 p.m., Ed Vallejo
 7   sends a message to the "D.C. Op Jan. 6, '21" chat.
 8   Do you see that?
 9      A    Yes, sir.
10      Q    What does he say?
11      A    "The lamestreamenemy is declaring Trump has called
12   in the nasty guard.  LOL."
13           MR. NESTLER:  If we can go to the next message,
14   please.
15           That was at 6:05 p.m.  Can you scroll down a
16   little bit, Ms. Rohde.
17   BY MR. NESTLER:
18      Q    Now, why does this screen look different from the
19   prior message screens we were looking at?
20      A    This is just a screenshot from a phone instead of
21   a Signal extraction.
22      Q    And this screenshot, is it correct that it came
23   from someone named Aaron Stone's phone?
24      A    Yes, sir.
25      Q    Did the FBI attempt to locate this message on the
```

```
 1   Signal backup extraction from Aaron Stone's phone?
 2       A    Right.
 3       Q    Was the FBI able to locate the message there?
 4       A    No, not this particular video message.
 5       Q    So it did not exist in the Signal backup
 6   extraction?
 7       A    Correct.
 8       Q    And can you tell from the top here what message
 9   chat this is?
10       A    Yes, that's the vetted "OK FL" hangout.
11       Q    And what time was this message sent?
12       A    6:13 p.m.
13       Q    And who was the message sent by?
14       A    Mr. Kelly Meggs, using the OK Gator 1.
15       Q    And what did Kelly Meggs, using OK Gator 1, say to
16   the vetted OK Florida Signal chat at 6:13 p.m.?
17       A    The caption he wrote with the video is "Florida OK
18   takes the Capitol."
19       Q    And that little video -- that little circle inside
20   with the diamond inside of it, an arrow inside of it, what
21   does that indicate?
22       A    It's a video.  That's the play button for the
23   video.
24       Q    And have you seen this video from Aaron Stone's
25   phone?
```

```
 1        A    Yes.
 2        Q    And this is Government's Exhibit 50P, this
 3   photograph.  I'm now going to show you Government's Exhibit
 4   50V, for video.
 5             MR. NESTLER:  And the government would move the
 6   admission of Government's Exhibit 50V.
 7             THE COURT:  All right.  50V will be admitted.
 8                                      (Government's Exhibit 50V
                                          received into evidence.)
 9
10             MS. HALLER:  No objection.
11             MR. NESTLER:  If we could play this forward just
12   for about 30 seconds, please, Ms. Rohde.
13             (Video played)
14   BY MR. NESTLER:
15        Q    I'm pausing there about 30 seconds.
16             Is it correct this entire video is 2 minutes and
17   51 seconds long?
18        A    Yes, sir, that sounds about right.
19        Q    And have you seen the whole video?
20        A    I have.
21        Q    Have you compared this video to Government's
22   Exhibit 73.V.3 of a video recovered from Defendant
23   Kenneth Harrelson's phone?
24        A    Yes, sir.
25        Q    How do they compare?
```

| | | |
|---|---|---|
| 1 | A | It's the same video. |
| 2 | Q | Does one have a better resolution than other? |
| 3 | A | Yes. |
| 4 | Q | Which one has a better resolution? |
| 5 | A | The version from Mr. Harrelson's phone. |
| 6 | Q | So the version we're looking at here from |
| 7 | | Aaron Stone's phone has a lower resolution? |
| 8 | A | Yes, sir. |
| 9 | Q | Now, this video was posted by Kelly Meggs; |
| 10 | | is that correct? |
| 11 | A | That's correct. |
| 12 | Q | Did the FBI recover -- well, let me ask it this |
| 13 | | way. |
| 14 | | Have you reviewed the extraction from |
| 15 | | Kenneth Harrelson's phone. |
| 16 | A | I have. |
| 17 | Q | Do you see any message in which Kenneth Harrelson |
| 18 | | transmits the video from himself to Kelly Meggs? |
| 19 | A | No, sir. |
| 20 | Q | Have you reviewed the extraction from Kelly Meggs' |
| 21 | | phone? |
| 22 | A | Yes, sir. |
| 23 | Q | Have you seen any message in which Kelly Meggs |
| 24 | | receives the video from Kenneth Harrelson? |
| 25 | A | No, sir. |

```
1        Q     What does that suggest to you as an FBI agent?
2        A     That the messages were deleted.
3              MR. NESTLER:  If we can now go back to
4   Government's Exhibit 6732, please, Ms. Rohde.
5   BY MR. NESTLER:
6        Q     And so this message here, so this is a screenshot
7   from the vetted "OK FL" chat at 6:13 p.m.
8              Let's go to the next slide, please.
9              The next slide is also a screenshot; is that
10  right?
11       A     Yes, sir.
12       Q     And where is this screenshot from?
13       A     This is from Mr. William Isaacs' phone.
14       Q     And now remind us, when the FBI looked at the
15  Signal chain "OK FL D.C. Op Jan. 6th" on William Isaac's
16  phone, was it able to do a Signal extraction?
17       A     No, sir.
18       Q     So how did the FBI capture the Signal messages
19  that were on his phone?
20       A     We obtained screenshots of all the messages.
21       Q     Is that what we're looking at here?
22       A     Yes, it is.
23       Q     Okay.
24             And so the screenshot in the middle here, from OK
25  Gator 1, remind us who OK Gator 1 is?
```

```
1        A    Mr. Kelly Meggs.

2        Q    And at 6:19 p.m., what did he write?

3        A    I don't know what he wrote.

4        Q    Okay.  What about the message just about that?

5        A    Oh, just about that one was, "Shelby, we got your

6   boy his first dose of tear gas."

7        Q    And do you know who Shelby is?

8        A    Shelby is Traci Isaacs, she's the aunt of

9   William Isaacs, and I believe she used a moniker, Shelby

10  Cobra.

11       Q    And just after that message, did Meggs send

12  another message?

13       A    He did.

14       Q    And what happened to that message at 6:19 p.m.?

15       A    It was deleted.

16       Q    And that's about 6 minutes after the OK -- Florida

17  OK vetted message with the video that was also deleted;

18  is that correct?

19       A    Yes, sir.

20       Q    Okay.

21            Now, let's go to the next slide, please,

22  Ms. Rohde.

23            THE COURT:  Mr. Nestler, can you hang on one

24  second.

25            All right.  Mr. Nestler, go ahead.
```

```
 1            MR. NESTLER:  Thank you.
 2   BY MR. NESTLER:
 3       Q    So what we're looking at here, this is just
 4   another depiction of that same message at 6:19 p.m.; is that
 5   right?
 6       A    Yes, sir.
 7       Q    If we can go to the next message, please.
 8            What did Williams Isaacs say in that same minute
 9   to that same chat?
10       A    "I shouldn't have gone in first."
11       Q    And remind us who was the first member of Stack 1
12   to enter the Capitol building?
13       A    Mr. Williams Isaacs.
14       Q    If we can go to next message, please.
15            Now, that was at 6:19 p.m.  Going back to 6:22
16   p.m. about three minutes later, what does Stewart Rhodes say
17   to the "D.C. Op Jan. 6, '21" Signal chat?
18       A    "Look, I was there.  I was right outside.
19   Patriots stormed in.  Not Antifa.  And I don't blame them.
20   They were justifiably pissed off."
21       Q    And if we can go to the next message, please.
22            About 15 minutes later, what does Kelly Meggs,
23   OK Gator 1, say to the same message thread?
24       A    "Okay, who gives a damn who in went in there.  If
25   it's Obama himself, it doesn't matter.
```

```
 1               "What matters is where we are now and decisions
 2   that have to be made.  We are now the enemy of the state."
 3         Q    And if we can go to next message, that same
 4   minute, 6:36 p.m., what does Kelly Meggs write to the vetted
 5   "OK FL" hangout chat?
 6         A    "Trump is a traitor."
 7         Q    If we can go forward.
 8               Two minutes later, how does he continue?
 9         A    "He had the option and didn't use it.  He played
10   us all and screwed our country.  He didn't have the balls to
11   do it."
12         Q    And if we can now go forward.
13               About two minutes after that, at 6:40 p.m., what
14   does Ed Vallejo write to the "D.C. Op Jan. 6, '21" chat?
15         A    "You were correct-drone red and non-functional."
16         Q    Now, can you remind us, did Ed Vallejo send
17   messages about a drone earlier in the day?
18         A    He did.
19               MR. NESTLER:  Can we go to 6730, please,
20   Ms. Rohde, slide 7.
21   BY MR. NESTLER:
22         Q    What had Vallejo said at around 11:18 a.m. in that
23   same chat?
24         A    "FYI, I brought a drone with a 720p cam for recon
25   use, but I'm not a proficient operator.  Do we have anyone
```

1   identified to use it?  Do you want it prepped for
2   deployment?  Let me know."
3        Q    And in the next slide, how did Mr. Rhodes respond
4   to that?
5        A    "Yes.  Bring it."
6             MR. NESTLER:  Now we can go back to 6732, please,
7   Ms. Rohde.
8   BY MR. NESTLER:
9        Q    So after Vallejo's message at 6:40 p.m., let's go
10  forward to 7:08 p.m.
11            Is this a text message exchange between
12  Kelly Meggs and someone named Rich Lupo?
13       A    Yes, sir.
14       Q    Is Rich Lupo one of the people on the board here?
15       A    He is not.
16       Q    What did Rich Lupo say in a text message to
17  Kelly Meggs at 7:08 p.m. on the night of January 6?
18       A    "When happens of House resumes session tonight?"
19       Q    And the next message, what did Lupo say to correct
20  himself?
21       A    "If House."
22       Q    And then if we go forward, that same minute,
23  7:08 p.m., what did Kelly Meggs respond?
24       A    "We are going back."
25       Q    If we could go to the next slide, please, about

```
 1   8 minutes later at 7:15 p.m., what did someone named
 2   HorseWhisperer say to the "D.C. Op Jan. 6, 21" chat?
 3        A    "FYI-Congress requested back to Capitol tonight at
 4   7 p.m. to finish out the electoral process."
 5        Q    And if we can go forward, please.
 6             What did Vallejo say two minutes after that?
 7        A    "Well, they have to declare butt boy pres in dead
 8   of night when no one there, right?"
 9        Q    And the next message about 15 minutes later at
10   7:30 p.m., what did Rhodes write to this chat group?
11        A    "Thousands of ticked-off patriots spontaneously
12   marched on the Capitol and sent the message that they will
13   not live under an illegitimate Chi-Com puppet regime.  You
14   can't handle that, hit the door.  You ain't seen
15   nothing yet."
16        Q    And two minutes later, what did Ed Vallejo say to
17   this same chat group at 7:32 p.m.?
18        A    "We'll be back at 6:00 a.m. to do it again."
19        Q    And then if we go forward a few seconds later,
20   what did Ed Vallejo continue with?
21        A    "We got food for 30 days."
22        Q    And if we can go forward, Kelly Meggs about two
23   minutes later, as OK Gator 1, sends a message to the same
24   group; is that correct?
25        A    Yes, sir.
```

```
1       Q    What does Kelly Meggs say?
2       A    "We aren't quitting.  We are reloading."
3       Q    What is an item that people can reload,
4  Agent Harris?
5       A    Guns.
6       Q    Can we go forward, please.
7            The next message about 7 minutes later, at
8  7:41 p.m., what does Stewart Rhodes say to the
9  "D.C. Op Jan. 6, 21" chat?
10      A    "The founding generation Sons of Liberty stormed
11 the mansion of the corrupt royal government of Massachusetts
12 and trashed the place.  They also jumped on board a ship
13 carrying east India tea and dumped it into the harbor.
14           We're actually in a far more deadly situation,
15 given the fact that enemies, foreign and domestic, have
16 subverted, infiltrated, and taken over nearly every single
17 office and level of power in this nation.  We have one final
18 chance to get Trump to do his job and his duty.
19           Patriots entering their own Capitol to send a
20 message to the traitors is nothing compared to what's coming
21 if Trump doesn't take decisive action right now.  It helped
22 to send that message to him.  He was the most important
23 audience today.  I hope he got the message."
24           MR. NESTLER:  If we can go back to the beginning
25 of that slide, please, Ms. Rohde.
```