# Exhibit 33

                                                                    1

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
         Plaintiff,              )
                                 )    CR No. 22-15-1
                                 )    Washington, D.C.
    vs.                          )    May 25, 2023
                                 )    9:39 a.m.
ELMER STEWART RHODES III,        )
                                 )
         Defendant.              )
_____)

          TRANSCRIPT OF SENTENCING PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:     Phillip A. Linder
                              BARRETT BRIGHT LASSITER LINDER
                              3300 Oak Lawn Avenue
                              Suite 700
                              Dallas, TX 75219
                              (214) 252-9900
                              Email:
                              phillip@thelinderfirm.com

                              James Lee Bright
                              3300 Oak Lawn Avenue
                              Suite 700
                              Dallas, TX 75219
                              (214) 720-7777
                              Email: jlbrightlaw@gmail.com

                              Edward L. Tarpley, Jr.
                              819 Johnston Street
                              Alexandria, LA 71301
                              (318) 487-1460
                              Email: edwardtarpley@att.net

Probation Officer:            Crystal Lustig

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1        Defense also points out that the gun purchases
2   were legal.  That is true, but it misses the point.  I think
3   the preponderance of the evidence, and certainly clear and
4   convincing and beyond a reasonable doubt, a jury could find
5   and did find that Mr. Rhodes' purchases of firearms, both on
6   his way to Washington, D.C., and on his way out was to
7   challenge the Government of the United States and to create
8   an arsenal in order to do so.
9        Mr. Rhodes' own words have established as much.
10  I've already recited some of them.  And I will also note
11  that on the way back, Mr. Rhodes gave a cache of weapons and
12  equipment to Josh James, which he told Mr. James to
13  distribute upon his instruction and to be prepared for
14  violence in the event of Civil War.
15       Mr. James admitted to that in his factual proffer
16  when he plead.  It is something I can consider.  He said
17  that happened under oath; and, therefore, I credit his
18  statement that Mr. Rhodes said that to him when he
19  distributed weapons to him after January 6th.
20       There's the contention that Mr. Rhodes' text
21  message or his Signal messages to others in the
22  "Old Leadership" chat to tell others to delete their
23  messages was simply reciting or passing on the advice that
24  Kellye SoRelle was providing.
25       Let me just say I find that to be -- it really
```