## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 21-cv-2265-APM<br><br>*Oral Argument Requested* |
| DISTRCT OF COLUMBIA,<br><br>    Plaintiff,<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>    Defendants. | Case No. 21-cv-3267-APM<br><br>*Oral Argument Requested* |

## **[PROPOSED] ORDER**

Upon consideration of Smith Plaintiffs' Motion for Partial Summary Judgment and Plaintiff District of Columbia's Motion for Partial Summary Judgment (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.

As to *Smith et al.* v. *Trump et al.*, Case No. 21-cv-02265-APM, the Court grants summary judgment as to the conspiracy element of Claim I against Defendants Joseph Biggs, Kelly Meggs, Ethan Nordean, Dominic Pezzola, Zachary Rehl, and Henry "Enrique" Tarrio (collectively, the "Smith Convicted Defendants"). The Court holds that Smith Plaintiffs have met the elements that each Smith Convicted Defendant (i) agreed to participate in a common scheme between two or

more individuals to (ii) commit an unlawful act, or to commit a lawful act in an unlawful manner, as required by 42 U.S.C. § 1985(1).  The Smith Convicted Defendants are hereby collaterally estopped from contesting that they entered into a conspiracy between at least two people to prevent, by force, intimidation, or threat, members of Congress and/or federal law enforcement from discharging a duty, or to induce members of Congress to leave the place where that person's duties are required to be performed on January 6, 2021.

As to *District of Columbia* v. *Proud Boys Int'l et al.,* Case No. 21-cv-03267-APM:

1.      The Court grants summary judgment as to the conspiracy elements of Claims III, IV, and V against Defendants Joseph Biggs, Charles Donohoe, Matthew Greene, Kenneth Harrelson, Connie Meggs, Kelly Meggs, Roberto A. Minuta, David Moerschel, Bennie Alvin Parker, Sandra Ruth Parker, Dominic Pezzola, Zachary Rehl, Elmer Stewart Rhodes III, Laura Steele, Henry "Enrique" Tarrio, Brian Ulrich, Edward Vallejo, and Jessica Marie Watkins (the "District Convicted Defendants").  The Court holds that the District has met the elements that each District Convicted Defendant (i) agreed to participate in a common scheme between two or more individuals to (ii) commit an unlawful act, or to commit a lawful act in an unlawful manner, as required for Claims III (conspiracy assault), IV (conspiracy battery), and V (conspiracy IIED). The District Convicted Defendants are hereby collaterally estopped from contesting that they entered into a conspiracy between at least two people to prevent, by force, intimidation, or threat, members of Congress and/or federal law enforcement from discharging a duty, or to induce members of Congress to leave the place where that person's duties are required to be performed on January 6, 2021.

2.      The Court grants summary judgment as to the assault element of Claims III against Defendants Donohoe and Pezzola.  The Court holds that the District has met the elements that

Defendants Donohoe and Pezzola committed an act of assault in the course of participating in the aforementioned unlawful conspiracy, as required for Claim III (conspiracy assault).  Defendants Donohoe and Pezzola are hereby collaterally estopped from contesting that they committed an assault in furtherance of the aforementioned conspiracy.


**SO ORDERED** this _____ day of _____, 2024.


_____
United States District Judge