UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

    **Plaintiffs,**
      v.                                    Case No: 1:21-cv-02265 (APM)

DONALD J. TRUMP, et al.,

    **Defendants.**

### SECOND NOTICE RE: TARRIO-BIGGS DISCOVERY COMPLIANCE

Attached are copies of (a) Responses and Objections of Tarrio and Biggs to Plaintiffs' First Set of Interrogatories (<u>16 pages</u>), and (b) Responses and Objections of Tarrio and Biggs to Plaintiffs' Second Set of Requests for Production (<u>6 pages</u>), both served June 29, 2024. These discovery responses are being filed with this Notice to enable the public, the press, and Court to review them, should any of the foregoing choose to do so, now or at some time in the future, concerning the actual financial and real access-to-justice circumstances of these two defendants.

                                            Respectfully submitted,

                                            FOR DEFENDANTS HENRY TARRIO
                                            and JOSEPH R. BIGGS

Dated: July 23, 2024                 By: <u>/s/ *John Daniel Hull*</u>
                                          JOHN DANIEL HULL
                                          DC Bar No. 323006
                                          Maryland Bar No. 890601003
                                          California Bar No. 222862
                                          HULL MCGUIRE PC
                                          1420 N Street, N.W.
                                          Washington, D.C. 20005
                                          202.429.6520  office
                                          619.895.8336  cell
                                          jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

On July 23, 2024, the foregoing Second Notice Re: Tarrio-Biggs Discovery Compliance and two attachments were served upon counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
Maryland Bar No. 890601003
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
202.429.6520  office
619.895.8336  cell
412.261.2627  fax
jdhull@hullmcguire.com