AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Conrad Smith, et. al, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02265-APM |
| Donald J. Trump, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelly Meggs                                                                                         .

Date:   07/24/2024

/s/ Mark P. Nobile
*Attorney's signature*

Mark P. Nobile (D.C. Bar No. 1780761)
*Printed name and bar number*

400 5th Street N.W.
Suite 350
Washington, D.C. 20001

*Address*

mark@brandwoodwardlaw.com
*E-mail address*

(202) 996-7447
*Telephone number*

(202) 996-0113
*FAX number*