UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21-cv-2265 (APM) |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER TO SHOW CAUSE

On July 23, 2024, Defendants Henry Tarrio and Joseph R. Biggs filed on the public docket their responses to Plaintiffs' First Set of Interrogatories and Plaintiffs' Second Set of Requests for Production. Notice, ECF No. 307. Pursuant to Local Civil Rule 5.2(a), discovery responses "shall be served upon other counsel and parties but shall not be filed with the Clerk until they are used in the proceedings or upon order of the Court[.]" LCvR 5.2(a).

It is hereby ordered that counsel for Defendants Tarrio and Biggs shall show cause in writing on or before August 2, 2024, why their discovery responses were filed on the public docket in apparent violation of Local Civil Rule 5.2(a).

Dated: July 26, 2024

Amit P. Mehta
United States District Court Judge