TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

LET THIS BE FILED

---

FROM: 26050509
TO: Baker, Jennifer; Goodwyn, Marie; Hawley, Melissa; Hughes, Cynthia; Neuen, Don; Siniff, Montana
SUBJECT: Motion to Sever Pt. 2
DATE: 07/28/2024 07:44:27 PM

(Continued from Part 1, Sent via Bureau of Prisons TRULINCS System at 15:01 on 07/28/2024)

MOTION TO SEVER TO PROMOTE JUDICIAL ECONOMY

The resources expended by the Plaintiffs to pursue Defendant Watkins, who is incarcerated with no culpability to the crimes alleged, who has no assets, no income and is indigent is likely unduly burdensome on the Courts. In the interest of Severance for Judicial Economy, it is the opinion of this Defendant that the time the Hon. Court must expend on unnecessary time and resources and is a frivolous cause that is wasteful. As such the Defendant requests Motion to Sever on Judicial Economy.

MOTION TO SEVER IN ORDER TO AVOID PREJUDICE

While Defendant Watkins does not have access to a Law Library while incarcerated, she does however have access to a Merriam-Websters's Dictionary which defines Prejudice under the following:

Prejudice:
(noun) 1: Detriment to one's Rights or Claims; 2: An opinion made without adequate basis; bias, favor, partiality, partisanship
(verb) 1: To Damage by a Judgement or Action esp. at Law.

Defendant Watkins asserts that each definition is applicable under this definition; each will be articulated here. Firstly, Defendant Watkins' has been exposed to slander and defamation for the insinuations made in these Civil Claims; that she and her Codefendants violated the Klu Klux Klan Act of 1985. This has led Defendant Watkins to be directly accused of racism during her incarceration, as well as attacked mercilessly in the Mainstream Media for similar reasons. This has placed her at undue risk for an insinuation that is as heinous as it is harmful and false. This has led to her Rights being violated, namely for defamation of character. Defendant Watkins, as a Volunteer Medic, came to the rescue of roughly a dozen injured Black Lives Matter protesters during the course of their 1st Amendment protected activities, and has had numerous professional, courteous and compassionate interactions with those individuals; even at times empathizing with their cause. This can be corroborated with testimony and video, yet as a result of these very Civil Claims, she has been defamed as a racist and as a white supremacist in the Media despite all evidence contrary.

Defendant Watkins also asserts that these Civil Claims are based on an opinion without adequate basis. The Defendant is being pursued for violence that she did not commit or even witness, by individuals that she has never spoken with or even seen. In short, those individuals that committed heinous acts of violence against Police and destruction at the US Capitol on January 6th are generally not the subjects of these Civil Claims. Instead, the Plaintiffs have chosen to target "Members of Groups" that were sensationalized by the Department of Justice, in the Media and the January 6th Select Committee. These groups; the Proud Boys and the Oath Keepers were disparate; having no relations, communication, or connection with each other. These groups were distinct and different, with different actions, charges, and intents. As previously stated, Defendant Watkins does not know any Proud Boys, has never spoken with any Proud Boys prior to her incarceration, and does not have any understanding of their hierarchy, funding, or even of their purpose. Yet, it is the behaviors of the Proud Boys that have been used to justify these Civil Claims against her and the Oath Keepers, as the Plaintiffs attempt to merge the two together into a seemingly interwoven Conspiracy that is not factually based.

Indeed, even the intents and actions of these two groups on January 6th could not be more disparate. While Defendant Watkins cannot speak to the purpose of the Proud Boys, the allegations against them in these Civil Actions paint a stark difference to their actions on January 6th and that of the Oath Keepers. The Oath Keepers came to Washington DC with a contract to protect VIP's and Dignitaries such as members of Congress, Roger Stone, Ali Alexander, Alex Jones, Gen. Michael Flynn and others; to provide security on January 5th and 6th for protesters and to protect these VIP's from counterprotesters like Antifa. During the course of the day on January 6th, the Oath Keepers rescued Police Officers on three separate occasions, rendered medical attention to the injured, stopped vandalism on numerous occasions, obeyed lawful orders and the curfew, and assisted Capitol Police in evacuating the US Capitol Building. This occurred primarily just within the Capitol Rotunda or adjacent areas, or on the East Side Steps of the US Capitol Building where there was virtually no violence of any kind; certainly none witnessed by the Oath Keeper Defendants.

This fact is even corroborated by the fact that the Department of Justice did not seek an Indictment against the Oath Keeper Defendants for violent charges, excluding that of Destruction of Government Property. That charge was refuted by the

Jury, who returned a verdict of NOT GUILTY for Destruction of Government Property. This is appropriate, as the Defendants were roughly half a mile away on Pennsylvania Ave, when the Capitol Columbus Doors were damaged; damage that was committed by a man named Hunter Ehmke more than 20 minutes prior to the arrival of the Oath Keeper Defendants. The Oath Keeper Defendants did not witness or engage in violence against the DISTRICT OF COLUMBIA, and as such Defendant Watkins requests Severance from these Civil Claims for Prejudice based on claims made without adequate basis.

Defendant Watkins also asserts Prejudice based on bias, favor, partiality and partisanship. Indeed, each category seems sufficient cause to Sever the Defendant from these Civil Claims against her. By pursuing these Civil Claims, the Plaintiffs, who are Democrat members of Government, are violating Constitutional Equal Protection Under the Law; as will be clearly articulated here. To date, the Plaintiff DISTRICT OF COLUMBIA has yet to bring a Civil Claim against numerous violent riotous acts committed by Left-leaning protesters and rioters, despite grave acts of violence being committed against the District directly.

One such instance includes the "3-Day Siege of the White House" led by members of Antifa which led to President Trump and the First Lady being evacuated to the Presidential Bunker. It was then that the historic St. Johns "Church of the President" was burned, and the violence of a single night resulted in roughly 90 Officers being gravely injured by bottles, rocks, bricks, and fireworks being hurled at their riot lines. To date, the vast majority of those that committed these acts have never faced any penalties; civil or criminal. This violence was joined by some Black Lives Matter (BLM) protesters as it was being spearheaded by members Antifa, neither group of which has faced any Civil Claims like those being pursued in the cases CONRAD SMITH v. DONALD TRUMP or in DISTRICT OF COLUMBIA v. PROUD BOYS INTERNATIONAL L.L.C.

Similarly, the "Racial Justice Protests" of 2020 that took place within the District often devolved into riots after the murder of George Floyd. These riots also resulted in widespread violence to the District. Black Lives Matter Inc. was never pursued with the vitriol of which the Oath Keepers have been subject to within these Civil Claims, despite hundreds of millions of dollars being donated to BLM coffers by various Corporate interests; despite the widespread damage was done to Washington DC by members of BLM, including Arson, Vandalism, Destruction of Government Property, and assault on MPD Officers. In these riots, the WWII Memorial, the Vietnam Wall, the Washington Monument and countless others were all vandalized. Antifa also threatened to burn a MPD Police Precinct in what they dubbed "The Purge: 2020". Additionally, the Autonomous Zone that was erected illegally in direct violation of the Seditious Conspiracy Statute at Lafayette Park was even recognized officially by City Officials. During the course of the weeks of rioting, likely hundreds of MPD Officers were injured and subjected to pervasive and unrelenting stresses, the District suffered vandalism to Police vehicles, injuries to their Officers, and countless businesses being looted or shuttered indefinitely as a result of curfews or terror being inflicted upon their owners. And more egregiously, the DISTRICT OF COLUMBIA even rewarded BLM by painting the street with their moniker, and the City Counsel renamed the area BLM Plaza. No Civil Claims were pursued against the individuals that committed those violent acts, many of whom were members of BLM, and virtually all criminal charges were either dismissed or never filed. The Attorney General for the District of Columbia, who is a named Plaintiff in Case No. 21-cv-3267-APM did not pursue criminal charges or a Civil Claim against those rioters; and certainly not one of this magnitude.

Another instance of this bias is readily apparent during the Confirmation Hearing of Justice Bret Kavanaugh, which occurred in September 2019. In this instance, members of the Left-leaning "Code Pink" breached the United States Capitol Building, confronted lawmakers and spit on them, destroyed property, fought with Police, and needed to be removed from Capitol Grounds before the Confirmation Hearing could continue. Despite the January 6th-style rioting that occurred, these individuals never faced Federal Indictment in District Court, but rather had charges that were ultimately dismissed by the Attorney General for the DISTRICT OF COLUMBIA. The most severe punishment for that event was handed to a man named Tighe Barry, who at the time violated his Probation for two previous and separate breaches of the US Capitol Grounds. Following the Code Pink Invasion during the Kavanaugh Hearing, Mr. Barry plead guilty to his role, joking with the Judge and Prosecutor as he received a laughable sentence. Despite being charged with 18 U.S.C. 111 for his assault of an FBI Agent with a tent pole, he was punished with "Time Served", having spent roughly 10-12 hours in the DC Jail. He received a $75 fine that was eventually lowered to a mere $10. All three offenses were combined into a single case, and Mr. Barry received this most minimal of sentences. Again, this was the most severe punishment handed down by the Attorney General for the DISTRICT OF COLUMBIA for the Kavanaugh Confirmation Riot. To date, neither Tighe Barry nor other members of Code Pink have faced any Civil Claims of this magnitude, despite their behavior being far more egregious. Unlike members of the Oath Keepers, Tighe Barry never rescued Police, never helped the injured, never stopped vandalism, and certainly did not obeyed lawful orders or curfew. He fought against Police as they dragged him bodily from the Senate chambers as he kicked and spit at Officers while he attempted to Obstruct the Kavanaugh Confirmation Proceedings.

More recently, the bias by the current Attorney General DISTRICT OF COLUMBIA is on display, in the violence and vandalism committed by the Pro-Hamas Protesters that occupied the Columbia University and at Union Station across from the US Capitol Building. These individuals that fought with Police and disobeyed lawful orders were arrested, but had charges dropped; despite sporadic violence, trespassing, vandalism, and burning of the American Flag. It has been reported that of the 200+ individuals that were arrested for these actions, each had all charges dropped against the Defendant. While it remains impossible to read the future, I suspect that they will likely will not face a Civil Complaint such as the ones being brought against all Defendants in these cases; including the one against President Donald Trump.

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

----------------------------------------------------------------------------------------

The inherent prejudice exhibited by the Attorney General for the DISTRICT OF COLUMBIA that I have articulated here is blatant, unrepentant and transparent; Left-leaning groups like Antifa, Black Lives Matter, Code Pink and others are given free hand to commit violence, vandalism, arson, and theft in the DISTRICT OF COLUMBIA; Right-leaning groups like the Oath Keepers are pursued endlessly in Federal Criminal and Civil Claims Court despite committing no violence, no vandalism, no arson or no theft. Conveniently, this is being done in an election year where the lead named Defendant is President Donald Trump the projected forerunner of the 2024 Election Cycle, and being done in a District that has a mere 2% Republican voter base. It is for these reasons that I implore the Hon. Courts to recognize the inherent bias, favor, partiality and especially the political partisanship being waged against these Defendants.

(Sent on the Bureau of Prisons TRULINCS System at 19:44 on 07/28/2024 and is Continued on Part 3.)