IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

PLAINTIFFS' MOTION FOR A FINAL ORDER ISSUING A SUBPOENA
TO THE NATIONAL ARCHIVES AND RECORDS

Pursuant to 36 C.F.R. § 1270.44, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs") respectfully submit this motion for a final order issuing a subpoena to the National Archives and Records Administration ("NARA"). On April 12, 2024, Plaintiffs sent NARA a request pursuant to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), along with a subpoena requesting documents relevant to the planning for the events of January 6, 2021 and associated security protocol. Ex. A. On April 26, 2024, NARA (through counsel at the Department of Justice) denied Plaintiffs' request on the ground that, under the Presidential Records Act ("PRA"), "NARA may release Presidential records to a non-governmental party prior to the PRA's statutorily proscribed public access, *see* 44 U.S.C. § 2204(a)–(b), only upon receipt of a final court order directing the release of such records to the public, and subject to any asserted rights, defenses, or privileges, *see id.* § 2205(2)(a); 36 C.F.R. § 1270.44(1)." Ex. B. NARA has indicated to

Plaintiffs that it will not take any position on or even begin considering Plaintiffs' subpoena unless and until a final court order issuing such subpoena is issued.

At the July 24, 2024 status conference, the Court granted Plaintiffs leave to file a motion for a final order directing NARA to release the requested records. Pursuant to Local Civil Rule 7(m), Plaintiffs held a meet and confer with Defendant Trump on August 1, 2024 to discuss the instant motion. Counsel for Defendant Trump granted his consent on August 26, 2024.

Accordingly, Plaintiffs respectfully request that the Court grant this motion and enter a final order issuing Plaintiffs' subpoena to NARA.

Dated: August 30, 2024               Respectfully submitted,

                          By:        /s/   Joshua S. Margolin
                                     Faith E. Gay, *pro hac vice*
                                     Joshua S. Margolin, *pro hac vice*
                                     Babak Ghafarzade, *pro hac vice*
                                     Elizabeth H. Snow, *pro hac vice*
                                     Esther D. Ness, *pro hac vice*
                                     SELENDY GAY PLLC
                                     1290 Avenue of the Americas
                                     New York, NY  10104
                                     Tel: 212-390-9000
                                     fgay@selendygay.com
                                     jmargolin@selendygay.com
                                     bghafarzade@selendygay.com
                                     esnow@selendygay.com
                                     eness@selendygay.com

                                       /s/   Edward G. Caspar
                                     Edward G. Caspar, D.C. Bar No. 1644168
                                     Marc P. Epstein, D.C. Bar No. 90003967
                                     David Brody, D.C. Bar No. 1021476
                                     LAWYERS' COMMITTEE FOR
                                     CIVIL RIGHTS UNDER LAW
                                     1500 K Street N.W. Suite 900
                                     Washington, DC  20005
                                     Tel: 202-662-8390

ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

 */s/ William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
Anna T. Neill, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com
aneill@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

## **CERTIFICATE OF SERVICE**

    I certify that on August 30, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: August 30, 2024      By:     /s/ *Joshua S. Margolin*
                                                Joshua S. Margolin