IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        Defendants. | No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

## JOINT CASE STATUS REPORT

Pursuant to the Court's July 26, 2024 Minute Order, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Enrique Tarrio, Jospeh R. Biggs, and Thomas Caldwell,[1] submit this Joint Case Status Report regarding the status of discovery since the July 24, 2024 status conference.[2]

**I.   Party Discovery**

    **A.   Plaintiffs' Discovery Requests**

Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Campaign Entity Defendants") have made seven productions to Plaintiffs, with the most recent production being made on July 25, 2024. Plaintiffs and the Campaign Entity Defendants are in

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Ronald Mele, Kelly Meggs, Zachary Rehl, Dominic J. Pezzola and Stewart Rhodes did not contribute to this report.

[2] The status of discovery as of July 19, 2024 is set forth in the Joint Status Report filed on that date. ECF No. 305.

ongoing discussions about additional custodians and terms to be applied for additional productions. The parties do not need the Court's guidance at this time.

### B.  Defendants' Discovery Requests

Plaintiffs have made six productions of documents to Defendants, on August 1, 2023, September 21, 2023, October 19, 2023, December 4, 2023, February 26, 2024, and July 3, 2024. Plaintiffs reached substantial completion on July 3, 2024. Plaintiffs responded to the Campaign Entity Defendants' Second Set of Interrogatories on August 8, 2024.

### C.  Immunity-Related Discovery

Plaintiffs are coordinating with the consolidated Plaintiffs' group in *Lee, et al. v. Trump*, 1:21-cv-400-APM, to conduct immunity-related discovery. Plaintiffs are coordinating with the consolidated Plaintiffs' group and Defendant Trump to take a limited number of depositions in September.

### D.  Plaintiffs' Third-Party Discovery Requests

Plaintiffs have received productions from third-parties Women for America First, Kylie and Amy Kremer, Jason Miller, Mark Meadows, Cassidy Hutchinson, Ivanka Trump, Jared Kushner, Michael Lindell, Donald J. Trump, Jr., Eric Trump, Lara Trump, Kimberly Guilfoyle, Christina Bobb, Jim Jordan, Kevin McCarthy, Kayleigh McEnany, Bill Stepien, Save America PAC, the Department of Defense, the Department of Homeland Security, Katrina Pierson, Tim Murtaugh, and Justin Clark.

Plaintiffs served Rudolph Giuliani with a subpoena on April 26, 2024 at his residence in New York, New York, but have yet to receive any response from him. At the July 24 status conference, Plaintiffs sought leave from this Court to file a motion to compel Mr. Giuliani to comply with the subpoena. This Court granted leave and Plaintiffs filed a letter motion for a pre-motion conference in the Southern District of New York, pursuant to local rules. *See Smith, et al. v.*

*Giuliani*, 1:24-mc-00351 (S.D.N.Y.), ECF No. 1. Plaintiffs appeared for a pre-motion conference in the Southern District of New York on August 20, 2024 requesting leave of the court to file the motion to compel Mr. Giuliani. The court granted leave for Plaintiffs to file the motion. *See id.*, ECF No. 9. Plaintiffs' opening brief is due September 10; Mr. Giuliani's reply brief is due October 1; and Plaintiff's reply is due October 8. *See id.*, August 20, 2024 Minute Entry.

Plaintiffs served Caroline Wren with a subpoena on May 21, 2024 at her residence in Lake Clarke Shores, Florida, but have yet to receive any response from her. Plaintiffs contacted three attorneys who have represented Ms. Wren in other matters asking if they represent her in this matter. One indicated he did not represent Ms. Wren in this matter, and the two other attorneys failed to respond. Plaintiffs also attempted to contact Ms. Wren personally via email and certified mail but have received no response. Accordingly, Plaintiffs request leave from the Court to file a motion to compel Ms. Wren's compliance with the subpoena in the Southern District of Florida.

Plaintiffs sent a *Touhy* request with a subpoena to the National Archives and Records Administration ("NARA") on April 12, 2024. The Department of Justice responded on April 26, advising Plaintiffs to submit a special request for records under 44 U.S.C. § 2205(2)(a), the Presidential Records Act, which provides that presidential records may be made available "pursuant to subpoena or other judicial process issued by a court of competent jurisdiction for the purposes of any civil or criminal investigation or proceeding." In its letter, the Department of Justice stated that NARA may release presidential records if it receives a final court order directing it to do so. At the July 24 status conference, the Court granted leave for Plaintiffs to file a motion for a court order to direct NARA to release these records. Plaintiffs filed this motion on August 30, 2024. Defendant Trump consented to this motion.

## II. Deposition Planning

Plaintiffs are coordinating deposition logistics with the plaintiffs in *District of Columbia v. Proud Boys International, LLC, et al*. Plaintiffs will also work to coordinate logistics with Defendants.

## III. Summary Judgment

Plaintiffs and the District of Columbia filed a consolidated motion for partial summary judgment against three groups of criminally convicted Defendants in this case and *District of Columbia v. Proud Boys International, L.L.C. et al.*, No. 21-cv-3267-APM (D.D.C.), on July 19, 2024. *See* ECF No. 306. The three relevant Defendant groups filed consolidated opposition briefs on August 21, 2024. *See* ECF No. 318 (*Rhodes* Defendants); No. 21-cv-3267, ECF No. 331 (*Crowl* Defendants); No. 21-cv-3267, ECF No. 332 (*Nordean* Defendants). On August 26, 2024, the Court granted Plaintiffs and the District of Columbia' motion to extend the time to submit their consolidated reply brief to September 9, 2024. *See* August 26, 2024 Minute Order.

## IV. Discovery Deadlines

On August 7, 2024, the Court ordered that "[t]he discovery period in the consolidated matters shall now close on January 27, 2025." *See* August 7, 2024 Minute Order. However, the Minute Order did not address the deadlines set out in the January 16, 2024 Amended Scheduling Order. *See* ECF No. 266. Plaintiffs respectfully request that the Court confirm whether the extension to January 27, 2025 extends all deadlines in the Amended Scheduling Order by the same amount of time. If so, Plaintiffs can file a proposed amended scheduling order for the Court to review and enter.

Dated: August 30, 2024               Respectfully submitted,

By:      /s/   *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
esnow@selendygay.com
eness@selendygay.com

  /s/   *Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
David Brody, D.C. Bar No. 1021476
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

  */s/ William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

By:       */s/    Jason Caldwell Greaves*
Jesse R. Binnall
Jason Caldwell Greaves
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com

*Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By:       */s/    John Daniel Hull, IV*
John Daniel Hull, IV
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
Tel: 202-429-6520
jdhull@hullmcguire.com

*Attorney for Defendants Enrique Tarrio and Joseph R. Biggs*

By:       */s/    James Andersen*
James Andersen
ROLLINS SMALKIN RICHARDS & MACKIE, LLC
300 E. Lombard Street Suite 900
Baltimore, MD 21202
Tel: 410-727-2443
jandersen@rsrm.com

*Attorney for Thomas E. Caldwell*

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: August 30, 2024      By:      /s/ *Joshua S. Margolin*
                                                                           Joshua S. Margolin