UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CONRAD SMITH, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    **Defendants.** | Case No. 21-cv-02265 (APM) |
| **DISTRICT OF COLUMBIA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PROUD BOYS INTERNATIONAL L.L.C., et al.,**<br><br>    **Defendants.** | Case No. 21-cv-03267 (APM) |

**ORDER**

The court reminds Defendants that they have an obligation to respond to any discovery requests made by Plaintiffs in these consolidated matters. *Cf. Louen v. Twedt*, 236 F.R.D. 502, 505 (E.D. Cal. 2006) ("Even if there are no documents responsive to a request for production, the requesting party is entitled to a response pursuant to [Federal Rule Civil Procedure 34(b)].")  As the court observed during the status conference held on September 4, 2024, failure to confer with Plaintiffs regarding their discovery requests may result in sanctions for Defendants and defense counsel.  *See* Tr., ECF No. 336 at 21–22; Fed. R. Civ. P. 37(b)(2)(A*)*; *Coltrane v. Wilkins*, 340

F.R.D. 476, 480 (D.D.C. 2022) ("District courts have broad discretion to issue discovery sanctions under Rule 37.").

Dated: September 20, 2024

                                                Amit P. Mehta
                                                United States District Court Judge