UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBARA J. LEE, et al.,** | ) | Case No. 21-cv-00400 (APM) |
| Plaintiffs, | ) | |
| | ) | Consolidated Member Cases: |
| v. | ) | 21-cv-00586 (APM) |
| | ) | 21-cv-00858 (APM) |
| | ) | 21-cv-02265 (APM) |
| | ) | 22-cv-00010 (APM) |
| | ) | 22-cv-00011 (APM) |
| **DONALD J. TRUMP, et al.,** | ) | 22-cv-00034 (APM) |
| | ) | 23-cv-00038 (APM) |
| Defendants. | ) | |

## ORDER

In their Joint Status Report filed on October 4, 2024, ECF No. 125, the parties presented the court with a dispute over Defendant Donald J. Trump's obligation to answer additional interrogatories posed by Plaintiffs. Plaintiffs have demanded in a single interrogatory that Defendant explain the basis for each denial to various Requests for Admissions. According to Defendant, this single interrogatory is in fact a discrete interrogatory as to each denial that, taken together, far exceeds the 25 allowed under Federal Rule of Civil Procedure 33. The court agrees with Defendant's interpretation of the interplay between Rules 33 and 36, and with Defendant's contention that he already has answered well over the 25 permitted by rule. *See Superior Sales West, Inc. v. Gonzalez*, 335 F.R.D. 98, 103–05 (W.D. Tex. 2020) (citing cases).

That said, the court consolidated immunity discovery across eight cases, so a total limit of 25 interrogatories for Plaintiffs collectively would not be appropriate. Additionally, had Defendant raised his objection sooner, Plaintiffs could have sought leave for more interrogatories or tailored their interrogatories to the most important denials, or both. It would be unfair to cut off discovery at a time of Defendant's choosing.

Accordingly, the court orders as follows. Plaintiffs may designate up to 20 more interrogatories, across all three Sets of Interrogatories, to which Defendant shall provide a response. If Plaintiffs want responses to more than 20 additional interrogatories, they must seek leave of court.

Dated: October 16, 2024

Amit P. Mehta
United States District Judge