# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21-cv-2265 (APM) |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cv-03267 (APM) |
| ) | |
| PROUD BOYS ) | |
| INTERNATIONAL, L.L.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR MODIFICATION OF AMENDED SCHEDULING ORDER**

Plaintiff District of Columbia in *District of Columbia* v. *Proud Boys International, L.L.C., et al.*, Case No. 21-cv-03267 (the "District"), Plaintiffs in *Smith, et al.* v. *Trump, et al.*, Case No. 21-cv-02265 (the "Smith Plaintiffs"), and Defendants Joseph Randall Biggs, Louis Enrique Colon, Henry "Enrique" Tarrio, Christopher Kuehne, Zachary Rehl, Donald J. Trump for President, Inc., and Make America Great Again PAC, by and through their undersigned counsel, jointly move for modification of the Amended Scheduling Order in light of the extension for the completion of fact discovery until January 27, 2025.

The current scheduling order was established on January 16, 2024. ECF No. 274.[1] At a joint status conference held on July 24, 2024, the Smith Plaintiffs requested that the Court extend the close of fact discovery to March 31, 2025. The Court then directed the District to indicate its position on a proposed extension of the fact discovery period by July 31, 2024. Accordingly, on July 31, 2024, the District respectfully moved to Modify the Amended Scheduling Order (the "Motion") to extend the close of fact discovery to January 27, 2025. ECF No. 328. On August 7, 2024, the Court granted the District's Motion, setting the close of fact discovery as January 27, 2025. Min. Order, Aug. 7, 2024.

The undersigned Parties now move for a further amendment to the scheduling order to adjust and conform other parts of the remaining schedule in light of the now longer fact discovery period that will not close until January 27, 2025.

The undersigned moving Parties have conferred with the remaining parties regarding the relief requested and none has objected.

Dated: October 18, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:     */s/ Brendan B. Downes*
       Brendan B. Downes (D.C. Bar 187888)
       400 6th St. NW
       Washington, DC 20001

---

[1] Citations are to the docket in *District of Columbia* v. *Proud Boys Int'l, LLC et al.*, 21-cv-03267 (APM). The Court previously ordered that the discovery deadlines in the *District of Columbia* action would be "the same as those entered in" *Smith, et al.* v. *Trump, et al.*, 21-cv-02265 (APM). Min. Order, Apr. 17, 2023. Consistent with that approach, the moving parties propose that this amendment extend to both actions.

Tel: 202-724-6533
Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ Norman Eisen
Norman Eisen (D.C. Bar 435051)
Christine P. Sun
Katherine Reisner
Gillian Feiner
Zack Goldberg
Meagan Harding
Alexander F. Atkins (D.C. Bar 90003787)
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
Email: norm@statesuniteddemocracy.org
christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org
gillian@statesuniteddemocracy.org
zack@statesuniteddemocracy.org
meagan@statesuniteddemocracy.org
alex@statesuniteddemocracy.org

**DECHERT LLP**

By: /s/ Vincent H. Cohen
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By: /s/ Michael S. Doluisio
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ James Pasch
James Pasch
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
Email: jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Jeannie S. Rhee
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

By: /s/ Andrew J. Ehrlich
Daniel J. Kramer, pro hac vice
Andrew J. Ehrlich, pro hac vice
Erin J. Morgan, pro hac vice
Cassandra N. Love, pro hac vice
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
aehrlich@paulweiss.com
ejmorgan@paulweiss.com
clove@paulweiss.com

*Counsel for Plaintiffs Conrad Smith, et al.*:

**LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW**

By:    */s/ Marc P. Epstein*
      Edward G. Caspar, D.C. Bar No. 1644168
      David Brody, D.C. Bar No. 1021476
      Marc P. Epstein, D.C. Bar No. 90003967
      Alexander S. Davis, D.C. Bar No. 90012274
      1500 K Street N.W. Suite 900
      Washington, D.C. 20005
      Telephone: 202-662-8390
      ecaspar@lawyerscommittee.org
      dbrody@lawyerscommittee.org
      mepstein@lawyerscommittee.org
      adavis@lawyerscommittee.org

**SELENDY GAY PLLC**

By:    */s/ Faith E. Gay*
      Faith E. Gay, pro hac vice
      Joshua S. Margolin, pro hac vice
      Claire O'Brien, pro hac vice
      Elizabeth H. Snow, pro hac vice
      Babak Ghafarzade, pro hac vice
      Esther D. Ness, pro hac vice
      1290 Avenue of the Americas
      New York, NY 10104
      Telephone: 212-390-9000
      fgay@selendygay.com
      jmargolin@selendygay.com
      cobrien@selendygay.com
      esnow@selendygay.com
      bghafarzade@selendygay.com
      eness@selendygay.com

**KENNY NACHWALTER, P.A.**

By:    */s/ William J. Blechman*

        William J. Blechman, pro hac vice
        Elizabeth B. Honkonen, pro hac vice
        Four Seasons Tower – Suite 1100
        1441 Brickell Avenue
        Miami, FL 33131
        Telephone: 305-373-1000
        wblechman@knpa.com
        ehonkonen@knpa.com

*Counsel for District Defendant Louis Enrique Colon and District and Smith Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By:   */s/ J. Daniel Hull*
       John Daniel Hull
       1420 N Street, NW
       Washington, DC 20005
       202-429-6520
       Fax: 412-261-2627
       Email: jdhull@hullmcguire.com

*Counsel for District Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By:   */s/ William T. DeVinney*
       William T. DeVinney
       1921 Gallows Road, Suite 750
       Tysons Corner, Virginia 22182
       Tel: (912) 942-8076
       Fax: (703) 883-0899
       Email: wdevinney@brigliahundley.com

*Counsel for District and Smith Defendant Zachary Rehl:*

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

By:   */s/ Patrick Trainor*
       Patrick Trainor
       19 Union Avenue
       Suite 201
       Rutherford, NJ 07070
       201-777-3327
       Email: pt@ptesq.com

*Counsel for Smith Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC:*

**BINALL LAW GROUP**

By: <u>*/s/ Jesse R. Binnall*</u>
      Jesse R. Binnall
      Jason Caldwell Greaves
      717 King Street Suite 200
      Alexandria, VA 22314
      Tel: 703-888-1943
      jesse@binnall.com
      jason@binnall.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2024, I caused the foregoing to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.  Remaining defendants have been served via first class mail.

Dated:  October 18, 2024

                                              */s/  Marc P. Epstein*
                                              Marc P. Epstein