# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 21-cv-2265 (APM) |
| DONALD J. TRUMP, *et al.*, ) | |
| Defendants. ) | |
| | |
| DISTRICT OF COLUMBIA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-cv-03267 (APM) |
| PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

Pursuant to Plaintiff District of Columbia's and the Smith Plaintiffs' Motion to Modify the Amended Scheduling Order (the "Motion"), and the Court's August 7, 2024 Minute Order extending the deadline for the close of fact discovery to January 27, 2025, the Court hereby orders the following with regard to further proceedings in this matter[1]:

---

[1] Citations are to the docket in *District of Columbia* v. *Proud Boys Int'l, LLC et al.*, 21-cv-03267 (APM).  The Court previously ordered that the discovery deadlines in the *District of Columbia* action would be "the same as those entered in" *Smith, et al.* v. *Trump, et al.*, 21-cv-02265 (APM).  Min. Order, Apr. 17, 2023.  Consistent with that approach, the moving parties propose that this amendment extend to both actions.

I. Scheduling

    a. The deadlines contained in the January 16, 2024 Scheduling Order, ECF No. 274, are hereby vacated.

    b. Fact discovery shall now conclude on **January 27, 2025**;

    c. Proponent expert reports and disclosures, consistent with Rule 26(a)(2), shall now be made no later than **February 18, 2025**;

    d. Rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall now be made on or before **March 11, 2025**;

    e. Expert discovery shall conclude now on **April 15, 2025**;

    f. A Post-Discovery Status Conference shall be held on **April 21, 2025, at 2:00 p.m.**

The parties may not extend by stipulation the deadlines for Joint Status Reports, the end of fact discovery, or the close of expert discovery. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted. The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification. Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

II. <u>Limits on Discovery.</u>
Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court.

III. <u>Discovery Disputes.</u>

2

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely.

**IT IS SO ORDERED.**

On this ____ day of _____, 2024.         _____

The Honorable Amit P. Mehta

United States District Court Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

    All counsel of record, via ECF

    Service of Process
    Secretary of State
    P.O. Box 12079
    Austin, Texas 78711-2079
    ATTN: Proud Boys International, L.L.C.
    PO Box 12079, Austin TX 78711

    Oath Keepers
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103

    Marc Anthony Bru
    10013 NE Hazel Dell Ave. #2
    Vancouver, WA 98685-5203

    William Chrestman
    D.C. Central Detention Facility DCDC No. 376975
    1901 D St., SE
    Washington, D.C. 20003

    Donovan Ray Crowl
    8201 Sea Star Drive
    Blacklick, OH 43004

    Nicholas DeCarlo
    27214-509
    Fort Worth Federal Correctional Institution
    Inmate Mail/Parcels
    P.O. BOX 15330
    Fort Worth, TX 76119

    Charles Donohoe
    NC Detention Center
    Orange County Jail
    125 Court Street
    Hillsborough, NC 27278

    Matthew Greene
    264 Burns Ave.
    Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean, #28596-509
FCI Coleman Medium
Federal Correctional Institution
P.O. Box 1032
Coleman, FL 33521

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Jessica Marie Watkins
FCI Tallahassee
Federal Correctional Institution
Register Number: 26050-509
P.O. Box 5000
Tallahassee, FL 32314

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08

Erik Scott Warner, #49812-509
FCI Lompoc I
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

3

Felipe Antonio "Tony" Martinez, #49780-509
FCI Yazoo City Low II
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

Derek Kinnison, #49801-509
FCI Lompoc I
Federal Correctional Institution
3600 Guard Road
Lompoc, CA   93436

Alan Hostetter, #49779-509
FCI Oakdale I
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA  71463