IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

**JOINT CASE STATUS REPORT**

Pursuant to the Court's September 20, 2024 Minute Order, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendant Thomas Caldwell,[1] submit this Joint Case Status Report regarding the status of discovery since the September 4, 2024 status conference.

**I.   Party Discovery**

　　**A.   Plaintiffs' Discovery Requests**

Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Campaign Entity Defendants") have made eight productions to Plaintiffs, with the most recent production being made on October 8, 2024. The parties do not need the Court's guidance at this time.

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Enrique Tarrio, Joseph Biggs, Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Ronald Mele, Kelly Meggs, Zachary Rehl, Dominic J. Pezzola, and Stewart Rhodes did not contribute to this report.

## B. Defendants' Discovery Requests

Plaintiffs have made six productions of documents to Defendants on August 1, 2023, September 21, 2023, October 19, 2023, December 4, 2023, February 26, 2024, and July 3, 2024. Plaintiffs reached substantial completion on July 3, 2024.

## C. Immunity-Related Discovery

Plaintiffs are coordinating with the consolidated Plaintiffs' group in *Lee, et al. v. Trump*, 1:21-cv-400-APM, to conduct immunity-related discovery. Plaintiffs are coordinating with the consolidated Plaintiffs' group and Defendant Trump to take a limited number of depositions.

## D. Plaintiffs' Third-Party Discovery Requests

### 1. Rudolph Giuliani

At the July 24, 2024 status conference, this Court granted Plaintiffs leave to file a motion to compel Rudolph Giuliani to comply with Plaintiffs' April 26, 2024 subpoena. As detailed in the August 30, 2024 Joint Status Report, *see* ECF No. 323 at 2–3, Plaintiffs filed a letter motion for a pre-motion conference in the Southern District of New York, pursuant to local rules. *See Smith, et al. v. Giuliani*, 1:24-mc-00351 (S.D.N.Y.), ECF No. 1. On August 20, 2024, the court held a pre-motion conference and granted Plaintiffs leave to file the motion to compel Mr. Giuliani. *See id.*, ECF No. 9.

Plaintiffs filed their opening brief on September 10, 2024. Mr. Giuliani's opposition brief was due on October 1, 2024, *see id.,* August 20, 2024 Minute Entry, but he failed to respond, *see id.*, ECF No. 18. Plaintiffs notified the court that in light of Mr. Giuliani's "failure to provide motion response papers by October 1, 2024, ask the Court for an extension, or otherwise respond to the Subpoena and subsequent motion, [Plaintiffs] view[ed] this motion as 'unopposed, fully briefed, and ripe for a decision,' and respectfully request[ed] the Court to take the same position." *Id.*

While attempting to serve the motion papers on Mr. Giuliani, Plaintiffs learned that Mr. Giuliani allegedly moved to Florida after Plaintiffs served the subpoena. *See id.* ECF No. 17. Plaintiffs delivered via FedEx all papers filed in the enforcement action as of that date to Mr. Giuliani's Florida address. *See id.* Given this apparent address change, on October 9, 2024, the court *sua sponte* extended the deadlines for Mr. Giuliani's opposition brief and Plaintiffs' reply brief to October 23 and October 30, 2024, respectively. *See id.* ECF No. 19. The court also ordered Plaintiffs to serve Mr. Giuliani at his Florida address. *See id.* On October 21, 2024, Plaintiffs filed proof of service with the court. *See id.*, ECF No. 20.

### 2. Caroline Wren

Plaintiffs served Caroline Wren with a subpoena on May 21, 2024, at her residence in Lake Clarke Shores, Florida, but have yet to receive any response from her. At the September 4, 2024 status conference, Plaintiffs sought leave from the Court to file a motion to compel Ms. Wren's compliance with the subpoena in the Southern District of Florida. This Court granted leave and Plaintiffs filed their motion to compel on September 5, 2024. *See Smith, et al. v. Wren*, 9:24-mc-81074-DMM (S.D. Fla.), ECF No. 1. On September 11, 2024, the court ordered (1) Plaintiffs to serve a copy of the motion and the court's order on Ms. Wren and (2) Ms. Wren to secure counsel or confirm that she would proceed *pro se* by September 18, 2024. *See id.* ECF No. 2. On September 13 and 24, 2024, Plaintiffs filed certificates of service with the court describing their several unsuccessful attempts to serve and contact Ms. Wren. *See id.* ECF Nos. 4–5. On October 2, 2024, the court directed the U.S. Marshall Service to serve Ms. Wren. *See id.* ECF No. 6.

### 3. Daniel Scavino

Plaintiffs in *Lee v. Trump*, 1:21-cv-400-APM, personally served Daniel Scavino with a subpoena at his home in Fishkill, New York on August 28, 2024, with a return date for September 13, 2024, but have yet to receive a response. Plaintiffs have not been able to contact Mr. Scavino,

3

but recently learned he is represented by counsel. Plaintiffs are attempting to confer with counsel for Mr. Scavino but in the event that the parties are unable to reach an agreement, Plaintiffs respectfully request leave from the Court to file a motion to compel Mr. Scavino's compliance with the subpoena in the Southern District of New York.

### 4. National Archives and Records Administration

On September 3, 2024, the Court granted Plaintiffs' Motion for a Final Order Issuing a Subpoena to the National Archives and Records Administration ("NARA") and ordered NARA to respond to Plaintiffs' subpoena. *See* ECF No. 324. Plaintiffs have been corresponding with NARA regarding document collections and productions.

## II. Deposition Planning

Plaintiffs are coordinating deposition logistics with the plaintiffs in *District of Columbia v. Proud Boys International, LLC, et al.*, 1:21-cv-03267-APM. Plaintiffs will also work to coordinate logistics with Defendants. Plaintiffs filed a proposed deposition coordination order on October 23, 2024.

## III. Summary Judgment

Plaintiffs and the District of Columbia filed a consolidated motion for partial summary judgment against three groups of criminally convicted Defendants in this case and *District of Columbia v. Proud Boys International, L.L.C. et al.*, No. 21-cv-3267-APM (D.D.C.), on July 19, 2024. See ECF No. 306. The three relevant Defendant groups filed consolidated opposition briefs on August 21, 2024. See ECF No. 318 (*Rhodes* Defendants); No. 21-cv-3267, ECF No. 331 (*Crowl* Defendants); No. 21-cv-3267, ECF No. 332 (*Nordean* Defendants). Plaintiffs and the District of Columbia filed their reply on September 9, 2024. *See* ECF No. 328. Plaintiffs do not believe that oral argument is necessary for this motion.

Dated: October 25, 2024 Respectfully submitted,

By:   /s/    Joshua S. Margolin
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
esnow@selendygay.com
eness@selendygay.com

  /s/    Edward G. Caspar
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
David Brody, D.C. Bar No. 1021476
Alexander S. Davis, D.C. Bar No. 90012274
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org
adavis@lawyerscommittee.org

  /s/ William J. Blechman
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

By:     */s/     James Andersen*
James Andersen
ROLLINS SMALKIN RICHARDS & MACKIE, LLC
300 E. Lombard Street Suite 900
Baltimore, MD 21202
Tel: 410-727-2443
jandersen@rsrm.com

*Attorney for Thomas E. Caldwell*

## CERTIFICATE OF SERVICE

I certify that on October 25, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: October 25, 2024   By:   */s/   Joshua S. Margolin*
                                 Joshua S. Margolin