UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-02265 (APM) |
| DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>v.<br><br>PROUD BOYS INTERNATIONAL L.L.C. *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-03267 (APM) |

**PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE INCARCERATED DEFENDANTS AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT**

Plaintiff District of Columbia in *District of Columbia v. Proud Boys International, L.L.C., et al.*, Case No. 21-cv-03267 (the "District") and Plaintiffs in *Smith, et al. v. Trump, et al.*, Case No. 21-cv-02265 (the "Smith Plaintiffs") (collectively, "Plaintiffs"), by and through their attorneys, respectfully move the Court to grant leave to depose incarcerated Defendants in their actions pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). The District respectfully requests leave to depose incarcerated Defendants Joseph Randall Biggs, Kelly Meggs, Roberto Minuta, David Moerschel, Dominic Pezzola, Zachary Rehl, Elmer Stewart Rhodes, III, Enrique Tarrio, Edward Vallejo, and Jessica Marie Watkins. The Smith Plaintiffs respectfully request leave to depose Incarcerated Defendants Joseph Randall Biggs, Alan Hostetter, Derek Kinnison, Felipe

Antonio "Tony" Martinez, Kelly Meggs, Ronald Mele, Ethan Nordean, Zachary Rehl, Enrique Tarrio, and Erik Scott Warner.[1]  In support of this Motion, Plaintiffs state as follows.

## STATEMENT OF POINTS AND AUTHORITIES

Plaintiffs have brought claims against Proud Boys International, L.L.C. ("Proud Boys"), the Oath Keepers, their leadership, certain members and affiliates, and others (together, "Defendants"), for conspiring to carry out an attack on the United States Capitol (the "Capitol") on January 6, 2021 (the "January 6th Attack"), in an effort to prevent Congress from certifying the results of the 2020 presidential election.  As set forth in the complaints in these two actions, in furtherance of their unlawful scheme, Defendants and their coconspirators threatened, assaulted, and injured officers of the District's Metropolitan Police Department ("MPD") and the Smith Plaintiffs.  On January 26 and March 31, 2023, the Court granted in part and denied in part Defendants' Motions to Dismiss the complaints in *Smith v. Trump* and *District of Columbia v. Proud Boys International, L.L.C.*, respectively.  *Smith et al. v. Trump et al.,* Case No. 21-cv-2265-APM (D.D.C.) ("*Smith*"), ECF No. 179; *District of Columbia* v. *Proud Boys, Int'l et al.,* Case No. 21-cv-3267-APM (D.D.C.), ("*District*"), ECF No. 171.  Discovery is ongoing in both cases, and fact discovery is currently scheduled to close on January 27, 2025.

Several of the Defendants are incarcerated as a result of their actions with respect to the January 6th Attack.  As part of Plaintiffs' discovery efforts, Plaintiffs seek to depose the non-defaulted, Incarcerated Defendants.[2]  Rule 30(a)(2)(B) requires that a party obtain leave of court

---

[1] Plaintiffs refer to the above-named incarcerated defendants in both cases collectively as "Incarcerated Defendants."

[2] The following incarcerated Defendants have defaulted in *District of Columbia v. Proud Boys International, L.L.C*:  Marc Anthony Bru, Joseph Hackett, Ethan Nordean, Nicholas Robert Ochs, Daniel Lyons Scott, Nicholas DeCarlo, and Christopher Worrell.  *See District of Columbia v. Proud Boys, Int'l et al*., Case No. 21-cv-3267-APM (D.D.C.), ECF Nos. 242, 246, 249, 250,

in order to depose an incarcerated person, and that the Court "grant leave to the extent consistent with Rule 26(b)(1) and (2)." Fed. R. Civ. P. 30(a)(2)(B). Rule 26, in turn, sets out the general permissible scope of discovery and states in relevant part that a party "may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). Each Incarcerated Defendant has personal knowledge of facts relevant to Plaintiffs' claims against them in their respective cases, and, as parties to those cases, deposing them is plainly consistent with Rule 26. *See, e.g., Chavez v. Villanueva*, 2023 WL 8168820, at *2 (C.D. Cal. Mar. 7, 2023) (noting "no dispute" that incarcerated party's deposition testimony would be relevant "under Rule 26(b)'s low relevance standard"), *vacated in part on other grounds*, *Chavez v. Villanueva*, 2023 WL 3432247 (C.D. Cal. Apr. 4, 2023); *United States v. Barker*, 2010 WL 2650885, at *1 (W.D.N.C. July 1, 2010) (leave granted to depose defendant); *Nautilus Ins. Co. v. Mardaugh*, 2023 WL 6866204, at *1-2 (D.S.C. Oct. 18, 2023) (same).

---

251, 312, 313. The District does not seek leave to depose them at this time, but reserves the right to so move in the future. Likewise, Defendants Charles Donohoe, Dominic Pezzola, Elmer Stewart Rhodes III, and Jessica Marie Watkins, are in default in *Smith v. Trump*. *See Smith v. Trump*, Case No. 21-cv-2265-APM (D.D.C.), ECF Nos. 231, 232, 233, 234. Accordingly, the *Smith* Plaintiffs do not seek leave to depose them at this time, but reserve the right to move for leave to depose them in the future.

## INCARCERATED DEFENDANTS[3]

The current status of each Incarcerated Defendant is set forth herein.[4] Pursuant to Rule 7(m) of the Local Rules for the United States District Court for the District of Columbia, Plaintiffs reached out to Defendants' respective counsel, where applicable, to determine their position on this Motion; their response, if any, is also set forth herein. If leave is granted, Plaintiffs will arrange for the depositions with the Bureau of Prisons and Defendants' counsel in accordance with the Federal Bureau of Prisons' guidelines. *See* Department of Justice (Federal Bureau of Prisons), *Legal Resource Guide to the Federal Bureau of Prisons* 41 (2024), https://www.bop.gov/resources/pdfs/legal_guide_october_2024.pdf.

1. **Joseph Randall Biggs** is currently incarcerated at the Federal Correctional Institution ("FCI") Talladega. Biggs is a member of the Proud Boys, *see* Amended Complaint, *Smith v. Trump*, Case No. 21-cv-2265-APM (D.D.C. Dec. 3, 2021), ECF No. 89 ("*Smith* Am. Compl.") ¶¶ 31, 99, 105, 125-26; Amended Complaint, *District of Columbia v. Proud Boys International, L.L.C.*, Case No. 21-cv-3267-APM (D.D.C. Apr. 1, 2022), ECF No. 94 ("*District* Am. Compl.") ¶ 14, and was criminally convicted

---

[3] The following Defendants in *District of Columbia v. Proud Boys International, L.L.C* are currently not incarcerated, but are awaiting sentencing: Thomas Caldwell, Matthew Greene, Arthur Jackman, Joshua James, Jonathanpeter Klein, William Joseph Pepe, Jon Ryan Schaffer, and Brian Ulrich. Of the Defendants in *Smith v. Trump*, only Defendant Caldwell is awaiting sentencing. Plaintiffs will endeavor to depose these Defendants as soon as practicable. If any of them is incarcerated after sentencing but before Plaintiffs have had the opportunity to depose the individual, Plaintiffs will seek leave to depose them at that time, if necessary.

[4] Christopher Kuehne, a member of the Proud Boys, is currently incarcerated at Metropolitan Correctional Center in San Diego. Kuehne pled guilty to Obstruction of Law Enforcement During Civil Disorder (Felony) for his role in perpetrating the January 6th Attack. As Kuehne is set to be released on November 28, 2024, the District does not seek leave to depose Kuehne at this time, but will endeavor to depose him as soon as practicable after he is released.

of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, (iv) Conspiracy to Prevent an Officer from Discharging Any Duties, (v) Civil Disorder and Aiding and Abetting, and (vi) Destruction of Government Property of Value and Aiding and Abetting for his role in perpetrating the January 6th Attack. *See* Judgment as to Joseph R. Biggs, *United States* v. *Nordean*, Case No. 21-cr-175-TJK (D.D.C. Sept. 15, 2023), ECF No. 902. He was sentenced on August 31, 2023 to 204 months of incarceration. *Id.* In response to a request as to Biggs' position on this Motion, Biggs' counsel stated that he would be unable to reach his client before the filing of this Motion.

2. **Alan Hostetter** is currently incarcerated at FCI Oakdale I. Hostetter helped organize and participated in the attack on the Capitol. *See, e.g.*, *Smith* Am. Compl. ¶¶ 40, 72, 90, 99, 103, 107, 134, 140. He was criminally convicted of (i) Conspiracy to Obstruct an Official Proceeding, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, (iii) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, and (iv) Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon. *See* Judgment as to Alan Hostetter, *United States v. Hostetter*, Case No. 21-cr-392-RCL (D.D.C. Dec. 11, 2023), ECF No. 384. He was sentenced on December 7, 2023 to 135 months of incarceration. *Id.* Hostetter is an incarcerated pro se litigant, and thus the Smith Plaintiffs have not requested his position on this Motion.[5]

---

[5] Pursuant to the Local Rules, Plaintiffs must inform Defendants of this Motion with opposing counsel "in a good-faith effort to determine whether there is any opposition to the relief sought, and if there is, to narrow the areas of disagreement." D.D.C. Local Rule 7(m). This duty "also applies to non-incarcerated parties appearing *pro se*." *Id.* The comment to the rule explains that

3. **Derek Kinnison** is currently incarcerated at FCI Lompoc I. Kinnison helped organize and participated in the attack on the Capitol. *See, e.g.*, *Smith* Am. Compl. ¶¶ 44, 99, 101, 134. Kinnison was convicted of (i) Conspiracy to Obstruct Official Proceeding, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, (iii) Entering and Remaining in a Restricted Building or Grounds, (iv) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and (v) Tampering with Documents or Proceedings. *See* Judgment as to Derek Kinnison, *United States v. Hostetter*, Case No. 21-cr-392-RCL (D.D.C. Apr. 23, 2024), ECF No. 472. Kinnison was sentenced on April 19, 2024 to 33 months of incarceration. *Id.* Kinnison is an incarcerated pro se litigant, and thus the Smith Plaintiffs have not requested his position on this Motion.

4. **Felipe Antonio "Tony" Martinez** is currently incarcerated at FCI Yazoo City Low II. Martinez helped organize and participated in the attack on the Capitol. *See, e.g.*, *Smith* Am. Compl. ¶¶ 43, 99, 101, 134. Martinez was convicted of (i) Conspiracy to Obstruct an Official Proceeding, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, (iii) Entering and Remaining in a Restricted Building or Grounds, and (iv) Disorderly and Disruptive Conduct in a Restricted Building or Grounds. *See* Judgment as to Felipe Antonio Martinez, *United States v. Hostetter*, Case No. 21-cr-392-RCL (D.D.C. Apr. 23, 2024), ECF No. 472.[6] Martinez was sentenced on April 19,

---

the changes to the rule were "designed to bring non-incarcerated pro se litigants within the scope of the duty to confer on nondispositive motions, so as to extend the benefits of the rule to cases in which such litigants are parties." Comment to LCvR 7(m). The rule does not address *pro se* incarcerated litigants, and therefore, Plaintiffs have not requested any incarcerated *pro se* Defendants' positions on this Motion (other than Defendant Moerschel, *see* n.8). Those Defendants include Hostetter, Kinnison, Martinez, Nordean, Warner, and Watkins.

[6] Martinez's convictions on Conspiracy to Obstruct an Official Proceeding and Obstruction of an Official Proceeding and Aiding Abetting were vacated by the D.C. Circuit following the

2024 to 21 months of incarceration. *Id.* However, Nicholas Smith, who previously represented Martinez in a limited capacity in *Smith* and represents him in his criminal proceeding, contacted the Smith Plaintiffs. He has not asserted an objection, and he states that he no longer represents Martinez in *Smith*, but he has asked the Smith Plaintiffs to contact him prior to scheduling a deposition.

5. **Kelly Meggs** is currently incarcerated at FCI Memphis. Meggs is the self-described leader of the Florida chapter of the Oath Keepers, *see Smith* Am. Compl. ¶¶ 39, 86, 100, 102; *District* Am. Compl. ¶ 30, and was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, (iv) Conspiracy to Prevent an Officer from Discharging Any Duties, and (v) Tampering with Documents or Proceedings for his role in perpetrating the January 6th Attack. *See* Judgment as to Kelly Meggs, *United States v. Rhodes, III* (Group 1), Case No. 22-cr-15-APM (D.D.C. June 5, 2023), ECF No. 626. He was sentenced on May 25, 2023, to 144 months of incarceration. *Id.* In response to the District's request as to Meggs' position on this Motion, Meggs' counsel stated that he opposed the Motion because he had not seen the Motion itself. In response to the Smith Plaintiffs' request as to Meggs' position on this Motion, Meggs' counsel stated that he could not opine on whether he consents to the Motion until he saw a copy of the Motion itself.

6. **Ronald Mele** is currently incarcerated at FCI Oakdale I. Mele helped organize and participated in the attack on the Capitol. *See, e.g., Smith* Am. Compl. ¶¶ 45, 99, 101,

---

Supreme Court's ruling in *Fischer v. United States*. Order, *United States v. Mele*, Appeal No. 24-3045 (D.C. Cir. Sept. 12, 2024) (consolidated), Doc. No. 2074445.

140. Mele was convicted of (i) Conspiracy to Obstruct Official Proceeding, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, (iii) Entering and Remaining in a Restricted Building or Grounds, and (iv) Disorderly and Disruptive Conduct in a Restricted Building or Grounds. *See* Judgment as to Ronald Mele, *United States v. Hostetter*, Case No. 21-cr-392-RCL (D.D.C. Apr. 23, 2024), ECF No. 474.[7] Mele was sentenced on April 19, 2024 to 33 months of incarceration. *Id.* Mele's counsel did not respond regarding his position on this Motion.

7. **Roberto Minuta** is currently incarcerated at FCI Bastrop. Minuta is a member of the Oath Keepers, *see District* Am. Compl. ¶ 31, and was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, and (iv) Conspiracy to Prevent an Officer from Discharging Any Duties for his role in perpetrating the January 6th Attack. *See* Judgment as to Roberto A. Minuta, *United States v. Rhodes, III* (Group 2), Case No. 22-cr-15-APM (D.D.C. 2022), ECF No. 631. He was sentenced on June 1, 2023 to 54 months of incarceration. *Id.* Minuta's counsel has not responded to a request as to Minuta's position on this Motion.

8. **David Moerschel** is currently incarcerated at Residential Reentry Management ("RRM") Miami. Moerschel is a member of the Oath Keepers, *see District* Am. Compl. ¶ 32, and was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and

---

[7] Mele's convictions on Conspiracy to Obstruct an Official Proceeding and Obstruction of an Official Proceeding and Aiding Abetting were vacated by the D.C. Circuit following the Supreme Court's ruling in *Fischer v. United States*. Order, *United States v. Mele*, Appeal No. 24-3045 (D.C. Cir. Sept. 12, 2024) (consolidated), Doc. No. 2074445.

Aiding and Abetting, and (iv) Conspiracy to Prevent an Officer from Discharging Any Duties for his role in perpetrating the January 6th Attack. *See* Judgment as to David Moerschel, *United States v. Rhodes, III* (Group 2), Case No. 22-cr-15 (D.D.C. 2022), ECF No. 641. He was sentenced on June 2, 2023 to 36 months of incarceration. *Id.*[8]

9. **Ethan Nordean** is currently incarcerated at FCI Coleman Medium. Nordean is a member of the Proud Boys. *See Smith* Am. Compl. ¶ 30. He was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, (iv) Conspiracy to Prevent an Officer from Discharging Any Duties, (v) Civil Disorder and Aiding and Abetting, and (vi) Destruction of Government Property and Aiding and Abetting. *See United States v. Nordean*, Case No. 21-cr-175 (D.D.C. 2021), ECF No. 912; Judgment as to Ethan Nordean, *United States v. Nordean*, Case No. 21-cr-175-TJK (D.D.C. Sept. 15, 2023), ECF No. 912. He was sentenced on September 1, 2023, *id.*, and re-sentenced on September 15, 2023, *see* Sept. 15, 2023 Minute Entry, to 216 months of incarceration. Nordean is an incarcerated pro se litigant, and thus the Smith Plaintiffs have not requested his position on this Motion. However, Nick Smith, who previously

---

[8] Mr. Moerschel is currently *pro se*. Counsel for the District informed Mr. Moerschel's spouse of this Motion, who stated that Mr. Moerschel "will be opposing any requests for deposition based on his Fifth Amendment right not to testify. He should not be compelled to waive his rights in a civil trial." Given this position was provided by a non-attorney who does not represent Mr. Moerschel, it has no bearing here, but in any event, a party cannot make a blanket invocation of the Fifth Amendment to avoid a deposition altogether; rather, the Fifth Amendment, if applicable, must be invoked with respect to specific questions. *See Dist. Title* v. *Warren*, 265 F. Supp. 3d 7, 21–22 (D.D.C. 2017) ("[There] is a presumption against blanket assertions of Fifth Amendment privilege . . . the law is clear that the privilege against self-incrimination must be asserted on a question-by-question basis." (internal citations and quotation marks omitted)); *see also Vasquez-Rijos v. Anhang*, 654 F.3d 122, 129 (1st Cir. 2011).

represented Nordean in a limited capacity in *Smith* and represents him in his criminal proceeding, contacted the Smith Plaintiffs. He has not asserted an objection, and he states that he no longer represents Nordean in *Smith*, but he has asked the Smith Plaintiffs to contact him prior to scheduling any deposition.

10. **Dominic Pezzola** is currently incarcerated at FCI Butner Medium II. Pezzola is a member of the Proud Boys, *see District* Am. Compl. ¶ 38, and was criminally convicted of (i) Obstruction of an Official Proceeding and Aiding and Abetting, (ii) Conspiracy to Prevent an Officer from Discharging Any Duties, (iii) Civil Disorder and Aiding and Abetting, (iv) Destruction of Government Property and Aiding and Abetting, (v) Assaulting, Resisting, or Impeding Certain Officers, and (vi) Robbery of Personal Property of the United States for his role in perpetrating the January 6th Attack. *See* Judgment as to Dominic Pezzola, *United States v. Nordean*, Case No. 21-cr-175 (D.D.C. 2021), ECF No. 915. He was sentenced on September 1, 2023 to 120 months of incarceration. *Id.* Pezzola's counsel has not responded to a request as to Pezzola's position on this Motion.

11. **Zachary Rehl** is currently incarcerated at FCI Petersburg Medium. Rehl is the president of the Philadelphia Proud Boys chapter and a member of the Proud Boys, *see Smith* Am. Compl. ¶¶ 26, 32, 125; *District* Am. Compl. ¶ 39, and was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, (iv) Conspiracy to Prevent an Officer from Discharging Any Duties, (v) Civil Disorder and Aiding and Abetting, and (vi) Destruction of Government Property and Aiding and Abetting for his role in perpetrating the January 6th Attack. *See* Judgment as to Zachary

Rehl, *United States v. Nordean*, Case No. 21-cr-175-TJK (D.D.C. Sept. 15, 2023), ECF No. 905. He was sentenced on August 31, 2023 to 180 months of incarceration. *Id.* In response to a request as to Rehl's position on this Motion, Rehl's counsel stated that he must speak to Rehl's criminal attorney before providing a position. He did not respond before the filing of this Motion.

12. **Elmer Stewart Rhodes, III** is currently incarcerated at FCI Cumberland. Rhodes is the founder and longstanding leader of the Oath Keepers, *see District* Am. Compl. ¶ 40, and was criminally convicted of (i) Seditious Conspiracy, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, and (iii) Tampering with Documents or Proceedings and Aiding and Abetting for his role in perpetrating the January 6th Attack. *See* Judgement as to Elmer Stewart Rhodes, III, *United States v. Rhodes, III* (Group 1), Case No. 22-cr-15 (D.D.C. 2022), ECF No. 624. He was sentenced on May 25, 2023 to 216 months of incarceration. *Id.* Rhodes' counsel did not respond to a request as to Rhodes' position on this Motion.

13. **Enrique Tarrio** was previously incarcerated at FCI Petersburg Medium.[9] Tarrio has been a member of the Proud Boys since 2017 and was the Chairman from November 20, 2018 until at least February 2, 2022. *See Smith* Am. Compl. ¶¶ 28-29; *District* Am. Compl. ¶ 44. Tarrio was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, (iv) Conspiracy to Prevent an Officer from Discharging Any Duties, (v) Civil Disorder and Aiding and Abetting, and

---

[9] As of October 27, 2024, the BOP Inmate Locator lists Tarrio as "not in BOP custody." Since his release date is not scheduled until August 7, 2040, Tarrio is likely in transit.

(vi) Destruction of Government Property and Aiding and Abetting for his role in perpetrating the January 6th Attack. *See* Judgment as to Enrique Tarrio, *United States v. Nordean*, Case No. 21-cr-175-TJK (D.D.C. Sept. 15, 2023), ECF No. 908. He was sentenced on September 5, 2023 to 264 months of incarceration. *Id.* In response to a request as to Tarrio's position on this Motion, Tarrio's counsel stated that he would be unable to reach his client before the filing of this Motion.

14. **Edward Vallejo** is currently incarcerated at RRM Phoenix. Vallejo is a member of the Oath Keepers, *see District* Am. Compl. ¶ 46, and was criminally convicted of (i) Seditious Conspiracy, (ii) Conspiracy to Obstruct an Official Proceeding, (iii) Obstruction of an Official Proceeding and Aiding and Abetting, and (iv) Conspiracy to Prevent an Officer from Discharging Any Duties for his role in perpetrating the January 6th Attack. *See* Judgment as to Edward Vallejo, *United States v. Rhodes, III* (Group 2), Case No. 22-cr-15 (D.D.C. 2022), ECF No. 650. He was sentenced on June 1, 2023 to 36 months of incarceration. *Id.* Vallejo's counsel has not responded to a request as to Vallejo's position on this Motion.

15. **Erik Scott Warner** is currently incarcerated at FCI Lompoc I. Warner helped organize and participated in the attack on the Capitol. *See, e.g.*, *Smith* Am. Compl. ¶¶ 42, 99, 101, 134, 136. Warner was convicted of (i) Conspiracy to Obstruct Official Proceeding, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, (iii) Entering and Remaining in a Restricted Building or Grounds, (iv) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and (v) Tampering with Documents or Proceedings. *See* Judgment as to Erik Scott Warner, *United Stated v. Hostetter*, Case No. 21-cr-392-RCL (D.D.C. Apr. 23, 2024), ECF No. 468. Warner

was sentenced on April 19, 2024 to 27 months of incarceration. *Id.* Warner is an incarcerated pro se litigant, and thus the Smith Plaintiffs have not requested his position on this Motion.

16. **Jessica Marie Watkins** is currently incarcerated at FCI Tallahassee. Watkins is a member of the Oath Keepers, *see District* Am. Compl. ¶ 47, and was criminally convicted of (i) Conspiracy to Obstruct an Official Proceeding, (ii) Obstruction of an Official Proceeding and Aiding and Abetting, (iii) Conspiracy to Prevent Members of Congress from Discharging Their Duties, and (iv) Obstructing Officers During Civil Disorder for her role in perpetrating the January 6th Attack. *See* Judgment as to Jessica Watkins, *United States v. Rhodes, III* (Group 1), Case No. 22-cr-15 (D.D.C. 2022), ECF No. 629. She was sentenced on May 26, 2023 to 102 months of incarceration. *Id.* Watkins is an incarcerated pro se litigant, and thus the District has not requested her position on this Motion.

## CONCLUSION

For the foregoing reasons, the District and the Smith Plaintiffs respectfully request that the Court enter an order granting them leave to depose the Incarcerated Defendants.

## LOCAL CIVIL RULE 7(m) CERTIFICATION

Counsel has conferred with opposing counsel regarding the relief requested in the present motion. Counsel for Donald J. Trump for President, Inc., and Make America Great Again PAC, in *Smith v. Trump*, requested to see a copy of the Motion before opining on whether they consent. No other objections, besides those noted in this Motion, were raised.

Dated: October 28, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: /s/ *Brendan B. Downes*
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
Christine P. Sun
Katherine Reisner
Gillian Feiner
Zack Goldberg
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
Email: norm@statesuniteddemocracy.org
christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org
gillian@statesuniteddemocracy.org
zack@statesuniteddemocracy.org

**DECHERT LLP**

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *James Pasch*
James Pasch
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
Email: jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

      Washington, D.C. 20006-1110
      Tel: 202-261-3300
      Fax: 202-261-3333
      Email: vincent.cohen@dechert.com
           d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
      Michael S. Doluisio
      2929 Arch Street
      Philadelphia, PA 19104-2808
      Tel:  215-994-2000
      Fax:  215-994-2222
      Email:  michael.doluisio@dechert.com

By: /s/ *Daniel J. Kramer*
      Daniel J. Kramer
      Andrew J. Ehrlich
      Erin J. Morgan
      1285 Avenue of the Americas
      New York, NY 10019-6064
      Tel: 212-373-3000
      Fax: 212-757-3990
      Email: dkramer@paulweiss.com
           aehrlich@paulweiss.com
           ejmorgan@paulweiss.com

***Counsel for Plaintiffs Conrad Smith, et al.*:**

By:   /s/      *Marc P. Epstein*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
David Brody, D.C. Bar No. 1021476
Alexander S. Davis, D.C. Bar No. 90012274
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org
adavis@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com

bghafarzade@selendygay.com
esnow@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

## CERTIFICATE OF SERVICE

I certify that on October 28, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: October 28, 2024                             By: /s/  Marc P. Epstein