UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-02265 (APM) |
| DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>PROUD BOYS INTERNATIONAL L.L.C. *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-03267 (APM) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE INCARCERATED DEFENDANTS**

Upon consideration of Smith Plaintiffs' and Plaintiff District of Columbia's Motion for Leave to Depose Incarcerated Defendants Joseph Randall Biggs, Alan Hostetter, Derek Kinnison, Felipe Antonio "Tony" Martinez, Kelly Meggs, Ronald Mele, Roberto Minuta, David Moerschel, Ethan Nordean, Dominic Pezzola, Zachary Rehl, Elmer Stewart Rhodes III, Enrique Tarrio, Edward Vallejo, Erik Scott Warner, and Jessica Marie Watkins, in the above-captioned matters, and good cause having been shown, by the United States District Court for the District of Columbia,

It is hereby **ORDERED**, that the Court grants the Motion, and directs the depositions of Joseph Randall Biggs, Alan Hostetter, Derek Kinnison, Felipe Antonio "Tony" Martinez, Kelly

Meggs, Ronald Mele, Roberto Minuta, David Moerschel, Ethan Nordean, Dominic Pezzola, Zachary Rehl, Elmer Stewart Rhodes III, Enrique Tarrio, Edward Vallejo, Erik Scott Warner, and Jessica Marie Watkins, each of whom is incarcerated, pursuant to Rule 30(a)(2)(B).

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

    All counsel of record, via ECF

    Service of Process
    Secretary of State
    P.O. Box 12079
    Austin, Texas 78711-2079
    ATTN: Proud Boys International, L.L.C.
    PO Box 12079, Austin TX 78711

    Oath Keepers
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103

    Marc Anthony Bru
    10013 NE Hazel Dell Ave. #2
    Vancouver, WA 98685-5203

    William Chrestman
    D.C. Central Detention Facility DCDC No. 376975
    1901 D St., SE
    Washington, D.C. 20003

    Donovan Ray Crowl
    8201 Sea Star Drive
    Blacklick, OH 43004

    Nicholas DeCarlo
    27214-509
    Fort Worth Federal Correctional Institution
    Inmate Mail/Parcels
    P.O. BOX 15330
    Fort Worth, TX 76119

    Charles Donohoe
    NC Detention Center
    Orange County Jail
    125 Court Street
    Hillsborough, NC 27278

    Matthew Greene
    264 Burns Ave.
    Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean, #28596-509
FCI Coleman Medium
Federal Correctional Institution
P.O. Box 1032
Coleman, FL 33521

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Jessica Marie Watkins
FCI Tallahassee
Federal Correctional Institution
Register Number: 26050-509
P.O. Box 5000
Tallahassee, FL 32314

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08

Erik Scott Warner, #49812-509
FCI Lompoc I
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Felipe Antonio "Tony" Martinez, #49780-509
FCI Yazoo City Low II
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

Derek Kinnison, #49801-509
FCI Lompoc I
Federal Correctional Institution
3600 Guard Road
Lompoc, CA   93436

Alan Hostetter, #49779-509
FCI Oakdale I
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA  71463