## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:21-cv-02265 (APM) |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

|  |  |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-03267 (APM) |
| PROUD BOYS INTERNATIONAL L.L.C. *et al.*, | |
| Defendants. | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE INCARCERATED DEFENDANTS

Upon consideration of Smith Plaintiffs' and Plaintiff District of Columbia's Motion for Leave to Depose Incarcerated Defendants Joseph Randall Biggs, Alan Hostetter, Derek Kinnison, Felipe Antonio "Tony" Martinez, Kelly Meggs, Ronald Mele, Roberto Minuta, David Moerschel, Ethan Nordean, Dominic Pezzola, Zachary Rehl, Elmer Stewart Rhodes III, Enrique Tarrio, Edward Vallejo, Erik Scott Warner, and Jessica Marie Watkins, in the above-captioned matters, and good cause having been shown, by the United States District Court for the District of Columbia,

It is hereby **ORDERED**, that the Court grants the Motion, and directs the depositions of Joseph Randall Biggs, Alan Hostetter, Derek Kinnison, Felipe Antonio "Tony" Martinez, Kelly

Meggs, Ronald Mele, Roberto Minuta, David Moerschel, Ethan Nordean, Dominic Pezzola,

Zachary Rehl, Elmer Stewart Rhodes III, Enrique Tarrio, Edward Vallejo, Erik Scott Warner,

and Jessica Marie Watkins, each of whom is incarcerated, pursuant to Rule 30(a)(2)(B).

 This order is entered without prejudice to any Defendant moving for a protective order.

_____

United States District Judge