UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., *Plaintiffs,* v. DONALD J. TRUMP, et al., *Defendants.* | Case No. 21-cv-2265 (APM) |
| DISTRICT OF COLUMBIA, *Plaintiff,* v. PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, *Defendants.* | Case No. 21-cv-3267 (APM) |

**JOINT MOTION FOR ORDER REGARDING COORDINATION OF DISCOVERY**

Plaintiffs in the above-captioned cases (collectively, the "Plaintiffs") hereby move the Court for an Order Regarding Coordination of Discovery (the "Coordination Order") in order to establish efficient, reasonable, and cooperative discovery among the Parties in these two related cases, particularly as it relates to coordinated depositions.

Plaintiff District of Columbia (the "District") initially circulated to the Defendants in *District of Columbia v. Proud Boys, et al.*, a draft of the Coordination Order on July 15, 2024. Counsel for several of the *District* Defendants responded with objections and suggestions. Counsel for the District and the *Smith* Plaintiffs thereafter conferred and re-circulated to Defendants a revised draft of the Coordination Order on August 29, 2024 in response to Defendants' objections. The *Smith* Plaintiffs circulated the draft Coordination Order to the *Smith* Defendants on October 10, 2024. At the September 4, 2024 status conference, the Court requested that the parties submit the proposed Coordination Order to the Court, along with a cover letter outlining any remaining disputes. On October 23, 2024, the District and *Smith* Plaintiffs submitted the proposed Coordination Order to the Court along with a cover letter outlining the remaining disputes. *See* Dkt. 345.

At the October 29, 2024 status conference, the Court indicated that it would execute the Coordination Order with minor amendments. Namely, the Court requested that the Coordination Order explicitly state that the parties may, with good cause, request additional time to examine a witness, as long as leave is requested at least three (3) business days prior to the date of the deposition. Following the status conference, Plaintiffs made those revisions to the draft Coordination Order (in Section II.A.3) and re-circulated it to the Defendants in both cases. None responded with any further objection to the Coordination Order.

Plaintiffs therefore respectfully request that the Court enter the Coordination Order to govern coordinated depositions in these related matters.

Dated: November 4, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:  /s/ *Brendan B. Downes*
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:  /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
Christine P. Sun
Katherine Reisner
Gillian Feiner
Alexander F. Atkins (D.C. Bar 90003787)
Zack Goldberg
Meagan Harding
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
norm@statesuniteddemocracy.org
christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org
gillian@statesuniteddemocracy.org
alex@statesuniteddemocracy.org
zack@statesuniteddemocracy.org
meagan@statesuniteddemocracy.org

**DECHERT LLP**

By:  /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By:  /s/ *Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
michael.doluisio@dechert.com

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *James Pasch*
James Pasch
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ *Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
Cassandra N. Love
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
ejmorgan@paulweiss.com
clove@paulweiss.com

*Counsel for Plaintiffs Conrad Smith, et al.*:

By: /s/ *Marc P. Epstein*
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
Alexander S. Davis, D.C. Bar No. 90012274
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org
adavis@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

## **CERTIFICATE OF SERVICE**

  I certify that on November 4, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: November 4, 2024            By: */s/  Marc P. Epstein*