# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et. al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Case No. 1:21-cv-02265-APM |
| | ) Consol. with Lead Civil Case |
| DONALD J. TRUMP, et al., | ) No. 1:21-cv-400-APM |
| *Defendants*. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF JARED J. ROBERTS

Pursuant to Civil Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Jesse R. Binnall, a member in good standing of the bar of this Court, respectfully moves for admission of Jared J. Roberts to participate pro hac vice as co-counsel for Defendants Make America Great Again PAC and Donald J. Trump for President, Inc., in the above-captioned action, until his admission to practice application has been submitted and approved by this Court. Attached as Exhibit A is the Declaration of Jared J. Roberts supporting this motion for pro hac vice admission. Mr. Roberts is a member in good standing of the Virginia and Florida Bars and will be submitting his admission to practice before this Court.

Dated: November 6, 2024            Respectfully submitted,

*/s/     Jesse R. Binnall*
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943

Fax: (703) 888-1930
jesse@binnall.com

*Counsel for Defendants President Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*

## CERTIFICATE OF SERVICE

I certify that on November 6, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   *Jesse R. Binnall*
Jesse R. Binnall (VA022)

*Counsel for Defendants President Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*