UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 21-cv-02265 (APM) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Having heard and considered the disputes raised during a discovery hearing held on November 26, 2024, between Plaintiffs and Defendants Make America Great Again PAC and Donald J. Trump For President, Inc. (the "Campaign Defendants"), the court orders the following:

1. Campaign Defendants shall run the existing search strings across the four new custodians and produce any responsive documents arising from these searches.

2. Campaign Defendants shall submit to Plaintiffs a hit report as to the newly requested search terms across all custodians (or a narrowed set of custodians) and an estimated cost of running such searches. If there still remains a dispute about running these additional searches, the parties shall notify the court.

3. Campaign Defendants shall produce responsive invoices and related records found at the email address (and any related custodial file) identified by Justin Clark during his deposition.

4. Campaign Defendants shall, as needed, justify any challenged assertions of privilege, including as to any records involving persons identified in Plaintiffs' Interrogatory No. 6.

5. Plaintiffs shall complete their production of records related to damages by December 18, 2024.

Dated: November 27, 2024

                                                             Amit P. Mehta
                                                         United States District Court Judge