**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

**JOINT CASE STATUS REPORT**

Pursuant to the Court's October 29, 2024 Minute Entry, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Enrique Tarrio, and Joseph Biggs[1] submit this Joint Case Status Report regarding the status of discovery since the October 29, 2024 status conference.

**I.    Party Discovery**

**A.    Plaintiffs' Discovery Requests**

Plaintiffs identified deficiencies in the productions from Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Campaign Entity Defendants") and requested that the Campaign Entity Defendants add four new custodians and seven new search terms to its address these gaps. The parties reached impasse on this issue. The Campaign Entity

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Thomas Caldwell, Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Ronald Mele, Kelly Meggs, Zachary Rehl, Dominic J. Pezzola, and Stewart Rhodes did not contribute to this report.

Defendants also refused to supplement their responses to Plaintiffs' Third Set of Interrogatories, bringing the parties to impasse on this issue as well.

The parties raised these issues to the Court and on November 26, 2024, Plaintiffs and the Campaign Entity Defendants appeared for a discovery conference before the Court. The Court ordered the Campaign Entity Defendants to (1) run existing search terms over the new custodians and produce responsive documents, (2) give Plaintiffs a hit count and cost estimate for the new search terms, (3) produce responsive invoices found in the accounts payable inbox referenced in the deposition of Justin Clark, and (4) justify their privilege assertions, including as to anyone identified in Plaintiffs' Interrogatory No. 6. *See* ECF No. 348 at 1.

### B.    Defendants' Discovery Requests

Plaintiffs have made six productions of documents to Defendants on August 1, 2023, September 21, 2023, October 19, 2023, December 4, 2023, February 26, 2024, and July 3, 2024. Plaintiffs reached substantial completion of custodial documents on July 3, 2024. Pursuant to the November 26 discovery conference and the Court's related order, Plaintiffs will complete their production of records related to damages by December 18, 2024. *See* ECF No. 348 at 2.

## II.    Plaintiffs' Third-Party Discovery Requests

### A.    Rudolph Giuliani

As detailed in the August 30 and October 25, 2024 status reports, *see* ECF Nos. 323 and 337, the Southern District of New York granted Plaintiffs leave to file a motion to compel Rudolph Giuliani to comply with Plaintiffs' April 26, 2024 subpoena. *See Smith, et al. v. Giuliani*, 1:24-mc-00351 (S.D.N.Y.), ECF No. 9. Plaintiffs filed their opening brief on September 10, 2024. *See id.*, ECF No. 12. Mr. Giuliani's opposition brief was due on October 1, 2024, *see id.,* August 20, 2024 Minute Entry, but he failed to respond, *see id.*, ECF No. 18. On October 9, 2024, the court *sua sponte* extended the deadlines for Mr. Giuliani's opposition brief and Plaintiffs' reply brief to

October 23 and October 30, 2024, respectively. *See id.*, ECF No. 19. Again, Mr. Giuliani failed to file his opposition brief, and Plaintiffs filed a letter with the court explaining that in light of Mr. Giuliani's "failure to oppose [the] motion by the extended deadline of October 23, 2024, [Plaintiffs] did not file a reply on the scheduled date for reply papers" and "view[ed] this motion as 'unopposed, fully briefed, and ripe for a decision,' and respectfully request[ed] the Court to take the same position." *See id.*, ECF No. 24. Plaintiffs await a ruling from the court on this matter.

### B.    Caroline Wren

As detailed in the October 25, 2024 status report, *see* ECF No. 337, Plaintiffs filed a motion to compel Caroline Wren's compliance with Plaintiffs' May 21, 2024 subpoena in the Southern District of Florida. *See Smith, et al. v. Wren*, 9:24-mc-81074-DMM (S.D. Fla.), ECF No. 1. On October 2, 2024, the court directed the U.S. Marshall Service to serve Ms. Wren. *See id.* ECF No. 6. Plaintiffs await further direction from the court on this matter.

### C.    Daniel Scavino

Plaintiffs in *Lee v. Trump*, 1:21-cv-400-APM, personally served Daniel Scavino with a subpoena at his home in Fishkill, New York on August 28, 2024, with a return date for September 13, 2024, but have yet to receive a response. On October 18, Plaintiffs emailed Mr. Scavino's counsel regarding Mr. Scavino's deposition subpoena and outstanding documents subpoena. Plaintiffs and Mr. Scavino's counsel held a meet and confer on October 29 during which Mr. Scavino's counsel agreed to provide written responses to Plaintiffs' subpoena and to send Plaintiffs' the grand jury subpoenas Mr. Scavino received to evaluate if a re-production of those responses could satisfy Plaintiffs' requests. Plaintiffs followed up with Mr. Scavino's counsel on November 3, November 4, and November 5 regarding this agreement. On November 5, Mr. Scavino's counsel shared the grand jury subpoenas. On November 8, Plaintiffs confirmed that they would accept the grand jury production as Mr. Scavino's response to Plaintiffs' subpoena, while reserving their

rights to follow-up to confirm the production was complete and a reasonable search was made. On November 11, Plaintiffs followed up with Mr. Scavino's attorney but received no response. On November 14, Plaintiffs called the Court requesting leave to file a motion to compel Mr. Scavino in the Southern District of New York. The Court granted leave to file the motion.

On November 30, Mr. Scavino's counsel emailed Plaintiffs regarding Mr. Scavino's deposition in *Lee v. Trump*, noting "concomitantly with this correspondence, we are voluntarily producing the productions Mr. Scavino made to the government in [the grand jury] investigation." Mr. Scavino did not make any production on November 30. On December 5, Plaintiffs followed up with Mr. Scavino's counsel regarding the production indicating they would file a motion to compel if he did not respond by December 6. Mr. Scavino's counsel failed to respond, therefore, on December 9, Plaintiffs filed a letter motion for a pre-motion conference in the Southern District of New York, pursuant to local rules. *See Smith, et al. v. Scavino*, 7:24-mc-00566 (S.D.N.Y.), ECF No. 1. Mr. Scavino's counsel accepted service on December 10.

### D.    National Archives and Records Administration

On September 3, 2024, the Court granted Plaintiffs' Motion for a Final Order Issuing a Subpoena to the National Archives and Records Administration ("NARA") and ordered NARA to respond to Plaintiffs' subpoena. *See* ECF No. 324. On November 21, NARA confirmed they had sent their first notification of potentially responsive records to relevant former and incumbent presidents and plan to continue sending notifications in the coming weeks.

## III.    Trump Entity Defendants' Third-Party Discovery Requests

To date there are several outstanding *Touhy* requests for which the United States Attorney's Office for the District of Columbia ("D.C. USAO") is responsible, including but not limited to the United States Capitol Police; the Departments of Interior, Justice, and Defense; and the D.C. National Guard. Defendants have engaged with the D.C. USAO, exchanging letters in October and

November, to negotiate their initial position which has so far been to claim they are not obligated to produce documents. Of note is D.C. USAO's claim that it discharged its obligations under these *Touhy* requests by compliance with separate requests in the immunity discovery, despite that being on a separate track. The D.C. USAO has also raised several objections relating to the breadth and burden of the requests, as well as some general privilege allegations. While a meeting will take place next week between Defendants' counsel and the D.C. USAO to discuss resolving these issues and Defendants are cautiously optimistic, we note these issues as something that may require court intervention in the future.

## IV.    Discovery Schedule

In light of the remaining merits discovery concerning parties and non-parties, specifically depositions, and the ongoing litigation of Defendant Trump's potential immunity, *see Lee v. Trump*, 21-cv-400-APM (D.D.C.), Plaintiffs request a six-month extension of the current discovery deadlines, in line with the dates below:

|  | Current Deadline | New Deadline |
|---|---|---|
| **Fact Discovery Closes** | January 27, 2025 | July 28, 2025 |
| **Expert Reports** | February 18, 2025 | August 18, 2025 |
| **Rebuttal Expert Reports** | March 11, 2025 | September 8, 2025 |
| **Expert Discovery Closes** | April 15, 2025 | October 14, 2025 |
| **Post-Discovery Status Conference** | April 21, 2025 | October 20, 2025 |

The Campaign Entity Defendants, Defendant Tarrio, and Defendant Biggs consent to this extension request.

Dated: December 13, 2024                Respectfully submitted,

By:           /s/   *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
esnow@selendygay.com
eness@selendygay.com

  /s/   *Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
Alexander S. Davis, D.C. Bar No. 90012274
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org
adavis@lawyerscommittee.org

  /s/ *William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

By: */s/  Jason Caldwell Greaves*
Jesse Binnall
Jason Caldwell Greaves
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com

*Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By: */s/  John Daniel Hull, IV*
John Daniel Hull, IV
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
Tel: 202-429-6520
jdhull@hullmcguire.com

*Attorney for Defendants Enrique Tarrio and Joseph R. Biggs*

## CERTIFICATE OF SERVICE

I certify that on December 13, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: December 13, 2024              By:      _/s/   Joshua S. Margolin_
                                                                 Joshua S. Margolin