IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

          Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

          Defendants.

Case No. 1:21-CV-02265-APM

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.6, David R. Brody moves this Court for an Order granting him leave to withdraw as counsel of record on behalf of all Plaintiffs. After January 3, 2025, undersigned counsel will no longer be employed by the Lawyers' Committee for Civil Rights Under Law. Edward G. Caspar, Marc P. Epstein, and Alexander Davis of the Lawyers' Committee for Civil Rights Under Law; Faith E. Gay, Joshua S. Margolin, Babak Ghafarzade, Elizabeth H. Snow, and Esther D. Ness of Selendy Gay PLLC; and William J. Blechman, Elizabeth B. Honkonen, and Anna T. Neill of Sperling Kenny Nachwalter, LLC will continue to represent Plaintiffs in this matter.

WHEREFORE, David Brody asks that this Court grant him leave to withdraw as counsel on behalf of all Plaintiffs in this matter.

Dated: December 18, 2024

Respectfully submitted,

    /s/    David R. Brody
David R. Brody, D.C. Bar No. 1021476
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
dbrody@lawyerscommittee.org

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

Dated: December 18, 2024                                             */s/ David R. Brody*
                                                                                        David R. Brody