IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA J. LEE, et. al.,** ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> **DONALD J. TRUMP, et. al.,** ) <br> ) <br> *Defendants.* ) <br> ) | **Case No. 21-cv-00400-APM** <br> **The Honorable Amit P. Mehta** |
| **CONRAD SMITH,** *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> **DONALD J. TRUMP,** *et al.*, ) <br> ) <br> *Defendants.* ) | **Case No. 21-cv-02265-APM** <br> **The Honorable Amit P. Mehta** |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's January 20, 2025 Motion to Withdraw as Counsel, it is hereby **ORDERED** that the motion is granted.

**SO ORDERED.**

_____

The Honorable Amit P. Mehta
District Judge at the District Court for the District of Columbia