UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.    .  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>DONALD J. TRUMP, et al  )<br>)<br>Defendants.  )<br>_____ ) | Civil Case No. 1:21-cv-02265-APM |

**NOTICE OF WITHDRAWAL**

Consistent with Local Rule of Civil Procedure 83.6, David A. Warrington of Dhillon Law Group, 2121 Eisenhower Avenue, Suite 608, Alexandria, VA 22314, hereby withdraws as attorney of record for Defendant Donald J. Trump. Defendant Donald J. Trump will continue to be represented in this matter by Jonathan Shaw.

Dated: January 23, 2025                      Respectfully submitted,

/s/*David A. Warrington*
David A. Warrington
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1206
DWarrington@Dhillonlaw.com

/s/ Jonathan Shaw
Jonathan Shaw
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: 240-383-8758
JShaw@Dhillonlaw.com

I hereby consent to the above withdrawal of attorney.

_____/s/*Jonathan Shaw*
Donald J. Trump