IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

## JOINT CASE STATUS REPORT

Pursuant to the Court's December 18, 2024 Minute Entry, Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Henry "Enrique" Tarrio, Joseph Biggs, Zachary Rehl, Donald J. Trump For President, Inc., and Make America Great Again PAC[1] submit this Joint Case Status Report regarding the status of discovery since the December 18, 2024 status conference.

**I.   Party Discovery**

   **A.   Plaintiffs' Discovery Requests**

Plaintiffs and Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC (the "Campaign Entity Defendants") reached impasse over discovery negotiations and appeared before the Court on November 26, 2024 for a discovery conference. The Court ordered

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Thomas Caldwell, Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Ronald Mele, Kelly Meggs, Dominic J. Pezzola, and Stewart Rhodes did not contribute to this report.

the Campaign Entity Defendants to (1) run existing search terms over the new custodians and produce responsive documents, (2) give Plaintiffs a hit count and cost estimate for the new search terms, (3) produce responsive invoices found in the accounts payable inbox referenced in the deposition of Justin Clark, and (4) justify their privilege assertions, including as to anyone identified in Plaintiffs' Interrogatory No. 6. *See* ECF No. 348 at 1. To aid in negotiations, Plaintiffs proposed a narrowed set of custodians for the new search terms they gave the Campaign Entity Defendants. The Campaign Entity Defendants ran the new search terms over the narrowed set of custodians and provided Plaintiffs with hit counts and cost estimates, indicating they will review and produce responsive documents at their own expense. The Campaign Entity Defendants also indicated that they would produce responsive invoices from the accounts payable inbox. On February 3, 2025, Plaintiffs asked the Campaign Entity Defendants for a production date but as of the time of this filing, the Campaign Entity Defendants have not done so. The Campaign Entity Defendants have yet to explain their privilege assertions, but Plaintiffs are continuing discussions with them.

      **B.**    **Defendants' Discovery Requests**

Plaintiffs have made eight productions of documents to Defendants on August 1, 2023, September 21, 2023, October 19, 2023, December 4, 2023, February 26, 2024, July 3, 2024, December 18, 2024, and January 17, 2025. Plaintiffs reached substantial completion of custodial documents on July 3, 2024.

The Campaign Entity Defendants issued additional requests for production and interrogatories on January 14, 2025. Plaintiffs' responses are due February 13, 2025.

## II.     Plaintiffs' Third-Party Discovery

### A.     Document Discovery Requests

Plaintiffs noticed 14 additional third-party subpoenas *duces tecum* on November 27, 2024. Plaintiffs have been negotiating with these parties for document productions to fill gaps left by previous party productions.

### B.     Enforcement Actions

Plaintiffs have proceedings pending to compel Rudolph Giuliani, Caroline Wren, and Daniel Scavino to comply with Plaintiffs' discovery requests. *See Smith, et al. v. Giuliani*, 1:24-mc-00351 (S.D.N.Y.); *Smith, et al. v. Wren*, 9:24-mc-81074 (S.D. Fla.); *Smith, et al. v. Scavino*, 7:24-mc-00566 (S.D.N.Y.). Plaintiffs will update the Court if there are any developments in these actions.

### C.     National Archives and Records Administration

On September 3, 2024, the Court granted Plaintiffs' Motion for a Final Order Issuing a Subpoena to the National Archives and Records Administration ("NARA") and ordered NARA to respond to Plaintiffs' subpoena. *See* ECF No. 324. On November 21, NARA confirmed they had sent their first notification of potentially responsive records to relevant former and incumbent presidents. NARA later informed Plaintiffs that on January 3, 2025, that Defendant Trump had requested a three-week extension to respond to NARA regarding producing documents. Plaintiffs continue to have discussions with NARA regarding production timelines.

### D.     Rule 6 Motion

On December 12, 2024, Plaintiffs initiated a miscellaneous action to apply for access to specific materials from the grand jury proceeding in *United States v. Trump*, 23-cr-257 (D.D.C.). *See In re Application of Conrad Smith et al. for Access to Grand Jury Proceedings Materials in United States v. Trump*, 24-mc-00165, ECF 1 (Dec. 12, 2024 D.D.C.). On January 16, 2025, the

United States filed their opposition to the application. *See id.* at ECF No. 5. Plaintiffs filed their reply on January 30, 2025. *See id.* at ECF No. 6. Plaintiffs contacted Defendant Trump's counsel in *United States v. Trump* to seek consent prior to filing the application. Counsel responded that applicable court orders prohibit President Trump from disclosing grand jury materials, but did not otherwise state Defendant Trump's position on the application. Defendant Trump did not oppose the application.

### III. Depositions

Plaintiffs began noticing party and third-party depositions in November 2024. On February 1, 2025, the Campaign Entity Defendants noticed Plaintiffs' depositions. No other defendants have cross-noticed Plaintiffs' depositions.[2]

In light of the large number of parties and third-parties relevant to this action, Plaintiffs respectfully request leave of the Court to exceed the 10-deposition limit under Fed. R. Civ. P. 26(2)(A)(i) and take 50 depositions. Plaintiffs reserve the right to address discovery limits based on further developments during the fact discovery period.

The Campaign Entity Defendants are willing to consider a modest increase to the number of depositions but believe 50 to be wholly disproportionate to the needs of this case.

### IV. Motion for Partial Summary Judgment as to Certain Defendants

On July 19, 2024, Plaintiffs in *Smith v. Trump* and *District of Columbia v. Proud Boys International, LLC, et al.*, 21-cv-3267-APM, moved for partial summary judgment against certain defendants. ECF No. 306. Specifically, the *Smith* Plaintiffs moved against Defendants Biggs,

---

[2] Pursuant to the Order Regarding Coordination of Discovery, cross-notices must be served within five business days of receipt a deposition notice. *See* ECF No. 344 at 6.

4

Meggs, Nordean, Pezzola,[3] Rehl, and Tarrio. *See id.* The relevant defendants filed their opposition brief on August 21, 2024. ECF No. 318. The *Smith* Plaintiffs and *District* Plaintiffs filed their reply brief on September 9, 2024. EC No. 328. This motion remains pending. The motion seeks to narrow the scope of issues that must be examined in discovery, and its resolution would benefit all parties as they plan for the remaining fact discovery period.

---

[3] As to Defendant Pezzola, the *Smith* Plaintiffs note that the Court had previously entered a default against him. *See* ECF 234. For this reason, the *Smith* plaintiffs will not pursue the motion for partial summary judgment as against him and will file a notice to that effect.

Dated: February 6, 2025

Respectfully submitted,

By:   /s/   *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
esnow@selendygay.com
eness@selendygay.com

  /s/   *Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

  /s/   *William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

6

By:     */s/     Jason Caldwell Greaves*
Jesse Binnall
Jason Caldwell Greaves
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com

*Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By:     */s/     John Daniel Hull, IV*
John Daniel Hull, IV
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
Tel: 202-429-6520
jdhull@hullmcguire.com

*Attorney for Defendants Enrique Tarrio and Joseph R. Biggs*

By:     */s/     Patrick Trainor*
Patrick Trainor
LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue Suite 201
Rutherford, NJ 07070
Tel: 201-777-3327
pt@ptesq.com

*Attorney for Defendant Zachary Rehl*

7

## **CERTIFICATE OF SERVICE**

     I certify that on February 6, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: February 6, 2025               By:          /s/   *Joshua S. Margolin*
                                                                        Joshua S. Margolin