IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

## NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DOMINIC J. PEZZOLA

Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (the "Plaintiffs") hereby withdraw their Motion for Partial Summary Judgment as it pertains to Defendant Dominic J. Pezzola.

On July 19, 2024, Plaintiffs moved for partial summary judgment against Defendants Joseph Biggs, Kelly Meggs, Ethan Nordean, Dominic Pezzola, Zachary Rehl, and Henry "Enrique" Tarrio.[1] *See* ECF No. 306. As to Defendant Pezzola, however, the Court had entered default against him on August 1, 2023. *See* ECF No. 234. Plaintiffs accordingly withdraw their motion for partial summary judgment against Defendant Pezzola. Plaintiffs' motion for partial summary judgment against Defendants Biggs, Meggs, Nordean, Rehl, and Tarrio remains pending.

---

[1] Plaintiffs filed this motion jointly with the District of Columbia in *District of Columbia v. Proud Boys International, L.L.C., et al.*, 21-cv-3267-APM (D.D.C). This notice only pertains to the *Smith* Plaintiffs' portion of the motion for partial summary judgment.

Dated: February 6, 2025                                    Respectfully submitted,

    */s/     Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
esnow@selendygay.com
eness@selendygay.com

Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

## **CERTIFICATE OF SERVICE**

    I certify that on February 6, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: February 6, 2025　　　　　　　By:　　　/s/　Joshua S. Margolin
　　　　　　　　　　　　　　　　　　　　　　　　Joshua S. Margolin