UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Case No. 21-cv-2265-APM

## SMITH PLAINTIFFS' NOTICE AND SCHEDULE OF STATUS OF DEFENDANTS' CRIMINAL CASES

On July 19, 2024, Plaintiffs in *Smith v. Trump*, Case No. 21-cv-2265-APM (D.D.C.) (the "Smith Plaintiffs") and the District of Columbia moved for partial summary judgment against individual defendants in *Smith v. Trump* and *District of Columbia v. Proud Boys, Int'l et al.*, Case No. 21-cv-3267-APM (D.D.C.), that were convicted of crimes as a result of their participation in the attack on the United States Capitol on January 6, 2021. ECF No. 306. On January 20, 2025, President Donald J. Trump issued a proclamation commuting the sentences of some of those defendants and pardoning others.[1] On February 26, 2025, the Court entered a Minute Order requiring Plaintiffs to submit "a schedule identifying each individual defendant against whom they seek judgment and the status of that individual defendant's criminal case." Feb. 26, 2025 Minute

---

[1] *See* President of the United States of America, GRANTING PARDONS AND COMMUTATION OF SENTENCES FOR CERTAIN OFFENSES RELATING TO THE EVENTS AT OR NEAR THE UNITED STATES CAPITOL ON JANUARY 6, 2021 (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/.

Order. The Smith Plaintiffs respectfully submit the attached schedule ("Schedule A") as to the defendants against whom they are seeking partial summary judgment—Joseph Biggs, Kelly Meggs, Ethan Nordean, Zachary Rehl, and Henry "Enrique" Tarrio.[2]

Dated: February 28, 2025

By: /s/ Marc P. Epstein

| | |
|---|---|
| Edward G. Caspar, D.C. Bar No. 1644168 | William J. Blechman, *pro hac vice* |
| Marc P. Epstein D.C. Bar No. 90003967 | Elizabeth B. Honkonen, *pro hac vice* |
| LAWYERS' COMMITTEE FOR | SPERLING KENNY NACHWALTER |
| CIVIL RIGHTS UNDER LAW | Four Seasons Tower – Suite 1100 |
| 1500 K Street N.W., Suite 900 | 1441 Brickell Avenue |
| Washington, DC 20005 | Miami, FL 33131 |
| Tel: 202-662-8390 | Tel: 305-373-1000 |
| ecaspar@lawyerscommittee.org | wblechman@sperlingkenny.com |
| mepstein@lawyerscommittee.org | ebh@sperlingkenny.com |

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
esnow@selendygay.com
eness@selendygay.com

**Counsel for Plaintiffs Conrad Smith, et al.**

---

[2] Schedule A does not include Defendant Dominic Pezzola, who is in default in *Smith v. Trump*, *see* ECF No. 234, and as to whom the *Smith* Plaintiffs therefore withdrew their Motion, *see* ECF No. 368.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

Dated: February 28, 2025                     */s/ Marc P. Epstein*
                                            Marc P. Epstein