**SCHEDULE A – STATUS OF *SMITH* DEFENDANTS' CRIMINAL CASES**

| Defendant | Status of Conviction and Sentence | Status of Criminal Appeal |
|---|---|---|
| Joseph Biggs | Sentence commuted. Conviction remains. *See United States v. Nordean*, 1:21-cr-00175 (D.D.C.) ("*Nordean* Trial Ct."), ECF No. 1057. | Biggs's appeal of his conviction and sentence remains pending. *See generally United States v. Biggs*, 23-3161 (D.C. Cir.).<br><br>The Court of Appeals granted the United States's motion to voluntarily dismiss its cross-appeal. *See United States v. Biggs*, 23-3193 (D.C. Cir. Jan. 28, 2025), Doc. No. 2096871. |
| Kelly Meggs | Sentence commuted. Conviction remains. *See United States v. Rhodes*, 1:22-cr-00015 (D.D.C.) ("*Rhodes* Trial Ct."), ECF No. 943. | Meggs's appeal of his conviction and sentence remains pending; however, the D.C. Circuit suspended briefing in the appeal pending further court order. *See United States v. Meggs*, 23-3098 (D.C. Cir. Feb. 24, 2025), Doc. No. 2102446.<br><br>The Court of Appeals granted the United States's motion to voluntarily dismiss its cross-appeal. *See United States v. Meggs*, 23-3112 (D.C. Cir. Jan. 28, 2025), Doc. No. 2097029. |
| Ethan Nordean | Sentence commuted. Conviction remains. *See* Proclamation No. 10887, 90 Fed. Reg. 8331 (Jan. 20, 2025); *Nordean* Trial Ct., ECF No. 1057. | Nordean's appeal of his conviction and sentence remains pending. *See generally United States v. Nordean*, 23-3159 (D.C. Cir.).<br><br>The Court of Appeals granted the United States's motion to voluntarily dismiss its cross-appeal. *See United States v. Nordean*, 23-3192 (D.C. Cir. Jan. 28, 2025), Doc. No. 2096871. |
| Zachary Rehl | Sentence commuted. Conviction remains. *See Nordean* Trial Ct., ECF No. 1057. | Rehl's appeal of his conviction and sentence remains pending. *See generally United States v. Rehl*, 23-3162 (D.C. Cir.).<br><br>The Court of Appeals granted the United States's motion to voluntarily dismiss its cross-appeal. *See United States v. Rehl*, 23-3194 (D.C. Cir. Jan. 28, 2025), Doc. No. 2096871. |
| Henry "Enrique" Tarrio | Conviction vacated and case dismissed. *See* Feb. 7, 2025 Minute Order, *Nordean* Trial Ct.; *United States v. Tarrio*, 23-3165 (D.C. Cir. Feb. 4, 2025), Doc. No. 2098640. | The Court of Appeals granted the United States's motion to voluntarily dismiss its cross-appeal. *See United States v. Tarrio*, 23-3195 (D.C. Cir. Jan. 28, 2025), Doc. No. 2096871. |