## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

           Plaintiffs,

   vs.

DONALD J. TRUMP, et al.,

           Defendants.

Case No. 1:21-cv-2265-APM

### NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679(d) the United States is hereby substituted for the individual defendant Donald J. Trump with respect to the plaintiffs' state law claims for relief. The grounds for this substitution are:

1.      The plaintiffs allege violations of District of Columbia law committed by defendant while he was President of the United States and that the plaintiffs were damaged as a result of the defendant's actions.

2.      Count Four alleges that defendant Trump is liable for battery. Doc. 89 (Am. Compl.) ¶¶ 199-204. Count Five alleges that defendant Trump is liable for assault. *Id.* ¶¶ 205-10. These claims for relief arise under District of Columbia law. On January 26, 2023, the Court dismissed Count Three (violation of D.C. Code § 22-3704(a)) and Count Six (negligence). Doc. 179 (Mem. Op. & Order) at 22.

3.      The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (2012) ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their

office or employment. *See* 28 U.S.C. § 2679(b)(1). The District of Columbia law claims alleged in the plaintiffs' Amended Complaint fall within this provision. The two exceptions to this exclusive remedy provision do not apply to these claims. *See* § 2679(b)(2).

4.    The FTCA also provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which the plaintiff's claim arose, any civil action or proceeding commenced upon such a claim and arising under state law shall be deemed an action against the United States, and the United States shall be substituted as the defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). Certification authority has been delegated to the United States Attorneys and the Directors of the Civil Division's Torts Branch. 28 C.F.R. § 15.4.

5.    C. Salvatore D'Alessio, Jr., Director of the Torts Branch, Civil Division, United States Department of Justice, has certified that the defendant Donald J. Trump was acting in the scope of office or employment at the time of the incidents out of which the plaintiffs' claims arose.

For the foregoing reasons, the United States has been substituted as the defendant with respect to the remaining state law claims for relief alleged in the Amended Complaint. The Court is respectfully referred to the Certification of Scope of Employment filed along with this notice. An order amending the caption of this case to reflect the substitution of the United States has been tendered for the Court's convenience.

Dated: March 20, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Deputy Director
Torts Branch, Civil Division

/s/ Jonathan R. Myers
JONATHAN R. MYERS
DC Bar No. 1601183
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street NE
Washington, DC 20002
Tel: 202-305-8049
Fax: 202-616-4314
jonathan.r.myers@usdoj.gov

*Attorneys for United States of America*

**CERTIFICATION OF SERVICE**

I hereby certify that on March 20, 2025, the foregoing Notice of Substitution was filed

electronically through ECF/CM.

/s/ Jonathan R. Myers
JONATHAN R. MYERS
DC Bar No. 1601183
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street NE
Washington, DC 20002
Tel: 202-305-8049
Fax: 202-616-4314
jonathan.r.myers@usdoj.gov

*Attorney for United States of America*
