# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:21-cv-2265-APM |

## CERTIFICATION

I, C. Salvatore D'Alessio, Jr., Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the Amended Complaint in this action. On the basis of the information now available with respect to the claims set forth therein, I find that Donald J. Trump was acting within the scope of federal office or employment at the time of the incidents out of which the plaintiffs' claims arose.

Dated:

_____
C. Salvatore D'Alessio, Jr.
Director, Torts Branch, Civil Division
United States Department of Justice