# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

    Plaintiffs,

vs.

    Case No. 1:21-cv-2265-APM

DONALD J. TRUMP, et al.,

    Defendants.

**ORDER**

The Attorney General's designee having certified that the individual defendant, Donald J. Trump, was acting within the scope of his federal office or employment at the time of the incidents out of which the plaintiffs' claims arose, and the United States having thereby been substituted as a party under 28 U.S.C. § 2679(d), it is hereby:

ORDERED that pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and § 2679(d), the state law claims set forth in Counts Four and Five of the Amended Complaint (Doc. 89) are dismissed with respect to the individual defendant Donald J. Trump.

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as a defendant as to the above claims.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE