| | |
|---|---|
| **From:** | Esti Ness |
| **To:** | Roger Roots |
| **Cc:** | Joshua Margolin; Elizabeth Snow; Babak Ghafarzade; Edward Caspar; Marc Epstein; Alexander Davis; Adarsh Patel; William J Blechman; Elizabeth B Honkonen |
| **Subject:** | RE: : Calling all plaintiffs to assert any claims regarding failure to respond to discovery requests |
| **Date:** | Tuesday, September 24, 2024 7:58:49 PM |

**[EXTERNAL EMAIL]** This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

Roger,

I'm writing regarding the status of two defendants you represent in *Smith v. Trump*, Dominic Pezzola and Stewart Rhodes. The amended complaint was personally served on Dominic Pezzola on September 15, 2021, ECF No. 14, and Stewart Rhodes on February 2, 2022, ECF No. 135. Mr. Pezzola and Mr. Rhodes did not appear in the action or file answers to the complaint. Additionally, neither Mr. Pezzola nor Mr. Rhodes served their initial disclosures, despite multiple court ordered deadlines to do so. *See e.g.*, ECF No. 213, May 4, 2023 Minute Order. Further, on April 4, 2023, Plaintiffs served their First Set of Requests for Production of Documents on Mr. Pezzola and Mr. Rhodes. Neither one of them responded, and we reserve all rights. On July 31, 2023, Plaintiffs filed an Affidavit in Support of Default for several defendants, including Mr. Pezzola and Mr. Rhodes. *See* ECF No. 229. The Clerk filed entries of default as to Mr. Pezzola, *see* ECF No. 234, and Mr. Rhodes, *see* ECF No. 231, on August 1, 2023. Plaintiffs have not yet filed their motion for default judgment.

We're available to meet and confer if you have anything to discuss on these matters.

Thank you,
Esti

**Esti Ness**
Associate [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9363 [O]
+1 201.314.8337 [M]

---

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Friday, September 20, 2024 3:13 PM
**To:** Alexander Burton <Alexander_Burton@dcd.uscourts.gov>; JRhee@paulweiss.com; d.brett.kohlhofer@dechert.com; aehrlich@paulweiss.com; ejmorgan@paulweiss.com; sf@dechert.com; jdhull@hullmcguire.com; vincent.cohen@dechert.com; michael.doluisio_dechert.com <michael.doluisio@dechert.com>; brendan.downes@dc.gov; dkramer@paulweiss.com; brennwald@cs.com; John Pierce <jpierce@johnpiercelaw.com>; katie@statesuniteddemocracy.org; christine_statesuniteddemocracy_org <christine@statesuniteddemocracy.org>; nleisen@normaneisenllc.com;

gdoumar@doumarmartin.com; wdevinney@brigliahundley.com; mlawlor@verizon.net; bradford.geyer@formerfedsgroup.com; mickey@kick-law.com; pt@ptesq.com; danielmgray56@gmail.com; jpasch@adl.org; jandersen@rsrm.com; stanley@brandwoodwardlaw.com; zack@statesuniteddemocracy.org; gillian@statesuniteddemocracy.org; pierre@attorneysforfreedom.com; clove@paulweiss.com; alex@statesuniteddemocracy.org; mark@brandwoodwardlaw.com; Ed Caspar <ecaspar@lawyerscommittee.org>; David Brody <dbrody@lawyerscommittee.org>; Buschel@bglaw-pa.com; gsmith@strategysmith.com; nds@davidbsmithpllc.com; steve@barrklein.com; huishlaw@mac.com; nic@cocislaw.com; jesse@binnall.com; steven@stevencbailey.org; paul.kamenar@gmail.com; eklein@bdlaw.com; Ron Krock <rkrock@selendygay.com>; Faith Gay <fgay@selendygay.com>; Joshua Margolin <jmargolin@selendygay.com>; Claire O'Brien <cobrien@selendygay.com>; dkassotis@shapiroarato.com; Marc Epstein <mepstein@lawyerscommittee.org>; Elizabeth Snow <esnow@selendygay.com>; jason@binnall.com; wblechman@knpa.com; Anna Neill <aneill@knpa.com>; ebh@knpa.com; julie@murrayphillipslaw.com; Esti Ness <eness@selendygay.com>; DWarrington@dhillonlaw.com; jshaw@dhillonlaw.com; glawkowski@dhillonlaw.com; Babak Ghafarzade <bghafarzade@selendygay.com>; jonathansgross@gmail.com
**Cc:** John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Andrew Green <andrew@johnpiercelaw.com>
**Subject:** : Calling all plaintiffs to assert any claims regarding failure to respond to discovery requests

DC v. Proud Boys Int., LLC, et al. 21-cv-3267 & Smith, et al. v. Trump, et al. 21-cv-2265

Dear plaintiffs in these two cases:

My firm represents six defendants in these cases (Stewart Rhodes, Dominic Pezzola, Roberto Minuta, Edward Vallejo, Johnpeter Klein, and William Pepe).  All of them had all their devices and electronics seized by DOJ (mostly in SWAT team raids) and none of them have had any of these devices returned to them.  Thus, none of them are able to access their pre-January 6 texts or most other communications, documents, or records requested by the plaintiffs.

Most of the above-named defendants are in federal prison. I believe only Mr. Pepe may still be in pretrial status.

Nor do their attorneys have access to these devices or communications.  I was under the impression that we had responded to all discovery requests.

Therefore I was surprised during the last zoom hearing when some of my clients were mentioned (by someone; I forget who) as being among the list of noncompliant defendants with regard to discovery requests.

Given Judge Mehta's stern commands and orders regarding responding to discovery, I request any plaintiff who claims any of the above-named 6 individuals have failed to comply to any discovery to please let me know what specifically is alleged to have been not provided.

Thanks so much,
--Roger Roots, esq
Attorney for Stewart Rhodes, Dominic Pezzola, Roberto Minuta, Edward Vallejo, Johnpeter Klein, and William Pepe


Sent from [Mail](#) for Windows