## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | No. 1:21-cv-02265-APM |

**JOINT MOTION TO MODIFY THE DECEMBER 19, 2024 SCHEDULING ORDER**

WHEREAS, the Court's December 19, 2024, Minute Order currently governs pre-trial discovery in this matter;

WHEREAS, the undersigned parties collectively wish to modify the discovery schedule in light of Defendant Donald J. Trump's pending motion for summary judgment in *Lee v. Trump*, No. 1:21-cv-00400-APM (D.D.C. Jan. 24, 2025), ECF No. 144, and Plaintiffs' anticipated motion to challenge the United States' substitution of itself for Defendant Trump as to certain claims in this action, *see Smith v. Trump*, No. 1:21-cv-02265-APM (D.D.C. Mar. 20, 2025), ECF No. 376; *Lee*, Apr. 25, 2025 Minute Order;

WHEREAS, the undersigned parties collectively believe that staying depositions pending this Court's issuance of orders resolving both motions, while permitting document discovery to proceed against parties and third parties other than Defendant Trump and, with certain exceptions, the United States, will promote efficiency, avoid prejudicing any parties, and avoid unduly burdening deponents;

The undersigned parties respectfully request that the Court vacate the December 19, 2024, Minute Order and issue the proposed order submitted herewith. The Plaintiffs, Campaign Defendants, and the Government have met and conferred on this matter and in good faith believe that the proposed order will allow this litigation to proceed without undue delay while protecting the rights of the parties to this litigation and avoiding undue burdens on third-party witnesses. All other Defendants have been notified of this Motion and Defendants Ronald Mele, Thomas Caldwell, Joseph Biggs, and Zachary Rehl agree with the Court entering the proposed order. None of the remaining Defendants have noted an objection.

Dated: May 9, 2025

/s/ Edward Caspar
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue

Respectfully submitted,

/s/ Jesse Binnall
Jesse R. Binnall, VA 022
Jason Caldwell Greaves, D.C. Bar No. 1033617
Jared J. Roberts, *pro hac vice*
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com
jared@binnall.com

*Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

s/ Yaakov Roth
YAAKOV ROTH
Acting Assistant Attorney General Civil Division

C. SALVATORE D'ALESSIO, JR.
Director Torts Branch, Civil Division

ANDREA W. MCCARTHY
Deputy Director Torts Branch, Civil Division

<table>
<tr><td>

Miami, FL 33131  
Tel: 305-373-1000  
wblechman@sperlingkenny.com  
ebh@sperlingkenny.com  

*Attorneys for Plaintiffs Conrad Smith, et al.*

</td><td>

JONATHAN R. MYERS  
DC Bar No. 1601183  
Trial Attorney U.S. Department of Justice  
Civil Division, Torts Branch  
175 N Street NE  
Washington, DC 20002  
Tel: 202-305-8049  
Fax: 202-616-4314  
jonathan.r.myers@usdoj.gov  

*Attorneys for United States of America*

</td></tr>
</table>

3

**CERTIFICATE OF SERVICE**

    I certify that on May 9, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Jesse Binnall is serving the remaining Defendants via first class mail or other permitted means.

Dated: May 9, 2025                 By:      _/s/    Jesse Binnall_