IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

### ORDER

Upon consideration of the Parties' Joint Motion to Modify the December 19, 2024 Scheduling Order, and finding good cause, it is hereby:

**ORDERED** that the Parties' Joint Motion is **GRANTED**.

Accordingly, the Court's December 19, 2024 Minute Order is hereby **VACATED**, and the following schedule shall govern fact discovery in this action:

1. Until the date on which the Court issues the latter of its orders resolving Defendant Donald J. Trump's pending motion for summary judgment on the ground of presidential immunity, *see Lee v. Trump*, No. 1:21-cv-00400-APM (D.D.C. Jan. 24, 2025), ECF No. 144 (motion for summary judgment); *Lee*, Apr. 25, 2025 Minute Order (briefing schedule), and Plaintiffs' anticipated motion to strike the United States' notices of substitution of itself for Defendant Trump as to the tort claims arising under District of Columbia law, *see Smith v. Trump*, No. 1:21-cv-02265-APM (D.D.C. Mar. 20, 2025), ECF No. 376 (notice of substitution); *Lee*, Apr. 11, 2025 Minute Order (briefing schedule):

   a. all depositions in this action are stayed;

   b. all notices of and subpoenas for depositions that have not already been taken in the *Smith* action shall be held in abeyance; and

   c. except as permitted under paragraph 2 of this Order, all further discovery to or from the United States, including the Government's agencies and current or former officers and employees in their official capacities, is stayed.

2. To the extent that any party has outstanding document requests to the Government or its agencies, including any Touhy requests, that document discovery may continue until the requests are fully resolved, including by any follow-up document requests necessary to follow-up on the document requests currently outstanding.

3. Document discovery pursuant to Fed. R. Civ. P. 45, with the requisite notice to other parties to the *Smith* action, including the United States, may continue as to any third parties, including current or former employees of the United States in their individual capacities.

4. The stay of discovery against Defendant Donald J. Trump remains in effect as per this Court's January 26, 2023 Order. Except as provide in this Order, discovery among the parties in *Smith v. Trump* may continue, and this Order does not limit the right of the parties to pursue any legal actions with respect to such discovery.

5. Per this Court's April 11, 2025 order, any evidence in support of Plaintiffs' motion to strike the Government's notices of substitution "will be limited to the evidentiary record developed in the immunity litigation."

6. Within 14 days after the Court issues the latter of its decisions on the two motions described in paragraph 1 of this Order, the parties to the *Smith* action shall meet and confer and file a joint status report concerning a schedule for the completion of any remaining discovery.

**SO ORDERED** this 13th day of May, 2025.

Amit P Mehta
Digitally signed by Amit P Mehta
Date: 2025.05.13 18:43:25 -04'00'

AMIT P. MEHTA
United States District Judge