## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, ET AL., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:21-CV-02265-APM |
| DONALD J. TRUMP, ET AL., ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, with the consent of Defendant Ronald Mele, I, Jonathan Gross, Esquire, hereby withdraw as counsel of record for Mr. Mele in the above-captioned matter. Mr. Mele wishes to proceed pro se going forward.

DATED: May 18, 2025

Respectfully submitted,
/s/ Jonathan Gross
Jonathan Gross, Esquire
Law Office of Jonathan Gross
2833 Smith Avenue, Suite 331
Baltimore, MD 21209
Tel: (443) 813-0141
Email: jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I certify that on May 18, 2025, a true and correct copy of this Notice of Withdrawal of Counsel was served via the Court's CM/ECF system on all counsel of record and via email to Ronald Mele at his designated email address.

/s/ Jonathan Gross
Jonathan Gross