IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>  Defendants. | Civil Action No. 1:21-cv-02265-APM |

### ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Upon consideration of Plaintiffs' Motion to Seal, and having balanced the relevant *Hubbard* factors, particularly Plaintiff Smith's privacy interests, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Seal is **GRANTED.**

2. The Court will maintain under seal the testimony included at lines 91:23-92:8 in the deposition transcript attached to the instant Declaration of Marc P. Epstein as Exhibit A.

3. The Court will maintain under seal the transcript of the deposition of Conrad Smith attached to ECF No. 394, without prejudice to arguments that – if additional deposition pages become relevant in this case – such testimony should be publicly disclosed.

4. The Clerk is ordered to unseal all other documents filed at ECF No. 394, except for the exhibit containing the transcript of Conrad Smith's deposition.

_____
The Honorable Amit P. Mehta
United States District Court Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

All counsel of record, via ECF

ATTN: Proud Boys International, L.L.C.
Post Office Box 12079
Austin, Texas  78711

Oath Keepers
4625 West Nevso Drive
Suite 2 & 3
Las Vegas, NV  89103

Charles Donohoe
NC Detention Center
Orange County Jail
125 Court Street
Hillsborough, N.C.  27278

Alan Hostetter
Post Office Box 1477
San Clemente, California  92674

Jessica Marie Watkins*
Erik Scott Warner*

* Incarcerated or previously incarcerated defendants whose last known address does not appear on the public docket.