UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

       **Plaintiffs,**
       v.                                   Case No: 1:21-cv-02265 (APM)

DONALD J. TRUMP, et al.,

       **Defendants.**

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to LCvR 83.6(c), John Daniel Hull ("Hull"), moves for leave to withdraw his appearance as counsel for Defendant Joseph R. Biggs ("Biggs"). There are a multitude of reasons that drive or favor Hull's withdrawal; however, decorum prevents him from listing them fully here. In support, movant Hull does state that he seeks to withdraw as counsel due his lack of time, available staff, and other resources to continue conducting what has been to date in effect a *pro bono* representation in the instant civil case, one of three civil matters in which he or his firm Hull McGuire PC has represented Biggs related to events at the Capitol on January 6, 2021.[1] In the instant matter, Hull has represented Biggs regularly and diligently since October 18, 2021. (*See* ECF No. 55). At this point, however, Hull no longer has the time, available support staff, or other resources to act for Biggs free of charge temporarily and at the same time carry on his representation of other clients in his practice. This difficulty has been exacerbated by two other developments. First, since mid-June 2023, Hull and Biggs have not done well communicating on strategy and logistics about the instant case. Since January 20, 2025, the two have had no discourse whatsoever despite movant's efforts to make

---

[1] In addition to the instant case, these civil matters include: a now-dismissed companion case (21-cv-3267-APM) before this Court; and an Veterans Administration military health and retirements benefits proceeding between May and November 2022. In the three civil matters, movant has been paid nothing despite Biggs's agreements to do so. Finally, movant also represented Biggs in a January 6-related criminal case (21-cr-175-TJK) on a virtually 24/7 regimen between January 19, 2021, and June of 2023 for which significant unreimbursed outlays of firm and personal capital and fees are still unpaid.

1

contact and converse. Second, and most importantly, in May, Hull's otherwise healthy 96-year-old mother in Naples, Florida, was unexpectedly hospitalized for a week, is now slowly recuperating, and requires more hands-on time and attention from her eldest son. This is of critical importance in the long term both to Hull's immediate family and extended family in the Midwest and South.

 Finally, Hull notes that no trial has been set in this matter. Accordingly, Hull's withdrawal should not unduly delay any trial in this case, prejudice any party in the long term, or otherwise not be in the interest of justice.

Dated: June 11, 2025    Respectfully submitted,

        By: /s/ *J. Daniel Hull*

        John Daniel Hull, IV
        D.C. Bar No. 323006
        California Bar No. 222862
        HULL MCGUIRE PC
        1420 N Street, N.W. - 9th Floor
        Washington, D.C. 20005
        202.429.6520
        jdhull@hullmcguire.com

        *Counsel for Defendant Joseph Randall Biggs*

## LCvR 83.6(c) NOTICE TO JOSEPH R. BIGGS

**To Joseph R. Biggs by regular mail to two addresses at which he regularly receives mail**:

As noted above, I am asking the Court to permit me to no longer represent you in this matter. You are advised to retain a new counsel to replace me to continue in this matter on your behalf. In addition, if you intend to conduct the case *pro se (i.e.,* on your own), or to object to my withdrawal, you should notify the Clerk in writing within seven days of service of this Motion.

Dated: June 11, 2025    By: /s/ *J. Daniel Hull*

## **CERTIFICATE OF SERVICE**

On June 11, 2025, the foregoing Motion and LCvR 83.6(c) Notice was served electronically upon all counsel of record, by U.S. mail upon *pro se* parties, and upon Joseph R. Biggs at two addresses: 114 Camino Circle, Ormond Beach, FL 32174, and 105 Fairway Dr, Ormond Beach FL 32176.

By: /s/ *J. Daniel Hull*
John Daniel Hull, IV
D.C. Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W. - 9th Floor
Washington, D.C. 20005
202.429.6520
jdhull@hullmcguire.com