UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONRAD SMITH, et al.,**

    **Plaintiffs,**
    v.                                      Case No: 1:21-cv-02265 (APM)

**DONALD J. TRUMP, et al.,**

    **Defendants.**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant Henry Tarrio, by undersigned counsel, respectfully moves for an enlargement of ten (10) days, or from July 15 until July 25, 2025, to respond to the discovery ordered by the Court pursuant to a minute order of June 27, 2025, after a hearing on the same date. Undersigned counsel's reasons for the extension include the press of unexpected work, ongoing discussions with Mr. Tarrio, and a planned surgical procedure to take place during the week of July 7. Counsel for Plaintiffs do not oppose this Motion based on Mr. Hull's planned surgical procedure. Therefore, and for good cause shown, Defendant Tarrio asks that this Motion be granted.

                                                 Respectfully submitted,

                                                 FOR DEFENDANT TARRIO

Dated: July 8, 2025                  By: /s/ John Daniel Hull
                                             J. DANIEL HULL
                                             DC Bar No. 323006; California Bar No. 222862
                                             HULL MCGUIRE PC
                                             1420 N Street, N.W.
                                             Washington, D.C. 20005
                                             619-895-8336/202-429-6520
                                             jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

On July 8, 2025, the foregoing Unopposed Consent Motion for Extension of Time to Respond to Discovery was served upon all counsel of record via ECF system.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336
202-429-6520
jdhull@hullmcguire.com