IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendant. | Case No. 21-cv-02265-APM |

**REPLY DECLARATION OF MARC P. EPSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS MARTINEZ, WARNER, KINNISON, NORDEAN, BIGGS, AND MEGGS TO RESPOND TO DISCOVERY REQUESTS AND PROVIDE INITIAL DISCLOSURES**

I, Marc P. Epstein, hereby declare as follows:

1. I am Senior Counsel at the Lawyers' Committee for Civil Rights Under Law, counsel for Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason Deroche, and Reginald Cleveland ("Plaintiffs"), and I make this Reply Declaration in Support of Plaintiffs' Motion to Compel Defendants Martinez, Warner, Kinnison, Nordean, Biggs, and Meggs to Respond to Discovery Requests and Provide Initial Disclosures.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain from March 10, 2025, between Plaintiffs' counsel and former counsel for Defendant Kelly Meggs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 5, 2025
       Washington, D.C.
                                                                                   */s/ Marc P. Epstein*
                                                                                   Marc P. Epstein