# Exhibit 1

**From:** Mark Nobile
**To:** Marc Epstein
**Cc:** Edward Caspar
**Subject:** RE: Smith v. Trump, No. 21-2265 - Representation of Kelly Meggs
**Date:** Monday, March 10, 2025 2:54:35 PM

> This is the first time you received an email from this sender (mnobile@schulmanbh.com). Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Good afternoon Marc,

At this time, I do not represent Mr. Meggs. Mr. Meggs has not reached out to me or anyone at my current firm about retaining us for this case or for the DC v. Proud Boys case.

As for his contact information, I unfortunately do not have anything useful. I checked my previous firm's client folder for Mr. Meggs and only found his BOP address and inmate number. Outside of that, I have nothing on record for Mr. Meggs. Throughout my time at the previous firm, Stanley Woodward was close to exclusively handling all of Mr. Meggs's cases, civil and criminal. I only ever appeared at a few of the status conferences to stand in for Mr. Woodward due to scheduling conflicts.

Sorry I can't be of more assistance. Best,

Mark

**From:** Marc Epstein <mepstein@lawyerscommittee.org>
**Sent:** Monday, March 10, 2025 1:38 PM
**To:** Mark Nobile <mnobile@schulmanbh.com>
**Cc:** Edward Caspar <ecaspar@lawyerscommittee.org>
**Subject:** Smith v. Trump, No. 21-2265 - Representation of Kelly Meggs

Mark,

I represent plaintiffs in *Smith v. Trump*, No. 21-2265 (D.D.C.). You previously represented Mr. Kelly Meggs, a defendant in the case. When you withdrew your appearance, you wrote that Mr. Meggs would have the opportunity to consult with your new law firm and that you may continue to represent Mr. Meggs in this matter, should Mr. Meggs so choose. *See* ECF No. 362 at 2-3 n.2. Please confirm whether you continue to represent Mr. Meggs. If you do not, please provide contact information at which we can reach him.

Regards,

Marc

Marc Epstein (he/him/his)
Senior Counsel, Digital Justice Initiative
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, 9th Floor
Washington, DC 20005

www.lawyerscommittee.org