IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>                Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' RESPONSE TO DEFENDANT HOSTETTER'S "MOTION TO JOIN, ADOPT, AND SUPPLEMENT RESPONSE AT ECF NO. 413 TO PLAINTIFFS' ECF NO. 409 AND FOR ORDER"**

Defendant Alan Hostetter seeks to join Defendant Meggs's opposition (Dkt. 413) to Plaintiffs' motion to compel (Dkt. 409). He also seeks an order preemptively prohibiting discovery requests from Plaintiffs. Both requests should be denied.

Plaintiffs' Motion to Compel (Dkt. 409) seeks no relief as to Defendant Hostetter. Granting Defendant Hostetter's request to join Defendant Meggs' response to that motion would serve no purpose, and the Court should deny Defendant Hostetter's request as unnecessary.

Likewise, the Court should deny Defendant Hostetter's request for an order preemptively prohibiting further discovery requests to him. Defendant Hostetter has not attempted to confer with Plaintiffs prior to filing his Motion. *See* Local Civil Rule 7(m) ("The duty to confer also applies to non-incarcerated parties appearing *pro se*."). Defendant Hostetter has not responded at all to any discovery issued by Plaintiffs in this case, *see* Dkt. 254 (motion to compel against Hostetter); Dkt. 258 (order granting Plaintiffs' motion to compel), nor has he responded to Plaintiffs' attempts to contact him—including emailing him at an email address from which he previously contacted Plaintiffs. Given Defendant Hostetter's apparent intention to participate in this case, Plaintiffs request the opportunity to meet and confer with him regarding their discovery requests and his

responses to see if they can resolve his objections before bringing any issues to the Court's attention.

<table>
<tr><td>

Dated: August 8, 2025

SELENDY GAY PLLC
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

SPERLING KENNY NACHWALTER
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
Jeffrey T. Foreman, *pro hac vice*
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ehonkonen@sperlingkenny.com
jtf@sperlingkenny.com

</td><td>

Respectfully submitted,

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW


By: */s/ Marc P. Epstein*

    Edward G. Caspar, D.C. Bar No. 1644168
    Marc P. Epstein, D.C. Bar No. 90003967
    1500 K Street N.W., Suite 900
    Washington, D.C. 20005
    Tel: 202-662-8390
    ecaspar@lawyerscommittee.org
    mepstein@lawyerscommittee.org

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

                                          */s/ Marc P. Epstein*
                                          Marc P. Epstein