UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONRAD SMITH** *et al*.   ) | |
| ) | |
| v.   ) | |
| ) | Civil Action No. 1:21-CV-02265-APM |
| **DONALD J. TRUMP** *et al*.,   ) | |
| ) | |
| Defendants.   ) | |

### ERRATA TO CERTIFICATE IN SURREPLY AT ECF NO. 420

The Certificate of filing is corrected to reflect August instead of July and the original filing at ECF 420 and 420-1 should each read:

"I hereby certify on the 13th day of August 2025, a copy of the foregoing was served upon all parties of record as forwarded through the Electronic Case Filing (ECF) System, and the Surreply if approved will be sent to Pro Se defendants using USPS First Class mail or other suitable means as agreed to by the affected defendants."

August 13, 2025                     Respectfully Submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com