UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
28 JUN 2024 PM 4
FIRST-CLASS
US POSTAGE PB PITNEY BOWES
ZIP 20001 $ 000.64⁰
02 7W
0008034592 JUN 28 2024

RECEIVED
Mailroom
JUL 14 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

ALAN HOSTETTER
515 Monterey Lane, Apt 4
San Clemente, CA 92672

NIXIE       911    GE 1         7207/10/25
            RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
ANK   BC: 20001216799      *2417-06951-28-43

AKB