# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>       Defendants. | Civil Action No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

## JOINT STIPULATION OF DISMISSAL
## AS TO DEFENDANT CALDWELL

Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (collectively, "Plaintiffs"), and Defendant Thomas Caldwell, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all Plaintiffs' claims against Defendant Caldwell in the above-captioned action are voluntarily dismissed without prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: September 8, 2025                Respectfully submitted,

| | |
|---|---|
| */s/ James R. Andersen*<br>James R. Andersen (Bar ID: MD0186)<br>Rollins, Smalkin, Richards & Mackie, L.L.C. 300 E. Lombard Street, Suite 900<br>Baltimore, MD 21202<br>Ph: (410) 727-2443<br>Fx: (410) 727-8390<br>jandersen@rsrm.com<br>*Attorneys for Defendant Thomas Caldwell* | */s/ Marc P. Epstein*<br>Edward G. Caspar, D.C. Bar No. 1644168<br>Marc P. Epstein, D.C. Bar No. 90003967<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street N.W. Suite 900<br>Washington, DC  20005<br>Tel: 202-662-8390<br>ecaspar@lawyerscommittee.org<br>mepstein@lawyerscommittee.org |

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs*
*Conrad Smith, et al.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 8, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs will serve the remaining Defendants via first class mail or other permitted means.

Dated:   September 8, 2025                         By:  <u>*/s/ Marc P. Epstein*</u>
                                                                            Marc P. Epstein