IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>                      Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                      Defendants. | Case No. 1:21-CV-02265-APM |

**PLAINTIFFS' NOTICE AND REQUEST FOR ORAL ARGUMENT ON DEFENDANTS DONALD J. TRUMP FOR PRESIDENT, INC. AND MAKE AMERICA GREAT AGAIN PAC'S MOTION TO SUSTAIN ASSERTED PRIVILEGES**

Plaintiffs respectfully request that the Court hold oral argument on Defendants Donald J. Trump for President, Inc. and Make America Great Again PAC's (the "Campaign's") Motion to Sustain Asserted Privileges (ECF No. 418, the "Motion") at the earliest available opportunity.

1. On July 29, 2025, the Court held a remote discovery hearing concerning a privilege dispute between the Campaign and Plaintiffs, directed the Campaign to file a motion to sustain its asserted privileges, and set a briefing schedule.

2. The Campaign filed its Motion and supporting papers on August 12, 2025. *See* ECF Nos. 418–419.

3. Plaintiffs filed their opposition papers on August 26, 2025. *See* ECF Nos. 427–428.

4. The Campaign filed its reply brief on September 2, 2025. ECF No. 430.

5. Plaintiffs respectfully submit that, in light of the complexity of some of the legal issues presented, oral argument on the Motion is warranted. Accordingly, Plaintiffs respectfully request that the Court schedule argument on the Motion at its earliest convenience.

6. Plaintiffs have conferred with the Campaign on this request. The Campaign states that it defers to the Court's discretion as to whether to have oral argument on the Motion.

Dated: September 8, 2025

Respectfully submitted,

By:   /s/  *Joshua S. Margolin*
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

  /s/  *Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

  /s/  *William J. Blechman*
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com

*Counsel for Plaintiffs*