IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-CV-02265-APM |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TARRIO TO REPLY TO DISCOVERY REQUESTS**

　　Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs") submit this Motion for an Extension of Time to File a Reply Memorandum in Support of Plaintiffs' Motion to Compel Defendant Tarrio to Reply to Discovery Requests. Undersigned counsel has conferred with counsel for Defendant Tarrio, and he does not oppose the relief requested herein.

　　In support of their request, Plaintiffs state as follows:

　　1.　　On September 9, 2025, Counsel filed a Motion to Compel Defendant Tarrio to Respond to Discovery Requests.  Dkt. 434.

　　2.　　Pursuant to the scheduling dates ordered by the Court, Mr. Tarrio's response was due on September 23, 2025, and Plaintiffs' reply was due on September 30, 2025.  Aug. 26, 2025 Minute Order, *Lee v. Trump*, 1:21-cv-00400-APM (D.D.C.).

　　3.　　Mr. Tarrio did not respond until September 30, 2025. Dkt. 436.

　　4.　　Accordingly, and to accommodate the holiday on October 2, 2025, Plaintiffs respectfully request that the Court extend Plaintiffs' time to file a reply in support of their motion to compel to October 10, 2025.

5.      Plaintiffs have conferred with counsel for Defendant Tarrio, and he does not oppose this request.

Dated: September 30, 2025

By: /s/ Marc P. Epstein
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
Jeffrey T. Foreman, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com
jtf@sperlingkenny.com

**Attorneys for Plaintiffs Conrad Smith, et al.**

2

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

Dated: September 30, 2025                    */s/ Marc P. Epstein*
                                                                         Marc P. Epstein