IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH et al.,

        Plaintiffs,

v.

DONALD J. TRUMP et al.,

        Defendants.

Civil Action No. 1:21-CV-02265-APM

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS MARTINEZ, WARNER, KINNISON, NORDEAN, BIGGS, AND MEGGS TO RESPOND TO DISCOVERY REQUESTS AND PROVIDE INITIAL DISCLOSURES**

Upon consideration of Plaintiffs' Motion to Compel Defendants Martinez, Warner, Kinnison, Nordean, Biggs, and Meggs to Respond to Discovery Requests and Provide Initial Disclosures, and for the reasons discussed below, the court grants Plaintiffs' Motion.

Defendants Martinez, Warner, Kinnison, Nordean, Biggs, and Meggs shall serve initial disclosures, respond to all outstanding discovery requests, and supplement deficient responses, within 21 days of this Order, including:

1. Defendant Martinez shall serve initial disclosures and respond to Plaintiffs' April 4, 2023 requests for production and May 13, 2025 interrogatory;

2. Defendant Warner shall serve initial disclosures and respond to Plaintiffs' April 4, 2023 requests for production and May 13, 2025 interrogatory;

3. Defendant Kinnison shall serve initial disclosures, respond to Plaintiffs' May 13, 2025 interrogatory, and supplement or amend his response to Plaintiffs' April 4, 2023 requests for production;

4. Defendant Nordean shall serve initial disclosures and respond to Plaintiffs' May 11, 2023 requests for production and Plaintiffs' June 24, 2025 interrogatory;

5. Defendant Biggs shall respond to Plaintiffs' April 1, 2025 request for production, amend or supplement his responses to Plaintiffs' April 4, 2023 and March 28, 2024

        requests for production, and amend or supplement his response to Plaintiffs' March 28, 2024 fifth interrogatory; and

6.     Defendant Meggs shall serve initial disclosures; amend or supplement his response to Plaintiffs' March 28, 2024 fifth interrogatory; and either amend or supplement his responses to Plaintiffs' December 1, 2022 and March 28, 2024 requests for production, or confer with Plaintiffs regarding his current access to responsive material.

As to all Defendants other than Defendant Meggs, the motion is granted as conceded pursuant to Local Civil Rule 7(b) for failure to file a timely response. As to Defendant Meggs, the court grants the motion because much of his opposition is based on Local Civil Rules that do not exist, *e.g.*, "Civil Procedure Rule 104 (7)-(8)," "local Rule 104," "D.D.C. local Rule 104(7)." *See* Def. Meggs's Resp. in Opp'n to Pls.' Mot., ECF No. 413, at 1, 5-6. Mr. Meggs's remaining arguments based on lack of notice, relevance, and undue burden are without merit.

Further, the court denies Defendant Hostetter's Motion to Join, ECF No. 416, as Plaintiffs' motion does not seek to compel him to act. Finally, Defendant Meggs's Motion for Leave to File a Surreply, ECF No. 420, is denied, as it does not address any new argument raised by Plaintiffs in their reply brief.

Dated: October 16, 2025

                                                  The Honorable Amit P. Mehta
                                                  United States District Judge