**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **CONRAD SMITH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 21-cv-02265 (APM)** |
| **v.** ) | |
| ) | |
| **DONALD J. TRUMP, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**MEMORANDUM OPINION AND ORDER**

Defendant Ronald Mele's Motion for Summary Judgment as to All Counts with Respect to Plaintiff Conrad Smith, ECF No. 394-1, is denied as premature pursuant to Federal Rule of Civil Procedure 56(d). *See* Def. Mele's Mot. to File Under Seal, ECF No. 394, Def. Mele's Mot. for Summ. J. as to All Counts with Respect to Pl. Conrad Smith, ECF No. 394-1 [hereinafter Def.'s Mot.].

"[S]ummary judgment is premature unless all parties have 'had a full opportunity to conduct discovery.'" *Convertino v. U.S. Dep't of Just.*, 684 F.3d 93, 99 (D.C. Cir. 2012) (quoting *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 257 (1986)). A Rule 56(d) "motion requesting time for additional discovery should be granted 'almost as a matter of course unless the non-moving party has not diligently pursued discovery of the evidence.'" *Id.* (quoting *Berkeley v. Home Ins. Co.*, 68 F.3d 1409, 1414 (D.C. Cir. 1995)). To secure relief under Rule 56(d), "the movant must submit an affidavit which 'state[s] with sufficient particularity . . . why [additional] discovery [is] necessary.'" *Id.* (quoting *Ikossi v. Dep't of Navy*, 516 F.3d 1037, 1045 (D.C. Cir. 2008)). Such affidavit must satisfy three criteria. It must: (1) outline the particular facts the movant intends

to discover and describe why those facts are necessary to the litigation; (2) explain why he could not produce the facts in opposition to the motion for summary judgment; and (3) show that the information sought is in fact discoverable.  *See id.* at 99–100.

The declaration from Plaintiff Smith's counsel, William Blechman, satisfies each of these criteria.  *See* Pl. Officer Conrad Smith's Resp. to Def.'s Mot., ECF No. 410, Fed. R. Civ. P. 56(d) Aff. of Pls.' Counsel in Supp. of Pl. Smith's Opp'n to Def.'s Mot., ECF No. 410-1 [hereinafter Blechman Decl.].  First, the Blechman Declaration sets forth in detail the facts that Plaintiff Smith hopes to acquire through additional discovery and why such facts are relevant to Plaintiff's claims. *Id.* ¶¶ 9–10.  Second, it explains why the facts could not be produced in opposition to Defendant Mele's motion.  *Id.* ¶¶ 6–8.  And third, the declaration shows that the facts are discoverable through various methods, including expected depositions of Defendant, other named defendants, and key witnesses.  *Id.*  Because Plaintiff Smith has satisfied the requirements of Rule 56(d), Defendant's motion is denied without prejudice.

Before concluding, the court notes that, if Defendant Mele files for summary judgment again, his motion must adhere to Local Civil Rule 7(h)(1).  That rule provides that a "motion for summary judgment shall be accompanied by a statement of material facts as to which the moving party contends there is no genuine issue, which shall include references to the parts of the record relied on to support the statement."  LCvR 7(h)(1).  Defendant's motion falls woefully short of this requirement.  It incorporates a "Statement of Undisputed Material Facts" but largely lacks record support.  *See* Def.'s Mot. at 3–11.  Instead, Defendant asks the court to take "judicial notice" of various videos, assume facts based on his criminal charges, and make credibility determinations based on snippets of Plaintiff Smith's deposition testimony.  *Id.*  Such a statement does not conform to Rule 7(h)(1).

For the foregoing reasons, Defendant Mele's Motion for Summary Judgment as to All Counts with Respect to Plaintiff Conrad Smith, ECF No. 394-1, is denied. Defendant's Motion to File Under Seal, ECF No. 394, is granted in part and denied in part. Defendant's motion at ECF No. 394-1 shall be unsealed, but Exhibit A to that motion, which is the deposition transcript of Plaintiff Smith, ECF No. 394-2, shall remain under seal. Relevant portions of the deposition transcript are docketed at ECF No. 410-3.

Dated:  October 17, 2025

_____
Amit P. Mehta
United States District Judge