IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-02265-APM |

## NOTICE OF ERRATA

Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs") respectfully submit this Notice of Errata to correct errors in the record. On July 11, 2025, Plaintiffs moved to compel Defendant Kelly Meggs to, among other things, serve initial disclosures, stating that he had failed to do so. ECF No. 409 at 8–10, 13; ECF No. 409-1 at 2; ECF No. 414 at 1, 4, 6; ECF No. 414-1 at 2. The Court granted Plaintiffs' motion on October 6, 2025, and ordered Defendant Meggs to "serve initial disclosures; amend or supplement his response to Plaintiffs' March 28, 2024 fifth interrogatory; and either amend or supplement his responses to Plaintiffs' December 1, 2022 and March 28, 2024 requests for production, or confer with Plaintiffs regarding his current access to responsive material." ECF No. 443. On November 6, 2025, counsel for Defendant Meggs notified Plaintiffs' counsel that Defendant Meggs previously served initial disclosures on October 2, 2023, through prior counsel, and Plaintiffs have confirmed this. Accordingly, Plaintiffs file this Notice of Errata to correct their prior representations that Defendant Meggs had not previously served initial disclosures.

| | |
|---|---|
| Dated: November 7, 2025 | Respectfully submitted, |
| SELENDY GAY PLLC | LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW |
| Faith E. Gay, *pro hac vice* | |
| Joshua S. Margolin, *pro hac vice* | |
| Babak Ghafarzade, *pro hac vice* | |
| 1290 Avenue of the Americas | By: */s/ Marc P. Epstein* |
| New York, NY 10104 | |
| Tel: 212-390-9000 | Edward G. Caspar, D.C. Bar No. 1644168 |
| fgay@selendygay.com | Marc P. Epstein, D.C. Bar No. 90003967 |
| jmargolin@selendygay.com | 1500 K Street N.W., Suite 900 |
| bghafarzade@selendygay.com | Washington, D.C. 20005 |
| | Tel: 202-662-8390 |
| SPERLING KENNY NACHWALTER | ecaspar@lawyerscommittee.org |
| William J. Blechman, *pro hac vice* | mepstein@lawyerscommittee.org |
| Elizabeth B. Honkonen, *pro hac vice* | |
| Four Seasons Tower, Suite 1100 | |
| 1441 Brickell Avenue | |
| Miami, FL 33131 | |
| Tel: 305-373-1000 | |
| wblechman@sperlingkenny.com | |
| ehonkonen@sperlingkenny.com | |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

                                        */s/ Marc P. Epstein*
                                        Marc P. Epstein