IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM |

### DONALD J. TRUMP FOR PRESIDENT, INC. AND MAKE AMERICA GREAT AGAIN PAC'S NOTICE OF DELIVERING A USB DRIVE TO THE CLERK OF COURT

Defendants Donald J. Trump for President, Inc., and Make America Great Again PAC ("Campaign Defendants") hereby give notice of submitting to the Clerk of the Court a USB drive containing documents identified on the Campaign Defendants' privilege log, pursuant to this Court's Minute Order dated October 27, 2025, which are subject to in camera review.

Dated: November 18, 2025

Respectfully submitted,

*/s/* Jesse R. Binnall
Jesse R. Binnall, VA022
Jason C. Greaves, DC Bar No. 1033617
Gerald A Urbanek, Jr., VA191
Jared J. Roberts, FL00153
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com

1

jesse@binnall.com
gerald@binnall.com
jared@binnall.com

*Counsel for Donald J. Trump for President, Inc., and Make America Great Again PAC*

CERTIFICATE OF SERVICE

I certify that on November 18, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall, VA022

*Counsel for Donald J. Trump for President, Inc., and Make America Great Again PAC*