IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, | Case No. 21-cv-02265-APM |
| Plaintiffs, | *Consolidated with* Case Nos. |
| v. | 21-cv-00400-APM<br>21-cv-00586-APM |
| DONALD J. TRUMP, *et al.*, | 21-cv-00858-APM<br>22-cv-00010-APM |
| Defendants. | 22-cv-00011-APM<br>22-cv-00034-APM<br>23-cv-00038-APM |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Kristina A. Wolfe, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of non-party respondent National Archives and Records Administration.

Dated:  December 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L St. NW
Washington, DC 20005
(202) 353-4519
kristina.wolfe@usdoj.gov

*Counsel for the National Archives and Records Administration*