IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, | Case No. 21-cv-02265-APM |
| Plaintiffs, | *Consolidated with* Case Nos. |
| v. | 21-cv-00400-APM |
| DONALD J. TRUMP, *et al.*, | 21-cv-00586-APM |
|  | 21-cv-00858-APM |
| Defendants. | 22-cv-00010-APM |
|  | 22-cv-00011-APM |
|  | 22-cv-00034-APM |
|  | 23-cv-00038-APM |

**STATUS REPORT**

Pursuant to the Court's oral directive during the status conference held on December 3, 2025, in these consolidated cases, *see Lee, et al. v. Trump, et al.*, No. 21-cv-00400-APM, Minute Entry (Dec. 3, 2025), the National Archives and Records Administration (NARA), reports the following:

1.   The Presidential Records Act ("PRA") and its implementing regulations create certain limited grounds on which Presidential records may be accessed, notwithstanding the fire-year period of restricted access under 44 U.S.C. § 2204(c). *See* 44 U.S.C. § 2205; 36 C.F.R. § 1270.44(a). Collectively, these requests for restricted access are referred to by NARA as "Special Access requests" and operate under procedures distinct than those of requests for public access to Presidential records made pursuant to 36 C.F.R. § 1270.38. The Final Order issuing a subpoena and directing NARA to release responsive records "subject to any asserted rights, defense, or privileges, ECF No. 324, met the requirements for a Special Access "pursuant to subpoena or other judicial process issued by a court of competent jurisdiction for the purposes of

any civil or criminal investigation or proceeding" under 44 U.S.C. § 2205(2)(A) and 36 C.F.R. § 1270.44(a)(1).

2. NARA identified 7,397 records responsive to the request. In accordance with 36 C.F.R. § 1270.44(c), on February 3, 2025, the Archivist notified the President of his intent to disclose the records.

3. On December 1, 2025, the President notified the Acting Archivist that he had determined that 4,152 records are subject to a constitutionally based claim of executive privilege. *See* Memorandum for the Acting Archivist of the United States (Dec. 1, 2025), attached as Exhibit A. The December 1, 2025 notification contains a list of each file the President asserted is subject to constitutionally based privilege. NARA generally does not otherwise log records that are subject to a constitutionally based claim of executive privilege.

4. The remaining 3,245 records can be released to the litigants, subject to a protective order prohibiting their use or disclosure outside this litigation. NARA anticipates that it can produce these records to Plaintiffs within two weeks. Because the records were neither eligible for, nor reviewed and processed for public release, pursuant to 44 U.S.C. §§ 2204, 2208 and 36 C.F.R. § 1270.48, all records produced by NARA in response to the subpoena are deemed <u>Confidential Material</u> subject to the terms of the Stipulated Protective Order, ECF No. 294.

Dated: December 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-4519
kristina.wolfe@usdoj.gov

*Counsel for the National Archives and Records Administration*