IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT MELE

Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendant Ronald Mele, *pro se*, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all Plaintiffs' claims against Defendant Mele in the above-captioned action are voluntarily dismissed without prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: December 18, 2025

*[signature: Ronald Mele (Dec 17, 2025 17:32:33 CST)]*

Ronald Mele
*Pro se*

Respectfully submitted,

*/s/ Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*

Babak Ghafarzade, *pro hac vice*
Sarah W. Chase, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
schase@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100 1441
Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

**CERTIFICATE OF SERVICE**

    I certify that on December 18, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs will serve the remaining Defendants via first class mail or other permitted means.

Dated: December 18, 2025                   /s/ *Edward G. Caspar*
                                                       Edward G. Caspar