IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00400 (APM) (lead case) <br><br> *Consolidated with* Case Nos. <br> 21-cv-00586 (APM) <br> 21-cv-00858 (APM) <br> 21-cv-02265 (APM) <br> 22-cv-00010 (APM) <br> 22-cv-00011 (APM) <br> 22-cv-00034 (APM) <br> 23-cv-00038 (APM) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and President Donald J. Trump (collectively, the "Parties") hereby stipulate that Karen R. Bass shall be dismissed with prejudice as a plaintiff in the above-titled matter, Case No. 21-cv-00400 (APM). The Parties further stipulate that both sides shall bear their own attorneys' fees and costs with respect to the claims of Ms. Bass.

Dated: December 23, 2025                  Respectfully submitted,

STIPULATED AND AGREED TO:

*/s/ Jonathan M. Shaw*                    */s/ Joseph Sellers*
Jonathan M. Shaw                          Joseph M. Sellers, Bar No. 318410
D.C. Bar No. 446249                       Brian Corman, Bar No. 1008635
**DHILLON LAW GROUP, INC.**               Alison S. Deich, Bar No. 1572878
2121 Eisenhower Ave, Suite 608            Nina Jaffe-Geffner, Bar No. 90011459
Alexandria, Virginia 22314                COHEN MILSTEIN SELLERS & TOLL
Telephone: (703) 574-1206                 PLLC
Facsimile: (415) 520-6593                 1100 New York Avenue N.W., Eighth Floor
jshaw@dhillonlaw.com                      Washington, D.C. 20005
                                          Telephone: 202-408-4600
*Counsel for President Donald J. Trump*   Facsimile: 202-408-4699
                                          jsellers@cohenmilstein.com
                                          bcorman@cohenmilstein.com
                                          adeich@cohenmilstein.com

1

njaffegeffner@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

**IT IS SO ORDERED.**

Dated: _____    _____
United States District Judge