IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

               Plaintiffs,

      v.

DONALD J. TRUMP, *et al.*,

               Defendants.

Civil Action No. 1:21-cv-02265-APM

**MOTION OF COUNSEL TO WITHDRAW**

Counsel for defendant Dominic Pezzola and Elmer Stewart Rhodes, John M. Pierce, hereby moves to withdraw from this case. Dominic Pezzola and Elmer Stewart Rhodes have retained Attorney Peter Ticktin and wish to terminate my representation.

    Respectfully submitted,
    */s/ John Pierce*
    John M. Pierce esq
    JOHN PIERCE LAW, P.C.
    21550 Oxnard Street,
    3rd Floor, PMB 172
    Woodland Hills, CA 91367
    (321) 292-2366
    jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 31, 2025, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.


*/s/ John M. Pierce*
John M. Pierce