IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02265-APM |

**PLAINTIFFS' MOTION FOR SANCTIONS (DEFAULT JUDGMENT)**

Pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(vi), Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs") respectfully request that the Court enter default judgment against Defendants Felipe Antonio "Tony" Martinez, Derek Kinnison, Ethan Nordean, and Joseph Biggs ("Defendants") for failure to comply with the Court's discovery orders, as set forth in the attached memorandum of points and authorities and Declaration of Jeffrey Blumberg, attorney for Plaintiffs ("Blumberg Decl.").

***

**LOCAL RULE 7(m) CERTIFICATION**

Plaintiffs have attempted to confer with Defendants regarding the subject matter of this motion, but Defendants have not responded.

Dated: January 26, 2026

SELENDY GAY PLLC
Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Sarah W. Chase, *pro hac vice*
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
schase@selendygay.com

SPERLING KENNY NACHWALTER
William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
Jeffrey T. Foreman, *pro hac vice*
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ehonkonen@sperlingkenny.com
jtf@sperlingkenny.com

Respectfully submitted,

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

By:  */s/ Jeffrey Blumberg*

Edward G. Caspar, D.C. Bar No. 1644168
Jeffrey Blumberg, D.C. Bar No. 432928
Marc P. Epstein, D.C. Bar No. 90003967
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8326
ecaspar@lawyerscommittee.org
jblumberg@lawyerscommittee.org
mepstein@lawyerscommittee.org

- 3 -

## CERTIFICATE OF SERVICE

I certify that on January 26, 2026, I served a copy of the foregoing Motion and accompanying documents on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: January 26, 2026     　　　　　　　　　　  /s/ Jeffrey Blumberg  
　　　　　　　　　　　　　　　　　　　　　　 Jeffrey Blumberg