To the Honorable Judge Mehta,

Regarding Case No. 1:21-cv-02265-APM

    My name is Derek Kinnison and I am a defendant in this case. I do not have legal representation, and I am sending this as my response to the Plaintiffs motion for a default judgment against me. This is my humble, non-educated, non-AI response.

    Your Honor, attached is my previous response email to plaintiffs attorney Babak Ghafarzade I sent on December 5th 2025. This was in response to a packet that was non-certified mailed in November 2025, demanding a response from me.

    In this email, I explained to Babak, whom I previously had a video call with years ago, that my previous email address had been hacked and inundated with spam due to doxing online by a radical group called the sedition hunters.

    I also explained that I often work out of town doing truck driving and any other job that I can do to try and make a living during my life rebuilding process. Therefore, I requested the legal correspondence be sent to my new email address for a faster reponse.

    This email to Babak was never responded to by him or his office. However, this week, I was notified that I had legal mail with a request for a default judgment against me.

    Your Honor, it is not my intent to disrespect this court in any way. I maintained an extremely high level of respect during my 3 1/2 week trial with Judge Lamberth. I intend to start a communication with the plaintiff's attorneys. I just happened to reach out to Babak because I had dealt with him in the past.

    As a blue collar man with no legal education or representation in this case, I am asking that a default judgment NOT be issued against me.

Respectfully submitted,
Derek Kinnison

*[signature]* 2-5-26
February 5, 2025
Email: ncpw888@gmail.com

**RECEIVED**
FEB 9 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia