IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Case No. 1:21-CV-02265-APM

## ORDER

Upon consideration of Plaintiffs' Motion for Sanctions (Default Judgment) ("Motion") and, for the reasons stated in the Motion, it is this 14th day of February 2026 hereby,

**ORDERED** that Plaintiffs' Motion is **GRANTED in part**; and it is further

**ORDERED** that default judgment is awarded to Plaintiffs against Defendants Felipe Antonio "Tony" Martinez, Ethan Nordean, and Joseph Biggs ("Defendants") with respect to all of Plaintiffs' claims, leaving only the issue of determining the appropriate remedies associated with the claims against Defendants, which will be adjudicated via a procedure to be proscribed by the court at a later date.

The Motion is **DENIED**, however, as to Defendant Kinnison, based on his recent letter to the court indicating he wishes to participate in the litigation, ECF No. 473. If Defendant Kinnison does not, within a reasonable time, comply with existing orders directing him to respond to discovery, Plaintiffs may renew the motion.

Amit Mehta

Digitally signed by Amit Mehta
Date: 2026.02.14 18:26:50 -05'00'

HON. AMIT P. MEHTA