# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

      Plaintiffs,

   v.

DONALD J. TRUMP, *et al.*,

      Defendants.

Civil Action No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT HOSTETTER

Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendant Alan Hostetter, *pro se*, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all Plaintiffs' claims against Defendant Hostetter in the above-captioned action are voluntarily dismissed without prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: March 13, 2026

Respectfully submitted,

Alan Hostetter
*Pro se*

*/s/ Jeffrey Blunmberg*
Edward G. Caspar, D.C. Bar No. 1644168
Jeffrey Blumberg, D.C. Bar No. 432928
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC 20005
Tel: 202-662-8326
ecaspar@lawyerscommittee.org
jblumberg@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Sarah W. Chase, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
schase@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100 1441
Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 13, 2026, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs will serve the remaining Defendants via first class mail or other permitted means.

Dated: March 13, 2026

                                 _/s/ Jeffrey Blumberg_
                                   Jeffrey Blumberg