UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, et al.,

    **Plaintiffs,**

      **v.**                          **Case No: 1:21-cv-02265 (APM)**

DONALD J. TRUMP, et al.,

    **Defendants.**

### MOTION FOR LEAVE TO FILE LATE DEFENDANT TARRIO'S SUPPLEMENT ON RECENT DISCOVERY ISSUES

Defendant Henry Tarrio, by undersigned counsel, respectfully moves the Court for leave to file late the attached Supplement on Recent Tarrio Discovery Issues:

1. Tarrio's counsel notes that in a telephone conversation this morning Plaintiffs' lead lawyer Edward Caspar stated to him that he had no objection to this Motion for Leave to File Late.

2. On March 20, 2026, the Court ordered Plaintiffs and Defendant Tarrio to file supplemental briefs (not to exceed five pages) on recent discovery issues concerning Tarrio by March 27, 2026.

3. Tarrio's counsel missed this deadline.

4. Although more than half of his supplemental brief was drafted by the morning of March 27, Tarrio's lawyer missed the March 27 filing deadline because he was involved in crafting and and litigating through April 2, 2026 emergency motion for injunctive relief on behalf of a defense contractor at odds with a foreign government in the U.S. District Court of the Northern District of New York in Syracuse, New York.

1

5.  As the Court may recall, the undersigned currently performs work for Tarrio on a *pro bono* basis and without help from his usual day-to-day partners, associates and coworkers because they will have nothing to do with January 6 civil or criminal litigation.

Accordingly, and for good cause, Tarrio and his counsel ask that this Motion for Leave to File Late be granted.

Respectfully submitted,


By: /s / John Daniel Hull
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336
jdhull@hullmcguire.com

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 3, 2026, he served a true and correct copy of the foregoing Motion for Leave to File Late and attached Supplement on Recent Tarrio Discovery Issues on all counsel of record by filing it via the CM/ECF system.

By: /s / John Daniel Hull
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336
jdhull@hullmcguire.com

3