**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CONRAD SMITH, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 21-cv-02265-APM |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**DECLARATION OF JEFFREY BLUMBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE MOTION TO SET ASIDE (OR, ALTERNATIVELY, ALTER OR AMEND) DEFAULT JUDGMENT AGAINST DEFENDANTS NORDEAN AND BIGGS**

I, Jeffrey Blumberg, hereby declare as follows:

1. I am Special Senior Counsel at the Lawyers' Committee for Civil Rights Under Law ("LCCRUL") and counsel for Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason Deroche, and Reginald Cleveland ("Plaintiffs"). I make this declaration in support of Plaintiffs' Opposition to the Motion to Set Aside (Or, Alternatively, Alter or Amend) Default Judgment Against Defendants Nordean and Biggs.

2. On July 11, 2025, Plaintiffs sent their motion to compel, Dkt. 409, and its attachments by U.S. Mail to Defendant Ethan Nordean at his home address as listed on the amended complaint, Dkt. 89. Attached hereto as **Exhibit 1** is a true and correct copy of the postmarked envelope for this mailing.

3. On July 11, 2025, Plaintiffs sent their motion to compel, Dkt. 409, and its attachments by U.S. Mail to Defendant Joseph Biggs at his Camino and Fairway addresses.[1]

---

[1] The Camino address was listed on the amended complaint, Dkt. 89, and on Defendant Biggs's counsel's motion to withdraw, Dkt. 403 at 3. The motion to withdraw also included Defendant Biggs's Fairway address. *Id.*

Attached hereto as **Exhibit 2** and **Exhibit 3** are true and correct copies of the postmarked envelopes for these mailings.

4. On January 27, 2026, Plaintiffs sent their motion for sanctions (default judgment), Dkt. 471, and its attachments by U.S. Mail to Defendant Nordean at his home address as listed on the amended complaint, Dkt. 89. Attached hereto as **Exhibit 4** is a true and correct copy of the postmarked envelope for this mailing.

5. On January 27, 2026, Plaintiffs sent their motion for sanctions (default judgment), Dkt. 471, and its attachments by U.S. Mail to Defendant Biggs at his Fairway address. Attached hereto as **Exhibit 5** is a true and correct copy of the postmarked envelope for this mailing.

6. No legal representative of Plaintiffs, including myself, have heard from Defendants Ethan Nordean or Joseph Biggs, through counsel or otherwise, from the day the Court granted Defendant Biggs's counsel's motion to withdraw on June 24, 2025, until March 16, 2026, 30 days after the Court ordered the sanction of default judgment against them on February 14, 2026.

7. On January 6, 2026, counsel for Defendant Dominic Pezzola served Plaintiffs' counsel, including me, by email, Defendant Pezzola's Responses to Plaintiffs' First Set of Interrogatories ("Defendant Pezzola's Responses"). In relevant part and reproduced verbatim herein, in accordance with D.D.C. LCvr 5.2(b), Defendant Pezzola's Responses state on page 3 the following about the destruction, at a time unspecified, of the phone Defendant Pezzola used during the events giving rise to Plaintiffs' claims in this lawsuit: "If the Plaintiffs want to confirm what is available but for these objections, Pezzola's counsel will be happy to discuss any questions the Plaintiffs have. However, having had the chance to get further feedback from Pezzola's family and attempting to contact him in prison, counsel issues the following correction and errata: As it turns out, Dominic Pezzola's phone was not seized by the FBI. Dominic accidentally left it at Matthew Greene's house in Syracuse, New York. After attempting arrangements for Dominic to pick it up, Matthew Greene threw it away. The last ping to the cell towers from Dominic Pezzola's cell phone was in the landfill of Syracuse. Now of course the battery has expired and it cannot be

- 3 -

found."[2]  Plaintiffs will provide a copy of Defendant Pezzola's Responses in full upon request of the Court.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:    April 13, 2026                              /s/ Jeffrey Blumberg
          Washington D.C.                            Jeffrey Blumberg

---

[2] According to the Statement of Offense in his criminal case, Mr. Greene was a member of the Central New York chapter of the Proud Boys. Statement of Offense ¶ 1, *United States v. Pezzola*, No. 1:21-cr-00052-TJK (D.D.C. Jan. 21, 2022), Dkt. 105.