**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, *et al.*,

       Plaintiffs,

  v.

DONALD J. TRUMP, *et al*.,

       Defendants.

Case No. 1:21-CV-02265-APM

**[PROPOSED] ORDER**

Upon consideration of Defendant Ethan Nordean and Defendant Joseph Biggs's Motion to Set Aside (or, Alternatively, Alter or Amend) the Default Judgment and the record herein, it is this _____ day of _____ 2026 hereby,

**ORDERED** that Defendants' Motion is **DENIED**; and it is further

**ORDERED** that the default judgments previously awarded to Plaintiffs against Defendants Nordean and Biggs on February 14, 2026, remain in place, leaving only the issue of determining the appropriate remedies associated with the claims against Defendants Nordean and Biggs, which will be adjudicated via a procedure to be proscribed by the Court at a later date.

**IT IS SO ORDERED.**

_____

HON. AMIT P. MEHTA

- 2 -

## LCvR 7(k) Appendix

The following attorneys and pro se parties should be notified of this Order:

All counsel of record, via ECF

Erik Scott Warner
28574 Moonshadow Drive
Menifee, CA 92584

Derek Kinnison
ncpw888@gmail.com