**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONRAD SMITH, *et al.*,

        Plaintiffs,

   v.

DONALD J. TRUMP, *et al*.,

        Defendants.

Case No. 1:21-CV-02265-APM

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Sanctions (Default Judgment) Against

Defendant Warner, ECF No. 481, and the record herein, it is this _____16th___ day of ___April_____

2026 hereby,

    **ORDERED** that Plaintiffs' Motion is **GRANTED** due to Defendant Warner's persistent

non-compliance with this court's discovery orders.  Since April 2023, Defendant Warner has

consistently ignored discovery requests, failed to serve initial disclosures, ignored Plaintiffs' good

faith attempts to resolve these issues, and failed to obey this Court's discovery orders. His failures

have seriously prejudiced Plaintiffs in their prosecution of this matter, and imposing lesser

sanctions at this juncture would be futile; it is further

     **ORDERED** that default judgment is awarded to Plaintiffs against Defendant Warner

with respect to all of Plaintiffs' claims, leaving only the issue of determining the appropriate

remedies associated with the claims against Defendant Warner, which will be adjudicated via a

procedure to be proscribed by the Court at a later date.

_____

HON. AMIT P. MEHTA

- 2 -

## LCvR 7(k) Appendix

The following attorneys and *pro se* parties should be notified of this Order:

All counsel of record, via ECF

Erik Scott Warner[1]
28574 Moonshadow Drive
Menifee, CA 92584

Derek Kinnison
ncpw888@gmail.com

---

[1] Since Defendant Warner's email address(es) are not listed on the public docket, Plaintiffs have redacted it from the attached exhibits and withheld it from the LCvR 7(k) appendix to the proposed order to the Motion for Sanctions.