UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-02265-APM |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER OF REQUEST

Upon consideration of Plaintiffs' Motion for Issuance of Letter of Request dated May 29, 2026, it is hereby ORDERED that the Request is GRANTED.[1]

SO ORDERED.

Dated: ___6/5/26___

_____
The Honorable Amit P. Mehta
United States District Court Judge

---

[1] The Swiss authorities require two original copies of the Letter of Request bearing the Court's original signature. The Court therefore separately executes two originals of the Letter of Request for transmission to the appropriate Swiss authority.

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

All counsel of record, via ECF

ATTN: Proud Boys International, L.L.C.
Post Office Box 12079
Austin, Texas  78711

Oath Keepers
4625 West Nevso Drive
Suite 2 & 3
Las Vegas, NV  89103

Charles Donohoe
NC Detention Center
Orange County Jail
125 Court Street
Hillsborough, N.C.  27278

Alan Hostetter
Post Office Box 1477
San Clemente, California  92674

Jessica Marie Watkins*
Erik Scott Warner*


* Incarcerated or previously incarcerated Defendants whose last known address does not appear on the public docket.

695281 1