UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Civil Action No. 1:21-CV-02265-APM

**Letter of Request for International Judicial Assistance
Pursuant to the Hague Convention of 18 March 1970 on
the Taking of Evidence Abroad in Civil or Commercial Matters**

TO:       Tribunal civil - Tribunal de première instance
          Rue de l'Athénée 6-8
          Case postale 3736
          1211 Genève 3
          Switzerland

FROM:    The United States District Court
          District of Columbia
          333 Constitution Avenue, N.W.
          Washington, DC  20001

PERSON TO WHOM THIS REQUEST FOR EVIDENCE IS DIRECTED:

          Proton AG (d/b/a Proton Mail)
          Attn: Legal Department / Data Protection Officer / Andy Yen
          Route de la Galaise 32, 1228 Plan-les-Ouates
          Geneva, Switzerland
          legal@proton.me

Please return the evidence directly to the attention of the requesting court – unless the information provided is not written in English.  In that case, please return the evidence and all correspondence to:

Civil Action Group, Ltd., d/b/a APS International, Ltd.
Attn: International Evidence Department
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota  55439-3122
U.S.A.
Fax:  (952) 831-8150

and notify the requesting court of such transmittal.

## I.    Information About the Parties and Their Representatives

### Plaintiffs

**Plaintiffs' Names**: Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Micheal Fortune, Jason Deroche, and Reginald Cleveland.

**Plaintiffs' Counsel Names & Addresses**:

Faith E. Gay, pro hac vice
Joshua S. Margolin, pro hac vice
Babak Ghafarzade, pro hac vice
Sarah W. Chase, pro hac vice
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel:  (212) 390-9000
Email:  fgay@selendygay.com
        jmargolin@selendygay.com
        bghafarzade@selendygay.com
        schase@selendygay.com

William J. Blechman, pro hac vice
Elizabeth B. Honkonen, pro hac vice
Jeffrey T. Foreman, pro hac vice
SPERLING KENNY NACHWALTER, LLC
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Email:  wjb@sperlingkenny.com
        ebh@sperlingkenny.com
        jtf@sperlingkenny.com

Edward G. Caspar, D.C. Bar No. 1644168
Jeffrey Blumberg, D.C. Bar No. 432928
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C.  20005
Tel:  (202) 662-8326
Email:  ecaspar@lawyerscommittee.org
        jblumberg@lawyerscommittee.org
        mepstein@lawyerscommittee.org

2

## Defendants

**Defendants' Names**: Donald J. Trump, Donald J. Trump for President, Inc., Make America Great Again PAC, Kelly Meggs, Enrique Tarrio, Zachary Rehl, and the United States of America.

**Defendants' Counsel Names & Addresses**:

Jesse R. Binnall, VA022
Jason C. Greaves, DC Bar No. 1033617
Gerald A. Urbanek, Jr., VA191
Jared J. Roberts, *pro hac vice*
BINNALL LAW GROUP
717 King Street
Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Email: jesse@binnall.com
jason@binnall.com
gerald@binnall.com
jared@binnall.com

Jonathan M. Shaw, D.C. Bar No. 446249
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue
Suite 608
Alexandria, VA 22314
Tel: (703) 574-1206
Email: jshaw@dhillonlaw.com

Joshua Halpern, *pro hac vice*
JH LEGAL PLLC
1100 H Street, N.W.
Suite 840
Washington, D.C. 20005
Tel: (610) 405-5531
Email: jhalpern@jhlegalpllc.com

Michael J. Walsh, Jr., D.C. Bar No. 483296
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
Tel: (202) 799-4000
Email: mike.walsh@us.dlapiper.com

Caryn G. Schechtman, *pro hac vice*
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, N.Y. 10020-1104
Tel: (212) 335-4500
Email: caryn.schechtman@us.dlapiper.com

*Counsel for Defendants Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*

Carolyn A. Stewart, DC Bar No. FL-0098
STEWART COUNTRY LAW PA
1204 Swilley Road
Plant City, Florida 33567
Tel: (813) 659-5178
Email: Carolsteweart_esq@protonmail.com

*Counsel for Defendant Kelly Meggs*

John Daniel Hull, IV, DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
Tel: (202) 439-6520
Email: jdhull@hullmcguire.com

Ronald Coleman
COLEMAN LAW FIRM
50 Park Place
Suite 1105
Newark, NJ 07102
Tel: (973) 264-9611
Email: rcoleman@colemanlaw-pc.com

*Counsel for Defendant Enrique Tarrio*

3

Patrick Trainor, Esq., *pro hac vice*
LAW OFFICE OF PATRICK TRAINOR
19 Union Avenue
Suite 201
Rutherford, NJ  07070
Tel:  (201) 777-3327
Fax:  (201) 896-7815
Email:  pt@ptesq.com

**Counsel for Defendant Zachary Rehl**

## II.    Summary of the Case

The underlying civil action concerns concerted action by a number of people prior to and on January 6, 2021 to use force, intimidation or threats to stop the Vice President of the United States from discharging his duties under the U.S. Constitution to certify the lawful slate of Electoral College presidential electors; and an assault and battery of, and aiding and abetting that assault and battery, of police officers who were protecting the U.S. Capitol that day.  The Complaint alleges that this conduct resulted in significant injuries to United States Capitol Police officers and others present, as well as a substantial interference with the constitutional process of vote certification.

The Complaint further alleges that these events were preceded by extensive public mobilization, planning, and coordination involving multiple individuals and organizations, including efforts to promote the January 6 rally, organize travel and logistics, and facilitate communication among participants through various channels.  The Complaint also alleges that certain individuals and affiliated actors engaged in communications before, during, and after the attack on the U.S. Capitol on January 6, 2021 to coordinate activities, share information, and respond to developments at the Capitol.

Among the non-party individuals referred to in the Complaint is Roger Stone, who is not a defendant in this action.  He is alleged to have relevant knowledge of, and interactions with,

4

persons involved in these events. The Complaint specifically alleges that he is a significant non-party witness with relevant knowledge concerning the planning, promotion, and coordination of activities surrounding the January 6 events, including communications with individuals and groups alleged to have participated in or supported the events at issue.

The requested discovery from Proton Mail is limited to non-content transaction data and metadata associated with an email account used by Stone during the relevant time period, including sender and recipient information, timestamps, and account identifiers. This information is sought to identify communication patterns, establish connections between relevant individuals, and corroborate timelines of coordination described in the Complaint. The Requesting Court does not seek disclosure of decrypted email content or end-to-end encrypted communications.

## III.   Requested Evidence

Plaintiffs seek production of documents from Proton Mail. The evidence sought is outlined in Exhibit A, attached hereto. **Any responses and/or evidence returned to this court will be submitted as evidence at trial. The requested evidence is necessary for the continuance of these proceedings**. As allowed by the internal laws of Switzerland, please have all returned evidence verified and/or certified as to completeness and authenticity.

If any portion of this Request is deemed to be unacceptable under the laws of Switzerland, please disregard that portion and continue to comply with as much of the Request as is legally permissible.

## IV.   Protective Order

In this matter, a Protective Order has been entered that governs discovery, pre-trial, post-trial, or appellate proceedings. A copy of this order is attached hereto as Exhibit B. Because this action involves confidential information, the Protective Order serves to protect such information from

public disclosure. Accordingly, the United States District Court for the District of Columbia requests that any documents obtained in response to this Letter of Request be treated in accordance with the provisions of the Protective Order to protect confidential and propriety information.

For the protection of the privacy of information in this case in Switzerland, this court requests the Swiss judge to issue a corresponding order to provide similar confidentiality protection in Switzerland to the documents produced in relation to this request.

## V.    **Reimbursement for Costs**

This court understands that any fees and costs incurred in the execution of this Request are reimbursable under the second paragraph of Article 14 or under Article 26 of the Hague Evidence Convention.

These fees and costs will be reimbursed by the above-named counsel for the Plaintiffs up to CHF$5,000. William J. Blechman at wjb@sperlingkenny.com should be informed before the costs exceed this amount.

Dated: _____
June 5, 2026

_____
The Honorable Amit P. Mehta
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

[Seal of Court]

695280 1

6