AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| Conrad Smith et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    21-cv-2265 (APM) |
| Donald J. Trump et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President Donald J. Trump                                         .

Date:    07/07/2026

/s/ Caryn G. Schechtman
*Attorney's signature*

Caryn G. Schechtman, NY-2910420
*Printed name and bar number*

DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104

*Address*

caryn.schechtman@us.dlapiper.com
*E-mail address*

(212) 335-4500
*Telephone number*

(212) 335-4501
*FAX number*